## AS WE HEARD IT

by PATRICK MANTEIGA

The Hillsborough County Democratic Party's Kennedy-King Gala raised $151,719 for the local party. The party has had three fundraising events in nine months. Combined, the events have raised $448,000.

****

U.S. Senator Rick Scott sent out a press release as the Chairman of the National Republican Senate Committee (NRSC) congratulating fellow Senator Marco Rubio on his winning the Republican Primary.

Marco Rubio didn't have a primary. He was not on the ballot Tuesday. Scott, who as Chair of the NRSC, should have the latest information on all the Republican Senate elections. How does he believe Rubio had a primary? Did Scott even vote? If he did, he would have seen that Rubio was not on it. What an idiot.

****

A bilingual forum on changes to election laws will be held at the Children's Board on August 27 from 10 a.m. to noon.

Presenters include Xenia Sanchez from the Supervisor of Elections office, School Board Member Karen Perez, State Rep. Susan Valdes, Local LULAC Director Lydia Medrano and Monica Rodriguez with the Latino Coalition.

****

A Tampa Bay Leaders Women Reception and fundraiser in honor of Congresswoman Kathy Castor will be held on Sept. 8 from 5:30 to 7:00 p.m. at the Hotel Haya, 1412 E. 7th Ave. Donation levels range from $25 for young professional, $100 guest, $250 cohost and $500 host. RSVP to Charles@castorforcongress.com. A partial list of hosts include: Betty Castor, Jane Castor, Janet Cruz, Fentrice Driskell, Di-

(Continued on page 12)

THE NATION'S ONLY TRI-LINGUAL NEWSPAPER • SERVING THE BAY AREA, CENTRAL FLORIDA AND THE WEST COAST

ENGLISH • ESPAÑOL • ITALIANO

Our 100th Year

# LA GACETA

AÑO 100-NUMERO 34 VIERNES, 26 DE AGOSTO DE 2022 PRECIO: 50 CENTAVOS

In January 1955, these local beauties, representing the Tampa Cigar Makers Manufacturers Association, invited everyone to attend the Florida State Fair in Tampa from February 4-19.

They rode on a float depicting two sail boats passing by a lighthouse in the Gasparilla Parade on February 14 and in the Ybor City Parade on February 16.

Extending a personal invitation were, left to right, Sylvia Alfonso, Gloria Otero, Queen Virginia of the House of Campo, Sarah Jackson and Patsy Coats, each showing off Tampa-made cigars.

In the left background can be spotted what is now Tampa General Hospital, which was known originally as Tampa Municipal Hospital on Davis Islands. In the center background is the Gasparilla Pirate ship.

*(from the archives of La Gaceta Newspaper) 8/26/22*

## El deporte al día

Por Victor Sisa

**Selección de fútbol femenino de USF abre temporada con victoria**

Después de un retraso de casi tres horas, debido al mal tiempo, la selección de fútbol femenino de la Universidad del Sur de la Florida (USF) se impuso 3-1 a Florida Gulf Coast, en partido celebrado en los terrenos de USF.

Lucy Roberts (Cheshire, Inglaterra), Rosalía Muiño González (Coruña, España) y Maria Bulis (Yorba Linda, California) anotaron los goles de USF. Signe Markvardsen (Roskilde, Dinamarca), Meghan Root (Arcade, New York) y Chiara Hahn (Lauterbach, Alemania) también agregaron asistencias.

USF ahora tienen marca de 18-7-3 en aperturas en casa y 16-9-3 en aperturas de temporada en los 28 años de historia del equipo.

(Pasa a la página 7)

## Líneas de la memoria

Por Gabriel Cartaya

**Eduardo Chibás, un amigo de Victoriano Manteiga**

Emiliano Salcines, que siempre está atento a los avisos de Clío, me llamó por teléfono para recordarme que el pasado 16 de agosto se cumplieron 71 años de la muerte de Eduardo Chibás. Conversamos brevemente sobre la presencia del líder cubano en Tampa y de la amistad que sostuvo con Victoriano Manteiga, por lo que recordar a ambos en el centenario de *La Gaceta* es un homenaje a dos hombres que se insertan en la rica historia de esta hermosa ciudad.

Probablemente, nadie ha realizado una evaluación más alta de Chibás que la sostenida en múltiples ocasiones por Victoriano, quien vio en la limpia figura del cubano al continuador más fiel de José Martí. Tenía 22 años cuando vino a Tampa por primera vez, en 1929, siendo un estudiante

(Pasa a la página 2)

6 32599 00001 9

# Actualidad de América Latina

## Colombia

El presidente de Colombia, Gustavo Petro, suspendió las órdenes de captura contra los líderes negociadores de la guerrilla del ELN, para reactivar los diálogos de paz y el posible desarme de este grupo armado.

Durante un evento en el departamento de Bolívar, en el norte de Colombia, el presidente Petro dijo que al suspender las órdenes de captura y extradición que tienen los negociadores con el Ejército de Liberación Nacional, busca intentar "construir el camino, ojalá rápido y expedito, en donde esta organización deje de ser una guerrilla insurgente de Colombia".

El anuncio llega días después de que una comisión encabezada por el canciller de Colombia, Álvaro Leyva, llegara a La Habana para conversaciones que permitan retomar los diálogos de paz congelados desde 2019. El objetivo de estas conversaciones fue fijar las condiciones para una eventual mesa de negociación.

## Ecuador

Los extranjeros residentes en Ecuador deberán ingresar al registro permanente migratorio, un documento que emitirá el gobierno ecuatoriano para contabilizar el número de personas que han ingresado al país para permanecer temporal o permanentemente. El registro también permitirá identificar a aquellos sujetos "considerados como una amenaza o riesgo para la seguridad pública y estructura del Estado ecuatoriano".

El registro permanente migratorio busca que todos los ciudadanos extranjeros estén enlistados en las bases de datos de las instituciones del Estado encargadas de la seguridad. Este documento no reemplaza a una visa, según indicó el Ministerio del Interior, pues cada ciudadano, de acuerdo a su estado migratorio, deberá realizar los trámites correspondientes.

El proceso para obtener el registro de permanencia migratoria iniciará el 1.° de septiembre de 2022. En el cronograma definido por el Ministerio del Interior se indican las fechas para que los extranjeros venezolanos puedan realizar el procedimiento.

El 1.° de septiembre, los ciudadanos venezolanos y su grupo familiar, que hayan registrado su ingreso por un punto de control oficial, podrán iniciar su proceso de registro. En cambio, los ciudadanos de otras nacionalidades, que también hayan ingresado por un punto de control migratorio oficial, podrán empezar con el registro el 16 de noviembre de este año.

## Argentina

Un fiscal pidió el pasado lunes que se condene a la vicepresidenta de Argentina, Cristina Fernández de Kirchner, a 12 años de prisión al considerarla la "jefa" de una trama de "corrupción sistemática" en torno a la obra pública que causó un millonario perjuicio para el Estado.

"Se trata probablemente de la mayor maniobra de corrupción que se haya conocido en el país", afirmó el fiscal Diego Luciani en su alegato final en el juicio que se sigue desde mayo de 2019 por la denominación "causa Vialidad".

Según el procurador, Fernández, que gobernó Argentina entre 2007 y 2015, fue la "jefa" de una asociación ilícita conformada por funcionarios públicos de "alta jerarquía" –para quienes el fiscal también solicitó diversas penas– y que actuó por los móviles del "ánimo de lucro y la codicia".

Además de pedir que Cristina Fernández vaya a prisión por el presunto delito de asociación ilícita y administración fraudulenta de fondos públicos, Luciani solicitó que se la inhabilite a perpetuidad para ejercer cargos públicos. Pidió, asimismo, que se decomisen bienes de los acusados por valor de 5231 millones de pesos (36.4 millones de dólares), cifra a la que, según la Fiscalía, llegó el fraude orquestado por esta "asociación ilícita".

En este proceso se juzgan las presuntas irregularidades en la concesión de 51 obras públicas a firmas del empresario Lázaro Báez durante los gobiernos del fallecido Néstor Kirchner (2003-2007) y Cristina Fernández de Kirchner (2007-2015) en la austral provincia de Santa Cruz.

## México

Durante varias jornadas de la pasada semana, México presenció conmocionado el caos incontrolable causado por el crimen organizado en diferentes estados del país.

Primero sucedió en Jalisco y Guanajuato, aparentemente como reacción al intento de las autoridades de capturar a un cabecilla del Cartel Jalisco Nueva Generación. Después en varias ciudades de Baja California, como la fronteriza Tijuana.

Y entre medias, el crimen campó a sus anchas en Ciudad Juárez, tras una batalla originada en prisión entre grupos locales rivales que después se extendió a la ciudad y acabó con un saldo de 11 muertos en la población civil fue el principal blanco de la masacre. El gobierno mexicano desplegó al ejército para restablecer la seguridad.

## LA GACETA (USPS 299-240)
### THE NATION'S ONLY TRI-LINGUAL NEWSPAPER
*Published Every Friday By La Gaceta Publishing, Inc.*

VICTORIANO MANTEIGA (1894-1982) FOUNDER
ROLAND MANTEIGA (1920-1998) EDITOR AND PUBLISHER

PATRICK MANTEIGA .......................... Editor and Publisher
ANGIE MANTEIGA ............................ Associate Publisher
GABRIEL CARTAYA ........................... Spanish Editor

Entered as Second Class Matter in 1923
Periodical Postage Paid at Tampa, Florida and
additional mailing offices

P.O. Box 5536, Tampa, Florida 33675 • Phone (813) 248-3921 • Fax (813) 247-5357

Yearly subscription price in Hillsborough County $35.00
Charlotte, Citrus, Collier, Hernando, Manatee, Marion, Lee, Pasco, Pinellas, Polk,
Orange, Osceola and Sarasota counties $40.00
Out of state prices available these areas.
*Visit our Website at www.lagacetanewspaper.com*

POSTMASTER: Send address changes to    La Gaceta
P.O. Box 5536
Tampa, FL 33675

# Algunas consideraciones sobre las elecciones primarias de Florida

Las primarias del pasado martes en Florida, junto a Nueva York y Oklahoma, mostraron algunas claves para las elecciones del próximo noviembre.

Los demócratas en Florida eligieron al representante Charlie Crist para enfrentarse al gobernador Ron DeSantis. El desafío de Crist se produce cuando DeSantis busca tanto un segundo mandato como un impulso antes de una posible candidatura presidencial en 2024. Asimismo, medios como *CNN* pronosticaban que el representante demócrata Val Demings se enfrentaría al senador republicano Marco Rubio en noviembre.



**Charlie Crist, quien fue gobernador demócrata de Florida entre 2007 y 2011, aspira nuevamente a ese cargo.**

Por segunda vez en ocho años, los votantes demócratas eligieron a Charlie Crist como su candidato a gobernador, eligiendo al veterano sobre la comisionada de Agricultura Nikki Fried, que aspiraba a convertirse en la primera mujer gobernadora del estado.

Hay mucho en juego para los demócratas, ya sólo en Florida, donde DeSantis ha impulsado una agenda agresivamente conservadora, prometiendo que un segundo mandato traerá nuevas medidas para restringir aún más el aborto y facilitar el porte de armas en público. Pero los demócratas nacionales también buscan ahora que Crist frene el ascenso de DeSantis antes de una anticipada campaña por la Casa Blanca en 2024.

El argumento de Crist contra otros cuatro años de DeSantis también se basa en que los floridanos enfilan un tono menos divisivo de su líder. A lo largo de las primarias, Crist y Fried describieron a DeSantis como un déspota que está mucho más centrado en posicionarse para presentarse a la Casa Blanca que en gobernar el tercer estado más grande del país. Una y otra vez, han señalado, DeSantis ha obligado a los otros poderes del estado a someterse a su voluntad, eliminando cualquier control sobre su poder ejecutivo.

Asimismo, la carrera al Senado entre el senador republicano Marco Rubio y la representante demócrata Val Demings está en marcha. Demings ganó sus primarias el martes y Rubio no tuvo oposición, estableciendo una carrera que los republicanos creen que deberían ganar fácilmente, pero que ofrece a los demócratas otra oportunidad de demostrar que pueden ganar en todo el estado en un lugar que se ha inclinado a la derecha durante años.

# Líneas de la memoria
*Por Gabriel Cartaya*

(viene de la página 1)

universitario enrolado en la lucha contra el gobierno de Gerardo Machado. Entonces conoció a Manteiga, un coterráneo suyo que había fundado, ocho años atrás el periódico *La Gaceta* y coincidía con él en la necesidad de enfrentar un gobierno que en Cuba avergonzaba las libertades democráticas a que todo pueblo tiene derecho.

La amistad nacida en aquellos días de 1929 duró para siempre y cuando, en 1950, volvió a Tampa el fundador del Partido Ortodoxo encontró el abrazo de Victoriano y su apoyo incondicional a una ardua lucha encaminada a que la isla donde ambos nacieron tuviera un gobierno que pudiera cumplir el sueño martiano de una Cuba "con todos y para el bien de todos".

Las fechas de nacimiento y muerte de Eduardo René Chibás y Ribas se conmemoran juntas, pues el 16 de agosto de 1951, al día siguiente de haber cumplido 44 años, murió a consecuencia de un disparo en la ingle que 11 días antes el mismo se hizo mientras pronunciaba un discurso por la radio, obsesionado con la idea de que ese fuera "el último aldabonazo" contra la corrupción imperante. Se había consagrado a esa epopeya desde la adolescencia, con una capacidad de liderazgo que provocó fuera encarcelado en 1931 y exiliado al año siguiente.

A la caída de Machado regresó a Cuba y formó parte del gobierno de Grau San Martín, el fundador del Partido que llevó el nombre del creado por José Martí (Partido Revolucionario Cubano), al que se agregó el vocablo Auténtico con el que es más conocido. Chibás creyó en esa fuerza política, de la que se separó al ver que en el poder (1944-1952) no sólo no cumplió sus promesas, sino que intensificó la corrupción político-administrativa que venía padeciendo el país.

Al romper con el Autenticismo, Chibás fundó el Partido del Pueblo Cubano (Ortodoxo), el 15 de mayo de 1947. A partir de esa fecha, comenzó una frenética batalla contra la corrupción imperante en el gobierno, especialmente desde que Carlos Prío asumiera el poder en 1948. A su vez, creció el prestigio de su partido, convertido en la fuerza política que seguramente habría ganado las elecciones presidenciales de 1952, si un golpe de estado no las hubiese interrumpido.

Chibás, a pesar de los pocos años de vida, tuvo una intensa participación en la política cubana: fue delegado a la Asamblea Constituyente de 1940, representante a la Cámara y senador de la República. Acusó sistemáticamente a figuras que desde el gobierno cometieron actos de corrupción. Pero no pudo probar la denuncia que hizo contra Aureliano Sánchez Arango, entonces ministro de Educación y en medio de un enardecido discurso radial se disparó en el abdomen, en el afán de mostrar su sinceridad.

Fuera de Cuba, no hubo un lugar en que se aclamara a Chibás con el fervor que se hizo en Tampa, donde con tanto amor se aplaudió a José Martí. Si el Apóstol encontró en esta ciudad amigos del calibre del cubano Néstor Leonelo Carbonell, Chibás lo tuvo en el también cubano Victoriano Manteiga, como la historia se repitiera en esa nueva generación. Cuando, en octubre 1950, aquel patriota ejemplar volvió a Tampa, en esta ciudad de sitios martianos de Ybor City, habló frente al busto del Maestro en el Círculo Cubano y pronunció un enardecido discurso en el parque Cuscaden, en el que dijo, según nos contó Victoriano en el primer aniversario de su inmolación: "A causa mía no se cumple las promesas hechas a mi pueblo, con este revólver, que perteneciera al Apóstol Martí, me mataré".

En varias ocasiones el insigne publicista de *La Gaceta* escribió sobre el héroe cubano, y quien, como Martí, "estaba siempre dispuesto para la lucha y el sacrificio en bien de Cuba y la humanidad".

El 5 de septiembre de 1952, Victoriano recordó en su columna *Chungos y no chungos*: "Cuando Chibás enarboló la bandera de Vergüenza contra dinero', en defensa del pueblo y contra los ladrones, nos colocamos a su lado con el cariño y desinterés de siempre. Hace dos años vino a visitarnos y aquí dijo: 'Con este discurso vigoraremos en Tampa nuestra fuerza espiritual'. Recordarlo ahora desde *La Gaceta*, donde tantas veces se escribió su nombre, es un tributo tampeño a su memoria y a la de su amigo Victoriano Manteiga.



**El 21 de octubre de 1950, Eduardo Chibás pronunció un discurso en el parque Cuscaden, en Tampa, en un acto presidido por Victoriano Manteiga, a quien vemos vestido de blanco frente al líder ortodoxo.**

# ¿ESTÁ SIGUIENDO LAS REGLAS DE CANNABIS DE FLORIDA?



## CONOZCA SUS DERECHOS COMO PACIENTE DE CANNABIS MEDICINAL

**Comprar Marihuana como tratamiento médico es legal en Florida, pero la Marihuana sigue siendo *ilegal según* la ley federal. La superposición entre las leyes estatales y federales puede ser complicada y cambia constantemente. ¿Conoces tus derechos legales como paciente de Cannabis?**

**Mire ahora para escuchar a los profesionales legales y de las fuerzas del orden público de Florida hablar sobre las leyes de Marihuana, los casos recientes de Marihuana y lo que podría suceder si infringe la ley.**



Ver Ahora

Siga 'Conversations on Cannabis' en:

   

  MEDICAL MARIJUANA EDUCATION AND RESEARCH INITIATIVE

@MMERIForumRadio



## Desde mi escritorio

Por Arturo R. Rivera

## Secuestran a monseñor Álvarez en Nicaragua

No sorprende a nadie que la dictadura de Daniel Ortega no se iba a quedar de brazos cruzados con relación al monseñor Rolando Álvarez, obispo de la Diócesis de Matagalpa. Las dictaduras persiguen a sus enemigos hasta destruirlos. En la madrugada del 19 de agosto, el régimen de Nicaragua ordenó a la policía a irrumpir violentamente a la Casa Episcopal de la Diócesis de Matagalpa y secuestrar a su Obispo, a los sacerdotes, seminaristas y un laico que los acompañaba.

La Diócesis de Matagalpa publicó en la madrugada, a través de sus redes sociales, que "en estos momentos la Policía Nacional ha ingresado a la Curia Episcopal de nuestra Diócesis de Matagalpa". Al momento de su captura, fue subido a un vehículo y se desconocía en ese entonces a dónde le llevaban. Posteriormente, se informó que fue trasladado a la capital Managua.

Las otras ocho personas fueron trasladadas en vehículos diferentes. También se informó posteriormente que se encuentran en la prisión El Chipote, donde la dictadura lleva a los prisioneros políticos, lugar conocido por las torturas y violaciones de derechos humanos. Desde el 4 de agosto, Álvarez y sus acompañantes se encontraban cercados en la Casa Episcopal en un arresto domiciliario, hasta que finalmente fueron arrestados y secuestrados.

Unas horas antes, el Obispo había publicado en su cuenta de Twitter el siguiente "mensaje: "Preocupémonos por llevar el traje de fiesta en el Reino de Dios". En la Parroquia de Santa Lucía, los fieles han estado vigilantes ante el acoso policial del régimen y se congregaron en la madrugada para proteger a sus sacerdotes y evitar que fueran secuestrados. La casa de los padres del Obispo también fue allanada por la policía, así lo informó su sobrina.

La Diócesis de Matagalpa



La crisis en Nicaragua se ha agudizado en los últimos días con el secuestro del Obispo de Matagalpa, Monseñor Rolando Álvarez.

hizo un llamado a la oración por el Obispo y los demás secuestrados e hizo hincapié que "la fuerza y el poder del cristiano está en la oración". La represión contra los católicos ha sido continua desde el 2018 y se han registrado más de 190 ataques contra sus obispos, sacerdotes, fieles y templos, bajo órdenes de Daniel Ortega.

El odio de Ortega a la Iglesia Católica es tan manifiesto que ha insultado repetidamente a los religiosos católicos, llamándolos "demonios de sotana", "terroristas", "golpistas" y "sotanados católicos". No tan sólo el régimen de Ortega insulta, sino que también en marzo de este año expulsó al nuncio apostólico del Vaticano en Nicaragua, Waldemar Stanislaw Sommertag, la decisión sorprendió al Vaticano.

En un acto insólito de la naturaleza de la orden religiosa, a principios de julio, las *Misioneras de la Caridad*, orden fundada por Santa Teresa de Calcuta; cuya vocación es la atención de los más pobres y enfermos, fueron expulsadas permanentemente de Nicaragua.

A ese grado de odio ha llegado el gobierno de Ortega. En las últimas semanas, la policía ha estado acosando a la Diócesis de Matagalpa y a la Diócesis de Siuna. El domingo,

14 de agosto, fue arrestado caprichosamente el padre Oscar Benavidez.

La Conferencia Episcopal de Nicaragua (CEN) expresó en un comunicado a los demás que se siente con "profundo dolor" la herida causada por la detención arbitraria del obispo, cometida arbitrariamente en la madrugada del pasado viernes por la dictadura de Daniel Ortega.

El Arzobispo de Managua, cardenal Leopoldo Brenes se había reunido en la mañana del 19 de agosto con Rolando Álvarez, quien fuera secuestrado en horas de la madrugada por la dictadura.

La Arquidiócesis de Managua en un comunicado señaló que la condición física de Monseñor Álvarez "está desmejorada" pero su "ánimo y espíritu están fuertes".

Por último, el papa Francisco se expresó de la siguiente forma ante doce mil personas reunidas en la Plaza de San Pedro: "Sigo de cerca con preocupación y dolor la situación que se ha creado en Nicaragua, que involucra a personas e instituciones. Quisiera expresar mi convicción y mi deseo de que por medio de un diálogo abierto y sincero se pueden todavía encontrar las bases para una convivencia respetuosa y pacífica".

## El Exfiscal general de México y mandos militares son detenidos por el 'caso Ayotzinapa'

La investigación de la desaparición de los 43 estudiantes en Iguala el 26 y 27 de septiembre del 2014, crimen conocido como el 'caso Ayotzinapa', comienza a dar sus frutos tras ocho años.

La Fiscalía General de la República (FGR) ha ordenado la inmediata detención de 26 policías de Huitzuco, seis de Iguala, uno de Cocula, once policías estatales de Guerrero y 14 miembros del grupo criminal Guerreros Unidos, supuestamente vinculados a la desaparición de los 43 normalistas y acusados de los cargos de delincuencia organizada, desaparición forzada, tortura, homicidio y delitos contra la administración de justicia.

Hasta 83 órdenes de aprehensión han sido ordenadas por el Juez segundo de Procesos Penales Federales de Toluca, en el Estado de México, que implica a mandos militares y personal de tropa de los batallones 27 y 41 de Iguala (estado de Guerrero), donde sucedió la



Jesús Murillo Karam

desgracia.

No obstante, uno de los arrestos destaca entre los demás, el de Jesús Murillo Karam, exfiscal general de la República. La detención se llevó a cabo un día después de la presentación del informe de la Comisión para la Verdad y Acceso a la Justicia del caso Ayotzinapa, perteneciente a la Secretaría de Gobernación, en el que se considera que la desaparición de los 43 jóvenes de la Escuela Rural Isidro Burgos como "un crimen de Estado" que involucró a autoridades federales, locales y miembros del crimen organizado. Este

documento destaca que la tragedia podría haber sido evitada por el Ejército.

Murillo, quien fuera el titular de la extinta Procuraduría General de la República (PGR), dependiente del Gobierno federal, durante la anterior legislatura de Enrique Peña Nieto (2012-2018), fue apresado en su casa de Las Lomas de Chapultepec, en Ciudad de México, sin oponer resistencia. Era el encargado de la investigación del 'caso Ayotzinapa', pero el Gobierno de Peña Nieto le acabó trasladando a la Secretaría de Desarrollo Agrario. Anteriormente ostentó el cargo de gobernador por el PRI en el estado de Hidalgo y llegó a subsecretario de Seguridad.

Será el primer caso político de alto nivel que acabará en el banquillo por este caso en el que la Fiscalía le acusa, además, de contrataciones ilícitas de equipos de espionaje y aeronaves. Su partido, sin embargo, califica la detención como "como un tema político, más que de justicia", acusando al Gobierno de "ejercer acciones selectivas más que de intentar dar con los responsables materiales de los hechos".

La versión oficial del anterior Gobierno de Enrique Peña Nieto definió su supuesta resolución del caso como "la verdad histórica" en la que, según esta versión, policías corruptos entregaron a los estudiantes al cártel Guerreros Unidos que los asesinó e incineró en el basurero de Cocula y tiró algunos restos al río San Juan. Pero, el actual gobierno de López Obrador desmintió esa versión, manteniendo que los cuerpos no fueron quemados en ese lugar. Precisamente por las familias y la opinión pública se construyó una versión de los hechos que no fue corroborada por investigadores independientes llegados a México que destacó como el exfiscal habría visitado el basurero antes incluso de que lo hicieran los peritos. El propio político se desdijo de sus palabras afirmando que quedó asinaron allí a una parte de las víctimas, mientras la versión del río era tildada de montaje.

## Otra delegación estadounidense visita a Taiwán, en plena escalada de tensiones con China



El gobernador del estado de Indiana, Holcomb, visita Taiwán, como muestra de apoyo de Washington a la Isla.

La presidenta de Taiwán, Tsai Ing Wen, recibió este lunes a una nueva delegación estadounidense, en esta ocasión encabezada por el gobernador republicano del estado de Indiana, Eric Holcomb, en plena escalada de tensiones con China.

Holcomb fue recibido el pasado lunes por la Presidenta de Taiwán un día después de su llegada a la Isla para una visita de cuatro días. La suya es una nueva muestra de apoyo de Washington tras el paso del senador Ed Markey y sobre todo de la presidenta de la Cámara de Repre-

sentantes de Estados Unidos, Nancy Pelosi.

Aquella visita de la cúpula estadounidense motivó las críticas de China, que en respuesta llevó a cabo una serie de ejercicios militares, que para Taiwán no son más que "amenazas" por lo que ha pedido a sus "aliados democráticos" que sigan "unidos" para "impulsar" la cooperación "en todas las áreas".

Holcomb ha prometido que el estado de Indiana continuará buscando cómo seguir colaborando con Taiwán durante los próximos años y muestra de ello ha

plasmado su firma en un memorando de entendimiento con el Ministerio de Asuntos Económicos de la Isla para facilitar la cooperación empresarial, comercial y científica.

Durante su estancia, el gobernador Holcomb se reunió con otros altos funcionarios del Gobierno, así como con otros representantes empresariales y de la sociedad civil, según la cartera de Exteriores de Taiwán.

Estados Unidos cree que China intensificará su "coerción" militar, diplomática y económica sobre Taiwán, afirmó recientemente un principal diplomático para Asia Oriental, poco después de las obras militares de Pekín alrededor de la Isla que reclama como propia.

"Aunque nuestra política no ha cambiado, lo que sí ha cambiado es la creciente coerción de Pekín", declaró a periodistas Daniel Kritenbrink, enviado de Washington a Asia Oriental, en una conferencia telefónica.

Las fuerzas armadas chinas realizaron maniobras militares aéreas y marítimas durante varios días en el estrecho de Taiwán, en respuesta a la visita a Taipéi de la presidenta de la Cámara de Representantes estadounidense, Nancy Pelosi.

## EE.UU. cambia su estrategia de disuasión nuclear ante el avance armamentístico de Rusia y China

Estados Unidos pretende cambiar su estrategia de 'disuasión nuclear' tras el avance armamentístico nuclear que están teniendo de sus adversarios mundiales: Rusia y China. La teoría de la disuasión nuclear fue relevante durante la Guerra Fría, cuando la antigua URSS y el país norteamericano midieron sus fuerzas teniendo ambas naciones arsenales nucleares para disuadirse mutuamente de lanzar un ataque atómico por un posible contraataque.

La guerra de Rusia con Ucrania y las últimas alarmas creadas en China han animado a oficiales del Comando Estratégico de Estados Unidos (STRATCOM) a replantearse sus tácticas de disuasión nuclear.

El almirante de la Marina Chas Richard, jefe de STARTCOM, apuntó en un Simposio de Defensa Espacial y de Misiles en Huntsville (Alabama) que el ataque a Ucrania le habían invitado a reflexionar sobre la necesidad de un plan real para evitar una guerra atómica. Además, a esto se le sumaba el avance militar chino.

"Nunca nos hemos enfrentado a dos adversarios con capacidad nuclear al mismo

tiempo a los que hay que disuadir de forma diferente —explicó Richard—. Incluso nuestra capacidad de disuasión operativa no, es la que teníamos al final de la Guerra Fría".

El jefe de STARTCOM señaló que debían "revitalizar este esfuerzo" y que el primer paso era "reescribir la teoría de la disuasión".

A pesar de que Vladímir Putin, presidente de Rusia, firmó una declaración en la que comprometía al país a prevenir la guerra nuclear y evitar la carrera armamentística, desde su incursión a Ucrania su decisión parece haber cambiado. El Kremlin ha llegado a amenazar con ataques nucleares para impedir que Occidente interfiera en el conflicto bélico con el país de Europa del Este.

Según Richard, este es uno de los motivos por los que están buscando nuevas soluciones: "Tenemos algunas cosas que están funcionando bastante bien en la crisis actual bipartita que es realmente diferente". Como ejemplo, el jefe de STARTCOM enumera algunos como "la no linealidad, los vínculos, el comportamiento común y la incapacidad de predecir", que no aparecen en la teoría clásica de la disuasión.



# Briznas Culturales
Por Leonardo Venta

## Jorge Luis Borges: a 123 años de su natalicio



Jorge Luis Borges erigió un universo que colinda entre lo fantástico y lo real.



Ficciones, el libro más reconocido de Borges

*"No soy ni un pensador ni un moralista, sino sencillamente un hombre de letras que refleja en sus escritos su propia confusión y el respetado sistema de confusiones que llamamos filosofía, en forma de literatura".*
*Jorge Luis Borges*

El 24 de agosto de 1899, nació en la capital de Argentina el genial poeta, ensayista y narrador Jorge Francisco Isidoro Luis Borges Acevedo, inmortalizado literariamente como Jorge Luis Borges.

"Siempre fui miope y uso lentes, y era más bien débil. Como la mayoría de mis parientes habían sido soldados –hasta el hermano de mi padre fue oficial naval– y yo sabía que nunca lo sería, desde muy joven me avergonzó ser una persona destinada a los libros y no a la vida de acción", confiesa Borges en su texto *Autobiografía*.

Borges era el primogénito de su única hermana Norah, con quien compartió sus primeros vuelos creativos en la biblioteca familiar. Era un niño sumamente estudioso. A los nueve años publicó en un periódico local su traducción al español de "El príncipe feliz" de Oscar Wilde. A los doce, ya leía a Shakespeare en lengua inglesa.

Cuando tenía 15 años, se mudó con su familia a Ginebra, donde descubrió la literatura simbolista francesa, así como Schopenhauer y Walt Whitman, entre otros. Al cumplir los 20 años, regresó a Buenos Aires, donde publicó su primer poemario, *Fervor de Buenos Aires* (1923).

En 1938, la muerte de su padre y el haber sufrido un accidente en la cabeza que lo dejó al borde la muerte, determinó el inicio de la ficción borgeana, experiencia que según declaraciones suyas se definiría la trama de su célebre cuento "El Sur", manifestación temprana de su actividad como procesar del llamado realismo mágico latinoamericano, así como de los géneros fantástico y de ciencia ficción.

Una vez recuperado, publicó el híbrido cuento-ensayo "Pierre Menard, autor del Quijote", uno de sus relatos más encomiados, en el que propone, mucho antes que Barthes lo hiciera, la muerte del autor, estableciendo que hay tantos Quijotes como lectores de esa obra. "La verdad histórica, para él [Menard], no es lo que sucedió; es lo que juzgamos que sucedió", formula el hablante narrativo.

En Borges, la intertextualidad es primordial para entender su obra. Quien lee sus textos, debe constantemente referirse a sus obras ya existentes que interpola, así como a una pleamar enciclopédica que transmuta bajo el influjo de sus duendes literarios, sin excluir escenarios y personajes presentados como reales, como parte de ese efecto lúdico, paródico a veces, parcial o enteramente fruto de su imaginación.

En una entrevista concedida a Rita Guibert, recogida en el libro *Jorge Luis Borges*, el narrador/poeta declara: "Creo que fuera de Schopenhauer, o de Berkeley, yo no he tenido nunca la sensación de estar leyendo una descripción verdadera o que quiera verosímil del mundo".

La idea del mundo como representación, tesis fundamental de Schopenhauer, es una constante en la obra borgeana. El sujeto de la representación (el que conoce) y el objeto de su mundo (lo que se conoce), están condicionados por el espacio, el tiempo y la causalidad. Según este concepto filosófico, el objeto carece de existencia fuera de la representación.

Una visión metafísica de la realidad, como parte del idealismo con el que se identifica desde temprana edad, es latente en nuestro autor, metafísica que engarza y se aviene muy bien a la estética de la literatura fantástica que cultivará sistemáticamente.

Borges sugiere la fusión de la metafísica y lo fantástico, como parte de una estética literaria que revolucionara la literatura regionalista y el realismo decimonónico que le precedió. A modo de ejemplo, en el cuento "Tlön, Uqbar, Orbis Tertius", con que inicia su libro *Ficciones* expresa: "Los metafísicos de Tlön no buscan la verdad ni siquiera la verosimilitud: buscan el asombro. Juzgan que la metafísica es una rama de la literatura fantástica".

"Si el sueño fuera (como dicen) una/tregua, un puro reposo de la mente,/¿por qué, si te despiertan bruscamente, sientes que te han robado una fortuna?". En estos versos que abren su famoso soneto "El sueño", el hablante lírico desafía la interpretación tradicional del sueño como elemento pasivo, lo relaciona con la percepción de la realidad como voluntad que propone Schopenhauer.

Al mismo tiempo, en el antedicho poema, la voz lírica pregunta: "¿Quién serás esta noche en el oscuro/sueño, del otro lado de su muro?". La pregunta, más que inquirir, parece proponer la fusión de la existencia (la realidad) y el sueño (la representación de dicha realidad). ¿Quién serás (o somos) en esa dimensión misteriosa llamada sueño? es la interpelación. ¿De qué manera se diluida lo real y lo onírico? es la gran interrogativa.

El 14 de junio de 1986, murió en Ginebra de un enfisema pulmonar, a los 86 años, uno de los más geniales escritores hispanohablantes. Se había mudado a esa ciudad suiza al conocer el diagnóstico de un irremediable cáncer terminal. "Su último deseo fue morir y ser enterrado en Ginebra", según declaraciones de su abogado Osvaldo Vidaurre.

Recibió sepultura en el ginebrino cementerio Plainpalais. La ceremonia funeral, celebrada en la catedral de Saint Pierre, contó con los servicios de un sacerdote católico y un pastor metodista.

En el listón de una de las ocho coronas de flores que rodearon su tumba, se leía en francés: "Al más grande forjador de sueños".



Atención primaria para personas mayores con Medicare

CONVIVA
Care Center

## Usted merece que le atiendan *sin prisa*

"Hacer una diferencia en la vida de otros es lo que me da mayor satisfacción".

Dr. Ron Hiemstra | Tampa, Florida



¿Tiene 65 o más y quiere un médico primario que le escuche?

**Llame hoy al (813) 592-4856 para hacer un recorrido o visite**
SomosConviva.com/visitanos

 Aceptamos planes Medicare Advantage de Aetna, CarePlus, Humana, Wellcare, Medicare Original y más.*

*Conviva Care Center® no discrimina por motivos de raza, color, origen, edad, incapacidad o sexo. *Varían por ubicación.*

 @ConvivaCareCenters
 @ConvivaCare
 Conviva Care Center

# El más misterioso de los geoglifos

**Por Pedro Merino**

¿Alguna vez has escuchado hablar de geoglifos? ¿Cuántos geoglifos existen en el planeta? ¿Cuál es el más misterioso de ellos? Esa palabra como su significado ha sido difícil de explicar. Hay diccionarios que no han acogido ese vocablo. Por ende, se ha prestado para tergiversaciones. Así que vamos a ahondar en cada una de las interrogantes que nos introducirán en sus misterios.

Por geoglifo se entiende algo así como "una imagen o figura que se dibuja en el suelo o en las partes más planas de un terreno", más o menos.

Existen miles de geoglifos por todo el mundo construidos desde hace miles de años, y otros hechos en nuestra era moderna que son más obra de la vanidad que del sensacionalismo... aunque de los geoglifos antiguos hay admiradores, hoy día, que son personas vanidosas y en extremo sensacionalistas. Pero los más famosos e intrigantes son los geoglifos antiguos: las líneas de Nazca, y el Candelabro de Paracas, ambos en Perú; el Gigante de Atacama, en Chile; las líneas de Kazajstán; las "obras de los Viejos"; el geoglifo de un alce en las montañas rusas; las líneas de Sajama, en Bolivia, entre otros. Sin embargo, para mí el más misterioso de todos es, sin miramiento, el Candelabro de Paracas, ubicado en la costa peruana, frente al Océano Pacífico.

Sobre este último geoglifo, el Candelabro... es el que nos compete a investigar. Cuando se lleva a cabo una investigación científica, se piensa primero en una hipótesis, luego en una teoría, y al final, cuando ya se han hilvanado varias conclusiones, se culmina en evidencias, o en hechos que avalan

una indagación del tema en sí.

El Candelabro se puede divisar a veinte kilómetros de distancia. Mide 181 metros de largo, y su profundidad está entre 1 y 3,2 metros. Por su forma es un tridente que tiene "tres brazos", y guarda semejanza a un cactus. De ahí que en una de sus teorías se le compara con una planta alucinógena.

Otra teoría sugiere que los marineros lo utilizaban para orientarse en la costa, algo así como un faro, porque en sus tiempos brilló como tal.



**Candelabro de Paracas, Perú.**

Sobre su construcción es otra teoría inverosímil con las anteriores, aunque se cree fue construido antes de Cristo. Sin embargo, no tiene referencia histórica, ningún documento lo atestigua o cita. Es decir, aún no se sabe quiénes lo construyeron.

Acerca de su comparación con una obra de arte es otra arista que fortalece su concepción y, a la vez, hace trizas las anteriores teorías y las posteriores, subordinadas a una creencia religiosa en sus primitivos ancestros. De hecho, los

conquistadores españoles al ver ese "tridente", sus cristianos-católicos lo asociaron con la trinidad: Dios Padre, Dios Hijo, y Dios Espíritu Santo.

Pero la más abecellada de todas, la cual cada vez gana más adeptos, es la concerniente a una civilización extraterrestre en una época donde no existían objetos voladores. La razón por la cual, es por su mejor visualización desde el cielo. No importa si era, si se le observa desde arriba, a través de una vista aérea, se le verán más detalles y por ende alimentaría la ilusión óptica.

Como colofón, creo que agregarle más a un misterio sin resolver, todavía sin evidencias o hechos, es como construir otro misterio dentro del mismo, lo cual acabaría sin un raciocinio adecuado en momentos en que una hipótesis o una teoría se desinfla en la nada. De todas formas usted es libre de escoger cuál teoría es la más sensata, y suéñe mucho porque jamás, de esa manera, sabrá la verdad sobre el más misterioso de los geoglifos.

# El avión Airbus Zephyr S se estrella antes de conseguir el récord del vuelo más largo

El avión Airbus Zephyr S rompió su propio récord recientemente, manteniéndose más de dos meses en vuelo continuo. Sin embargo, después de 64 días en el aire, el vehículo se ha estrellado sin llegar a convertirse en la aeronave con el récord mundial del vuelo más largo registrado, ya que el primer puesto lo tenía el Cassna 172 Skyhawk, que aguantó 64 días y 22 horas volando hace 63 años.

El vehículo no tripulado funcionaba con energía solar y volaba a gran altitud, pero el diario *Simple Flying* confirmó que había caído en Arizona el 19 de agosto. Airbus Zephyr S había sido desarrollado por la compañía aérea Airbus que, desde hace un tiempo, ha tratado de reducir su huella de carbono trabajando en alternativas sostenibles con fuentes de energía más ecológicas.

El Zephyr tiene una envergadura de 25 metros y pesa menos



de 75 kilogramos gracias a su estructura compuesta por fibra de carbono liviano y un fuselaje muy fino. El avión puede emplearse para realizar imágenes o radares o sistemas de identificación adaptados para usos militares, institucionales o comerciales.

Además, puede soportar cargas útiles de hasta 22.5 kg, entre los que se encontraban sensores ópticos, infrarrojos, LiDAR e hiperespectrales, radar de apertura sintética o sistemas de alerta temprana. Un solo avión también puede servir

para brindar una cobertura similar a 250 torres de comunicación, lo cual podría servir para conectar las partes más remotas del mundo.

El vuelo no tripulado de 64 días de Zephyr podría haberse convertido en el más largo de la historia. Sin embargo, inexplicablemente comenzó a descender rápidamente cuando se encontraba sobre el desierto de Arizona. En un momento, la velocidad de descenso superó los 1,38 km por minuto. Hasta la fecha, los restos no se han localizado.

# Putin accede a que los inspectores del OEIA visiten la planta nuclear ucraniana de Zaporiyia

El presidente ruso, Vladimir Putin, accedió a que los inspectores del Organismo Internacional de Energía Atómica (OEIA) visiten la planta nuclear ucraniana de Zaporiyia, que fue tomada por las fuerzas rusas en marzo, poco después del inicio de la invasión a Ucrania.

En una conversación telefónica con el presidente francés, Emmanuel Macron, ambos mandatarios acordaron solicitar la visita de los expertos de la agencia atómica de Naciones Unidas.

La decisión fue anunciada dos semanas después de que el director del OIEA, Rafael

Grossi, advirtiera que la instalación está "completamente fuera de control".

El OIEA indicó que por el propio Grossi dirigirá la misión y se encuentra "en consultas activas con todas las partes".

Ucrania y Rusia se han acusado mutuamente de bombardear la planta, la más grande de Europa, y crear el riesgo de un accidente nuclear.

Grossi ha advertido que los combates entre ambas fuerzas han ocurrido peligrosamente cerca de la instalación atómica. "Estamos viendo muchos elementos de un accidente nuclear", indicó a principios

de agosto.

El OIEA ha señalado que dos de los seis reactores de la planta aún están en funcionamiento. El organismo aseguró que el gobierno ucraniano le informó que otros dos reactores se mantendrían en parada fría, lo cual impide que se produzca un recalentamiento y una reacción en cadena.

Por su parte, el secretario general de la ONU, António Guterres, ha señalado que Rusia no debería desconectar la planta de energía de la red ucraniana, luego de que la agencia nuclear de ese país informara que Moscú se prepara para hacerlo.

# Toques de Acuarela
*por Carlos A. Camargo Vilardy*

## El taller del orfebre

La luz ámbar invade el estudio como crepúsculo instalado en una hora constante, generando una atmósfera que estimula la concentración. Allí trabaja en su festiva creación el orfebre Boris Cabarcas, a quien se le tejen en su goce estético varias disciplinas como la música, el canto, la escultura, las cuales desarrolla con la misma calidad y delicadeza con la que filigrana el oro.

Boris es un artista en el sentido de la palabra, porque es un creativo; con sus esculturas ha participado en salones de pequeños formatos. Incluso como cantautor ha grabado varios CD.

En este momento está desarrollando un bello concepto entre joyería y arte. Son esculturas para el cuerpo: anillos, brazaletes, pectorales, tocados para el cabello y los vestidos, con sello propio, que, en el juego de las ideas contemporáneas como arte, son más esculturas que joyería, elaboradas y ornamentadas en diversos materiales, porque en su oficio con el fuego, las ceras y los buriles, domina todos los metales.



**Premio Semilla, creación de Boris Cabarcas.**

Colombia (40 años) en la Bahía de Tampa, que son otorgados a personas notables por sus logros y contribuciones en los campos de ciencias, artes, negocios e innovación.

El reconocimiento, denominado Semilla, en su representación germina transformándose en planta, con una gran hoja y raíz recreada en bronce y encapsulada en una aguja de cristal, a través de cuyo ojo se observa la hoja completamente, llenando el espacio abierto de ese orificio metafórico por donde se hila la vida. La semilla germinada y la raíz están dentro del bloque cristalino que es el cuerpo de la aguja como forma cerrada; en la sobria y bella composición tridimensional, donde los elementos están en sentido ascendente como símbolo de la infinitud de la existencia.

Boris ha sido un poeta de las formas con reconocimientos. Fue ganador en Colombia del Tercer Concurso Nacional de Joyeros, realizado en la ciudad de Bucaramanga en 1995, cuando ya era un maestro del oficio, el cual inició en su infancia, viendo e involucrándose en el taller de su padre, quien fue su orientador en todas las técnicas orfebres de las que hizo su profesión.



**Boris Cabarcas**

Asimismo, es un inventor de artefactos funcionales que no existen en el mercado, pero que le solucionan sus necesidades técnicas (como la carencia agudizando el ingenio).

Desde la otra orilla, esa que trabaja y nos habla oculta al interior de la conciencia, de donde surgen las revelaciones que permiten hacernos más sabios y humanos, Boris está siempre dispuesto a cooperar con los amigos y la comunidad con lo que sabe y ruega.

En esta ocasión, celebramos su diseño y materialización de los reconocimientos que Boris gentilmente ha donado a las Damas Voluntarias de

Aunque fue estudiante de la Fuerza Aérea Colombiana, fascinado por el vuelo, no por la guerra, desvió su rumbo hacia la vida y la exaltación de la belleza en el arte.

En su círculo de amor, lo acompañan sus dos hijas, Yine y Lizette, sus dos nietos y su esposa María Teresa Cabarcas, con quien comparte la luz ambarina de su estudio.

## Efemérides del 27 de agosto

### Lope de Vega

El 27 de agosto de 1635, fallece en Madrid el escritor español Félix Lope de Vega y Carpio, uno de los poetas y dramaturgos más importantes del Siglo de Oro español y, por la extensión de su obra, uno de los autores más prolíficos de la literatura universal.

Lope de Vega renovó las fórmulas del teatro español en un momento cuando el teatro comenzaba a ser un fenómeno cultural de masas. Máximo exponente, junto a Tirso de Molina y Calderón de la Barca, del teatro barroco español, sus obras siguen representándose en la actualidad y se incluyen entre las más altas de la literatura y las artes españolas. Fue también uno de los grandes líricos de la lengua castellana y autor de varias novelas y obras narrativas largas.

Sobre Lope de Vega se han escrito muchos libros, de forma que ha llegado a desarrollarse una rama entera de la filología hispánica conocida como Lopismo.

### Tiziano

El 27 de agosto de 1576 murió en Venecia (Italia) a los 90 años de edad, Tiziano, pintor que aunó en su obra los frutos del Renacimiento y el dramatismo del Barroco. Retrató a la clase dirigente, pintó paisajes y cuadros religiosos.

Reconocido por sus contemporáneos como "el sol entre las estrellas", en homenaje a la línea final del Paraíso de La Divina Comedia de Dante Alighieri, Tiziano es uno de los más versátiles pintores italianos, igualmente capacitado para ejecutar retratos, paisajes (dos de los temas que se lanzaron a la fama), escenas mitológicas o cuadros de temática religiosa.

Tuvo una dilatada carrera, y su obra atravesó muchas y diferentes etapas, en las que su estilo cambió tan drásticamente que algunos críticos tienen problemas para creer que los cuadros de su primera etapa y los de las posteriores hayan salido de la misma mano.

# El deporte al día

**(Viene de la página 1)**

Por otra parte, mejora a 4-1 sus resultados de todos los tiempos contra Florida Gulf Coast con una racha de tres victorias consecutivas.

**Los Rowdies caen 0-1 ante Colorado Springs**

Luego de haber tenido una impresionante racha victoriosa, por segunda semana consecutiva, los Tampa Bay Rowdies perdieron con un resultado de 1-0. La noche del pasado sábado, Jairo Henríquez le dio a Colorado Springs Switchback FC la victoria sobre los Rowdies, en el Weidner Field.

La noche terminó con protestas de los Rowdies por lo que consideraron un error arbitral. Sin embargo, el entrenador principal de los Rowdies, Neill Collins, estaba más preocupado por el desempeño de su equipo durante los 90 minutos previos a ese momento.

"Estaba decepcionado con el penalti que no fue cantado, pero no tanto como lo estaba con nuestra actuación esta noche", dijo Collins. "Fue un penalti claro. El árbitro no lo marcó, pero el desempeño previo no refleja el resultado con el que terminamos", agregó.

Los Rowdies regresan al Estadio Al Lang para una estadía en casa de dos partidos, comenzando con el oponente de la final del Campeonato de la USL del año pasado, Orange County SC, el sábado 27 de agosto a las 7:30 p.m.

Los boletos están disponibles en https://www.rowdiessoccer.com/ o llamando a la taquilla del equipo al 727-222-2000.

**El bate de Ramírez fue clave para darle a los Rays la serie ante Reales**

Harold Ramírez conectó tres hits e impulsó dos carreras, y los Rays de Tampa Bay vencieron el pasado domingo 3-2 a los Reales de Kansas City.

El colombiano Ramírez ha conectado de hit en los cinco juegos desde que regresó el martes de una fractura en el pulgar derecho. Bateaba para .337 durante una temporada en la que ha despegado en las Grandes Ligas.

Los Rays han ganado siete de nueve y han limitado a sus oponentes a tres carreras o menos en ocho de sus últimos nueve juegos.

El derecho de los Reales Zack Greinke fue reemplazado tras permitir dos carreras y cinco imparables en cuatro entradas. El lanzador de 38 años fue examinado por un entrenador cuando enfrentaba a José Siri con dos outs en el cuarto inning y lo retiró con un elevado después de realizar un tiro de calentamiento, pero enseguida fue reemplazado por José Cuas para el inicio del quinto episodio.

Por los Rays, los dominicanos Manuel Margot de 4-0, José Siri de 3-1. El cubano Randy Arozarena de 3-1 con una anotada. El colombiano Ramírez de 4-3 con dos impulsadas. El venezolano David Peralta de 4-1. El mexicano Isaac Paredes de 4-0. El panameño Christian Bethancourt de 3-1 con una anotada y una impulsada. Por los Reales, el venezolano Salvador Pérez de 3-0.

**Pulsaciones de la NBA**

Vanessa Bryant testificó recientemente que apenas comenzaba su luto por la pérdida de su esposo, el astro de la NBA Kobe Bryant y de su hija de 13 años Gianna, cuando enfrentó un nuevo horror, al enterarse que policías y bomberos tomaron y compartieron fotografías de los cadáveres de ambos, desde el sitio donde cayó el helicóptero en el que perecieron.

"Sentí como si quisiera correr, correr por la calle y gritar", dijo Vanessa Bryant entre lágrimas, sollozos y con voz acelerada por momentos. "Era la sensación de querer correr por un muelle y saltar al agua. El problema es que no puedo escapar. No puedo escapar de mi cuerpo", agregó.

Los Memphis Grizzlies están examinando alternativas para quedarse con el estelar alero, Kevin Durant. Según fuentes allegadas a la NBA, los Grizzlies preferirían construir la oferta en torno a su colección de cinco selecciones de primera ronda del draft. La selección número 10 de 2021, Ziaire Williams, Brandon Clarke y las selecciones del draft de 2022 Jake LaRavia, David Roddy y Kennedy Chandler son opciones que podrían poner sobre la mesa para persuadir a Brooklyn.

Los New York Knicks han ofrecido a Evan Fournier, Obi Toppin y cinco selecciones de primera ronda del draft por la estrella de Utah Jazz Donovan Mitchell, según declaraciones de fuentes de la Liga. Utah al parecer no quedó conforme con la oferta y estaría buscando

que los Knicks incluyan en el acuerdo a Quentin Grimes o Immanuel Quickley, pero queda la impresión de que ambas partes están más cerca que nunca de cerrar el traspaso. Si los Knicks logran quedarse con "Spida" lo sumarían a un roster que cuenta con el recién llegado Jalen Brunson, Julius Randle, RJ Barrett y Mitchel Robinson como figuras cardinales.

**Vuelve Brady a los entrenamientos con Tampa Bay**

Tom Brady regresó con los Bucaneros de Tampa Bay el lunes, poniendo fin a lo que se describió como 11 días, previamente pactados, de descanso del campamento de entrenamiento por razones personales.

Brady estuvo fuera del equipo por una ausencia planificada antes de que los Bucaneros se enfrentaran a los Titans en Tennessee para el segundo partido de pretemporada del equipo. El entrenador en jefe Todd Bowles dijo anteriormente que no le preocupaba que ese afectara su capacidad para jugar a un alto nivel esta temporada.

Según Bowles, el mariscal de campo se mantuvo en contacto con el cuerpo técnico mientras no estaba. Brady y los Bucs jugarán contra los Indianapolis Colts como visitantes este sábado, a las 7:30 p.m.

**Comienza este viernes el Mundial de Voleibol masculino**

El Mundial de Vóley 2022 se desarrollará del 26 de agosto al 11 de septiembre en Polonia y Eslovenia, después que la Federación Internacional de Voleibol canceló la sede original en Rusia debido a la invasión a Ucrania.

Los 24 equipos clasificados para el vigésimo Campeonato Mundial fueron distribuidos en seis zonas de cuatro equipos. El sistema de competencia esti-

pulado por la FIVB (Federación Internacional de Voleibol) clasificará a primeros y segundos de cada zona junto a los cuatro mejores terceros a la ronda de eliminación directa.

A partir de allí se jugarán tanto los octavos y los cuartos de final como las semifinales y los partidos por las medallas a un único partido eliminatorio. Los octavos y los cuartos de final serán en Gliwice, Polonia, y Ljubljana, Eslovenia, entre el 3 y el 8 de septiembre. Las semifinales y las finales se disputarán en Katowice, Polonia, el 10 y 11 de septiembre.

Grupo A: Ucrania (reemplazó a Rusia), Serbia, Túnez y Puerto Rico Grupo B: Polonia, USA, México y Bulgaria Grupo C: Brasil, Japón, Cuba y Qatar Grupo D: Francia, Eslovenia, Alemania y Camerún Grupo E: Italia, Canadá, Turquía y China Grupo F: Argentina, Irán, Países Bajos y Egipto.

**Arabia Saudita aspira a organizar unas Olimpiadas**

Arabia Saudita considera la organización de unos Juegos Olímpicos como un "objetivo último" en la expansión de los grandes eventos deportivos en el país, declaró a la AFP su ministro de Deportes, quien rechazó las críticas sobre las violaciones de derechos humanos que pesan sobre el reino.

La inversión en el deporte forma parte de una estrategia con varias vertientes aprobada hace seis años para diversificar la economía de este país dependiente del petróleo, bajo la dirección del príncipe heredero Mohamed bin Salmán, de 36 años. En 2034, la capital Riad acogerá los Juegos Asiáticos, un evento multideportivo a gran escala que podría abrir la vía a una candidatura para los Juegos Olímpicos de verano.

# BAYFIRST

## 2.51% APY

## 9-MONTH CD

**Interested in Earning Interest? Open Your CD Now.**

Open a Certificate of Deposit with BayFirst and enjoy peace of mind of a fixed rate, while building your savings.

## Open yours today.

**VISIT A BANKING CENTER OR OPEN ONLINE**

Si tiene alguna pregunta, por favor llame o visite un centro bancario local.

| BELLEAIR BLUFFS | ST. PETERSBURG | SEMINOLE | PINELLAS PARK |
| 401 N. Indian Rocks Rd | 700 Central Ave | 9190 Seminole Blvd | 5250 Park Blvd |
| Belleair Bluffs, FL 33770 | St. Petersburg, FL 33701 | Seminole, FL 33772 | Pinellas Park, FL 33781 |
| CLEARWATER | SARASOTA | WEST TAMPA | |
| 2520 Countryside Blvd | 2033 Main St, Suite 101 | 3015 W. Columbus Dr | |
| Clearwater, FL 33763 | Sarasota, FL 34237 | Tampa, FL 33607 | |

BayFirstFinancial.com

NMLS ID 806183

 Member FDIC

A Reduced Annual Percentage Yield (APY) may change after maturity, applies to personal accounts only and are accurate as of 08/19/2022. Minimum deposit of $1,000. A penalty may be charged for early withdrawal. Fees could reduce earnings. © 2022 BayFirst National Bank. New money only.

# Info Bahía

**Eduardo Márceles Daconte presenta en Tampa su libro**
***16 danzas emblemáticas del Carnaval de Barranquilla***



Se invita a todos a la presentación del libro *16 danzas emblemáticas del Carnaval de Barranquilla*, en la Universidad de Tampa. Será presentado por su autor, el escritor colombiano Eduardo Márceles Daconte.

Fecha: 7 de septiembre de 2022, a las 6 p.m.

Lugar: 214 N Boulevard, Tampa, Fl 33606.

Márceles Daconte, autor de las obras *Azúcar!, la biografía de Celia Cruz, Recursos de la imaginación: Las Artes visuales del Caribe colombiano*, así como de la novela *El umbral de fuego* y otros libros, estará en Tampa para la presentación de este apasionante estudio sobre el Carnaval de Barranquilla, uno de los más relevantes del Caribe.

**Orquesta de la Florida: Amadeus Concierto en vivo**

Experimente el fenómeno filosófico *Amadeus* (1984) de Milos Forman, ganador de varios premios de la Academia de Artes y Ciencias Cinematográficas, mientras la Orquesta de la Florida interpreta en directo la partitura de las obras más célebres de Wolfgang Amadeus Mozart.

El programa incluye fragmentos de las óperas *La flauta mágica* y *Don Giovanni*, el mítico *Réquiem* mozartniano, la Sinfonía n.º 25 y mucho más, dado que la historia se desarrolla entre el compositor de la Corte de Viena Antonio Salieri y el irreverente, pero genial joven Mozart.

La velada será el sábado, 17 de septiembre, a las 7:30 p.m., en el Teatro Mahaffey, una sala de conciertos ubicada en el 400 1st Street South, St. Petersburg, Florida 33701.

**Abierta la matrícula para clases de otoño en el Conservatorio Patel**

La inscripción aún está abierta para las clases de otoño de 2022, que comienzan el 29 de agosto, en danza, teatro y música en el Conservatorio Patel, ubicado en los terrenos del Straz Center for the Performing Arts.

Se ofrece la oportunidad de tomar clases en categorías específicas por edad, desde prekínder hasta adultos. Los planes de estudios secuenciales están diseñados a estudiantes de todos los niveles, desde principiantes hasta profesionales.

El Conservatorio Patel va más allá de la capacitación en el aula, ofrece clases magistrales con artistas, excursiones a presentaciones profesionales y sesiones de preguntas y respuestas de celebridades, entre otras actividades.

El catálogo de otoño puede verse en línea en www.patelconservatory.org o enviarse por correo, si se solicita.

**Cuarto viernes en el centro de Tampa**

¿Sabía que tenemos un recorrido artístico y cultural en el centro de Tampa cada cuarto viernes? Únase a la diversión este viernes, 26 de agosto, en el Straz Center (5-7:30 p.m.) y disfrute de ofertas exclusivas y programación especial en los mejores lugares del centro. Más información: fourfridaytpa.com.

---

# HOROSCOPOS

Del 26 de agosto al 1.º de septiembre de 2022

**ARIES: del 21 de marzo al 20 de abril**

Ariano/a, debes tratar de evitar arriesgarte en aventuras innecesarias. Igualmente, debes mostrarte fuerte ante personas impositivas. Por otra parte, nuevas oportunidades laborales pueden verse obstaculizadas por el freno que te impone la responsabilidad respecto a tus relaciones familiares, en especial con tu media naranja.

**TAURO: del 21 de abril al 20 de mayo**

Surgirán problemas de salud inesperados. Debes hacerte un chequeo médico y vigilar más tus hábitos alimenticios y de ejercicios, ya que cualquier dolencia pudiera convertirse en crónica. Tal vez la causa de estos problemas de salud haya que buscarla en los conflictos sentimentales. Conviene que te decidas a realizar meditaciones y realizar un nuevo y radical enfoque en determinar tus prioridades.

**GÉMINIS: del 21 de mayo al 20 de junio**

Este ciclo será de grandísimas oportunidades para Géminis. Debes dedicar tus energías a abrir caminos a tus aspiraciones, pues podría surgir una oportunidad que cambie tu suerte para bien. También, este es un período de disfrute de una mayor estabilidad emocional. Seguirás gozando de gran disposición para entregarte a actividades creativas o de carácter social.

**CÁNCER: del 21 de junio al 22 de julio**

Conviene que superes tu miedo a los cambios y estés dispuesto/a a abrirte a nuevas posibilidades profesionales. Ello implicará la renuncia a una situación de seguridad en aras de una mayor libertad. Por otra parte, continúan acentuándose dificultades que afectan a la familia. Tal vez debas hacerte cargo de personas de edad.

**LEO: del 23 de julio al 23 de agosto**

Debes dejar atrás el nerviosismo y el estrés. Eso significa que debes involucrarte en actividades que conllevan un profundo crecimiento personal y espiritual. También significa que debes enfocar la vida de otra forma y apreciar las nuevas perspectivas de cambios positivos. Al entrar Júpiter en tu signo, te aportará prosperidad y bienestar. En cuanto al amor, será un período importante.

**VIRGO: del 24 de agosto al 23 de septiembre**

Si estás casado/a, el amor lo vivirás de una forma pasional. Si estás soltero/a habrá posibilidades de establecer relaciones formales con vistas a un serio compromiso y boda. A partir de esta premisa, habrá que escuchar, negociar y pactar planes comunes. Tu vida en pareja puede transformarse en una aventura emocionante, siempre y cuando aprendan a disfrutar cada instante juntos.

**LIBRA: del 24 de septiembre al 23 de octubre**

Comienza un ciclo de crisis de pareja y para algunos será muy severa. Si no la superas, acabarás rompiendo la relación o en divorcio. La solución para afrontar este conflicto, es realizar actividades juntos que salgan de lo convencional para explorar nuevas posibilidades. La complicidad a todos los niveles será fundamental.

**ESCORPIO: del 24 de octubre al 22 de noviembre**

Dedicale tiempo de calidad a ese amigo/a en conflicto. Muchas personas, con la mejor de las intenciones, intentan aconsejar o aleccionar para ayudar a quien atraviesa un problema. Sin embargo, en la mayoría de los casos, esos tipos de ayuda resultan contraproducentes. Háblale a esa persona necesitada de tus experiencias en situaciones similares y de cómo encontraste soluciones.

**SAGITARIO: 24 de noviembre al 23 de diciembre**

Los astros favorecen tu voluntad y éxito personal, así como estimulan buenas vibras en tus relaciones interpersonales. Los amigos te ayudarán a superar cualquier contratiempo y serán esenciales a la hora de tomar decisiones. El amor se impondrá y los malos momentos del pasado quedarán en el olvido. Para quienes están en pareja este es un período ideal para planear salidas, viajes o proyectar actividades en común.

**CAPRICORNIO: del 24 de diciembre al 20 de enero**

Este período será como un renacer para los nacidos bajo Capricornio, con muchas nuevas oportunidades en todos los niveles. Es necesario que te involucres en numerosas actividades sociales para poder relacionarte con gente que te puede abrir las puertas a nuevas oportunidades. Necesitas encontrar nuevos aliados en pos de esos objetivos.

**ACUARIO: del 21 de enero al 19 de febrero**

Te encontrarás con alguien que te será muy beneficioso en todos los sentidos. Tu trabajo va a ser duro como lo viene siendo desde principio de año, pero si sigues perseverando conseguirás tener éxito a largo plazo. En septiembre, entrarás en un círculo de prosperidad económica y continuará así hasta diciembre.

**PISCIS: del 20 de febrero al 20 de marzo**

Pisciano/a, debido a la influencia planetaria, si tienes hijos en edad de enamorarse, vivirán su noviazgo ó su compromiso o su boda. En caso de casamiento, no esperes hasta la boda para compartir con ellos tu opinión sobre lo que es un buen matrimonio.

*–Juno Cruz, astrólogo. Para cualquier interrogante, puede escribirle a: centroastraljunocruz@outlook.com.*

---

# OBITUARIO SEMANAL LATINO



**Eulalia Barranco**, falleció el 23 de agosto de 2022, a la edad de 90 años. Le sobreviven familiares y amigos.

**Mary Marino Martin**, falleció el 13 de agosto de 2022, a la edad de 95 años. Le sobreviven familiares y amigos.

**Jaime Salaman Filomeno**, falleció el 22 de agosto de 2022, a la edad de 72 años. Le sobreviven familiares y amigos.

**Evelyn Dagnes Cordero**, falleció el 22 de agosto de 2022, a la edad de 81 años. Le sobreviven familiares y amigos.

**Angela Lucchina Belluccia**, falleció el 18 de agosto de 2022, a la edad de 91 años. Le sobreviven familiares y amigos.

**José M. Calvo**, falleció el 21 de agosto de 2022, a la edad de

78 años. Le sobreviven familiares y amigos.

**William T. Cardona**, falleció el 20 de agosto de 2022, a la edad de 76 años. Le sobreviven familiares y amigos.

**Aida P. González**, falleció el 20 de agosto de 2022, a la edad de 97 años. Le sobreviven familiares y amigos.

**Richard Michael Martínez**, falleció el 21 de agosto de 2022, a la edad de 77 años. Le sobreviven familiares y amigos.

**Stefano Martino Chillura**, falleció el 21 de agosto de 2022, a la edad de 87 años. Le sobreviven familiares y amigos.

**Carmen Mercado**, falleció el 19 de agosto de 2022, a la edad de 83 años. Le sobreviven familiares y amigos.

---

## We treat our customers like neighbors, because they are.

# BOZA & ROEL
FUNERAL HOME

Actually, they're more than just neighbors. Many of them have become good friends. People we've known for years. Folks who've entrusted their family member to our care. So we always give everyone our personal attention. Because we feel, "in our business, everything is personal."

**(813) 877-7676**

**4730 N. Armenia Ave.   Tampa, FL 33603**

BozaRoel.com



Super Q 1300AM
WQBN

# 813-871-1333

MUSICA   NOTICIAS   DEPORTES   VARIEDADES

Escúchenos EN VIVO! por Internet

## WWW.Q1300.COM

...tan latina como tú!

100% Propiedad HISPANA

4023 N. Armenia Ave. Suite 400, Tampa, FL 33607

# La Pagina Italiana

di Angela Amenta

## Hollywood e i grandi classici: Gabriele Muccino

Muccino sbarca a Hollywood per dirigere "La ricerca della felicità" con Will Smith (2006) e "Sette anime" (2008), entrambi con Will Smith protagonista, che è anche produttore delle due pellicole e ha personalmente scelto Muccino, dopo aver visto i suoi film precedenti. I due film, dal budget di circa 55 milioni di dollari ciascuno, incassano rispettivamente 300 e 170 milioni di dollari in tutto il mondo.

Nel 2010 esce "Baciami ancora", sequel de "L'ultimo bacio", con un buon successo al botteghino, dove incassa 9 milioni di euro (dati Cinetel) e vince come miglior film al Shanghai Film Festival. Nel 2012 torna in America per dirigere la commedia "Quello che so sull'amore" (Playing for Keeps), interpretata da Gerard Butler, Jessica Biel, Catherine Zeta Jones, Uma Thurman, Dennis Quaid, e Judy Greer, che incassa 13 milioni di dollari negli USA e altri 17 nel resto del mondo.

Dal 2015

Nel 2015 esce Padri e figlie, che ha come protagonisti l'attore Premio Oscar Russell Crowe e Amanda Seyfried. Distribuito negli USA dalla Vertical nella primavera 2016.

Nel 2015 dirige anche il suo decimo film: "L'Estate Addosso" (Summertime), una produzione italiana (Indiana Production Company in collaborazione con RAI Cinema) in lingua prevalentemente inglese; è la storia di due adolescenti italiani che dopo l'esame della maturità vanno a trascorrere l'estate negli Stati Uniti dove si ritroveranno a fare una esperienza formativa e di definizione delle loro vite.

Nel 2018 dirige il film corale "A casa tutti bene", con un cast che comprende, tra gli altri, Stefano Accorsi, Pierfrancesco Favino, Stefania Sandrelli, Massimo Ghini e Claudia Gerini.

Muccino ha diretto sei videoclip musicali: per Laura Pausini ("E ritorno da te"), per Jovanotti ("Baciami ancora" nel 2010, "Tensione Evolutiva" nel 2012 e "L'estate addosso" nel 2015),

per Jaselli ("Welcome to the world" nel 2016) e per Biagio Antonacci ("Mio fratello" nel 2018).

Nel 2020 torna al cinema con il film "Gli anni più belli", nel cast ci sono due dei suoi attori ricorrenti, Pierfrancesco Favino e Claudio Santamaria, oltre a Micaela Ramazzotti e Kim Rossi Stuart.

Vita privata

È stato sposato con Elena Majoni dal 2002 al 2006. Dal 2012 è sposato con Angelica Russo. Ha tre figli: Silvio Leonardo nato nel 2000 da una relazione con Eugenia F. Di Napoli), Ilan (avuto nel 2003 con Elena Majoni) e Penelope (nata nel 2009 da Angelica Russo).

Gabriele Muccino e suo

fratello minore Silvio a lungo non sarebbero stati in rapporti molto distesi, nonostante il più giovane dei due abbia recitato nel film d'esordio del regista, "Come te nessuno mai".

Nel 2016, durante un'intervista a un programma "L'Arena" di Massimo Giletti, Silvio Muccino ha rivelato di essersi allontanato dal fratello maggiore e dai suoi genitori per via dell'atteggiamento di Gabriele: «Il malessere subito in famiglia è stato elaborato in maniera diversa fra me e Gabriele. Lui l'ha portato fuori, anche con atteggiamenti fisicamente violenti, ha dichiarato l'attore.

Di Antonio Bassano

## Moments In Time

• On Sept. 11, 1857, Mormon guerrillas, stoked by a deep resentment of decades of public abuse and federal interference, murder 120 emigrants at Mountain Meadows, Utah. The conflict apparently began when the Mormons refused to sell the emigrants any supplies.

• On Sept. 10, 1897, a 25-year-old London taxi driver named George Smith becomes the first person ever arrested for drunk driving. A true breath test didn't come along until 1931 with a device called the Drunkometer. It involved a blow-up balloon and a tube filled with a purple fluid (potassium permanganate and sulfuric acid). Alcohol on a person's breath changed the color of the fluid from purple to yellow; the quick-

er the change, the drunker the person.

• On Sept. 7, 1936, Charles Harden Bibby is born in Lubbock, Texas. Performing under the name Buddy Holly, he left behind a rock 'n' roll legacy that includes "That'll Be the Day" and "Maybe Baby" after his death in 1959 at the age of 22.

• On Sept. 9, 1942, in the first and only air attack on the U.S. mainland during World War II, a Japanese floatplane drops incendiary bombs on Oregon's Mount Emily, setting fire to a state forest. The president immediately called for a news blackout *for the sake of morale.*

• On Sept. 8, 1965, the five-year Delano Grape Strike begins as over 2,000 Filipino American farmworkers refuse to go to work pick-

ing grapes near Bakersfield, California. Over the next five years, even American households stopped buying grapes in support of the farmworkers.

• On Sept. 5, 1972, at the Summer Olympics in Munich, Germany, a group of Palestinian terrorists, known as Black September, storms the Olympic Village apartment of the Israeli athletes, killing two and taking nine others hostage. In an ensuing shootout at the Munich airport, the nine Israeli hostages were killed.

• On Sept. 6, 1995, Baltimore Orioles shortstop Cal Ripken Jr. plays in his 2,131st consecutive game. Ripken went on to play 2,632 games in a row before ending the streak by voluntarily removing himself from a game against the New York Yankees on Sept. 19, 1998.

**NOTICE OF REQUEST FOR BID**
Hillsborough Community College is accepting proposals for the following:
RFB # 2877-22
Elevator Modernization Project
Dale Mabry Campus - Student Services Bldg.
Revised Due Date: 09/07/2022 before 10:00 AM ET
For more information, please visit:
https://www.hccfl.edu/resources/vendors
and click on "Competitive Solicitations"
8/26/22LG 1T

CURRY LAW GROUP
CLIFTON C. CURRY, JR.
ATTORNEY AT LAW
LaViva Professional Center
750 West Lumsden Road
Brandon, Florida 33511
CLIF.CURRY@CURRYLAWGROUP.COM
WWW.CURRYLAWGROUP.COM
813-653-2500


86 MILLONES DE ESTADOUNIDENSES INCLUSO USTED, TIENEN PREDIABETES. PERSONA-INCRÉDULA-A-PUNTO-DE-VERIFICAR-ESTE-DATO.
PodriaTenerPrediabetes.org
Text SABER to 99779


Celebre el Mes Nacional de los Negocios Afroamericanos
conectando su comercio con oportunidades de contratación en el gobierno del condado Hillsborough
MBE
Los programas Minority Business Enterprise (MBE) y Small Business Enterprise (SBE) del condado Hillsborough abren las puertas a pequeñas empresas y minorías como mujeres dueñas de negocios en toda el área de Tampa Bay.
Testimonio de cliente del programa MBE
"Nuestro negocio ha aumentado los ingresos generales en un 42 % basado en el trabajo de subcontratistas que obtenemos al ser registrado y certificado como minoria y una empresa pequeña en el condado".
- Kerrick Williams
Kerrick Williams Photography
Comience hoy en HCFLGov.net/MWSBE

Hillsborough County Florida
Minority & Small Business Enterprise
(813) 829-2650
MWSBE@HCFLGov.net

**Notice of Intent to Sell**
Pursuant to Section 373.089, Florida Statutes, the Southwest Florida Water Management District intends to sell an interest in certain lands owned by the District subject to a deed restriction prohibiting any future septic system or other device for the sanitary disposal of waste.
SWF Parcels 15-228-1440S; 15-228-1449S; 15-228-1450S; 15-228-1615S; 15-228-1725S; 15-228-1370S
Real estate in Hernando County consisting of individual lots in Sections 6, 7 Township 21 South, Range 18 East. Property Appraiser for Hernando County, Florida, identifies these properties as Parcel Keys 684174, 684263, 684058, 684049, 749042, 788918, 642380.
Specifications may be obtained from the District at 2379 Broad Street, Brooksville, Florida 34604 or by calling 352-796-7211, extension 4471 or 1-800-423-1476 (Florida only).
8/26/22LG 1T





## Today Can Be Different

### By Sheryl Boldt

## Change your day in one hour

How often do we appreciate the value of each hour? And how often do we foolishly misspend our precious time?

One evening after work, I was enjoying one of my favorite television mystery movies. I planned to tidy up the house once the movie was over. My resolve quickly faded as the last scene ended. Instead of turning off the TV, I gave in to the temptation to watch "just the first hour" of another episode.

But then, in an almost miraculous moment, I turned off the television and decided to see how much housework I could get done in the same sixty minutes. I was so tickled with what I accomplished that I greeted Bert with a big smile when he came home that evening.

We can't reclaim an hour gone by, but we can plan to be more effective with future segments of time.

What if we practiced redeeming our time, one hour at a time, throughout the day? I'm not preaching against downtime. Rather, my intent is to help us feel good about the way we use each hour God gives us.

We could begin by developing a correct perspective regarding everything we do: "And whatever you do, in word or deed, do everything in the name of the Lord Jesus, giving thanks to God the Father through him" (Colossians 3:17 ESV).

This verse, especially when we're not feeling motivated, can be challenging. Thankfully, our heavenly Father, Who knows each of our personalities, will help us. If we ask Him to, He'll even increase our desire to do everything in a way that honors Him. This will give us purpose – and help us redeem our days.

Keeping in mind that once an hour is gone it can never be recaptured, what can you accomplish during the sixty minutes you were going to use scrolling through Facebook posts, playing Candy Crush, watching TV or something on Netflix? What choice will make your smile bigger when you greet your spouse this evening – or your boss in the morning? Whatever you decide to do, do it all in Jesus' name.

Begin by challenging yourself to get something done before the day ends. Then set your timer for 60 minutes – and see what else you can accomplish.

*Sheryl H. Boldt is the author of the blog, www.TodayCanBeDifferent.net. Connect with her at SherylHBoldt@gmail.com.*

# Kovels Antiques and Collecting

Many figural tobacco jars were made in the late 1800s and early 1900s, marked with just the letters "JM" or the letters and the printed word "Bohemia" or "Czechoslovakia." The jars held loose pipe tobacco, but they were not humidors made to control humidity. The figural jars are about 18 to 20 inches high with small statues of children seated in chairs, a dog in a barrel, a man drinking beer, even Buster Brown or gnomes. Some of the jars are also marked with a city, the location of one of the many factories like Aussig, Bohemia. Most of the jars were made of terra cotta or majolica. A telltale, signed JM jar has buff colored edges showing the ceramic. The maker was Johann Maresch (1821-1914). He worked at many different factories and probably owned some of them. Other potters also used an initial mark. The jars by Johann Maresch sell for $300 to $500. The other potters' work sells for less than $200.

****

Q: My daughter's name is Kelly, and when she was a toddler, I started buying a small doll named Kelly that was Barbie's "little sister." They were sold for about $5 each, if I remember correctly. I bought a dozen of them over the years, putting them immediately into a box for safekeeping. They are all in their original boxes. They've never been opened. Are they just a fun remembrance of her childhood, or will they be worth something in the future?



**This terra cotta jar by Jon Maresch, shaped like a smiling black dog, is marked JM#116 and sold at Fox Auctions for $240.**

A: The 3-inch-high preschool doll Kelly was marketed as the younger sister of Barbie, Skipper and Stacie. Kelly was introduced in 1995 and retired in 2010. She was replaced by Chelsea in 2011. She was dressed in Halloween costumes, Christmas dresses and St. Patrick's Day green for the holidays. She was sold both separately and in boxes with a Barbie. Sale prices for in-the-box Kellys are between $25 and $35 online.

****

TIP: Keep a list of the things you are looking for and the sizes that will fit in your house. That includes space needed to get a large piece up a stairway with a low ceiling or a sharp turn.

****

CURRENT PRICES

Copper kettle, candy maker's, round, rolled rim, hand-wrought cast handles with original rivets, 7 x 17 1/2 inches, $55.

Terra cotta figurine, French peasant woman holding a decorated vase on her head, naturalistic base, marked Lladro, 30 x 8 inches, $280.

Pair of sconces, gold tone metal, polished brass, half dome form, hanging frosted Lucite prisms, Karl Springer, 20th century, 15 1/4 x 7 1/4 inches, pair, $540.

Looking to declutter, downsize or settle an estate? Kovels' Antiques & Collectibles Price Guide 2022 by Terry and Kim Kovel has the resources you're looking for.

# BE YOU

## @HCCFL

**HCC**

Get back to being you at Hillsborough Community College. If you're considering college, you're heading in the right direction. If you're thinking of transferring, you're right on track. With hands-on learning, flexible schedules and convenient locations, HCC is the place where you can...be you. From enrollment to employment, it's all on your time, your terms. Be you at HCC.

**Register now for fall classes!**

*Hillsborough Community College subscribes to equity, access, diversity and inclusion.*

hccfl.edu/registernow



# In Context

### By Doris Weatherford

**SPIRITED!**

I went down the elevator from the Cuban Club's 4th floor ballroom with Kim DeFalco, who takes photographs for Tiger Bay and other organizations. She commented on the luncheon that features political discussion and, during campaign seasons, debates between candidates. I said it was an extraordinarily "spirited" day, and she replied, "that is exactly the right word!" This was particularly remarkable, given that the focus was on candidates for the county commission. That usually means talking about roads and sewers and other boring – albeit important – stuff. Those topics were addressed, but very much in the controversial context of the tax increase that will be on November's ballot.

Let me briefly back up and explain about Tiger Bay. Although I've been familiar with it for decades, I can't explain the name: we have no bays with tigers in Florida. If you know the origin, please let me know. I do know that the concept originated in Tallahassee, and Tampans brought it home in the 1980s. Hubby and I spent legislative sessions in Tally back then, so I knew some of the people involved, and I believe that Governor Bob Graham was the speaker at the first one here in Tampa.

I've never been deeply involved, though, as it is decidedly bipartisan, and I didn't want to pay what seemed to me to be rather high dues to listen to folks whose views differed from mine. That changed recently because the dues are affordable now and because I'm trying to re-enter the world after Hubby's death. Besides, I want to support those few remaining Republicans who understand how government works and are capable of reasoned deliberation. As everyone knows, such civility is increasingly gone as Trumpsters replace conversation with noise, and even with violence.

Because of the association with tigers, the club long has given "the Garfield award" to the member with the best question of the day. I don't think they are giving the actual stuffed tiger modeled on the cartoon character anymore, but the late Sydney Potter had shelves filled with them. He thought about the upcoming meeting and planned his incisive questions well ahead. I don't know if Ron Weaver did the same at last week's meeting, but his query was so surprising that I pulled out my little notepad and wrote "Ron!!!"

**MORE SPIRITS**
**(NOT THE ALCOHOL KIND)**

Ron's was the first question and set the tone for the day. I've known him for decades from our mutual membership in the local Harvard Club. Always friendly, especially to young people, he's a cautious lawyer – but his question presented a different persona: he asked the candidates to respond to changes in state law on abortion in terms of Hillsborough's health care program. The first unthoughtful answer came from the Republican who is running for an at-large seat. He contended that this was not an issue for the commission and stuck to that stance even after it was explained that it is: the county's indigent health care tax indeed can pay to terminate the unwanted pregnancy of a poor woman.

What bothered me most was not disagreement on abortion as an issue – that barely was addressed – but instead the failure to do one's homework before running for office. He didn't understand that yes, we have funding for health care for the county's poor, ever since we the voters adopted a quarter-cent sales tax back in the 1990s. That was a courageous commission, with Democrats Pam Iorio, Phyllis Busansky, Sylvia Kimbell, Jan Platt and Ed Turanchik providing a super-majority. After these commissioners moved on, Republicans took a couple of runs at abolishing the program, but they but were not successful. Sylvia, Phyllis and Jan since have died, but their kindness to the poor lives on.

Ron's rather astounding question did not win the Garfield, though; instead, it went to a young man, Timothy Burke, whom I've recently met through the League of Women Voters. Yes, the league long has accepted men as members, and he is the current treasurer. The committee that awards the Garfield (after a quick conference at the meeting's end) is, of course, bipartisan, and yet Timothy's "question" was even more confrontational than Ron's.

**DITTO**

In the thirty seconds allowed, Timothy quickly alluded to Republican Governor Ron DeSantis' removal of twice-elected Democratic State Attorney Andrew Warren from office and asked (more or less), "After this affront to Hillsborough voters, why should anyone vote Republican?" The two Republicans on the stage were flummoxed. I can't fault them; there really is no defense for RonBeGone's off-the-rails publicity stunt. But it's also telling that three other Republican candidates did not show, even though their attendance was confirmed and even though their audience allies showed up in significant numbers.

The final debate was on a question about county subsidies for the Straz Center and other art programs. Incumbents explained that it is a tiny amount of the county's budget, which I know is true from serving on the volunteer committee that advises on these grants to non-profits. Moreover, such subsidies more than pay for themselves: people spend money in connection with concerts and exhibits, and that not only benefits businesses, but also gives the county more revenue from sales taxes related to that spending.

Even the anti-tax Republicans fell all over themselves to say that they were devoted to the arts – although one cited spending on sports more than on arts, and the other cited his musical experience in a military band. It seemed not to occur to him that military bands are completely funded by the government. It's federal tax dollars, though, so apparently it doesn't count. How about Logic 101?

**KENNEDY-KING DINNER**

Compared with "Tiger Bay," Kennedy-King needs no explanation. Yet it is a rather new name for the Democratic Party's big fundraisers, which used to be called "Jefferson-Jackson." Thomas Jefferson and Andrew Jackson were indeed founders of the modern Democratic Party; Republicans didn't exist until several decades after Jefferson and Jackson were gone from the scene. They advocated for expanded voting rights, but that was limited to white men, and both presidents were slaveowners.

The new name is much better: as John F. Kennedy and Martin Luther King are more representative of today's inclusive Democratic Party.

I was thinking about that sort of change as I sat at the dinner in the Convention Center Saturday night – especially because the two keynote speakers would not have been on that stage even a few years ago. One was State Representative Fentrice Driskell. A Polk County native and the daughter of schoolteachers, she came to the attention of Hubby and me when she was the first African American elected student body president at Harvard. Fentrice is a star, and I predict you will see her in the national political firmament.

The other was Nadine Smith, founder of Equality Florida. Nadine came to our attention when she was a young reporter for the now-defunct *Tampa Tribune*. It's rather amazing to think that *Mother Trib*, which then was a powerful factor in our community, now is gone, while Nadine still is standing strong. As a Black, gay, woman, she had three strikes against her. Any one of those would have been enough to push many of us into a permanent closet, but she persisted. Now Nadine is widely recognized as an influential voice in Florida and in the nation.

The *Helen Gordon Davis* Award went posthumously to State Representative Betty Reed. It was accepted by her husband, who was so overcome with emotion that he couldn't speak. I wrote about Betty when she died, but it bears repetition. I think she was the most truly humble public servant I've ever known. She was always there, yet always modest. An African American who grew up in poverty and earned a college education after raising her children, she never sought credit for the great good that she did.

We should have applauded these keynote speeches by other Black women. Both were thoughtful, as well as rousing. Andrew Warren had not been on the original agenda, but he of course got a standing ovation, too. Former Florida CFO Alex Sink said a few words, as did Congresswoman Kathy Castor, but they and other old-timers gave most of the attention to younger people. Change should not be resisted, and it is especially heartening to see the welcome given to those who once were excluded on the basis of biology. Bit by bit, we humans progress.

doris@dweatherford.com

## HILLSBOROUGH COUNTY AVIATION AUTHORITY (AUTHORITY)

The Hillsborough County Aviation Authority is soliciting bids (ITBs) and proposals (RFPs, RFQs, and ITNs) for goods, services, construction and professional services. Interested parties may view solicitations and obtain documents at https://www.tampaairport.com/current-solicitation-opportunities. For assistance email ProcurementHelpline@TampaAirport.com or call 813-870-8796.

## PORT TAMPA BAY
### INVITATION TO BID (ITB) NO: B-011-22
### Berth 214 Upland Eastport Fill

Port Tampa Bay (PTB) is advertising an Invitation to Bid (ITB) from firms/individuals qualified in the placement of fill in the East Bay Basin for the expansion of Eastport. The work includes, but is not limited to clearing/grubbing, excavation, filling, transportation, removal of existing rip rap, installation of rip rap, grading, erosion/sediment control, environmental protection, turbidity curtain installation and maintenance.

The ITB is available on DemandStar (www.demandstar.com) on Friday, August 26, 2022. All responses to the ITB shall include completed ITB Documents, including the Respondent's Questionnaire. Firms failing to submit the required ITB Documents may be deemed non-responsive to the ITB.

PTB will hold a NON-MANDATORY PRE-BID TELECONFERENCE on Thursday, September 1, 2022, at 10:00 a.m. Prospective bidders are not required to participate. If prospective bidders plan to participate, they should view the documents and phone footage, if any, prior to the teleconference. See the Instructions to Bidders Section of the Bid Document for the teleconference details.

Electronic bids are due Thursday, September 29, 2022, by 1:00 p.m. Interested firms should obtain a copy of the procurement instructions and submittal documents and submit a completed electronic response via DemandStar.

PTB encourages the use of registered Small Business Enterprise (SBE) firms to the greatest extent possible on projects and has a goal of nine percent (9%) SBE participation. PTB will consider SBE participation when evaluating the responses.

Questions concerning this ITB should be directed to Nancy Marino of PTB's Procurement Department, at (813) 905-5042 or by e-mail at nmarino@tampaport.com.

| Documents Available on Demand Star Non-Mandatory Pre-Bid Teleconference Electronic Submittal Documents Due | Friday, August 26, 2022 Thursday, September 1, 2022, at 10:00 a.m. Thursday, September 29, 2022, by 1:00 p.m. |
|---|---|

8/26/22LG 1T

## Request for Subcontractor Bids
### Seminole Square

96 New Apartment Units

Hennessy Construction Services is Requesting Bids for Seminole Square Located at 2075 Seminole Blvd, Largo. We are Accepting Proposals for the Following:

- Sitework, Landscaping, Retaining Walls
- Concrete, Steel Stairs & Rails
- Wood Framing, Lumber Package & Trusses
- Casework, Countertops, Running Trim
- Shingle Roof, Insulation, Hardie Siding
- Doors, Trim, Vinyl Windows
- Drywall, Flooring, Painting
- Toilet Accessories, Window Coverings
- Mechanical, Electrical, Plumbing, Fire Protection

Plans are Available on iSQFT or in the Construct Connect Plan Room.

**Pre-Qualification Forms can be found at www.hcsfl.com. Bids Due at 6-PM on Wednesday, September 14th, 2022.** Submit Bids to chendrickson@hcsfl.com or Fax to (727) 822-5726 to the Attention of Craig Hendrickson.

Construction Manager Reserves the Right to Accept or Reject Bids upon review of Bidder's Qualifications.

8/26-9/2/22 2T

## NOTICE OF INTENT TO PARTIALLY VACATE PLAT

Notice is hereby given that HD 1626, LLC., a Florida limited liability company intends to apply to the City Council of Tampa, Florida to partially vacate that certain plat as follows:

A PORTION OF LOT 3 AND LOT 4 BLOCK 2, PRESTON'S SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 2, PAGE 80, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF LOT 4, BLOCK 2, PRESTON'S SUBDIVISION, AS RECORDED IN PLAT BOOK 2, PAGE 80 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY;

FLORIDA, THENCE N 00° 02' 45' W, ALONG THE WEST RIGHT OF WAY LINE OF NORTH 9TH STREET, FOR A DISTANCE OF 67.00 FEET TO THE POINT OF BEGINNING; THENCE N 88° 54' 38" W, FOR A DISTANCE OF 113.00 FEET; THENCE N 00° 02' 45" W, FOR A DISTANCE OF 167.16 FEET; THENCE S 88° 47' 24" E, FOR A DISTANCE OF 113.00 FEET TO THE SAID WEST RIGHT-OF-WAY LINE OF NORTH 9TH STREET, THENCE S 00° 02' 45" E ALONG THE SAID WEST RIGHT OF WAY LINE OF NORTH 9TH STREET, A DISTANCE OF 166.92 FEET TO THE POINT OF BEGINNING.

CONTAINING 18,876 SQUARE FEET, MORE OR LESS.

For additional information regarding this notice, please contact the Subdivision Coordinator, City of Tampa, FL, 1400 North Boulevard – 2nd Floor, Tampa, Florida 33607

8/19-8/26/22LG 2T



## SMALL DONATIONS
## MAKE A BIG DIFFERENCE

# AS WE HEARD IT
by PATRICK MANTEIGA

## THREE WAYS TO GAMBLE...



SLOT MACHINES          BLACKJACK          BUY AN AIRLINE TICKET

**(Continued from page 1)**

anne Hart, Julie Holt, Lynn Hurtak, Arthenia Joyner, Pat Kemp, Nancy Millan, Gwen Myers, Kim Overman, Alex Sink, Cindy Stuart, Jessica Vaughn, Christina Barker, Chloe Coney, Susan Glickman, Dana Nafe, Janee Murphy, Rochelle Reback and Cheryl Schroeder.

**\*\*\*\***

We made our predictions last week for Tuesday's election. We did pretty good. Out of 24 races, we got 21 right. Here's how we did and the results of the election:

### U.S. Senate

Democrat Val Dēmings, as predicted, had a huge victory with 84.3 percent of the vote and will go on to challenge Republican incumbent U.S. Senator Marco Rubio. Brian Rush came in second with 6.28 percent in the four-person race. North Florida, where some of the counties show fewer than 1,000 Democratic voters, was not kind to Demings in this race, probably due to her being Black. In a lot of those counties, she only got in the 50 percent range and in two counties, Liberty and Holmes, she lost to Brian Rush.

### Congress District 14

We got both of these predictions right. Incumbent Democrat Kathy Castor pulverized her opponent with 98.35 percent. Castor received 62,503 votes to Christopher Bradley's 6,674 votes. Republican James Judge will face off with Castor in November. He received 20,455 votes (53.14%), Jerry Torres had 11,389 votes (29.59%) and Samor "Sam" Nashagh trailed with 6,649 votes (17.27%).

### Congress District 15

Our prediction was spot on. Republican Laural Lee will face Democrat Alan Cohn in November. These were big primaries. The Republican results were:

| | | |
|---|---|---|
| Laurel Lee | 22,457 | 41.47% |
| Kelli Stargel | 15,058 | 27.81% |
| Jackie Toledo | 6,292 | 11.62% |
| Demetries Grimes | 5,628 | 10.39% |
| Kevin McGovern | 4,713 | 8.7% |

Kelli Stargel won her home county, Polk, but Lee's lead in Hillsborough and Pasco were insurmountable. Many thought Toledo would do better, at least in Hillsborough, but in her home county she only got 13.64 percent.

The Democrat Primary results were:

| | | |
|---|---|---|
| Alan Cohn | 14,913 | 33.13% |
| Gavin Brown | 10,014 | 22.25% |
| Eddie Geller | 9,840 | 21.86% |
| Cesar Ramirez | 7,809 | 17.35% |

Cohn won in all three counties. The only surprise here was that Geller was third. Most believed he'd be second. Geller sent out mail claiming to be ultra-progressive. We wonder if this was a bad move in a district that takes in north Hillsborough, Pasco and Polk and is moderate.

### Congress District 16

This was an easy prediction. Incumbent Republican Vern Buchanan dominated with 63,982 votes (86.24%) to Martin Hyde's 10,206 votes (13.76%).

### Governor

We thought Charlie Crist would win, but we thought it would be closer. Crist got 903,581 votes (59.71%) to Nikki Fried's 534,841 votes (35.34%). Two minor candidates, Candace Daniels and Robert Willis, got under 3 percent each. Fried did better in North Florida, but she got trounced in the big urban counties. Crist now faces off with Governor Ron DeSantis.

### Attorney General

We were way off on this prediction. We had Daniel Uhlfelder winning. He got second place with 399,177 votes (28.16%). Aramis Ayala won with 637,106 votes (44.95%). Jim Lewis came in third with 381,168 votes (26.89%). Uhlfelder had the endorsements, but in a race with little publicity, women who dominate the Democratic Party rolls stuck with voting for another woman. Ayala will face Republican incumbent Ashley Moody.

### Commissioner of Agriculture

We predicted this race correctly because we judged women would vote for women. Democrats chose Naomi Esther Blemur with 689,530 votes (50.36%). Ryan Morales received 420,122 votes (30.29%) and J.R. Gaillot trailed with 268,521 votes (19.36%).

The Republican side of this race was an easy call. Wilton Simpson received 1,047,941 votes (64.71%) and James Shaw pulled 571,450 votes (35.29%).

### State Senate District 20

Another easy race to predict. Jim Boyd dominated with 76,439 votes or (79.97%) to John Hauman's 19,144 votes (20.03%). This was a universal primary so Boyd has won the District 20 Senate seat.

### State House District 62

As predicted, Michele Rayner won the Democratic primary with 9,526 votes (53.32%). Wengay "Newt" Newton had 6,756 votes (37.83%). Jesse Philippe was in distant third with 1,583 votes (8.86%). Rayner will face Republican Jeremy Brown in November.

### State House District 65

Our prediction was true. Karen Gonzalez Pittman won the Republican primary with 5,928 votes (44.06%). Jake Hoffman came close with 5,692 votes (42.31%). Michael Minardi, who was endorsed by the *Tampa Bay Times* and *La Gaceta*, scored only 1,833 votes (13.63%). We guess South Tampa Republicans don't value newspaper opinions in the primary process. Pittman will now face Democrat Jen McDonald.

### State House District 68

Didn't need a crystal ball to guess right on this race. Incumbent Lawrence McClure scored an easy victory with 12,423 votes (80.26%) over Paul Hatfield with 3,056 votes (19.74%). McClure faces Democrat Larissa Wright in November.

### State House District 69

Danny Alvarez scored an easy win as predicted. He got a whopping 85.07 percent with 10,931 votes. Megan Angel Petty only received 1,919 votes (14.93%). He will face incumbent Democrat Andrew Learned.

### County Commission District 4

This was a winner take all universal primary. As predicted Michael Owen is our county commissioner elect and will replace Stacy White in November. Owen received 40,518 votes (61.79%). Noelle Licor had 25,057 votes (38.21%).

### County Commission District 7

We predicted Josh Worstal would win in a close race. He did and it was close. Worstal had 42,971 votes (50.59%). Chase Harrison had 41,963 votes (49.41%). Republican Wostal will now face Democratic incumbent Kimberly Overman.

### Circuit Judge Group 6

This race shows that woman do not have a big advantage against men in judicial races in a primary election cycle. Judge Wesley Tibbals won easily, as predicted. He had

122,863 votes (58.39%) to Belinda Noah's 87,554 votes (41.61%). Tibbals seemed to do well equally among Democrats, Republicans and independents. Noah won Black precincts, but Tibbals carried all the heavy-voting precincts.

Noah jumped from race to race early on trying to find her dream match up of a one on one race between her and a male. It didn't work, but according to her social media, she thinks it's a win and promises to roll out another campaign to "stop the destruction of our freedom, liberty and Constitution."

What Noah will learn is it's pretty easy to get 40 percent in a two-person, non-partisan race, but the last 10 percent is very difficult to attain.

### Circuit Judge Group 37

Last week, we wrote, "we see Smith with a narrow victory but we could be surprised." We were surprised as Nancy Jacobs beat incumbent Judge Jared Smith. The results were Jacobs 109,250 (51.87%) and Smith 101,365 votes (48.13%). This race became a referendum on abortion and the separation of church and state. Because of this, it broke along party lines even though it was non-partisan. The map shows the precincts Jacobs won were compatible to ones that are reliable for Biden, and other Democrats in partisan races. She won most of Tampa and the urban service area.

Democrats have been voting heavy by mail in ballot while Republicans have been voting heavy on Election Day. Jacobs won the vote by mail, 63,226 to 48,702. Smith won Election Day voting 35,001 to 29,508.

The issue of forced birth and religion in the courtroom also seem to affect older Reagan-style Republican conservatives, as Jacobs even won a couple of Sun City Center precincts. This race will make many a judge in urban Florida counties think twice about ruling that a minor should be forced to give birth. This could also be a precursor of the political battle ahead for the retention of judges on the November ballot. Judges who are a part of the forced-birth movement might find they are being targeted by voters.

### County Judge Group 14

We predicted Melissa Black in first place with Mike Isaak in a battle for second with Starr Brookins. We had Isaak edging out Brookins and Alicia Whiting Bozich in 4th place. That is exactly what happened. The race for second is so close that there is a recount.

| | | |
|---|---|---|
| Melissa Black | 62,308 | 29.85% |
| Mike Isaak | 59,229 | 28.38% |
| Starr Brookins | 58,504 | 28.03% |
| Alicia Whiting Bozich | 28,689 | 13.74% |

You could see that Isaak was attracting Republican vote. He was third in vote by mail but placed

first in Election Day voting, where Republicans dominate.

Brookins did well in Black areas and in New Tampa and Riverview. Black won most of South Tampa, West Tampa and Seminole Heights. Isaak won east Hillsborough County and northwest Hillsborough County.

### School Board District 2

Incumbent Stacy Hahn easily defeated Damaris Allen, as predicted. Hahn had 31,731 votes (63.76%). Allen had 18,038 votes (36.24%). The Democratic Party tried to help Allen, but it doesn't seem like Democrats got the message, as Hahn dominated voting by mail.

### School Board District 4

We predicted the trifecta correctly.

Patricia "Patti" Rendon received 29,822 votes (53.1%). Hunter Gambrell had 15,435 votes (28.44%). Danielle Smalley had 10,019 votes (18.46%).

We thought this would go to a runoff, but Rendon passed the 50 percent mark and is now School Board member-elect Patti Rendon. She will replace Melissa Snively in November.

### School Board District 6

We wrote last week, "Karen Perez is going to win big, but will she get 50 percent plus one to avoid a runoff? It's too close to call."

The results were:

| | | |
|---|---|---|
| Karen Perez | 108,421 | 50.74% |
| Alysha Legge | 80,149 | 37.51% |
| Roshaun Gendrett | 26,099 | 11.75% |

Perez posted over 50 percent, so she is reelected without a runoff. This race was influenced by party affiliation and Governor DeSantis tried to weigh in. You can see it in the voting.

Perez dominated heavily Democratic vote by mail. She got 65,911 votes while Legge got 32,610. Election day voting was led by Legge with 32,199 votes to Karen's 26,801 votes. The map also reflected this partisanship. Perez won the City of Tampa, Temple Terrace and the urban service area. What's surprising is she also won Sun City Center.

### School Board Referendum

We predicted a miracle that the tax to increase teacher pay would pass. We were wrong by 307 votes. Had 307 people changed their minds and voted YES instead of NO, our children would have had their education greatly improved.

| | | |
|---|---|---|
| NO votes | 110,961 | 50.14% |
| YES votes | 110,342 | 49.86% |

There is a recount on the results because it is so close. This also broke mostly on party lines. Tampa and the vicinity voted YES. East Hillsborough and Northwest Hillsborough voted NO.

### Turnout

In Hillsborough County, 289,794 people voted (25.17%) of registered voters. Statewide turnout was 25.84 percent.

## The Reasonable Standard

By Matt Newton

# Political Speech and the Case of Joseph Shoemaker

Last week, a federal court reminded the State of Florida that its Legislature cannot pass laws designed to punish speech. The reminder — in the form of an injunction — stopped portions of Florida's "Individual Freedom Act." It declared that Florida's prohibition against workplace diversity, equity and inclusion training was in plain conflict with the First Amendment.

In its order, the court warned that regardless of whether Florida's elected officials thought words were repugnant, "[t]he remedy for repugnant speech is more speech, not enforced silence."

The First Amendment, as well as the entire Bill of Rights, was adopted as a bright line by the United States. Its framers predicted that states would repeatedly approach and test that bright line, but relied on both the Judiciary and the ballot box to keep such efforts in check.

For the most part, the Judiciary and the ballot box have held firm over the years. Admittedly, these institutions are made of imperfect people. But imperfect checks are better than no checks at all. A chilling story from Depression-era Tampa illustrates what is possible should we recede from our core constitutional principles and leave political speech completely undefended.

It was the Great Depression, and Joseph A. Shoemaker was a man without a party. He was too moderate for the political fringe, but too liberal for the mainstream. A Vermont native, he relocated to Tampa to live with his brother after being ejected from Vermont's Socialist Party. His former party exiled him for vocally endorsing the New Deal and Democratic candidates over their Socialist counterparts. While he had a Socialist heart, he had a politically pragmatic mind. He simply believed that mainstream candidates were the nation's best chance at actual reform (he advocated change"[p]eacefully, gradually, sanely, by education and use of the voting power.")

When he arrived in Tampa, the city was plagued by corruption. After witnessing widespread voter fraud during the 1935 primary, he formed a group called the Modern Democrats to challenge the Tampa's powerful political machine.

The Modern Democrats' core ideas were ambitious, but not extreme. Their platform was inspired by New Deal politics, as well as the policies of moderate socialists like Upton Sinclair. Locally, he advocated for jobs for the unemployed, publicly owned utilities and a minimum wage for city employees. Additionally, he called for increased voter participation through referendum voting, as well as abolishing Tampa's poll tax.

While his ideas may not have been revolutionary, he employed revolutionary rhetoric to fire up his Tour City base. During the fall of 1935, he submitted a series of letters to the *Tampa Tribune* to share his brand of progressive reform. The *Tribune* appeared dismissive of Shoemaker's policies, but agreed to publish them as "[i]nformative to [its] readers, who are naturally interested in knowing about all the proposed programs intended for economic relief."

Many of Shoemaker's writings resembled modern day rhetoric surrounding income inequality: "[the] dividing up of the American people has been done so cleverly that about five percent of the American people now have all the money and all the goods and all the means of making more goods, while the balance, or 95 percent of the people, have little else beside their fundamental belief in democracy."

While debated widely in the press, Shoemaker's policies did not initially test well at the ballot box. The Modern Democrats' first slate of candidates only captured ten percent of the City's electorate. But Shoemaker's political movement was young. He felt a sense of momentum, and vowed to continue holding weekly meetings at Robles Park to continue chipping away at Tampa's status quo.

But everything changed on November 30, 1935. That night, a group of armed policemen raided a meeting of the Modern Democrats under the guise of investigating Communist activity. An avowed and outspoken anti-Communist, Shoemaker assured the police they had no reason for concern. But the officers announced they were under strict orders to bring the men to headquarters for questioning.

After interrogation, the Modern Democrats were released one by one, and ordered into a waiting car. With bags forced over their heads, they were driven east until they reached a secluded area in the Brandon woods.

There, they were beaten mercilessly. Forcibly held over a log, each man was brutally flogged with chains, hoses and straps. Shoemaker recognized one of his attackers as a Tampa police officer during the assault and made the mistake of calling him out by name. As a result, he received the worst beating of all, including several severe blows to the head. Witnesses claimed to hear an attacker hatefully mutter while they whipped Shoemaker: "so you'll write letters to the *Tampa Tribune*."

When the beating ended, the attackers poured hot tar over the men and doused them with feathers. Before abandoning the men in the woods, the attackers warned them to leave town within twenty-four hours — or face death.

The men desperately tried to find their way back to the city. Shoemaker, partially paralyzed from the blows to his head, struggled to walk. Unable to carry him to town, Shoemaker's colleagues had to leave him behind. Early the next morning, his brother found him on the verge of death. He passed away nine days later in a hospital bed.

The example of Joseph Shoemaker is an extreme one. But this story demonstrates what can happen if we leave speech unshielded from political malice. Shoemaker's rivals did not bother debating his controversial ideas on their merits, trade verbal barbs with him in the public square, or otherwise rely on the ballot box to drive policy. Wholly unchecked, his rivals were sufficiently emboldened to employ extraordinary measures to silence the once-aspiring politician.

As re-affirmed last week, speech should only be fought with one thing more speech. If unchecked, the state will employ its resources to forcibly muzzle, punish, or otherwise chill words it deems offensive. But checks are in place: the judiciary, and the ballot box. And this November, voters can wield the ballot box to stand behind our Bill of Rights, and affirm that Florida remains a marketplace of all ideas — not just the notions of a few.

**Kenny Simpson**
(813) 382-2214

**SIMPSON GUTTERS**

✉ simpsonsservicesllc@gmail.com
facebook.com/simpsongutterslllc

✓ 6" Seamless Gutters
✓ Damage/Leak Repair
✓ Leaf Protection
✓ Clean-Outs

WE ALSO OFFER:
Fascia & Soffit
Pressure Washing

Proudly serving Hillsborough and surrounding counties.

**La Gaceta Newspaper is in need of a part-time proofreader and copy editor.**
You will be proofreading legal advertisements and copy editing our writer's columns. We are a weekly newspaper that has a new edition every Friday.
The position is Monday, Tuesday and Wednesday between 9:00 a.m. and 5:00 p.m.
Mondays, Tuesdays, and Wednesday mornings will be dedicated to proofreading legal advertisements and Wednesday afternoons will be dedicated to proofreading and copy editing our writer's columns.
Attention to detail is a MUST
Patience and concentration are a MUST
MUST have journalistic style and grammar knowledge
Please email your resume to apply:
Jesse@LaGacetaNewspaper.com

**Public Affairs for Florida's Best Companies**℠

**TUCKER HALL**
tuckerhall.com



Smokey Says:
SAFETY IS KEY WHEN BURNING
NEVER LEAVE DEBRIS

KEEP YOUR DEBRIS PILE SMALL SO IT SHALL NOT FALL
SMOKEYBEAR.COM

**Notice of Intent to Partially Vacate**

Notice is hereby given that Alcove Hyde Park, LLC intends to apply to the City Council of Tampa, Florida to vacate a certain portion of the plats of maps of part of PARK CITY and PARK CITY 2ND SECTION said portions being vacated described as follows:

LOTS 1 AND 2 IN BLOCK 5 OF PARK CITY, ACCORDING TO THE MAP AT PLAT THEREOF AS RECORDED IN PLAT BOOK 9, PAGE 52, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.
and
LOTS 16 AND 17 IN BLOCK 5 OF PARK CITY 2ND SECTION, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 11, PAGE 24, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

ALL BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
BEGINNING AT THE NORTHWEST CORNER OF LOT 2, BLOCK 5, PARK CITY, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 9, PAGE 52, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA, THENCE ALONG THE NORTH RIGHT-OF-WAY LINE OF W. CLEVELAND STREET, NORTH 89°26'53" WEST, A DISTANCE OF 198 FEET TO THE INTERSECTION OF THE SOUTH RIGHT-OF-WAY LINE OF W. CLEVELAND STREET AND THE WEST RIGHT-OF-WAY LINE OF ARMENIA AVENUE; THENCE WITH SAID WEST RIGHT-OF-WAY LINE, SOUTH 00°10'30" EAST, A DISTANCE OF 205.50 FEET TO THE SOUTH EAST CORNER OF LOT 16, BLOCK 5, PARK CITY 2ND SECTION AS RECORDED IN PLAT BOOK 11, PAGE 24; THENCE DEPARTING SAID WEST RIGHT-OF-WAY LINE AND ALONG THE SOUTH LINE OF SAID LOT 16, NORTH 89°26'53" WEST, A DISTANCE OF 135.00 FEET TO THE SOUTHWEST CORNER OF SAID LOT 16; THENCE NORTH 00°05'19" WEST, A DISTANCE OF 102.00 FEET; THENCE NORTH 89°26'53" WEST, A DISTANCE OF 59.69 FEET TO THE SOUTHWEST CORNER OF SAID LOT 2; THENCE NORTH 00°05'19" WEST, A DISTANCE OF 103.50 FEET TO THE POINT OF BEGINNING.

CONTAINING 33,951 SQUARE FEET OF 0.779 ACRES, MORE OR LESS.
For additional information regarding this notice contact the Subdivision Coordinator, City of Tampa, 1400 North Boulevard, Tampa, FL 33607, Phone 813-274-8274
8/19-8/26/22-8-2T

# Chairman of the Bored

*by Gene Siudut*

## Follow me for more stupid

Before I get into the catch of the day, I need to inform you that the Ybor City Lions Club, of which I am the president, will be honoring the Scaglione family (Tony's Restaurant) with a banquet at the Columbia Restaurant on Wednesday, Sept. 28, roughly a month from now.

The annual banquet is our Lions Club's biggest fundraiser and is when we give the Victor E. DiMaio Award of Achievement, which goes to individuals or groups that promote, preserve and/or enhance the history and culture of Ybor City.

The Scaglione family is well deserving of this honor and with Tony's Restaurant closing for good next Friday, Sept. 2, this is a great opportunity to say thank you and goodbye to a staple in Ybor

City for over nine decades. Tickets are $100 and there are opportunities to buy tables, advertise in the program and/or be a sponsor of the event.

Tickets will go fast, so please email me if you'd like to buy tickets, want to be a sponsor or have any questions regarding the event at genenj@gmail.com.

****

My drive to work down I-75 from Tampa Palms to Ybor has been fairly pleasant for the past few years since COVID entered our lexicon. The last two weeks, however, have been awful and seem to be right where we were pre-COVID. This coincides with the beginning of the school year, where there are more cars on the road later in the morning than in the free and

easy summertime traffic.

More cars beget denser traffic, which begets slower drivers, which beget road ragers, which beget dangerous driving and ultimately beget bad car accidents ... which beget traffic jams and start the whole cycle over again.

While I hate traffic congestion and bad drivers, satellite radio has taught me to calm down and enjoy my time in the car. And this morning's 10-car pileup at the entrance ramp to I-4 created a bit more me time than I am used to, but there was a problem. There are dead zones for satellite radio and one of them is that ramp.

Left to my own devices at a 3-mile-per-hour crawl, I grabbed the steering wheel with both hands and stared straight ahead in an attempt to calm my nerves. As I scanned the back of the Toyota Corolla ahead of me, to steal a bit from Ernest Hooper, I saw an interesting bumper sticker.

The red, white and blue sticker was letter Q with a circle of words around it that read, "Where we go one, we go all."

This is one of the slogans for QAnon, which is the far, far, far right conspiracy-theory believing group that claims Hillary Clinton is running a pedophile ring out of a pizza place, that the election in 2020 was stolen, the government is covering up the link between vaccines and autism and that COVID was a hoax, among many asinine and debunked ideas.

People can believe what they want, but there is a phrase that people are entitled to their own opinions but not their own facts. QAnon believers fall into the latter direction of that phrase. The tail wags the dog and their confirmation bias compels them to seek out sources that reinforce their crazy

beliefs rather than using legitimate research, common sense and the parts of their brains that do the thinkin'.

I'm only 49 years old, so I feel funny writing this, but back in my day, a person wouldn't be caught dead with such a bumper sticker on their car. It's like an advertisement that there is an idiot driving. They might as well put up a sticker that reads, "Defund the police."

I miss the good old days when we hid our deficiencies. A little modesty can be a good thing. From our bodies to our thoughts, just because we can express ourselves in any way we choose, doesn't mean we should. It wasn't long ago that a person would be laughed out of town for such thoughts.

Maybe it's good that we

can identify the morons quickly with such messages, but it doesn't feel good knowing that the dopes are out there, and they're not embarrassed about being dopes. Hell, they embrace it. Maybe they forgot the Anon in QA non stands for anonymous.

They say that it's better to be quiet and have people think you're an idiot than to open your mouth and prove them right. For all you QA-non people, I think that is directed toward you. Believe what you want, but don't tell us about it and definitely don't tell us about it in your Corolla. It's embarrassing to the rest of us humans.

Gene Siudut can be emailed at gsiudut@lagac-etanewspaper.com.



## Weekly SUDOKU
### by Linda Thistle

|   |   | 2 |   | 9 |   |   |   | 7 |
|---|---|---|---|---|---|---|---|---|
|   | 1 |   | 6 |   |   | 3 |   |   |
|   | 5 | 8 |   |   | 7 |   | 9 |   |
|   |   | 1 |   | 2 |   | 6 | 3 |   |
| 4 |   |   | 3 |   |   |   | 1 |   |
|   |   |   | 9 |   | 3 |   |   | 4 |
| 7 |   | 5 |   |   | 5 |   |   | 6 |
|   | 9 |   |   | 3 |   | 4 |   |   |

Place a number in the empty boxes in such a way that each row across, each column down and each small 9-box square contains all of the numbers from one to nine.

### DIFFICULTY THIS WEEK: ◆◆◆

◆ Moderate ◆◆ Challenging
◆◆◆ HOO BOY!

© 2022 King Features Synd., Inc.

### LEGAL ADVERTISEMENT

The City of Temple Terrace, FL is issuing an Invitation to Bid No. 22-007 for the **St Augustine and Live Oak Water Main Replacement Project Phase 3**

Bids will only be received via email at purchasing @ templeterrace.com

until

**2:30 p.m., September 30, 2022**

Please place the following statement in the Subject Line of the Email:

"St Augustine and Live Oak Water Main Replacement Project Phase 3 - Sealed Bid - Do Not Open Until 2:30 p.m. September 30, 2022"

Bid Specifications and Tabulation Sheets are available via www.DemandStar.com and the City's website at https://www.templeterrace.com/bids.aspx beginning August 29, 2022

8/26/22LG 1T

## Subscribe to La Gaceta
### 813-248-3921

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that the undersigned intend(s) to register with the Florida Department of State, Division of Corporations, pursuant to Section 865.09 of the Florida Statutes (Chapter 90-267), the trade name of:

**CORE CARE GROUP HOME, LLC D/B/A CORE CARE GROUP HOME 1**
Owner: Core Care Group Home, LLC
111 2nd Avenue N.E. Suite 360
St. Petersburg, FL 33701

8/26/22LG 1T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-CP-641
Division: A

IN RE: ESTATE OF
DENNIS MICHAEL COLBURN,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of DENNIS MICHAEL COLBURN, whose date of death was December 19, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is Clerk of Circuit Court, 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representatives:
**Taylor Frances Colburn**
2733 Oxford Street
Orlando, FL 32803
**Karen Colburn**
4311 Spring Road
Ogden, UT 84403

Attorney for Personal Representative:
**Eileen B. Jacobs, Esq.**
Florida Bar # 305170
P.O. Box 14953
Clearwater, Florida 33766-4953
Telephone: (813) 877-9690
edjacobs@att.net

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT FOR CITRUS COUNTY FLORIDA
PROBATE DIVISION
File No.: 2021-CP-001224
Division: Probate

IN RE: ESTATE OF
MARGARET ANN ALBERTS
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of Margaret Ann Alberts, deceased, whose date of death was July 24, 2021, is pending in the Circuit Court for Citrus County, Florida, Probate Division, the address of which is 110 N Apopka Avenue, Inverness, FL 34450. The names and addresses of the personal representatives and the personal representatives' attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 739.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice was August 26, 2022.

Co-Personal Representatives:
**Lorraine Marie Alberts**
Petitioner
1635 Grand Avenue
Kalamazoo, Michigan 49006
**Michael J. Alberts**
Petitioner
183 Sand Harbor Drive
Ponte Vedra, FL 32081

Attorney for Co-Personal Representatives:
**A. PAUL CAIN, Esq.**
Florida Bar 1022280
(904) 877-1010
P.O. Box 1656
PVB, FL 32004-1656
Primary: service@riseuplegal.net
Secondary: service@riseuplegal.net

8/26-9/2/22LG 2T



## Questions About Your Property Assessment?

### Hillsborough County Property Appraiser Bob Henriquez Announces Mobile Office Hours

**August 26, 10a-2p**
New Tampa Regional Library

**September 6, 10a-2p**
C. Blythe Andrews, Jr. Library

**September 8, 10a-2p**
Bloomingdale Regional Library

**September 13, 10a-2p**
Temple Terrace Public Library

Bob Henriquez, CFA

hcpafl.org/813-272-6100

# Social Security Matters

Dear Rusty: My husband is 63 and I will be 65 in a few months. He's retired from the Air Force, so we currently have Tricare Select. As I understand it, I only need to sign up for Medicare Part B, which I think I can do now. Can I do this online, or do I need to go somewhere to enroll? And how do I find the cost? We also currently are enrolled in and pay for FEDVIP for our dental and vision. Is vision handled under Medicare? All our adult life we've just joined Air Force bases and now we have to pay attention and we don't know where to start. Any guidance is appreciated. Signed: Retired Military Wife

Dear Military Wife: First, please extend my gratitude to your husband for his military service. I'm happy to assist you with your questions.

With few exceptions (mainly those on active duty and military reservists) Tricare requires that you enroll in Medicare Part B as soon as you are eligible (age 65)

to retain your Tricare coverage. If you're already collecting Social Security, you'll be automatically enrolled in Medicare Part A and Part B at age 65 and won't need to do a separate enrollment. If not, enrolling can be easily done online by going to this link: www.ssa.gov/benefits/medicare/. Here you'll see an explanation of how Medicare works, and you can scroll down to the "Apply for Medicare Only" tab to start your application. You will need to first have your personal "my Social Security" online account set up to apply online for Medicare, which is easy to do at www.ssa.gov/myaccount. You should enroll in Medicare during your Initial Enrollment Period (IEP) which starts 3 months before the month you turn 65 and ends three months after the month you turn 65. So, if you are within 3 months of age 65 you can enroll in Medicare now and your coverage will start in the month you turn 65. Your Medicare cov-

erage will start on the first of the month you turn 65, even if your birthday isn't until later in the month. If you have any trouble enrolling in Medicare online, you can call Social Security at 1.800.772.1213 to enroll in Medicare.

It's important to understand Medicare's various "parts." Medicare Part A is coverage for inpatient hospitalization services and is free for anyone who is also eligible for Social Security (you don't need to be collecting SS, only eligible to). Medicare Part B is coverage for outpatient medical services (e.g., doctors, tests, etc.) and there is a monthly premium associated with Part B. The 2022 Part B premium is $170.10 per month and, unless you're on Social Security, you'll make arrangements when you enroll in Medicare to pay those premiums separately, usually quarterly. If you're already collecting Social Security, the Medicare Part B premium will be deducted from your monthly SS payment. When your Medicare coverage starts, Medicare will become the primary payor of your healthcare expenses and TriCare will become secondary payor.

Medicare Part C is an "Advantage" plan obtained through a private insurer and used instead of Part A and Part B. Medicare also has a Part D which is for prescription drug coverage, and which you probably won't need because TriCare likely covers any prescription drug needs you may have.

Medicare Part B does not provide routine dental services, and only provides very limited vision services (screenings for glaucoma, diabetic retinopathy, and screening for and treatment of macular degeneration), but routine eye screenings, contacts, eyeglasses, and frames, etc., are not covered. TriCare's vision coverage is also very limited, so if your current FEDVIP is not adequate for your needs, you may wish to explore your op-

tions for private dental and vision coverage.

*This article is intended for information purposes only and does not represent legal or financial guidance. It presents the opinions and interpretations of the AMAC Foundation's staff, trained and accredited by the National Social Security Association (NSSA). NSSA and the AMAC Foundation and its staff are not affiliated with or endorsed by the Social Security Administration or any other governmental entity. To submit a question, visit our website (amacfoundation.org/programs/social-security-advisory) or email us at ssadvisor@amacfoundation.org. our website (amacfoundation.org/programs/social-security-advisory) or email us at ssadvisor@amacfoundation.org.*



**The Garden Bug**

These plants display great beauty in the garden during late summer and early fall when not much else is blooming. Ginger lilies are not true lilies, but instead are a distant cousin of gingerroot that's used in cooking. They are beloved for their graceful, orchid-like blossoms that remind some of butterfly wings. In fact, butterflies love slurping their nectar, so a ginger lily is a great choice for a pollinator garden with some shade. It can grow up to 6 feet tall and spread out almost as wide.

**Butterfly ginger lily**

– Brenda Weaver

Source: www.hgtv.com



# El presidente Biden y los demócratas están luchando por nosotros, enfocados en reducir los costos diarios como la gasolina y los alimentos.

- Su plan reducirá los precios de los medicamentos recetados y el cuidado de la salud para millones de familias. Además reducirá los costos de la energía y creará más trabajos con buenos salarios.

- Y no se le aumentará ni un centavo en sus impuestos a las familias trabajadoras.

- Gracias al presidente Biden, finalmente las grandes corporaciones pagarán lo que les corresponde, mientras los republicanos extremistas siguen poniéndose del lado de las grandes corporaciones en vez de apoyarnos. Ellos votaron en contra de establecer un límite al precio de la insulina. También votaron en contra de que Medicare redujera los costos de los medicamentos recetados para las personas mayores.

- Los republicanos son demasiado extremistas, mientras que el presidente Biden y los demócratas siguen logrando grandes resultados para nosotros.

SIGAMOS AVANZANDO, ÚNETE, PARTICIPA Y APOYA A LOS DEMÓCRATAS.



Para más información visita: **DEMOCRATS.ORG/ES/**

Pagado por el Comité Nacional Demócrata democrats.org. No autorizado por ningún candidato o comité de candidato.



# SILHOUETTES

**BY TIFFANY RAZZANO**

## Christina Barker



*"We desperately need investment in transportation to improve quality of life."*

The child of a single mother of four, Christina Barker saw firsthand the impact of public assistance programs. The New York native, who moved to Pinellas County when she was about six years old, and her family relied on food stamps, state healthcare and other services. "I grew up in that environment, so I understood how some of these services could impact real families," she said.

This has stuck with her throughout her career focused on public policy.

Initially, she studied psychology in college, but after volunteering for President Barack Obama's campaign in 2008, she switched her major to political science.

After this, she volunteered with local campaigns, including Stacy Frank's 2010 state house bid. Though Frank lost, she introduced Barker to Bob Buckhorn, who was running for mayor of Tampa. "(Frank) told me. 'He's probably going lose, but go help him out,'" Barker said. "Well, he won that race."

Once he was in office, she switched gears and took a job working for Metropolitan Ministries, focusing on fundraising for the organization. This is where she first realized how transportation issues impacted those trying to get back on their feet. She met many women in the homeless shelter there, some escaping domestic violence situations, some single mothers. "I met all these women like my mom," she said. "Single mothers in a homeless shelter. All of them could find jobs, but they couldn't find transportation to the job."

She only stayed with Metropolitan Ministries for about six months before moving on to become the director of public policy and advocacy for the Tampa Bay Partnership. The stories she heard from these women stuck with her, though, and she became heavily involved with transportation issues at the regional organization, including the Greenlight Pinellas Initiative, among other public policy matters.

Then, at the end of 2014, she received a call from Mayor Buckhorn inviting her to work as part of his administration. Barker was given the title of special assistant/senior advisor – the same title Buckhorn had when he worked for Mayor Sandy Freed – and she worked closely on any public policy "that was a priority for his administration." Issues ranged from water issues, autism awareness, downtown development and, of course, transportation. She worked closely on the Go Hillsborough initiative while in this role. "Anything that was part of the mayor's agenda," she said.

In 2018, she received a call from Jeff Vinik, Tampa Bay Lightning owner and philanthropist, inviting her to join his team at the Vinik Family Office, which manages his independent business interests, including the Vinik Family Foundation. "Who says no to that," she said. "It was so flattering. I've been lucky to work for people who just care a lot about the community and use their influence and their voice to create positive change."

She took on the role of vice president of community partnerships and policy when she began working for Vinik and eventually became chief of staff in 2019. She's "learned a lot" by working closely with him in recent years, adding, "everything that people feel about Vinik is 100 percent true."

Barker wears several hats working with him. In one capacity, she manages much of his major gift giving to educational and nonprofit groups.

"The breadth of what I've learned...has given me such a great insight into the work a lot of people are doing on the ground," she said. "Everything from your typical American Cancer Society to grassroots nonprofits."

There's also a public policy side to what she does, working on various initiatives that "propel the community forward."

She added, "I try to be helpful wherever and whenever I can."

One of the top issues she works on through Vinik is transportation. It's also a matter that she advocates for in her free time.

In 2011, when the Hillsborough County Commission voted down Go Hillsborough, Barker was disappointed and began talking with her colleagues who worked in transportation about what could be done. This was the beginning of what would become All for Transportation, a grassroots community-led effort to address Hillsborough County's traffic congestion and lack of transit options.

It started slowly, she said. "Not a lot of political people wanted to take an idea like that."

The group's current focus is encouraging Hillsborough County voters to support a November ballot referendum that would fund improvements to the county's transportation shortcomings. If the referendum passes, a 1 percent sales tax would be in the county and would bring in more than $180 million to improve roads, traffic congestion and intersections, according to AFT's Facebook page.

It helped pass such a sales tax in 2018, but that fell apart after it was challenged in court. The Florida Supreme Court overturned the referendum, and the county lost the funding, Barker said.

Now, it's on the ballot again Nov. 8 and AFT is working hard to educate Hillsborough County residents. "Everyone has their own reason to support it," she said.

Businesses who care about their employees want to see them have better transportation options for getting to work, while public safety organizations are focused on safer roads.

For Barker, it goes back to her childhood and the women she met at Metropolitan Ministries years ago. "I think that access to reliable and adequate transportation is the framework for economic mobility," she said. "Owning a car shouldn't be the only way to provide for your family. If my mom had a car accident growing up, we could have been in Metropolitan Ministries. We desperately need to invest in transportation to improve quality of life.

"This is especially true as the county's population continues to grow.

Anyone interested in learning more about All for Transportation should find the group on social media. Barker also invites people to follow her on Twitter or find her on Facebook.

## Strange But True

*By Lucie Winborne*

• Venus rotates so slowly that a single day on the planet lasts longer than a year.

• While over 50 million Americans have signed up with a local gym, according to one study of 2,000 such members, 50% admitted they didn't even exercise when they got there but instead preferred to spend their time hanging out with friends or checking out the opposite sex.

• Cherry farmers hire helicopter pilots to air-dry their trees after it rains so the fruit won't split open.

• Toe wrestling has been a sport in several countries since the '70s, with men's and women's divisions and even a World Championship. Players attempt to pin and hold down their opponent's bare toes for three seconds. Best two out of three rounds wins!

• Speaking of feet, the overwhelming fear of those appendages is called podophobia.

• Cartoon canine Scooby Doo's excessive use of the letter "R" is the result of a speech disorder known as rhotacization.

• The first public phone call on an Apple iPhone was a prank. On a San Francisco stage, Steve Jobs opened Google Maps, located a nearby Starbucks, and placed an order for 4,000 lattes, then told the surprised barista he was just joking and hung up.

• Classical composer Franz Schubert was nicknamed "Little Mushroom" for his short stature and wide girth.

• New York has been destroyed in more movies than any other city.

• A dating app called Hater that began as a joke in 2016 matched potential couples according to their dislikes. While it launched to respectable success, it only lasted a couple of years. Perhaps it was the name?

• Statistically, the most dangerous job one can hold in America is president.

***

Thought for the Day: "Sometimes the road less traveled is less traveled for a reason." -- Jerry Seinfeld



Tweet
Streaming
Selfie
Search Results
Connected

FIND 5 PARKS OR TRAILS NEAR YOU TODAY AT
DISCOVERtheFOREST.org

Ad

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA
Case No.: 2022-DR-6562

Patricia A Wright
Petitioner,
and
Conway Rhooms
Respondent.

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)

TO: Conway Rhooms
5034 Michael Jay Street
Snellville, GA 30039

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Patrice A Wright whose address is 934 Centaury Dr, Kissimmee, FL 34759 on or before 09/19/22 and file the original with the clerk of this Court at 255 N. Broadway Ave Bartow, FL 33830 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: (insert "none"

or, if applicable, the legal description of real property, a specific description of personal property, and the name of the county in Florida where the property is located)

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: 08/11/2022
Stacy M. Butterfield, CPA
Clerk of the Circuit Court
By: /s/ Brianna White
Deputy Clerk                  8/26-9/16/22LG 4T

# ENTERTAINMENT



Brian McNamara belts out "Billy Jean" by Michael Jackson during karaoke at Gaspar's Patio Bar & Grille. Gaspar's is family owned and operated and located on 56th Street in Temple Terrace.



Sheryl Swailes and Melinda Milano are regulars at Bamboo Beach Bar & Grill, located in Madeira Beach.



Bob Burton and Mickey Howe lunch at Bernini, located in Ybor City.



Bill Spissak loads up on fishing supplies at Gator Jim's Tackle, located at 3301 Pinellas Point Dr.

**CELEBRATING 55 YEARS!**

**FREE FREE FREE**
Frosted Mug of DRAFT BEER
OR OUR HOME MADE SANGRIA
with purchase of our world famous
DAILY SPECIAL

**TIPPER PUB** TAMPA, FLORIDA

Nightly Specials

Full Cocktail Service

*Same Location, Same Owners*

**3832 Britton Plaza • 839-7845**



# florida
## this week

Join moderator Rob Lorei as he leads a diverse roundtable of journalists, academics, officials and political insiders for a lively discussion about issues important to Floridians.

*NOW AVAILABLE AS A PODCAST*

**Fridays 8:30pm**
**Sundays 12:30pm**

**WEDU PBS**
wedu.org/floridathisweek

**IT'S A**
*Shame* dirty

Whoever invented knock knock jokes should get a no bell prize.

*Shame* dirty

**7TH AVE. & 20TH ST.**
**YBOR CITY**

**Outside Patio Bar is Pet Friendly!**

**Karaoke Nightly Starting at 9pm**

**Longest Happy Hour in the Bay!**
**11 a.m. – 7p.m.**

**Live Music**



**Gaspar's**
PATIO BAR & GRILLE

*Family Owned & Operated Since 1960*

(813) 988-6959 • 8448 N. 56th St. Temple Terrace
Hours: 11:00 a.m. - 3:00 a.m.



**BAMBOO BEACH**
**BAR & GRILL**
JOHN'S PASS, MADEIRA BEACH, FL

Live Music ❀ Full Bar ❀ Cold Beer
Eggplant Fries ❀ Fish Tacos

*Madeira Beach at John's Pass*
**13025 Village Blvd. | 727-398-5401**



| M A R S | | F O P | | S P O T |
| E R A T | | O N O | | H E R R |
| A L M A | | R E O | | I D E A |
| T O P D O G | | L O N E L Y |
| | I K E | | C T S | |
| T A T A | | T E E | T O T A L |
| U M A | | I N N | | A L A |
| T A L E N T E D | | A L E X |
| | I D O | | E E L | |
| I N S I S T | | A R D E N T |
| W O M B | | R E V | | O R E O |
| O R A L | | I M O | | U S S R |
| N I N E | | O U R | | S E T A |

# ENTERTAINMENT



## ACROSS

1 Red Planet
5 Dandy guy
8 Espy
12 Part of Q.E.D.
13 Lennon's lady
14 Frau's mate
15 Mater lead-in
16 Old Oldsmobile
17 Notion
18 Head honcho
22 Presidential nickname
23 Dol. fractions
24 "Toodle-oo!"
27 Shun liquor
32 Actress Thurman
33 Hostel
34 Pie — mode
35 Gifted
38 "Roots" author Haley
39 Altar affirmative
40 Sushi fish
42 Demand
45 Zealous
49 Gestation location
50 Gun the engine
52 Black-and-white cookie
53 Spoken
54 "As I see it," to a texter
55 Cold War initials
56 Prime-time hour
57 Owned by us
58 — good example

## DOWN

1 Potatoes partner
2 Folksinger Guthrie
3 Wheelchair access
4 Sports venues
5 "Never mind!"
6 Single
7 Crawl space?
8 Japanese faith
9 Statue base
10 Baseball's Hershiser
11 Tea carrier
19 Letters of approval?
21 Calendar abbr.
25 Boy king
26 Docs' org.
28 Amulet
29 Away from WSW
29 Try
30 Pub order
31 Remiss
36 Safe to consume
37 Refusals
38 Novelist Huxley
41 Hectic hosp. area
42 Victor's cry
43 Sushi wrapper
44 Half a sextet
46 Gaelic
47 Tree home
48 Afghanistan's — Bora region
51 Outback bird



James Earl Jones Jr. and Moe Roberts enjoy cigars and darts at the Dirty Shame, located on the corner of 20th St. and 7th Avenue.

# HOROSCOPES

**ARIES (March 21 to April 19)** A strong social whirl brings a new round of good times to fun-loving Rams and Ewes. Also, Cupid is busy aiming arrows at single Lambs hoping for a heart-to-heart encounter.

**TAURUS (April 20 to May 20)** A romantic incident could take a more serious turn if the Divine Bovine considers meeting Cupid's challenge. Meanwhile, a professional opportunity is also about to turn up.

**GEMINI (May 21 to June 20)** A bit of hardheaded realism could be just what the Twins need at this emotionally challenged time. Face the facts as they are, not as you want them to be. Good luck.

**CANCER (June 21 to July 22)** Many opportunities are opening up. But, you need to be aware of their actual pros and cons. Check them all out and make your choice from those that offer more of what you seek.

**LEO (July 23 to August 22)** A more stable situation begins, allowing you to feel more secure about making important decisions. Meanwhile, be sure to meet any project deadlines so that you can move on to other things.

**VIRGO (August 23 to September 22)** Congratulations. A new personal relationship thrives, as you learn how to make room in your busy life for this wonderfully warm and exciting emotional experience.

**LIBRA (September 23 to October 22)** A new contact opens some doors. That's the good news. But, there's a caution involved: Be sure you protect your rights to your work before showing it to anyone else.

**SCORPIO (October 23 to November 21)** A former colleague might seek to resume a working partnership. Ask yourself if you need it. If yes, get more information. If no, respectfully decline the request.

**SAGITTARIUS (November 22 to December 21)** Good times dominate your aspect. So, why not have a party to celebrate a loved one's success? And do invite that special person you want to get to know better.

**CAPRICORN (December 22 to January 19)** The shy side of the Sea Goat soon gives way to your more assertive self. This should help you when it comes time to speak up for yourself and your achievements.

**AQUARIUS (January 20 to February 18)** A new period of stability will help you deal with some recently reworked plans. Once you get your current task done, you can devote more time to personal matters.

**PISCES (February 19 to March 20)** Things are finally much more stable these days, so you can restart the process of meeting your well-planned goals with fewer chances of interruptions or delays.

**BORN THIS WEEK:** You love being the brightest light wherever you go, and people love basking in your warmth and charm.





**Invite The Columbia To Your Next Gathering**

In addition to offering off-site catering services, the Columbia Restaurant offers delicious takeout catering meals to match the size of your group — as well as the appetites of your guests. Salad, soups, sandwiches, entrees and desserts are all available to turn your gathering into a feast!

To order in Tampa, call our flagship in Ybor City or the Columbia Cafe at the Tampa Bay History Center 48 hours in advance:

Ybor City, Tampa  813.248.4961

Columbia Cafe on the Tampa Riverwalk, Tampa  813.229.5511




# BERNINI
### INNOVATIVE ITALIAN CUISINE

**½ - PRICED PASTAS & ENTREES**

EVERY DAY FROM
4:00PM – 7:00PM

HOME OF THE $3 STOLI MARTINI

EVERY DAY — ALL DAY TILL 7:00PM

# BERNINI OF YBOR

1702 EAST SEVENTH AVE
813.248.0999
WWW.BERNINIOFYBOR.COM



| 2 | 4 | 3 | 5 | 9 | 1 | 6 | 8 | 7 |
| 9 | 1 | 7 | 6 | 4 | 8 | 3 | 2 | 5 |
| 6 | 5 | 8 | 3 | 2 | 7 | 4 | 9 | 1 |
| 5 | 7 | 1 | 4 | 8 | 2 | 9 | 6 | 3 |
| 8 | 3 | 2 | 9 | 1 | 6 | 7 | 5 | 4 |
| 4 | 6 | 9 | 7 | 3 | 5 | 2 | 1 | 8 |
| 3 | 2 | 5 | 1 | 6 | 4 | 8 | 7 | 9 |
| 7 | 8 | 4 | 2 | 5 | 9 | 1 | 3 | 6 |
| 1 | 9 | 6 | 8 | 7 | 3 | 5 | 4 | 2 |

**LIVE BAIT • LOW PRICES TOP OF THE LINE TACKLE**

**BRING THE FAMILY!** We have something for everyone!

# GATOR JIM'S TACKLE

3301 Pinellas Point Dr.
Near Maximo Park • I-275 Exit 16 • 727-363-0400



LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## CITRUS COUNTY

IN THE CIRCUIT COURT OF THE 5TH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA
CIVIL DIVISION

CASE NO. 2015 CA 000909 A

ONEMAIN FINANCIAL SERVICES, INC. F/K/A SPRINGLEAF HOME EQUITY INC. F/K/A AMERICAN GENERAL HOME EQUITY, INC.,
Plaintiff,

vs.

ALLEN L. DELLAR A/K/A ALLEN DELLAR; ET AL.,
Defendants.

### NOTICE OF FORECLOSURE SALE

NOTICE IS HEREBY GIVEN pursuant to a Final Judgment of Foreclosure dated June 6, 2019, and Order Granting Motion to Reschedule Foreclosure Sale entered on August 17, 2022, both entered in Case No. 2015 CA 000909 A, of the Circuit Court of the 5th Judicial Circuit in and for Citrus County, Florida. ONEMAIN FINANCIAL SERVICES, INC. F/K/A SPRINGLEAF HOME EQUITY INC. F/K/A AMERICAN GENERAL HOME EQUITY, INC. is Plaintiff and ALLEN L. DELLAR A/K/A ALLEN DELLAR, UNKNOWN SPOUSE OF ALLEN L. DELLAR A/K/A ALLEN DELLAR, ANNA LEE A/K/A ANNA LEE DELLAR A/K/A ANNA DELLAR A/K/A ANNA MAE LEE DELLAR, UNKNOWN SPOUSE OF ANNA LEE A/K/A ANNA LEE DELLAR A/K/A ANNA DELLAR A/K/A ANNA MAE LEE DELLAR, UNKNOWN TENANT(S) IN POSSESSION A/K/A GERALD LEE are defendants. The Clerk of the Court will sell to the highest and best bidder for cash at www.citrus.realforeclose.com, at 10:00 AM, on September 22, 2022, the following described property as set forth in said Final Judgment, to wit:

LOT 106, DEERWOOD, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 6, PAGES 30 AND 31, PUBLIC RECORDS OF CITRUS COUNTY, FLORIDA, LESS AND EXCEPT THAT PART CONVEYED IN DEED DATED OCTOBER 26, 1972 AND RECORDED IN O.R. BOOK 321, PAGE 502 OF SAID RECORDS, TOGETHER WITH A 1969 SKYLINE MOBILE HOME ID #SF4039C, TITLE #3664166.

a/k/a 3324 E. Possum Court, Inverness, FL 34452

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim before the clerk reports the surplus as unclaimed. The Court, in its discretion, may enlarge the time of the sale. Notice of the changed time of sale shall be published as provided herein.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator for the Citrus County Court, Telephone: (352) 341-6700, within two (2) working days of your receipt of this notice. If you are hearing or voice impaired, call 1-800-955-8771.

Dated this 22nd day of August, 2022.
Heller & Zion, L.L.P.
Attorneys for Plaintiff
1428 Brickell Avenue, Suite 600
Miami, FL 33131
Telephone: (305) 373-8001
Facsimile (305) 373-8030
Designated email address:
mail@hellerzion.com
By: s/Ivan E. Zion, Esquire
Florida Bar No. 749273
12074.868                    8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA

Case No.:22-CA-000459-A

DOUGLAS J. BRONICK, TRUSTEE OF THE DOUGLAS J. BRONICK LIVING TRUST,
Plaintiff,

vs.

CITRUS PROPERTY HOLDINGS, LLC, CITRUS SPRINGS CIVIC ASSOCIATION], INC., and all unknown parties claiming by, through, under or against the above named Defendants, whether living or not and whether said unknown parties claim as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or in any other capacity claiming by, through, under or against the above named Defendant,
Defendants.

### NOTICE OF ACTION

TO: CITRUS PROPERTY HOLDINGS, LLC whose last known address is 1732 1st Ave, 21616, New York, NY 10128 and ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER OR AGAINST ABOVE NAMED DEFENDANTS, WHETHER LIVING OR NOT AND WHETHER SAID UNKNOWN PARTIES CLAIM AS SPOUSES, HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, CREDITORS, TRUSTEES OR IN ANY OTHER CAPACITY CLAIMING BY, THROUGH, UNDER OR AGAINST THE ABOVE NAMED DEFENDANT

YOU ARE HEREBY NOTIFIED that an action to QUIET TITLE TO REAL PROPERTY has been filed against you and you are required to serve a copy of your written defenses, if any, to Jessica Yero, Esq., attorney for Plaintiff, at PO Box 120583, Fort Lauderdale, FL 33312, and file the original with the clerk of this court on or before 30 days from the date of the first publication, August 23, 2022, a date which is not less than 28 and not more than 60 days after the first publication of this notice, either before service on the Plaintiff or immediately thereafter, otherwise a default will be entered against you for the relief demanded in the complaint or petition.

DATED 8/15/2022
ANGELA VICK
Clerk of the Circuit Court
By: s/Amanda Serratos
Deputy Clerk
8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR

## CITRUS COUNTY

CITRUS COUNTY, FLORIDA
CIVIL DIVISION
CASE NO 2017 CA 000495 A

U.S. BANK TRUST, NA, AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST
Plaintiff,

vs.

RAYMOND T. O'CONNELL A/K/A RAYMOND T. O'CONNELL, et al,
Defendants/

### NOTICE OF SALE PURSUANT TO CHAPTER 45

NOTICE IS HEREBY GIVEN pursuant to an Order dated August 8, 2022, and entered in Case No. 2017 CA 000495 A of the Circuit Court of the FIFTH Judicial Circuit in and for Citrus County, Florida, wherein U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is the Plaintiff and MADALENA CUAMBE-O'CONNELL AKA MADALENA CUAMBE CONNELL AKA MADALENA CUAMBE O'CONNELL AKA MADALENA O'CONNELL, RAYMOND T. O'CONNELL AKA RAYMOND T. O'CONNELL; BEVERLY HILLS CIVIC ASSOCIATION, INC., and CITRUS COUNTY CLERK OF COURTS the Defendants. Angela Vick, Clerk of the Circuit Court in and for Citrus County, Florida will sell to the highest and best bidder for cash at www.citrus.realforeclose.com, the Clerk's website for online auctions at 10:00 AM on 9th day of September, 2022, the following described property as set forth in said Order or Final Judgment, to wit:

LOT 7 BLOCK 3 OF BEVERLY HILLS UNIT NUMBER ONE ACCORDING TO THE PLAT AS RECORDED IN PLAT BOOK 3, PAGE 149 AND 150 OF THE PUBLIC RECORDS OF CITRUS COUNTY, FLORIDA.

IF YOU ARE A PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS, YOU MUST FILE A CLAIM WITH THE CLERK OF COURT BEFORE OR NO LATER THAN THE DATE THAT THE CLERK REPORTS THE SURPLUS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER THE FUNDS ARE REPORTED AS UNCLAIMED, ONLY THE OWNER OF THE RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If the sale is set aside, the Purchaser may be entitled to only a return of the sale deposit less any applicable fees and costs and shall have no further recourse against the Mortgagor, Mortgagee or the Mortgagee's Attorney.

"In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within seven (7) days prior to any proceeding, contact the Administrative Office of the Court, Citrus County, 110 North Apopka Avenue, Inverness, FL 34450, Telephone (352) 341-6414, via Florida Relay Service".

DATED at Citrus County, Florida, this 18th day of August, 2022.
GILBERT GARCIA GROUP, P.A.
Attorney for Plaintiff
2313 W. Violet St.
Tampa, Florida 33603
Telephone: (813) 443-5087
Fax: (813) 443-5089
emailservice@gilbertgrouplaw.com
By: s/ Amy M. Kiser
Amy M. Kiser, Esq.
Florida Bar No. 46196
630282.28583/TLL           8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR CITRUS COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-CP-000605

IN RE: ESTATE OF
LAWRENCE KENDALL SMITH, JR.,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of LAWRENCE KENDALL SMITH, JR., deceased, whose date of death was March 6, 2022, is pending in the Circuit Court for Citrus County, Florida, Probate Division, the address of which is 110 N. Apopka Avenue, Inverness, FL 34450. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
TAYLOR SMITH
1190 E. Washington Street, Apt 201
Tampa, Florida 33602

Attorney for Personal Representative:
S. Noel White
Florida Bar Number: 0823041
1108 S. Highland Avenue
Clearwater, Florida 33756
Telephone: (727) 735-0645
Fax: (727) 735-9375
E-mail: noel@clearwaterprobateattorney.com
8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR

## CITRUS COUNTY

FOR CITRUS COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-CP-000579

IN RE: ESTATE OF
JOHN F. HAMILL
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of John F. Hamill, deceased, whose date of death was October 1, 2021, is pending in the Circuit Court for Citrus County, Florida, Probate Division, the address of which is 110 N. Apopka Avenue, Inverness, FL 34450. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's Estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Kelly Carlson
373 17th Ave.
Brick, NJ 08724

Attorney for Personal Representative:
Cyrus Malhotra, Esq.
Florida Bar No. 0022751
The Malhotra Law Firm
3903 Northdale Blvd, Suite 100E
Tampa, FL 33624
Telephone (813) 902-2119
Fax (727) 290-4044
E-Mail: filings@fiprobatesolutions.com
Secondary E-Mail:
barrett@fiprobatesolutions.com
8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT IN THE STATE OF FLORIDA, IN AND FOR CITRUS COUNTY
CIVIL DIVISION

Case No.: 2022 CA 000268 A

REGIONS BANK SUCCESSOR BY MERGER WITH AMSOUTH BANK,
Plaintiff,

-vs-

MARY ANN KEPPLER A/K/A MARY A. KEPPLER AND THE UNKNOWN SPOUSE OF MARY ANN KEPPLER A/K/A MARY A. KEPPLER, if living, and all unknown parties claiming by, through, under or against the above named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above-named Defendants; CYPRESS VILLAGE PROPERTY OWNERS ASSOCIATION, INC., A FLORIDA NOT FOR PROFIT CORPORATION; TRIPLE A ROOFING, INC., A FLORIDA CORPORATION D/B/A AAA ROOFING; UNKNOWN TENANT #1; AND UNKNOWN TENANT #2,
Defendants.

### NOTICE OF ACTION - MORTGAGE FORECLOSURE

TO: MARY ANN KEPPLER A/K/A MARY A. KEPPLER AND THE UNKNOWN SPOUSE OF MARY ANN KEPPLER A/K/A MARY A. KEPPLER, if living, and all unknown parties claiming by, through, under or against the above named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above-named Defendants, if they are deceased Whose Residence is Unknown Whose Last Known Mailing Address is: 22 Brookfield Court, Homosassa, Florida 34448

YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the following property in Citrus County, Florida:

Lot 18, Block B-8, CYPRESS VILLAGE, SUGARMILL WOODS, according to the plat thereof as recorded in Plat Book 8, Pages 86 through 150, Plat Book 10, Pages 1 through 150, Plat Book 11, Pages 1 through 16, and amended in Plat Book 9, Page 87A, of the Public Records of Citrus County, Florida.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on RJ Milligan, Esquire, of Gibbons Neuman, Plaintiff's attorney, whose address is 3321 Henderson Boulevard, Tampa, Florida 33609, within thirty (30) days of the date of the first publication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint or petition.

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Citrus County Courthouse, 110 N Apopka Avenue, Inverness, FL 34450, (352) 341-6700, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven

## CITRUS COUNTY

days; if you are hearing or voice impaired, call 711.

DATED this 8th day of August, 2022.
Angela Vick
Clerk Circuit Court
By: /s/ Amanda Serratos
Deputy Clerk
8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT IN AND FOR CITRUS COUNTY, FLORIDA
Case No.: 2022 CA 00319 A

BENJAMIN SMITH and MINERVA SMITH,
Plaintiffs,

vs.

CORRADO PRITIVERA and IDA R. PRITIVERA,
Defendants.

### NOTICE OF ACTION

TO: CORRADO PRITIVERA
2782 CLEMENTS AVE
HERNANDO, FL 34442
IDA R. PRITIVERA
2782 CLEMENTS AVE
HERNANDO, FL 34442

YOU ARE NOTIFIED that an action to quiet title on the following property in Citrus County, Florida:

THE FOLLOWING DESCRIBED LAND, SITUATE, LYING, AND BEING IN CITRUS COUNTY, FLORIDA, TO WIT:

Lot 6 in Block 7, CITRUS HILLS FIRST ADDITION, according to the plat thereof recorded in Plat Book 9, Page(s) 73 - 83 inclusive, Public Records of CITRUS County, Florida.

has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on The Law Office of C.W. Wickersham, Jr., P.A., Plaintiff's attorney, at 2720 Park Street, Suite 205, Jacksonville, Florida, 32205, Phone Number: (904) 389-6202, not less than 28 nor more than 60 days of the first date of publication of this Notice, and file the original with the Clerk of this Court, at 110 North Apopka Avenue, Inverness, Florida 34450 before service on Plaintiff or immediately thereafter. If you fail to do so, a Default may be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Citrus County Courthouse, 110 N Apopka Avenue, Inverness, FL 34450, (352) 341-6700, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.

DATED this 4th day of August, 2022.
Angela Vick
Clerk of the Circuit Court
By: /s/ Christopher Wickersham, Jr.
2720 Park St., #205, Jacksonville, FL 32205
8/12-9/2/22LG 4T

---

IN THE CIRCUIT COURT, IN AND FOR CITRUS COUNTY, FLORIDA
CASE NO.: 2022 CA 000461 A

CARLTON-ROYCE INTERNATIONAL INC.,
Plaintiff,

vs.

LOBSANG MONLAM, and all others claiming by, through and under LOBSANG MONLAM and CITRUS SPRINGS CIVIC ASSOCIATION, INC.,
Defendant.

### NOTICE OF ACTION

TO: LOBSANG MONLAM, and all others claiming by, through and under LOBSANG MONLAM

YOU ARE NOTIFIED that an action to quiet the title on the following real property in Citrus County, Florida:

Lot 2, Block 1747, Citrus Springs Unit 23, according to the map or plat thereof, as recorded in Plat Book 7, Page(s) 115 through 133, inclusive, of the Public Records of Citrus County, Florida
a/k/a 1290 W Grecian Dr Citrus Springs, FL 34434.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on J.D. Manzo, of Manzo & Associates, P.A., Plaintiff's attorney, whose address is 4767 New Broad Street, Orlando, FL 32814, telephone number (407) 514-2692, on or before 30 days after the 1st publication date, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint or petition.

DATED this 2nd day of August, 2022.
Angela Vick
Clerk of the Circuit Court
By: s/ Amy Holmes
As Deputy Clerk
8/5-8/26/22LG 4T

## HERNANDO COUNTY

IN THE CIRCUIT COURT FOR HERNANDO COUNTY, FLORIDA
PROBATE DIVISION

File No. 22000900CPAXMX

IN RE: ESTATE OF
WOLFGANG PETER RUSS,
Deceased.

### AMENDED NOTICE TO CREDITORS

The administration of the estate of

## HERNANDO COUNTY

WOLFGANG PETER RUSS, deceased, whose date of death was February 9, 2022, is pending in the Circuit Court for Hernando County, Florida, Probate Division, the address of which is 20 N. Main Street, Brooksville, FL 34601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
SUSAN LAMBERT
1630 Altamont Drive
Clearwater, FL 33756

Attorney for Personal Representative:
S. Noel White
Florida Bar Number: 0823041
1108 S. Highland Avenue
Clearwater, Florida 33756
Telephone: (727) 735-0645
Fax: (727) 735-9375
E-Mail:
noel@clearwaterprobateattorney.com
8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR HERNANDO COUNTY, FLORIDA
PROBATE DIVISION

File No. 22000900CPAXMX

IN RE: ESTATE OF
ALBERTO RINALDI,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Alberto Rinaldi, deceased, whose date of death was May 10, 2021, is pending in the Circuit Court for Hernando County, Florida, Probate Division, the address of which is 20 N. Main Street, Brooksville, Florida 34601. The names and addresses of the personal representative and the personal representatives' attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representatives:
s/ Kristi Muccioclazzero
4895 33rd Street North
St. Petersburg, Florida 33714
s/ Giuseppe Guerrera
88 Belle Meadow Drive
Watertown, CT 06795

Attorney for Personal Representatives:
s/ Lawrence E. Fuentes
Attorney
Florida Bar Number: 161908
FUENTES & KREISCHER
1407 West Busch Boulevard
Tampa, Florida 33612
Telephone: (813) 933-6647
Fax: (813) 932-8588
E-Mail: lef@fklaw.net
Secondary E-Mail: dj@fklaw.net
8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR HERNANDO COUNTY, FLORIDA
PROBATE DIVISION

File No. 2022-CP-000969

IN RE: ESTATE OF
DAVID LAWRENCE HOUSE
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of David Lawrence House, deceased, whose date of death was May 26, 2022, is pending in the Circuit Court for Hernando County, Florida, Probate Division, the address of which is 20 N. Main Street, Brooksville, Florida 34601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

(Continued on next page)

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | SKYPOINT ADVERTISEMENT | LEGAL ADVERTISEMENT

## HERNANDO COUNTY

All other creditors of the decedent and other persons having claims or demands against the decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES, SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Katherine Marie Exss
Katherine Marie Exss
2216 Sunnyvale Dr.
Pennsburg, Pennsylvania 18073

Attorney for Personal Representative:
/s/ Jennifer Isaksen
Jennifer Isaksen, Esq.
Email Address:
jennifer@isaksenlawfirm.com
Florida Bar No. 51908
Law Offices of Jennifer Isaksen, PA
PO Box 591
Bushnell, Florida 33513
Telephone: (352) 793-4001

8/19-8/26/22LG 2T

---

### NOTICE OF ADMINISTRATIVE COMPLAINT

HERNANDO COUNTY

To: KEVON A. PRATT

Case No.: CD202102337D 1819078G 3100172

An Administrative Complaint to revoke your license and eligibility for licensure has been filed against you. You have the right to request a hearing pursuant to Sections 120.569 and 120.57, Florida Statutes, by mailing a request for same to the Florida Department of Agriculture and Consumer Services, Division of Licensing, Post Office Box 5708 Tallahassee, Florida 32314-5708. If a request for hearing is not received by 21 days from the date of the last publication, the right to hearing in this matter will be waived and the Department will dispose of this cause in accordance with law.

8/12-9/2/22LG 4T

---

## HILLSBOROUGH COUNTY

or persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is March 5, 2021.

Personal Representative:
Eileen D. Jacobs, Esq.
Florida Bar # 305170
P.O. Box 14953
Clearwater, Florida 33766-4953
Telephone: (813) 877-9600
edjacobs@att.net

Attorney for Personal Representative:
Eileen D. Jacobs, Esq.
Florida Bar # 305170
P.O. Box 14953
Clearwater, Florida 33766-4953
Telephone: (813) 877-9600
edjacobs@att.net

3/5-3/12/21LG 2T

---

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

Case No. 18-CA-009072, Division E

CARRINGTON MORTGAGE SERVICES, LLC,
Plaintiff,
vs.
SITRENA CANDELA; et al.,
Defendants.

### NOTICE OF FORECLOSURE SALE

NOTICE IS HEREBY GIVEN that pursuant the Final Judgment of Foreclosure dated August 23, 2022, and entered in Case No. 18-CA-009072, Division E of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida wherein CARRINGTON MORTGAGE SERVICES, LLC, is the Plaintiff and SITRENA CANDELA; CARLOS COLTON; PREMIUM ASSET RECOVERY CORP, and UNKNOWN TENANT #1, are Defendants. Cindy Stuart, the Clerk of the Circuit Court, will sell to the highest and best bidder for cash at www.hillsborough.realforeclose.com on September 21, 2022 at 10:00 A.M. the following described property set forth in said Final Judgment, to wit:

LOT BEGINNING 230 FEET NORTH AND 481.8 FEET EAST OF THE SOUTHWEST CORNER OF THE SOUTHEAST 1/4 OF THE NORTHWEST 1/4, RUN NORTH 100.5 FEET, EAST 50 FEET, SOUTH 100.5 FEET AND WEST 50 FEET TO THE POINT OF BEGINNING ALL LYING IN SECTION 4, TOWNSHIP 29 SOUTH, RANGE 19 EAST, HILLSBOROUGH COUNTY, FLORIDA

Any person or entity claiming an interest in the surplus, if any, resulting from the Foreclosure Sale, other than the property owner as of the date of the Lis Pendens, must file a claim with the Clerk no later than the date that the Clerk reports the funds as unclaimed. If you fail to file a claim, you will not be entitled to any remaining funds.

If you are a person with a disability who

8/26-9/2/22LG 2T

---

## HILLSBOROUGH COUNTY

needs an accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation, please contact Court Administration within 2 working days of the date the notice is needed: Complete the Request for Accommodations Form and submit to 800 E. Twiggs Street, Room 604, Tampa, FL 33602.

Dated August 24, 2022.
/s/ Jason Ruggerio
Jason Ruggerio, Esq.
Florida Bar No. 70501
Lender Legal PLLC
2807 Edgewater Drive
Orlando, FL 32804
Tel: (407) 730-4644
Fax: (888) 337-3815
Attorney for Plaintiff
Service Emails:
jruggerio@lenderlegal.com
eservice@lenderlegal.com

8/26-9/2/22LG 2T

---

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA

PROBATE DIVISION
File No. 22-CP-003033
Division B

IN RE: ESTATE OF
JOHN M. DOBO
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of JOHN M. DOBO, deceased, whose date of death was August 1, 2022, File Number: 22-CP-003033, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 3360, Tampa, Florida 33601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022

Personal Representative:
SARAH ELIZABETH DOBO
440 N. Main Street, Apt. 410
Royal Oak, MI 48067

Personal Representative's Attorneys:
/s/ Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

8/26-9/2/22LG 2T

---

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA

PROBATE DIVISION
File No. 22-CP-002405
Division: A

IN RE: ESTATE OF
VIRGINIA R. GILKISON
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of VIRGINIA R. GILKISON, deceased, whose date of death was December 4, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022

Personal Representative:
BRADLEY GILKISON
15409 Lake Magdalene Boulevard
Tampa, Florida 33613

Attorneys for Personal Representative:
BAUMANNKANGAS ESTATE LAW
201 E. Kennedy Boulevard, Suite 830
Post Office Box 3396
Tampa, Florida 33601-0399

8/26/22LG 1T

---

## HILLSBOROUGH COUNTY

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

CIVIL DIVISION
CASE NO.: 21-CC-104523

SKYPOINT CONDOMINIUM ASSOCIATION, INC.,
Plaintiff,
vs.
RAGON A. FROST, III,
Defendant.

### NOTICE OF SALE

NOTICE IS HEREBY GIVEN that, pursuant to the Final Judgment of Foreclosure entered on August 21, 2022 by the County Court of Hillsborough County, Florida, the property described as:

Unit No. 2013, of SKYPOINT, A CONDOMINIUM, according to the Declaration of Condominium thereof dated June 1, 2007, as recorded June 4, 2007, in Official Records Book 17814, page 346 and all exhibits attached hereto, and all amendments thereof, and according to the plat or map thereof recorded in Condominium Plat Book 23, page 188, all of the Public Records of Hillsborough County, Florida, together with an undivided interest in the common elements appurtenant thereto;

and more commonly known as 777 N. Ashley Drive, Unit 2013, Tampa, FL 33602

will be sold at public sale by the Hillsborough County Clerk of Court, to the highest and best bidder, for cash, electronically online at www.hillsborough.realforeclose.com at 10:00 A.M. on October 7, 2022.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim with the Clerk no later than the date that the Clerk reports the funds as unclaimed.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

/s. Brittnie Burns
H. Web Melton III, Esq.
Florida Bar No.: 37703
wmelton@bushross.com
Brittnie M. Burns, Esquire
Florida Bar No.: 1011908
bburns@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Phone: 813-204-6492
Fax: 813-223-9620
Attorney for Plaintiff

8/26-9/2/22LG 2T

---

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

Case No.: 22-DR-005270
Division: C

In Re: The Marriage of:
DOMINIQUE JONES,
Petitioner/Wife
and
MARJON JONES,
Respondent/Husband.

### NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE

TO: MARJON JONES
Address Unknown

YOU ARE NOTIFIED that an action has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on HDA LEE, ESQUIRE, the attorney for DOMINIQUE JONES, whose address is 715 W. Swann Avenue, Tampa, Florida 33606 on or before September 23, 2022, and file the original with the clerk of this Court at Hillsborough County Courthouse, 800 E. Twiggs Street, Tampa, Florida 33602, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Hillsborough County Courthouse, ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602 at (813) 272-7040. Hearing Impaired 1-800-955-8771; Voice impaired 1-800-955-8770; email ADA@fljud13.org at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS MY HAND AND SEAL this 22nd day of August, 2022.
Cindy Stuart
Clerk of the Circuit Court
Family/Civil Division
By: Isha Tirado-Baker

(Continued on next page)

---

## HILLSBOROUGH COUNTY

Deputy Clerk
8/26-9/16/22LG 4T

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY

CIVIL DIVISION
CASE NO.: 22-CA-004963
Division: K

NOEMI NEGRIN,
Plaintiff,
-v-
GILBERTO FLORES, NORMA O. FLORES, AND GILBERTO FLORES, JR., if living, and all unknown parties claiming by, through, under or against the above-named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against said Defendants,
Defendants.

### NOTICE OF ACTION

TO: GILBERTO FLORES, NORMA O. FLORES, AND GILBERTO FLORES, JR., if living, and all unknown parties claiming by, through, under or against the above-named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above named Defendants.

Whose Residence is Unknown

Whose Last Known Mailing Address is: 281 York Street, Jersey City, NJ 07302

YOU ARE HEREBY NOTIFIED that an action for declaratory judgment and an action to compel satisfaction of mortgage on the following property in Hillsborough County, Florida, to-wit:

Lot 29 in Block 1 of Town 'N Country Park Unit No. 34, according to the map or plat thereof recorded in Plat Book 43, Page 21, of the Public Records of Hillsborough County, Florida

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on ROD B. NEUMAN, Esquire, of Gibbons Neuman, Plaintiff's attorney, whose address is 3321 Henderson Boulevard, Tampa, Florida 33609, on or before September 19, 2022, a date not less than twenty-eight (28) nor more than sixty (60) days after the date of the first publication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED this 3rd day of August, 2022.
Cindy Stuart
Clerk Circuit Court
By: Adriana Burleigh
Deputy Clerk

8/26-9/16/22LG 4T

---

### ENVIRONMENTAL PROTECTION COMMISSION OF HILLSBOROUGH COUNTY

### NOTICE OF MINOR WORKS PERMITS

The Environmental Protection Commission of Hillsborough County gives notice of agency action of issuance of a Minor Work permit to Brian Sherman pursuant to Chapter 84-446, Laws of Florida, as amended and delegation agreement with the Tampa Port Authority dated June 23, 2009. The Minor Work permit addresses approval for impacts to wetlands or other surface water for the construction of a dock and one covered boat lift pursuant to permit exhibits and stipulations at 3910 Americana Dr. The permit is available for public inspection during normal business hours, 8:00 a.m. to 5:00 p.m., Monday through Friday, except legal holidays, at the Environmental Protection Commission, 3629 Queen Palm Dr., Tampa, Florida 33619. Pursuant to Section 9, Chapter 84-446, Laws of Florida, and Rule 1-2.30, Rules of the EPC, any person whose interests protected by Chapter 84-446, are adversely affected by this action or are otherwise aggrieved by this action, has the right to appeal this agreement in accordance with Part IV of Rule 1-2, Rules of the EPC. Written notice of appeal must be received by the Chairperson of the EPC, 601 E. Kennedy Blvd., Tampa, Florida 33602, within 20 days of the date of this publication.

8/26/22LG 1T

---

### IN THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

Case No.: 22-DR-005270
Division: C

In Re: The Marriage of:
DOMINIQUE JONES,
Petitioner/Wife
and
MARJON JONES,
Respondent/Husband.

### NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE

TO: MARJON JONES
Address Unknown

YOU ARE NOTIFIED that an action

(Continued on next page)

---

### NOTICE OF PUBLIC HEARING

On September 1, 2022 @ 9:30 A.M. IN TAMPA CITY COUNCIL CHAMBERS, OLD CITY HALL, 315 E. KENNEDY BLVD., 3RD FLOOR, TAMPA, FLORIDA, A PUBLIC HEARING WILL BE HELD BY THE TAMPA CITY COUNCIL TO CONSIDER THE FOLLOWING ORDINANCES FOR ENACTMENT.

File No. REZ-22-24
An Ordinance rezoning property in the general vicinity of 4111 West San Carlos Street, in the City of Tampa, Florida, and more particularly described in Section 1, from zoning district classification(s) RS-75 (residential, single-family) to PD (planned development, residential, single-family detached); providing an effective date.

File No. 1/LCPA 22-04
An Ordinance amending the Imagine 2040: Tampa Comprehensive Plan, Future Land Use Element, to create new definitions for Cemetery and Unmarked Human Burial and to amend Land Use (LU) Goal 19 and create LU Policies 19.5, 19.5.1, 19.5.2, 19.5.3, 19.5.4, 19.5.5, 19.6, 19.6.1, 19.6.2, 19.7 and 19.7.1; Providing for repeal of all provisions in conflict; Providing for severability; Providing an effective date.

File No. 1/LCPA 22-07
An Ordinance amending the Imagine 2040: Tampa Comprehensive Plan, Future Land Use Element, to modify the use of Floor Area Ratio (FAR) for single-use residential development, located within the Regional Mixed Use-100 (RMU-100) category within the South Tampa and New Tampa Planning Districts; Providing for repeal of all provisions in conflict; Providing for severability; Providing an effective date.

File No. REZ-21-134
An Ordinance rezoning property in the general vicinity of 3915 West Euclid Avenue, in the City of Tampa, Florida, and more particularly described in Section 1, from zoning district classification(s) RS-60 (residential, single-family) to PD (planned development, residential, single-family detached); providing an effective date.

File No. REZ-22-33
An Ordinance rezoning property in the general vicinity of 3604 West Azeele Street, in the City of Tampa, Florida, and more particularly described in Section 1, from zoning district classification(s) RS-60 (residential, single-family) to PD (planned development, medical office); providing an effective date.

File No. REZ-22-57
An Ordinance rezoning property in the general vicinity of 3607, 3708 and 3809 North Armenia Avenue, in the City of Tampa, Florida, and more particularly described in Section 1, from zoning district classification(s) PD (planned development) and CI (commercial intensive) to PD (planned development, animal shelter, veterinary office, business/professional office, commercial off-street parking); providing an effective date.

SAID ORDINANCES MAY BE INSPECTED AT THE OFFICE OF THE CITY CLERK, CITY HALL, 3RD FLOOR CITY HALL, 315 E. KENNEDY BLVD., TAMPA, FL, DURING REGULAR BUSINESS HOURS, 8:00 A.M. TO 5:00 P.M., MONDAY THROUGH FRIDAY. ANY PERSON WHO DECIDES TO APPEAL ANY DECISION OF THE CITY COUNCIL WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE, MAY NEED TO HIRE A COURT REPORTER TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS TO BE BASED.

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND SECTION 286.26, FLORIDA STATUTES, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS MEETING SHOULD CONTACT THE CITY CLERK'S OFFICE AT LEAST FORTY-EIGHT (48) HOURS PRIOR TO THE DATE OF THE MEETING.

INTERESTED PARTIES MAY APPEAR AND BE HEARD AT SAID HEARING.
SHIRLEY KNOX-KNOWLES, CMC
CITY CLERK

8/26/22LG 1T

LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on TEE HOA GOLDE JONES, whose address is 715 W. Swann Avenue, Tampa, Florida 33609 on or before September 23, 2022, and file the original with the clerk of this Court at Hillsborough County Courthouse, 800 E. Twiggs Street, Tampa, Florida 33602, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

Copies of all court documents in this case, including orders, are available at

the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires cer- tain automatic disclosure of docu- ments and information. Failure to com-

## CITY OF TAMPA
### MUNICIPAL CODE ENFORCEMENT BOARD HEARINGS
### PUBLICATION NOTICE

As the result of being unable to effectuate certified mail notice to violators of the City for Dealer deceased, whose date of death has scheduled a public hearing on 9/21/2022 at 9:00 A.M. and 1:00 P.M. to hear the below listed cases. Which are in violation of the City of Tampa Code Information listed below describes the case number, property owner(s), violation address, code section in City Council Chambers, 3rd Floor, City Hall, 315 E. Kennedy Blvd., Tampa Florida. Affected property owners will be given the opportunity to discuss the alleged violations. Should anyone have any questions regarding these cases, please call the Office of the City Clerk at (813) 274-8397.

Please note that if any person decides to appeal any decision made by the Code Enforce- ment Special Magistrate with respect to any matter considered at the hearing, they will need to ensure a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

### CASES TO BE HEARD AT THE 9:00 A.M. HEARING

CASE NO. COD-22-0001990
NAME OF VIOLATOR: DOODIE ABUDA AND AMEYKST
LOCATION OF VIOLATION: 2010 E YUKON ST, TAMPA, FL
CODE SECTIONS: 19-231 (2)(10) (17)
LEGAL DESCRIPTION: HILLSBORO HEIGHTS MAP LOTS 32 AND 33 BLOCK F
FOLIO: 145225.0000

CASE NO. COD-22-0002108
NAME OF VIOLATOR: HSIU SHENG CHEN
LOCATION OF VIOLATION: 4602 E LINEBAUGH AVE, TAMPA, FL
CODE SECTIONS: 19-47.19-59
LEGAL DESCRIPTION: TERRACE PARK SUBDIVISION UNIT NO 2 LOTS 15 AND
16 BLOCK 39
FOLIO: 140156.0000

CASE NO. COD-22-0002166
NAME OF VIOLATOR: RONY MARTINEZ
LOCATION OF VIOLATION: 10239 N VALLE DR, TAMPA, FL
CODE SECTIONS: 19-231(15)a
LEGAL DESCRIPTION: GOLFLAND PARK SUBDIVISION LOT 7 BLOCK A AND W 1/2
OF CLOSED ST ABUTTING ON E
FOLIO: 97085.0000

CASE NO. COD-22-0002261
NAME OF VIOLATOR: CASEY AND ANTIONETTE DAVIS
LOCATION OF VIOLATION: 3101 E KNOLLWOOD ST, TAMPA, FL
CODE SECTIONS: 19-231(15)a b
LEGAL DESCRIPTION: HILLS SUBDIVISION W 1/2 OF LOT 1 AND W 1/2 OF NORTH
42 FT OF LOT 2 BLOCK 3
FOLIO: 151398.5000

CASE NO. COD-22-0002309
NAME OF VIOLATOR: FERIDOON DAVANI
LOCATION OF VIOLATION: 802 E WATERS AVE, TAMPA, FL
CODE SECTIONS: 19-237
LEGAL DESCRIPTION: SULPHUR SPRINGS LOT 5 BLOCK 61
FOLIO: 99575.0000

CASE NO. COD-22-0002310
NAME OF VIOLATOR: ESTATE OF ALLESIA L ANDERSON
LOCATION OF VIOLATION: 1025 N OJUS DR, TAMPA, FL
CODE SECTIONS: 19-233(a) 19-5(a)
LEGAL DESCRIPTION: TERRACE PARK SUBDIVISION UNIT NO 2 LOT 31 BLOCK 54
FOLIO: 140312.0400

CASE NO. COD-22-0002373
NAME OF VIOLATOR: GHAZALA SEEDAT
LOCATION OF VIOLATION: 5406 JEAN DE ARC PL, TAMPA, FL
CODE SECTIONS: 19-49 19-50
LEGAL DESCRIPTION: RIVERSIDE ESTATES LOTS 2 AND 3 AND CLOSED STREET
ABUTTING THEREON BLOCK D
FOLIO: 104842.0000

CASE NO. COD-22-0002393
NAME OF VIOLATOR: YVENER JEAN BAPTISTE ET AL
LOCATION OF VIOLATION: 8119 N BROOKS ST, TAMPA, FL
CODE SECTIONS: 19-231(15)e
LEGAL DESCRIPTION: SULPHUR SPRINGS ADDITION LOT 1 AND N 1/2 OF LOT 2
AND W 5 FT CLOSED ALLEY ON E BLOCK 49
FOLIO: 146772.0000

CASE NO. COD-22-0002427
NAME OF VIOLATOR: PENELOPE J LINN
LOCATION OF VIOLATION: 914 W IDLEWILD AVE, TAMPA, FL
CODE SECTIONS: 19-50 19-59 19-231(15)c
LEGAL DESCRIPTION: IDLEWILD ON THE HILLSBOROUGH E 100 FT OF LOTS 1
AND 2 BLOCK 12
FOLIO: 162254.1000

CASE NO. COD-22-0002487
NAME OF VIOLATOR: ESTATE OF JANNIE MAE
LOCATION OF VIOLATION: 8214 N MULBERRY ST, TAMPA, FL
CODE SECTIONS: 19-56 19-238
LEGAL DESCRIPTION: SULPHUR SPRINGS ADDITION LOT 12 BLOCK 39
FOLIO: 146936.0000

CASE NO. COD-22-0002523
NAME OF VIOLATOR: 4216BAASJO LLC
LOCATION OF VIOLATION: 4216 E BUSCH BLVD, TAMPA, FL
CODE SECTIONS: 19-57
LEGAL DESCRIPTION: TERRACE PARK SUBDIVISION UNIT NO 3 LOTS 5 THRU 9
AND LOTS 14 THRU 18 BLK 108
FOLIO: 142164.0000

CASE NO. COD-22-0002526
NAME OF VIOLATOR: QUESTA NOVA FL LLC
LOCATION OF VIOLATION: 8726 N 48TH ST, TAMPA, FL
CODE SECTIONS: 19-231 (7) (11) (13) (17)
LEGAL DESCRIPTION: DRUID HILLS RE REVISED LOT 28 BLOCK 9
FOLIO: 142315.0830

### CASES TO BE HEARD AT THE 1:00 P.M. HEARING

CASE NO. COD-21-0003627
NAME OF VIOLATOR: KEVIN S AND LAURA N BRODSKY
LOCATION OF VIOLATION: 5130 W LONGFELLOW AVE, TAMPA, FL
CODE SECTIONS: 27-284.2 27-284.2.1
LEGAL DESCRIPTION: SUNSET PARK ISLES UNIT NO 1 LOT 17
FOLIO: 122042.0000

CASE NO. COD-22-0001500
NAME OF VIOLATOR: LAWRENCE WAYNE JENNINGS
LOCATION OF VIOLATION: 6810 S WALL ST, TAMPA, FL
CODE SECTIONS: 27-283.11(a) (b) 27-326
LEGAL DESCRIPTION: MACDILL HOME PROPERTIES 90 N 30 FT OF LOT 10 & S
20 FT OF LOT 11 & W 1/2 OF ALLEY ABUTTING THEREON
FOLIO: 136360.0000

CASE NO. COD-22-0002122
NAME OF VIOLATOR: KATHERINE ATHIME AND JEFFREY
LOCATION OF VIOLATION: 6708 S FAUL ST, TAMPA, FL
CODE SECTIONS: 27-283.11(a) (b) 27-326
LEGAL DESCRIPTION: WESTPORT LOT 13 AND W 1/2 OF ALLEY ABUTTING
THEREON BLOCK 46
FOLIO: 138246.0000

CASE NO. COD-22-0002486
NAME OF VIOLATOR: MEGAN AND CARY JORDAN
LOCATION OF VIOLATION: 3625 S HESPERIDES ST, TAMPA, FL
CODE SECTIONS: 27-284.2 27-284.2.5
LEGAL DESCRIPTION: BEL MAR UNIT NO 3 LOT 130
FOLIO: 122528.0000

CASE NO. COD-22-0002303
NAME OF VIOLATOR: EDUARDO MARTINEZ GUZMAN
LOCATION OF VIOLATION: 2509 W WALNUT ST, TAMPA, FL
CODE SECTIONS: 27-283.11(b)
LEGAL DESCRIPTION: MAC FARLANES REV MAP OF ADDITIONS TO WEST TAMPA
LOT 22 BLOCK 95
FOLIO: 179304.0000

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND SECTION 286.26, FLORIDA STATUTES, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATIONS TO PARTICIPATE IN THIS MEETING SHOULD CONTACT THE CITY CLERK'S OFFICE AT LEAST FORTY-EIGHT (48) HOURS PRIOR TO THE DATE OF THE MEETING.

INTERESTED PARTIES MAY APPEAR AND BE HEARD AT SAID HEARING.

SHIRLEY FOXX-KNOWLES, CMC
CITY CLERK
8/19-9/9/22LG 4T

---

## HILLSBOROUGH COUNTY

ply can result in sanctions, including dismissal or striking of pleadings.

If you are a person with a disability who needs any accommodation in order to par- ticipate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Hillsborough County Courthouse, ADA Coordinator, 800 E. Twiggs Street, Tampa, Florida 33602 at (813) 272-7040; Hearing impaired 1-800- 955-8771; Voice impaired 1-800-955- 8770; email ADA@fjud13.org at least 7 days before your scheduled court appear- ance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS MY HAND AND SEAL this 22nd day of August, 2022.

Cindy Stuart
Clerk of the Circuit Court
Family/Civil Division
By: Isha Tirado-Baker
Deputy Clerk
8/26-9/16/22LG 4T

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that the under- signed intend(s) to register with the Florida Department of State, Division of Corpora- tions, pursuant to Section 865.09 of the Florida Statutes, (Chapter 90-267), the trade name of:

**DANIEL JOSEPH NOVITSKI**
Owner: Novitski, Daniel Joseph
4400 West Spruce Street Apt 383
Tampa, FL 33607
8/26/22LG 1T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
### PROBATE DIVISION
### File No. 22-CP-002969

IN RE: ESTATE OF
CAROL JEAN PENDLETON
A/K/A CJ PENDLETON
A/K/A CAROL J. PENDLETON
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Carol Jean Pendleton a/k/a CJ Pendleton a/k/a Carol J. Pendleton, deceased, whose date of death was July 10, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is PO Box 3360, Tampa, Florida 33601. The names and addresses of the personal representative and the person- al representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BE- FORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLI- CATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-

### NOTICE OF HEARING FOR CLOSING AND VACATING

Notice is hereby given that a Public Hearing will be held by the Board of County Commission- ers of Hillsborough County, Florida at 9:00 A.M., Tuesday, September 13, 2022, to determine whether or not:

Vacating Petition V22-0010, a portion of Missaukee Village – Phase One subdivision plat, as recorded in Plat Book 110, Page 321, of the public records of Hillsborough County, Flori- da, located in Section 20, Township 29 South, Range 20 East, lying within multiple fields

shall be closed, vacated, discontinued and abandoned, and any rights of Hillsborough County, Florida, and the public in and to any lands in connection therewith renounced and disclaimed.

PARTICIPATION OPTIONS. In responding to the COVID-19 pandemic, Hillsborough County is making it possible for interested parties to participate in this public hearing by means of com- munications media technology or in person.

Virtual Participation: Virtual participation is highly encouraged. In order to participate virtu- ally, you must have access to a communications media device that will enable you to be heard (audio) during the public hearing. Additionally, should you opt to participate virtually in this public hearing, you will be able to provide oral testimony, but you will be unable to submit documentation during the public hearing. Therefore, if you opt to participate virtually in this public hearing, you must submit any documentation you wish to be considered by the Board of County Commissioners to the staff of the Facilities Management and Real Estate Services Department at least two business days prior to the Land Use Meeting so that it may be included in the record for the hearing.

Anyone who wishes to participate virtually in this public hearing will be able to do so by complet- ing the online Public Comment Signup Form found at HillsboroughCounty.org/SpeakUp. You will be required to provide your name and telephone number on the online form. This information is being requested to facilitate the audio conferencing process. The Chair will call on the applicant representatives and speakers by name, depending on the application(s) to which each speaker signed up to speak. An audio call-in number will be provided to participants that have completed the form after it is received by the County. All callers will be muted upon calling and will be unmuted in the submission order after being recognized by the Chair by name. Call submissions for the public hearing will close 30 minutes prior to the start of the hearing. Public comments offered using communications media technology will be afforded equal consider- ation as if the public comments were offered in person.

In Person: While virtual participation is encouraged, standard in-person participation is still available. The format and procedures for in-person participation may differ from a traditional hearing. For the safety of participants and staff, social distancing will be properly adhered to at all times. For planning purposes, parties wishing to participate in person are encouraged to sign up ahead of time at HCFLGov.org/SpeakUp.

The BOCC fully encourages public participation in its communications media technology hear- ing in an orderly and efficient manner. For more information on how to view or participate in a virtual meeting, visit: https://www.hillsboroughcounty.org/en/government/meeting-information/ speak-at-a-virtual-meeting

You will be required to provide your name and telephone number on the online form. This information is being requested to facilitate participation in the process. The Chair will call on speakers by name in the order in which they have completed the online Public Comment Signup Form. Prioritization is on a first-come, first-served basis. An audio call-in number will be provided.

The public can listen and view the public hearing live in the following ways:

- Hillsborough County's Facebook page: HillsboroughFL
- The County's official YouTube channel: YouTube channel "Hillsborough County"
- The HCFLGov.net website (click by going to HCFLGov.net/newsroom and selecting the "Live Meet- ing" button
- Listen to the meeting on smart phones by going to the above Facebook or YouTube link.

Participants are encouraged (whenever possible) to submit questions related to vacating peti- tions to Facilities Management and Real Estate Services Department in advance of the meeting by email to RP-Vacating@hcflgov.net or by calling (813) 307-1059. To best facilitate advance public comments, visit https://hillsboroughcounty.org/en/government/board-of-county-commis- sioners to leave comments with the Commissioners who represents your district.

Pursuant to provisions of the Americans with Disabilities Act, any person requiring special ac- commodations to participate in the meeting is asked to contact the Hillsborough County ADA Officer Carmen LaRue at sjlaac@hcflgov.net or 813-276-8401; TTY: 7-1-1. For individuals who require hearing or speech assistance, please call the Florida Relay Service Numbers, (800) 955-8771 (TDD) or (800) 955-8700 (v) or Dial 711 no later than 48 hours prior to the proceedings. All BOCC meetings are closed captioned.

8/19-8/26/22LG 2T

---

## HILLSBOROUGH COUNTY

ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ Nathan S. Pendleton IV
3326 Cheviot Drive
Tampa, FL 33618

Attorney for Personal Representative:
/s/ L. Tyler Yonge, Attorney
Florida Bar Number: 96179
DRUMMOND WEHLE YONGE LLP
6987 East Fowler Avenue
Tampa, Florida 33617
Telephone: (813) 983-8000
Fax: (813) 983-8001
E-Mail: tyler@dwyfirm.com
Secondary E-Mail: amy@dwyfirm.com
8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
### PROBATE DIVISION
### File No. 22-CP-001431
### Division: A

IN RE: ESTATE OF
JENNIFER PASTOR
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Jenni- fer Pastor, deceased, whose date of death was July 21, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 3360, Tampa, FL 33601-3360. The names and addresses of the personal representative and the personal represen- tative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BE- FORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLI- CATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI- ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ Megan Pastor
5323 Quail Ridge Dr
Tampa, Florida 33625

Attorney for Personal Representative:
/s/ Edward D. Friscia
Attorney
Florida Bar Number: 0982512
402 East 7th Avenue
Tampa, Florida 33602
Telephone: (813) 318-0100
Fax: (813) 318-0110
E-Mail: edfriscia@gmail.com
Secondary E-Mail: edfriscia@gmail.com

---

## HILLSBOROUGH COUNTY

ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ Nathan S. Pendleton IV
3326 Cheviot Drive
Tampa, FL 33618

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
### PROBATE DIVISION
### File No. 22-CP-002482

IN RE: ESTATE OF
MICHAEL ALLEN SORAH
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Mich- ael Allen Sorah, deceased, whose date of death was January 20, 2021, is pending in the Circuit Court for HILLSBOROUGH County, Florida, Probate Division, the address of which is 800 E. Twiggs St., Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI- CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLI- CATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI- ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Jane M. Sorah
3024 Silva Wood Drive
Valrico, Florida 33596

Attorney for Personal Representative:
Nathan L. Townsend, Esq.
Attorney
Florida Bar Number: 095885
1000 Legion Place, Ste. 1200
Orlando, FL 32801
Telephone: (407) 792-6100
Fax: (407) 982-1314
E-Mail: nathan@ntlaw.com
Secondary E-Mail: service@ntlaw.com

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
### PROBATE DIVISION
### File No. 22-CP-2962
### Division B

IN RE: ESTATE OF
TROY GEORGE PATE
A/K/A TROY G. PATE
A/K/A TROY PATE L
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Troy George Pate a/k/a Troy G. Pate a/k/a Troy Pate, deceased, whose date of death was July 2, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal represen- tative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BE- FORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI- CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLI- CATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI- ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Anita T. Pate
214 Halton Circle
Seffner, Florida 33584

Attorney for Personal Representative:
/s/ Lorien Smith Johnson
Lorien Smith Johnson, Attorney
Florida Bar Number: 26662
DAVID TOBACK, ESQ
1211 N. Westshore Blvd., Suite 315
Tampa, Florida 33607
Telephone: (813) 758-3492
Fax: (866) 820-7248
E-Mail: lorien@davidtobacklaw.com
Secondary E-Mail:
court@davidtobacklaw.com
8/26-9/2/22LG 2T

### NOTICE OF PUBLIC SALE

LA ROCHE WRECKER SERVICE AND REPAIR gives notice that on 09/09/2022 at 09:00 AM the following vehicle(s) may be sold by public sale at 5701 NORTH ST., WIMAUMA, FL 33598 to satisfy the lien for the amount owed on each vehicle for any recovery, towing, or storage ser- vices charges and administrative fees al- lowed pursuant to Florida statute 713.78.
5FNYL18446B054344 2006 HONDA

LA ROCHE WRECKER SERVICE AND REPAIR gives notice that on 09/12/2022 at 09:00 AM the following vehicle(s) may be sold by public sale at 5701 NORTH ST., WIMAUMA, FL 33598 to satisfy the

(Continued on next page)

LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

lien for the amount owed on each vehicle for any recovery, towing, or storage services charges and administrative fees allowed pursuant to Florida statute 713.78.
2C3CDXBG3EH362920 2014 DODG.

LA ROCHE WRECKER SERVICE AND REPAIR gives notice that on 09/13/2022 at 09:00 AM the following vehicle(s) may be sold by public sale at 5701 NORTH ST., WIMAUMA, FL 33598 to satisfy the lien for the amount owed on each vehicle for any recovery, towing, or storage services charges and administrative fees allowed pursuant to Florida statute 713.78.
JM1DKFD73G0128300 2016 MAZD

8/26/22LG 1T

---

## CITY OF TAMPA
## MUNICIPAL CODE ENFORCEMENT BOARD HEARINGS
## PUBLICATION NOTICE

As the result of being unable to effectuate certified mail notice to violators of the City Code, Notice is hereby given that the Municipal Code Enforcement Special Magistrate has scheduled a public hearing on 9/14/2022 at 9:00 A.M. and 1:00 P.M. to hear the below listed cases. Which are in violation of the City of Tampa Code Information listed below describes the case number, property owner(s), violation address, code section violated, and legal description of subject property in that order. The hearing will be held in City Council Chambers, 3rd Floor, City Hall, 315 E Kennedy Blvd., Tampa Florida. Affected property owners will be given the opportunity to discuss the alleged violations. Should anyone have any questions regarding these cases, please call the Office of the City Clerk at (813) 274-8397.

Please note that if any person decides to appeal any decision made by the Code Enforcement Special Magistrate with respect to any matter considered at the hearing, they will need to ensure a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

### CASES TO BE HEARD AT THE 9:00 A.M. HEARING

CASE NO. COO-22-0000418
NAME OF VIOLATOR: MICHAEL J MORRIS
LOCATION OF VIOLATION: 2334 W NASSAU ST, TAMPA, FL
CODE SECTIONS: 19-231 (29)b(10)(15)a c(16)a
LEGAL DESCRIPTION: BENJAMIN'S ADDITION TO WEST TAMPA LOT 12 BLOCK 7...
FOLIO: 178004-0000

CASE NO. COO-22-0002006
NAME OF VIOLATOR: ODUNUKWE VENTURES LLC
LOCATION OF VIOLATION: 2009 SAXON ST, TAMPA, FL
CODE SECTIONS: 19-233(a)
LEGAL DESCRIPTION: EAST TAMPA LOTS 8 AND 9 BLOCK 43
FOLIO: 199192.0000

CASE NO. COO-22-0002009
NAME OF VIOLATOR: ODUNUKWE VENTURES LLC
LOCATION OF VIOLATION: 2015 SAXON ST, TAMPA, FL
CODE SECTIONS: 19-48 19-49 19-50 19-56 19-233(a)
LEGAL DESCRIPTION: EAST TAMPA LOTS 4 5 6 AND 7 BLOCK 43
FOLIO: 199191.0000

CASE NO. COO-22-0002065
NAME OF VIOLATOR: BONNIE A FRAZIER
LOCATION OF VIOLATION: 3018 W MEADOW ST, TAMPA, FL
CODE SECTIONS: 19-231(15)a
LEGAL DESCRIPTION: MEADOWLAWN LOT 21
FOLIO: 136040.0000

CASE NO. COO-22-0002178
NAME OF VIOLATOR: EDWARD C DUNCAN
LOCATION OF VIOLATION: 3013 W ARCH ST, TAMPA, FL
CODE SECTIONS: 19-231(16)a
LEGAL DESCRIPTION: GRAHAM'S JAMES RESUBDIVISION NO 1 LOT 5 LESS W 11 FT THEREOF AND VACATED D' ALLEY ABUTTING TO NORTH
FOLIO: 180716.0050

CASE NO. COO-22-0002265
NAME OF VIOLATOR: JOSHUA DE HOYOS
LOCATION OF VIOLATION: 6205 S MACDILL AVE, TAMPA, FL
CODE SECTIONS: 19-231(1)a (3)b(13a (10) (15) a c
LEGAL DESCRIPTION: MARTINDALE'S SUBDIVISION LOT 48 BLOCK 1 & 1/2 CLOSED ALLEY ABUTTING THEREON
FOLIO: 135760.0500

CASE NO. COO-22-0002385
NAME OF VIOLATOR: BONNIE C RODRIGUEZ
LOCATION OF VIOLATION: 2608 ROSEMONT AVE, TAMPA, FL
CODE SECTIONS: 19-238
LEGAL DESCRIPTION: TRACT BEG 210 FT E AND 198 FT FTH OF SW COR OF SE 1/4 AND RUN N 110 FT E 115 FT S 110 FT AND W 115 FT TO BEG
FOLIO: 103017.0000

CASE NO. COO-22-0002440
NAME OF VIOLATOR: LOUISE BURTON AND VERA
LOCATION OF VIOLATION: 1526 W ARCH ST, TAMPA, FL
CODE SECTIONS: 19-231(15)b
LEGAL DESCRIPTION: COLLINS PHILIP 2ND ADDITION LOTS 6 AND 7 BLOCK 6
FOLIO: 178420.0000

### CASES TO BE HEARD AT THE 1:00 P.M. HEARING

CASE NO. COO-21-0004513
NAME OF VIOLATOR: KAREN A BISHOP AND LINDA
LOCATION OF VIOLATION: 2413 W NORTH B ST, TAMPA, FL
CODE SECTIONS: 5-105.1 21-8
LEGAL DESCRIPTION: TERRA NOVA REVISED MAP LOT 8 BLOCK 1
FOLIO: 168481.0000

CASE NO. COO-22-0000367
NAME OF VIOLATOR: FLORENZ INC CO DALLAND
LOCATION OF VIOLATION: 8006 N MULBERRY ST, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: SULPHUR SPRINGS ADDITION LOT 16 & E 1/2 OF ALLEY ABUTTING THEREON BLOCK 61
FOLIO: 146959.0000

CASE NO. COO-22-0000487
NAME OF VIOLATOR: 3001 EAST HILLSBOROUGH
LOCATION OF VIOLATION: 3001 E HILLSBOROUGH AVE, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: BELLMONT HEIGHTS LOTS 5 TO 10 INCL LESS HWY AND LOT 11 LESS S 5FT AND LOT 12 LESS N 5 FT AND LOTS 13 TO 18 INCL BLK 2 TO- GETHER WITH THE ALLEY ABUTTING SD PORTIONS OF LOTS 9 10 11 12 13 AND 14 BLK 2 LESS PART OF ALLEY NOT CLOSED BY ORDINANCE 1860 A & 8747 A
FOLIO: 155221.0000

CASE NO. COO-22-0000801
NAME OF VIOLATOR: VENTURA GENERAL SERVICES
LOCATION OF VIOLATION: 2606 E ELLICOTT ST, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: THOMAS HEITER SUBDIVISION LOT 27
FOLIO: 155127.0000

CASE NO. COO-22-0000861
NAME OF VIOLATOR: ROGERS REEVES LINDER
LOCATION OF VIOLATION: 505 S ALBANY AVE, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: COURIER CITY LOT 3 BLOCK 21.
FOLIO: 184482.0000

CASE NO. COO-22-0001108
NAME OF VIOLATOR: ADVANTAIRA TRUST LLC
LOCATION OF VIOLATION: 3110 N MASSACHUSETTS AVE, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: WESTERN HEIGHTS LOT 6 BLOCK 4
FOLIO: 162408.0000

CASE NO. COO-22-0001122
NAME OF VIOLATOR: PELICAN SUN ESTATE LLC
LOCATION OF VIOLATION: 10921 N NEBRASKA AVE, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: N 107 FT OF S 587 FT OF THAT PART OF NW1/4 W OF RR
FOLIO: 143369.0000

CASE NO. COO-22-0001351
NAME OF VIOLATOR: MILESTONE PROPERTY
LOCATION OF VIOLATION: 1340 W LA SALLE ST, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: COLLINS PHILIP 2ND ADDITION LOT 10 BLOCK 4
FOLIO: 178382.0000

CASE NO. COO-22-0001362
NAME OF VIOLATOR: ELIAS AND SANDRA RUBIO
LOCATION OF VIOLATION: 2309 W HENRY AVE, TAMPA, FL
CODE SECTIONS: 5-105.1
LEGAL DESCRIPTION: HAMNER'S MARJORY B RENMAH LOTS 13 AND 14 BLOCK 2
FOLIO: 104375.0000

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND SECTION 286.26, FLORIDA STATUTES, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATIONS TO PARTICIPATE IN THIS MEETING SHOULD CONTACT THE CITY CLERK'S OFFICE AT LEAST FORTY-EIGHT (48) HOURS PRIOR TO THE DATE OF THE MEETING.
INTERESTED PARTIES MAY APPEAR AND BE HEARD AT SAID HEARING.
SHIRLEY FOXX-KNOWLES, CMC
CITY CLERK
8/26-9/22LG 4T

---

## IN THE CIRCUIT COURT FOR THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

CASE NO: 22-CP-002643
DIVISION: B

IN RE: ESTATE OF
CANDACE ANN STACK
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of CANDACE ANN STACK, deceased, file number 22-CP-002643, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, Florida

33601-1110. The names and addresses of the personal representative and the personal representative's attorney are set forth below. This estate is intestate.

### ALL INTERESTED PERSONS ARE NO- TIFIED THAT:

All persons on whom this notice is served who have objection that challenge the validity of the will, the qualifications of the personal representative, venue, or jurisdiction of this Court are required to file their objection with this Court WITHIN THE LATER OF THREE MONTHS AF- TER THE DATE OF THE FIRST PUBLI- CATION OF THIS NOTICE OR THIRTY DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All creditors of the decedent and oth- er persons having claims or demands against decedent's estate on whom a copy of this notice is served within three months after the date of the first publication of this notice must file their claims with this Court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and persons having claims or demands against the decedent's estate must file their claims with this Court WITHIN THREE MONTHS AFTER THE DATE OF THE FIRST PUB- LICATION OF THIS NOTICE.

ALL CLAIMS, DEMANDS AND OBJEC- TIONS NOT SO FILED WILL BE FOR- EVER BARRED.

The date of the first publication of this Notice is August 26, 2022.

Personal Representative:
/s/ EDWARD MICHAEL STACK
803 Attache Court
Tampa, FL 33613

Attorney for Personal Representative:
/s/ Andrew P. Flanagan, Jr., Esq.
710 Oakfield Drive
Suite 101
Brandon, FL 33511
(813) 681-5587
patflan@verizon.net
FBN: 218499

8/26-9/22LG 2T

---

## IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-002588
Division A

IN RE: ESTATE OF
BEVERLY J. WALDECK,
Deceased.

### NOTICE TO CREDITORS
(summary administration)

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

You are hereby notified that an Order of Summary Administration has been entered in the estate of BEVERLY J. WALDECK, deceased, File Number 22-CP-002588; by the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, Florida 33602; that Decedent's date of death was June 19, 2022; that the total value of the estate is other assets valued at approximately $1,000.00 and that the names and addresses of those to whom it has been assigned by such order are:

Beneficiary:
CURTIS R. WALDECK    3805 W. Horatio Street

Tampa, Florida 33609

ALL INTERESTED PERSONS ARE NOTI- FIED THAT:

All creditors of the estate of Decedent and persons having claims or demands against the estate of Decedent other than those for whom provision for full payment was made in the Order of Summary Ad- ministration must file their claims with this court WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SEC- TION 733.702. ALL CLAIMS AND DE- MANDS NOT SO FILED WILL BE FOR- EVER BARRED. NOTWITHSTANDING ANY OTHER APPLICABLE TIME PERI- OD, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 26, 2022.

Person Giving Notice:
/s/ Curtis R. Waldeck
CURTIS R. WALDECK
3805 W. Horatio Street
Tampa, Florida 33609

Attorney for Person Giving Notice:
/s/ Joshua T. Keleske, Esq.
Attorney for Petitioners
Email: jkeleske@trustedcounselors.com
Florida Bar No. 0548472
Joshua T. Keleske, P.L.
3333 W. Kennedy Blvd., Suite 204
Tampa, Florida 33609
Telephone: (813) 254-0044

8/26-9/22LG 2T

---

## IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-2609
Division A

IN RE: ESTATE OF
MOSELLA KING
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Mo- sella King, deceased, whose date of death was January 28, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth be- low.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI- CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and

---

other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB- LICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI- ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Cheryl M. King
12203 Matchfield Way
Riverview, Florida 33579

Attorney for Personal Representative:
Kristopher E. Fernandez, Esquire
Attorney
Florida Bar Number: 0606847
114 S. Fremont Avenue
Tampa, Florida 33606
Telephone: (813) 832-6340
E-Mail: service@kfernandezlaw.com

8/26-9/22LG 2T

---

## IN AND FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CIVIL DIVISION

CASE NO.: 20-CC-026703
DIVISION: M

CITY OF TAMPA,
Plaintiff(s),

v.

WENDY L. SCOLARO, et al.,
Defendant(s).

### AMENDED NOTICE OF ONLINE SALE

Notice is hereby given, that pursuant to a Uniform Final Judgment of Foreclosure entered in the above styled cause, in the Circuit Court of Hillsborough County, Flor- ida, I will sell the property situate in Hills- borough County, Florida, described as:

Legal Description:

The North Half of the Northwest Quar- ter of the Northwest Quarter of Sec- tion 8, Township 29 South, Range 19 East, Hillsborough County, Florida, LESS AND EXCEPT the East 25 feet shown in Final Judgment recorded in Official Records Book 1719, Page 669 and Order of Taking recorded in Of- ficial Records Book 3010, Page 975, ALSO LESS AND EXCEPT the West 25 feet for right-of-way for 22nd Street shown in deed recorded in Deed Book 725, Page 82, ALSO LESS AND EX- CEPT any part thereof lying within the right-of-way of Martin Luther King Jr. Boulevard, ALSO LESS AND EX- CEPT those parcels described in Warranty Deed recorded in Official Records Book 19813, Page 1000, all of the Public Records of Hillsborough County, Florida.

Property Address: 2425 E. Dr. Martin Lu- ther King Jr., Blvd., Tampa, Florida 33610
Folio Number: 173472-0000

at public sale, to the highest bidder, for cash, to be conducted electronically on- line at the following website: http://www. hillsborough.realforeclose.com, on the 30th day of September 2022, begin- ning at 10:00 a.m.

If you are a person with a disability who needs any accommodation in order to par- ticipate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coor- dinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appear- ance, or immediately upon receiving this notification if the time before the sched- uled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this court on the 19th day of August, 2022.

/s/ Craig E. Rothburd
CRAIG E. ROTHBURD, ESQUIRE
FOR THE COURT

Craig E. Rothburd - FBN: 049182
CRAIG E. ROTHBURD, P.A.
320 W. Kennedy Blvd., #700
Tampa, Florida 33606
Phone: 813-251-8800
craig@rothburdpa.com
Attorney for Plaintiff
(CERPA File # 6833)

8/26-9/22LG 2T

---

## IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-2416
Division B

IN RE: ESTATE OF
DANIEL E. BEAVER
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of DAN- IEL E. BEAVER, deceased, whose date of death was January 16, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the ad- dress of which is Post Office Box 3360, Tampa, FL 33601-3360. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI- CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB- LICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE

---

## HILLSBOROUGH COUNTY

FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI- ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ Paula Herrington
Paula Herrington
9410 Pine Ridge Avenue
Riverview, Florida 33578

Attorney for Personal Representative:
/s/ Laurel C. Farrell, Esq.
Laurel C. Farrell, Esq.
Florida Bar Number: 15994
Brandon Family Law Center, LLC
1038 E. Brandon Blvd.
Brandon, Florida 33511
Telephone: (813) 653-1744
Fax: (813) 654-6830
E-Mail: service@brandonfamilylaw.com
Sec E-Mail: laurel@brandonfamilylaw.com

8/26-9/22LG 2T

---

## IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-002997
Division Probate

IN RE: ESTATE OF
INEZ M. CALLUM
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Inez M. Callum, deceased, whose date of death was July 1, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal representa- tive's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB- LICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI- ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Judith A. Esselman
3531 Evergreen Court
Thonoc, Wisconsin 54457

Attorney for Personal Representative:
Kara Evans, Attorney
Florida Bar Number: 381136
4631 Van Dyke Road
Lutz, FL 33558
Telephone: (813) 758-2173
Fax: (813) 926-6517
E-Mail: kara@karaevansattorney.com
Secondary E-Mail: evanskesne@aol.com

8/26-9/22LG 2T

---

## IN THE COUNTY COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CIVIL DIVISION

Case No.: 21-CC-104688
Division: L

LEAH LUBIN,
Plaintiff,

v.

BARRY HAUGHT individually and as Trustee for the HTN Trust, Inc.; LAURA GUESEPPINA BASETTI as Co- Trustee of the LP Bisesti Revocable Trust; PAULA CLAUDIA BASETTI as Co-Trustee of the LP Bisesti Revocable Trust; Unknown Tenant in Possession,
Defendants.

### NOTICE OF ACTION

TO: BARRY HAUGHT individually and as Trustee for the HTN Trust, Inc.

YOU ARE HEREBY NOTIFIED of an ac- tion for Unlawful Detainer has been filed in regards to the following property:
Condominium Unit 1111, of LAKE- VIEW AT CALUSA TRACE, a Condo- minium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 15389, Page 553, of the Public Records of Hills- borough County, Florida, and any amendments thereto, together with an undivided interest in the common elements.  TOGETHER WITH, Garage Unit 5C of LAKEVIEW AT CALUSA TRACE, A CONDOMINIUM, accord- ing to the Declaration of Condominium thereof, recorded in O.R. Book 15389, Pages 553 through 678, of the public records aforesaid.
Parcel ID#
U-16-27-18-Z2Z-000000-57940.0
More commonly referred to as: 18106 Pepperidge Perch Pl, Unit 111, Lutz FL 33558-2785

You are required to file your answer or written defenses, if any, in the above pro- ceeding with the Clerk of this Court, and to serve a copy thereof upon the Petitioner's attorney, Zoecklein Law, P.A. (Michael P. Brandon FL 33511, telephone (813) 501-5071, facsimile 813-925-4310, within thirty days of the first publication of this Notice, the nature of this proceeding be- ing an Unlawful Detainer for the property located at 18106 Pepperidge Perch Pl, Unit 111, Lutz FL 33558-2785.

If you fail to file your response or an- swer, if any, in the above proceeding with the Clerk of the Court, within the required

(Continued on next page)

---

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

The Clerk of this Court, and to serve a copy thereof upon the Petitioner's attorney, Zoecklein Law, P.A. 329 Pauls Dr., Brandon FL 33511, telephone (813) 501-5071, facsimile 813-925-4310, within thirty days of the first publication of this Notice, a default may be entered against you.

FIRST PUBLICATION IN LA GACETA ON AUGUST 26, 2022.

DATED at Hillsborough County this 9th day of March, 2022.

Cindy Stuart
Clerk of the Circuit Court
By: s/ Isha Tirado-Baker
Deputy Clerk

8/26-9/16/22LG 4T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-2509

IN RE: ESTATE OF
ANTHONY M. BADILLO

### FORMAL NOTICE

TO: Rafael A. Maldonado - Address Unknown

YOU ARE NOTIFIED that a Petition for Administration has been filed in this court, a copy of which accompanies this notice. You are required to serve written defenses on the undersigned within twenty 20 days after service of this notice, exclusive of the day of service, and to file the original of the written defenses with the clerk of the above court either before service or immediately thereafter. Failure to serve and file written defenses as required may result in a judgment or order for the relief demanded in the pleading or motion, without further notice.

Signed on this 22nd day of August, 2022.
/s/ Kaela Everlove-Stone
Attorney
Florida Bar Number: 302071
5328 Central Ave
St. Petersburg, FL 33707
Telephone: (727) 471-0675
Fax: (866) 326-7610
E-Mail: kaile@everlovelegal.com

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

Case No. 22-CP-003047

IN RE: ESTATE OF
ILEANA NAVARRO BALDINUCCI,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Ileana Navarro Baldinucci, deceased, whose date of death was July 23, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Frank Baldinucci
323 Summer Sails Drive
Vaiico, Florida 33594

Attorney for Personal Representative:
Brice Zoecklein
E-mail Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law, P.A.
329 Pauls Drive
Brandon, Florida 33511

8/26-9/2/22LG 2T

### IN THE COUNTY OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH, FLORIDA CIRCUIT DIVISION

CASE NUMBER: 21-CC-010888

MARIO ZACCHINI, JR.
Plaintiff,

v.

BENEFICIARIES OF THE ESTATE OF AURORA ALVAREZ, DECEASED, ET AL.

### NOTICE OF ACTION

STATE OF FLORIDA
TO: Beneficiaries of the Estate of Aurora Alvarez, Deceased

YOU ARE NOTIFIED that an action to foreclose a Note and Mortgage on the following property in Hillsborough County, Florida:

PARCEL I:

Commence at the SW corner of Section 35, Township 32 South, Range 19 East, lying and being in Hillsborough County, Florida; thence North 89 deg. 22 min. 48 seconds East along the South line of said Section 35, 436.74 feet to the Southeasterly side of the 100 feet right of way of U.S. Highway 301; thence North 48 deg. 22 min. 38 seconds East along said right of way 644.32 feet for a Point of Beginning; thence continue North 48 deg. 22 min. 38 seconds East 50 feet; thence South 41 deg. 37 min. 22 seconds East 250 feet; thence South 48 deg. 22 min.

## HILLSBOROUGH COUNTY

38 seconds West 50 feet; thence North 41 deg. 37 min. 22 seconds West 250 feet to the Point of Beginning lying and being in Section 35, Township 32 South, Range 19 East, Hillsborough County, Florida.

PARCEL II:

Commence at the SW corner of Section 35, Township 32 South, Range 19 East, thence North 89 deg. 22 min. 48 seconds East 426.74 feet along the South line of said Section 35; then North 48 deg. 22 min. 38 seconds East 594.36 feet for a Point of Beginning; thence continuing North 48 deg. 22 min. 38 seconds East 50 feet; thence South 41 deg. 37 min. 22 seconds East 250 feet thence South 30 deg. 13 min. 04 seconds West 52.62 feet; thence North 41 deg. 37 min. 22 seconds West 266.04 feet to the point of Beginning lying and being in Section 35, Township 32 South, Range 19 East, Hillsborough County, Florida, less right of way for State Road #43 (U.S. Hwy. 301).

LESS

A parcel of land in Section 35, Township 32 South, Range 19 East, Hillsborough County, Florida, being a portion of Lots 115 and 116 in WILLOW SHORES (an unrecorded subdivision) explicitly described as follows:

Commence at the Southwest corner of said Section 35, thence on the Southerly boundary of said Section 35, said boundary also being the dividing between Hillsborough County to the North, and Manatee County to the South, North 89 deg. 17 min. 24 seconds E., a distance of 561.50 feet to the intersection of the Southwest right of way line of Florida State road #45 (U.S. Highway #301); thence on said right of way line (132 feet wide Southeast of centerline as presently established), North 48 deg. 23 min. 48 seconds E., a distance of 487.97 feet; thence North 89 deg. 25 mins. 14 seconds E., a distance of 12.65 feet to the Point of Beginning, said point being on the Southwest boundary of said Lot 116 as recorded in Official Record Book 3449, at Page 1306. From the Point of Beginning thus described, continue thence North 89 deg, 23 min. 14 seconds E., a distance of 132.32 feet to a point on the Northeasterly boundary of said Lot 115, thence on Southeasterly boundary South 48 deg. 23 min. 48 seconds W, a distance of 50.10 feet; thence on the Southwesterly boundary of said Lot 116, continue thence on Southeasterly boundary South 30 deg. 14 min. 14 seconds W, a distance of 52.54 feet to the Southwest corner of said lot; thence on the afore-said Southwesterly boundary of Lot 116, North 41 deg. 36 min. 12 seconds West, a distance of 176.63 feet to the Point of Beginning.

PARCEL III:

A Parcel of land in Section 35, Township 32 South, Range 19 East, Hillsborough County, Florida, being a portion of Lot 114 in WILLOW SHORES (an unrecorded subdivision) explicitly described as follows:

Commence at the SW corner of Section 35, Township 32 South, Range 19 East, thence N 89°22'48" E. along the South line of said Section 35, 456.74 feet to the Southeasterly side of the 100 foot right of way of U.S. Highway 301; thence N. 48°22'38" E. along said right of way, 694.32 feet for a point of beginning; thence N. 48°22'38" W. 50 feet; thence S. 41°37'22" E. 250 feet; thence S 48°22'38" W, 50 feet; thence N 41°37'22" W. 250 feet for the Point of Beginning. Being and lying in Section 35, Township 32 South, Range 19 East, Hillsborough County, Florida, LESS that part described as follows:

Commence at the SW corner of said Section 35; thence on the Southerly boundary of said Section 35, said boundary also being the dividing line between Hillsborough County to the North, and Manatee County to the South, N. 89°17'24" E. a distance of 561.50 feet to the intersection of the SW right of way line of Florida State Road #43 (U.S. Highway #301); thence on said right of way line (132 feet wide SE of centerline as presently established), N 48°23'48" E, a distance of 487 97 feet; thence N. 89°23'14" E, a distance of 144.97 feet along the SW boundary of said Lot 114 as recorded in Official Record Book 3449, at Page 425. From the Point of Beginning thus described, continue thence N 89°23'14" E, a distance of 66.16 feet to a point on the Northeasterly boundary of said lot; thence on said boundary S 41°36'12" E., a distance of 30.07 feet to the SE corner of said lot; thence on Southeasterly boundary S 48°23'48" W., a distance of 49.94 feet to the SW corner of said lot; thence on the aforesaid Southwesterly boundary of Lot 114, N 41°36'12" W., a distance of 73.46 feet to the Point of Beginning.

Together with Mobile Home, More Specifically described as follows:

1966 CRAF, Identification Number FF502FK12MM188 and 1970 PEER, Identification Number PG1233.

has been filed against you and you are required to file your written defenses, if any, with the Clerk of the above Court and to serve a copy within 30 days after the first publication of this Notice of Action on September 16, 2022.

KALEI MCELROY BLAIR, Esq., Plaintiff's attorney, whose address is 812 W. Dr. MLK, Jr. Blvd., Suite 101, Tampa, FL 33603, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the Complaint or Petition.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation please contact the ADA Coordinator at least seven days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven days. If you are hearing or voice impaired, call 711.

DATED on this 16th day of August,

## HILLSBOROUGH COUNTY

2022.

Pat Frank
Clerk of the Circuit Court
By: s/ Jeffrey Duck
Deputy Clerk

8/26-9/16/22LG 2T

### Receipt of Application Noticing

Notice is hereby given that the Southwest Florida Water Management District has received Environmental Resource permit application number 834937 from KB Home Tampa, LLC, 4105 Crescent Park Drive, Riverview, FL 33578. Application received 02/16/2017. Proposed activity: Residential Development. Project name: Mirror Lake. Project size: 20.55 Acres Location: Section 10, Township 29 South, Range 20 East, in Hillsborough County. Outstanding Florida Water: No. Aquatic preserve: No. The application is available for public inspection Monday through Friday at 7601 Hwy 301 N, Tampa, FL 33637. Interested persons may inspect a copy of the application and submit written comments concerning the application. Comments must include the permit application number and be received within 14 days from the date of this notice. If you wish to be notified of agency action or opportunity to request an administrative hearing regarding the application, you must send a written request referencing the permit application number to the Southwest Florida Water Management District, Regulation Performance Management Department, 2379 Broad Street, Brooksville, FL 34604-6899 or submit your request through the District's website at www.watermatters.org. The District does not discriminate based on disability. Anyone requiring accommodation under the ADA should contact the Regulation Performance Management Department at (352) 796-7211 or 1-800-423-1476; TDD only 1-800-231-6103.

8/26/22LG 1T

### NOTICE OF FINAL AGENCY ACTION BY THE SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT

Notice is given that the District's Intended Agency Action is approval of the application for an Environmental Resource Individual Construction Permit modification for Environmental Resource Village North authorizing the construction of a stormwater management system to serve a 90-acre residential project including 250 lots with associated internal roadways and stormwater management infrastructure. The project is located in Hillsborough County, Sections 13 & 18, Township 31 South, Ranges 19 & 20 East. The permit applicant is Spencer Farms, Inc. whose address is 111 S. Armenia Avenue, Suite 201 Tampa, FL 33609. The Permit No. is 43045394.001. The file(s) pertaining to the project referred to above is available for inspection Monday through Friday except for legal holidays, 8:00 a.m. to 5:00 p.m., at the Southwest Florida Water Management District, Tampa Service Office 7601 Highway 301 North, Tampa FL 33637-6759.

### NOTICE OF RIGHTS

Any person whose substantial interests are affected by the District's action regarding this matter may request an administrative hearing in accordance with Sections 120.569 and 120.57, Florida Statutes (F.S.), and Chapter 28-106, Florida Administrative Code (F.A.C.), of the Uniform Rules of Procedure. A request for hearing must (1) explain how the substantial interests of each person requesting the hearing will be affected by the District's action, or proposed action; (2) state all material facts disputed by each person requesting the hearing or state that there are no disputed facts; and (3) otherwise comply with Chapter 28-106, F.A.C. A request for hearing must be filed with and received by the Agency Clerk of the District at the District's Brooksville address, 2379 Broad Street, Brooksville, FL 34604-6899 within 21 days of publication of this notice (or within 14 days for an Environmental Resource Permit with Proprietary Submerged Lands authorization). Failure to file a request for hearing within this time period shall constitute a waiver of any right such person may have to request a hearing under Sections 120.569 and 120.57, F.S.

Because the administrative hearing process is designed to formulate final agency action, the filing of a petition means that the District's final action may be different from the position taken by it in this notice of agency action. Persons whose substantial interests will be affected by any such final decision of the District in this matter have the right to petition to become a party to the proceeding, in accordance with the requirements set forth above.

Mediation pursuant to Section 120.573, F.S., to settle an administrative dispute regarding the District's action in this matter is not available prior to the filing of a request for hearing.

8/26/22LG 1T

### NOTICE OF FINAL AGENCY ACTION BY THE SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT

Notice is given that the District's Intended Agency Action is approval of the application for an Environmental Resource Individual Construction Permit major modification for Big Bend Industrial 12 Construction Modification authorizing the modification of a constructed stormwater management system approved under Environmental Resource Permit (ERP) No. 43044463.003 serving a 33.4-acre residential project. The proposed activities include construction of 9 additional lots not previously included in the original permit, Permit No. 43044463.003. The project is located in Hillsborough County, Sections 02, Township 31 South, Range 20 East. The permit applicant is Mirabella Holdings, LLC whose address is 111 S. Armenia Avenue, Suite 201, Tampa, FL 33609. The Permit No. is 43044463.004. The file(s) pertaining to the project referred to above is available for inspection Monday through Friday except for legal holidays, 8:00 a.m. to 5:00 p.m., at the Southwest Florida Water Management District, Tampa Service Office 7601 Highway 301 North, Tampa FL 33637-6759.

### NOTICE OF RIGHTS

Any person whose substantial interests are affected by the District's action regarding this matter may request an administra-

## HILLSBOROUGH COUNTY

tive hearing in accordance with Sections 120.569 and 120.57, Florida Statutes (F.S.), and Chapter 28-106, Florida Administrative Code (F.A.C.), of the Uniform Rules of Procedure. A request for hearing must (1) explain how the substantial interests of each person requesting the hearing will be affected by the District's action, or proposed action; (2) state all material facts disputed by each person requesting the hearing or state that there are no disputed facts; and (3) otherwise comply with Chapter 28-106, F.A.C. A request for hearing must be filed with and received by the Agency Clerk of the District at the District's Brooksville address, 2379 Broad Street, Brooksville, FL 34604-6899 within 21 days of publication of this notice (or within 14 days for an Environmental Resource Permit with Proprietary Submerged Lands authorization). Failure to file a request for hearing within this time period shall constitute a waiver of any right such person may have to request a hearing under Sections 120.569 and 120.57, F.S.

Because the administrative hearing process is designed to formulate final agency action, the filing of a petition means that the District's final action may be different from the position taken by it in this notice of agency action. Persons whose substantial interests will be affected by any such final decision of the District in this matter have the right to petition to become a party to the proceeding, in accordance with the requirements set forth above.

Mediation pursuant to Section 120.573, F.S., to settle an administrative dispute regarding the District's action in this matter is not available prior to the filing of a request for hearing.

8/26/22LG 1T

### IN THE COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CIVIL DIVISION

CASE NO. 22-CC-027325

COPPER RIDGE/BRANDON HOMEOWNERS' ASSOCIATION, INC.,
Plaintiff,

v.

VIRGINIA H. CARRINO,
Defendant(s)

### NOTICE OF SALE

Notice is hereby given, pursuant to Final Judgment of Foreclosure for Plaintiff entered in this cause on August 17, 2022, by the County Court of Hillsborough County, Florida, The Clerk of the Court will sell the property situated in Hillsborough County, Florida described as:

Lot 14, Block A, Copper Ridge Tract C, according to the Plat thereof, recorded in Plat Book 78, Page(s) 22, of the Public Records of Hillsborough County, Florida.

and commonly known as: 810 Amethyst Way, Valrico, FL 33594-0, including the building, appurtenances, and fixtures located therein, to the highest and best bidder, for cash, on the hillsboroughclerk.com, hillsborough.realforeclose.com, on October 7, 2022, at 10:00AM. Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the Lis pendens must file a claim within 60 days after the sale.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated this August 18, 2022.

/s/ Gregory S. Grossman, Esq.
Nathan A. Frazier, Esq., for the firm
Gregory S. Grossman, Esq., for the firm
Attorney for Plaintiff
Frazier & Bowles
202 S. Rome Ave., Suite 125
Tampa, FL 33606
pleadings@frazierbowles.com
45360.50

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY JUVENILE DIVISION

CASE NO.: 19-DP-936   DIVISION: D

IN THE INTEREST OF:
P.C.   DOB: 08/11/2019
Minor Child

### NOTICE OF ACTION

THE STATE OF FLORIDA:
TO: Bobby Creech   DOB: 01/06/1997
   Last Known Address:
   12122 Grovewood Ave
   Thonotosassa, FL 33592

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced children. You are to appear at the Edgecomb Courthouse, 800 E. Twiggs Street, Court Room 310, Tampa, Florida 33602 for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

This action is set before the Honorable Lisa D. Campbell, Judge of the Circuit Court at 10:00 A.M. on October 6, 2022, Edgecomb Courthouse, 800 E. Twiggs St., Tampa, FL 33602 Court room 310, or via Zoom:

Connecting through Zoom APP with Video: https://zoom.us/j ; Meeting ID is 654-445-7465 -- no password needed; Calling using a telephone: The phone number is 1-786-635-1003; Meeting ID number: 654-445-7465 then the # Participant ID: enter number are calling from -- no password needed.

Pursuant to Sections 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private placement of the child with an adoption entity, as defined in Section 63.032(3), Florida Statutes.

FAILURE TO PERSONALLY APPEAR

## HILLSBOROUGH COUNTY

AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS OF THIS CHILD. IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED, YOU MAY LOSE ALL LEGAL RIGHTS AS A PARENT TO THE CHILDREN WHOSE INITIALS APPEAR ABOVE.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice impaired: 1-800-955-8770, e-mail: ADA@fjud13.org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.

PLEASE BE GOVERNED ACCORDINGLY

Witness my hand and seal as the Clerk of said court, this 17th day of August, 2022.

Cindy Stuart, Clerk of Circuit Court
Hillsborough County, Florida
By: /s/ Pamela Packwood
Deputy Clerk

8/26-9/16/22LG 4T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-002407
Division: A

IN RE: ESTATE OF
SARA JANE REED
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Sara Jane Reed, whose date of death was May 9, 2022, and whose social security number is XXX-XX-2346, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, Florida 33601-1110. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is Friday, August 26, 2022.

Personal Representative:
/s/ Richard Brett Reed
249 Apache Trail
Brandon, Florida 33511

Attorney for Personal Representative:
/s/ Judith S. Lambert, Esquire
Lambert Law Office, PL
617 W. Lumsden Road
Brandon, Florida 33511
Tel: (813) 662-7429
Fax: (813) 685-6575
Florida Bar No. 0578932

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION

File No. 22-CP-002634

IN RE: ESTATE OF
SAMUEL KNOLL,
Deceased.

### NOTICE TO CREDITORS

The administration of the Florida estate of Samuel Knoll, deceased, whose date of death was July 9, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street,Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Richard Knoll
129 Fox Meadows Road
Scottdale, NY 10583

Attorney for Personal Representative:

*(Continued on next page)*

# LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

Peter J. Kelly, Esq.
Florida Bar No. 328618
1801 N. Highland Avenue
Tampa, FL 33602
(813) 224-0255
pkelly@bushross.com
kdillon@bushross.com

8/26-9/2/22LG 2T

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY JUVENILE DIVISION**

CASE NO.: 21-DP-847  DIVISION: D

IN THE INTEREST OF:
P. M.       DOB: 06/18/2021
Minor Child

### NOTICE OF ACTION

THE STATE OF FLORIDA:
TO: CHARLES NOWLING
DOB: 03/30/1998
11102 SHADY LN, RIVERVIEW, FL
33569-5910

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced children. You are to appear at the Edgecomb Courthouse 800 E. Twiggs Street, Court Room 310, Tampa, Florida 33602 for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

This action is set before the Honorable Lisa D. Campbell, Judge of the Circuit Court at 10:00 A.M. on October 6, 2022. Edgecomb Courthouse, 800 E. Twiggs St., Tampa, FL 33602 Court room 310, or via Zoom:

Connecting through Zoom APP with Vid-eo: https://zoom.us/j ; Meeting ID is 654 445 7465 – no password needed; Calling using a telephone: The phone number is 1-786-635-1003.; Meeting ID number: 654 445 7465 then #; Participant ID: enter number are calling from - no pass-word needed

Pursuant to Sections 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private placement of the child with an adoption en-tity, as defined in Section 63.032(3), Florida Statutes.

**FAILURE TO PERSONALLY APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS OF THIS CHILD. IF YOU FAIL TO APPEAR ON**

# LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

THE DATE AND TIME SPECIFIED, YOU MAY LOSE ALL LEGAL RIGHTS AS A PARENT TO THE CHILDREN WHOSE INITIALS APPEAR ABOVE.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please con-tact Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice impaired: 1-800-955-8770, e-mail: ADA@fljud13.org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or imme-diately upon receiving this notification if the time before the scheduled appear-ance is less than 7 days. If you are hear-ing or voice impaired, call 711.

PLEASE BE GOVERNED ACCORDINGLY.

Witness my hand and seal as the Clerk of said court, this 17th day of August, 2022.
Cindy Stuart, Clerk of Circuit Court
Hillsborough County, Florida
By: /s/ Pamela Packwood
Deputy Clerk

8/26-9/16/22LG 4T

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, OF THE STATE OF FLORIDA PROBATE DIVISION**

Case No.: 22-CP-000638
Division: "B"

IN RE: THE ESTATE OF
BUDDY COOPER
Deceased.

### NOTICE TO CREDITORS

The administration of the Estate of BUDDY COOPER, deceased, whose date of death was December 13, 2021, and whose social security number is not previ-ously filed, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs St., Tampa, FL 33602. The names and addresses of the Personal Represen-tative and the Personal Representative's attorney are set forth below.

All creditors must file claims against the estate during the time periods set forth in F.S. 733.702 or be forever barred.

THE DATE OF THE FIRST PUBLICA-TION OF THIS NOTICE IS 8/26/2022.

Personal Representative:

# LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

Lisa Stevens Caruso
1213 N. Parsons Ave.
Brandon, FL 33510

Attorney for Petitioner:
PERRY G. GRUMAN, ESQUIRE
3400 W. Kennedy Blvd.
Tampa, FL 33609
(813) 870-1614
Florida Bar No. 396052
perry@gruman.net

8/26-9/2/22LG 2T

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION**

File No. 22-CP-002707
Division A

IN RE: ESTATE OF
DEAN P. SIMS
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Dean P. Sims, deceased, whose date of death was June 28, 2022, is pending in the Cir-cuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal represen-tative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this Court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI-CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this Court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:

# LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

Alan C. Fisk
1078 Paseo Del Rio N.E.
St. Petersburg, Florida 33702

Attorney for Personal Representative:
William R. Lane, Jr.
Attorney
Florida Bar Number: 357731
HOLLAND & KNIGHT LLP
100 N. Tampa Street Suite 4100
Tampa, Florida 33602
Telephone: (813) 227-8500
Fax: (813) 229-0134
E-Mail: william.lane@hklaw.com
Secondary E-Mail:
elizabeth.tomlin@hklaw.com

8/26-9/2/22LG 2T

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR CITRUS COUNTY CIVIL DIVISION**

Case No.: 2022 CA 000325 A

REGIONS BANK successor by merger with AMSOUTH BANK,
Plaintiff,
-vs-
PATRICIA M. WOODRUFF A/K/A PATRICIA WOODRUFF F/K/A PATRICIA WARFIELD KARL, UNKNOWN SPOUSE OF PATRICIA M. WOODRUFF A/K/A PATRICIA WOODRUFF F/K/A PATRICIA WARFIELD KARL, if living, and all unknown parties claiming by, through, under or against the above named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above-named Defendants; SOUTHSTATE BANK, N.A. F/K/A CENTERSTATE BANK OF FLORIDA, N.A.; JPMORGAN CHASE BANK, N.A. F/K/A CHASE BANK USA, N.A.; OVIE INVESTMENT CORPORATION; CITY OF INVERNESS, FLORIDA; UNKNOWN TENANT #1 AND UNKNOWN TENANT #2,
Defendants.

### NOTICE OF ACTION - MORTGAGE FORECLOSURE

TO: PATRICIA M. WOODRUFF A/K/A PATRICIA WOODRUFF F/K/A PATRICIA WARFIELD KARL and the UNKNOWN SPOUSE OF PATRICIA M. WOODRUFF A/K/A PATRICIA WOODRUFF F/K/A PATRICIA WARFIELD KARL, if living, and all unknown parties claiming by, through, under or against the above named Defendants who are not known to be dead or alive, whether said unknown parties may claim an interest as spouses, heirs, devisees, grantees, assignees, lienors, creditors, trustees or other claimants, claiming by, through, under or against the above-named De-fendants, if they are deceased.

Whose Residences are Unknown
Whose Last Known Mailing Address is: 112 Cabot Street, Inverness, FL 34452

YOU ARE HEREBY NOTIFIED that an action to foreclose a mortgage on the fol-lowing property in Citrus County, Florida:
Lots 5 and 6, Block 202, INVERNESS HIGHLANDS SOUTH, according to the plat thereof as recorded in Plat Book 3, Page 51, of the Public Records of Citrus County, Florida.

has been filed against you and you are required to serve a copy of your written de-fenses, if any, to it on ROD B. NEUMAN, Esquire, of Gibbons Neuman, Plaintiff's at-torney, whose address is 3321 Henderson Boulevard, Tampa, Florida 33609, within thirty (30) days of the date of the first pub-lication of this notice, and file the original with the Clerk of this Court either before service on Plaintiff's attorney or immedi-ately thereafter; otherwise a default will be entered against you for the relief demand-ed in the Complaint.

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFOR-MATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are a person with a disability who needs any accommodation in order to par-ticipate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coor-dinator at the Office of the Trial Court Ad-ministrator, Citrus County Courthouse, 110 N. Apopka Avenue, Inverness, FL 34450, (352) 341-6700, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notifica-tion if the time before the scheduled ap-pearance is less than seven days; if you are hearing or voice impaired, call 711.

DATED this 15th day of August, 2022.

Angela Vick
Clerk Circuit Court
By: /s/ Amanda Serratos
Deputy Clerk

8/26-9/2/22LG 2T

**IN THE CIRCUIT COURT FOR SEVIER COUNTY, TENNESSEE DOCKET NO. 22-CV**

KEILYN JULISA ANTUNEZ,
Petitioner,
v.
OSCAR HUMBERTO ORTIZ,
Respondent.

IN RE: KINDRA ELIZABETH ORTIZ ANTUNEZ (D.O.B. 04/06/2013) A CHILD UNDER THE AGE OF EIGHTEEN (18) years

### ORDER FOR SERVICE BY PUBLICATION

This cause came to be heard on the 4th day of April, 2022, before the Honorable Rex Henry Ogle, Judge of the Circuit Court for Sevier County, Tennessee. Ap-pearing for the Petitioner was DANNY C. GARLAND, II, upon Plaintiffs Motion for Service By Publication. Upon consider-ation of said Motion, statement of Coun-sel, and the record as a whole, and for good cause shown this Honorable Court does hereby ORDER, ADJUDGE and DE-CREE that:

1. A publication be made for four (4) con-secutive weeks in the La Gaceta News-paper, 3210 East 7th Avenue, Tampa, FL 33605, requiring the Respondent, OSCAR HUMBERTO ORTIZ, to appear and answer the Petition to Legitimate and Establish

# LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

Co-Parenting Time and Allocate Legal Decision Making within thirty (30) days of the date of the last publication.

2. If the Defendant fails to appear and an-swer the Complaint within thirty (30) days of the date of the last publication, Plaintiff, KEILYN JULISA ANTUNEZ, shall be per-mitted to file a Notice of Default Judgment and serve the Defendant by leaving a copy of said Notice with the Clerk of this Court.

3. Court costs shall be taxed to the Plain-tiff.

ENTER this the 4th day of April, 2022.
/s/Rex Henry Ogle
Judge

APPROVED FOR ENTRY:
/S/ DANNY C. GARLAND, II, ESQ.,
BPR No.017992
Attorney for Plaintiff
103 Suburban Road, Suite 202
Knoxville, TN 37923
(865) 524-2934

8/26-9/16/22LG 4T

**IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Case No.: 22-010827
Division: D-P

JOHNNIE MAE AGBATOR,
Petitioner,
and
JOSEPH AGBATOR,
Respondent.

### NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)

TO: JOSEPH AGBATOR
Last known address: 3403 Myrica Street, Tampa, FL 33619

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on JOHNNIE MAE AGBATOR whose address is 3408 N 12th St, Tampa, FL 33609 on or before 09/12/2022, and file the original with the clerk of this Court at 800 E Twiggs St, Tampa, FL 33602 before service on Petitioner or immediately there-after. If you fail to do so, a default may be entered against you for the relief de-manded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: N/A

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Cir-cuit Court's office notified of your cur-rent address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Fam-ily Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated August 11, 2022

Cindy Stuart
CLERK OF THE CIRCUIT COURT
By: /s/ Jessica Saladin
Deputy Clerk

8/19-9/9/22LG 4T

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION**

File No. 22-CP-002820
Division W

IN RE: ESTATE OF
KENNETH RAY RICHWINE
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of KEN-NETH RAY RICHWINE, deceased, whose date of death was April 16, 2022, is pend-ing in the Circuit Court for Hillsborough County, Florida, Probate Division, the ad-dress of which is P.O. Box 1110, Tampa, FL 33601-1110. The names and address-es of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and oth-er persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORI-DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Shelley N. Alcorn
1415 Ashwood Drive
Evans, GA 30809

Attorney for Personal Representative:
/s/ Johnnie B. Byrd, Jr.
Johnnie B. Byrd, Jr.
FBN 227269
206 North Collins Street
Plant City, FL 33563
Telephone: (813) 759-1324
E-Mail: johnnie@byrd-barnhill.com

8/19-8/26/22LG 2T

(Continued on next page)

---

In accordance with F.S. 98.075, the names of the individuals listed below are potentially ineligible to be registered to vote. Any person whose name is listed below may contact the Supervisor of Elections office within 30 days of the date of this notice to receive information regarding the basis for the potential ineligibility and the procedure to resolve the matter. Failure to respond within 30 days of the date of this notice may result in a determination of ineligibility by the Supervisor of Elections and removal of the voter's name from the state-wide voter registration system.

De acuerdo al F.S. 98.075, los nombres de las personas listadas abajo son potencialmente in-elegibles para ser inscritos como votantes. Cualquier persona cuyo nombre aparezca abajo debe contactar a la oficina del Supervisor de Elecciones dentro de los 30 días de emisión de esta nota, para recibir información relacionada con la razón de su posible inelegibilidad y el procedimiento para resolver este asunto. No responder a esta nota dentro de los 30 días de la fecha de emisión puede conducir a determinar la inelegibilidad por el Supervisor de Elecciones y la remoción del nombre del votante del sistema de inscripción en el estado.

### Hillsborough County Supervisor of Elections
Eligibility Determinations
(813) 744-5900
2514 N. Falkenburg Rd. Tampa, FL 33619

| Voter ID | Voter Name | Residence Address | City, Zip Code |
|---|---|---|---|
| 127751466 | Arnold Jr, Jeffrey T | 2402 E Martin Luther King Jr Blvd Apt 1 | Tampa,33610 |
| 114946274 | Arono, Gary L | 1522 Plantation Grove Ct Apt 236 | Plant City,33566 |
| 126230876 | Ash, Del'Amoni O | 7549 Forest Mere Dr | Riverview,33578 |
| 114666625 | Aviles Jr, Johnny | 324 Oak Rose Ln Apt 101 | Tampa,33612 |
| 117359566 | Benson, Christopher A | 14220 Village View Dr | Tampa,33624 |
| 129972942 | Buchannon, Javarus G | 3201 E Caracas St | Tampa,33610 |
| 110933353 | Butts, Terry L | 8406 N Orleans Ave | Tampa,33604 |
| 117166766 | Campbell, Andrew J | 8610 Tupelo Dr | Tampa,33637 |
| 123192162 | Causey, Travonte D | 2204 Dumbarton Way | Tampa,33594 |
| 124207227 | Cespedes, Fannie | 5005 Bordeaux Village Pl Apt 202 | Tampa,33617 |
| 120699553 | Cobb, Justin I | 4825 9th Ave | Tampa,33619 |
| 126799150 | Corr, Richard D | 11348 Pine St | Riverview,33578 |
| 124512681 | Davison, Malik K | 5054 Terrace Club Ln 202 | Tampa,33617 |
| 127066655 | Fowler, Matthew J | * Protected ** | Tampa,33610 |
| 123402704 | Gilmore, Jaquasha T | 2010 E 148th Ave Apt 8 | Lutz,33549-4600 |
| 123647275 | Gonzalez Lopez, Alvin X | 13304 Sanctuary Cove Dr Apt 203 | Tampa,33637 |
| 122821439 | Gray, Elliott A | 3217 E Caracas St | Tampa,33610 |
| 117881260 | Hodges, Keyla M | 2510 Deer Forest Dr | Tampa,33612 |
| 121486246 | Jimenson, Jeremiah D | 12536 Tinsley Cir Apt 2302 | Tampa,33612 |
| 129265319 | Jones, Rashod R | 13210 Doneti Cir | Tampa,33635 |
| 129123437 | Knierie III, Paul F | 2709 N 10th St | Tampa,33605 |
| 118849266 | Logan, Cameron J | 1200 W Saint Louis St Ste 101 | Tampa,33607 |
| 127675217 | Mack, Mourntrel | 2515 E 17th Ave | Tampa,33605 |
| 127341414 | Massenburg, Erik T | 2711 W Walnut St | Tampa,33607 |
| 124395791 | Mauz, Zachary T | 2901 N Dale Mabry Hwy Apt 707 | Tampa,33607 |
| 121763615 | McCloud Jr, Andre A | 3105 E Chelsea St | Tampa,33610 |
| 118211571 | McKinley, Matthew J | 905 E 22nd Ave | Tampa,33605 |
| 126034716 | Mora, Missel | 1202 E Annie St Apt A | Tampa,33612 |
| 125965801 | Paplus, Shem | 3251 Moon Shell Dr | Apollo Beach,33572-3523 |
| 123805459 | Pertee, Rodney | 1518 W Robson St | Tampa,33604 |
| 129445433 | Ragsdale, Joseph A | 6202 Brandon Cir | Riverview,33578 |
| 118791238 | Renshaw, Danny L | 2009 Lumsden Rd | Valrico,33594 |
| 129428016 | Rhymes, Zy'Kia K | 858 Rocky Mountain Ct | Valrico,33594 |
| 111168894 | Richter, Ehren J | 9410 N Rome Cir | Tampa,33612-7635 |
| 106654421 | Rimmer III, Roy W | 8056 Crystal Harbour Dr Apt 102 | Tampa,33615 |
| 110640012 | Rodriguez III, Santiago | 316 E 137th Ave | Tampa,33613 |
| 111653367 | Rodriguez, Ismael E | 18001 Richmond Place Dr Apt 232 | Tampa,33647 |
| 122445246 | Romulus, Frantzy | 6119 N Hillsborough Ln | Tampa,33604 |
| 127042644 | Ross, Jamal | 7026 Old Benton Dr | Apollo Beach,33572 |
| 127645461 | Russell, Jessica R | 4810 E Curtis St | Tampa,33610 |
| 110517308 | Seln, Donna S | 914 E 14th Ave | Tampa,33605 |
| 123521672 | Sheppard Jr, Desmond A | 7507 New York Dr | Tampa,33619 |
| 122957966 | Snook Jr, Chuck E | 5804 Barry Ln | Tampa,33634 |
| 121055785 | Treanor, Katie M | 6808 S Court Dr | Tampa,33611 |
| 126745564 | Vargas, Mario A | 3510 Acorn St | Tampa,33619 |
| 128296493 | Verasco, Mario A | 6203 Park Grove Dr | Gibsonton,33534 |
| 124425264 | Vicenty Rodriguez, Eric J | 1718 Hartley Rd | Tampa,33619 |
| 120625598 | Viverette, Patrick L | 11103 Sherwood Ln | Riverview,33578 |
| 110766786 | Wakefield, Alberto A | 905 S 24th St | Tampa,33605 |
| 115343876 | Washington, Andre R | 1305 Holloman Rd | Tampa,33567 |
| 121834525 | Wandel, Jeremy W | 1401 Stonington Ave | Brandon,33511 |
| 122292569 | Williams III, Isaac L | 4022 Brower Dr | Seffner,33584-4348 |
| 124102291 | Wise, Julian C | 7603 Pinery Way Apt D | Tampa,33625 |
| 127933427 | Womack, De'Nario R | 3411 N 47th St | Tampa,33605 |
| 127456207 | Wright Jr, Darren A | 6218 Rolling Hammock Pl | Tampa,33610 |

FOR INFORMATION OR ASSISTANCE WITH RIGHTS RESTORATION, YOU MAY CONTACT:
• Hillsborough County Branch NAACP, 308 E. Dr. MLK Jr. Blvd., Suite "C". Schedule an appointment by calling the office Monday - Friday (813) 234-8683.
• Florida Rights Restoration Coalition. Call (877) 698-6830 or visit https://floridarrc.com
• State of Florida's Office of Executive Clemency. Call (800) 435-8286 or visit http://www.fcor.state.fl.us/

PARA INFORMACIÓN O ASISTENCIA CON LOS DERECHOS DE RESTAURACIÓN, PUEDE CONTACTAR:
• La Asociación NAACP del Condado de Hillsborough, en 308 E. Dr. Martin Luther King Jr., Suite "C". Informa que para una cita puede llamar a la oficina de lunes a viernes, al número de teléfono (813) 234-8683
• Florida Rights Restoration Coalition, Llame al (877) 698-6830 o visite https://floridarrc.com
• State of Florida's Office of Executive Clemency. Llame al (800) 435-8286 o visite http://www.fcor.state.fl.us/

8/26/22LG 1T

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA PROBATE DIVISION**

Case Number: 22-CP-000996
Division: A

IN RE: THE ESTATE OF
BERNADETTE MARIE GUILLORY
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of BERNADETTE MARIE GUILLORY, deceased, is pending in the Circuit Court for HILLSBOROUGH County, Probate Division, the address of which is 709 Red River Court, Apartment #3, Brandon, Florida. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19th, 2022.

Signed on this 29th day of July, 2022.

Personal Representative:
s/ Thoreau J. Nellum
1003 Highgrove Court
Valrico, FL 33596

Attorney for Personal Representative:
s/ KAYDELL WRIGHT-DOUGLAS, ESQ.
Florida Bar No.: 139930
KAYDELL WRIGHT-DOUGLAS, P.A.
110 North Armenia Avenue, Suite A
Tampa, Florida 33609
Telephone: (813) 254-4623
Facsimile: (813) 251-5373
E-mail: kwdouglas@kwdesigns.com

8/19-8/26/22LG  2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION**

File No. 22-CP-2937
Division A

IN RE: ESTATE OF
RICHARD SCHMIDT a/k/a
RICHARD G. SCHMIDT,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Richard Schmidt a/k/a Richard G. Schmidt, whose date of death was April 16, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 3360, Tampa, FL 33601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

Personal Representative:
Daniel Schmidt
502 Little Eagle Ct.
Valrico, FL 33594

Attorney for Personal Representative:
Dana C. Kemper
O'Neill Kemper Law
1464 Oakfield Drive
Brandon, FL 33511
Telephone: (813) 438-8503
Fax: (813) 438-6504
E-Mail: dkemper@ohalllaw.com

8/19-8/26/22LG  2T

---

**IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA PROBATE DIVISION**

Case No.: 22-CP-002738

IN RE: ESTATE OF
JOY ANN YOUNG-KEY
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Joy Ann Young-Key, deceased, whose date of death was May 14, 2021, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs St., Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other

---

persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE...

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA CIVIL DIVISION**

CASE NO: 22-CA-6459
DIVISION: H

PARCELS: 149, 150, 151, 701, 749 and 750

CITY OF TAMPA, a Florida municipal corporation,
Petitioner,

v.

Tampa Medical Properties V, a Florida Limited Liability Company, Tampa Medical Properties X, a Florida Limited Liability Company, Tampa Medical Properties VIII, a Florida Limited Liability Company, Gast Enterprises Investments, a Florida Limited Liability Company, Criterion Executive Search, Incorporated, a Florida Profit Corporation, KU Telecom, a Florida Limited Liability Company, Terra Management Group, a Florida Limited Liability Company, Applied Science and Engineering, a Florida Limited Liability Company, Amanda Construction Group, Incorporated, a Florida Profit Corporation, Contend Capital, a Florida Limited Liability Company, Blackstone Medical Services, a Florida Limited Liability Company, YourEdvisor.com a Florida Limited Liability Company, Business Integrity Services, a Florida Limited Liability Company, Physicians Partners of America Transportation, a Florida Limited Liability Company, Physicians Partner of America, IP, a Florida Limited Liability Company, MacDonald Training Center Properties, Incorporated, a Florida not for Profit Corporation, Personal Wellness Solutions, a Florida Profit Corporation, Professional Association, MES Group Engineering, a Florida Limited Liability Company, MES Group, Incorporated, a Florida Profit Corporation, Integra Realty Services, Incorporated, a Florida Profit Corporation, Spin Real Estate, a Florida Limited Liability Company, Spin Real Estate II, a Florida Limited Liability Company, MKA International, Incorporated, a Foreign Profit Corporation, BNP Associates, Incorporated, a Foreign Profit Corporation, Gillmann Services, Incorporated, a Foreign Profit Corporation, It Begins Within, a Florida Limited Liability Company d/b/a It Begins Within Healing Center, a Florida Limited Liability Company, Southeast Land Consultants, Incorporated, a Florida Profit Corporation, NRP Group, Inc., Realty Valuation Advisors, Incorporated, a Florida Profit Corporation, Tampa Wellness Spa a Florida Limited Liability Company, RSP 5525 Tampa, a Florida Limited Liability Company, NOK Holdings, a Florida Limited Liability Corporation d/b/a Bayside Sandwich Shop, Treehouse Homes, a Florida Limited Liability Company d/b/a Treehouse Communities, a Florida Limited Liability Company, Virtual Offices, Incorporated, a Florida Profit Corporation d/b/a Centers of Westshore, Incorporated, a Florida Profit Corporation, Wells Fargo Bank, National Association, TMP, Limited Liability Corporation, Valley National Bank, NA, a National Banking Association, Easement in form of Legacy Ventures, IV, Limited Liability Corporation, Center State Bank, National Association, Physicians Partners of America Holding, LLC, Delaware Corporation Hillsborough County Tax Collector and all unknown parties that may have an interest in Parcels 149, 150, 151, 701, 749 and 750.
Defendants.

**SUMMONS TO SHOW CAUSE**

THE STATE OF FLORIDA
AND TO EACH SHERIFF OF THE STATE:
AND TO ALL WHOM IT MAY CONCERN:

YOU ARE COMMANDED to serve this Summons to Show Cause, together with a copy of the Petition, Lis Pendens, and Declaration of Taking to Defendants and the Hillsborough County Tax Collector and Notice of Hearing in this cause upon the following defendant:

Tampa Medical Properties V, a Florida Limited Liability Company
c/o Lorena Hart Ludovici, Gaylord Merlin Ludovici & Diaz
Eminent Domain Lawyers
5001 West Cypress Street
Tampa, Florida 33607

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, whose name and address is:

Brian A. Bolves
MANSON BOLVES DONALDSON VARN, P.A.
109 N. Brush Street, Suite 300
Tampa, FL 33602
Telephone: 813.514.4700
bbolves@mansonbolves.com
service@mansonbolves.com

on or before September 9, 2022 exclusive of the day of service, to show cause why the property should not be taken as demanded in the Petition, and to file the original of the written defenses with the Clerk of this Court either before service on Petitioner's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a Declaration of Taking has been filed in this cause and that Petitioner will apply for an Order of Taking vesting title and possession to the property described in the Petition in the name of the Petitioner, and any other order the Court deems proper before the Honorable E. Lamar Battles, on September 12, 2022 at 9:00AM via WebEx (904) 900-2303 Access Code 132 068 1405. All respondents to this suit may request a hearing at the time and place designated and be heard. Any respondent failing to file a request for hearing shall waive any right to object to the Order of Taking.

Exhibit A

---

PARCEL 149

RIGHT OF WAY

That part of:

Lot 1, Block 2, WEST SHORE EXECUTIVE PARK UNIT NO. 1, as recorded in Plat Book 42, Page 12, of the Public Records of Hillsborough County, Florida, lying in Section 19, Township 29 South, Range 18 East, Hillsborough County, Florida, together with a portion of the closed alley abutting Lot 1 to the North, and being more particularly described as follows:

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence S 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence S 00°57'32" W, along said survey line, 1328.07 feet; thence N 88°45'28" W, 79.92 feet to the existing West right of way line of Reo Street per Plat Book 42, Page 12, of the Public Records of Hillsborough County, Florida, and the POINT OF BEGINNING; thence along said West right-of-way line the following two (2) courses: 1) 00°14'25a" W, 179.75 feet to a point on a circular curve concave to the Northeast, having a radius of 30.00 feet, a chord bearing of N 45°53'34" W, and a chord distance of 41.21 feet; 2) Southeasterly along the arc of said circular curve through a central angle of 45°58'43" for a distance of 34.95 feet; thence N 01°53'08" E, 207.25 feet to the North line of said subdivision; thence S 88°45'28" E, along said North line, 15.32 feet to the aforementioned existing Westerly right-of-way of Reo Street and the POINT OF BEGINNING.

Containing 3281 square feet, more or less.

PARCEL 150

RIGHT OF WAY

That part of:

The parcel of land described in Official Record Book 25597, Page 1683 of the Public Records of Hillsborough County, Florida, lying in Section 19, Township 29 South, Range 18 East, Hillsborough County, Florida, and being more particularly described as follows:

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence S 00°57'32" W, along said survey line, 769.68 feet; thence N 89°02'39" W, 30.00 feet to the existing West right of way line of Reo Street per Official Record Book 2871, Page 403 of the Public Records of Hillsborough County, Florida, and the POINT OF BEGINNING; thence N 00°57'04" W, along said West right of way line, 393.24 feet to the South line of the parcel described in Official Record Book 25597, Page 1683; thence N 88°45'53" W, along said South line, 12.63 feet; thence N 01°53'08" E, 283.91 feet; thence S 00°57'04" E, along said West right of way line, 8.00 feet to the POINT OF BEGINNING.

Containing 3,803 square feet, more or less.

---

PARCEL 151

RIGHT OF WAY

That part of:

The parcel of land described in Official Record Book 25496, Page 0721 of the Public Records of Hillsborough County, Florida, lying in Section 19, Township 29 South, Range 18 East, Hillsborough County, Florida, and being more particularly described as follows:

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, 663.17 feet to the survey line of Reo street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence S 00°57'32" W, along said survey line, 1328.07 feet to Point of Intersection Station 44+23.61; thence N 89°02'28" W, 29.95 feet to the existing West right of way line of Reo Street per Official Record Book 2871, Page 403 of the Public Records of Hillsborough County, Florida and the Southeast corner of the parcel described in Official Records Book 25496, Page 0721, the POINT OF BEGINNING; thence N 88°45'28" W, along the South line of said parcel, 15.32 feet; thence N 01°53'08" E, 165.01 feet to the North line of the aforementioned parcel; thence S 88°45'53" E, along said North line, 12.43 feet to the aforementioned Westerly right-of-way line of Reo Street; thence S 00°57'04" E, along said right-of-way line, 165.00 feet to the POINT OF BEGINNING.

Containing 2,306 square feet, more or less.

PARCEL 749

TEMPORARY CONSTRUCTION EASEMENT

That part of:

Lot 1, Block 2, WEST SHORE EXECUTIVE PARK UNIT NO. 1, as recorded in Plat Book 42, Page 12, of the Public Records of Hillsborough County, Florida, lying in Section 19, Township 29 South, Range 18 East, Hillsborough County, Florida, and being more particularly described as follows:

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence along said survey line the following two (2) courses: 1) S 00°57'32" W, 1328.07 feet to the Point of Intersection Station 44+23.61; 2) S 01°06'43" W, 33.69 feet; thence N 88°06'52" W, 45.70 feet to the POINT OF BEGINNING; thence S 01°53'08" W, 41.50 feet; thence S 88°06'52" W, 13.20 feet; thence N 01°53'08" E, 41.50 feet; thence S 88°06'52" E, 13.20 feet to the POINT OF BEGINNING.

Containing 548 square feet, more or less.

PARCEL 750

TEMPORARY CONSTRUCTION EASEMENT

That part of:

The parcel of land described in Official Record Book 25597, Page 1683 of the public records of Hillsborough County, Florida, lying in Section 19, Township 29 South, Range 18 East, Hillsborough County, Florida, and being more particularly described as follows:

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence S 00°57'32" W, along said survey line, 769.68 feet; thence N 89°02'39" W, 30.00 feet to the existing West right of way line of Reo Street per Official Record Book 2871, Page 403 of the Public Records of Hillsborough County, Florida; thence continue N 89°02'28" W, along said right-of-way line, 8.00 feet; thence S 00°57'04" E, 1.60 feet to the POINT OF BEGINNING; thence S 00°57'04" E, 41.50 feet; thence N 89°02'56" W, 7.10 feet; thence N 00°57'04" E, 41.10 feet; thence S 89°02'56" E, 7.10 feet to the POINT OF BEGINNING.

Containing 292 square feet, more or less.

SECTION 19, TOWNSHIP 29 SOUTH, RANGE 18 EAST
HILLSBOROUGH COUNTY, FLORIDA
PARCELS 701A, 701B, 701C, & 701D

PARCEL 701

The parcel of land described in Official Record Book 9988, Page 1096 of the Public Records of Hillsborough County, Florida, lying in Section 19, Township 29 South, Range 18 East, Hillsborough County, Florida, and being more particularly described as follows:

PART "A"

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence S 00°57'32" W, along said survey line, 50.32 feet; thence S 88°47'41"E, 30.00 feet to a point on the intersection of the existing easterly right of way line of Reo Street per City of Tampa File No. O-14-10, recorded in Official Record Book 2871, Page 403 of the Public Records of Hillsborough County, Florida and the southerly right of way line of Cypress Street per Hillsborough County Commissioner Minute Book Q, Page 367, as referenced on Florida Department of Transportation Roadway Section 10279-2301; thence S 00°57'33" W, along said easterly right of way of Reo Street, 318.46 feet to the POINT OF BEGINNING; thence S 89°02'28" E, 36.00 feet; thence S 00°57'33" W, 91.78 feet to the southerly line of the parcel described in Official Record Book 9988, Page 1096 of the Public Records of Hillsborough County, Florida; thence N 88°45'11" W, along said southerly line, 16.00 feet; thence N 88°45'11" W, along said southerly line, 16.00 feet to the aforementioned easterly right of way of Reo Street; thence along said easterly right of way the following three (3) courses: 1) N 00°57'33" E, 30.93 feet, 2) N 88°02'28" W, 20.00 feet; 3) N 00°57'33" E, 60.77 feet to the POINT OF BEGINNING.

Containing 3,063 square feet, more or less.

AND

PART "B"

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet in the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412531-1, revised date October 9, 2019; thence S 00°57'32" W, along said survey line, 50.32 feet; thence S 88°47'41"E, 30.00 feet to a point at the intersection of the existing easterly right of way line of Reo Street per City of Tampa File No. O-14-10, recorded in Official Record Book 2871, Page 403 of the Public Records of Hillsborough County, Florida and the southerly right of way line of Cypress Street per Hillsborough County Commissioner Minute Book Q, Page 367, as referenced on Florida Department of Transportation Roadway Section 10279-2301; thence S 00°57'33" W, along said easterly right of way of Reo Street, 248.99 feet to the POINT OF BEGINNING; thence S 89°02'27" E, 5.00 feet; thence S 00°57'33" W, 80.00 feet along said easterly right of way line, 8.00 feet to the POINT OF BEGINNING.

Containing 400 square feet, more or less.

AND

(Continued on next page)

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| --- | --- | --- | --- | --- |
| **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** |

SECTION 19, TOWNSHIP 29 SOUTH, RANGE 18 EAST
HILLSBOROUGH COUNTY, FLORIDA
PARCEL 701A, 701B, 701C, 701D

PART "C"

COMMENCE at the Northeast corner of Section 19, Township 29 South Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412533-1, revised date October 9, 2019; thence S 00°57'33" W, along said easterly right of way of Reo Street per City of Tampa File No. D-14-10, recorded in Offical Records Book 2871, Page 405 of the Public Records of Hillsborough County, Florida and the southerly right of way line of Cypress Street per Hillsborough County Commissioner Minute Book 0, Page 367, as referenced on Florida Department of Transportation Roadway Section 10270-2501; thence S 00°57'33" W, along said easterly right of way of Reo Street, 153.32 feet to the POINT OF BEGINNING, thence S 89°02'27" E, 5.00 feet; thence S 00°57'33" W, 80.00 feet; thence N 89°02'27" W, 5.00 feet to the aforementioned easterly right of way line of Reo Street; thence N 00°57'33" E, along said easterly right of way, 80.00 feet to the POINT OF BEGINNING.

Containing 400 square feet, more or less.

AND

PART "D"

COMMENCE at the Northeast corner of Section 19, Township 29 South, Range 18 East; thence N 88°45'59" W, along the North line of the Northeast 1/4 of Section 19, a distance of 663.17 feet to the survey line of Reo Street as shown on the Florida Department of Transportation Right-of-Way Control Survey, Section 10190-XXXX, Work Program Item/Segment 412533-1, revised date October 9, 2019; thence S 00°57'33" W, along said survey line, 50.32 feet; thence S 88°47'41" E, 30.00 feet to a point at the intersection of the existing easterly right of way line of Reo Street per City of Tampa File No. D-14-10, recorded in Offical Record Book 2871, Page 405 of the Public Records of Hillsborough County, Florida and the southerly right of way line of Cypress Street per Hillsborough County Commissioner Minute Book 0, Page 367, as referenced on Florida Department of Transportation Roadway Section 10270-2501 and the POINT OF BEGINNING; thence continue S 88°47'41" E, along said southerly right of way line of Cypress street, 10.00 feet; thence S 46°04'56" W, 14.11 feet to the aforementioned easterly right of way of Reo Street; thence N 00°57'33" E along said easterly right of way, 10.00 feet to the POINT OF BEGINNING.

Containing 50 square feet, more or less.

All parts collectively containing 3,933 square feet, more or less.

---

**AMERICANS WITH DISABILITIES ACT**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, FL 33602, (813) 272-7040, at least seven (7) days before the scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days.

You are not notified that the Petitioner files its sworn Petition and its Declaration of Taking in this Court against you as respondent, seeking to condemn by eminent domain proceedings the above-described property located in the State of Florida, Hillsborough County.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**

**IMPORTANT**

A lawsuit has been filed against you. You are required to file a response on or before September 9, 2022 to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Se ha presentado una demanda en su contra. Debe presentar una respuesta en o antes del 9 de septiembre de 2022 a la demanda adjunta en este Tribunal. Una llamada telefónica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes, interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del Tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado del Demandante).

**IMPORTANT**

Une plainte a ete deposee contre vous. Vous devez deposer une response au plus tard le 9 septembre 2022 à la plainte ci-jointe devant cette Cour. Un simple coup de téléphone est insuffisant pour vous protéger; vous etes oblige de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre réponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephone).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Dated August 9, 2022

CINDY STUART
As Clerk of the Court
By: V. Phillips
As Deputy Clerk

8/26-9/2/22LG 2T

---

biological/legal father of the male child born on April 2, 2012.

Current Residence Address: Unknown.
Last Known Residence Address: 9208 S. Winston Way, Oklahoma City, OK, Oklahoma 73139

YOU ARE HEREBY NOTIFIED that a Joint Petition for Adoption by Stepparent and Termination of Parental Rights has been filed by Petitioner David Allen Counts, Jr., and mother, Pazlie Masha'e Counts, regarding a minor male child born to Pazlie Masha'e Urbina on April 2, 2012, in Weatherford City, Custer County, Oklahoma. The biological/legal father is Caucasian, 32 years old, approximately 5'9" tall and 185 lbs., with black hair and brown eyes. All other physical characteristics and his residence address are unknown and cannot be reasonably ascertained. Additionally, the identity and all physical characteristics and the residence address of any known or unknown legal or biological father are unknown and cannot be reasonably ascertained.

There will be a hearing on the Joint Petition for Adoption by Stepparent and Termination of Parental Rights on 9/22/2022, at 1:30 eastern time, before Judge Thomas N. Palermo, George E. Edgecomb Courthouse, 800 East Twiggs Street, Courtroom 408, Tampa, Florida 33602. The Court has set aside 15 minutes for the hearing which will be held via ZOOM at the following link: https://zoom.us/j/3704372256. The Zoom Meeting ID for Judge Palermo is 370-437-2256. The grounds for termination of parental rights are those set forth in §63.089 of the Florida Statutes.

You may object by appearing at the hearing and filing a written objection with the Court. If you desire counsel and believe you may be entitled to representation by a court-appointed attorney, you must contact the Office of the Clerk of Court and request that an "Affidavit of Indigent Status" be mailed to you for completion and return to the Office of the Clerk of Court.

A copy of any written defenses must be served on Petitioner's attorney, Melissa A. Cordon, P.A., 600 East Jackson Street, Suite Lower A, Tampa, Florida 33602, (813) 223-1177, and file the original response or pleading in the Office of the Clerk of the Circuit Court of Hillsborough County, Florida, 800 East Twiggs Street, Tampa, Florida 33602, (813) 276-8100, on or before 9/19/2022, a date which is a date not less than 28 nor more than 60 days after the first publication of this notice.

UNDER §63.089, FLORIDA STATUTES, FAILURE TO FILE A WRITTEN RESPONSE TO THIS NOTICE WITH THE COURT AND TO APPEAR AT THIS HEARING CONSTITUTES GROUNDS UPON WHICH THE COURT SHALL END ANY PARENTAL RIGHTS YOU MAY HAVE REGARDING THE MINOR CHILD.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, (813) 272-7040. Hearing Impaired: 1-800-955-8771, Voice Impaired: 1-800-955-8770, or via 1-800-955-8771 (Florida Relay Service) at least 7 days before your scheduled appearance, or immediately upon receiving this notification. If you are hearing or voice impaired, call 711.

Dated: 8/16/2022
Cindy Stuart
Clerk of Court & Comptroller
Hillsborough County Florida
By s/Miriam Roman-Perez
Deputy Clerk

8/19-9/9/22LG 4T

---

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Debora Young
11972 Myrtle Rock Drive
Riverview, Florida 33578

Attorney for Personal Representative:
Brice Zoecklein
E-mail Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law P.A.
329 Pauls Drive
Brandon, Florida 33511
Telephone: (813)-501-5071

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
JUVENILE DIVISION
CASE ID. 21-DP-69
DIVISION: S

IN THE INTEREST OF:

Miranda Depierre    DOB: 9/21/2006
Child

NOTICE OF AN ADVISORY HEARING
STATE OF FLORIDA
TO: Armond DePierre (DOB: 03/26/1981)
Last Known Address: Unknown

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced child. You are to appear before the Honorable Miriam Valkenburg on October 12, 2022, at 9:00 a.m. at the Edgecomb Courthouse, CR 309, 800 East Twiggs Street, Tampa, FL 33602 for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

FAILURE TO PERSONALLY APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) WHOSE INITIALS APPEAR ABOVE.

Pursuant to Sections 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private placement of the child with an adoption entity, as defined in Section 63.032(3), Florida Statutes.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice Impaired: 1-800-955-8770, e-mail: ADA@fljud13.org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.

Witness my hand and seal of this court at Tampa, Hillsborough County, Florida on August 16, 2022.

Cindy Stuart, Clerk of Court
By: s/ Pamela Rockwood
Deputy Clerk

8/19-9/9/22LG 4T

---

Deputy Clerk

8/19-9/9/22LG 4T

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
CASE NO. 2022-CP-002627

IN RE: ESTATE OF
GEORIA BOUCOURT
Deceased.

NOTICE TO CREDITORS OF ORDER OF SUMMARY ADMINISTRATION

The order of summary administration of the estate of Gloria Boucourt deceased, whose date of death was June 22, 2022 was entered on August 15, 2022 by the Thirteenth Judicial Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is PO Box 3360, Tampa, Florida 33601. The names and addresses of the persons to whom the estate was assigned by order and the attorney for the estate are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

Total value of the estate is approximately $0.

The date of first publication of this notice is August 19, 2022.

Personal Representatives:
Magaly A Boucourt Roque
1694 Palm Leaf Drive
Brandon FL 33511
Jose R. Boucourt
7005 N. Coolidge Avenue
Tampa FL 33614
Miguel A. Boucourt
4408 Holloway Meadow Lane
Plant City FL 33567

Attorney for Estate:
Cynthia M. Pettijean
Florida Bar No. 947512
Cynthia M. Pettijean PL
1506 Thonotosassa Road
Plant City, FL 33563

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
CASE #22-CP-002768

IN RE: ESTATE OF
GUDELIA DE LOS ANGELES F. MADERA, A/k/a GUDELIA A. MADERA
Deceased.

NOTICE TO CREDITORS

The administration of the estate of Gudelia De Los Angeles F. Madera, aka Gudelia A. Madera, deceased, whose date of death was September 21, 2021 is pending in the Circuit Court of Hillsborough County, Florida, the address of which is 800 East Twiggs Street, Tampa FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other

---

persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claim with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

Personal Representative:
Cesar Madera
20715 Preston Ln
Lutz FL 33558

Attorney for Personal Representative:
JOHN A. GRANT, JR.
FL Bar No. 107989
10925 Orange Grove Dr
Tampa FL 33618
Telephone: (813) 787-9900
E-Mail: john.grant@johngrant.net

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
CASE NO. 22-CP-2831
DIVISION: U

IN RE: ESTATE OF
EAPHON BOYD JUNKINS,
Deceased.

NOTICE TO CREDITORS

The administration of the estate of EAPHON BOYD JUNKINS, deceased, Case Number 22-CP-2831, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, Florida 33601. The name and address of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons, who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, and who have been served a copy of this notice, must file their claims with this Court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this Court WITHIN THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

---

Personal Representative:
DEBORAH JEAN DEESE
3114 Stearns Road
Valrico, FL 33596

Attorney for Personal Representative:
WILLIAM R. MUMBAUER, ESQUIRE
WILLIAM R. MUMBAUER, P.A.
Email: wrmumbauer@aol.com
205 N. Parsons Avenue
Brandon, FL 33510
813/685-3133

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION
File Number: 22-CP-002862

IN RE: ESTATE OF
SANDRA QUIGLEY
Deceased.

NOTICE TO CREDITORS

The administration of the estate of SANDRA QUIGLEY, deceased, whose date of death was January 4, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
RYAN T. QUIGLEY
2914 W Gandy Blvd, Unit B
Tampa, Florida 33611

Attorneys for Personal Representative:
BAUMANNKANGAS ESTATE LAW
201 E. Kennedy Boulevard, Suite 630
Post Office Box 389
Tampa, Florida 33601-0389

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY FLORIDA
FAMILY LAW DIVISION
Case No.: 22-DR-3934
DIVISION: L

IN THE MATTER OF THE ADOPTION OF
K.R.C.
Adoptee.

NOTICE OF ACTION FOR
TERMINATION OF PARENTAL RIGHTS
AND STEPPARENT ADOPTION

TO: Richard Dane Colchado,

---

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION
CASE NO.: 19-CA-12820

AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,
Plaintiff,

v.

ALBERTA SPYKER, et al.,
Defendants.

NOTICE OF SALE

Notice is hereby given that, pursuant to the Uniform Final Judgment of Foreclosure in Rem entered in the above-styled cause in the Circuit Court of Hillsborough County, Florida, the Clerk of Hillsborough County, Florida will sell the property situated in Hillsborough County, Florida, described as:

Description of Mortgaged and Personal Property:

LOT 40, REVISED MAP OF AL-LERTON PARK, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 14, PAGE 38, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA. LESS THE NORTHERLY 1.5 FEET THEREOF; SAID NORTHERLY 1.5 FEET OF LOT 40 BEING ALL THAT PART OF SAID LOT LYING NORTHWESTERLY OF A LINE PARALLEL TO AND 1.5 FEET SOUTHEASTERLY OF THE NORTHWESTERLY BOUNDARY OF SAID LOT 40.

The street address of which is 6316 South Main Avenue, Tampa, FL 33611.

at a public sale to the highest bidder on September 15, 2022 at 10:00 a.m. at http://www.hillsborough.realforeclose.com in accordance with the Uniform Final Judgment of Foreclosure in Rem.

Any person claiming an interest in the surplus funds from the sale, if any, other than the property owner, as of the date of the Lis Pendens, must file a claim before the Clerk reports the surplus as unclaimed.

"If you are a person with a disability who needs any accommodation in order to access court facilities or to participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation, please contact the 13th Judicial Circuit Court ADA Coordinator at least

(Continued on next page)

---

seven days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven days. If you are hearing or voice impaired, call 711. The Court's ADA Coordinator will page link below details the nature of accommodations that can be provided by the Florida Courts under the ADA."

Dated: August 15, 2022.
/s/ Andrew Baldwin
jbaldwin@solomonlaw.com
Bar No: 671347
foreclosure@solomonlaw.com
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for Plaintiff

8/19-8/26/22LG  2T

**IN THE CIRCUIT COURT FOR THE 13TH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**CITY OF TAMPA**
**MUNICIPAL CODE ENFORCEMENT BOARD HEARINGS**
**PUBLICATION NOTICE**

As the result of being unable to effectuate certified mail notice to violators of the City Code, Notice is hereby given that the Municipal Code Enforcement Special Magistrate has scheduled a public hearing on **9/7/2022 at 9:00 A.M. and 1:00 P.M.** to hear the below listed cases. Which are in violation of the City of Tampa Code Information listed below describes the case number, property owner(s), violation address, code section violated, and legal description of subject property in that order. The hearing will be held in City Council Chambers, 3rd Floor, City Hall, 315 E Kennedy Blvd., Tampa Florida. Affected property owners will be given the opportunity to discuss the alleged violations. Should anyone have any questions regarding these cases, please call the Office of the City Clerk at (813) 274-8397.

Please note that if any person decides to appeal any decision made by the Code Enforcement Special Magistrate with respect to any matter considered at the hearing, they will need to ensure a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

**CASES TO BE HEARD AT THE 9:00 A.M. HEARING**

CASE NO. COD-22-0001817
NAME OF VIOLATOR: MY T GREEN
LOCATION OF VIOLATION: 2603 E 28TH AVE, TAMPA, FL
CODE SECTIONS: 19-231(15b)
LEGAL DESCRIPTION: CAMPOBELLO BLOCKS 1 TO 30 LOT 11 BLOCK 22
FOLIO: 174280.0000

CASE NO. COD-22-0002091
NAME OF VIOLATOR: UNIVERSITY HAITIAN BAPTIST
LOCATION OF VIOLATION: 953 E 11TH AVE, TAMPA, FL
CODE SECTIONS: 19-56
LEGAL DESCRIPTION: DENIS ADDITION TO YBOR CITY LOTS 1 4 5 AND 8 BLOCK 2
FOLIO: 198537.0000

CASE NO. COD-22-0002111
NAME OF VIOLATOR: CAROLYN M GRANT
LOCATION OF VIOLATION: 526 E 26TH AVE, TAMPA, FL
CODE SECTIONS: 19-49 19-231(15b) 27-326
LEGAL DESCRIPTION: SANCHEZ MANUEL LOT B
FOLIO: 198252.0000

CASE NO. COD-22-0002142
NAME OF VIOLATOR: HIGHLAND PROPERTIES OF TAMPA
LOCATION OF VIOLATION: 1502 E COLUMBUS DR, TAMPA, FL
CODE SECTIONS: 19-231(15b)
LEGAL DESCRIPTION: SANCHEZ AND HAYA REAL ESTATE CO'S REVISED MAP LOTS 11 AND 12 BLOCK 6 B
FOLIO: 187517.0000

CASE NO. COD-22-0002192
NAME OF VIOLATOR: RAYMOND M SECREST
LOCATION OF VIOLATION: 4605 E 12TH AVE, TAMPA, FL
CODE SECTIONS: 19-231(13e (3) 19d (10) (17)
LEGAL DESCRIPTION: KIDD'S C K SUBDIVISION REVISED MAP OF LOT 3 BLOCK 1
FOLIO: 160568.0000

CASE NO. COD-22-0002305
NAME OF VIOLATOR: ESTATE OF MYRA LEE MED
LOCATION OF VIOLATION: 2715 E 11TH AVE, TAMPA, FL
CODE SECTIONS: 19-49 19-50
LEGAL DESCRIPTION: GARYTOWN W 42.7 FT OF N 1/2 OF BLOCK 1
FOLIO: 189010.0000

**CASES TO BE HEARD AT THE 1:00 P.M. HEARING**

CASE NO. COD-21-0003280
NAME OF VIOLATOR: FUTURE INVESTMENT SOLUTIONS
LOCATION OF VIOLATION: 2710 N 12TH ST, TAMPA, FL
CODE SECTIONS: 27-284.2
LEGAL DESCRIPTION: ROBERTS HORATIO N S 45 FT OF LOT 1 BLOCK 2
FOLIO: 188655.0000

CASE NO. COD-22-0000976
NAME OF VIOLATOR: JAMIE AND JENNIFER HOFFMAN
LOCATION OF VIOLATION: 911 S OREGON AVE, TAMPA, FL
CODE SECTIONS: 27-112bv
LEGAL DESCRIPTION: HYDE PARK WEST LOT 5 BLOCK 10
FOLIO: 185614.0000

CASE NO. COD-22-0001375
NAME OF VIOLATOR: TOOR PROPERTIES LLC ANDERSON
LOCATION OF VIOLATION: 3900 ANDERSON AVE, TAMPA, FL
CODE SECTIONS: 27-284.2
LEGAL DESCRIPTION: PARNELL'S SUB UNIT NO 2 LOTS 72 AND 73
FOLIO: 137779.0000

CASE NO. COD-22-0001983
NAME OF VIOLATOR: LARRY PORTER
LOCATION OF VIOLATION: 2314 E 110TH AVE, TAMPA, FL
CODE SECTIONS: 19-231(15b), 27-290.8
LEGAL DESCRIPTION: SHERWOOD HEIGHTS UNIT NO 1 LOT 22 BLOCK 3FOLIO: 140954.0000

CASE NO. COD-22-0002004
NAME OF VIOLATOR: BRIAN AND BRENDA FIDALGO
LOCATION OF VIOLATION: 2408 E 3RD AVE, TAMPA, FL
CODE SECTIONS: 27-326, 27-177, 27-290
LEGAL DESCRIPTION: TURMAN'S EAST YBOR LOT 11 BLOCK 31 & S 1/2 OF ALLEY ABUTTING THEREON
FOLIO: 189398.0000

CASE NO. COD-22-0002056
NAME OF VIOLATOR: JOSEPH R RABELO
LOCATION OF VIOLATION: 2924 W SPRUCE ST, TAMPA, FL
CODE SECTIONS: 27-284.2, 27-284.2.4
LEGAL DESCRIPTION: MAC FARLANES REV MAP OF ADDITIONS TO WEST TAMPA LOTS 11 AND 12 BLOCK 62
FOLIO: 179764.0000

CASE NO. COD-22-0002128
NAME OF VIOLATOR: KAL'S LUBE AND FOOD INC
LOCATION OF VIOLATION: 901 W BUSCH BLVD, TAMPA, FL
CODE SECTION: 27-290.7(h)
LEGAL DESCRIPTION: TAMPA'S NORTH SIDE COUNTRY CLUB AREA UNIT NO 1 SOUTHGATE LOTS 12 & 13 LESS S 10 FT BLOCK 15
FOLIO: 97452.0000

CASE NO. COD-22-0002246
NAME OF VIOLATOR: KENNETH SR AND MICHELLE
LOCATION OF VIOLATION: 9315 N 19TH ST, TAMPA, FL
CODE SECTIONS: 5-25, 27-282.27
LEGAL DESCRIPTION: HILLSBORO HIGHLANDS MAP LOTS 35 AND 36 BLOCK 9
FOLIO: 145016.0000

CASE NO. COD-22-0002338
NAME OF VIOLATOR: SELVY BERRIOS RIVERA
LOCATION OF VIOLATION: 11011 HYACINTH AVE, TAMPA, FL
CODE SECTION: 27-290.8
LEGAL DESCRIPTION: PLANDOME HEIGHTS SUBDIVISION LOT 16 BLOCK 4 TOG WITH PART OF CLOSED ALLEY ABUTTING THEREON
FOLIO: 143392.0000

CASE NO. COD-22-0002347
NAME OF VIOLATOR: A AND J PROPERTIES/RENTALS
LOCATION OF VIOLATION: 1608 E HOLLAND AVE, TAMPA, FL
CODE SECTIONS: 27-283.11(b), 27-326, 27-290.8
LEGAL DESCRIPTION: NEBRASKA AVENUE HEIGHTS LOTS 29 AND 30 BLOCK 9
FOLIO: 143392.0000

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND SECTION 286.26, FLORIDA STATUTES, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATIONS TO PARTICIPATE IN THIS MEETING SHOULD CONTACT THE CITY CLERK'S OFFICE AT LEAST FORTY-EIGHT (48) HOURS PRIOR TO THE DATE OF THE MEETING.

INTERESTED PARTIES MAY APPEAR AND BE HEARD AT SAID HEARING.
SHIRLEY FOXX-KNOWLES, CMC
CITY CLERK

8/5-8/26/22LG  4T

**HILLSBOROUGH COUNTY**
PROBATE DIVISION
CASE NO.: 2022-CP-002238

IN RE: ESTATE OF
CONSTANCE CECELIA COSTA

**NOTICE OF ADMINISTRATION AND NOTICE TO CREDITORS**
(formal administration)

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

You are hereby notified that the Administration of the estate of Constance Cecelia Costa, deceased, whose date of death was May 13, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is Hillsborough County Courthouse, 800 East Twiggs St, Room 102, Tampa, FL 33602 (Phone number 813-272-5894), the Case Number is 2022-CP-002238, and the total value of the estate is assets of approx. $3,577,711.03 minus liabilities of approx. $759,665.17. The names and addresses of the Personal Representative and Personal Representative's attorney are set forth below.

All creditors of the decedent and of the estate of the decedent and other persons having claims or demands against the estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this Court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS AND DEMANDS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

Person Giving Notice:
/s/ Joseph Costa
JOSEPH COSTA
308 Chippewa Ave.
Tampa, Florida 33606
Phone: 813-966-3974

Attorney for Person Giving Notice:
/s/ David Hurvitz
DAVID L. HURVITZ, Esq.
Attorney for Petitioner
Florida Bar No. 0056053
3321 Henderson Blvd., Suite 202
Tampa, Florida 33609
Telephone: (813) 487-9902
dhurvitzlaw@gmail.com

8/19-8/26/22LG  2T

**IN THE THIRTEENTH CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA**
PROBATE DIVISION
FILE NO: 22-CP-002413
DIV.: A

IN RE: ESTATE OF
ELSIE INEZ HAVEN NYCHYK BAUER, A/K/A INEZ HAVEN BAUER
Deceased.

**NOTICE TO CREDITORS**
(summary administration)

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

You are hereby notified that an Order of Summary Administration has been entered in the estate of ELSIE INEZ HAVEN NYCHYK BAUER a/k/a INEZ HAVEN BAUER, deceased, File Number 22-CP-002413, by the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is P.O. Box 1110, Tampa, FL 33601; that the decedent's date of death was 03/25/2022; that the total value of the estate is less than $1,152.04 (approximate) and that the names and addresses of those to whom it has been assigned by such order are:

PATRICK SHANE PARKER, as Trustee of the ELSIE INEZ HAVEN NYCHYK BAUER TRUST dated October 11, 2018,
4623 W. Kensington Ave., Tampa, FL 33629

ALL INTERESTED PERSONS ARE NOTIFIED THAT:

All creditors of the estate of the decedent and persons having claims or demands against the estate of the decedent other than those for whom provisions for full payment was made in the Order of Summary Administration must file their claims with this court WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702. ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED. NOTWITHSTANDING ANY OTHER APPLICABLE TIME PERIOD, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

Petitioner:
/s/ PATRICK SHANE PARKER
4623 W. Kensington Ave.
Tampa, FL 33629

Attorney for Petitioner:
/s/ Danielle Faller
HEMNESS FALLER ELDER LAW
Danielle Faller, Esq.
Florida Bar # 106324
309 N. Parsons Ave.
Brandon, FL 33510-4515
(813) 661-5297
(813) 689-8725 fax
danielle@hemnesslaw.com
service@hemnesslaw.com

8/19-8/26/22LG  2T

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-002877
Division B

IN RE: ESTATE OF
EDNA S. ASHER,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of EDNA S. ASHER, deceased, whose date of death was July 8, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of Decedent and other persons having claims or demands against Decedent's estate, on whom a copy of this notice is required to be served, must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of Decedent and other persons having claims or demands

ney are set forth below.

All creditors of the decedent and of the estate of the decedent and other persons having claims or demands against the estate of the decedent other than those for whom provision for full payment was made must file their claims with this court WITHIN THE 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this Court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS AND DEMANDS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Signed on this 2nd day of August, 2022.

Personal Representative:
/s/ ROWENA COLLEEN ASHER ROSS
12410 Windmill Cove Drive
Riverview, Florida 33569

Attorney for Personal Representative:
/s/ Joshua T. Keleske, Esq.
Florida Bar No. 0548472
Joshua T. Keleske, P.L.
3333 W. Kennedy Blvd., Suite 204
Tampa, Florida 33609
Telephone: (813) 254-0044
Email: jkeleske@trustedcounselors.com

8/19-8/26/22LG  2T

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-002912
Division: W

IN RE: ESTATE OF
PAUL F. TINDLE, II,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of PAUL F. TINDLE, II, deceased, whose date of death was June 23, 2022, and whose social security number is xxx-xx-4396 is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
SHANNON PAUL TINDLE

Attorney for Personal Representative:
Daniel M. Coton, Esquire
TRINKLE REDMAN, P.A.
121 North Collins Street
Plant City, Florida 33563
Telephone: (813) 752-6133
Florida Bar Number: 857335
Attorney for Petitioner

8/19-8/26/22LG  2T

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Case No: 19-CA-011864, Division G

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A,
vs.
DENISE P. BARRON; et al.,
Defendants.

**NOTICE OF FORECLOSURE SALE**

NOTICE IS HEREBY GIVEN that pursuant the Final Judgment of Foreclosure dated March 24, 2021, and entered in Case No. 19-CA-011864 of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida wherein WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST A, is the Plaintiff and DENISE P. BARRON and JAMES L. BARRON, are Defendants, Cindy Stuart, the Clerk of the Circuit Court, will sell to the highest and best bidder for cash at www.hillsborough.realforeclose.com on October 12, 2022 at 10:00 A.M. the following described property set forth in said Final Judgment, to wit:

LOT 16, BLOCK G, TWIN LAKES - PARCELS F AND G, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 86, PAGE 2 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

Property Address: 5517 Winding Brook Ln., Valrico, FL 33596

Any person or entity claiming an interest in the surplus, if any, resulting from the Foreclosure Sale, other than the property owner as of the date of the Lis Pendens, must file a claim with the Clerk no later than the date that the Clerk reports the funds as unclaimed. If you fail to file a claim, you will not be entitled to any remaining funds.

If you are a person with a disability who needs any accommodation in order to access court facilities or participate in a court proceeding, you are entitled, at no cost to you, to the provision of certain assistance. To request such an accommodation, please contact Court Administration within 2 working days of the date the service is needed: Complete the Request for Accommodations Form and submit to 800 E. Twiggs Street, Room 604, Tampa, FL

against Decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Signed on this 2nd day of August, 2022.

Attorney for Personal Representative:
/s/ Rowena Colleen Asher Ross
12410 Windmill Cove Drive
Riverview, Florida 33569

Attorney for Personal Representative:
/s/ Joshua T. Keleske, Esq.
Florida Bar No. 0548472
Joshua T. Keleske, P.L.
3333 W. Kennedy Blvd., Suite 204
Tampa, Florida 33609
Telephone: (813) 254-0044
Email: jkeleske@trustedcounselors.com

8/19-8/26/22LG  2T

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 21-CP-647

IN RE: GUARDIANSHIP OF
ELVIS MAKRAM-NASSAR

**FORMAL NOTICE**

TO: Gregory Makram-Nassar, 3203 Sunwatch Dr., Valrico, Florida, FL 33544
Crystal Pizzonaro, 13521 Flamstead Oaks Dr, Apt 4, Tampa, FL 33647
15301 Plantation Oaks Dr, Apt 1, Tampa, FL 33647

YOU ARE HEREBY NOTIFIED that an Amended Petition to Appoint Guardian, Amended Motion to Approve Settlement, and Amended Petition to Designate Depository, has been filed in this court, a true copy of which accompanies this notice.

You are required to serve written defenses on the undersigned within twenty (20) days after service of this notice, exclusive of the day of service, and to file the original of the written defenses with the clerk of the above court either before service or immediately thereafter. Failure to serve and file written defenses as required may result in a judgment or order for the relief demanded in the pleading or motion, without further notice.

Signed on this 28th day of April, 2022.

/s/ Katie Everlove-Stone
Attorney
Florida Bar Number: 30271
5328 Central Avenue
St. Petersburg, FL 33707
Telephone: (727) 471-0670
Fax: (866) 326-7610
E-Mail: katie@everlovelegal.com

8/19-8/26/22LG  2T

**IN THE CIRCUIT COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
CIVIL DIVISION
Case No. 22-CC-027458

COPPER RIDGE/BRANDON HOMEOWNERS' ASSOCIATION, INC.,
Plaintiff,
vs.
JAMES CROOKE JR., AN UNMARRIED MAN,
Defendant(s).

**NOTICE OF SALE**

Notice is hereby given, pursuant to Final Judgment of Foreclosure for Plaintiff entered in this cause on August 10, 2022, by the County Court of Hillsborough County, Florida, The Clerk of the Court will sell the property situated in Hillsborough County, Florida described as:

Lot 13, Block A, COPPER RIDGE - TRACT A2, according to the plat thereof recorded in Plat Book 87, Page 60, of the Public Records of Hillsborough County, Florida,

and commonly known as: 833 Rocky Mountain Court, Valrico, FL 33594; including the building, appurtenances, and fixtures located therein, to the highest and best bidder, for cash, on the Hillsborough County public auction website at http://www.hillsborough.realforeclose.com, on September 30, 2022, at 10:00a.m. Any persons claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the Lis pendens must file a claim within 60 days after the sale.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs Street, Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Dated this August 16, 2022

/s/ Gregory S. Grossman, Esq.

Nathan A. Frazier, Esq. for the firm
Gregory S. Grossman, Esq., for the firm
Attorney for Plaintiff
Frazier & Bowles
202 S. Rome Ave., Suite 125
Tampa, FL 33606
pleadings@frazierbowles.com

45360.45    8/19-8/26/22LG  2T

**IN THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-002784

IN RE: ESTATE OF
MARTHA CHRISTINE CHESSHIR,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Martha Christine Chesshir, deceased, whose date of death was April 25, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 E. Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE

(Continued on next page)

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## HILLSBOROUGH COUNTY

THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Lydia Black
5721 20th Street
Zephyrhills, Florida 33542

Attorney for Personal Representative:
Brice Zoecklein Esq.
E-mail Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law P.A.
329 Pauls Drive
Brandon, Florida 33511

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
Case No. 22-CP-002789

IN RE: ESTATE OF
DOROTHY S. RUMPF,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Dorothy S. Rumpf, deceased, whose date of death was June 21, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, Florida 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Laura Gibson
3319 W San Miguel Street S
Tampa, Florida 33629

Attorney for Personal Representative:
Brice Zoecklein
E-mail Address:
brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law, P.A.
329 Pauls Drive
Brandon, Florida 33511

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-2781
Division A

IN RE: ESTATE OF
RONALD CHARLES MYER
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of RONALD CHARLES MYER, deceased, whose date of death was April 22, 2022, is pending in the Circuit Court for HILLSBOROUGH County, Florida, Probate Division, the address of which is Post Office Box 3360, Tampa, Florida 33601-3360. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
N/ Charles J. Myer
Charles J. Myer
8205 Mountain Magnolia Dr
Riverview, FL 33578

## HILLSBOROUGH COUNTY

Attorney for Personal Representative:
/s/ Laurel C. Farrell, Esq.
Laurel C. Farrell, Esq.
Florida Bar Number: 15994
Brandon Family Law Center, LLC
1038 E. Brandon Blvd.
Brandon, FL 33511
Telephone: (813) 653-1744
Fax: (813) 654-6830
E-Mail: laurel@brandonfamilylaw.com
Sec E-Mail: service@brandonfamilylaw.com

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-001777
Division D

IN RE: ESTATE OF
KATHLEEN O'BOYLE
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of KATHLEEN O'BOYLE, deceased, whose date of death was April 11, 2021, is pending in the Circuit Court for HILLSBOROUGH County, Florida, Probate Division, the address of which is Post Office Box 3360, Tampa, Florida 33601-3360. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Richard O'Boyle
Richard O'Boyle
54 Amuwen Ct.
Islip, NY 11751
/s/ Janet C. Kovach
Janet Kovach
1205 Huntington Greens Dr.
Sun City Center, FL 33573

Attorney for Personal Representative:
/s/ Mary G. McDermott, Esq.
Mary Greenwood McDermott, Esq.
Attorney
Florida Bar Number: 612456
Brandon Family Law Center, LLC
1038 E. Brandon Blvd.
Brandon, FL 33511
Telephone: (813) 653-1744
Fax: (813) 654-6830
E-Mail: service@brandonfamilylaw.com
Sec E-Mail: mary@brandonfamilylaw.com

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-2580
Division A

IN RE: ESTATE OF
ANN ELIZABETH MOCK
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of ANN ELIZABETH MOCK, deceased, whose date of death was February 11, 2022, is pending in the Circuit Court for HILLSBOROUGH County, Florida, Probate Division, the address of which is Post Office Box 3360, Tampa, Florida 33601-3360. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Melodye L. Cates
Melodye L. Cates
210 Claire Drive
Seffner, Florida 33584

Attorney for Personal Representative:
/s/ Laurel C. Farrell, Esq.
Laurel C. Farrell, Esq.
Florida Bar Number: 15994
Brandon Family Law Center, LLC
1038 E. Brandon Blvd.
Brandon, FL 33511
Telephone: (813) 653-1744
Fax: (813) 654-6830
E-Mail: service@brandonfamilylaw.com
Sec E-Mail: laurel@brandonfamilylaw.com

8/19-8/26/22LG 2T

## HILLSBOROUGH COUNTY, FLORIDA

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-002244
Division A

IN RE: ESTATE OF
GAIL D MAGAGNOLI
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of GAIL D MAGAGNOLI, deceased, whose date of death was March 10, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is 800 East Twiggs Street, Tampa, FL 33602. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Attorney for Personal Representative:
/s/ Barbara J. Hartbrodt, Esquire
Barbara J. Hartbrodt, Esquire
Attorney
FL Bar No. 0121536
The Probate Pro, a Division of The Darren Findling Law Firm, PLC
560 Rinehart Road, Suite 100
Lake Mary, Florida 32746
Telephone: (407) 559-5480
Fax: (407) 878-3042
E-Mail:
barbarahartbrodt@theprobatepro.com
Secondary E-Mail:
trimeshia@theprobatepro.com

Personal Representative:
/s/ Stephanie Connors
Stephanie Connors
2521 Shilo Court
Valrico, Florida 33596

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA**
PROBATE DIVISION
File No. 22-CP-002690
Division: B

IN RE: ESTATE OF
FRANCIS GODMAN WILLIAMS
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Francis Godman Williams, deceased, whose date of death was June 7, 2022, is pending in the Circuit Court for Hillsborough County, Florida, Probate Division, the address of which is PO Box 3360, Tampa, Florida 33601. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Damaryis Williams
2826 Sherry Brook Lane
Lutz, Florida 33559

Attorney for Personal Representative:
/s/ L. Tyler Yonge
Attorney
Florida Bar Number: 98179
DRUMMOND WEHLE YONGE LLP
6987 East Fowler Avenue
Tampa, Florida 33617
Telephone: (813) 983-8000
Fax: (813) 983-8001
E-Mail: tyler@dwyfirm.com
Secondary E-Mail: amy@dwyfirm.com

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**
Case No.: 22-010630
Division: E-P

YOLANDA M ESTRADA,
Petitioner,
and
MARIO ZUNIGA,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)**

TO: MARIO ZUNIGA
Last known address: UNKNOWN

## HILLSBOROUGH COUNTY

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on YOLANDA M ESTRADA whose address is 4705 W Oklahoma Ave. Tampa, FL 33616 on or before 9/9/2022, and file the original with the clerk of this Court at 800 E Twiggs St, Tampa, FL 33602 before service on Petitioner or immediately thereafter. **If you fail to do so, a default may be entered against you for the relief demanded in the petition.**

The action is asking the court to decide how the following real or personal property should be divided: N/A

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated August 08, 2022

Cindy Stuart
CLERK OF THE CIRCUIT COURT
By: /s/ Garnett Kisner
Deputy Clerk

8/12-9/2/22LG 4T

---

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY**
JUVENILE DIVISION
CASE ID: 16-982    DIVISION: C

IN THE INTEREST OF:
J.W.    DOB: 10/12/2018
Minor Child

**NOTICE OF AN ADVISORY HEARING ON A TERMINATION OF PARENTAL RIGHTS PROCEEDINGS**

STATE OF FLORIDA

TO: John Warren  DOB: 11/24/1994
Last Known Address:
3008 Spikers Ave, Tampa, FL 33619

A Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced children. You are to appear before the Honorable Daryl M. Manning, at 10:00 a.m. on November 07, 2022, at 800 E. Twiggs Street, Court Room 308, Tampa, Florida 33602 for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

FAILURE TO PERSONALLY APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) WHOSE INITIALS APPEAR ABOVE, TO OBTAIN THE HEARING CALL-IN INFORMATION PLEASE CONTACT YOUR ATTORNEY.

Pursuant to Administrative Order AOSC20-23 of the Supreme Court of Florida, all courts shall employ methods to minimize the risk of COVID-19 exposure. Pursuant to Administrative Order S-2020-023 of the Thirteenth Judicial Circuit in and for Hillsborough County, any essential dependency proceedings should be conducted through teleconferencing. ACCORDINGLY, YOU MUST MAKE YOURSELF AVAILABLE BY TELEPHONE ON THE DATE AND TIME SPECIFIED IN LIEU OR PERSONAL APPEARANCE.

Pursuant to Section 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private placement of the child with an adoption entity, as defined in Section 63.032(3), Florida Statutes.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice impaired: 1-800-955-8770, e-mail: ADA@fljud13.org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Witness my hand and seal of this court at Tampa, Hillsborough County, Florida on August 2, 2022.

Cindy Stuart, Clerk of Circuit Court
Hillsborough County, Florida
By: /s/ Pamela Eastwood
Deputy Clerk

8/5-8/26/22LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 2041810000
Certificate No.: 2020 / 18837
File No.: 2022-483
Year of Issuance: 2020
Description of Property:
S 123 FT OF NW 1/4 OF SE 1/4 OF NE 1/4 LESS W 25 FT MOL FOR RD R/W
SEC - TWP - RGE : 30 - 28 - 22
Subject To All Outstanding Taxes

## HILLSBOROUGH COUNTY

### JOHN DAVIS JR
### JOANNA E DAVIS

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 0592511262
Certificate No.: 2020 / 6616
File No.: 2022-484
Year of Issuance: 2020
Description of Property:
HERITAGE ISLES PHASE 3A LOT 24 BLOCK 16
PLAT BK / PG : 89 / 80
SEC - TWP - RGE : 10 - 27 - 20
Subject To All Outstanding Taxes
Name(s) in which assessed:

### KEITH GREAUX

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 0688810000
Certificate No.: 2020 / 7866
File No.: 2022-486
Year of Issuance: 2020
Description of Property:
PARKLAND SUBDIVISION UNIT ONE LOT 11 BLOCK 1
PLAT BK / PG : 39 / 69
SEC - TWP - RGE : 22 - 29 - 20
Subject To All Outstanding Taxes
Name(s) in which assessed:

### CYNTHIA KAY NEWMAN
### MARY BETH NEWMAN C/O CYNTHIA KAY NEWMAN
### JOSEPH R NEWMAN
### GERALDINE M NEWMAN

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022
Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida
By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

**NOTICE OF APPLICATION FOR TAX DEED**

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 0669210100
Certificate No.: 2020 / 1135
File No.: 2022-487
Year of Issuance: 2020
Description of Property:
PLUCIFF SUBDIVISION 3RD ADDITION LOT 9
PLAT BK / PG : 31 / 36
SEC - TWP - RGE : 35 - 28 - 17
Subject To All Outstanding Taxes
Name(s) in which assessed:
CORPORATE INVESTMENTS LLC
LITCHFIELD CANO, LLC C/O

(Continued on next page)

LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT    LEGAL ADVERTISEMENT

# HILLSBOROUGH COUNTY

CHRISTOPHER WELTER, ESQ.

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022

Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida

By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

### NOTICE OF APPLICATION FOR TAX DEED

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 0888241210
Certificate No.: 2020 / 10930
File No.: 2022-493
Year of Issuance: 2020

Description of Property:
COM AT SW CON OF W 550 FT OF E 5/8 OF SW 1/4 N 00 DEG 49 MIN 12 SEC E 50 FT FOR POB N 00 DEG 49 MIN 12 SEC E 741.70 FT MOL TO S/LN OF DEG 35 MIN 25 SEC E13.03 FT S 00 DEG 49 MIN 12 SEC W 411.55-
FT N 89 DEG 37 MIN 05 SEC W 493.03 FT S 00 DEG 49 MIN 12 SEC W 330.31 FT AND N 89 DEG 36 MIN 54 SEC
W 20 FT TO POB
SEC - TWP - RGE : 08 - 32 - 21

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
JOHN ANDREW BUTTS
CAROL ANN BUTTS

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022

Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida

By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

### NOTICE OF APPLICATION FOR TAX DEED

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 0973670000
Certificate No.: 2020 / 11812
File No.: 2022-494
Year of Issuance: 2020

Description of Property:
TAMPA'S NORTH SIDE COUNTRY CLUB AREA UNIT NO 1 SOUTHGATE LOT 17 LESS R/W FOR SR
S 580 BLOCK 7
PLAT BK / PG : 27 / 22
SEC - TWP - RGE : 23 - 28 - 18

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
RAMOS AND RAMOS INVESTMENTS GROUP LLC C/O CARLOS A OSORIO, R.A.

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022

Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida

By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

### NOTICE OF APPLICATION FOR TAX DEED

The holder of the following tax certificates has filed the certificates for a tax deed to be issued. The certificate numbers and years of issuance, the description of the property, and the names in which it was assessed are:

Folio No.: 0100680050
Certificate No.: 2020 / 3095
File No.: 2022-496
Year of Issuance: 2020

Description of Property:
E 76.96 FT OF W 178.96 FT OF S 1/2 OF SW 1/4 OF SW 1/4 OF NE 1/4 OF

---

# HILLSBOROUGH COUNTY

NW 1/4 LESS S 25 FT FOR RD
SEC - TWP - RGE : 08 - 28 - 18

**Subject To All Outstanding Taxes**

Name(s) in which assessed:
LAZARO LANTES

All of said property being in the County of Hillsborough, State of Florida.

Unless such certificate shall be redeemed according to law, the property described in such certificate will be sold to the highest bidder on (9/15/2022) on line via the internet at www.hillsborough.realtaxdeed.com.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Clerk's ADA Coordinator, 601 E Kennedy Blvd., Tampa Florida, (813) 276-8100 extension 4205, two working days prior to the date the service is needed; if you are hearing or voice impaired, call 711.

Dated 7/26/2022

Cindy Stuart
Clerk of the Circuit Court
Hillsborough County, Florida

By Darrell Morning, Deputy Clerk

8/5-8/26/22LG 4T

---

### IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
#### CIVIL DIVISION

Case No.: 22-CA-6296
Division: F

OHIO ATTORNEY GROUP, LLC, n/k/a OHIO REAL ESTATE GROUP, LLC,
Plaintiff,

vs.

DARYL STARKS, together with any and all unknown heirs, devisees, grantees, assignees, lienors, creditors, trustees, or other claimants, claiming by the lender, through, under or against W.L. STARKS, deceased, and/or MINNIE STARKS, deceased,
Defendants.

#### NOTICE OF ACTION

TO: Any and all unknown heirs, devisees, grantees, assignees, lienors, creditors, trustees, or other claimants, claiming by through, under or against W.L STARKS, and/or Minnie Stark, deceased

YOU ARE NOTIFIED that a TAX DEED to the following property:
PORT TAMPA CITY MAP LOT 16 & w 1/2 CLOSED ALLEY ABUTTING THEREON BLOCK 238 PLAT BOOK 1, Page 56 of the Public Records of Hillsborough County, Florida.
COMMONLY KNOWN AS: 7702 S. Obrien St., Tampa, FL 33616
PIN: A-20-30-18-42J-000238-00016.0
Folio: 1392990000

has been filed against you and you are required to serve a copy of your written defenses on or before 8/29/2022, (a date not less than 28, nor more than 60 days after the first publication of the notice) if any, to it on PERRY G. GRUMAN, Esquire, Plaintiff's attorney, whose address is 3400 W. Kennedy Boulevard, Tampa, Florida 33609, and file the original with Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter; otherwise a default will be entered against you for the relief demanded in the complaint.

DATED on 7/28/2022.

Cindy Stuart
Clerk of Court
By: a/ Isha Tirado-Baker
As Deputy Clerk

8/5-8/26/22LG 4T

---

### NOTICE OF ACTION
#### Hillsborough County

BEFORE THE BOARD OF NURSING

IN RE: The License to practice Nursing Assistant

Amber L. Cummins, C.N.A.
1504 East Calhoun Street
Plant City, FL 33563

CASE NO.: 2019-32138
LICENSE NO.: CNA371254

The Department of Health has filed an Administrative Complaint against you, a copy of which may be obtained by contacting, Logan White, Assistant General Counsel, Prosecution Services Unit, 4052 Bald Cypress Way, Bin #C65, Tallahassee Florida 32399-3265, (850) 558-9913.

If no contact has been made by you concerning the above by September 16, 2022 the matter of the Administrative Complaint will be presented at an ensuing meeting of the Board of Nursing in an informal proceeding.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact the individual or agency sending this notice not later than seven days prior to the proceeding at the address given on the notice. Telephone: (850) 245-4640, 1-800-955-8771 (TDD) or 1-800-955-8770 (V), via Florida Relay Service.

8/5-8/26/22LG 4T

---

### IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
#### FAMILY LAW DIVISION

CASE NO.: 22-DR-009295
DIVISION: E

IN RE: THE MATTER OF THE TERMINATION OF PARENTAL RIGHTS FOR THE PROPOSED STEPPARENT OF:

A.E.K.
DOB: JUNE 7, 2004

### NOTICE OF ACTION, NOTICE OF PETITION, AND NOTICE OF ACTION TO TERMINATE PARENTAL RIGHTS PENDING ADOPTION

TO: JOSHUA J. FERGUSON
Last Known Address:
155 Bermont Avenue
Munroe Falls, Ohio 44262-1103

YOU ARE NOTIFIED that an action for Termination of Parental Rights Pursuant to an Adoption has been filed, and you are required to serve a copy of your written response, if any, to it on Mary Greenwood McDermott, Esq., 1038 E. Brandon Blvd., Brandon, Florida 33511, Petition-

---

# HILLSBOROUGH COUNTY

33602 for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

This action is set before the Honorable Miriam Valkenburg, Judge of the Circuit Court at 1:00 p.m. on October 4, 2022.

Pursuant to Sections 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private placement of the child with an adoption entity, as defined in Section 63.032(3), Florida Statutes.

**FAILURE TO PERSONALLY APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS OF THIS CHILD. IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED, YOU MAY LOSE ALL LEGAL RIGHTS AS A PARENT TO THE CHILDREN WHOSE INITIALS APPEAR ABOVE.**

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ADA Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice impaired: 1-800-955-8770, e-mail: ADA@fljud13.org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.

PLEASE BE GOVERNED ACCORDINGLY

Witness my hand and seal as the Clerk of said court, this 29th day of July, 2022.

Cindy Stuart, Clerk of Circuit Court
Hillsborough County, Florida
By: s/ Pamela Packwood
Deputy Clerk

8/5-8/26/22LG 4T

---

### NOTICE OF ACTION
#### Hillsborough County

BEFORE THE BOARD OF NURSING

IN RE: The License to practice Nursing Assistant

Natasha L. Ray, C.N.A.
8700 North 50th Street, Apt. 1105
Tampa, FL 33617

CASE NO.: 2019-48644
LICENSE NO.: CNA348550

The Department of Health has filed an Administrative Complaint against you, a copy of which may be obtained by contacting, Logan White, Assistant General Counsel, Prosecution Services Unit, 4052 Bald Cypress Way, Bin #C65, Tallahassee Florida 32399-3265, (850) 558-9913.

If no contact has been made by you concerning the above by September 16, 2022 the matter of the Administrative Complaint will be presented at an ensuing meeting of the Board of Nursing in an informal proceeding.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact the individual or agency sending this notice not later than seven days prior to the proceeding at the address given on the notice. Telephone: (850) 245-4640, 1-800-955-8771 (TDD) or 1-800-955-8770 (V), via Florida Relay Service.

8/5-8/26/22LG 4T

---

### IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
#### PROBATE DIVISION

File No. 22 CP 2758

IN RE: ESTATE OF
HAROLD G. HAYES
Deceased.

#### NOTICE OF ACTION
(formal notice by publication)

TO: ELIZABETH HAYES, IRENE SKILES AND ANY AND ALL HEIRS OF THE ESTATE OF HAROLD G. HAYES

YOU ARE NOTIFIED that a Petition for Administration has been filed in this court. You are required to serve a copy of your written defenses, if any, on the petitioner's attorney, whose name and address are: Derek B. Alvarez, Esquire, GENDERS ♦ ALVAREZ ♦ DIECIDUE, P.A., 2307 W. Cleveland Street, Tampa, FL 33609, on or before 8/26/2022, and to file the original of the written defenses with the clerk of this court either before service or immediately thereafter. Failure to serve and file written defenses as required may result in a judgment or order for the relief demanded, without further notice.

Signed on 7/27/2022.

Cindy Stuart
As Clerk of the Court
By: s/ Ryan Marsh
As Deputy Clerk

8/5-8/26/22LG 4T

---

# HILLSBOROUGH COUNTY

er's attorney, within 30 days after the date of first publication of this notice. You must file your original response with the Clerk of this court, at the address below, either before service on Petitioner's attorney, or immediately thereafter, otherwise a default will be entered against you for the relief demanded in the Petition.

Clerk of The Court
800 E. Twiggs Street
Tampa, Florida 33602

### NOTICE OF ACTION TO TERMINATE PARENTAL RIGHTS PENDING ADOPTION

A petition to terminate parental rights pending adoption has been filed. A copy of the petition is being served with this notice. There will be a hearing on the petition to terminate parental rights pending adoption which will take place on September 8, 2022, at 10:00 A.M., in front of the Honorable G. Gregory Green, Circuit Judge, of the Hillsborough County Courthouse, via ZOOM. https://zoom.us/j/91710206360, Meeting ID 917 102 0630. The ZOOM App is available for free for IOS and Android devices, and it may also be accessed via desktop computer. No account or fee is required. If you cannot access the ZOOM Help Center at https://support.zoom.us to familiarize yourself with the service. If you are unable to use the ZOOM link, to appear telephonically, you may call (301) 715-8592 and enter the ZOOM Meeting ID of 917 102 0630. The Court has set aside fifteen (15) minutes for this hearing.

UNDER SECTION 63.089, FLORIDA STATUTES, FAILURE TO TIMELY FILE A WRITTEN RESPONSE TO THIS NOTICE AND THE PETITION WITH THE COURT AND TO APPEAR AT THIS HEARING CONSTITUTES GROUNDS UPON WHICH THE COURT SHALL FIND ANY PARENTAL RIGHTS YOU MAY HAVE OR ASSERT REGARDING THE MINOR CHILD.

PARA TRADUCCION DE ESTE FORMULARIO AL ESPANOL, LLAME A LA OFICINA DE INTERPRETES DE LA CORTE, AL 813-272-5947 DE LUNES A VIERNES DE 3:00 P.M. Y 5:00 P.M.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provisions of certain assistance. Please contact the Clerk of Circuit Court, Circuit Civil Division, Hillsborough County Courthouse, 800 E. Twiggs Street, Tampa, Florida 33602, Telephone No. 813-276-8100, within 2 workings days of your receipt of this document; if you are hearing or voice impaired, call 1-800-955-8771.

WITNESS my hand and seal of said Court on this 27th day of July 2022.

Cindy Stuart
Clerk of Circuit Court
By: /s/ Susan McDowell
Deputy Clerk

8/5-8/26/22LG 4T

---

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
#### JUVENILE DIVISION

CASE ID: 20-DP-1757
DIVISION: S

IN THE INTEREST OF:
I.M.    DOB: 8/22/2020
S.H.    DOB: 9/27/2019
Children

### NOTICE OF AN ADVISORY HEARING
#### STATE OF FLORIDA

TO: Christopher McConnell
DOB: 8/15/1986
Last Known Address:
404 Euclid Ave., Seffner, FL 33584

AA Petition for Termination of Parental Rights under oath has been filed in this court regarding the above-referenced children. You are to appear before the Honorable Miriam Valkenburg, September 14, 2022, at 9:00 a.m., at the Edgecomb Courthouse 800 East Twiggs Street, Tampa, FL 33602, Courtroom 309, for a TERMINATION OF PARENTAL RIGHTS ADVISORY HEARING. You must appear on the date and at the time specified.

**FAILURE TO PERSONALLY APPEAR AT THIS ADVISORY HEARING CONSTITUTES CONSENT TO THE TERMINATION OF PARENTAL RIGHTS TO THIS CHILD (THESE CHILDREN). IF YOU FAIL TO APPEAR ON THE DATE AND TIME SPECIFIED YOU MAY LOSE ALL LEGAL RIGHTS TO THE CHILD (OR CHILDREN) WHOSE INITIALS APPEAR ABOVE.**

Pursuant to Sections 39.802(4)(d) and 63.082(6)(g), Florida Statutes, you are hereby informed of the availability of private placement of the child with an adoption entity, as defined in Section 63.032(3), Florida Statutes.

If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Administrative Office of the Courts, Attention: ADA Coordinator, 800 E. Twiggs Street, Tampa, FL 33602, Phone: 813-272-7040, Hearing Impaired: 1-800-955-8771, Voice impaired: 1-800-955-8770, e-mail: ADA@fljud13.org within two working days of your receipt of this summons at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.

Witness my hand and seal of this court at Tampa, Hillsborough County, Florida on July 28, 2022.

Cindy Stuart, Clerk of Court
By: /s/ Pamela Packwood
Deputy Clerk

8/5-8/26/22LG 4T

# MANATEE COUNTY

---

### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA

---

# MANATEE COUNTY

FOR MANATEE COUNTY, FLORIDA
#### FAMILY LAW DIVISION

Case No.: 2022-DR-00347

IN RE: THE MARRIAGE OF
RICHARD GARCIA, JR.,
Petitioner/Husband,
and
PATRICIA GARCIA,
Respondent/Wife.

### NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE (NO CHILD OR FINANCIAL SUPPORT)

TO: PATRICIA GARCIA
4205 Vista Rd.
Pasadena, TX 77504

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy for your written defenses, if any, to it on Richard Garcia whose address is 5811 Bayshore Rd, Lot 103, Palmetto, FL 34221 on or before August 18, 2022, and file the original with the clerk of this Court at 800 E Twiggs St, Tampa, FL 33602 before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

This action is asking the court to decide how the following real or personal property should be divided:
None

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

KEN BURKE
Clerk of the Circuit Court and Comptroller
315 Court Street, Clearwater
Pinellas County, Florida 33756-5165

8/5-8/19/22LG 4T

---

### IN THE TWELFTH JUDICIAL CIRCUIT COURT IN AND FOR MANATEE COUNTY, FLORIDA
#### PROBATE DIVISION

FILE NO. 2022CP001869

IN RE: ESTATE OF
FELIX SANTOS JR.
a/k/a FELIX SANTOS,
Deceased.

#### NOTICE TO CREDITORS

The Administration of the Estate of Felix Santos, a/k/a Felix Santos, deceased, whose date of death was February 20, 2022, is pending in the Circuit Court for Manatee County, Florida, Probate Division, the address of which is P.O. Box 25400, Bradenton, Florida 34206. The names and addresses of the Personal Representative and the Personal Representative's Attorney are set forth below.

All creditors of the Decedent and other persons having claims or demands against Decedent's Estate on whom a copy of this Notice is required to be served must file their claims with this Court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the Decedent and other persons having claims or demands against Decedent's Estate must file their claims with this Court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Maria Santos
11413 56th Street Circle E.
Parrish, Florida 34219

Attorney for Personal Representative:
Dennis J. Szafran, Esq.
Florida Bar Number: 118448
13119 W. Linebaugh Avenue, Suite 102
Tampa, Florida 33626
Telephone: (888) 266-1078
Fax: (727) 498-3661
E-Mail: service@djslaw.org
Secondary E-Mail: ashley@djslaw.org

8/19-8/26/22LG 2T

---

### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA
#### PROBATE DIVISION

Case No. 22-CP-002153

IN RE: ESTATE OF
CLIFFORD ALLEN WINTER, JR.,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of Clifford Allen Winter, Jr., deceased, whose date of death was July 18, 2021, is pending in the Circuit Court for Manatee County, Florida, Probate Division, the address of which is 1115 Manatee Avenue West, Bradenton, Florida 34205. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS

(Continued on next page)

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## MANATEE COUNTY

AFTER THE TIME OF THE FIRST PUBLI-CATION OF THIS NOTICE ON 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORI-DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PER-IODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Racine Araujo
1016 50th Avenue Drive West
Bradenton, Florida 34207
Attorney for Personal Representative:
Brice Zoecklein
Email Address: brice@zoeckleinlawpa.com
Florida Bar No. 0085615
329 Pauls Drive
Brandon, Florida 33511

8/19-8/26/22LG 2T

## ORANGE COUNTY

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that the under-signed intend(s) to register with the Florida Department of State, Division of Corpora-tions, pursuant to Section 865.09 of the Florida Statutes (Chapter 90-267), the trade name of:

DE BEAUBIEN, SIMMONS, KNIGHT, MANTZARIS & NEAL
Owner: De Beaubien, Simmons, Knight, Mantzaris & Neal LLP
332 North Magnolia Ave.
Orlando, FL 32801

8/26/22LG 1T

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that the under-signed intend(s) to register with the Florida Department of State, Division of Corpora-tions, pursuant to Section 865.09 of the Florida Statutes (Chapter 90-267), the trade name of:

DSK LAW GROUP
Owner: De Beaubien, Simmons, Knight, Mantzaris & Neal LLP
332 North Magnolia Ave.
Orlando, FL 32801

8/26/22LG 1T

### IN THE CIRCUIT COURT FOR ORANGE COUNTY, FLORIDA PROBATE DIVISION

File No. 2022-CP-002672-O
Division Probate 01

IN RE: ESTATE OF
FLORENCE GARCIA PENAFLOR
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Flor-ence Garcia Penaflor, deceased, whose date of death was May 27, 2022, is pend-ing in the Circuit Court for Orange County, Florida, Probate Division, the address of which is 425 N. Orange Ave., Orlando, FL 32801. The names and addresses of the personal representative and the person-al representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served, must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PE-RIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ Louie Paulo G. Penaflor
Louie Paulo G. Penaflor
4363 Memorial Dr.
Windsor, Wisconsin 53598

Attorney for Personal Representative:
/s/ Aaron C. Swiren
Aaron C. Swiren
Attorney
Florida Bar Number: 13996
1516 E. Hillcrest St., Ste. 200
Orlando, Florida 32803
Telephone: (407) 898-7303
Fax: (407) 999-7310
E-Mail: aswiren@swirenlawfirm.com
Secondary E-Mail: info@swirenlawfirm.com

8/26-9/2/22LG 2T

### NOTICE OF ADMINISTRATIVE COMPLAINT ORANGE COUNTY

To: KALIAH B. ALLEN
Case No. CD202105433 3100979/3103681
An Administrative Complaint to impose

---

an administrative fine has been filed against you. You have the right to request a hearing pursuant to Sections 120.569 and 120.57, Florida Statutes, by mailing a request for same to the Florida Depart-ment of Agriculture and Consumer Serv-ices, Division of Licensing, Post Office Box 5708 Tallahassee, Florida 32314-5708. If a request for hearing is not received by 21 days from the date of the last publication, the right to hearing in this matter will be waived and the Department will dispose of this cause in accordance with law.

8/19-9/9/22LG 4T

### IN THE COUNTY COURT IN AND FOR ORANGE COUNTY, FLORIDA COUNTY CIVIL DIVISION

CASE NO.: 2021-CC-005044

ECON TRAILS HOMEOWNERS ASSOCIATION, INC.,
Plaintiff,
vs.
MIA BELLA EXQUISITES LLC,
Defendant.

### NOTICE OF SALE

NOTICE IS HEREBY GIVEN that, pur-suant to the Order of Final Judgment of Foreclosure entered in this cause on August 9, 2022 by the County Court of Orange County, Florida, the property de-scribed as:

Lot 30 of ECON TRAILS PHASE 1, according to the plat thereof, as re-corded in Plat Book 95, Page 115, of the Public Records of Orange County, Florida.

will be sold at public sale by the Orange County Clerk of Court, to the highest and best bidder, for cash, electronically online at www.orange.realforeclose.com at 11:00 A.M. on October 26, 2022.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim no later than the date the Clerk reports the surplus funds as unclaimed.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are en-titled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 425 N. Orange Avenue, Room 2130, Orlando, Florida 32801, Telephone: (407) 836-2303 within two (2) working days of your receipt of this (de-scribe notice); if you are hearing or voice impaired, call 1-800-955-8771.

/s/ Niurka F. Asmer
Niurka F. Asmer, Esquire
Florida Bar No: 370680
nasmer@appletonreiss.com
Appleton Reiss, PLLC
215 N. Howard Ave., Suite 200
Tampa, FL 33606
Phone: 813-542-8888
Fax: 813-542-5054
Attorney for Plaintiff

8/19-8/26/22LG 2T

## OSCEOLA COUNTY

### IN THE CIRCUIT COURT IN AND FOR OSCEOLA COUNTY, FLORIDA COUNTY CIVIL DIVISION

CASE NO.: 2018-CA-002697

CASCADES AT KISSIMMEE CONDOMINIUM ASSOCIATION, INC.,
Plaintiff,
vs.
M.Z. FIGUEREO, LC UNDER THE TRUST KNOWN AS FIGUEREO FAMILY LAND TRUST & ANY UNKNOWN PERSON(S) IN POSSESSION,
Defendants.

### NOTICE OF SALE

NOTICE IS HEREBY GIVEN that, pur-suant to the Amended Final Judgment of Foreclosure entered in this cause on August 17, 2022 by the Circuit Court of Osceola County, Florida, the property de-scribed as:

Unit No. 7-206, Cascades at Kissim-mee Condominium, according to the Declaration of Condominium thereof, as recorded March 14, 2006, under File No. 2006069817, in Official Rec-ords Book 3094, Page 1, of the Public Records of Osceola County, Florida.

Property Address: 2260 Cascades Blvd. Unit 7-206, Kissimmee, FL 34741

will be sold at public sale by the Osceola County Clerk of Court, to the highest and best bidder, for cash, at 11:00 A.M. at the Osceola County Courthouse, 3 Court-house Square, Room 2004 (2nd floor), Kis-simmee, FL 34741 on October 4, 2022.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim before the Clerk reports the surplus as unclaimed.

If you are a person with a disability who needs any accommodation in order to par-ticipate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Co-ordinator, Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, Florida 34741, (407) 742-2417, at least 7 days before your scheduled court appearance, or im-mediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

/s/ Niurka F. Asmer
Niurka F. Asmer, Esquire
Florida Bar No: 370680
nasmer@appletonreiss.com
Appleton Reiss, PLLC
215 N. Howard Ave., Suite 200
Tampa, FL 33606
Phone: 813-542-8888
Fax: 813-542-5054
Attorney for Plaintiff

8/19-8/26/22LG 2T

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that CLARI ELIZ-

---

ABETH D. FREITES, ANTHONY Q. FREITES, OWNERS, desiring to engage in business under the fictitious name of

RELIABLE RENOVATIONS ONLINE

located at 2310 QUEENSWOOD CIR, KISSIMMEE, FLORIDA 34743 intends to register the said name in OSCEOLA County with the Division of Corporations, Florida Department of State, pursuant to section 865.09 of the Florida Statutes.

8/26/22LG 1T

### IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA PROBATE DIVISION

File No. 2022-CP-000136-PR

IN RE: ESTATE OF
BRUCE E. FINLEY, JR.,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of BRUCE E. FINLEY, JR., deceased, whose date of death was October 15, 2021; File Number 2022-CP-000136-PR, is pending in the Circuit Court for Osceola County, Florida, Probate Division, the ad-dress of which is 2 Courthouse Square, Kissimmee, FL 34741. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served, must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NO-TICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PE-RIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
ROBYN L. FINLEY
18100 New Dennison Road
Marion, IL 62959

Attorney for Personal Representative:
Chris M. Vorbeck
Email: vorblaw@aol.com
Florida Bar No. 997201
The Law Office of Chris M. Vorbeck, P.A.
4470 Northgate Court
Sarasota, FL 34234
Telephone: (941) 921-3124

8/26-9/2/22LG 2T

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that JESSE FLETCHER, OWNER, desiring to engage in business under the fictitious name of

TRAIN WITH YOUR FAMILY

located at 2006 PINE PLACE, SAINT CLOUD, FLORIDA 34769 intends to reg-ister the said name in OSCEOLA County with the Division of Corporations, Florida Department of State, pursuant to section 865.09 of the Florida Statutes.

8/26/22LG 1T

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that COMFORT ZONE OF CENTRAL FLORIDA INC, OWNER, desiring to engage in business under the fictitious name of

COMFORT ZONE OF CENTRAL FLORIDA

located at 4590 HICKORY TREE ROAD, ST. CLOUD, FLORIDA 34773 intends to register the said name in OSCEOLA County with the Division of Corporations, Florida Department of State, pursuant to section 865.09 of the Florida Statutes.

8/26/22LG 1T

### IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR OSCEOLA COUNTY, FLORIDA PROBATE DIVISION

File No. 2022 CP 000670

IN RE: ESTATE OF
JAMES VESTER MCMILLAN, JR.
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of JAMES VESTER MCMILLAN, JR., de-ceased, whose date of death was March 4, 2022, is pending in the Circuit Court for OSCEOLA County, Florida, Probate Divi-sion, the address of which is 2 Courthouse Sq., Kissimmee, FL 34741. The names and addresses of the personal representa-tive and the personal representative's attorney are set forth below.

All creditors of the decedent and oth-er persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI-CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORI-DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER

---

## OSCEOLA COUNTY

AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
KATRINA MCMILLAN
1175 Anderson Ave., 2C
Bronx, NY 10452
GENEVA SMALLS
1115 Jerome Ave., Apt. 1A
Bronx, NY 10452

Attorney for Personal Representative:
AMY M. ROMAINE
Attorney
Florida Bar Number: 0640026
ROMAINE & NUGENT
835 Executive Ln., Ste. 110
Rockledge, FL 32955
Telephone (321) 574-1095
Fax: (321) 574-1032
Email: amy@romainenugent.com
office@romainenugent.com

8/26-9/2/22LG 1T

### NOTICE OF INTENTION TO REGISTER FICTITIOUS TRADE NAME

Notice is hereby given that ITX SOLU-TIONS, LLC, OWNER, desiring to engage in business under the fictitious name of

VOYTEL

located at 5382 CARRARA CT, SAINT CLOUD, FLORIDA 34771 intends to reg-ister the said name in OSCEOLA County with the Division of Corporations, Florida Department of State, pursuant to section 865.09 of the Florida Statutes.

8/26/22LG 1T

## PASCO COUNTY

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA

Case No: 2022CA001176CAAXWS

Citibank, N.A., not in its individual capacity, but solely as owner Trustee of the New Residential Mortgage Loan Trust 2019-2,
Plaintiff,
vs.
Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Trustees, and any other Parties Claiming by, through, under or against Patricia A. Gayder, deceased, et al.,
Defendants.

### NOTICE OF ACTION

TO: Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Trustees, and any other Parties Claiming by, through, under or against Patricia A. Gayder, deceased
Last Known Address
11301 Lake Dr.
New Port Richey, FL 34654

Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Trustees, and any other Parties Claiming by, through, under or against David Michael Gayder, Sr., deceased
Last Known Address
11301 Lake Dr.
New Port Richey, FL 34654

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property de-scribed as follows, to wit:

LOTS 45, 46 AND 47, BLOCK 5, MOON LAKE ESTATES, UNIT TWO, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 4, PAGE 74, OF THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

TOGETHER WITH MOBILE HOME SITUATE THEREON
ID# 5762045SB & 5762045SBD

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Bradford Petrino, Esq., Lender Legal PLLC, 2807 Edgewa-ter Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before September 26, 2022 (30 days from the first publication), otherwise a default will be entered against you for the relief demanded in the Com-plaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654; (727) 847-8110 (V) in New Port Richey; (352) 521-4274, ext 8110 (V) in Dade City, at least 7 days before your scheduled court appearance, or immediately upon receiving this noti-fication if the time before the scheduled appearance is less than 7 days. If you are hearing impaired call 711. The court does not provide transportation and cannot ac-commodate for this service. Persons with disabilities needing transportation to court should contact their local public transpor-tation providers for information regarding transportation services.

WITNESS my hand and seal of the said Court on the 24th day of August, 2022.

By: /s/ Patty Hougland
Deputy Clerk
Lender Legal PLLC
2807 Edgewater Drive
Orlando, Florida 32804

8/26-9/2/22LG 2T

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA

Case No: 2022-CA-001618-WS

WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF W 2017-1 GRANTOR TRUST,
Plaintiff,
vs.
UNKNOWN HEIRS, ETC., OF STERLING J. BARRILLEAUX, ET AL.,
Defendants.

### NOTICE OF ACTION

TO: UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER OR AGAINST STERLING J. BARRILLEAUX
6926 CAROB DR.
NEW PORT RICHEY, FL 34653

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property de-scribed as follows, to wit:

LOT 53, LESS THE EASTERLY 8 FEET THEREOF, EAST GATE ES-TATES AS PER PLAT THEREOF RE-CORDED IN PLAT BOOK 7, PAGE 52, PUBLIC RECORDS OF PASCO COUNTY, FLORIDA

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Bradford Petrino, Esq., Lender Legal PLLC, 2807 Edgewa-ter Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before September 26, 2022 (30 days from the first publication), otherwise a default will be entered against you for the relief demanded in the Com-plaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654; (727) 847-8110 (V) in New Port Richey; (352) 521-4274, ext 8110 (V) in Dade City, at least 7 days before your scheduled court appearance, or immediately upon receiving this noti-fication if the time before the scheduled appearance is less than 7 days. If you are hearing impaired call 711. The court does not provide transportation and cannot ac-commodate for this service. Persons with disabilities needing transportation to court should contact their local public transpor-

(Continued on next page)

---

## PASCO COUNTY

WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF W 2017-1 GRANTOR TRUST,
Plaintiff,
vs.
UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER OR AGAINST JAMES E. FLAHERTY, ET AL.,
Defendants.

### NOTICE OF ACTION

TO: UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER OR AGAINST JAMES E. FLAHERTY, ET AL.
7212 BIMINI DR.
PORT RICHEY, FL 34668

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property de-scribed as follows, to wit:

LOT 2475 OF EMBASSY HILLS UNIT TWENTY, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 16, PAGES 120 AND 121 OF THE PUB-LIC RECORDS OF PASCO COUNTY, FLORIDA

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Bradford Petrino, Esq., Lender Legal PLLC, 2807 Edgewa-ter Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before September 26, 2022 (30 days from the first publication), otherwise a default will be entered against you for the relief demanded in the Com-plaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654; (727) 847-8110 (V) in New Port Richey; (352) 521-4274, ext 8110 (V) in Dade City, at least 7 days before your scheduled court appearance, or immediately upon receiving this noti-fication if the time before the scheduled appearance is less than 7 days. If you are hearing impaired call 711. The court does not provide transportation and cannot ac-commodate for this service. Persons with disabilities needing transportation to court should contact their local public transpor-tation providers for information regarding transportation services.

WITNESS my hand and seal of the said Court on the 24th day of August, 2022.

By: /s/ Patty Hougland
Deputy Clerk
Lender Legal PLLC
2807 Edgewater Drive
Orlando, Florida 32804

8/26-9/2/22LG 2T

**LEGAL ADVERTISEMENT**

## PASCO COUNTY

tation providers for information regarding transportation service.

WITNESS my hand and seal of the said Court on the 24th day of August, 2022.
Clerk of The Circuit Court
Lender Legal Hoogwind
Deputy Clerk
Lender Legal PLLC
2807 Edgewater Drive
Orlando, Florida 32804

8/26-9/2/22LG 2T

---

**IN THE COUNTY COURT IN AND FOR
PASCO COUNTY, FLORIDA
CIVIL DIVISION**

CASE NO.: 20-CC-1810-ES

LONGLEAF NEIGHBORHOOD
ASSOCIATION, INC.,
Plaintiff,
vs.
DANIEL P. HALL, AN UNMARRIED MAN,
Defendant

**NOTICE OF SALE**

NOTICE IS HEREBY GIVEN that, pursuant to the Order or Motion to Cancel and Reset Foreclosure Sale entered in this cause on August 22, 2022 by the County Court of Pasco County, Florida, the property described as:

Lot 7, Block 1, Longleaf, Phase One, according to the plat thereof recorded in Plat Book 37, Pages 140 through 147 inclusive, Public Records of Pasco County, Florida.
More commonly known as 3054 Alachua Place, New Port Richey, FL 34655

will be sold at public sale by the Pasco County Clerk of Court, to the highest and best bidder, for cash, electronically online at www.pasco.realforeclose.com at 11:00 A.M. on September 12, 2022.

Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the lis pendens must file a claim with the Clerk no later than the date that the Clerk reports the funds as unclaimed.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact: Public Information Dept., Pasco County Government Center, 7530 Little Rd., New Port Richey, FL 34654, Phone: 727.847.8110 (voice) in New Port Richey, 352.521.4274, ext 8110 (voice) in Dade City, Or 711 for the hearing impaired. Contact should be initiated at least seven days before the scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven days.

/s/ C. Willis
Claire C. Willis, Esquire
Florida Bar No.: 125487
cwillis@bushross.com
H. Web Melton III, Esquire
Florida Bar No.: 0037703
wmelton@bushross.com
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, FL 33601
Phone: 813-204-6492
Fax: 813-223-9620
Attorney for Plaintiff

8/26-9/2/22LG 2T

---

**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT, IN AND FOR
PASCO COUNTY, FLORIDA**

Case No: 2022CA001667CAAXWS

WILMINGTON SAVINGS FUND
SOCIETY, FSB AS TRUSTEE OF WV
2017-1 GRANTOR TRUST,
Plaintiff,
vs.
UNKNOWN HEIRS, DEVISEES
GRANTEES, ASSIGNEES, LIENORS,
TRUSTEES, AND ANY OTHER
PARTIES CLAIMING BY, THROUGH,
UNDER OR AGAINST GILDA E. ROSS,
DECEASED, ET AL.
Defendants.

**NOTICE OF ACTION**

TO: UNKNOWN HEIRS, DEVISEES,
GRANTEES, ASSIGNEES, LIENORS,
TRUSTEES, AND ANY OTHER
PARTIES CLAIMING BY, THROUGH,
UNDER OR AGAINST GILDA E.
ROSS, DECEASED
9810 MOREHEAD LANE
PORT RICHEY, FL 34668
UNKNOWN HEIRS, DEVISEES,
GRANTEES, ASSIGNEES, LIENORS,
TRUSTEES, AND ANY OTHER
PARTIES CLAIMING BY, THROUGH,
UNDER OR AGAINST ANTHONY C.
CARUSO, DECEASED
9810 MOREHEAD LANE
PORT RICHEY, FL 34668

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property described as follows, to wit:

LOT 132, THE LAKES, UNIT ONE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 17, PAGES 57-59, INCLUSIVE, PUBLIC RECORDS OF PASCO COUNTY, FLORIDA

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Bradford Petrino, Esq., Lender Legal PLLC, 2807 Edgewater Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before September 26, 2022 (30 days from the first publication), otherwise a default will be entered against you for the relief demanded in the Complaint.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Public Information Dept., Pasco County Government Center, 7530 Little Rd., New

---

## PASCO COUNTY

Port Richey, FL 34654; (727) 847-8110 (V) in New Port Richey; (352) 521-4274, ext 8110 (V) in Dade City, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing impaired call 711. The court does not provide transportation and cannot accommodate for this service. Persons with disabilities needing transportation to court should contact their local public transportation providers for information regarding transportation services.

WITNESS my hand and seal of the said Court on the 24th day of August, 2022.
Clerk of The Circuit Court
By: /s/ Patty Hoogwind
Deputy Clerk
Lender Legal PLLC
2807 Edgewater Drive
Orlando, Florida 32804

8/26-9/2/22LG 2T

---

**IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

File No. 2022CP001205CPAXWS

IN RE: ESTATE OF
MARIAN B. HARRO
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of MARIAN B. HARRO, deceased, whose date of death was May 11, 2022; File Number 2022CP001205CPAXWS, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 38035 Live Oak Avenue, Dade City, FL 33525. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
EDWARD CHARLES MYERS
8000 Woodbrook Court
Hudson, FL 34667
Personal Representative's Attorneys:
Derek B. Alvarez, Esq.– FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq.– FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq.– FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

8/26-9/2/22LG 2T

---

**IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

File No. 2022CP000963CPAXES

IN RE: ESTATE OF
ELVERA MAE DANE
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of ELVERA MAE DANE, deceased, whose date of death was February 18, 2022, is pending in the Circuit Court for PASCO County, Florida, Probate Division, the address of which is 38053 Live Oak Avenue, Dade City, Florida 33523. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this

---

## PASCO COUNTY

is August 26, 2022.

Personal Representative:
/s/ Jeremy Dane
JEREMY J. DANE
3309 Lake Saxon Drive
Land O' Lakes, Florida 34639
Attorney for Personal Representative:
/s/ Sheron Alves Bass
Sheron Alves Bass, Esquire
Florida Bar Number: 752185
BASS LAW GROUP
9385 North 56th Street, Ste. 311
Temple Terrace, Florida 33617
Telephone: (813) 988-4040
Fax: (813) 988-1313
E-Mail: sheron@basslawgroup.com
E-Mail: elaine@basslawgroup.com

8/26-9/2/22LG 2T

---

**IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

File No. 2022CP001331CPAXWS

IN RE: ESTATE OF
WANDA GAIL MYERS
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of WANDA GAIL MYERS, deceased, whose date of death was August 27, 2020; File Number 2022CP001331CPAXWS, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is P.O. Box 338, New Port Richey, FL 34656-0338. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
CHARLES MYERS
8000 Woodbrook Court
Hudson, FL 34667
Personal Representative's Attorneys:
Derek B. Alvarez, Esq.– FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq.– FBN: 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq.– FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

8/26-9/2/22LG 2T

---

**IN THE CIRCUIT COURT IN AND FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

CASE NO.: 2022 CP 001432

IN RE: ESTATE OF
JEFFERY R. STEELE,
Deceased.

**NOTICE TO CREDITORS**
**(Summary Administration)**

TO ALL PERSONS HAVING CLAIMS OR DEMANDS AGAINST THE ABOVE ESTATE:

You are hereby notified that an Order of Summary Administration has been entered in the estate of Jeffery Steele, deceased, File Number 2022 CP 001432; by the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 7530 Little Road, New Port Richey, FL 34654; that the decedent's date of death was May 16, 2022 that the total value of the estate is $13,844.00, and that the names and addresses of those to whom it has assigned by such order are:

| Name | Address |
|---|---|
| Roxanne Steele | 12400 Coralbean Court New Port Richey, FL 34654 |

ALL INTERESTED PERSONS ARE NOTIFIED THAT:

All creditors of the estate of the decedent and persons having claims or demands against the estate of the decedent other than those for whom provision for payment was made in the Order of Summary Administration must file their claims with this court WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702. ALL CLAIMS AND DEMANDS NOT SO FILED WILL BE FOREVER BARRED. NOTWITHSTANDING ANY OTHER APPLICABLE TIME PERIOD, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 26, 2022.

Person Giving Notice:
/s/ ROXANNE STEELE
12400 Coralbean Court
New Port Richey, FL 34654
Attorney for Person Giving Notice:
/s/ James C. Taylor, Esquire
Taylor & Van Matre, P.A.
Florida Bar No.: 149445
4300 Bayou Boulevard, Suite 16
Pensacola, FL 32503
(850) 474-1030

8/26-9/2/22LG 2T

---

**IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

File No. 2022CP001086CPAXWS

IN RE: ESTATE OF
H. STEVENS HAINES
a/k/a HENRY STEVENS HAINES III
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of H. STEVENS HAINES, also known as HENRY STEVENS HAINES III, deceased, whose date of death was May 19, 2014, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is P.O. Box 338, New Port Richey, Florida 34656-0338. The names and addresses of the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS

---

## PASCO COUNTY, FLORIDA

Case No: 22-DR-4126-WS
Division: F

SETH ADAM FRANKLIN LAMB,
Petitioner,
and
CUI MARIE LAMB,
Respondent.

**NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)**

TO: CUI MARIE LAMB
Last Known Address:
6502 Ruth Dr.
Port Richey, FL 34668

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on SETH ADAM FRANKLIN LAMB, whose address is 16614 Hwy Dale, Hudson, FL 34667, on or before 9/20/2022, and file the original with the clerk of this Court at 7530 Little Rd, New Port Richey, FL 34654, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None.

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and email address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or emailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: 8/10/2022
Clerk of the Circuit Court, Pasco County
By: /s/ Alexandra Granone
Deputy Clerk

8/19-9/9/22LG 4T

---

**IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PASCO COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

CASE NO: 2020-CA-002346

NEW RIVER HOMEOWNERS
ASSOCIATION, INC.
Plaintiff,
vs.
STACIE TRAINHAM et al.,
Defendants

**NOTICE OF SALE**

Notice is hereby given that pursuant to a Final Judgment of Foreclosure entered on March 31, 2021 and an Order Directing Clerk to Disburse Funds and Rescheduling Foreclosure Sale entered on August 5, 2022, in the above styled cause, in the Circuit Court of Pinellas County, Florida, I, Ken Burke, Clerk of the Circuit Court, will sell the property situated in Pinellas County, Florida described as:

Lot 3, Block 8, New River Lakes, Phase "A", Slat "and C1", according to the plat thereof as recorded in Plat Book 38, Page 103, Public Records of Pasco County, Florida.
Address: 5426 New Savannah Circle, Wesley Chapel, FL 33545.

At public sale to the highest and best bidder for cash, at www.pasco.realforeclose.com the foreclosure sale scheduled will occur on September 15, 2022, at 10:00 a.m.

Any persons with a disability requiring accommodations should call New Port Richey (727) 847-8110; Dade City (352) 521-4274, ext. 8110; TDD 1-800-955-8771 via Florida Relay Service; no later than seven (7) days prior to any proceeding. Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the Lis Pendens must file a claim within 60 days after the sale.

Dated August 16, 2022.
By: /s/ Kalei McElroy Blair
Kalei McElroy Blair, Esquire
FBN Florida Bar No. 44613
812 W. Dr. MLK Jr. Blvd., Suite 101
Tampa, FL 33603
(813) 225-1918 (813) 225-2531 (fax)
kmbpleadings@whhlaw.com

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

File No. 2022CP001142

IN RE: ESTATE OF
GARY JOSEPH HEITZMAN
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of GARY JOSEPH HEITZMAN, deceased, whose date of death was May 8, 2022, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 38053 Live Oak Avenue, Dade City, FL 33525. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ Danny Lee Miller
DANNY LEE MILLER
35925 Verano Lane
Zephyrhills, Florida 33541
Attorney for Personal Representative:
/s/ Chelsea Waller-Douthard
CHELSEA WALLER-DOUTHARD, ESQ.
Florida Bar Number: 112266
WALLER LAW, P.A.

*(Continued on next page)*

---

AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Mary L. Haines
MARY L. HAINES
16704 Bent Pine Drive
Hudson, Florida 34667-5722
Attorney for Personal Representative:
/s/ Malcolm R. Smith
MALCOLM R. SMITH, ESQUIRE
Email: maiers1965@gmail.com
Florida Bar No. 513202
SPN # 61494
Law Office of Malcolm R. Smith, P.A.
P.O. Box 5469
Hudson, Florida 34674
Telephone: (727) 819-2256

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR PASCO
COUNTY, FLORIDA, SIXTH CIRCUIT,
PROBATE DIVISION**

UCN: 512022CP000943CPAXWS /
REF#: 2022CP000943CPAXWS

IN RE: ESTATE OF
Ira I. Richardson,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Ira I. Richardson, deceased, whose date of death was September 23, 2020; UCN: 512022CP000943CPAXWS REF#: 2022CP000943CPAXWS is pending in the Circuit Court for Pasco County, Florida, Probate Division; the address of which is P.O. Box 338, New Port Richey, Florida, 34656. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice has been served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE. ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

Personal Representative:
/s/ Judith A. Sundelin
5430 Avalon Lane
Lake in the Hills, IL 60156

Attorney for Personal Representative:
/s/ Deborah A. Bushnell, Esq.
Email: office@debbie@dbushnell.net
204 Scotland Street
Dunedin, FL 34698
Telephone: (727) 733-9064
FBN: 304441/SPN NO. 117974

8/19-8/26/22LG 2T

---

**IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION**

File No. 2022CP001142

IN RE: ESTATE OF
GARY JOSEPH HEITZMAN
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of GARY JOSEPH HEITZMAN, deceased, whose date of death was May 8, 2022, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 38053 Live Oak Avenue, Dade City, FL 33525. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## PASCO COUNTY

P.O. Box 1668
Dade City, Florida 33526-1668
Telephone: (352) 567-4690
Fax: (352) 567-1307
E-Mail: pleadings@wallerlawfl.com
Secondary E-Mail:
chelsea@wallerlawfl.com

8/19-8/26/22LG 2T

IN THE CIRCUIT COURT IN AND FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION
CASE NO. 22CP001175CPAXES

IN RE: ESTATE OF
THOMAS J. NOONAN,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of THOMAS J. NOONAN, deceased, Case Number 22CP001175CPAXES, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is 7530 Little Road, New Port Richey, FL 34654. The name and address of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons, who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, and who have been served a copy of this notice, must file their claims with this Court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of decedent and other persons who have claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, must file their claims with this Court WITHIN THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER DECEDENT'S DATE OF DEATH IS BARRED.

The date of the first publication of this Notice is August 19, 2022.

Personal Representative:
KACI DERBY
20303 Ash Grove Lane
Tampa, FL 33647

Attorney for Personal Representative:
DAWN M. CHAPMAN, ESQ.
Florida Bar #596791
LEGACY LAW OF FLORIDA, P.A.
Email: Info@LegacyLawofFl.com
Secondary Email:
dawn@LegacyLawofFl.com
205 N. Parsons Avenue
Brandon, FL 33510
813-643-1885

8/19-8/26/22LG 2T

IN THE CIRCUIT COURT FOR
PASCO COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022CP001078CPAXWS

IN RE: ESTATE OF
CHRISTOPHER MICHAEL ASSAF
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of CHRISTOPHER MICHAEL ASSAF, deceased, whose date of death was March 15, 2022; File Number 2022CP001078-CPAXWS, is pending in the Circuit Court for Pasco County, Florida, Probate Division, the address of which is P.O. Box 338, New Port Richey, FL 34656-0338. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is: August 26, 2022.

Personal Representative:
Steven Lowry
c/o Kenneth B. Costello, Esquire

Attorney for Personal Representative:
Kenneth B. Costello
Florida Bar No.: 0098915
BOYETTE, CUMMINS & NAILOS, PLLC
1635 East Highway 50, Suite 300
Clermont, Florida 34711
Telephone: (352) 394-2103
Facsimile: (352) 394-2105
E-Service: KCostello@BCNLawFirm.com
AKang@BCNLawFirm.com
Attorneys for Personal Representative

8/26-9/2/22LG 2T

**Notice of Public Auction**

Notice of Public Auction for monies due on Storage Unit located at: 15550 N US Hwy 19 September 2022 at or after 9:00 AM. Units are sold in custom common household items. Property is being sold under Florida Statute 83.806. The names of whose units will be sold are as follows:

| | 975 2nd Ave S Saint Pete FL 33704 | |
|4028|Ross Rick|$552.95|
|M116|Rhonda Locchesi|$368.67|
|2034|Rhonda Locchesi|$368.21|
|5037|Seaira Fulkinson|$672.27|
|5035|Titana Perry|$593.59|
|5027|Georgia Pride|$472.29|

| | 4015 Park Blvd Pinellas Park FL 33781 | |
|A244|Darius Rowe|$208.14|
|B139|Iesha Smart|$464.15|
|D286|Vikki Duffer|$303.54|
|D238|Linda Conner|$191.04|
|A246|Trust Of Martino|$580.20|
|C020|Carolyn Duff|$414.00|

## PINELLAS COUNTY

IN THE CIRCUIT COURT FOR

## PINELLAS COUNTY

PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-8199-ES
Division 004

IN RE: ESTATE OF
DEBORAH ANN ROWENS,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Deborah Ann Rowens, deceased, whose date of death was July 8, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
SHERRY ROWENS HART
5239 US Hwy 17 North
Brunswick, Georgia 31525

Attorney for Personal Representative:
JOSEPH A. DIVITO, ESQ.
Florida Bar Number: 226915
TRENAM LAW
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone: (727) 820-3963
Fax: (727) 820-3961
E-Mail: jdivito@trenam.com
Secondary E-Mail: egarcia@trenam.com

8/26-9/2/22LG 2T

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-006446-EP

IN RE: ESTATE OF
CHARLES E. THOMPSON,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of CHARLES E. THOMPSON, deceased, whose date of death was August 10, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 4745 1st Ave. N, St. Petersburg, Florida 33711. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is: August 26, 2022.

Personal Representative:
Steven Lowry
c/o Kenneth B. Costello, Esquire

Attorney for Personal Representative:
Kenneth B. Costello
Florida Bar No.: 0098915
BOYETTE, CUMMINS & NAILOS, PLLC
1635 East Highway 50, Suite 300
Clermont, Florida 34711
Telephone: (352) 394-2103
Facsimile: (352) 394-2105
E-Service: KCostello@BCNLawFirm.com
AKang@BCNLawFirm.com
Anomeys for Personal Representative

8/26-9/2/22LG 2T

**Notice of Public Auction**

Notice of Public Auction for monies due on Storage Unit located at: 15550 N US Hwy 19 the 13th of September 2022 at or after 9:00 AM. Units are sold in custom common household items. Property is being sold under Florida Statute 83.806. The names of whose units will be sold are as follows:

| | 6730 Seminole Blvd Seminole FL 33772 | |
|B141|Yvette Johnson|$671.81|
|C249|Sara Khattabb|$2058.30|
|C002|Carol Burns|$367.40|

| | 5200 Park St Saint Petersburg FL 33709 | |
|060|Alexia Marsh|$481.16|
|181|Teresa Haynes|$314.86|
|418|Melissa Teed|$488.18|
|420|Freddy Garcia-Ramos|$434.33|
|319|Donald Belsan|$300.40|

| | 6249 Seminole Blvd Seminole FL 33772 | |
|92|Seth Jones|$437.24|
|510|Michael Westfall|$261.28|
|511|Michelle Hutson|$255.84|
|367|Kasey Mcallister|$341.20|
|502|Bryan Kerwick|$277.18|
|906|Mario Grey|$431.90|
|447|Seth Jones|$245.18|
|422|Kara McQuiston|$343.76|
|750|Bryan Kerwick|$276.66|
|903|Olivia Lambert|$299.94|
|18|Erica Medina|$251.74|

| | 13040 Walsingham Rd. Largo, Fl 33774 | |
|C835|Danielle Steinberger|$303.50|
|C220|Jason Leaher|$351.41|
|E415|JD Oneal|$522.92|
|C264|Danielle Steinberger|$710.75|

| | 12420 Starkey Rd Largo, Fl 33771 | |
|B054|Ashley Land|$347.54|
|CC03-34|Francesca Era-Thompson|$275.80|
|C085|Andrew Rothermel|$1,229.95|
|EA15|Gabrielle Gallagher|$227.80|
|C029-30|Andrew Rothermel|$782.75|

| | 2180 Belcher Rd S Largo FL 33771 | |
|D103|Rebecca Mackowski|$468.54|
|D102|Kathy Knable|$633.04|
|C112|Colette Smith|$191.64|
|C114|Nguyen-Thao Tran|$242.14|
|B403|James Cerar|$111.84|
|A118|Troy Jackson|$218.34|
|E149|Tyquan Douglas|$436.19|

| | 13564 66th St N Largo FL. 33771 | |
|A-005|Aaron Watkins|$351.40|
|L-020|Malik Funabi|$159.70|
|E-204|Gary Shepherd|$367.40|
|E-102|Christina Roper|$399.30|
|L-026|Maat Hendrex|$159.70|
|1011|Merissa Smith|$369.40|

| | 23917 US Hwy 19 N Clearwater FL. 33765 | |
|2443|Avery Battista|$375.28|
|2235|Karen Barnard|$346.16|
|2005|Raymond Johnson|$521.80|
|1326|Yolanda Butler|$346.14|
|2132|Christina Ferraro|$713.10|
|2404|Kathleen Mcgloin|$392.04|

| | 30750 US Hwy 19 Palm Harbor FL. 34664 | |
|B300|Marissa Barnes|$351.40|
|B425|Surey Jimenez|$271.60|
|B987|Joseph Engel|$202.30|
|B301|Andrew Huston|$1,601.20|
|B484|Carol Tietjen|$415.30|
|B536|Nikita Green|$630.86|
|C132|Justin Rothman|$580.44|
|B135|Mike Walker|$356.80|
|B818|Brooks Hardee|$183.56|
|B506|Ringo Yeargin|$250.30|
|B489|Benjamin Taylor|$319.44|
|B129|Louis Emord|$710.75|

| | 6118 US HWY 19 New Port Richey FL. 34652 | |
|C302|Deborah Cagney|$381.25|
|C508|Demetrice Holcombe|$308.14|
|C452|Nathan Fager|$564.21|

| | 10214 US HWY US 19 N Port Richey FL. 34668 | |
|1008|Rose Jenkins|$369.88|
|1098|Patricia Jones|$369.88|
|1063|Alicia Major|$558.58|
|1232|Kim Furman|$319.44|
|1618|Mary Miller|$271.48|
|1275|Patricia Ciuto|$343.31|
|1573|Elizabeth Morris|$343.31|
|1561|Kasendra Beaman|$191.64|
|2059|Carmen Rivera|$447.24|
|1810|Ania Labrada|$247.44|
|1527|Lenore Rigney|$218.34|
|1110|Jasmin Ramos|$431.90|
|2064|Mallorie Johnson|$306.45|
|1012|Bethany Digiorgio|$218.34|
|1316|Mary Nix|$314.20|
|1282|Bagwell|$793.20|
|2575|Salvatore Milo|$250.30|
|1175|Ania Johnson|$415.30|
|1063|Cameron Fletcher|$399.28|
|1257|Carolynn Miles|$319.46|
|1019|Lisa Johnson|$415.31|
|1271|Jeremy Bagwell|$901.48|

| | 6200 US HWY 19 New Port Richey FL 34652 | |
|H-084|Rose Santiago|$176.56|
|J-01U|William Irmy|$167.62|
|F-001|Christopher Johnson|$283.20|
|E-006|Joseph Haynes|$642.35|
|H-067|Karen Zucker|$240.40|

| | 5631 US Hwy 19, New Port Richey, FL 34652 | |
|1236|Anthony Brown|$359.30|

8/26-9/2/22LG 2T

IN THE CIRCUIT COURT OF THE
6TH JUDICIAL CIRCUIT, IN AND FOR
PINELLAS COUNTY, FLORIDA
FAMILY DIVISION
Case No.: 22-6522-FD
Division: 23

MICHELE LUBISCO,
Petitioner
and
THOMAS WHITE,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE WITH MINOR CHILDREN**

TO: THOMAS WHITE
Last address: Unknown

YOU ARE NOTIFIED that an action for dissolution of marriage with minor children has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on MICHELE LUBISCO, whose address is 10736 64th Ave, Seminole, FL 33772, on or before 28 days after the first date of publication, and file the original with the clerk of this Court at 545 1st Ave N, St. Petersburg, FL 33701, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

If applicable, insert the legal description of real property, a specific description of personal property, and the name of the county in Florida where the property is located] None

## PINELLAS COUNTY

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the addresses on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: 8/23/2022

KEN BURKE
CLERK OF THE CIRCUIT COURT
315 Court Street - Room 170
Clearwater, Florida 33756-5165
(727) 464-7000
www.mypinellasclerk.org
By: /s/ Thomas Smith
Deputy Clerk

8/26-9/16/22LG 2T

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
CIVIL DIVISION
Case No. 22-002566-CO

THE HOMEOWNERS ASSOCIATION OF TOWNHOMES OF COUNTRYSIDE, INC., a Florida not-for-profit corporation,
Plaintiff,
vs.
DENISE E. LESTER, an unmarried woman and UNKNOWN TENANT,
Defendants.

**NOTICE OF SALE
PURSUANT TO CHAPTER 45**

NOTICE IS HEREBY GIVEN pursuant to a Final Judgment of foreclosure entered in Case No. 22-002566-CO, of the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, wherein THE HOMEOWNERS ASSOCIATION OF TOWNHOMES OF COUNTRYSIDE, INC., a Florida not-for-profit corporation is Plaintiff, and DENISE E. LESTER, is Defendant, the Clerk of the Pinellas County Court will sell to the highest bidder for cash on September 22, 2022, in an online sale at www.pinellas.realforeclose.com, beginning at 10:00 a.m., the following property as set forth in said Final Judgment, to wit:

LOT 31, TOWNHOMES OF COUNTRYSIDE, according to the map or plat thereof as recorded in Plat Book 97, pages 39-40, Public Records of Pinellas County, Florida.

Property Address: 2821 Thaxton Drive, Unit 31, Palm Harbor, FL 34684-4752

ANY PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER, AS OF THE DATE OF THE LIS PENDENS MUST FILE A CLAIM WITHIN 60 DAYS AFTER THE SALE.

Any persons with a disability requiring accommodations should call 727-464-4062; TDD 1-800-955-8771 via Florida Relay Service; no later than seven (7) days prior to any proceeding. Any person claiming an interest in the surplus from the sale, if any, other than the property owner as of the date of the Lis Pendens must file a claim within sixty (60) days after the sale.

Dated: August 24, 2022
/s/ Scott B. Tankel
Scott B. Tankel, Esq., FBN 118453
PRIMARY E-MAIL:
pleadings@tankellawgroup.com
TANKEL LAW GROUP
1022 Main Street, Suite D
Dunedin, FL 34698
(727) 736-1901 FAX (727) 736-2305
ATTORNEY FOR PLAINTIFF

8/26-9/2/22LG 2T

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
Case No. 22-CP-7976

IN RE: ESTATE OF
KATHY MARY SACKS
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of KATHY MARY SACKS, deceased, who died on June 21, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, Florida 33756. The names of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Petitioner:
Frank Sacks
Personal Representative
Attorney for Petitioner:
/s/ Thomas P. Gill
Thomas P. Gill, Jr., Esquire
Attorney for Personal Representative
Florida Bar Number: 0767980

## PINELLAS COUNTY

137 South Parsons Avenue
Brandon, FL 33511
Telephone: (813) 654-0514
Fax: (813) 684-3905
E-Mail: service @gilllawoffice.com

8/26-9/2/22LG 2T

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT, IN AND FOR
PINELLAS COUNTY, FLORIDA
Case No. 22-6645FD
Division: Family 17

VICTORIA LEBEDEVA,
Petitioner,
and
NIKOLAY KRYLOV,
Respondent.

**NOTICE OF ACTION FOR DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)**

TO: NIKOLAY KRYLOV
Last Known Address:
145 116th Avenue Unit 302
Treasure Island, FL 33706

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on VICTORIA LEBEDEVA, whose address is 145 116th Avenue Unit 302 Treasure Island, FL 33706, on or before 28 days after first publication, and file the original with the clerk of this Court at 501 1st Ave N, Saint Petersburg, FL 33701, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Designation of Current Mailing and email address, Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed or emailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions, including dismissal or striking of pleadings.

Dated: 8/23/2022
KEN BURKE
Clerk of the Circuit Court and Comptroller
315 Court Street, Clearwater,
Pinellas County, Florida 33756-5165
By: /s/ Thomas Smith
Deputy Clerk

8/26-9/16/22LG 4T

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-CP-004625

IN RE: ESTATE OF
JIMMIE ALAN OLSEN
a/k/a JIMMIE A. OLSEN
a/k/a JIMMIE OLSEN
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of JIMMIE ALAN OLSEN, deceased, whose date of death was December 17, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Room 106, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
DEBORAH L. OLSEN
303 Lakewood Road
Oldsmar, FL 34677

Attorney for Personal Representative:
Gregg G. Hockley, Esquire
gregghockleyatty@tampabay.rr.com
Florida Bar No. 441414
15511 Woodhall Place
Tampa, FL 33613
(813) 936-1532

8/26-9/2/22LG 2T

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
Case No.: 22-001642-ES

IN RE: ESTATE OF
FRANK WILSON,
Deceased.

**NOTICE TO CREDITORS**

The administration of the estate of Frank Wilson, deceased, whose date of death was August 24, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315

(Continued on next page)

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

## PINELLAS COUNTY

Court Street, Clearwater, Florida 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Frances Dellipas
1338 Sand Lake Circle
Tampa, Florida 33613

Attorney for Personal Representative:
Brice Zoecklein, Esq.
Email Address: brice@zoeckleinlawpa.com
Florida Bar No. 0085615
Zoecklein Law, P.A.
329 Pauls Drive
Brandon, Florida 33511

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-7198-ES

IN RE: ESTATE OF
KATHIE JEAN JACKMAN,
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Kathie Jean Jackman, deceased, whose date of death was April 29, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court St., Clearwater, FL 33756. The names and addresses of the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Julie Anna Weiss
5157 Canosa Ave
San Diego, California 92117

Attorney for Personal Representative:
Lorien Smith Johnson
Florida Bar Number 26662
DAVID TOBACK, ESQ
1211 N. Westshore Blvd., Suite 315
Tampa, Florida 33607
Telephone: (813) 758-3492
Fax: (888) 820-7248
E-Mail: lorien@davidtobacklaw.com
Secondary E-Mail:
court@davidtobacklaw.com

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-007946-ES

IN RE: ESTATE OF
JACKIE GORISSEN
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of JACKIE GORISSEN, deceased, whose date of death was September 23, 2022, File Number 22-007946-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

---

## PINELLAS COUNTY

The date of first publication of this notice is: August 26, 2022.

Personal Representative:
SIDNEY A. RICE
12700 Lagoon Ln.
Treasure Island, FL 33706

Personal Representative's Attorneys:
s/ Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
s/ Whitney C. Miranda, Esq. - FBN: 146528
WCM@GendersAlvarez.com
s/ Anthony F. Diecidue, Esq. - FBN: 65928
AFD@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

8/26-9/2/22LG 2T

---

IN THE COUNTY COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
CASE NO 2022-000814-CO

LIBRARY LAKE CONDOMINIUM
APARTMENTS ASSOCIATION, INC.
Plaintiff,
vs.
LAURA M. BENZ
Defendant.

### NOTICE OF SALE

NOTICE IS HEREBY GIVEN pursuant to an Agreed Final Judgment of Foreclosure entered in Case No. 2022-000814-CO, of the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, wherein LIBRARY LAKE CONDOMINIUM APARTMENTS ASSOCIATION, INC. is the Plaintiff, and LAURA M. BENZ, is the Defendant, the Clerk of the Pinellas County Court will sell to the highest bidder for cash on September 29, 2022, in an online sale at www.pinellas.realforeclose.com, beginning at 10:00 a.m., the following property as set forth in said Final Judgment, to wit:

That certain condominium parcel composed of UNIT 302 and an undivided interest or share in the common elements appurtenant thereto, in accordance with, and subject to the covenants, conditions, restrictions, easements, terms and other provisions of the Declaration of Condominium of LIBRARY LAKE CONDOMINIUM and Exhibits attached thereto, all as recorded in O.R. Book 4210, page 886 et seq., and the Plat thereof recorded in Condominium Plat Book 19, pages 91 through 94, inclusive, together with such additions and amendments as from time to time may be made to the Declaration of Condominium and Condominium Plat, all as recorded in the Public Records of Pinellas County, Florida.

The above description includes, but is not limited to, all appurtenances and fixtures located therein, including the undivided interest in the common elements of said condominium.

The Property is also known as: 1200 37th St. N. #302, St. Petersburg, FL 33713.

Pinellas County Parcel Number: 15-31-16-51601-000-0302.

Any persons claiming an interest in the surplus from the sale, in any, other than the property owner, as of the date of the lis pendens must file a claim within 60 days after the sale.

In accordance with the Americans With Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within seven (7) days prior to any proceeding, contact the Administrative Office of the Court, Pinellas County, 315 Court Street, Room 400, Clearwater, FL 33756; Telephone: (727) 464-3341, via Florida Relay Service.

Dated: August 19, 2022

s/ Candice J. Hart
Candice J. Hart, Esq.
Florida Bar #0071895
Primary: Candice@Hartlawandtitle.com
Hart Law and Title
a Limited Liability Company
1293 N. University Dr. #332
Coral Springs, FL 33071
Telephone: (800)725-4128
Attorney for Plaintiff

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-CP-002912 ES
Division: 003

IN RE: ESTATE OF
DAVID PAUL BOYD
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of DAVID PAUL BOYD, deceased, whose date of death was February 11, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Room 106, Clearwater, Florida 33756. The names and addresses of the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

---

## PINELLAS COUNTY

The date of first publication of this notice is August 26, 2022.

Personal Representative:
/s/ KATHERINE O.A. BOYD
24518 Mason Court
Lutz, Florida 33559

Attorney for Personal Representative:
/s/ Sheron Alves Bass, Esquire
Florida Bar Number: 752185
Bass Law Group
9385 North 56th Street, Ste. 311
Temple Terrace, Florida 33637
Telephone: (813) 968-4440
Fax: (813) 989-1313
E-Mail: sheron@basslawgroup.com
E-Mail: elaine@basslawgroup.com

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION

File No. 22-008587-ES

IN RE: ESTATE OF
DIANE CECILIA HERAZO
Deceased.

### NOTICE OF ACTION
(formal notice by publication)

TO: COURTNEY JOHNSON, BRETT JOHNSON, AND ANY AND ALL HEIRS OF THE ESTATE OF DIANE CECILIA HERAZO

YOU ARE NOTIFIED that a Petition for Administration has been filed in this court. You are required to serve a copy of your written defenses, if any, on the petitioner's attorney, whose name and address are: Derek B. Alvarez, Esquire, GENDERS ♦ ALVAREZ ♦ DIECIDUE, P.A., 2307 W. Cleveland Street, Tampa, FL 33609, on or before 9/23/2022, and to file the original of the written defenses with the clerk of this court either before service or immediately thereafter. Failure to serve and file written defenses as required may result in a judgment or order for the relief demanded, without further notice.

Signed on August 26, 2022.

Ken Burke
Clerk of the Circuit Court & Comptroller
As Clerk of the Court

By: s/ Deputy Clerk
As Deputy Clerk

8/26-9/16/22LG 4T

---

NOTICE OF INTENTION TO REGISTER
FICTITIOUS TRADE NAME

Notice is hereby given that the undersigned intend(s) to register with the Florida Department of State, Division of Corporations, pursuant to Section 865.09 of the Florida Statutes (Chapter 90-267), the trade name of:

CORE CARE GROUP HOME 1
Owner: Core Care Group Home, LLC
111 2nd Avenue N.E. Suite 360
St. Petersburg, FL 33701

8/26/22LG 1T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-008217-ES

IN RE: ESTATE OF
JANET ROSE KOCH, A/K/A
JANET R. KOCH
Deceased.

### NOTICE OF ACTION
(formal notice by publication)

TO: LAURA ANN MAY, ROBERT J. KOCH, JR. AND ANY AND ALL HEIRS OF JANET ROSE KOCH, A/K/A JANET R. KOCH

YOU ARE NOTIFIED that a Petition for Administration has been filed in this court. You are required to serve a copy of your written defenses, if any, on the petitioner's attorney, whose name and address are: Derek B. Alvarez, Esquire, GENDERS ♦ ALVAREZ ♦ DIECIDUE, P.A., 2307 W. Cleveland Street, Tampa, FL 33609, on or before September 23, 2022, and to file the original of the written defenses with the clerk of this court either before service or immediately thereafter. Failure to serve and file written defenses as required may result in a judgment or order for the relief demanded, without further notice.

Signed on August 18, 2022.

First Publication on August 26, 2022.

Ken Burke
Clerk of the Circuit Court & Comptroller
As Clerk of the Court

By: s/ E. E.
As Deputy Clerk

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-008217-ES

IN RE: ESTATE OF
CAROL L. DONATELLO
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of CAROL L. DONATELLO A/K/A CAROL B. DONATELLO, deceased, whose date of death was March 17, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
PHYLLIS ELAINE AUMULLER
313 2nd Ave. SW
Largo, Florida 33770

Attorney for Personal Representative:
Jack F. White III
Attorney
Florida Bar Number 0985864
1108 S. Highland Avenue
Clearwater, Florida 33756
Telephone: (727) 726-0455
Fax: (727) 725-8075
E-Mail:
jack@clearwaterprobateattorney.com
Secondary E-Mail:
lauren@clearwaterprobateattorney.com

8/19-8/26/22LG 2T

---

## PINELLAS COUNTY

DA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
JEFFREY J. DONATELLO
986 Hannum Springs Drive
Villa Rica, Georgia 30180

Attorney for Personal Representative:
Lauren Ashley Silvers
1108 S. Highland Avenue
Clearwater, Florida 33756
Telephone: (727) 726-0645
Fax: (727) 754-9375
E-Mail:
lauren@clearwaterprobateattorney.com

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
CASE NO: 22-006539-ES

IN RE: ESTATE OF:
THOMAS GLENN DAVENPORT,
Deceased

### NOTICE TO CREDITORS

The administration of the estate of THOMAS GLENN DAVENPORT, deceased, whose date of death was May 23, 2022, Case Number 22-006539-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, Florida 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, and on whom a copy of this notice has been served must file their claims with this court WITHIN THE LATER OF THREE MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 OF THE FLORIDA PROBATE CODE, WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 26, 2022.

Personal Representative:
Margaret Anne Alison
2200 Mermaid Point
St. Petersburg, FL 33707

Personal Representative's Attorney:
JACK BROOKS, ESQUIRE
Florida Bar No. 15033
P.O. Box 10339
Tampa, FL 33679-0339
Email: jwo7666@gmail.com
Telephone: 813-817-3281

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-007655

IN RE: ESTATE OF
DONNA S. HOBBS
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of DONNA S. HOBBS, deceased, whose date of death was June 2, 2021, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33755. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Allan Bates
100 Deer Trail Road
Rogers, Arkansas 72756

Attorney for Personal Representative:
/s/ L. Tyler Yonge, Attorney
Florida Bar Number: 98179
DRUMMOND WEHLE YONGE LLP
6987 East Fowler Avenue
Tampa, Florida 33617
Telephone: (813) 983-8000
Fax: (813) 983-8001
E-Mail: tyler@dwyfirm.com
Secondary E-Mail: amy@dwyfirm.com

8/19-8/26/22LG 2T

---

## PINELLAS COUNTY

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-CP-8214
Division B

IN RE: ESTATE OF
EDWARD W. KIRBY, JR.
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of Edward W. Kirby, Jr., deceased, whose date of death was May 23, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court St # 300, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Roger E. Kirby
4585 Nichols Road
Castalia, Ohio 45426

Attorney for Personal Representative:
Kara Evans, Attorney
Florida Bar Number: 381136
5308 Van Dyke Road
Lutz, Florida 33558
Telephone: (813) 758-2173
Fax: (813) 926-6517
E-Mail: kara@karaevansattorney.com
Secondary E-Mail: evanskeone@aol.com

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-008162-ES

IN RE: ESTATE OF
JAMES RUSSELL BATES
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of James Russell Bates, deceased, whose date of death was June 7, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Room 106, Clearwater, Florida 33756. The names and addresses of the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
s/ Allan Bates
100 Deer Trail Road
Rogers, Arkansas 72756

Attorney for Personal Representative:
s/ L. Tyler Yonge, Attorney
Florida Bar Number: 98179
DRUMMOND WEHLE YONGE LLP
6987 East Fowler Avenue
Tampa, Florida 33617
Telephone: (813) 983-8000
Fax: (813) 983-8001
E-Mail: tyler@dwyfirm.com
Secondary E-Mail: amy@dwyfirm.com

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-004642-ES

IN RE: ESTATE OF
ALEXANDER ROBERTO GENE
Deceased.

### NOTICE TO CREDITORS

The administration of the estate of ALEXANDER ROBERTO GENE, deceased, whose date of death was July 16, 2021, File Number 22-004642-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITH—

(Continued on next page)

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## PINELLAS COUNTY

IN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PE-RIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is: August 19, 2022.

Personal Representative's:
WALTER CALVIN GENE, JR.
8505 Waters Ave., Apt. 114
Savannah, GA 31406

Personal Representative's Attorneys:
s/ Derek B. Alvarez, Esq. - FBN: 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN: 146526
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN: 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT OF THE
SIXTH JUDICIAL CIRCUIT, IN AND FOR
PINELLAS COUNTY, FLORIDA
Case No: 22-2275-FD

THAO DINH TRON,
Petitioner,
and
SITHANY UNG,
Respondent.

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)

TO: SITHANY UNG
Last Known Address:
2836 29th Ave North
St. Petersburg, FL 33713

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on THAO DINH TRON whose address is 2836 29th Ave North, St. Petersburg, FL 33713, on or before 28 days after first publication, and file the original with the clerk of this Court at 315 Court St., Room 170, Clearwater, FL 33756, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Cir-cuit Court's office notified of your cur-rent address. (You may file Designation of Current Mailing and email address, Florida Supreme Court Approved Fam-ily Law Form 12.915.) Future papers in this lawsuit will be mailed or emailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated: 8/11/2022
KEN BURKE
Clerk of the Circuit Court and Comptroller
315 Court Street, Clearwater,
Pinellas County, Florida 33756-5165
By: /s/ Thomas Smith
Deputy Clerk

8/19-9/9/22LG 4T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
Case No: 22-005344FD

MINERVA M. MORALES,
Petitioner,
and
ELIECER ARAUZ MENA,
Respondent.

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)

TO: ELIECER ARAUZ MENA
Last Known Address:
7900 E. Colonial Dr.
Orlando, FL 32807

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on MINERVA M MORALES whose address is 4546 Miramar Dr. Unit 1105, Madeira Beach, FL 33708, on or before 28 days after first publication, and file the original with the clerk of this Court at 545 First Ave N, St. Petersburg, FL 33701, before service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the petition.

The action is asking the court to decide how the following real or personal property should be divided: None

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Cir-cuit Court's office notified of your cur-rent address. (You may file Designation of Current Mailing and email address, Florida Supreme Court Approved Fam-ily Law Form 12.915.) Future papers in

## PINELLAS COUNTY

this lawsuit will be mailed or emailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated: 8/15/2022
KEN BURKE
Clerk of the Circuit Court and Comptroller
315 Court Street, Clearwater,
Pinellas County, Florida 33756-5165
By: /s/ Thomas Smith
Deputy Clerk

8/19-9/9/22LG 4T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
UCN: 522022CP006857XXESXX
CASE NO.: 22-006857-ES

IN RE: ESTATE OF
DORIS ANN NOSODA,
Deceased.

NOTICE TO CREDITORS

The administration of the estate of Do-ris Ann Nosoda, deceased, whose date of death was March 30, 2022; Case Number 22-006857-ES, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Clearwater, FL 33756. The names and address of the personal representative's at-torney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, including unmatured, contingent or unliquidated claims, on whom a copy of this notice is served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or de-mands against decedent's estate, includ-ing unmatured, contingent or unliquidated claims, must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT SO FILED WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this Notice is August 19, 2022.

Personal Representative:
Kella A. Hobbs
211 Cleveland School Rd.
Beckley, WV 25801

Attorney for Personal Representative:
Kristine M. Reighard, Esquire
STRACK, SIMMS & REIGHARD, PLLC
900 Drew Street, Suite 1
Clearwater, FL 33755
Florida Bar No. 092689

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT FOR
PINELLAS COUNTY, FLORIDA
PROBATE DIVISION
File No. 22-003902-ES
Division 004

IN RE: ESTATE OF
DONALD J. ORCHARD
Deceased.

NOTICE TO CREDITORS

The administration of the estate of Don-ald J. Orchard, deceased, whose date of death was March 12, 2022, is pending in the Circuit Court for Pinellas County, Florida, Probate Division, the address of which is 315 Court Street, Room 106, Clearwater, FL 33756. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLI-CATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUB-LICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERI-ODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Gregory K. Orchard
2115 S. Cortez Avenue
Tampa, Florida 33629

Attorney for Personal Representative:
Kristopher E. Fernandez, Esquire
Florida Bar Number: 0606847
114 S. Fremont Avenue
Tampa, Florida 33606
Telephone: (813) 822-6340
E-Mail: service@kfernandezlaw.com

8/19-8/26/22LG 2T

---

IN THE CIRCUIT COURT AND FOR
PINELLAS COUNTY, FLORIDA
21-006718-GD · SECTION 004

IN RE:
GUARDIANSHIP OF
RENATE TYROLER

NOTICE OF DISCHARGE OF LIMITED
GUARDIAN OF PROPERTY

## PINELLAS COUNTY

this lawsuit will be mailed or emailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated: 8/15/2022
KEN BURKE
Clerk of the Circuit Court and Comptroller
315 Court Street, Clearwater,
Pinellas County, Florida 33756-5165
By: /s/ Thomas Smith
Deputy Clerk

8/19-9/9/22LG 4T

---

Ludwig Holzhammer hereby gives notice that on August 2, 2022, he has petitioned the Court to discharge him as Limited Guardian of the Property of Renate Tyroler in Florida upon the grounds of change of domicile of the ward who lives in Germany. A Final Accounting has been filed with the Court.

The Foreign Guardian is Ludwig Holzhammer, Bischof-Altmann-Strasse 16, 94474 Vilshofen an der Donau, Germany.

The Jurisdiction of the ward will be transferred to the foreign jurisdiction.

Any objection to the final report or the petition for discharge shall be filed within the later of 30 days from the date of service of the petition for discharge or the date of first publication of the notice and should be sent to The Circuit Court for Pinellas County, 545 First Avenue North, St. Petersburg, FL 33701.

Such objection shall be in writing and shall state with particularity each item to which the objection is directed and the grounds on which the objection is based.

Within 90 days after filing of the objection, a notice of hearing thereon shall be served or the objection is abandoned.

The first date of Publication is: August 5, 2022

Ludwig Holzhammer, Petitioner
Bischof-Altmann-Strasse 16, 94474
Vilshofen an der Donau, Germany
/s/ Patrick Ruster
Patrick Ruster, Attorney for Petitioner
patrick@rusterlaw.com
Florida Bar Number 123917
3908 26th St W
Bradenton, FL 34205
941-313-7208

8/5-8/26/22LG 4T

## POLK COUNTY

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT IN AND FOR
POLK COUNTY, FLORIDA
Case No: 2022 DR-1562

Patricia A Wright
Petitioner,
and
Conway Rhooms
Respondent,

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE
(NO CHILD OR FINANCIAL SUPPORT)

TO: Conway Rhooms
5034 Michael Jay Street
Lakeland, GA 30059

YOU ARE NOTIFIED that an action for dissolution of marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it on Patrice A Wright whose ad-dress is 934 Century Dr. Kissimmee, FL 34759 on or before 09/19/22 and file the original with the clerk of this Court at 255 N. Broadway Ave Bartow, FL 33830 be-fore service on Petitioner or immediately thereafter. If you fail to do so, a default may be entered against you for the re-lief demanded in the petition.

The action is asking the court to decide how the following real or personal prop-erty should be divided: (insert "none" or, if applicable, the legal description of real property, a specific description of personal property, and the name of the county in Florida where the property is located):

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Cir-cuit Court's office notified of your cur-rent address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Fam-ily Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the address(es) on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated: 08/11/2022
Stacy M. Butterfield, CPA
Clerk of the Circuit Court
By: /s/ Brianna White
Deputy Clerk

8/26-9/16/22LG 4T

---

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT,
IN AND FOR POLK COUNTY, FLORIDA
FAMILY LAW
Case No.: 2022-DR-006717
SEC. 02

In Re: The Marriage of:
STACEY MOYERS,
Petitioner,
and
RONALD ALAN MOYERS
Respondent

NOTICE OF ACTION FOR
DISSOLUTION OF MARRIAGE WITH
PROPERTY BUT NO DEPENDENT OR
MINOR CHILDREN

TO: RONALD ALAN MOYERS

YOU ARE NOTIFIED that an action for Dissolution of Marriage has been filed against you and that you are required to serve a copy of your written defenses, if any, to it upon Antonio G. Martin, Esq., Attorney for Petitioner, whose address is 1420 Celebration Blvd, Suite 200, Celebra-tion, Florida 34747 on or before SEPTEM-BER 29 2022 and file the original with the Clerk of this Court at 255 N. Broadway Avenue, Bartow, Florida 33830, before service on Attorney for Petitioner or imme-diately thereafter. If you fail to do so, a default may be entered against you for the relief demanded in the Petition.

## POLK COUNTY

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents upon request.

You must keep the Clerk of the Cir-cuit Court's office notified of your cur-rent address. (You may file Designation of Current Mailing and E-Mail Address, Florida Supreme Court Approved Fam-ily Law Form 12.915.) Future papers in this lawsuit will be mailed or e-mailed to the addresses on record at the clerk's office.

WARNING: Rule 12.285, Florida Fam-ily Law Rules of Procedure, requires certain automatic disclosure of docu-ments and information. Failure to com-ply can result in sanctions, including dismissal or striking of pleadings.

Dated: 08/22/2022
Stacy M. Butterfield
Clerk of the Circuit Court
By: D. Reid
Deputy Clerk

8/26-9/16/22LG 4T

---

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT IN AND
FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

CASE NO. 2021CA000527000000

MILL CITY MORTGAGE LOAN TRUST
2018-3, WILMINGTON SAVINGS FUND
SOCIETY, FSB, AS TRUSTEE
Plaintiff,
vs.
BETH CAMPBELL A/K/A BETH S.
CAMPBELL; et al,
Defendants/

NOTICE OF SALE
PURSUANT TO CHAPTER 45

NOTICE IS HEREBY GIVEN pursuant to an Order dated August 16, 2022, and en-tered in Case No. 2021CA000527000000 of the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida, wherein Mill City Mortgage Loan Trust 2018-3, Wilmington Savings Fund Soci-ety, FSB, as Trustee is the Plaintiff and BETH CAMPBELL A/K/A BETH S. CAMP-BELL; JAMES CAMPBELL; and HIGH-LAND HARBOR HOMEOWNERS' ASSO-CIATION INC, the Defendants. Stacy M. Butterfield, CPA, Clerk of the Circuit Court in and for Polk County, Florida will sell to the highest and best bidder for cash at www.polk.realforeclose.com, the Clerk's website for on-line auctions at 10:00 AM on September 16, 2022, the following de-scribed property as set forth in said Order of Final Judgment, to wit:

Lot 21, Highland Harbor, according to the map or plat thereof as recorded in Plat Book 117, Page 36, of the Public Records of Polk County, Florida.

IF YOU ARE A PERSON CLAIMING AN INTEREST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS, YOU MUST FILE A CLAIM WITH THE CLERK OF COURT BEFORE OR NO LATER THAN THE DATE THAT THE CLERK REPORTS THE SURPLUS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS. AFTER THE FUNDS ARE RE-PORTED AS UNCLAIMED, ONLY THE OWNER OF THE RECORD AS OF THE DATE OF THE LIS PENDENS MAY CLAIM THE SURPLUS.

If the sale is set aside, the Purchaser may be entitled to only a return of the sale deposit less any applicable fees and costs and shall have no further recourse against the Mortgagor, Mortgagee or the Mortgagee's Attorney.

In accordance with the Americans With Disabilities Act, persons in need of a spe-cial accommodation to participate in this proceeding shall, within seven (7) days pri-or to any proceeding, contact the Adminis-trative Office of the Court, Polk County, 255 N. Broadway, Bartow, FL 33830, Tele-phone (863) 534-4000, via Florida Relay Service.

DATED at Polk County, Florida, this 22nd day of August, 2022.

GILBERT GARCIA GROUP, P.A.
Attorney for Plaintiff
2313 W. Violet St.
Tampa, Florida 33603
Telephone: (813) 443-5087
Fax: (813) 443-5089
emailservice@gilbertgrouplaw.com
By: /s/ Amy M. Kiser, Esq.
Florida Bar No. 46196
630282.28179/TLL

8/26-9/2/22LG 2T

---

IN THE CIRCUIT COURT IN AND
FOR POLK COUNTY, FLORIDA
CASE NO.: 2022CA002455000000

ALPA SHARMA, DHARMENDRA
POKHARNA AND SURESH GUPTA,
Plaintiff,
vs.
SYLVIA HARRIS, JOHN TULLOCH,
ASSOCIATION OF POINCIANA
VILLAGES, INC., POINCIANA VILLAGE
SEVEN ASSOCIATION, INC., CRISTINA
ALAMINO ANJA JULIA CRISTINA
ALAMINO, RAFAEL ALAMINO,
AMPARO VALENCIA AND STACEY LEE
GAYLOR,
Defendant

NOTICE OF ACTION

TO: SYLVIA HARRIS and all others claiming by, through and under SYLVIA HARRIS and STACEY LEE GAYLOR and all others claiming by, through and under STACEY LEE GAYLOR

YOU ARE NOTIFIED that an action to quiet the title on the following real property in Polk County, Florida:

Parcel 1:
Lot 5, Block 473, Poinciana Neighbor-hood 2 West, Village 7, according to the map or plat thereof as recorded in Plat Book 55, Page(s) 5 through 18, inclusive, of the Public Records of Polk County, Florida a/k/a 436 Vernon Ct Poinciana, FL 34759 ("Parcel 1")

Parcel 2:
Lot 6, Block 484, Poinciana Neighbor-hood 2 West, Village 7, according to the map or plat thereof as recorded in Plat Book 55, Page(s) 5 through 18, inclusive, of the Public Records of

## POLK COUNTY

Polk County, Florida a/k/a 1210 Baltic Way Poinciana, FL 34759 ("Parcel 4")

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on J.D. Marzo, of Marzo & Associates, P.A., Plaintiff's at-torney, whose address is 4767 New Broad Street, Orlando, FL 32814, telephone number (407) 514-2692, on or before Sep-tember 26, 2022, and file the original with the Clerk of this Court either before ser-vice on Plaintiff's attorney or immediately there-after; otherwise a default will be entered against you for the relief demanded in the Complaint or petition.

DATED this 18th day of August, 2022.

Stacy M. Butterfield
Clerk of the Circuit Court
By: s/ Asuncion Nieves
As Deputy Clerk

8/26-9/16/22LG 4T

---

IN THE CIRCUIT COURT OF THE TENTH
JUDICIAL CIRCUIT OF THE STATE OF
FLORIDA, IN AND FOR POLK COUNTY
CIVIL DIVISION
Case No.: 2018-CA-12

THE HUNTINGTON NATIONAL BANK,
Plaintiff,
-vs-
HELEN M. LAPERS, TEWANDA L.
CAPERS and HIGHLANDS AT CREW
LAKES HOMEOWNERS' ASSOCIATION,
INC.,
Defendants.

NOTICE OF SALE

Notice is hereby given that, pursuant to an Amended Final Judgment of Foreclos-ure and an Order on Plaintiff's Motion to Cancel and Reschedule Foreclosure Sale entered in the above-styled cause, in the Circuit Court of Polk County, Florida, Sta-cy M. Butterfield, the Clerk of the Circuit Court, will sell the property situate in Polk County, Florida, described as:

LOT 21, HIGHLANDS AT CREWS LAKE WEST, ACCORDING TO THE MAP OR PLAT THEREOF RECORD-ED IN PLAT BOOK 121, PAGES 7 AND 8, OF THE PUBLIC RECORDS OF POLK COUNTY, FLORIDA,

at public sale, to the highest and best bid-der, for cash, in an online sale at www.polk. realforeclose.com, beginning at 10:00 a.m., on September 30, 2022

ANY PERSON CLAIMING AN INTER-EST IN THE SURPLUS FUNDS FROM THIS SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS, MUST FILE A CLAIM WITHIN 60 DAYS AFTER THE SALE IN ACCORDANCE WITH SECTION 45.031(1)(a), FLORIDA STATUTES.

NOTE: THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFOR-MATION OBTAINED WILL BE USED FOR THAT PURPOSE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are en-titled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator, 255 N. Broadway Avenue, Bartow, Florida 33830, (863) 534-4686, at least 7 days before your scheduled court appearance, or im-mediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

DATED this 19th day of August, 2022.

VICTOR H. VESCHIO, Esquire
For the Court
By: /s/ VICTOR H. VESCHIO, Esquire
Gibbons Neuman
3321 Henderson Boulevard
Tampa, Florida 33609
Email to: ahendricks@gibblaw.com

8/26-9/2/22LG 2T

---

IN THE COUNTY COURT IN AND FOR
POLK COUNTY, FLORIDA
Case No.: 2021-CC-002411

William's Preserve Homeowners
Association, Inc.,
Plaintiff,
vs.
Gerardo J. Gonzalez Rivera; et al.
Defendant(s).

NOTICE OF FORECLOSURE SALE

NOTICE is hereby given pursuant to an Order on Plaintiff's Motion to Reschedule Foreclosure Sale, dated August 15, 2022, and entered in Case Number: 2021-CC-002411, of the County Court in and for Polk County, Florida. To be published in La Gaceta Newspaper, wherein William's Preserve Homeowners Association, Inc. is the Plaintiff, and Gerardo J. Gonzalez Rivera and Diana M. Nunez Santos; and All Unknown Tenants/Owners are the Defendants, the clerk will sell to the high-est and best bidder for cash at www.polk. realforeclose.com at 10:00 o'clock A.M. on September 19, 2022, the following de-scribed property as set forth in said Order, to-wit:

Property Description:
LOT 243, WILLIAM'S PRESERVE PHASE 3-B, ACCORDING TO THE MAP OR PLAT THEREOF, AS RE-CORDED IN PLAT BOOK 167, PAGE(S) 48 THROUGH 52, INCLU-SIVE, OF THE PUBLIC RECORDS OF POLK COUNTY, FLORIDA.
Property Address: 622 Samuel Place, Davenport, FL 33837

ANY PERSON CLAIMING AN INTER-EST IN THE SURPLUS FROM THE SALE, IF ANY, OTHER THAN THE PROPERTY OWNER AS OF THE DATE OF THE LIS PENDENS MUST FILE A CLAIM WITHIN 60 DAYS AFTER THE SALE.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are en-titled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator within 2 working days of your receipt of this notice; if you are hearing or voice impaired, call 711.

(Continued on next page)

LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT

## POLK COUNTY

DHN ATTORNEYS, P.A.
3203 Lawton Road, Ste. 125
Orlando, Florida 32803
Telephone: (407) 269-5346
Facsimile: (407) 650-2765
Attorney for Association
By: /s/ Crystal Maier
Crystal Maier, Esquire
Florida Bar No. 1018320
crystal@dhnattorneys.com

8/26-9/2/22LG 2T

---

### IN THE CIRCUIT COURT FOR
### POLK COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022CP0027200000XX

IN RE: ESTATE OF
SCOTTY EUGENE ELLISON
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of SCOTT EUGENE ELLISON, deceased, whose date of death was December 27, 2021; File Number 2022CP0027200000XX, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is Post Office Box 9000, Bartow, FL 33831. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
SUE ANN FELTER
210 Trailview Way
Polk City, Florida 33808

Attorney for Personal Representative:
Derek B. Alvarez, Esq. - FBN 114278
DBA@GendersAlvarez.com
Anthony F. Diecidue, Esq. - FBN 146528
AFD@GendersAlvarez.com
Whitney C. Miranda, Esq. - FBN 65928
WCM@GendersAlvarez.com
GENDERS♦ALVAREZ♦DIECIDUE, P.A.
2307 West Cleveland Street
Tampa, Florida 33609
Phone: (813) 254-4744
Fax: (813) 254-5222
Eservice for all attorneys listed above:
GADeservice@GendersAlvarez.com

8/19-8/26/22LG 2T

---

### IN THE CIRCUIT COURT FOR
### POLK COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-CP-002839

IN RE: ESTATE OF
GAIL H.BURKE
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of GAIL H.BURKE, deceased, whose date of death was July 10, 2022, is pending in the Circuit Court for POLK County, Florida, Probate Division, the address of which is 255 N Broadway Ave., Bartow, FL 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
Tonya Burke
146 NW 22 Ln
Sunrise, Florida 33323

Attorney for Personal Representative:
Beth K. Roland
Attorney
Florida Bar number: 103674
Haley Headock
Florida Bar Number: 1018582
Family First Firm
1901 W. Colonial Drive
Orlando, Florida 32804
Telephone: (407) 574-8125
Fax: (407) 476-1101
E-Mail Addresses: beth@familyfirstfirm.com
Secondary E-Mail:
probate@familyfirstfirm.com

8/19-8/26/22LG 2T

---

### IN THE TENTH JUDICIAL CIRCUIT
### IN AND FOR POLK COUNTY, FLORIDA

CASE NUMBER: 22-CP-1061-XX
SECTION 14

## POLK COUNTY

IN RE: ESTATE OF
ARCHIE WAYNE GAUSE,
Deceased.

#### NOTICE TO CREDITORS

The administration of the Estate of ARCHIE WAYNE GAUSE deceased, whose date of death was August 23, 2021, is pending in the Circuit Court for Polk County, Florida, Probate Division, the address of which is 255 N Broadway Ave, Bartow, FL 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate on whom a copy of this notice is required to be served must file their claims with this court ON OR BEFORE THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this COURT WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN FLORIDA STATUTES SECTION 733.702 WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIODS SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Holly Fugere
Holly Fugere
Petitioner

Attorney for Personal Representative:
/s/ Anwar E. Hadeed
Anwar E. Hadeed, Esq.
Florida Bar Number: 1018036
The Florida Probate & Family Law Firm
Samah T. Abukhodeir, Esq.
Florida Bar Number: 106015
2600 S. Douglas Rd., Suite 502
Coral Gables, FL 33134
Office Line: (305) 677-5119
Facsimile: (305) 735-6468
Email: anwar@fplf.com
aservice@fplf.com

8/19-8/26/22LG 2T

---

### IN THE CIRCUIT COURT OF THE
### TENTH JUDICIAL CIRCUIT IN AND
### FOR POLK COUNTY, FLORIDA
PROBATE DIVISION
File No. 021CP0025940000XX

IN RE:
ESTATE OF WILLIAM H. NANCE
Deceased.

#### NOTICE TO CREDITORS

Administration of the estate of William H. Nance, deceased, whose date of death was October 11, 2020, is pending in the above-referenced court, the address of which is PO Box 9000 Drawer CC-4, Bartow, FL 33831. The names and addresses of the personal representative and personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, or persons on whom a copy of this notice is required to be served, must file their claims with this court within the time periods set forth in Florida Statutes Sections 733.702 and 733.710 or be forever barred.

The date of first publication of this notice is August 19, 2022.

Personal Representative:
/s/ Lee Muhammad
Lee Muhammad
c/o Barrister Law Firm
2002 E. Robinson St.
Orlando, FL 32803

Attorney for Petitioner:
/s/ Christi Leigh McCullars
Christi Leigh McCullars, Esq.
Florida Bar Number: 0115767
Barrister Law Firm, P.A.
2002 E. Robinson St.
Orlando, FL 32803
Telephone: (407) 205-2906
Fax: (407) 386-6621
E-Mail: christi@barlaw.com

8/19-8/26/22LG 2T

---

### IN THE CIRCUIT COURT FOR
### POLK COUNTY, FLORIDA
PROBATE DIVISION
File No. 2022-CP-002479

IN RE: ESTATE OF
CAROL ANN WILLIAMS,
Deceased.

#### NOTICE TO CREDITORS

The administration of the estate of CAROL ANN WILLIAMS, deceased, whose date of death was January 21, 2021; File Number 2022-CP-002479, is pending in the Circuit Court for POLK County, Florida, Probate Division, the address of which is 255 North Broadway Avenue, Bartow, Florida 33830. The names and addresses of the personal representative and the personal representative's attorney are set forth below.

All creditors of the decedent and other persons having claims or demands against decedent's estate, on whom a copy of this notice is required to be served, must file their claims with this court WITHIN THE LATER OF 3 MONTHS AFTER THE TIME OF THE FIRST PUBLICATION OF THIS NOTICE OR 30 DAYS AFTER THE DATE OF SERVICE OF A COPY OF THIS NOTICE ON THEM.

All other creditors of the decedent and other persons having claims or demands against decedent's estate must file their claims with this court WITHIN 3 MONTHS AFTER THE DATE OF THE FIRST PUBLICATION OF THIS NOTICE.

ALL CLAIMS NOT FILED WITHIN THE TIME PERIODS SET FORTH IN SECTION 733.702 OF THE FLORIDA PROBATE CODE WILL BE FOREVER BARRED.

NOTWITHSTANDING THE TIME PERIOD SET FORTH ABOVE, ANY CLAIM FILED TWO (2) YEARS OR MORE

## POLK COUNTY

AFTER THE DECEDENT'S DATE OF DEATH IS BARRED.

The date of first publication of this notice is August 19, 2022.

Signed on August 10, 2022.

Personal Representative:
/s/ SEAN F. BOGLE, ESQ.
c/o Sean F. Bogle, Esq.
101 S. New York Ave., Suite 205
Winter Park, FL 32789

Attorney for Personal Representative:
/s/ Sean F. Bogle, Esq.
Email: sean@boglelawfirm.com
Florida Bar No. 0106313
BOGLE LAW FIRM
101 S. New York Ave., Suite 205
Winter Park, FL 32789
Telephone: 407-834-3311
Fax: 407-834-3302

8/19-8/26/22LG 2T

---

### NOTICE OF ACTION
Polk County

#### BEFORE THE BOARD OF NURSING

IN RE: The License to practice Nursing Assistant

Amber L. Cummins, C.N.A.
1800 Bryan Lane
Auburndale, FL 33823

2715 FDC Grove Road
Davenport, FL 33837

CASE NO.: 2019-32138
LICENSE NO.: CNA321254
The Department of Health has filed an Administrative Complaint against you, a copy of which may be obtained by contacting, Logan White, Assistant General Counsel, Prosecution Services Unit, 4052 Bald Cypress Way, Bin #C65, Tallahassee Florida 32399-3265, (850) 558-9913.

If no contact has been made by you concerning the above by September 16, 2022 the matter of the Administrative Complaint will be presented at an ensuing meeting of the Board of Nursing in an informal proceeding.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact the individual or agency sending this notice not later than seven days prior to the proceeding at the address given on the notice. Telephone: (850) 245-4640, 1-800-955-8771 (TDD) or 1-800-955-8770 (V), via Florida Relay Service.

8/5-8/26/22 4T

## SARASOTA COUNTY

### Notice of Action by the Southwest Florida Water Management District

Notice is given that the District's Intended-Agency Action is approval of the application for a Water Use Permit to serve Landscape/Recreation activities. The total authorized withdrawal is 9,700 GPD, Peak Month is 26,700 GPD, and Drought Annual Average is 11,100 GPD. The project is located in Sarasota County, Section(s) 19; Township 36 South; Range 19 East. The permit applicant is APEX BP, LLC whose address is 5969 Cattleridge Blvd., Suite 200, Sarasota, FL 34232. The Permit No. is 20020908.001. The file(s) pertaining to this project is available for inspection Monday – Friday except for legal holidays, 8am – 5pm, at the Southwest Florida Water Management District, 7601 Highway 301 North, Tampa, FL 33637.

#### Notice of Rights

Any person whose substantial interests are affected by the District's action regarding this matter may request an administrative hearing in accordance with Sections 120.569 and 120.57, Florida Statutes (F.S.), and Chapter 28-106, Florida Administrative Code (F.A.C.), of the Uniform Rules of Procedure. A request for hearing must (1) explain how the substantial interests of each person requesting the hearing will be affected by the District's action, or proposed action; (2) state all material facts disputed by each person requesting the hearing or state that there are no disputed facts; and (3) otherwise comply with Chapter 28-106, F.A.C. A request for hearing must be filed with and received by the Agency Clerk of the District at the District's Brooksville address, 2379 Broad Street, Brooksville, FL 34604-6899 within 21 days of publication of this notice. Failure to file a request for hearing within this time period shall constitute a waiver of any right such person may have to request a hearing under Sections 120.569 and 120.57, F.S. Because the administrative hearing process is designed to formulate final agency action, the filing of a petition means that the District's final action may be different from the position taken by it in this notice of agency action. Persons whose substantial interests will be affected by any such final decision of the District in this matter have the right to petition to become a party to the proceeding, in accordance with the requirements set forth above. Mediation pursuant to Section 120.573, F.S., to settle an administrative dispute regarding the District's action in this matter is not available prior to the filing of a request for hearing.

8/26/22LG 1T

---

### NOTICE OF INTENDED AGENCY ACTION BY THE SOUTHWEST FLORIDA WATER MANAGEMENT DISTRICT

Notice is given that the District's Intended-Agency Action is approval of the application for a Water Use Permit to serve Landscape/Recreation activities. The total authorized withdrawal is 6,000 GPD, Peak Month is 17,500 GPD, and Drought Annual Average is 8,500 GPD. The project is located in Sarasota County, Section(s) 19; Township 36 South; Range 19 East. The permit applicant is Collier Fruitville, LLC, whose address is 120 N. Main Street, Gainesville, FL 32601. The Permit No. is 20021053.000. The file(s) pertaining

## SARASOTA COUNTY

to this project is available for inspection Monday – Friday except for legal holidays, 8am – 5pm, at the Southwest Florida Water Management District, 7601 Highway 301 North, Tampa, FL 33637.

#### Notice of Rights

Any person whose substantial interests are affected by the District's action regarding this matter may request an administrative hearing in accordance with Sections 120.569 and 120.57, Florida Statutes (F.S.), and Chapter 28-106, Florida Administrative Code (F.A.C.), of the Uniform Rules of Procedure. A request for hearing must (1) explain how the substantial interests of each person requesting the hearing will be affected by the District's action, or proposed action; (2) state all material facts disputed by each person requesting the hearing or state that there are no disputed facts; and (3) otherwise comply with Chapter 28-106, F.A.C. A request for hearing must be filed with and received by the Agency Clerk of the District at the District's Brooksville address, 2379 Broad Street, Brooksville, FL 34604-6899 within 21 days of publication of this notice. Failure to file a request for hearing within this time period shall constitute a waiver of any right such person may have to request a hearing under Sections 120.569 and 120.57, F.S. Because the administrative hearing process is designed to formulate final agency action, the filing of a petition means that the District's final action may be different from the position taken by it in this notice of agency action. Persons whose substantial interests will be affected by any such final decision of the District in this matter have the right to petition to become a party to the proceeding, in accordance with the requirements set forth above. Mediation pursuant to Section 120.573, F.S., to settle an administrative dispute regarding the District's action in this matter is not available prior to the filing of a request for hearing.

8/26/22LG 1T

---

### IN THE CIRCUIT COURT OF THE
### TWELFTH JUDICIAL CIRCUIT AND
### FOR SARASOTA COUNTY, FLORIDA
Case No: 2022 CA 002954 NC

Wilmington Savings Fund Society, FSB, as Trustee of WV 2017-1 Grantor Trust,

Plaintiff,

vs.

Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Trustees, and any Other Parties Claiming, by through under or against Vincent A. Caccese, Deceased, et al.,

Defendants.

#### NOTICE OF ACTION

TO: Unknown Heirs, Devisees, Grantees, Assignees, Lienors, Trustees, and any Other Parties Claiming, by through under or against Vincent A. Caccese, Deceased #100 Sarasota, FL 34234

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property described as follows, to wit:

UNIT 100, VILLAGE GARDENS, PHASE II, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM, AS RECORDED IN OFFICIAL RECORDS BOOK 1302, PAGE 1441, AS AMENDED, AND AS PER PLAT THEREOF RECORDED IN CONDOMINIUM BOOK 13, PAGE 39, AS AMENDED, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Bradford Petrino, Esq., Lender Legal PLLC, 2807 Edgewater Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before 30 days from the first publication, otherwise a default will be entered against you for the relief demanded in the Complaint.

WITNESS my hand and seal of this Court on the 10th day of August, 2022.
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
By: /s/ Glen Kopinsky
Deputy Clerk

8/19-8/26/22LG 2T

---

### IN THE CIRCUIT COURT OF THE
### TWELFTH JUDICIAL CIRCUIT AND
### FOR SARASOTA COUNTY, FLORIDA
Case No: 2022 CA 003104 NC

WILMINGTON SAVINGS FUND SOCIETY, FSB AS TRUSTEE OF WV 2017-1 GRANTOR TRUST,

## SARASOTA COUNTY

Plaintiff,

vs.

UNKNOWN HEIRS, ETC., OF JEANNE E. MORNEAU, DECEASED, ET AL.,

Defendants.

#### NOTICE OF ACTION

TO: UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, LIENORS, TRUSTEES, AND ANY OTHER PARTIES CLAIMING BY, THROUGH, UNDER OR AGAINST JEANNE E. MORNEAU, DECEASED
5205 OLD BRADENTON RD, SARASOTA, FL 34234

LAST KNOWN ADDRESS STATED, CURRENT RESIDENCE UNKNOWN and any unknown heirs, devisees, grantees, creditors and other unknown persons or unknown spouses claiming by, through and under the above-named Defendant(s), if deceased or whose last known addresses are unknown.

YOU ARE HEREBY NOTIFIED that an action to foreclose Mortgage covering the following real and personal property described as follows, to wit:

THE EAST 38.5 FEET OF THE SOUTH 66 FEET OF LOT 17 BLOCK 8, OF THE UNRECORDED PLAT OF ARMSTRONG ACRES, AS RECORDED IN DEED BOOK 205, PAGES 176 THROUGH 179, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA. BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGIN AT THE INTERSECTION OF THE SOUTH LINE OF THE NE 1/4 OF THE NE 1/4 OF THE SE 1/4 OF SECTION 1, TOWNSHIP 36 SOUTH, RANGE 18 EAST, SARASOTA COUNTY, FLORIDA AND THE RANGE LINE IN THE CENTER OF OLD BRADENTON ROAD; RUN THENCE WEST PARALLEL TO THE QUARTER-QUARTER LINE, 30 FEET; RUN THENCE SOUTH, 30 FEET; RUN THENCE WEST 148.5 FEET; RUN THENCE SOUTH 268 FEET; RUN THENCE EAST 50 FEET FOR A P.O.B., RUN THENCE NORTH 66 FEET; RUN THENCE EAST 88.5 FEET TO THE WEST LINE OF OLD BRADENTON ROAD; RUN THENCE ALONG WEST LINE OF OLD BRADENTON ROAD, 86 FEET; RUN THENCE WEST, 88.5 FEET TO THE POINT OF BEGINNING, LYING AND BEING IN SEC. 1, TWP. 36S, RGE. 17E, SARASOTA COUNTY, FLORIDA.

has been filed against you and you are required to serve a copy of your written defenses, if any, to it on Bradford Petrino, Esq., Lender Legal PLLC, 2807 Edgewater Drive, Orlando, Florida 32804 and file the original with the Clerk of the above-styled Court on or before 30 days from the first publication, otherwise a default will be entered against you for the relief demanded in the Complaint.

WITNESS my hand and seal of the said Court on the 10th day of August, 2022.
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
By: /s/ Glen Kopinsky
Deputy Clerk

8/19-8/26/22LG 2T

---

### NOTICE OF ACTION
Sarasota County

#### BEFORE THE BOARD OF NURSING

IN RE: The License to practice Nursing Assistant

Natasha L. Ray, C.N.A.
7461 West Country Club Drive N
Apt. 109
Sarasota, FL 34234

CASE NO.: 2019-48644
LICENSE NO.: CNA348550
The Department of Health has filed an Administrative Complaint against you, a copy of which may be obtained by contacting, Logan White, Assistant General Counsel, Prosecution Services Unit, 4052 Bald Cypress Way, Bin #C65, Tallahassee Florida 32399-3265, (850) 558-9913.

If no contact has been made by you concerning the above by September 16, 2022 the matter of the Administrative Complaint will be presented at an ensuing meeting of the Board of Nursing in an informal proceeding.

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact the individual or agency sending this notice not later than seven days prior to the proceeding at the address given on the notice. Telephone: (850) 245-4640, 1-800-955-8771 (TDD) or 1-800-955-8770 (V), via Florida Relay Service.

8/5-8/26/22LG 4T

small step no. 34

# FETCH THIS
# PAPER YOURSELF

TAKE A SMALL STEP TO GET HEALTHY

www.smallstep.gov


Ad Council.org



# Conozca la próxima generación de impulsores del cambio



Durante casi dos décadas, nuestro programa Student Leaders® ha ayudado a estudiantes de la escuela secundaria con mentalidad cívica a prepararse para ser exitosos en la fuerza de trabajo, al conectarlos con empleos, desarrollo de habilidades y servicio. A través de capacitación en liderazgo y pasantías remuneradas con organizaciones locales sin fines de lucro, como **Boys & Girls Clubs of Tampa Bay** y **Boys & Girls Clubs of the Suncoast,** adquieren tanto experiencia práctica profesional como de vida. Es solo otra manera en la que estamos trabajando junto con nuestras comunidades para construir un mejor futuro para todos.



*Los jóvenes miembros de nuestra comunidad están más involucrados y empoderados que nunca. Me encantaría poder ver lo que pueden lograr.*

Bill

Bill Goede
Presidente de Bank of America en Tampa Bay

## ¿Qué quiere lograr?®

Conozca más en **bankofamerica.com/tampabay** (solo se ofrece en inglés).

## BANK OF AMERICA

Bank of America, N.A. Miembro de FDIC. Igualdad de oportunidades de crédito © 2022 Bank of America Corporation. Todos los derechos reservados.