# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County Clerk of Courts

Case Number

## Motion for Permission for Electronic Case Filing

As the *Plaintiff* in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

    (a) A computer with internet access;

    (b) An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

1

(c) A scanner to convert documents that are only in paper format into electronic files;

(d) A printer or copier to create required paper copies such as chambers copies;

(e) A word-processing program to create documents; and

(f) A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed

# I   CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all Defendants.

| 8-29-2022 | *[signature]* |
|---|---|
| Date | Signature |

Blake Warner, *pro-se*

3002 W Cleveland Street, #C8

Tampa, FL 33609

E-Service: BLAKE@NULL3D.COM