# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:22-CV-1977

Plaintiff:
**BLAKE WARNER**

vs.

Defendant:
**HILLSBOROUGH COUNTY CLERK OF COURTS**

Received by Barbara Bramante on the 29th day of August, 2022 at 12:00 pm to be served on **Hillsborough County Clerk Of Courts, 600 E. Kennedy Blvd, 13th Floor, Tampa, FL 33602**.

I, Barbara Bramante, being duly sworn, depose and say that on the **29th day of August, 2022** at **2:50 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Civil Cover Sheet, Motion for Permission for Electronic Case Filing, Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Christine Natti** as **Aide** at the address of: **600 E. Kennedy Blvd, 13th Floor, Tampa, FL 33602**, who stated they are authorized to accept service for **Hillsborough County Clerk Of Courts**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document, and the facts stated in it are true. No notary requried pursuant to F.S. 92.525(2)

Subscribed and Sworn to before me on the 29th day of August, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

**Barbara Bramante**
20-506346

American Veteran Process LLC
P.O. Box 18703
Tampa, FL 33679
(813) 464-0009

Our Job Serial Number: AMB-2022001181

SUSAN MEYER
Notary Public-State of Florida
Commission # HH 245693
My Commission Expires
July 19, 2026

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h

8/29/22 2:30p
bcb 20-506346

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

BLAKE WARNER
_Plaintiff(s)_
v.

Hillsborough County Clerk of Courts
_Defendant(s)_

Civil Action No. 8:22-CV-1977

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Hillsborough County Clerk of Courts
600 E. Kennedy Blvd., 13th Floor
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLAKE WARNER
3002 W Cleveland St, #C8
Tampa, FL 33609

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Alejandro Castillo
_Signature of Clerk or Deputy Clerk_

Date: August 29, 2022