# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Notice of Constitutional Challenge

*Plaintiff*, pursuant to Fed. R. Civ. P. 5.1(a), respectfully files this Rule 5.1 Notice of Constitutional Challenge of Fla. Stat. § 116.21 and § 50.031 with the Court. The questions presented in the Complaint (D.E. 1) are:

1. Whether Fla. Stat. § 50.011 et seq "Publication of legal notices" satisfies due process, as applied.

2. Whether Fla. Stat. § 116.21 "Unclaimed moneys" satisfies due process, as applied and on it's face.

3. Whether Fla. Stat. § 116.21 "Unclaimed moneys" constitutes a taking without just compensation.

1

# 1  Certificate of Service

I certify that a copy hereof has been furnished to Defendant and to the Florida Attorney General at their designated email address[1] to receive such Fla. R. Civ. P. 5.1 notices: oag.civil.eserve@myfloridalegal.com.

| | |
|---|---|
| 9-3-2022 | *[signature]* |
| Date | Signature |
| | Blake Warner, *pro-se* |
| | 3002 W Cleveland Street, #C8 |
| | Tampa, FL 33609 |
| | E-Service: BLAKE@NULL3D.COM |

---

[1] https://www.myfloridalegal.com/pages.nsf/Main/9EBC46A978828D8A85257A7E004DF2D1