

Blake Warner <blake@null3d.com>

---

# NOTICE OF CONSTITUTIONAL CHALLENGE TO FLA. STAT. 116.21 and 50.031
1 message

---

**Blake Warner** <blake@null3d.com>  Sat, Sep 3, 2022 at 9:10 AM
To: oag.civil.eserve@myfloridalegal.com, patrick.brathwaite@akerman.com, jason.margolin@akerman.com

Please find the attached Fed. R. Civ. P. 5.1 Notice and complaint (with attached exhibits).

best regards,
-Blake

---

**4 attachments**

 notice_constitutional_challenge.pdf
79K

00_complaint.pdf
118K

 00_complaint_attach_extortion.pdf
301K

00_complaint_attach_la_gaceta_aug_26.pdf
8559K