UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

Plaintiff,

V.

CASE NUMBER: 8:22-CV-1977

HILLSBOROUGH COUNTY
CLERK OF COURTS,

Defendant,
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

**Jason L Margolin, Esq.**, and **Patrick S. Brathwaite, Esq.**, of the law firm **Akerman LLP**, hereby enter their appearance as counsel on behalf of **Defendant, HILLSBOROUGH COUNTY CLERK OF COURTS**, and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF, e-mail, or at the address listed below, as appropriate.

Dated:  September 19, 2022

Respectfully submitted,
*/s/ Patrick S. Brathwaite*
**Jason L. Margolin, Esq.**
Lead Counsel
Florida Bar No.: 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com

66365608;1

                              **Patrick S. Brathwaite, Esq.**
                              Florida Bar No.: 1018493
                              patrick.brathwaite@akerman.com
                              ava.hill@akerman.com
                              **AKERMAN LLP**
                              401 E. Jackson Street, Suite 1700
                              Tampa, Florida 33602
                              Telephone: (813) 223-7333
                              Facsimile: (813) 223-2837
                              *Attorneys for the Clerk of*
                              *Hillsborough County Circuit Court*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the EPortal and e-mail on September 19, 2022, to Blake Warner at blake@null3d.com.


                              */s/ Patrick S. Brathwaite*
                              Patrick S. Brathwaite