UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

V.

                        CASE NUMBER: 8:22-CV-1977

HILLSBOROUGH COUNTY
CLERK OF COURTS,

    Defendant,
_____/

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant, HILLSBOROUGH COUNTY CLERK OF COURTS ("Clerk"), by and through its undersigned counsel and pursuant to Local Rule 3.03, hereby discloses:

1. **The name of each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:**

    a. Hillsborough County Clerk of Courts ("Clerk"), Defendant

    b. Jason L. Margolin, Esq., Defendant Clerk's Counsel

    c. Patrick S. Brathwaite, Esq., Defendant Clerk's Counsel

    d. Blake Warner, Plaintiff

66355656;1

2. **The name each entity with publicly traded shares or debt potentially affected by the outcome:**

None.

3. **The name of each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

None.

4. **The name of each person arguably eligible for restitution.**

Blake Warner, Plaintiff.

I hereby certify that, except as disclosed above, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this case, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: September 19, 2022

Respectfully submitted,

/s/ Patrick S. Brathwaite
**Jason L. Margolin, Esq.**
Lead Counsel
Florida Bar No.: 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com
**Patrick S. Brathwaite, Esq.**
Florida Bar No.: 1018493
patrick.brathwaite@akerman.com
ava.hill@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
*Attorneys for the Clerk of Hillsborough County Circuit Court*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the EPortal and e-mail on September 19, 2022, to Blake Warner at blake@null3d.com.

/s/ *Patrick S. Brathwaite*
Patrick S. Brathwaite

66355656;1