# EXHIBIT 1

**From:** Blake Warner <blake@null3d.com>
**Sent:** Friday, July 29, 2022 9:10 AM
**To:** Brathwaite, Patrick (Assoc-Tpa) <patrick.brathwaite@akerman.com>; Margolin, Jason (Ptnr-Tpa) <jason.margolin@akerman.com>
**Subject:** Fla. Stat. 772.11 DEMAND LETTER

**[External to Akerman]**

Mssrs:

This is a letter demanding $10,800 (tripple $,3600) pursuant Fla. Stat. 772.11 for your client, Clerk of the Hillsborough County Circuit Court, embezzling $3,600 from Mr. Warner's escrow account held for case number 2018-CC-22377. After 30 days, absent either payment or stipulation, a lawsuit will be filed against your client for theft and breach of fiduciary duty, among other possible causes of action.

best regards,
-Blake

1