EXHIBIT 2

Case 8:22-cv-01977-MSS-SPF   Document 11-2   Filed 09/19/22   Page 2 of 3 PageID 96

# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

| | |
|---|---|
| Boutique Apartments LLC<br>Plaintiff, | |
| v. | |
| Blake Warner<br>Defendant, | Case No    2018-CC-22377 |
| | Division M |
| Blake Warner<br>Third Party Plaintiff, | Jury Trial Demanded |
| v. | |
| Jessie Darkes<br>Third Party Defendant, | |

## Notice of Address Change

Defendant, Blake Warner, is hereby giving notice that his address has changed to:

Blake Warner

502 S. Fremont Ave. #1322

Tampa, FL 33606

1

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

_6-22-2018_
_____

Date

_Blake Warner_
_____

Signature

Blake Warner, Pro Se

502 S. Fremont Ave. #1322

Tampa, FL 33606

E-Service: blake@null3d.com

2