# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Unopposed Motion for Extension of Time

*Plaintiff* Blake Warner, *pro se*, pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests that this court enter an order extending the deadline for *Plaintiff* to file a motion to strike affirmative defenses and answers from *Defendant*'s Answer.

## Events

1. On 09-19-2022, *Defendant* filed their Answer.

2. On 09-21-2022, *Plaintiff* contacted *Defendant* to schedule a meet and confer regarding a motion to strike affirmative defenses, and served them with a draft of the motion. The parties agreed to a 09-30-2022 conference date.

3. On 09-29-2022, *Defendant* indicated that they would not be in the office as a result of Hurricane Ian, and therefore would not be able to attend the scheduled 09-30-2022 phone conference.

4. *Defendant* requested a new 10-06-2022 conference date, which *Plaintiff* agreed to on the condition that they do not oppose a motion for extension of time to file a motion to strike–due on 10-10-2022–which they agreed to.

## Conclusion

**Wherefore** *Plaintiff* requests an order extending the deadline to file a motion to strike **fourteen (14) days to 10-24-2022**, to give the parties time to confer and file any papers necessary, if any.

# I   Local Rule 3.01(g) Certification

I certify that on 09-29-2022, I conferred with *Defendant*'s counsel who indicated that they not opposed to the extension.

# II   Certificate of Service

I certify that a copy hereof has been furnished to all counsel's of record via CM/ECF system.

9-30-2022

Date

Signature

Blake Warner, *pro-se*

3002 W Cleveland Street, #C8

Tampa, FL 33609

E-Service: BLAKE@NULL3D.COM