UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

Plaintiff,

V.

CASE NUMBER: 8:22-CV-1977

HILLSBOROUGH COUNTY
CLERK OF COURTS,

Defendant,
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
AND SUBSTITUTION OF COUNSEL WITHIN FIRM**

PLEASE TAKE NOTICE that: (1) Gregg Moran of Akerman LLP appears as counsel for Defendant, Cindy Stuart, in her official capacity as Clerk of Court, Hillsborough County ("Defendant"), and shall be substituted as attorney of record in place of Patrick Brathwaite of Akerman LLP in the above-referenced case; and (2) Patrick Brathwaite shall be removed as an attorney of record on behalf of the Defendant and no further copies of pleadings, notices, orders, correspondence, or other papers should be furnished to him in accordance therewith.

66365608;1

The undersigned represents that the Defendant has been informed of and consents to this substitution.

Dated: December 14, 2022

>
> Respectfully submitted,
> */s/ Gregg M. Moran*
> **Jason L. Margolin, Esq.**
> Lead Counsel
> Florida Bar No.: 69881
> jason.margolin@akerman.com
> judy.mcarthur@akerman.com
> **Gregg M. Moran, Esq.**
> Florida Bar No. 1011060
> gregg.moran@akerman.com
> ava.hill@akerman.com
> **AKERMAN LLP**
> 401 E. Jackson Street, Suite 1700
> Tampa, Florida 33602
> Telephone: (813) 223-7333
> Facsimile: (813) 223-2837
> *Attorneys for the Clerk of*
> *Hillsborough County Circuit Court*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the EPortal and e-mail on December 14, 2022, to Blake Warner at blake@null3d.com.

> */s/ Gregg M. Moran*
> Attorney