# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

| | |
|---|---|
| BOUTIQUE APARTMENTS LLC<br>PLAINTIFF,<br><br>v.<br><br>BLAKE WARNER<br>DEFENDANT, | CASE NO   2018-CC-22377<br><br>DIVISION M |
| BLAKE WARNER<br>THIRD PARTY PLAINTIFF,<br><br>v.<br><br>JESSIE DARKES<br>THIRD PARTY DEFENDANT, | JURY TRIAL DEMANDED |

**DEFENDANT ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND THIRD PARTY COMPLAINT**

(i)

EXHIBIT A

## Table of Contents

Answer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Affirmative Defenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I    Failure to State a Cause of Action Upon Which Relief Can Be Granted . . . . . . . . . . . 2

II    Failure to State a Cause of Action Upon Which Relief Can Be Granted . . . . . . . . . . . 2

III   Failure to Serve a Proper, Non-Defective Termination Notice . . . . . . . . . . . . . . . 2

IV   First Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

V    Castle Defense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

VI   Self Defense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

VII  Defense of Another Person . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

VIII Lack of Intent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

IX   Unclean Hands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

X    Selective Enforcement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

XI   Retaliatory Eviction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

XII  Discriminatory Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

XIII Reservation of Right To Supplement Defenses . . . . . . . . . . . . . . . . . . . . . . 4

Counter-Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I    Intrusion - Invasion of Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

II    Intrusion - Invasion of Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

| | | |
|---|---|---:|
| III | Breach of Implied Covenant of Good Faith and Fair Dealing | 6 |
| IV | Breach of Covenant of Quiet Enjoyment | 7 |
| V | Breach of Implied Covenant of Good Faith and Fair Dealing | 8 |
| VI | Conversion | 9 |
| VII | Conversion | 9 |
| VIII | Wrongful Eviction | 10 |
| IX | Wrongful Eviction | 10 |
| X | Fair Housing Violation | 11 |
| XI | Breach of Implied Covenant of Good Faith and Fair Dealing | 11 |
| XII | Intentional Infliction of Emotional Distress | 12 |
| XIII | Malicious Prosecution | 12 |
| | Jury Trial Demand | 13 |
| | Nature of Relief Requested | 13 |
| I | Monetary Relief | 13 |
| II | Declarative Relief | 14 |
| III | Injunctive Relief | 14 |
| IV | Other Relief | 14 |
| | Conclusion | 14 |
| | Third Party Complaint | 14 |

Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Counts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

I   Malicious Prosecution . . . . . . . . . . . . . . . . . . . . . . . . . 19

II   Defamation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Jury Trial Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Nature of Relief Requested . . . . . . . . . . . . . . . . . . . . . . . . . . 20

I   Monetary Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

II   Other Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

## II  OTHER RELIEF

46. And such other relief as the Court may deem appropriate.

## CONCLUSION

Wherefore Third Party Plaintiff demands judgment against Third Party Defendant

4-27-18

Date

Signature

Blake Warner, Pro Se

3012 W De Leon St, Apt 23

Tampa, FL 33609

## CERTIFICATE OF SERVICE

I certify a copy of the attached document has been furnished to:

__Charles Barrett__
Name of ___Plaintiff, ✓ Plaintiff's Attorney or ___Defendant   (check one)

__307 S. Fielding Ave, Ma__
Address

__Tampa, FL. 33606__
City, State and zip code

By (check one)_____ hand delivery __✓__ Mail _____ Fax __✓ email__

this __27__ day of __April__ 20__18__.
      (Day)              (Month)        (Year)

__/s/__
Signature of person filing documents

__3012 W De Leon St #23__
Address

__Tampa FL 33609__
City, State and zip code

__212-542-0055__
Phone

__blake@NULL3D.COM__
Fax and or Email Address