IN THE THIRTEENTH JUDICIAL CIRCUIT
HILLSBOROUGH COUNTY, FLORIDA

ADMINISTRATIVE ORDER S-2019-005
(Supersedes Administrative Order S-2007-036)

### CHANGE OF CONTACT INFORMATION

Florida Rule of Judicial Administration 2.515 requires attorneys to provide an address, telephone number, and e-mail address on each document filed with the court. Self-represented litigants must provide an address and telephone number and may provide an e-mail address on all documents filed with the court.

Both attorneys and self-represented litigants experience changes of address, telephone numbers, or e-mail address during the pendency of litigation. The court, the Clerk of the Court ("clerk") and other parties need to be notified of such changes to addresses, telephone numbers, and e-mail addresses in order to provide proper notice or service of court documents.

The courts and the clerk do not uniformly receive timely notices of change of contact information from all attorneys and self-represented litigants. When the courts and the clerk do receive notices of change of contact information, the notices do not always identify the case number(s) associated with the attorney or self-represented litigant.

By the power vested in the chief judge under article V, section 2(d), Florida Constitution; section 43.2, Florida Statutes; and Florida Rule of Judicial Administration 2.215(b)(2), it is ORDERED:

1. **Designation of Current Mailing and E-Mail Address Form**
The clerk will provide access to a Designation of Current Mailing and E-Mail Address form for use by attorneys and self-represented litigants that complies with the requirements of this administrative order.

2. **Duty of Attorneys and Self-Represented Litigants**
If an attorney or self-represented litigant experiences a change in mailing address, telephone number, or e-mail address, or any combination of these, the attorney or self-represented litigant must promptly file with the clerk and serve all parties a separate Designation of Current Mailing and E-Mail Address form for each case associated with the attorney or self-represented litigant. Self-represented

EXHIBIT C

are allowed but not required to provide the clerk and all parties with an e-mail address. If a self-represented litigant decides to serve and receive documents by e-mail, the litigant must continue using e-mail service unless otherwise ordered by the presiding judge.

### 3. **Reliance on Obsolete Contact Information**

If attorneys and self-represented litigants who experience a change of mailing address, telephone number, or e-mail address, or any combination of these, do not comply with section 2 of this administrative order, the courts, clerk and other parties have a right to rely on the contact information appearing in the most recent document filed in a court file.

### 4. **Previous Administrative Order Superseded**

This administrative order supersedes Administrative Order S-2007-036 (*Notice of Change of Contact Information*).

### 5. **Effective Date**

This administrative order is effective March 1, 2019.

ENTERED in Tampa, Hillsborough County, Florida on February 4, 2019.

Ronald N. Ficarrotta, Chief Judge

Original to: Pat Frank, Clerk of the Circuit Court
Copy to:    All Judges
            Hillsborough County Bar Association

Page 2 of 2 – Administrative Order S-2019-005 (*Change of Contact Information*)