IN THE THIRTEENTH JUDICIAL CIRCUIT
FOR HILLSBOROUGH COUNTY, FLORIDA

ADMINISTRATIVE ORDER S-2007-036

NOTICE OF CHANGE OF CONTACT INFORMATION

**WHEREAS** Florida Rule of Judicial Administration 2.515 requires attorneys and *pro se* litigants to provide an address and telephone number on each paper or pleading filed with the court; and

**WHEREAS** attorneys and *pro se* litigants experience changes of address or telephone numbers or both during the pendency of litigation; and

**WHEREAS** the court, the Clerk of the Court ("clerk") and other parties need to be advised of such address and telephone number changes to provide proper notice or service of papers and pleadings; and

**WHEREAS** the courts and the clerk are not uniformly receiving timely notice of change of address or telephone number or both from all attorneys and *pro se* litigants; and

**WHEREAS** the courts and the clerk receive notices of change of address or telephone number or both where the notice does not identify the case number(s) associated with the attorney or *pro se* litigant; it is therefore

ORDERED:

1. **Change of Address & Telephone Number Form**

The clerk shall provide a change of address and telephone number form for use by attorneys and *pro se* litigants which complies with the requirements of this administrative order.

2. **Duty of Attorneys and *Pro Se* Litigants**

Every attorney and *pro se* litigant who is governed by Florida Rule of Judicial Administration 2.515 shall promptly provide the clerk and all parties with written change of address information or telephone number information or both, including the case number for each case associated with the attorney or *pro se* litigant on the form provided

EXHIBIT D

by the clerk.

3. **Reliance on Obsolete Contact Information**

Unless attorneys and *pro se* litigants who experience a change of address or telephone number or both comply with this administrative order, the courts, clerk and other parties have a right to rely on the address and telephone number appearing in the most recent paper or pleading filed in a court file.

4. **Effective Date**

This administrative order is effective April 2, 2007.

**DONE AND ORDERED** in chambers in Tampa, Hillsborough County, Florida this 21st day of March, 2007.

_____
Manuel Menendez, Jr., Chief Judge

Original to: Pat Frank, Clerk of the Circuit Court
Copy to:    All Judges
            Hillsborough County Bar Association

# REQUEST FOR CHANGE OF ADDRESS

Printed Name of Requestor _____

Telephone Number (required) _____

FAX Number: _____

E-Mail: _____

☐ Check if this is a change from current Telephone Number, FAX Number, or E-Mail Address on file with the Clerk.

## Relationship to Requestor

_____ Self       _____ Attorney       _____ Legal Guardian       _____ Personal Representative

**Old Address:**

| Street No. | Street Name |
|---|---|
| City | State | Zip Code |

**New Address:**

| Street No. | Street Name |
|---|---|
| City | State | Zip Code |

### The Clerk will only change the contact information in cases specified below.

| Case # | Case Style (Parties involved in the case) | Court Area (Family Law, Circuit Civil, Circuit Criminal, etc) | Effective Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PLEASE USE ADDITIONAL FORMS AS NECESSARY TO INCLUDE ANY AND ALL CASES.

Signature of Requestor _____       Date of Request _____

**For Office Use Only:**
Request Completed: _____       Clerk Completing Request: _____

Print