# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

### Civil Division

| | |
|---|---|
| Boutique Apartments LLC <br> Plaintiff, <br><br> v. <br><br> Blake Warner <br> Defendant, <br><br> --- <br><br> Blake Warner <br> Third Party Plaintiff, <br><br> v. <br><br> Jessie Darkes <br> Third Party Defendant, | Case No   2018-CC-22377 <br><br> Division M <br><br> Jury Trial Demanded |

## Notice of Address Change

Defendant, Blake Warner, is hereby giving notice that his address has changed to:

Blake Warner

502 S. Fremont Ave. #1322

Tampa, FL 33606

1   

## Certificate of Service

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

| | |
|---|---|
| 6-22-2018 | *Blake Warner* |
| Date | Signature |
| | Blake Warner, Pro Se |
| | 502 S. Fremont Ave. #1322 |
| | Tampa, FL 33606 |
| | E-Service: blake@null3d.com |