# IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
## CIVIL DIVISION

BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE
Plaintiff/Petitioner vs Defendant/Respondent

CASE NUMBER: **18-CC-022377**
DIVISION: **M**

**NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION ON COURT'S OWN MOTION**

PLEASE TAKE NOTICE that it appears on the face of the record that no activity by filing of pleadings, order of court, or otherwise has occurred for a period of 10 months immediately preceding service of this notice, and no stay has been issued or approved by the court.

Pursuant to Fla.R.Civ.P. 1.420(e), if no such record activity occurs within 60 days following the service of this notice, or if no stay is issued or approved prior to the expiration of such 60 day period, this action shall be dismissed by the court on its own motion or on the motion of any interested person, whether a party to the action or not, after reasonable notice to the parties, unless a party shows good cause in

**NOTICE OF HEARING ON COURT'S OWN MOTION**

If record activity occurs within 60 days following the service of this notice or if a stay is issued or approved during such 60 days period, a hearing on the Court's own motion to dismiss for lack of prosecution will not be held. Otherwise, a hearing on the Court's own motion to dismiss for lack of prosecution will be held before the Honorable Miriam Valkenburg at COURTROOM 305 800 E TWIGGS ST  TAMPA FL 33602 on 6/12/2020 at 9:30 AM.If good cause why this action should remain pending is not filed in writing at least five days before the hearing or if the Court determines that good cause is not shown, this action shall be DISMISSED. Failure to appear after filing good cause shall also result in DISMISSAL. PLEASE BE GOVERNED ACCORDINGLY.



EXHIBIT F

I certify that a copy hereof has been furnished to:

Defendant: WARNER, BLAKE 502 S FREMONT AVE #1322   TAMPA FL 33606, by mail

Attorney: BARRETT, CHARLES VINCENT, III eservice@barrettpa.com by email

on 3/30/2020

PAT FRANK
CLERK OF THE CIRCUIT COURT
18-CC-022377, 3/30/2020 12:31:45 AM

*Pat Frank*

PAT FRANK, CLERK
18-CC-022377, 3/30/2020 12:31:45 AM



**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813)272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**