IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH
JUDICIAL CIRCUIT OF THE STATE OF FLORIDA,
IN AND FOR HILLSBOROUGH COUNTY

Civil Division

BOUTIQUE APARTMENTS LLC
    PLAINTIFF,

v.

BLAKE WARNER
    DEFENDANT,

CASE NO   2018-CC-22377

DIVISION M

BLAKE WARNER
    THIRD PARTY PLAINTIFF,

JURY TRIAL DEMANDED

v.

JESSIE DARKES
    THIRD PARTY DEFENDANT,

*CLERK OF CIRCUIT COURT 2018 APR 27 AM 10:58 COURTS*

DEFENDANT ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES,
COUNTERCLAIMS, AND THIRD PARTY COMPLAINT

(i)

EXHIBIT A

## Table of Contents

Answer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Affirmative Defenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I    Failure to State a Cause of Action Upon Which Relief Can Be Granted . . . . . . . . . . 2

II    Failure to State a Cause of Action Upon Which Relief Can Be Granted . . . . . . . . . . 2

III   Failure to Serve a Proper, Non-Defective Termination Notice . . . . . . . . . . . . . . 2

IV   First Amendment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

V    Castle Defense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

VI   Self Defense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

VII  Defense of Another Person . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

VIII Lack of Intent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

IX   Unclean Hands . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

X    Selective Enforcement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

XI   Retaliatory Eviction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

XII  Discriminatory Conduct . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

XIII Reservation of Right To Supplement Defenses . . . . . . . . . . . . . . . . . . . . . 4

Counter-Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I    Intrusion - Invasion of Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

II    Intrusion - Invasion of Privacy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

III   Breach of Implied Covenant of Good Faith and Fair Dealing . . . . . . . . . . . . . . . . 6

IV   Breach of Covenant of Quiet Enjoyment . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

V   Breach of Implied Covenant of Good Faith and Fair Dealing . . . . . . . . . . . . . . . . 8

VI   Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

VII  Conversion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

VIII Wrongful Eviction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

IX   Wrongful Eviction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

X   Fair Housing Violation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

XI   Breach of Implied Covenant of Good Faith and Fair Dealing . . . . . . . . . . . . . . . . 11

XII  Intentional Infliction of Emotional Distress . . . . . . . . . . . . . . . . . . . . . . . . . 12

XIII Malicious Prosecution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Jury Trial Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Nature of Relief Requested . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

I   Monetary Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

II  Declarative Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

III Injunctive Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

IV  Other Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Third Party Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Jurisdiction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Counts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

I   Malicious Prosecution . . . . . . . . . . . . . . . . . . . . . . . . . . 19

II  Defamation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Jury Trial Demand . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Nature of Relief Requested . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

I   Monetary Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

II  Other Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

## II  Other Relief

46. And such other relief as the Court may deem appropriate.

## Conclusion

Wherefore Third Party Plaintiff demands judgment against Third Party Defendant

4-27-18

Date

*[signature]*

Signature

Blake Warner, Pro Se

3012 W De Leon St, Apt 23

Tampa, FL 33609

21

## CERTIFICATE OF SERVICE

I certify a copy of the attached document has been furnished to:

__Charles Barrett__
Name of ___Plaintiff, ✓ Plaintiff's Attorney or ___Defendant (check one)

__307 S. Fielding Ave, Ta__
Address

__Tampa, FL. 33606__
City, State and zip code

By (check one)_____ hand delivery __✓__ Mail _____ Fax __✓ email__

this __27__ day of __April__ 20 __18__.
       (Day)              (Month)              (Year)

_____[signature]_____
Signature of person filing documents

__3012 W De Leon St #23__
Address

__Tampa FL 33609__
City, State and zip code

__212-542-0055__
Phone

__blake@NULL3D.COM__
Fax and or Email Address