IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

BOUTIQUE APARTMENTS LLC;
BROOKLYN FLATS; BLAKE WARNER,
Plaintiff/Petitioner

CASE NO. 18-CC-022377
Division M

VS

BOUTIQUE APARTMENTS LLC; BLAKE WARNER; JESSIE DARKES
Defendant/Respondent

## ORDER OF DISMISSAL

This action was heard on the court's motion to dismiss for lack of prosecution served on March 30, 2020.

The court finds that (1) notice prescribed by rule 1.420(e) was served on March 30, 2020; (2) there was no record activity during the 10 months immediately preceding service of the foregoing notice; (3) there was no record activity during the 60 days immediately following service of the foregoing notice; (4) no stay has been issued or approved by the court; and (5) no party has shown good cause why this actions should remain pending. Accordingly,

IT IS ORDERED that this action is dismissed for lack of prosecution.

ORDERED at Tampa, Hillsborough County, Florida on .

*[signature]*
County Judge Miriam V. Valkenburg

EXHIBIT G

Filed Hillsborough County Clerk of the Circuit Court County Civil Division