| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
|---|---|---|---|---|
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

**NOTICE OF UNCLAIMED FUNDS**

NOTICE IS HEREBY GIVEN THAT THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, HAS ON HAND THE FOLLOWING UNCLAIMED FUNDS.

TRANSACTION DESCRIPTION            AMOUNT

111 SPEEDY BRIS BAIL BONDS CK# 435254 10/08/2019 15001518              $497.00
13142 22ND LLC VS LOCKET, PAMELA 15-CC-005878 03/04/2015 *717.113      $344.00
1550 UNIVERSITY WOODS LLC VS HOWARD, KWAMELL 14-CC-023964 09/11/2014 *717.113    $113.30
1550 UNIVERSITY WOODS LLC VS LOWE, VALERIE 16-CC-038334 01/12/2017 *717.113    $400.00
1550 UNIVERSITY WOODS LLC VS PITTMAN, KIMIKO 16-CC-029032 10/03/2016 *717.113    $40.00
A.C.E. RE LLC VS KUHNAST, RICHARD 18-CC-052317 12/31/2018 *717.113    $40.00
ABEL, MATTHEW T CK# 579190 06/28/2019    $15.00
ABRAHAM AND SWEENEY PLLC CK# 433868 08/27/2019 15001457    $5,500.00
ABRAHAMSON & UITERWYK VS GUASTELLA, STEVEPHEN 12-CC-017267 11/05/2014 *717.113    $6,555.73
ABRAMS, SEAN M CK# 575598 03/15/2019    $15.00
ABRAMS, TYLER A CK# 580802 08/16/2019    $15.00
ABSTRACTORS INC CK# 429663 05/08/2019 15000740    $148.50
ACCU TITLE AGENCY TAMPA WATERS CK# 429948 05/15/2019 15000732    $262.98
ACCU TITLE AGENCY YBOR CITY CK# 430707 06/04/2019 15000874    $88.50
ACCURATE TITLE GROUP CK# 429920 05/14/2019 15000736    $492.91
ACEVEDO MARTINEZ, JOSHUA F CK# 581850 09/20/2019    $15.00
ACEVEDO, JASON CK# 584185 11/15/2019    $15.00
ACEVES, JESUS CK# 426859 02/19/2019 15000629    $2,000.00
ACEVES, JESUS CK# 426860 02/19/2019 15000628    $450.00
ACOSTA, BRYAN CK# 426272 02/04/2019 15001005    $500.00
ACRI, LAUREN V CK# 574927 03/01/2019    $15.00
ACT FAST TITLE SERVICES INC CK# 429949 05/15/2019 15001267    $324.66
ACURA TITLE COMPANY CK# 429664 05/08/2019 15001249    $181.99
ADAMS, ALICE D CK# 577190 04/29/2019    $15.00
ADAMS, SHACARA S CK# 576101 03/29/2019 15001506    $15.00
ADAMY LAW FIRM CK# 430775 06/06/2019 15001322    $46.50
ADDERLEY, ED VS HANKERSON, KAYE 18-CC-056062 11/15/2018 *717.113    $250.00
ADEBAYO, CORINA M CK# 585279 12/20/2019    $30.00
ADEGOKE, OLUWATOYIN AMOPE CK# 436977 11/27/2019 15001561    $13.50
ADUSUMILLI, VARUN K CK# 581998 09/20/2019    $15.00
ADVANTAGE TITLE INSURANCE CO INC CK# 429532 05/03/2019 15000704    $2,966.90
AFFILIATED TITLE OF TAMPA BAY CK# 430810 06/07/2019 15000871    $16.40
AFFINITY TITLE AGENCY INC CK# 429533 05/03/2019 15001234    $1,088.79
AFFORDABLE TITLE SERVICES INC CK# 430513 05/29/2019 15001246    $187.72
AGENTS RESEARCH INC CK# 430811 06/07/2019 15001336    $38.10
AGUILAR, DAVID U CK# 575696 03/22/2019    $15.00
AH4R FL2, LLC VS FLAHERTY, TIMOTHY P., FLAHERTY, TANYA M. 15-CC-005094 02/27/2015 *717.113    $675.00
AKERS, MIKAYLA F CK# 582818 10/18/2019    $15.00
AKULA, DEEPTI S CK# 572936 01/11/2019    $15.00
ALAHJRI, YOUSEF N M N TH CK# 434189 09/06/2019 15001506    $500.00
ALAMO TITLE COMPANY INC CK# 429534 05/03/2019 15000700    $1,440.31
ALBURY, JASON M CK# 578900 06/21/2019    $15.00
ALBUSAIRI, MARYAM B CK# 576763 04/18/2019    $15.00
ALDAY, BRYNSON R CK# 583247 10/25/2019    $15.00
ALDRIDGE PITE LLP CK# 436788 11/25/2019 15001595    $70.00
ALDRIDGE PITE LLP CK# 436940 11/27/2019 15001594    $70.00
ALDRIDGE PITE LLP CK# 436941 11/27/2019 15001593    $70.00
ALDULAZIZALQUVAYZ, ABDULAZIZ CK# 432235 07/12/2019 15000891    $250.00
ALEJOS, BRUNO FFELIPE CK# 429952 05/15/2019 15001270    $193.00
ALEJOS, BRUNO FFELIPE CK# 429953 05/15/2019 15001269    $110.00
ALFONSO, YANIUSKA CK# 428721 04/10/2019 15000677    $47.60
ALGHAZAWI, JENNIFER M CK# 581866 09/20/2019    $15.00
ALL COUNTY TAMPA BAY PROPERTY MANAGEMENT VS DIXON, MICHELLE 16-CC-031655 09/27/2016 *717.113    $1,070.00
ALL COUNTY TAMPA BAY PROPERTY MANAGEMENT VS LOFTON, CURTIS 15-CC-033918 12/08/2015 *717.113    $1,250.00
ALL FLORIDA TITLE AGENCY INC CK# 430747 06/05/2019 15001347    $84.87
ALLEN, JONAH M CK# 575741 03/22/2019    $15.00
ALLEN, ROVINISKY G CK# 578159 05/24/2019    $15.00
ALLEN, SHARON L CK# 581603 09/13/2019    $30.00
ALLEY AND INGRAM ATTORNEYS AT LAW CK# 430452 05/28/2019 15000784    $236.64
ALLMON, FREDA J CK# 577358 05/03/2019    $15.00
ALLWEISS, ROBIN L CK# 578295 05/31/2019    $15.00
ALMULHIM, ABDUAZIZ CK# 432189 07/11/2019 15000901    $250.00
ALONSO, RAUL P CK# 576320 04/05/2019    $15.00
ALRUMAIHI, KHALAD CK# 432400 07/17/2019 15000913    $202.00
ALSALMAH, TALAL S CK# 582871 10/18/2019    $15.00
ALVARADO, CASSANDRA CK# 576242 04/05/2019    $15.00
ALVAREZ, AMIN ALBERTO CK# 430137 05/21/2019 15000797    $77.00
ALVAREZ, AMIN ALBERTO CK# 430364 05/28/2019 15000798    $250.00
ALVAREZ, JENNA A CK# 585041 12/13/2019    $15.00
ALVAREZ, MARIBEL CK# 432762 07/25/2019 15001431    $500.00
ALVAREZ, MIGUEL CK# 430643 05/31/2019 15001257    $60.00
AMAN LAW FIRM CK# 429921 05/14/2019 15000738    $364.82
AMERICAN FAMILY TITLE AND ABSTRACT CK# 429582 05/06/2019 15000773    $861.92
AMERICAN GUARDIAN TITLE INC CK# 430136 05/21/2019 15001264    $260.64
AMERICAN HOMES 4 RENT PROPERTIES SIX, LLC VS FLEMING, TOMEKIA A. 14-CC-015973 07/07/2014 *717.113    $879.00
AMERICAN NATIONAL TITLE CK# 431328 06/20/2019 15001332    $462.90
AMERICA'S CHOICE TITLE COMPANY CK# 429535 05/03/2019 15000707    $4,677.54
AMERICHOICE TITLE CK# 429922 05/14/2019 15000766    $402.15
AMH 2014-1 BORROWER, LLC VS RUTH, WILLIAM 14-CC-024867 09/09/2014 *717.113    $425.00
AMMU INVESTMENTS, LLC VS ALZERRECA, YASHIRA 18-CC-005761 03/19/2018 *717.113    $3,650.00
ANDERSON, ANDRAE D CK# 576264 04/05/2019    $15.00
ANDERSON, GREGORY M CK# 578282 05/31/2019    $15.00
ANDERSON, JOSEPH J CK# 582618 10/11/2019    $15.00
ANDERSON, KENNETH R CK# 578265 05/31/2019    $15.00
ANDRADE, MICHAEL M CK# 580847 08/16/2019    $15.00
ANDRADE, SAUL FABIAN CK# 428209 03/26/2019 15001114    $170.00
ANDREWS, ERIK TAYLOR CK# 425304 01/08/2019 15000624    $202.00
ANDREWS, JORDAN P CK# 576736 04/18/2019    $15.00
ANDREWS, PAMELA D CK# 572726 01/11/2019    $15.00
ANGELAKOPOULOS, DIMITRI CK# 575115 03/01/2019    $15.00
ANNAMANTHADOO, SARAH S CK# 585163 12/13/2019    $15.00
ARAUZ-MARTINEZ, ANA E CK# 584761 12/06/2019    $15.00
ARCELAY, LUIS S CK# 573334 01/25/2019    $15.00
ARCHER LAND TITLE LLC CK# 430664 06/03/2019 15000813    $78.23
ARELLANO, JONATHAN S CK# 582643 10/11/2019    $15.00
ARITA, EDDY I CK# 581810 09/20/2019    $15.00
ARLINE, TAMICKA R CK# 574157 02/08/2019    $15.00
ARNDT, WESLEY C CK# 579662 07/12/2019    $15.00
AROCENA, DIEGO V CK# 581815 09/20/2019    $15.00
AROCHO HERRERA, JOSE A CK# 581006 08/23/2019    $15.00
ARROYO, JONATHAN CK# 576737 04/18/2019    $15.00
ARTALONA, ANTHONY CK# 435552 10/18/2019 15001544    $12.00
ARTALONA, ANTHONY CK# 436161 11/05/2019 15001582    $26.00
ARTHUR, JASMINE D CK# 582169 09/27/2019    $15.00
ASADI, MARWAN CK# 434584 09/16/2019 15001498    $1,207.50
ASHFORD PLACE APARTMENTS, LLC VS ASUKULU, SAFI 18-CC-062620 02/25/2019 *717.113    $1,800.00
ASHFORD-SMITH, CHRISTOPHER D CK# 573569 01/25/2019    $30.00
ASHLEY, MAYA S CK# 585475 12/20/2019    $15.00
ASSOCIATED TITLE INC CK# 430665 06/03/2019 15000789    $95.50
ASV AUTO GROUP VS LIU, MENG 18-PP-000012 09/26/2018 *717.113    $2,000.00
ATIKMEN, SENOL CK# 582671 10/11/2019    $15.00
AUSTRINO, CRYSTAL M CK# 581828 09/20/2019    $15.00
AUZA, DAPHNE M CK# 581409 09/13/2019    $15.00
AVILA-MARTINEZ, GIOVANNY CK# 584460 11/22/2019    $15.00
AVIS BUDGET CAR RENTAL CK# 433461 08/16/2019 15001433    $689.93
AVIS BUDGET CAR RENTAL CK# 433609 08/20/2019 15001434    $300.00
AWERBACH AND COHN PA CK# 430748 06/05/2019 15000816    $86.05
AYUSO SURVEYING INC CK# 430712 06/04/2019 15000835    $16.00
BACH, KRISTIN E CK# 580568 08/09/2019    $30.00
BAER, RYAN M CK# 573517 01/25/2019    $15.00
BAHLOUL, GABRIELLA F CK# 573271 01/18/2019    $15.00
BAILEY, RACHAEL A CK# 580348 08/02/2019    $15.00
BAILON, JERONIMO CK# 430482 05/28/2019 15000757    $326.00
BALASH, JOSHUA CK# 432322 07/15/2019 15000902    $500.00
BALES AND WEINSTEIN PA CK# 429673 05/08/2019 15000688    $161.60
BALTUSNIK, JEFFREY S CK# 573055 01/18/2019    $15.00
BANDY, DONALD C CK# 426965 02/21/2019 15001025    $50.00
BANK OF AMERICA N A VS HRUBY, RAYMOND F 15-CA-010447 06/30/2016    $100.00
BANK OF AMERICA N A VS NELSON, LISA M. 12-CA-012710 10/01/2012    $100.00
BANK OF NEW YORK MELLON VS ADAMS, APRIL 15-CA-010398 04/01/2016    $100.00
BANK OF NEWYORK MELLON VS CRUZ, JOSE 11-CA-014797 11/18/2011    $100.00
BANK OZK CK# 431330 06/20/2019 15001312    $11.00
BAPTISTE, CONSUELO JEAN CK# 437603 12/26/2019 15001366    $1,775.00
BAQUE, MARIO CK# 428196 03/26/2019 15000662    $800.00
BARACK, MEIR VS DAVENPORT, BESSIE 17-CC-031269 10/09/2017 *717.113    $330.00
BARAHONA LOPEZ, ALLAN S CK# 576621 04/18/2019    $15.00
BARBER, AMY B CK# 583852 11/08/2019    $45.00
BARBER, DERIC D CK# 580369 08/02/2019    $15.00
BARDEN, LAUREL Y CK# 577041 04/26/2019    $15.00
BARGO, DAVID VS SPARKS, MARY 19-CC-031750 06/13/2019 *717.113    $100.00
BARNETT, ASHLEY N CK# 574903 03/01/2019    $15.00
BARNETT, KRISTA E CK# 583114 10/18/2019    $15.00
BARNETT, ROY CK# 436203 11/05/2019 15001222    $442.00
BAROULETTE, ELANDA CK# 425740 01/22/2019 15000936    $10.80
BAROULETTE, ELANDA CK# 427054 02/25/2019 15001008    $10.80
BARR, PATRICK J CK# 584065 11/08/2019    $15.00
BARRERA LOZADA, LINDA E CK# 572704 01/11/2019    $15.00
BARRIOS, ADRIANA PILA CK# 432236 07/12/2019 15000904    $250.00
BARTA, KEVIN M CK# 576657 04/18/2019    $15.00
BASILE, JAMES V CK# 581502 09/13/2019    $30.00
BASKIN AND FLEECE ATTORNEYS AT LAW CK# 430904 06/11/2019 15000811    $97.50
BASS, DANITA K CK# 585066 12/13/2019    $15.00
BASS, STEPHEN K CK# 436869 11/25/2019 15001571    $72.00
BATOR, SYLVIA C CK# 579683 07/12/2019    $15.00
BATTLE, SYLVIA CK# 584376 11/22/2019    $15.00
BAUER, ANDREW MICHAEL CK# 428012 03/21/2019 15001118    $15.75
BAUER, STEPHANIE A CK# 573137 01/18/2019    $15.00
BAUTA, JESENIA CK# 437696 12/27/2019 15001362    $270.00
BAUTISTA, ISAIA M CK# 573602 01/25/2019    $15.00
BAXTER, ROBERT C CK# 579258 06/28/2019    $15.00
BAY AREA COMMUNITY HOUSING VS WILLIAMS, BOBBY 18-CC-062012 01/15/2019 *717.113    $20.00
BAY AREA TITLE SERVICES INC CK# 431159 06/17/2019 15000850    $471.99
BAY SURETY CORP CK# 430750 06/05/2019 15000804    $218.30
BAY TITLE AND ESCROW COMPANY CK# 430458 05/28/2019 15000822    $224.03
BAYSHORE, L.P. VS CAUSEY, RAETORIA 17-CC-014337 05/04/2017 *717.113    $500.00
BAYSIDE ENGINEERING INC CK# 429765 05/09/2019 15001093    $120.00
BAYVIEW LOAN SERVICING LLC VS KATTELL, RANDI D 13-CA-013623 07/08/2014    $100.00
BEARSS PARK, INC VS OATES, JAMES 17-CC-013824 04/24/2017 *717.113    $740.00
BEARSS, LOUISE R CK# 584888 12/06/2019    $15.00
BEAZER PRE OWNED HOMES LLC VS ST CLAIR, FRANZ 17-CC-042156 11/06/2017 *717.113    $500.00
BECKER AND POLIAKOFF PA CK# 430666 06/03/2019 15000806    $67.31
BECKER AND POLIAKOFF PA CK# 430815 06/07/2019 15000888    $35.50
BEINHAUER, KRISTI CK# 577203 04/29/2019    $15.00
BEITLER, CARL L CK# 574785 02/22/2019    $15.00
BELL, KIMBERLY S CK# 583117 10/18/2019    $15.00
BELLO, ADRIANA I CK# 582628 10/11/2019    $15.00
BELLOROBAINA, ANDY CK# 427561 03/11/2019 15000644    $55.00
BELMONT HEIGHTS ASSOCIATES LTD VS COOK, KEISHA 13-CC-033890 01/24/2014 *717.113    $215.00
BELMONT HEIGHTS ASSOCIATES LTD VS CUEVAS, MARISOL 17-CC-039779 10/26/2017 *717.113    $200.00
BELTZ AND RUTH CK# 429583 05/06/2019 15000692    $660.15
BENDIGO, MCKENNA A CK# 575808 03/22/2019    $15.00
BEN-EZRA AND KATZ PA CK# 429537 05/03/2019 15000730    $4,908.30
BENNETT, BETH CK# 579747 07/19/2019    $15.00
BENNETT, BRENDA D CK# 576670 04/18/2019    $15.00
BENNETT, LAMAR T CK# 584022 11/08/2019    $15.00
BENNETT, LEE A CK# 583929 11/08/2019    $15.00
BENNETT, SHAUNTREL LATRICEALMERIA CK# 435982 10/29/2019 15001218    $11.00
BENNY, ANCY A CK# 426537 02/11/2019 15001012    $31.00
BENOIT, PAMELA A CK# 576327 04/05/2019    $15.00
BERRIOS, LUZ CK# 573014 01/18/2019    $15.00
BERRIOS, YOLANDA CK# 427471 03/07/2019 15000650    $250.00
BESANCON, MATTHEW D CK# 578993 06/21/2019    $15.00
BEST TITLE SERVICES LLC CK# 429675 05/08/2019 15000754    $611.72
BETANCOURT, JEAN PAUL E CK# 578898 06/21/2019    $15.00
BETTERSON, RONEY A CK# 428712 04/10/2019 15000678    $46.40
BHIMSAIN, NATHANIEL A CK# 577631 05/10/2019    $15.00
BIGDELI, CATHLEEN J CK# 582585 10/11/2019    $15.00
BIGELOW, JAH M CK# 584514 11/22/2019    $15.00
BINDER, SCOTT DARYL CK# 431391 06/20/2019 15000865    $114.61
BINGMAN, KERRY CK# 432399 07/17/2019 15001372    $45.75
BLACK, STACEY MICHELE CK# 432834 07/26/2019 15000986    $60.00
BLAIR, AMANDA CK# 584418 11/22/2019    $15.00
BLAIR, ANNEKA D CK# 573689 02/01/2019    $15.00
BLOOMFIELD, JAMES R CK# 579215 06/28/2019    $15.00
BOARDWALK HOMES LLC VS ROMERA, RITA 17-CC-048412 12/07/2017 *717.113    $2,348.62
BOGUSZEWSKI, ROBERT A CK# 584314 11/22/2019    $15.00
BOHNE LAW OFFICES OF, CHRISTOPHER M CK# 429505 05/02/2019 15000697    $1,192.80
BOLTE, CHRISTOPHER S CK# 578230 05/31/2019    $15.00
BONNER, DANIELLE M CK# 582157 09/27/2019    $15.00
BONNER, SUKHUI CK# 573508 01/25/2019    $15.00
BORRAS, TAMARA CK# 580301 07/26/2019    $14.79
BOSCO, MARTHA E CK# 583180 10/25/2019    $15.00
BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS VS WARNER, BLAKE 18-CC-022377 05/24/2018 *717.113    $3,600.00
BOYCE, BROOKE D CK# 577548 05/10/2019    $15.00
BRADLEY TITLE CORP CK# 429951 05/15/2019 15000895    $322.14
BRADLEY, SHAYDA Z CK# 574162 02/08/2019    $15.00
BRAGDON, JENISE A VS LYNUM, JAKINA 17-CC-044535 02/04/2019 *717.113    $350.00
BRAMMER, SIERRA CK# 425102 01/02/2019 15000924    $150.00
BRANDON 248 OWNER LLC VS ROWLEY, NICOLE 19-CC-023692 05/06/2019 *717.113    $1,407.82
BRANDON CROSSING PARTNERS LTD VS SOTO, JOEL 14-CC-007503 04/02/2014 *717.113    $1,128.00
BRANSON, CHRISTEN A CK# 580092 07/26/2019    $30.00
BRAVO, FRANCISCO CK# 433625 08/20/2019 15001462    $450.00
BRAY, KIMBERLY J CK# 579205 06/28/2019    $15.00
BREHER, AARON J CK# 582937 10/18/2019    $15.00
BRENNER, SANDY M CK# 581104 08/23/2019    $15.00
BRIDGES, SHENISE R CK# 581954 09/20/2019    $15.00
BRIDGHAM, SAMANTHA L CK# 578515 06/07/2019    $15.00
BRIGHTER SOCIAL LLC CK# 427695 03/13/2019 15001120    $119.40
BRISTOL BAY ASSOCIATES LTD.VS REYES, YARITZA 16-CC-040717 02/01/2017 *717.113    $500.00
BROCK, TRENT CK# 580457 08/02/2019    $15.00
BROOKS LAND SURVEYING INC CK# 430514 05/29/2019 15000780    $215.60
BROOKS, YAIEZA CK# 427551 03/08/2019 15000645    $250.00
BROWER, BECKY A CK# 580387 08/02/2019    $15.00
BROWN, ASHLYNN J CK# 573229 01/18/2019    $15.00
BROWN, CHARLENE L CK# 574478 02/15/2019    $15.00
BROWN, CHRISTOPHER CK# 435038 09/25/2019 15001479    $2,000.00
BROWN, DEITRA L CK# 579508 07/12/2019    $15.00
BROWN, KAYLA P CK# 583520 11/01/2019    $15.00
BROWN, LINDA FAYE CK# 432612 07/23/2019 15000910    $50.00
BROWN, MAXWELL A CK# 577637 05/10/2019    $15.00
BROWN, VEGAS CK# 582855 10/18/2019    $15.00
BROWNE, KENNETH A CK# 432758 07/25/2019 15001368    $1,748.00
BRUDNY AND RABIN PA CK# 430460 05/28/2019 15001247    $237.91
BRUMLEY, AARON T CK# 580632 08/16/2019    $15.00
BRUNS, NORMAN L CK# 574688 02/22/2019    $15.00
BRYAN-MARQUAND, SARAH A CK# 576310 04/05/2019    $15.00
BRYANT, EVER CK# 427269 03/01/2019 15001102    $106.80
BUBLEY AND BUBLEY PA CK# 430461 05/28/2019 15000782    $228.78
BUCKNER, SEAN L CK# 583743 11/08/2019    $15.00
BUFFA, ANTONELLA M CK# 584403 11/22/2019    $15.00
BUHADI, MESHARI CK# 432510 07/19/2019 15000917    $500.00
BUHADI, MESHARI CK# 432511 07/19/2019 15000916    $146.60
BUIKEMA, JANE KIMBERLY CK# 432202 07/11/2019 15001396    $500.00
BULLARD, TERESA M CK# 581940 09/20/2019    $15.00
BULTRON, SUSANNAH M CK# 581945 09/20/2019    $15.00
BURCAW AND ASSOCIATES ENGINEERING INC CK# 429676 05/08/2019 15000743    $158.80
BURGESS, JOHN VS BELTRAN, DENISE 13-CC-007038 03/29/2013 *717.113    $575.00
BURGIN, BRIDGETTE M CK# 578034 05/24/2019    $15.00
BURGMAN, ISAIAH VS MARLIN FINANCIAL INC 17-CA-007185 08/22/2017    $500.00
BURKE, KATHRYN MCCALL CK# 428545 04/04/2019 15001173    $13.50
BURLINGTON COAT FACTORY CK# 433046 08/05/2019 15001472    $42.50
BURLINGTON COAT FACTORY CK# 433662 08/21/2019 15001471    $83.75
BURNETT, JACORBY T CK# 580125 07/26/2019    $15.00
BURTON, ZACHARY S CK# 573872 02/01/2019    $15.00
BUSH, KEITH E CK# 585284 12/20/2019    $15.00
BUSTON, DERRICK YOUNG CK# 427573 03/11/2019 15001121    $15.75
BUTLER AND HOSCH PA CK# 429387 04/30/2019 15001191    $3,364.32
BUTTS, KRISTIN L CK# 572668 01/11/2019    $15.00
BUZBEE, JAMES F CK# 430921 06/11/2019 15000831    $14.37
BYRD, CHARLES R CK# 574560 02/22/2019    $30.00
BYRD, WILLIE J CK# 575377 03/15/2019    $30.00
C J KEEL JR PA CK# 430778 06/06/2019 15001330    $12.64
CABALLERO, IRAM A CK# 581022 08/23/2019    $15.00
CABRERANATARENO, MARTA CK# 434920 09/24/2019 15001095    $200.00
CAGLE, WILLIAM L CK# 580455 08/02/2019    $15.00
CAGLIERGIN, BELGIN CK# 582980 10/18/2019    $15.00
CAHANIN, CHRISTINE L CK# 579270 06/28/2019    $15.00
CALAFELL, MICHAEL MARTIN CK# 437576 12/23/2019 15001299    $11.00
CALDERON, WELINGTON CK# 432679 07/24/2019 15001426    $15.75
CALISKAN, METIN KEREM CK# 432857 07/29/2019 15001412    $105.00
CALOHAN, DONALD E CK# 582626 10/11/2019    $15.00
CALVOSOTOLONGO,EDUARDO CK# 425201 01/04/2019 15000923    $500.00
CAMACHO, BERNABE CORTES CK# 434199 09/09/2019 15001087    $500.00
CAMDEN DEVELOPMENT INC VS JACKSON, BRITTANY 18-CC-064983 12/28/2018 *717.113    $1,677.83
CAMPBELL, EDWIN E CK# 583797 11/08/2019    $15.00
CAMPBELL, JEFFREY W CK# 574091 02/08/2019    $15.00
CANCEL, REBECCA CK# 431839 07/01/2019 15000880    $111.00
CANTERO DE VARONA, EUSBEL CK# 584870 12/06/2019    $15.00
CAPECE, CATHERINE M CK# 578070 05/24/2019    $15.00
CAPRITTA, MICHAEL V CK# 574695 02/22/2019    $15.00
CAPTIVA CLUB APARTMENTS LLC VS CORDERO, ANTONIO 17-CC-022153 06/19/2017 *717.113    $465.60
CARABALLO, JOSE L CK# 577661 05/10/2019    $15.00
CARLSEN, GREGORY T CK# 584859 12/06/2019    $15.00
CARMO, JOAO G CK# 581268 08/30/2019    $15.00
CARNEGIE, ASHLEY L CK# 583989 11/08/2019    $15.00
CARRASQUILLO, RALPH W CK# 585295 12/20/2019    $15.00
CARREA, KRISTEN R CK# 576184 04/05/2019    $15.00
CARTER, DARLENE B CK# 579237 06/28/2019    $15.00
CARTER, MICA A CK# 584630 11/22/2019    $15.00
CARVAJAL, RONALD A CK# 583584 11/01/2019    $15.00
CARY, CHRISTOPHER S CK# 577696 05/17/2019    $30.00
CASA VERDE MHC LLC VS SANTOS, JACOYO 17-CC-009409 03/17/2017 *717.113    $723.61
CASA VERDE MHC, LLC VS CARLYLE, LATRINA 16-CC-004861 02/24/2016 *717.113    $553.20
CASSISTA, BRIAN D CK# 579532 07/12/2019    $15.00
CASTANEDA, RAUL B CK# 576511 04/12/2019    $15.00
CASTELLANO, KATHLEEN J CK# 584167 11/15/2019    $15.00

(Continued on next page)

$15.00
CASTILLO, ELIZABETH CK# 575983 03/29/2019 $15.00
CASTOR, LEROY CK# 430639 05/31/2019 15001248 $23.00
CASTRO, CHRISTIAN CK# 437601 12/26/2019 15001607 $72.00
CATALANI, KRISTIN LYNN CK# 427203 02/28/2019 15000634 $41.00
CATLEDGE, ARDEN J CK# 583489 11/01/2019 $15.00
CAVANAUGH, MADISON E CK# 585486 12/20/2019 $15.00
CAVANAUGH, STEPHANIE Y CK# 581790 09/20/2019 $15.00
CEARLEY, ALVIN P CK# 578813 06/21/2019 $15.00
CECIL, PATRICIA F CK# 581988 09/20/2019 $15.00
CENAL, ALLEN T CK# 583992 11/08/2019 $15.00
CEPEDA, JOSHUA E CK# 579569 07/12/2019 $15.00
CERRA, JOHN A VS UNDERWOOD, DASIA CK-003730 02/27/2014 *717.113 $582.79
CESARIO, GUADALUPE CK# 584857 12/06/2019 $15.00
CH YBOR LLC VS PHILLIPS, MIKE 14-CC-022634 08/18/2014 *717.113 $100.00
CHALLENGER, ERIK S CK# 582134 09/27/2019 $15.00
CHAMBERLAIN, BROOKLYN CK# 584716 11/22/2019 $10.70
CHAMBERLAIN, RYAN A CK# 584713 11/22/2019 $10.70
CHAMBERS, TRAVIS L CK# 584337 11/22/2019 $30.00
CHAMPION, ANTHANESIA B CK# 579506 07/12/2019 $15.00
CHAN, GARY VS RELIFORD, BRIDGETT 15-CC-017803 07/07/2015 *717.113 $486.00
CHANNELSIDE TITLE LLC CK# 430781 06/06/2019 15001320 $43.53
CHAPMAN, JOHN R CK# 574381 02/15/2019 $15.00
CHATFIELD, CHLOE F CK# 583907 11/08/2019 $15.00
CHAVARRIA, JOAQUIN CK# 437485 12/19/2019 15001614 $67.00
CHAVEZ APARICIO, GABRIELA E CK# 573583 01/25/2019 $15.00
CHELIKANI, SAI ADITYA CK# 579702 07/12/2019 $15.00
CHELSEA TITLE COMPANY CK# 430909 06/11/2019 15001326 $205.42
CHEN, LIXIN CK# 433261 08/12/2019 15001452 $105.00
CHESTER, DANIELLE L CK# 574456 02/15/2019 $15.00
CHEVALLIER, KENYA C CK# 576186 04/05/2019 $15.00
CHICAGO TITLE INSURANCE CO CK# 429677 05/08/2019 15000749 $504.05
CHIN, HOWIE CK# 583547 11/01/2019 $15.00
CHINWUBAH, STELLA CK# 577952 05/17/2019 $15.00
CHIRINOS, EDGARS MAURICIO BARRIOS CK# 429488 05/02/2019 15000694 $13.50
CHRISTENSEN, LIAM M CK# 579122 06/28/2019 $60.00
CHRISTOPHER, VALERIA V CK# 574761 02/22/2019 $15.00
CHURCHILL, TARA CK# 430650 05/31/2019 15001258 $500.00
CIMA, VIRGINIE C CK# 579961 07/19/2019 $15.00
CIMINO, ANTHONY S CK# 584405 11/22/2019 $15.00
CINTRON, FRANCISCO B CK# 585363 12/20/2019 $15.00
CIOFFI, VINCENT O CK# 573429 01/25/2019 $15.00
CIPALDO, GAVIN P CK# 433915 08/28/2019 15001460 $13.00
CITIMORTGAGE INC VS ROUSE, DIANE W 17-CA-004790 03/08/2018 *717.113 $388.40
CITRUS PARK MALL OWNER LLC VS SWARTZ, MARLENE 17-CA-010276 11/27/2017 *717.113 $5,101.00
CLAIRMONT, ADAM M CK# 581765 09/20/2019 $15.00
CLARK, DANIEL LEE CK# 434864 09/24/2019 15001143 $14.00
CLARK, DANIEL SCOTT CK# 427266 03/01/2019 15001101 $46.40
CLARK, STEFAN E CK# 584048 11/08/2019 $15.00
CLARKE, FABIAN O CK# 580619 08/09/2019 $15.00
CLASS ORTIZ, JENNIFER CK# 576110 03/29/2019 $15.00
CLAUDY SAINT LOUIS CK# 426885 02/20/2019 15001026 $250.00
CLAYTON, CRYSTAL CK# 425878 01/24/2019 15000927 $383.50
CLEARVIEW TITLE CK# 429682 05/08/2019 15000690 $527.05
CLEMENT, DONNA M CK# 583051 10/18/2019 $15.00
CLIPPER COVE ASSOCIATES LTD VS LAGRANT, ROBERT 15-CC-016735 06/09/2015 *717.113 $814.60
CLOSING ADVANTAGE LLC CK# 429588 05/06/2019 15000774 $1,033.61
COASTAL BAY PROPERTIES INC VS DANIEL, ANTHONY 13-CC-030447 02/28/2014 *717.113 $800.00
COASTAL BAY PROPERTIES INC vs DANIEL, ANTHONY 14-CA-001228 04/04/2014 *717.113 $799.64
COATES, JODY D CK# 575748 03/22/2019 $15.00
COELLOFUENTES, DOLORES A CK# 432246 07/12/2019 15001397 $250.00
COHEN, JOANNE D CK# 575162 03/08/2019 $15.00
COHEN, NICOLE K CK# 585468 12/20/2019 $15.00
COLE, NICHOLAS J CK# 573385 01/25/2019 $15.00
COLEMAN, EDWARD J CK# 583461 11/01/2019 $15.00
COLEMAN, JEANNE L LAW OFFICE OF CK# 430925 06/11/2019 15001340 $49.30
COLINA, RAFAEL F CK# 577444 05/03/2019 $15.00
COLLINS, DAVID G CK# 579349 07/05/2019 $15.00
COLLINS, JOSHUA F CK# 427908 03/18/2019 15001119 $94.96
COLLINS, MADISON D CK# 582760 10/18/2019 $15.00
COLON, JULIO K CK# 573035 01/18/2019 $15.00
COMINGORE, PAUL CHAD VS COLON, CYNTHIA 14-CC-007586 04/08/2014 *717.113 $760.00
COMINGORE, PAUL CHAD VS HOJEWSKI, NATHAN 14-CC-010780 05/02/2014 *717.113 $322.78
COMMERCIAL DEVELOPMENT CK# 434050 09/04/2019 15001509 $200.00
COMMERCIAL DEVELOPMENT CK# 435385 10/14/2019 15001519 $61.50
COMMERCIAL DEVELOPMENT CK# 436076 11/01/2019 15001521 $335.90
COMMONWEALTH LAND TITLE INS AGENCY CK# 429541 05/03/2019 15000727 $2,315.87

COMPASS LAND AND TITLE LLC CK# 429450 05/01/2019 15001253 $65.20
CONDE, VICTOR CK# 432473 07/18/2019 15001369 $250.00
CONNELL, NETTIE N CK# 574261 02/15/2019 $15.00
CONNELLA, AMANDA L CK# 578417 06/07/2019 $15.00
CONNER, DANILO N CK# 576235 04/05/2019 $15.00
CONNER, TORI L CK# 574334 02/15/2019 $15.00
CONNOLLY-FERNANDES, ERIC J CK# 575979 03/29/2019 $15.00
CONNOR, CARMEN B CK# 574567 02/22/2019 $30.00
CONSTRUCTION SURVEYING ETC CK# 429768 05/09/2019 15001281 $122.10
CONSUMER TITLE AND ESCROW SERVICES CO CK# 429542 05/03/2019 15000725 $1,219.78
CONTI, JAKOB T CK# 583290 10/25/2019 $15.00
COOK, BRENDA D CK# 575938 03/29/2019 $15.00
COOK, LARRY C CK# 574661 02/22/2019 $15.00
COOM, JERRY FRANK CK# 432119 07/09/2019 15001384 $173.00
COOPER, NAYLA E CK# 578714 06/14/2019 $15.00
CORA GONZALEZ, JULISSA CK# 585138 12/13/2019 $15.00
CORDON, MELISSA ANN CK# 432908 07/30/2019 15001423 $42.00
CORLEY, SIRIA CK# 579690 07/12/2019 $15.00
CORNETT, SCOTT A CK# 582839 10/18/2019 $15.00
CORRALES, ESTEBAN D CK# 577739 05/17/2019 $15.00
COSKEY, ALLAN T CK# 575211 03/08/2019 $15.00
COTE, JEFFREY R CK# 585444 12/20/2019 $15.00
COUNTRYWOOD APARTMENTS LIMITED PARTNERSHIP VS DEIGHAN, ALICE M. 15-CC-013501 04/30/2015 *717.113 $18.60
COURTESY TITLE INC CK# 430466 05/28/2019 15000810 $71.40
COURTNEY LYNNE, KIRKPATRICK CK# 432713 07/25/2019 15000989 $230.00
COURTYARDS ON THE RIVER LLC VS BAILEY, LE-ROY W. 19-CC-039641 07/31/2019 *717.113 $52.00
COVELL, SCOTT A CK# 582672 10/11/2019 $15.00
COVERT, MICHAEL LINN CK# 427443 03/07/2019 15000647 $268.00
COWAN, TAYLOR CK# 436873 11/25/2019 15001226 $20.50
COWLES HILLSBOROUGH PROPERTIES LLC VS OSORIO, NAOMI 15-CC-028345 09/16/2015 *717.113 $350.00
CRAMER HABER AND MCDONALD PA CK# 430669 06/03/2019 15000808 $72.83
CREATIVE CHOICE HOMES XXXI LTD VS WOODEN, RASHEEDAH 18-CC-031483 08/07/2018 *717.113 $50.00
CREUZIGER, GINA L CK# 574104 02/08/2019 $15.00
CRISPIN, PEDRO CK# 572722 01/11/2019 $15.00
CROCKETT, BRENTON W CK# 583736 11/08/2019 $15.00
CROESE, PETER CK# 430536 05/29/2019 15000796 $165.00
CROSON, CURTIS M CK# 584814 12/06/2019 $15.00
CROSS, ASHTON RENEE CK# 431042 06/13/2019 15001324 $250.00
CROSS, DAVID L CK# 580075 07/26/2019 $15.00
CROSS, MICHAEL T CK# 578529 06/07/2019 $15.00
CROTEAU, CHRISTOPHER A CK# 576661 04/18/2019 $15.00
CROWELL, CAMERON MICHAEL CK# 436270 11/07/2019 15001221 $15.75
CRUZ CRUZ, MICHAEL A CK# 584005 11/08/2019 $15.00
CRUZ, ANABELLE N CK# 585247 12/20/2019 $15.00
CRUZ, ISMAEL CK# 578503 06/07/2019 $15.00
CRUZ, JOSE EDGAR BERNABE CK# 435624 10/21/2019 15001202 $250.00
CRUZ, JOSE EDGAR BERNABE CK# 435625 10/21/2019 15001201 $250.00
CRUZ, TORI S CK# 576964 04/26/2019 $15.00
CS SUNBIZ LLC VS DOMENECH, FRAMARIE 16-CC-020169 07/01/2016 *717.113 $909.23
CUE, JUAN CK# 583888 11/08/2019 $15.00
CUEVAS, MANUEL CK# 429356 04/29/2019 15000710 $273.00
CUI, XILI CK# 435089 09/25/2019 15001480 $1,000.00
CURENTON, VICTOR L CK# 575768 03/22/2019 $15.00
CURRIER-CULLINAN, HEATHER L CK# 584854 12/06/2019 $15.00
CUYA, CHRISTINE A CK# 583234 10/25/2019 $15.00
CWANEK, GABRIELLE A CK# 579817 07/19/2019 $15.00
CYPRESS TITLE COMPANY CK# 430783 06/06/2019 15001323 $48.54
D AND E SURVEYING INC CK# 430784 06/06/2019 15001338 $31.00
D'AGOSTINO, PATRICIA S CK# 575910 03/29/2019 $15.00
DAHLEM, BETTY A CK# 577488 05/10/2019 $15.00
DAIGLE, ELAINE M CK# 584205 11/15/2019 $15.00
DALEY, MAEGAN N CK# 577843 05/17/2019 $15.00
DALFERRO, VALERIE A CK# 574148 02/08/2019 $15.00
DALIA CORPORATION VS MATHENY, CHRISTIA 15-CC-003545 02/06/2015 *717.113 $175.00
DALRYMPLE, STEPHANIE A CK# 578761 06/14/2019 $15.00
DALY, JAMES B CK# 577818 05/17/2019 $15.00
DAMIANI, MICHAEL A CK# 583828 11/08/2019 $30.00
DANH, SHEENA T CK# 574027 02/08/2019 $15.00
DANIELLO WILLIAMS, JENNIFER L CK# 578859 06/21/2019 $15.00
DAUGHERTY, ROBERT S CK# 573461 01/25/2019 $15.00
DAVID STERN LAW OFFICE CK# 429923 05/14/2019 15000768 $431.44
DAVIE, JACOB H CK# 576016 03/29/2019 $15.00
DAVIES, JORDAN C CK# 577501 05/10/2019 $15.00
DAVIS, ALISA G CK# 583912 11/08/2019 $15.00
DAVIS, CARL E CK# 583820 11/08/2019 $15.00
DAVIS, DEAN O CK# 579620 07/12/2019 $30.00
DAVIS, JANAE S CK# 585045 12/13/2019 $15.00
DAVIS, LUKE T CK# 585126 12/13/2019 $15.00
DAVIS, RYAN J CK# 580227 07/26/2019 $15.00
DAVIS, SHANTEL Q CK# 574850 02/15/2019 $15.00
DAVIS, THOMAS R CK# 575371 03/15/2019 $15.00
DAY, ANTHONY S CK# 574440 02/15/2019 $15.00
DAY, LOIS CK# 435883 10/28/2019 15001219 $500.00
DDS DISCOUNT CK# 433397 08/15/2019 15001435 $111.50
DD'S DISCOUNT CK# 435947 10/29/2019 15001536

DE CASTRO, JOSE CK# 425613 01/16/2019 15000941 $13.50
DE JESUS, ANTONIO E CK# 584234 11/15/2019 $15.00
DEAN, DALTON L CK# 577762 05/17/2019 $15.00
DEBERRY, CHRISTOPHER CK# 432242 07/12/2019 15001394 $250.00
DEBRA LEE MARTIN CK# 425357 01/09/2019 15000652 $30.00
DEESE, TYLER F CK# 582465 10/04/2019 $15.00
DEJESUS, ADRIAN E CK# 577802 05/17/2019 $15.00
DEJESUS, JUAN M CK# 582216 09/27/2019 $15.00
DELA CRUZ, LEONARDO E CK# 574064 02/08/2019 $15.00
DELANGE, KIRA L CK# 577866 05/17/2019 $15.00
DELAROSA, ALEXIS CK# 579761 07/19/2019 $15.00
DELAROSA, KRISTIAN C CK# 578582 06/14/2019 $15.00
DELFASCO LLC VS POWELL, STEPHEN 14-CA-011264 04/20/2015 $100.00
DELMAS, MARIE Y CK# 581042 08/23/2019 $15.00
DELUNA, STEPHANIE L CK# 581715 09/20/2019 $15.00
DEMETER PROPERTIES INC VS LOFTON, WHITNEY 17-CC-012469 04/24/2017 *717.113 $165.00
DEMETER PROPERTIES INC VS MURPHY, EDWIN O 19-CC-059260 12/17/2019 *717.113 $2,525.00
DEMPS, MARQUIES J CK# 585203 12/13/2019 $15.00
DEMUTH, COREY D CK# 584216 11/15/2019 $15.00
DENNEY, WALTER J CK# 576829 04/18/2019 $15.00
DENOVA, ANDY CK# 432238 07/12/2019 15000906 $250.00
DENSON, TIFFANY M CK# 581140 08/23/2019 $15.00
DEPRANO, MICHAEL J CK# 575806 03/22/2019 $15.00
DESBOUQUETS, JEAN WILNER CK# 579891 07/19/2019 $15.00
DESCHLER, KALI M CK# 584292 11/15/2019 $20.13
DESKINS, DON G CK# 578552 06/07/2019 $15.00
DEUTSCHE BANK NATIONAL TRUST COMPANY VS JOHNSON, JOHN R 13-CA-015276 01/14/2015 $100.00
DEVANE, DEVON T CK# 575443 03/15/2019 $15.00
DHAR, RUPA CK# 575627 03/15/2019 $15.00
DHI TITLE CK# 429590 05/06/2019 15000800 $1,009.03
DIAMOND TITLE AND ASSOCIATES CK# 430141 05/21/2019 15000760 $252.15
DIAZ GARCIA, JOHANSEL M CK# 575266 03/08/2019 $15.00
DIAZ, LUIS CK# 431800 06/28/2019 15001303 $29.00
DIAZ, VANESSA ARLETT CK# 428719 04/10/2019 15000859 $106.80
DIBENIGNO, ALEXANDRA F CK# 579313 07/05/2019 $15.00
DICKENSON, JARELL M CK# 575580 03/15/2019 $15.00
DIGIROLAMO, LEONARD R CK# 583812 11/08/2019 $15.00
DILBERT CASTRO, ASHLEY G CK# 583263 10/25/2019 $15.00
DIOGO, NICOLAS VS WILSON, SHERESE 18-CC-025950 01/04/2019 *717.113 $1,560.00
DIRECT CORPORATE SERVICES CK# 430821 06/07/2019 15000873 $41.69
DIX, SAMUEL B CK# 585166 12/13/2019 $15.00
DIXON, MARQUISH TRINETTE CK# 436291 11/07/2019 15001568 $80.00
DOBLER, CHRISTOPHER KENNETH CK# 426275 02/04/2019 15000605 $13.50
DOBO, SARAH E CK# 574714 02/22/2019 $15.00
DOBSON, CALMENT D CK# 576403 04/12/2019 $15.00
DOLAN, KELSEY CK# 436007 10/30/2019 15001195 $72.00
DOMINGUEZ, MARILYN R CK# 578312 05/31/2019 $30.00
DOMINGUEZ, RAFAEL CK# 436013 10/30/2019 15001196 $60.00
DOMINGUEZNIETO, VALENTIN CK# 434233 09/09/2019 15001504 $202.00
DONAGHY, ROBERT T CK# 576315 04/05/2019 $15.00
DONG, JI ZHONG CK# 436706 11/21/2019 15001585 $15.75
DONNELL, KENNETH G CK# 574321 02/15/2019 $15.00
DONNELL, KENNETH VS WILLIAMS, KAMILIHIA 13-CC-034164 01/03/2014 *717.113 $121.00
DORSEY, CRYSTAL L CK# 576926 04/26/2019 $15.00
DORWARD, THOMAS A CK# 575774 03/22/2019 $15.00
DOUGHERTY, PATRICK B CK# 575529 03/15/2019 $45.00
DOWNTOWN TAMPA APARTMENTS, LLC VS SOSSO, JAMES 18-CC-037746 07/31/2018 *717.113 $1,000.00
DOZIER, DREW CK# 431692 06/26/2019 15000861 $170.00
DRAKE AND ASSOCIATES PA CK# 429770 05/09/2019 15000721 $116.80
DRAKE, MICAH DAVID CK# 428709 04/10/2019 15001163 $110.80
DRAWDY, KAYLA L CK# 576721 04/18/2019 $15.00
DRAYTON, JAMES V CK# 582173 09/27/2019 $15.00
DRIGGERS, AUTUMN LEANNE CK# 437770 12/30/2019 15001365 $47.00
DRIGGERS, JAMES C CK# 583094 10/18/2019 $15.00
DROTLEFF, ANDREW F CK# 580688 08/16/2019 $30.00
DUCKWORTH, ALVAN L CK# 573236 01/18/2019 $15.00
DUNN, EDWARD CK# 575419 03/15/2019 $30.00
DUNNE ATTORNEY AT LAW, JOHN P CK# 430151 05/21/2019 15000761 $257.08
DUPERTUIS, MELISSA C CK# 575324 03/08/2019 $30.00
DURAN JR, AUGUSTO CK# 431043 06/13/2019 15001319 $250.00
DUTTON, CLAYTON S CK# 575452 03/15/2019 $15.00
DYAR, LOLLIS H CK# 584654 11/22/2019 $15.00
DYE, MICHAEL L CK# 582847 10/18/2019 $15.00
DYKES, ROBERT L CK# 582778 10/18/2019 $15.00
EAGLE TITLE AND ABSTRACT INC CK# 430516 05/29/2019 15000779 $15.00
EAGLES MASTER ASSOCIATION INC VS CAPOLUPO, EDDIE 18-CC-024464 10/01/2018 *717.113 $80.00
EAMES, JAMES C CK# 579217 06/28/2019 $15.00
EASTWOOD MHC LLC VS LA FUENTE, ENEIDA NUNEZ DE 16-CC-033242 10/24/2016 *717.113 $453.12
EASTWOOD MHC, LLC VS MARTINEZ, HEATHER 16-CC-025977 08/17/2016 *717.113 $83.00
ECHAVARRIA, LILIA CK# 583740 11/08/2019 $15.00
ECHAVARRIA, RAFAEL GOMEZ CK# 429892 05/13/2019 15001287 $21.60
EDWARDS, ERIC N CK# 573587 01/25/2019 $15.00
EDWARDS, GILLIAN L CK# 577554 05/10/2019 $15.00
EGGERT, CHESTER L CK# 577511 05/10/2019 $15.00
EGZI, SOLOMON G CK# 575620 03/15/2019 $15.00
EHLERS, CHRISTINA CK# 436168 11/05/2019 15001578 $10.91
EHMKE III, RONALD LEE CK# 431436 06/21/2019 15000862 $2,000.00
EHMKE III, RONALD LEE CK# 431437 06/21/2019 15000863 $500.00
EIFRID, MEGAN CK# 430529 05/29/2019 15001260 $72.00
EKANGER, JONATHAN P CK# 575738 03/22/2019 $15.00
ELGIN, KELVIN CK# 434123 09/05/2019 15001508 $15.00
ELITE MORTGAGE OF TAMPA INC CK# 429924 05/14/2019 15000799 $408.50
ELIZARRARAS, AURELIO E CK# 583261 10/25/2019 $15.00
ELKASRI, MOHAMED VS BLACK, CORETHA 15-CC-032679 10/20/2015 *717.113 $100.00
ELLIOTT, ANDREA K CK# 574797 02/22/2019 $15.00
ELLIOTT, CHRISTINE M CK# 582957 10/18/2019 $15.00
ELLIS, MATTHEW VS HALL, BRIONNA 15-CC-009001 04/17/2015 *717.113 $500.18
ELLIS, NICHOLE H CK# 585469 12/20/2019 $15.00
ELLISON, MARIE A CK# 575820 03/22/2019 $15.00
EMBERY, KHARI O CK# 583786 11/08/2019 $30.00
EMERT, OLIVER P CK# 575531 03/15/2019 $15.00
EMILIANO, MARIA N CK# 573005 01/18/2019 $15.00
ENDRUSCHAT, ROBERT J CK# 579930 07/19/2019 $15.00
ENTERPRISE TITLE PARTNERS OF NTLTD CK# 430915 06/11/2019 15001329 $12.00
EPIC TITLE SERVICES INC CK# 429925 05/14/2019 15001274 $117.49
EPPS, ANTHONY D CK# 584236 11/15/2019 $15.00
EQUITITLE LLC CK# 429926 05/14/2019 15000858 $411.10
ERIC ARTURO CK# 426785 02/18/2019 15000640 $202.00
ERICKSON, JAQUELINE M CK# 426186 01/31/2019 15000955 $10.20
ESAW, ERIC B CK# 576481 04/12/2019 $15.00
ESCOBAR, YAN N CK# 574749 02/22/2019 $15.00
ESGAR, ASHLYN N CK# 581467 09/13/2019 $15.00
ESPARZA, GUADALUPE CK# 574481 02/15/2019 $15.00
ESPINAL TEJADA, YANET CK# 583619 11/01/2019 $15.00
ESPINOZA, AURELIO CK# 573536 01/25/2019 $15.00
ESPINOZA, RAMIRO CK# 578443 06/07/2019 $15.00
ESPINOZA, RUTH K CK# 573456 01/25/2019 $15.00
ESTEVES, ARMINDO VS FARESE, ALFRED JOSEPH 19-CC-000399 01/09/2019 *717.113 $187.50
EVERETT, MONIQUE CK# 432209 07/11/2019 15001408 $100.00
EVERETT, WILLOW J CK# 582884 10/18/2019 $15.00
EXANTUS, CHOSTER CK# 428693 04/10/2019 15001167 $71.60
FADILAALSABBAGH, FAHD MHD CK# 432722 07/25/2019 15000985 $60.00
FAIR, EMERSON CK# 432720 07/25/2019 15001430 $14.00
FAIRFIELD ARBOR WALK LLC VS PURNELL, SHERMAN 16-CC-032432 10/18/2016 *717.113 $1,010.78
FAMILY DOLLAR CK# 428321 03/29/2019 15001113 $60.00
FAMILY DOLLAR CK# 429632 05/07/2019 15000695 $62.80
FAMILY DOLLAR CK# 435046 09/25/2019 15001512 $100.00
FAMILY DOLLAR CK# 437690 12/27/2019 15001613 $130.00
FANDALA, IVLOUSE CK# 433676 08/21/2019 15001073 $500.00
FARKAS, CHRISTOPHER P CK# 581446 09/13/2019 $30.00
FARMER AND FITZGERALD PA CK# 430473 05/28/2019 15000792 $100.00
FARMER, LISA H CK# 574654 02/22/2019 $30.00
FARRELL, SUSAN E CK# 579246 06/28/2019 $15.00
FEDERAL NATIONAL MORTGAGE ASSOCIATION VS FERNANDEZ, HECTOR 15-CA-005137 07/24/2015 $100.00
FELICIANO, DENISSE J CK# 579617 07/12/2019 $15.00
FELTON, DONTIAVIUS CK# 432948 07/31/2019 15001421 $161.00
FENN, ASHLEE R CK# 433154 08/07/2019 15001444 $20.00
FENSHAW, JOHN W CK# 584605 11/22/2019 $15.00
FERBER, JONAH S CK# 583375 10/25/2019 $30.00
FERDINAND, ROBERT A CK# 573465 01/25/2019 $15.00
FERGUSON, DOROTHY A CK# 585118 12/13/2019 $15.00
FERNANDES, ANA VS UNKNOWN TENANT #1 N/KA Z SUTHY 18-CC-000292 10/29/2018 *717.113 $1,000.00
FERNANDEZ, DAVID CK# 430819 06/07/2019 15000843 $50.00
FERNANDEZ, LOGAN A CK# 579863 07/19/2019 $15.00
FERNANDEZ, MARCUS T CK# 577642 05/10/2019 $15.00
FERNANDEZ, MARLENE R CK# 577834 05/17/2019 $15.00
FERRITTO, DAVID R CK# 582153 09/27/2019 $30.00
FERRY, DRAKE M CK# 582568 10/11/2019 $15.00
FIDELITY BANK CK# 428124 03/25/2019 15001115 $15.00
FIDELITY NATIONAL TITLE INS-MAITLAND CK# 429548 05/03/2019 15000706 $4,017.12
FIDELITY TITLE FIRST AMERICAN TITLE CK# 430143 05/21/2019 15000759 $257.00
FIELDS, ALEXIS N CK# 576416 04/12/2019 $15.00
FIFE, NANCY C CK# 580173 07/26/2019 $15.00
FIGUEREDO, VICTORIA ISABEL CK# 429519 05/02/2019 15001231 $20.50
FIGUEROA GARCIA, CHELYSAMIRA CK# 580093 07/26/2019 $15.00
FIGUEROA RIVERA, EDUARDO CK# 575687 03/22/2019 $15.00
FIGUEROA, ALEXIS MARIE GOMEZ CK# 425645

(Continued on next page)

01/17/2019 15000939 $13.50
FINKLEA, DIJANA CK# 582147 09/27/2019 $15.00
FINLAYSON, NIYA A CK# 574996 03/01/2019 $30.00
FINNELL, DALTON ANTHONY CK# 430200 05/22/2019 15001278 $72.00
FIRST AMERICAN TITLE CK# 429396 04/30/2019 15001193 $20,365.97
FIRST CITRUS BANK VS MJ MANLEY INC 11-CA-001991 07/29/2013 *717.113 $4,113.67
FIRST FLORIDA TITLE OF TAMPA BAY CK# 430754 06/05/2019 15000817 $92.00
FIRST PRIORITY TITLE SERVICES CK# 429927 05/14/2019 15000737 $495.35
FIRST ROTTLUND TITLE OF FLORIDA LLC CK# 429691 05/08/2019 15000745 $160.45
FIRST, ASHLEY LYNN CK# 425079 01/02/2019 15000951 $83.00
FISHER, MATTHEW J CK# 582747 10/18/2019$15.00
FISHERMANS TITLE INC CK# 430874 06/10/2019 15001341 $50.00
FISHMAN, BARRY CK# 435553 10/18/2019 15001213 $70.00
FIT TO RUN CK# 436000 10/30/2019 15001526 $106.50
FITZGERALD, CYNTHIA B CK# 581440 09/13/2019 $15.00
FITZGERALD, DENISE M CK# 579310 07/05/2019 $15.00
FL CERTIFIED DEED SERVICES CK# 430822 06/07/2019 15000826 $17.00
FL HARBOUR WALK LLC VS HOFFMAN, CATHY 16-CC-021065 08/11/2016 *717.113 $2,709.27
FLEMING, KIERRA M CK# 574297 02/15/2019 $15.00
FLORES, CELESTINA CK# 432599 07/23/2019 15001432 $500.00
FLORES, DAVID CK# 428857 04/16/2019 15001159 $25.00
FLORES, JACQUELINE CK# 574096 02/08/2019 $15.00
FLORES, JOSE L CK# 573801 02/01/2019 $15.00
FLORIDA ABSTRACT AND TITLE, LLC VS CHAVEZ, JOHN A 15-CC-026289 11/19/2015 *717.113 $76.65
FLORIDA CERTIFIED RECORD RETRIEVAL SVS CK# 429692 05/08/2019 15001285 $632.50
FLORIDA DEPARTMENT OF FINANCIAL SERVICES CK# 428425 04/02/2019 15001181 $226.56
FLORIDA PETTY CASH CK# 431061 06/13/2019 15000860 $70.00
FLORIDA PROPERTY TITLE SERVICES LLC CK# 430824 06/07/2019 15001357 $16.53
FLORIDA TREASURE REALTY, LLC VS JENKINS, TAISHA 18-CC-027895 08/07/2018 *717.113 $1,400.00
FLUKE, KEVIN CK# 436008 10/30/2019 15001228 $26.20
FOGARTY, CHARLOTTE S CK# 579798 07/19/2019 $15.00
FOMBO, ISIDORE A CK# 581878 09/20/2019 $15.00
FONTAINE, GERALD CK# 583933 11/08/2019$15.00
FORD, DWAYNE R CK# 575422 03/15/2019 $15.00
FOREMAN, CHARLES M CK# 584219 11/15/2019 $15.00
FOREMOST PROPERTY SOLUTIONS LLC VS HARDWICK, CHARITY 15-CC-025679 09/25/2015 *717.113 $300.00
FOSTER AND FOSTER CK# 431271 06/19/2019 15000866 $97.50
FOSTER, JEFFREY L CK# 583086 10/18/2019 $30.00
FOUNTAINVIEW ESTATES LLC VS PORTER, PAM 15-CC-036802 03/15/2016 *717.113 $1,583.24
FRANCIS, BART CK# 433244 08/12/2019 15001451 $12.08
FRBH SABAL PARK, LLC VS LOWE, LUCINDA H. 18-CC-061606 12/14/2018 *717.113 $200.00
FREEDMAN AND MICHAELS PA CK# 430825 06/07/2019 15000894 $29.71
FREEDOM LAND TITLE CK# 430475 05/28/2019 15000820 $192.77
FREITAG, TRACEY A CK# 575281 03/08/2019 $15.00
FRIAR, WILLIAM H CK# 584991 12/06/2019 $15.00
FULLER HOLSONBACK AND MALLOY PA CK# 430790 06/06/2019 15000829 $13.67
FUNIKU PROPERTIES CORP VS JONES, TAMIKA 19-CC-059580 12/09/2019 *717.113 $421.95
GABRIEL, STEVENS CK# 427800 03/14/2019 15000646 $450.00
GAGNON, JOHN CARL CK# 431170 06/17/2019 15001317 $45.75
GAHAGAN, KATHLEEN M CK# 573795 02/01/2019 $15.00
GAINER, JESSICA J CK# 583280 10/25/2019 $15.00
GAINEY, JAUKENA CK# 435682 10/22/2019 15001200 $500.00
GALLAGHER, JOSEPH P CK# 578108 05/24/2019 $15.00
GALLEGOS, NORL A CK# 583897 11/08/2019 $15.00
GAMMON, WILLIAM C CK# 577930 05/17/2019 $15.00
GAO, AIHUA CK# 434847 09/24/2019 15001487 $250.00
GARAFFA, GABRIELLA P CK# 582384 10/04/2019 $15.00
GARCIA DE QUEVEDO LI, BRENDA CK# 574819 02/22/2019 $15.00
GARCIA, ALEXANDER CK# 580668 08/16/2019 $30.00
GARCIA, ANA LEISY CK# 432190 07/11/2019 15000884 $500.00
GARCIA, BRITTANY D CK# 577178 04/29/2019 $15.00
GARCIA, CARRIE A CK# 583784 11/08/2019 $15.00
GARCIA, DAVID D CK# 583227 10/25/2019 $15.00
GARCIA, DIAMARI L CK# 583002 10/18/2019 $15.00
GARCIA, GELCY A CK# 580995 08/23/2019 $30.00
GARCIA, MATTHEW P CK# 584634 11/22/2019 $15.00
GARDNER WILKES SHAHEEN AND CANDELORA CK# 429697 05/08/2019 15001282 $158.75
GARDNER, LORI A CK# 577195 04/29/2019 $15.00
GARLING, GINNY L CK# 578587 06/14/2019 $15.00
GARRETT, ANTHONY W CK# 577390 05/03/2019 $15.00
GARRETT, KELLY M CK# 574951 03/01/2019 $15.00
GASVODA, PATRICK A CK# 576802 04/18/2019 $30.00
GATENBEE, AMYMARIE CK# 580054 07/26/2019 $15.00
GATZA, LUKE G CK# 576637 04/18/2019 $15.00
GAUVREAU, HENRY R CK# 581511 09/13/2019 $30.00
GAVRIAN, EMILY K CK# 580718 08/16/2019 $15.00
GAY, GRACIELA R CK# 581095 08/23/2019 $15.00
GAYLE, VESPASIAN A CK# 429575 05/03/2019 15001240 $60.00
GENERAL TITLE COMPANY OF FLORIDA CK# 429550 05/03/2019 15000726 $1,827.49
GENESIS GROUP INC CK# 430919 06/11/2019 15000824 $185.10
GENNINGER, JASEN DOUGLAS CK# 427777 03/14/2019 15001124 $164.00
GEOMAP TECHNOLOGIES INC CK# 430828 06/07/2019 15000838 $24.50
GEORGE, CLIVE M CK# 573746 02/01/2019 $15.00
GERMAN, AMAURY EMMANUEL CK# 425249 01/07/2019 15000924 $103.00
GERMOND, JUSTIN J CK# 585430 12/20/2019 $15.00
GIBBS, WILLIAM W CK# 579435 07/05/2019 $15.00
GIL IRIZARRY, ESTHER M CK# 575684 03/22/2019 $15.00
GILBERT, JAYNE P CK# 577475 05/10/2019 $15.00
GILBERT, LYLE W CK# 584648 11/22/2019 $15.00
GILBERT, SHEILA J CK# 583185 10/25/2019 $15.00
GILBERTSON, MATTHEW G CK# 576760 04/18/2019 $15.00
GILLEY, AVIANCE O CK# 437336 12/13/2019 15001619 $20.00
GINSBERG, CINDY K CK# 584585 11/22/2019 $15.00
GISPERT, DEBORAH J CK# 580972 08/23/2019 $105.00
GIZAW, GABRIELLA G CK# 580031 07/26/2019 $60.00
GIZAW, GABRIELLA G CK# 580331 08/02/2019 $150.00
GIZAW, GABRIELLA G CK# 580543 08/09/2019 $30.00
GLEN RASMUSSEN AND FOGARTY CK# 430755 06/05/2019 15001346 $83.28
GLOBAL TITLE NETWORK INC CK# 429594 05/06/2019 15000772 $882.54
GLYNOS, ANNABEL CK# 582122 09/27/2019 $15.00
GOAL PROPERTIES LLC VS GARZA, JOANNA 18-CC-053253 10/26/2018 *717.113 $2,206.00
GOLBACH, SAMUEL JOHN CK# 429894 05/13/2019 15001286 $1,702.00
GOLDSTEIN, JARED TYLER CK# 430393 05/24/2019 15001261 $55.00
GOLIBART, DANIEL A CK# 576236 04/05/2019$15.00
GOMEZ, DIEGO M CK# 574646 02/22/2019 $15.00
GOMEZVAZQUEZ, JUAN CK# 430568 05/30/2019 15000857 $2,000.00
GOMEZVAZQUEZ, NICOLAS CK# 430408 05/24/2019 15000758 $2,000.00
GONSALEZ, JOSE LUIS HERNANDEZ CK# 435067 09/25/2019 15001483 $250.00
GONYEA, BRIANNE K CK# 581457 09/13/2019$15.00
GONZALES, ELIADORO J CK# 428696 04/10/2019 15000664 $67.60
GONZALEZ, CARMEN CK# 577490 05/10/2019 $15.00
GONZALEZ, JOSE CK# 428871 04/16/2019 15000684 $500.00
GONZALEZ, KARLA C CK# 576857 04/26/2019$15.00
GONZALEZ, WILLIAM R CK# 580280 07/26/2019 $15.00
GONZALEZVEGA, MIRIAM CK# 428454 04/02/2019 15001180 $100.00
GOODWIN, LAURIE CK# 435227 10/07/2019 15001147 $72.00
GOOLSBY, TIFFANY L CK# 582299 09/27/2019 $15.00
GORDON, CAELA CK# 427507 03/08/2019 15001099 $16.50
GORDON, IAN C CK# 581717 09/20/2019 $15.00
GORDON, JERLEESHA CK# 427708 03/13/2019 15000657 $50.00
GORDON, KINSLEY CK# 425213 01/04/2019 15000582 $250.00
GOSSAMER WING, LLC VS MATHIS, KOLANDA 16-CC-009938 04/08/2016 *717.113 $2,160.00
GOYNES, AMINTA O CK# 574512 02/15/2019 $15.00
GRACIA, JHOAN SEBASTIAN CK# 425264 01/07/2019 15000950 $11.34
GRAF, DAVID O CK# 581417 09/13/2019 $15.00
GRAHAM, MICHAEL D CK# 575521 03/15/2019 $15.00
GRAHAM, RACHEL N CK# 572814 01/11/2019$15.00
GRANGER, CLIFFORD E CK# 580741 08/16/2019 $15.00
GRANTLAND, JOHN W CK# 575264 03/08/2019 $15.00
GRAY, CHRISTINA S CK# 573621 01/25/2019 $15.00
GRAY, VANESSA D CK# 579668 07/12/2019 $15.00
GREANY, PETER N CK# 574990 03/01/2019 $15.00
GREATER BAY TITLE LLC CK# 429928 05/14/2019 15001276 $378.80
GRECO PA, FRANK J CK# 430918 06/11/2019 15001328 $10.80
GRECO, BRIAN M CK# 578837 06/21/2019 $15.00
GREEN, SANDRA A CK# 583407 10/25/2019 $15.00
GREEN, WAYLON D CK# 576290 04/05/2019 $15.00
GREENBERG TRAURIG CK# 437364 12/16/2019 15001611 $12.00
GREENE AND SCHERMER CK# 430829 06/07/2019 15000828 $32.74
GREENE, MATTHEW R CK# 576525 04/12/2019 $15.00
GREENE, SHANNON SABRINA CK# 427280 03/01/2019 15000637 $110.80
GREKOS, DIONYSIA K CK# 575439 03/15/2019 $15.00
GRIFFIN, MATTHEW F CK# 573733 02/01/2019 $15.00
GRIFFIN, TERRY W CK# 583863 11/08/2019 $15.00
GRIMES, GWYNNE P CK# 584195 11/15/2019 $15.00
GROGAN, JOSHUA A CK# 582218 09/27/2019$15.00
GROOM, JOHN VS JONES, PAMELA 17-CC-024049 08/04/2017 *717.113 $270.00
GSTALDER, CHRISTOPHER S CK# 579498 07/12/2019 $15.00
GUAGLIARDO, DARRELL D CK# 572873 01/11/2019 $15.00
GUE, KAYLEE M CK# 580149 07/26/2019 $15.00
GUGLIELMETTI, DIANA CK# 426777 02/18/2019 15001036 $15.75
GUILFU, RICARDO CK# 429731 05/08/2019 15000741 $146.00
GUILFUCCI, CARLOS R CK# 573504 01/25/2019 $15.00
GULF COAST REVIEW INC CK# 426134 01/30/2019 15000929 $61.50
GULF COAST REVIEW INC CK# 426324 02/04/2019 15001009 $35.00
GULF COAST REVIEW INC CK# 433179 08/07/2019 15001468 $61.50
GUTHRIE, ERICA J CK# 578547 06/07/2019 $15.00
GUYER, KANE A CK# 584596 11/22/2019 $15.00
GUZMAN, MARCOS CK# 579195 06/28/2019 $15.00
GUZMAN, MICHAEL CK# 581181 08/30/2019 $15.00
GUZMANMOLINA, WILMER CK# 434748 09/19/2019 15001490 $202.00
GWIN, CHRISTOPHER CK# 433095 08/06/2019 15001454 $250.00
HADDEN, THOMAS L CK# 582663 10/11/2019 $15.00
HAFER, DANIEL B CK# 578942 06/21/2019 $15.00
HAIGHT, THEODORE G CK# 582664 10/11/2019 $15.00
HAILEY, EDWARD J CK# 582140 09/27/2019 $15.00
HALL, CARLA CK# 430868 06/10/2019 15000833 $17.00
HALL, KRISTIE VS STARKE, TANYA 15-CC-019541 06/17/2015 *717.113 $39.32
HALLBACK, TANQUILLA T CK# 573130 01/18/2019 $15.00
HAMAN, JASON F CK# 573379 01/25/2019 $15.00
HAMERS, GREGORY A CK# 582226 09/27/2019 $15.00
HAMILTON, ALICE M CK# 575045 03/01/2019 $15.00
HAMILTON, CALVIN J CK# 583701 11/08/2019$15.00
HAMILTON, DAVID J CK# 580730 08/16/2019 $15.00
HAMMER TITLE INSURANCE COMPANY CK# 431274 06/19/2019 15000868 $38.11
HANSEL, OCYNTH S CK# 579176 06/28/2019 $15.00
HANSEN, WONDA VS BINNION, ROBERT C 19-CC-040201 07/26/2019 *717.113 $500.00
HARDEE, JAYCE F CK# 581274 08/30/2019 $15.00
HARDEN, KEITH A CK# 582206 09/27/2019 $15.00
HARDEN, SHAWN D CK# 585539 12/20/2019 $15.00
HAROLD, HAROLD K CK# 575972 03/29/2019 $15.00
HARPER KYNES AND GELLER PA CK# 430478 05/28/2019 15000783 $247.50
HARRELL, ZACHERY D CK# 583384 10/25/2019 $15.00
HARRIS, ANGELA MARIE CK# 434374 09/12/2019 15001091 $111.00
HARRIS, FONDA L CK# 574490 02/15/2019 $15.00
HARRISON, JAQUAN J CK# 582170 09/27/2019$15.00
HARRISON, TERRY A CK# 581588 09/13/2019$15.00
HART, JULIANNE CK# 432506 07/19/2019 15001376 $250.00
HART, JULIANNE CK# 432507 07/19/2019 15001375 $250.00
HART, NATHAN CLIFFORD CK# 427534 03/08/2019 15001127 $67.00
HARTMAN, TINA M CK# 580544 08/09/2019 $15.00
HARVEY, GLENDIA CK# 428428 04/02/2019 15001179 $26.34
HARVEY, JEFFREY C CK# 580697 08/16/2019$30.00
HARVIE, ALEXANDER S CK# 580667 08/16/2019 $30.00
HASSOUN, NICHOLAS S CK# 584482 11/22/2019 $15.00
HAUGHTON, VERONA E CK# 429752 05/08/2019 15001238 $12.50
HAWK, MADISON E CK# 582433 10/04/2019 $15.00
HAWLEY, JESSICA L CK# 573053 01/18/2019 $15.00
HAYDEN, ROBERT CHANCE CK# 432775 07/25/2019 15000909 $170.00
HAYES, TREVOR A CK# 573433 01/25/2019 $15.00
HAYSE, MERRIEL T CK# 579734 07/12/2019 $15.00
HEART OF ADOPTIONS INC CK# 432606 07/23/2019 15001420 $42.00
HEATH, CHRISTOPHER M CK# 580379 08/02/2019 $15.00
HECKSHER, MICHAEL P CK# 576522 04/12/2019 $15.00
HEMION, ROY DALLAS CK# 436015 10/30/2019 15001198 $250.00
HENDERSON, ADAM H CK# 577712 05/17/2019 $15.00
HENDERSON, CHRISTOPHER W CK# 574555 02/22/2019 $15.00
HENGST, AMANDA E CK# 575210 03/08/2019$15.00
HENRIQUEZ, MIGUEL ANGEL CK# 426560 02/11/2019 15001013 $2,000.00
HENRY, DANIEL M CK# 583710 11/08/2019 $15.00
HENRY, DEMARIO JERMAINE CK# 428695 04/10/2019 15001166 $53.60
HENRY, TANYA N CK# 430649 05/31/2019 15001256 $60.00
HEPBURN, KRYSTAL L CK# 578678 06/14/2019 $15.00
HEREDIA PEREZ, CARLOS A CK# 582587 10/11/2019 $15.00
HERITAGE TITLE COMPANY CK# 430479 05/28/2019 15000781 $224.66
HERLONG, MARK B CK# 582753 10/18/2019 $15.00
HERNANDEZ GONZALEZ, ALEXANDRA CK# 573241 01/18/2019 $15.00
HERNANDEZ GONZALEZ, GRISEL CK# 583128 10/18/2019 $15.00
HERNANDEZ, ABIMAEL CK# 431849 07/02/2019 15001404 $500.00
HERNANDEZ, AGUSTIN HERNANDEZ CK# 434953 09/25/2019 15001482 $202.00
HERNANDEZ, ANTONIO VS PADILLA, ALEX 15-CC-004343 02/24/2015 *717.113 $600.00
HERNANDEZ, EPIFANIO CK# 583314 10/25/2019 $15.00
HERNANDEZ, FERMIN CK# 434971 09/25/2019 15001146 $500.00
HERNANDEZ, FERMIN CK# 435047 09/25/2019 15001145 $250.00
HERNANDEZ, JULIO CK# 432362 07/19/2019 15001378 $500.00
HERNANDEZ, LUCIO CK# 435579 10/18/2019 15001209 $500.00
HERNANDEZ, MELANIE CK# 572742 01/11/2019 $15.00
HERNANDEZ, NOEL CK# 578976 06/21/2019 $15.00
HERNANDEZ, RAMIREZ ALICIA CK# 426923 02/20/2019 15000618 $250.00
HERNANDEZ, SANTOS ANDRES ANTONETTI CK# 425903 01/24/2019 15000972 $32.94
HERNANDEZ, YUNIELBIS ZAYAS CK# 432527 07/19/2019 15001374 $55.00
HERRADA, RICARDO ANTONIO CK# 436088 11/01/2019 15001581 $11.75
HESS, DYLAN JACOB CK# 427268 03/01/2019 15001103 $15.75
HICKOX, TERRY D CK# 583393 10/25/2019 $15.00
HICKS, CHRISTOPHER DARRELL CK# 428694 04/10/2019 15000714 $106.80
HICKS, SELTHEAIL C CK# 579697 07/12/2019 $15.00
HILEN, TRAN VS MILLER, ANTON 18-CC-050528 10/01/2018 *717.113 $677.07
HILL, CALVIN D CK# 577523 05/10/2019 $15.00
HILLMAN, BRITTANY CHARISSE CK# 437600 12/26/2019 15001609 $11.00
HILLS, HANSJOERG CK# 434765 09/20/2019 15001489 $49.00
HILLSBOROUGH ABSTRACTING AND RESEARCH CK# 429700 05/08/2019 15000687 $150.70
HILLSBOROUGH TITLE CK# 429701 05/08/2019 15000744 $165.30
HILTON, NICOLE E CK# 584121 11/15/2019 $15.00
HIPSON, ANN R CK# 578807 06/21/2019 $15.00
HOBBS, JEREMY S CK# 583282 10/25/2019 $60.00
HODDINOTT, LILY R CK# 583782 11/08/2019 $15.00
HOKANSON, EMILY M CK# 576905 04/26/2019 $15.00
HOLDER, DILLARD KEITH CK# 426349 02/05/2019 15001062 $13.50
HOLLAND, WILLIAM CK# 430863 06/07/2019 15000851 $16.85
HOLMES, DENISE CAROL CK# 436947 11/27/2019 15001573 $138.00
HOLMES, JESIKA LYNE CK# 431870 07/02/2019 15000878 $202.00
HOME CHOICE 205 CK# 430635 05/31/2019 15000793 $174.00
HOMETOWN TITLE AGENCY INC CK# 429636 05/07/2019 15000755 $629.71
HOMSEY, KYLE ALEXANDER S CK# 583359 10/25/2019 $15.00
HOOKER, JOHN D CK# 429967 05/15/2019 15000733 $261.81
HORBELT, BRANDON J CK# 579849 07/19/2019 $15.00
HORNSBY, HELEN M CK# 577217 04/29/2019$15.00
HOUGH, ALYSSA M CK# 573974 02/08/2019 $15.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CROMPTON, CORRETTA 14-CC-022318 09/03/2014 *717.113 $121.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CRUZ, LAKINDA 14-CC-014623 07/18/2014 *717.113 $26.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS WILLIAMS, BERONICA 15-CC-008106 04/09/2015 *717.113 $61.00
HOUSING AUTHORITY OF THE CITY OF TAMPA VS BELLAMY, NICKEYLA 18-CC-041879 08/20/2018 *717.113 $1,279.57
HOUSING AUTHORITY OF THE CITY OF TAMPA, FLORIDA VS BRANTLEY, MALENKA 13-CC-016164 01/03/2014 *717.113 $504.85
HOWARD, FREDRICK VS CAPOMACCIO, ANTHONY 18-CC-012768 03/19/2018 *717.113 $82.00
HPA US1 LLC VS LEE, ETHEL 19-CC-043469 08/22/2019 *717.113 $1,381.01
HRA EGYPT LAKE INC VS VASQUEZ, CHRISTOPHER 14-CC-028643 10/16/2014 *717.113 $757.00
HUANG ANNA 16TD000635 11/27/2019 $1,197.84
HUGGINS, CHRISTOPHER L CK# 581797 09/20/2019 $30.00
HUGHES, JOSIAH R CK# 583064 10/18/2019 $15.00
HUGHES, MAUREEN CK# 580183 07/26/2019$15.00
HUNT, SHA N CK# 573671 02/01/2019 $15.00
HUNTER, WILLIAM J CK# 582010 09/20/2019 $15.00
HURLBURT, ANDREW C CK# 585339 12/20/2019 $15.00
HURLEY, NATHAN P CK# 583602 11/01/2019 $15.00
HUTCHINS, FRANK W CK# 574584 02/22/2019 $30.00
HUTCHINSON, KATHRYN Y CK# 579374 07/05/2019 $15.00
HUTCHINSON, MARCHITA C CK# 582710 10/11/2019 $15.00
HYRY, EDMUND K CK# 573593 01/25/2019 $15.00
IBANEZ, TIMOTHY CK# 431486 06/24/2019 15001348 $174.00
IMER, CHARLES CK# 434048 09/04/2019 15001511 $72.00
IMRISEK, MICHAEL K CK# 579504 07/12/2019$15.00
INDELICATO, LISA J CK# 578542 06/07/2019 $15.00
INGRAHAM, JOHN H VS REED, TOMMIE 15-CC-019427 07/14/2015 *717.113 $702.30
INGRAM, ALTON R CK# 576620 04/18/2019 $15.00
INMAN, MICHAEL C CK# 578801 06/21/2019 $15.00
INTEGRITY SURVEYING AND CONSULTING INC CK# 430719 06/04/2019 15000819 $87.00
INTEGRITY TITLE GROUP CK# 429929 05/14/2019 15001275 $347.71
INTHATHIRATH, JOHN CK# 580168 07/26/2019 $15.00
IRIZARRIS, EDUARDO CK# 582394 10/04/2019 $15.00
ISAACSON, PHILLIP L CK# 575795 03/22/2019 $15.00
IVERY, JEFFREY CK# 574619 02/22/2019 $15.00
JACKSON, ASHLEIGH CK# 429045 04/22/2019 15000809 $37.50
JACKSON, ASHLEIGH CK# 431515 06/25/2019 15000896 $37.50
JACKSON, ASHLEIGH CK# 433460 08/16/2019 15001077 $66.50
JACKSON, BRIANNA CK# 436602 11/19/2019 15001588 $67.00
JACKSON, JARVARIS ERVIN CK# 428701 04/10/2019 15001170 $46.40
JACKSON, LEQWANDA D CK# 437540 12/20/2019 15001298 $43.47
JACKSON, RICHARD R VS IRWIN, MIKE 19-CC-001835 02/15/2019 *717.113 $400.00
JACKSON, ROSELYN MARIA CK# 426927 02/20/2019 15001029 $13.50
JACKSON, WINIFRED C CK# 581133 08/23/2019 $15.00
JACO, KATLYN M CK# 584164 11/15/2019 $45.00
JACOB, JOHN C CK# 579884 07/19/2019 $15.00
JACOBS, LATONIA K CK# 576052 03/29/2019 $15.00
JAMES, ADRIENE C CK# 573245 01/18/2019 $15.00
JAMES, DARRIUS RASHOD CK# 434514 09/16/2019 15001496 $101.50
JAMES, DAVID P CK# 572868 01/11/2019 $15.00
JAMES, SPENCER W CK# 584447 11/22/2019$15.00
JAMESONLEE, ALEXANDER CK# 436491 11/15/2019 15001557 $31.00
JASMINE TERRACE LLC VS MORALES, CARLOS EDUARDO FLORES 17-CC-042501 11/06/2017 *717.113 $50.44
JC PENNEY CK# 430002 05/16/2019 15001277 $576.00
JEAN-LOUIS, DAVID A CK# 573614 01/25/2019 $15.00
JENKINS, GAIL M CK# 579600 07/12/2019 $15.00
JERRY, ERIC LAMONT CK# 427363 03/05/2019 15000649 $448.00
JIA, ZEKUN CK# 425669 01/17/2019 15000747$13.50
JIMENEZ, KALI J CK# 585137 12/13/2019 $15.00
JOHNSON, ANGEL D CK# 428280 03/28/2019 15001109 $20.00
JOHNSON, ANTHONY JOSEPH CK# 428689

(Continued on next page)

Case 8:22-cv-01977-MSS-SPF   Document 21-9   Filed 12/15/22   Page 4 of 7 PageID 274

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| --- | --- | --- | --- | --- |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

04/10/2019 15000676 $110.80
JOHNSON, DUSTIN G CK# 574871 03/01/2019$15.00
JOHNSON, EDWARD CK# 573281 01/18/2019$15.00
JOHNSON, GARETH S CK# 580618 08/09/2019 $30.00
JOHNSON, GILBERT CK# 574484 02/15/2019$30.00
JOHNSON, JAMES ERNEST CK# 434982 09/25/2019 15001486 $20.00
JOHNSON, JEANETTE M CK# 578897 06/21/2019 $15.00
JOHNSON, JOHNNIE CK# 582055 09/27/2019$15.00
JOHNSON, KELLY D CK# 577651 05/10/2019 $15.00
JOHNSON, LOREN CK# 429820 05/10/2019 15001230 $450.00
JOHNSON, MALCOLM C CK# 581560 09/13/2019 $15.00
JOHNSON, SHANNON F CK# 579028 06/21/2019 $15.00
JOHNSON, VANESHA S CK# 576961 04/26/2019 $15.00
JOHNSON-HARRISON, JOCELYN J CK# 578488 06/07/2019 $15.00
JONES, ALEXANDER K CK# 581383 09/13/2019 $15.00
JONES, BRANDON F CK# 432438 07/18/2019 15000911 $250.00
JONES, CASEY M CK# 585075 12/13/2019 $15.00
JONES, DEBORAH CK# 437532 12/20/2019 15001477 $55.00
JONES, RANDALL A CK# 583210 10/25/2019 $15.00
JONES, SHUNETTE Y CK# 585229 12/13/2019$24.00
JONES, TOSHA L CK# 580255 07/26/2019 $15.00
JONES-CRUDER, LATUANA D CK# 583558 11/01/2019 $15.00
JORGENSEN, THERESA A CK# 572786 01/11/2019 $15.00
JOSE DE JESUS MORENO CK# 432266 07/12/2019 15001392 $250.00
JOSEANTONIO, FAUSTO CK# 432248 07/12/2019 15001391 $1,322.40
JOSEPH, ROSELINE K CK# 582676 10/11/2019 $15.00
JOSEPH, THEODORE P CK# 579441 07/05/2019 $15.00
JOSHI, VINEET K CK# 575606 03/15/2019 $15.00
JOSIAH, JEREMIAH D CK# 583084 10/18/2019$15.00
JUAREZ, DE PENAHERRERA CK# 430201 05/22/2019 15001279 $500.00
JUBENVILLE, RICKY S CK# 576318 04/05/2019 $15.00
JUDGE, CURTIS E CK# 574460 02/15/2019 $15.00
JURIS TITLE INC CK# 429602 05/06/2019 15000771 $790.58
KAIN LIMITED PARTNERSHIP VS ECHOLES, LATASHA M 16-CC-034632 01/03/2017 *717.113 $240.00
KAPP, KAITLIN CK# 435156 10/03/2019 15001520 $193.46
KARTSATOS, KATHLEEN M CK# 573352 01/25/2019 $15.00
KASPER, KEITH L CK# 579207 06/28/2019 $15.00
KATZEFF, JONATHAN R CK# 574907 03/01/2019 $15.00
KAUFMAN ENGLETT AND LYND PA CK# 429555 05/03/2019 15000699 $1,225.90
KELINA, ANNA DMITIEVNA CK# 426332 02/05/2019 15001064 $13.50
KELLY, JOHN FITZGERALD CK# 427434 03/07/2019 15001131 $136.00
KELLYRUSTMANN, AMANDA CHRISTINE CK# 436325 11/08/2019 15001220 $500.00
KEMP, JAMES R CK# 581019 08/23/2019 $15.00
KENNER, DANIELLE Z CK# 580078 07/26/2019 $15.00
KENT, RICHARD L CK# 572714 01/11/2019 $15.00
KERRICK, CHARLES L CK# 574475 02/15/2019 $15.00
KERTH, BRANDY S CK# 573996 02/08/2019 $15.00
KESER, HAILEY N CK# 583550 11/01/2019 $15.00
KESSLER, BRYNNE P CK# 573994 02/08/2019 $15.00
KEY AMERICA TITLE CK# 430525 05/29/2019 15000821 $213.02
KEY VISTA LLC VS JEWETT, CRYSTAL 15-CC-000576 01/16/2015 *717.113 $485.00
KEYBANK NA CK# 428812 04/15/2019 15001160 $15,556.10
KEYSTONE MANHATTAN APTS LLC VS WILLIAMS, ELIJAH 15-CC-038800 12/17/2015 *717.113 $291.00
KEYSTONE REAL ESTATE INCOME LLC VS TULLOS, BETTIE 17-CC-008261 03/08/2017 *717.113 $260.00
KEYSTONE REAL ESTATE INCOME VS WILLIAMS, LANTUNDRA 15-CC-002094 02/02/2015 *717.113 $1,698.00
KHALAF, SHAWKAT CK# 575782 03/22/2019 $15.00
KHAN, EMIR CK# 428697 04/10/2019 15001168 $26.40
KHAN, EMIR CK# 428698 04/10/2019 15001169 $26.40
KILLORAN, VIVIAN A CK# 576077 03/29/2019 $15.00
KING, JEFFERY H CK# 574233 02/15/2019 $15.00
KINNEY, STEVEN J CK# 581152 08/23/2019 $15.00
KINNEY, WILLIAM A CK# 432287 07/12/2019 15000921 $250.00
KIRBY, DALLAS S CK# 584565 11/22/2019 $15.00
KIRBY, MILLA H CK# 575803 03/22/2019 $15.00
KIVELA, ANDREW W CK# 577158 04/29/2019 $15.00
KLEIN, JONATHAN W CK# 581854 09/20/2019$15.00
KLISMET, JENNIFER L CK# 573054 01/18/2019 $15.00
KNACK, KYLA A CK# 577200 04/29/2019 $15.00
KNEER, JODI L CK# 585435 12/20/2019 $15.00
KNETSCH, KENNETH J CK# 584902 12/06/2019 $15.00
KNIBLOE, KYLIE A CK# 573022 01/18/2019 $15.00
KNOWLES, SHERRY A CK# 573448 01/25/2019 $15.00
KNOWLTON, DANIEL J CK# 583013 10/18/2019 $15.00
KNOX, JODY CK# 432264 07/12/2019 15001393 $250.00
KOFLER, DEBORAH CK# 433290 08/13/2019 15001076 $60.00
KOHLS CK# 433059 08/05/2019 15001473 $186.00
KOLENOVIC, ORHAN CK# 580442 08/02/2019 $15.00
KONG, YANG CK# 434657 09/17/2019 15001497 $500.00
KONRAD, JOHNATHON M CK# 575742 03/22/2019 $15.00
KRAMER, DAVID A CK# 584556 11/22/2019 $15.00
KRAMER, KAREN M CK# 576552 04/12/2019 $15.00
KREIDER, THOMAS A CK# 582866 10/18/2019$15.00
KRITZMAN, SOPHIA G CK# 577606 05/10/2019 $15.00

KRUGER, TIMOTHY CK# 432789 07/25/2019 15001078 $275.00
KUHLMAN, LISA CK# 432402 07/17/2019 15000899 $50.00
KUHN, GRETCHEN E CK# 581093 08/23/2019$15.00
KUNSTMAN, MARINO VS DONER, JESSICA 16-CC-002577 02/16/2016 *717.113 $420.00
KUNSTMANN, MARINO VS CARRENO, RUBEN, JR 16-CC-031096 10/03/2016 *717.113 $750.00
L AND M CLOSING SERVICES INC CK# 429604 05/06/2019 15000883 $682.85
LABARBERA, MICHAEL B CK# 577824 05/17/2019 $15.00
LACANNE, CHRISTOPHER JAMES CK# 430617 05/31/2019 15001259 $16.00
LACKETT, SIMON CK# 437317 11/18/2019 15001297 $72.00
LAFAYETTE, RASHARD CK# 432136 07/09/2019 15000885 $14.75
LAFLAMBOY, LINDA B CK# 575830 03/22/2019 $15.00
LAGRADE, STEVEN M CK# 436924 11/26/2019 15001225 $103.00
LAIGHTON, MARC D CK# 578728 06/14/2019 $15.00
LAKE AZZURE FLORIDA I, LLC VS RIVERA-TORRES, PEDRO J. 16-CC-002808 02/08/2016 *717.113 $930.00
LAKE AZZURE FLORIDA I, LLC VS WOODWARD, CHRISTOPHER 16-CC-039159 12/12/2016 *717.113 $1,198.76
LAKESHORE COLONIAL LLC VS BLANCO, JOSE 19-CC-064491 12/17/2019 *717.113 $1,331.00
LAKESHORE COLONIAL LLC VS HUTCHENSON, BRENDA 17-CC-038327 12/07/2017 *717.113 $2,264.68
LALUZERNE, TANYA M CK# 580268 07/26/2019 $30.00
LAMAR LACARLOS J GIBSON CK# 431369 06/20/2019 15000845 $12.00
LAMASTRA, KATHRYN A CK# 581844 09/20/2019 $15.00
LAMBERT JR, DAVID TREMAINE CK# 426112 01/30/2019 15000595 $250.00
LAMBERT, SEAN CK# 433234 08/09/2019 15000999 $1,000.00
LAMBERT, STEVEN WILLIAM MO#179832576128 - WESTERN UNION RCPT # 24-00578967 02/20/2019 $103.00
LAMON, LAURA ELAINE CK# 426294 02/04/2019 15001067 $13.50
LANDA, IUSAELLA M CK# 579805 07/19/2019 $15.00
LANDAMERICA LAWYERS TITLE CK# 429405 04/30/2019 15000708 $11,759.73
LANDMARK AT GRAYSON PARK LP VS STABENOW, MELISSA 16-CA-005840 07/15/2016 *717.113 $977.83
LANDTRUST TITLE COMPANY INC TAMPA CK# 430526 05/29/2019 15000794 $104.00
LANGFORD, ADRIAN E CK# 580905 08/23/2019 $60.00
LANZ, MANUEL VS MCCRAY, YVONNE L 14-CC-014229 06/26/2014 *717.113 $500.00
LARIOS, TAYLOR A CK# 582476 10/04/2019 $15.00
LASLO, LOGAN T CK# 585489 12/20/2019 $15.00
LASMAN LAW FIRM PA CK# 430680 06/03/2019 15000807 $61.33
LASTRA, ARTHUR JOSEPH CK# 428487 04/03/2019 15001178 $98.00
LATCH, JIMMIE F CK# 581487 09/13/2019 $15.00
LATTIMORE, JALEN C CK# 579893 07/19/2019 $15.00
LATTIMORE, LAUREL A CK# 574928 03/01/2019 $15.00
LAVRAR, RAS CK# 437816 12/30/2019 15001615 $19.08
LAW OFFICES OF GREGORY G JONES PA CK# 430838 06/07/2019 15000834 $15.60
LAWLESS, CASSIDY B CK# 576933 04/26/2019 $15.00
LAWRENCE, JOSEPH B CK# 574327 02/15/2019 $15.00
LAWS, ALAN D CK# 580397 08/02/2019 $15.00
LAWSON, DEBRA B CK# 582575 10/11/2019 $15.00
LAYER, JEANETTE VS GROSS, RICHARD 15-CC-004959 05/08/2015 *717.113 $2,026.94
LEATH, JEREMY C CK# 581865 09/20/2019 $15.00
LEB SOLUTIONS LLC VS MUGARRA, GLORIA 14-CC-036705 01/05/2015 *717.113 $1,000.00
LEBEAU-ELROD, MICHELLE J CK# 584438 11/22/2019 $30.00
LECHUGA, DAVID M CK# 580641 08/16/2019 $15.00
LECHUGA, NITZA A CK# 577006 04/26/2019 $15.00
LEDESMA, DORAELIA CK# 435678 10/22/2019 15001206 $200.00
LEE JANG SUNG 17TD000019 07/02/2019 $359.94
LEE, RAMON L CK# 584324 11/22/2019 $15.00
LEE, SILINA Y CK# 575621 03/15/2019 $15.00
LEGENDRE, ERIENE K CK# 575978 03/29/2019 $15.00
LEINHAUSER, ALEXANDER S CK# 576167 04/05/2019 $15.00
LEMANSKI, KELLY A CK# 574322 02/15/2019 $15.00
LEMYRE, JAMES R CK# 574629 02/22/2019 $15.00
LENDERS FIRST CHOICE CK# 429712 05/08/2019 15000751 $551.00
LENDERS SERVICE INC CK# 430726 06/04/2019 15000818 $89.20
LENNARD, MATTHEW B CK# 581030 08/23/2019 $15.00
LEOBOLD, TREVOR R CK# 580803 08/16/2019
LEOMI PROPERTIES LLC VS HUDSON, ALICE,CARNEGIE, BRIDGETT 15-CC-002221 01/30/2015 *717.113 $48.50
LEON, ANA M CK# 581378 09/13/2019 $15.00
LEON, GABRIELA CK# 583029 10/18/2019 $15.00
LEON-ESPINOSA, MARIO CK# 582944 10/18/2019 $15.00
LERCH, DAWN S CK# 573710 02/01/2019 $30.00
LETO, THOMAS CK# 582261 09/27/2019 $30.00
LETT, LACHELE S CK# 584669 11/22/2019 $15.00
LEVINE HIRSCH SEGALL AND BRENNAN PA CK# 429969 05/15/2019 15000734 $263.00
LEWIS AND ASSOCIATES LEGAL RESEARCH CK# 431371 06/20/2019 15000922 $99.00
LEWIS COX, KAYLA R CK# 577878 05/17/2019 $30.00
LEWIS, AUSTIN D CK# 578841 06/21/2019 $15.00
LEWIS, GEVANTE Q CK# 576893 04/26/2019 $15.00
LEWIS, HAAS CK# 431066 06/13/2019 15000854 $50.00
LEWIS, KEVIN L CK# 575505 03/15/2019 $15.00

LEWIS, MARISSA B CK# 581921 09/20/2019 $15.00
LEX, CHEYENNE CK# 435999 10/30/2019 15001530 $250.00
LI, MEIHUA CK# 435232 10/07/2019 15001148$250.00
LIANG, BECKY CK# 582981 10/18/2019 $15.00
LIBDEH, OLLIE CK# 429152 04/23/2019 15001152 $16.50
LIBERTI, KIMBERLY A CK# 573789 02/01/2019$15.00
LIBERTY TITLE AGENCY CK# 429607 05/06/2019 15000693 $788.29
LIMBEROPOULOS, LAUREN A CK# 585497 12/20/2019 $15.00
LINDE, EKATERINA N CK# 575989 03/29/2019$15.00
LINSKY AND REIBER CK# 430757 06/05/2019 15001345 $61.10
LIPPHARDT, SAVANNAH J CK# 581611 09/13/2019 $15.00
LIPSKY, RYAN CK# 434649 09/17/2019 15001493 $72.00
LIRA, JESSICA P CK# 581862 09/20/2019 $15.00
LITTLEJOHN, AMBER L CK# 584762 12/06/2019 $15.00
LIVINGSTON, JARREL L CK# 577342 05/03/2019 $15.00
LLANES, ALEJANDRO A CK# 574419 02/15/2019 $15.00
LMJ CK# 431427 06/21/2019 15001304 $3,000.00
LOCKRIDGE II, EDWARD LEATH CK# 434207 09/09/2019 15001505 $500.00
LOCKWOOD, MELODY CK# 428708 04/10/2019 15001164 $106.80
LOFTON, KURT A CK# 425149 01/03/2019 15000594 $27.00
LOGAN, NATHAN D CK# 574262 02/15/2019 $15.00
LOGAR, SARAH E CK# 576502 04/12/2019 $15.00
LOJI, CELESTIN CK# 436167 11/05/2019 15001215 $250.00
LOMELI, MANUELA CK# 427077 02/25/2019 15001023 $14.00
LONG-GREEN, COTISHA R CK# 580733 08/16/2019 $15.00
LONGMIRE, BLAKE V CK# 578618 06/14/2019$15.00
LOPEZ BLANCO, NEALE CK# 581538 09/13/2019 $15.00
LOPEZ, GABRIEL J CK# 582128 09/27/2019 $15.00
LOPEZ, GUILLERMO CK# 575234 03/08/2019$15.00
LOPEZ, JUAN M CK# 584172 11/15/2019 $15.00
LOPEZ, JUAN R CK# 582214 09/27/2019 $15.00
LOPEZ, LAURA CK# 584897 12/06/2019 $15.00
LOPEZ, SAMANTHA A CK# 577695 05/17/2019$15.00
LOPEZ, SIOBHAN A CK# 427617 03/11/2019 15001123 $13.50
LOPEZDELACRUZ, MARIO CK# 437575 12/23/2019 15001363 $250.00
LOWES CK# 430307 05/23/2019 15001265 $25.39
LOWTON, JAMILE A CK# 581393 09/13/2019 $15.00
LOYLESS, MICHELE A CK# 426199 01/31/2019 15000957 $202.00
LOZANO-GUERRERO, MENFI CK# 429410 04/30/2019 15001149 $200.00
LOZOYA, JOSE D CK# 581480 09/13/2019 $15.00
LT TAMPA HEIGHTS, LLC VS RODGERS, ELDRICK 18-CC-004806 02/16/2018 *717.113 $480.00
LUCE, RICHARD VS CARLISE, MICHELLE 19-CC-039424 08/02/2019 *717.113 $1,000.00
LVNV FUNDING, LLC VS CARRINO, TODD 16-CC-001919 03/30/2016 $100.00
LYONS, ALISHA A CK# 583496 11/01/2019 $15.00
LYONS, MELANIE P CK# 578083 05/24/2019 $15.00
M AND D CLOSING SERVICES CK# 430881 06/10/2019 15001342 $50.00
MACHADO, SARA M CK# 582842 10/18/2019 $15.00
MACK, KASSANDRA B CK# 584595 11/22/2019$15.00
MACKENZIE, BRIAN R CK# 582113 09/27/2019$45.00
MACYS CK# 429256 04/25/2019 15001187 $46.50
MAGEE, DANIEL R CK# 583011 10/18/2019 $15.00
MAGUEYALPALMA, JUANA ALEJANDRA CK# 432450 07/18/2019 15000898 $250.00
MAHMOOD, ZAHID CK# 574141 02/08/2019 $15.00
MAJESTIC TITLE OF CENTRAL FLORIDA CK# 430883 06/10/2019 15000803 $57.10
MALAVE, VIRGINA CK# 432931 07/30/2019 15001427 $500.00
MALDONADO, ADIN DELEON CK# 436786 11/25/2019 15001224 $161.00
MALDONADO, ORLANDO CK# 576640 04/18/2019 $15.00
MALDONADO, TAINA I CK# 579682 07/12/2019$15.00
MANKA, MARY K CK# 581246 08/30/2019 $15.00
MANN, MICHAEL A CK# 574270 02/15/2019 $15.00
MANNAN, MOHAMMAD ABDUL CK# 428455 04/02/2019 15000670 $834.00
MANNINGHAM, SCOTT R CK# 574301 02/15/2019 $15.00
MANZANO, LUCERO CK# 574793 02/22/2019$15.00
MAQUEIRA GUZMAN, LAZARA D CK# 579431 07/05/2019 $15.00
MARANZANA, DOMINICK M CK# 577287 05/03/2019 $15.00
MARASCO, CHERYL L CK# 580897 08/23/2019 $15.00
MARCOUX, ALEXANDER M CK# 577036 04/26/2019 $15.00
MARION, ANTHONY D CK# 584756 12/06/2019$15.00
MARKER, SAMANTHA D CK# 583410 10/25/2019 $15.00
MARKS, DONOVAN Q CK# 574125 02/08/2019$15.00
MAROUNS IMPORT SPECIALIST CK# 435185 10/04/2019 15001553 $2,523.89
MARQUEZ, REINA M CK# 584110 11/15/2019 $15.00
MARRERO, JORDAN N CK# 582222 09/27/2019 $15.00
MARRERO, YOEL YEAR CK# 436996 11/27/2019 15001569 $128.00
MARSH, MATTHEW E CK# 580185 07/26/2019 $15.00
MARTIN, BRIAN L CK# 575037 03/01/2019 $15.00
MARTIN, STEAPHANIE J CK# 581154 08/23/2019 $15.00
MARTIN, STEVEN R CK# 572751 01/11/2019 $15.00
MARTIN, WILLIAM R CK# 583459 11/01/2019 $15.00
MARTINEZ, ADAM L CK# 574019 02/08/2019 $15.00
MARTINEZ, IVELISSE CK# 577555 05/10/2019$15.00
MARTINEZ, NICOLE Y CK# 583691 11/08/2019 $15.00
MARTINEZ, ODRIAKIER TORRES CK# 429216 04/24/2019 15000712 $83.99
MARTINEZ, ROLANDO RUIZ CK# 433134 08/06/2019 15001450 $450.00
MARTINEZ-NARVAEZ, YANCY A CK# 574748 02/22/2019 $15.00
MARUSZEWSKI, DEREK CK# 577365 05/03/2019 $15.00
MARVIN, GARY T CK# 573261 01/18/2019 $15.00

MASGA, VIRGINIA B CK# 579962 07/19/2019 $15.00
MASON, JOSHUA J CK# 584176 11/15/2019 $15.00
MASON, TRICIA C CK# 426098 01/29/2019 15000959 $15.75
MATHON, URYSSE CK# 432286 07/12/2019 15000897 $750.00
MATTHAY, MICHAEL CK# 435480 10/16/2019 15001546 $72.00
MAULDIN, DANIEL E CK# 580079 07/26/2019 $60.00
MAULDIN, DANIEL E CK# 580337 08/02/2019 $150.00
MAULDIN, DANIEL E CK# 580532 08/09/2019 $30.00
MAYE, JAMES M CK# 575271 03/08/2019 $15.00
MAYEDO, JUANA CK# 435069 09/25/2019 15001141 $87.47
MAYOR, LORI A CK# 581051 08/23/2019 $15.00
MAYS, SARAH E CK# 581962 09/20/2019 $15.00
MAZARIEGOS, JOSUE M CK# 583973 11/08/2019 $15.00
MAZION, SLATER CK# 577679 05/17/2019 $15.00
MC BRIDE, SHEENA L CK# 577459 05/03/2019 $15.00
MC CRORY, ARTHUR R CK# 582921 10/18/2019 $15.00
MC KELVEY, NATALIE M CK# 580040 07/26/2019 $15.00
MC LEAN, SHAYNA M CK# 579918 07/19/2019$30.00
MCALISTER, JOHN D CK# 583535 11/01/2019$15.00
MCCLENDON, JE'SHAWN S CK# 583981 11/08/2019 $75.00
MCCRAY, BRIAN CHRISTOPHER CK# 427754 03/14/2019 15001104 $500.00
MCDONALD, DOUGLAS W CK# 581812 09/20/2019 $15.00
MCFARLAND, NEIL D CK# 578713 06/14/2019$15.00
MCGLOTHIN, BRENDA L CK# 577525 05/10/2019 $15.00
MCINTYRE THANASIDES ET AL CK# 437803 12/30/2019 15001622 $48.47
MCINTYRE, EVELYN I CK# 574592 02/22/2019 $15.00
MCMAHON, MICHAEL J CK# 576815 04/18/2019 $30.00
MCMILLAN, WILLIE CK# 433335 08/13/2019 15001446 $26.00
MCNAMARA, CATHERINE M CK# 577520 05/10/2019 $15.00
MCNEIL, ANTHONY I CK# 581215 08/30/2019 $15.00
MCNULTY, SHANNON K CK# 579027 06/21/2019 $15.00
MCRAE, KELLIE VS MCNEELY, KIKKHA 14-CC-004292 02/28/2014 *717.113 $583.50
MCRAE, KERRY H CK# 584023 11/08/2019 $15.00
MEADOWS, TODD ERIC CK# 429090 04/22/2019 15001156 $103.00
MECUM, SHAWN M CK# 579254 06/28/2019 $15.00
MEDINA VELEZ, CHRISTIAN CK# 579631 07/12/2019 $15.00
MEDINAACOSTA, JOHANA CAROLINA CK# 428869 04/16/2019 15000681 $60.00
MEJIAS, JAYLENE CK# 580119 07/26/2019 $15.00
MELAF FL LLC VS DRAIN, MARKITA 19-CC-020416 04/25/2019 *717.113 $504.70
MELILLO, CHRISTINE M CK# 574558 02/22/2019 $60.00
MELLA, EDWIN CK# 430787 06/06/2019 15001325 $15.75
MELLERS, AUSTEN L CK# 584232 11/15/2019$15.00
MENDEZ, ALONDRA CK# 584420 11/22/2019 $15.00
MENDEZ, EVA CK# 577738 05/17/2019 $15.00
MENDEZNVASQUEY, CRISTINO CK# 426542 02/11/2019 15000616 $330.00
MENDOZA, JASMINE CK# 583088 10/18/2019$15.00
MENDOZA, JOSE ANGELITO CK# 437158 12/06/2019 15001292 $500.00
MENDOZA, JOSE ANGELITO CK# 437159 12/06/2019 15001294 $250.00
MENDOZA, JOSE ANGELITO CK# 437160 12/06/2019 15001293 $71.00
MENDOZA, JOSE ANGELITO CK# 437241 12/10/2019 15001367 $250.00
MENOZZI, SEAN CK# 581101 08/23/2019 $15.00
MERCADO, MARIA CK# 579851 07/19/2019 $15.00
MERCEDES TITLE INC CK# 430759 06/05/2019 15000814 $79.78
MERGL, JOSHUA R CK# 576555 04/12/2019 $15.00
MERIDIAN POINTE APARTMENTS LTD VS MATTEAR, CHRISTOPHER 14-CC-024843 09/09/2014 *717.113 $528.00
MEROS SMITH AND OLNEY PA CK# 430846 06/07/2019 15000837 $24.80
METROPOLITAN MINISTRIES VS MYRICK, JESSICA 13-CC-030388 01/06/2014 *717.113 $242.72
METROPOLITAN MINISTRIES VS REGIS, YVANS 14-CC-029379 12/04/2014 *717.113 $1,466.00
METTS, ATHENA M CK# 582985 10/18/2019 $15.00
METZ, NAIFE CK# 579181 06/28/2019 $15.00
MEYMAX TITLE AGENCY LLC CK# 429933 05/14/2019 15000765 $338.04
MICHAEL BAKER ASSOCIATES INC CK# 430760 06/05/2019 15000815 $85.00
MICHAELI, REBECCA C CK# 575794 03/22/2019 $15.00
MICHEL, ASHERON D CK# 578626 06/14/2019 $15.00
MID-AMERICA APARTMENT COMMUNITIES INC VS STORMS, BRANDON 14-CC-000046 01/17/2014 *717.113 $1,963.05
MID-AMERICA APARTMENTS LP VS RAMER, BRADLEY 19-CC-038882 07/31/2019 *717.113 $33.95
MILLENIUM TITLE INC CK# 430761 06/05/2019 15001344 $58.63
MILLER, AISHA R CK# 575464 03/15/2019 $15.00
MILLER, ANDREW W CK# 573738 02/01/2019 $15.00
MILLER, CASEY R CK# 580556 08/09/2019 $15.00
MILLER, CHI L CK# 581833 09/20/2019 $15.00
MILLER, JEFFREY I CK# 575578 03/15/2019 $15.00
MILLER, MEGAN AMANDA CK# 426912 02/20/2019 15001024 $15.75
MILLER, MICHAEL J CK# 577923 05/17/2019 $15.00
MILLER, OMAR R CK# 584611 11/22/2019 $15.00
MILLER, SAMANTHA E CK# 584371 11/22/2019 $15.00
MILLER, SHIRLEY E CK# 576493 04/12/2019 $15.00
MILLS TITLE INC CK# 429935 05/14/2019 15000763 $344.00
MIMS, THOMAS J VS MURRIETA, NICOLE M 17-CC-041632 11/01/2017 *717.113 $20.00
MINIET, RICARDO A CK# 584320 11/22/2019 $15.00
MIRANDA, JOSUE CK# 434255 09/10/2019 15001500 $20.50

(Continued on next page)

LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT   LEGAL ADVERTISEMENT

# HILLSBOROUGH COUNTY

MITCHELL, CATHERINE A CK# 585106 12/13/2019 $30.00
MITCHELL, CATHERINE A CK# 585263 12/20/2019 $30.00
MITCHELL, ELIZABETH M CK# 581286 08/30/2019 $15.00
MITCHELL, JACKEY CK# 434447 09/13/2019 15001090 $1,450.00
MITCHELL, WARREN F CK# 584332 11/22/2019 $15.00
MITCHELL, YVONNE M CK# 581132 08/23/2019 $15.00
MLS REALTY OR THE REALTY CHANNEL CK# 431375 06/20/2019 15001315 $103.00
MO#17-7840673654 – WESTERN UNION - PUBLIX #1170 RCPT #24-00562102 01/15/2019 $103.00
MO#17-894947292 – WESTERN UNION - PUBLIX #1170 RCPT #24-00590397 03/15/2019 $60.00
MO#2196659841 – AMSCOT RCPT #24-00572494 02/07/2019 $62.00
MOBLEY, NIKITRA J CK# 585467 12/20/2019 $15.00
MOGLIA, FRANCES M CK# 579338 07/05/2019 $15.00
MOH, GEORGE CK# 425652 01/17/2019 15000948 $500.00
MOHABIR, JASWATIE CK# 573378 01/25/2019 $15.00
MOHAMMED, SHAMILLA VS ROBINSON, KIANA 16-CC-012252 04/22/2016 *717.113 $200.00
MOHR INFORMATION SERVICES CK# 430926 06/11/2019 15000823 $24.50
MOLA, DANIEL EDUARDO CK# 426348 02/05/2019 15000613 $15.75
MOLA, SABRINA CK# 575299 03/08/2019 $15.00
MOLINA OTERO, MARELIS CK# 575823 03/22/2019 $15.00
MOLINA, ARMANDO CK# 436492 11/15/2019 15001590 $500.00
MOLINA, MARCUS J CK# 576441 04/12/2019 $15.00
MOLL GANDIA, SUSANA CK# 584138 11/15/2019 $15.00
MONDY, WILLIAM LAFAYETTE CK# 427550 03/08/2019 15000685 $249.00
MONETTE, RICKIE CK# 580236 07/26/2019 $15.00
MONEY, SARAH E CK# 575623 03/15/2019 $15.00
MONFRED, DOMINIC ANTHONY CK# 436275 11/07/2019 15001563 $20.50
MONT, ZACHARY J CK# 577057 04/26/2019 $15.00
MONTERO, LUIS FELIPE CK# 432452 07/18/2019 15001371 $500.00
MONTERO, LUIS FELIPE CK# 576745 07/18/2019 15001370 $250.00
MONTGOMERY, BISHOP S CK# 585271 12/20/2019 $15.00
MONZON, MILAY CORDERO CK# 426005 01/28/2019 15000600 $270.26
MOORE, AMARA CHANTEL CK# 430605 05/31/2019 15001263 $10.40
MOORE, CHRISTOPHER R CK# 431992 07/05/2019 15000886 $72.00
MOORE, FARRAH W CK# 579821 07/19/2019 $15.00
MOORE, LATANYA YVETTE CK# 428813 04/15/2019 15001171 $16.00
MOORE, LATRESHA J CK# 581059 08/23/2019 $15.00
MORALES PEREZ, KEVIN J CK# 582926 10/18/2019 $15.00
MORALES RIOS, HARRY X CK# 583107 10/18/2019 $15.00
MORALES, JAIME R CK# 579894 07/19/2019 $15.00
MORALESLUNA, LAZARO CK# 436414 11/13/2019 15001558 $250.00
MORE, SHELBI N CK# 579917 07/19/2019 $15.00
MORELL, RICARDO CK# 581977 09/20/2019 $15.00
MOREY, STEPHEN F CK# 578513 06/07/2019 $15.00
MORGAN AND MORGAN TAMPA PA CK# 436916 11/26/2019 15001596 $50.00
MORGAN, VICTORIA B CK# 580989 08/23/2019 $60.00
MORRISON, KELLY M CK# 582892 10/18/2019 $15.00
MOSRIE, KYLE S CK# 574293 02/15/2019 $15.00
MOSS, JILL A CK# 582449 10/04/2019 $15.00
MOTA CARABALLO, EMILYMAR CK# 580716 08/16/2019 $45.00
MOULTRIE, DERWIN L CK# 585064 12/13/2019 $15.00
MOYERS, MICHAEL DAVID CK# 428336 03/29/2019 15001112 $17.00
MTGLQ INVESTORS LP VS ROSS JAMES, SADARRIA LA VETTE 15-CA-006461 12/08/2015 $100.00
MUELLER, SCOTT D CK# 580286 07/26/2019 $15.00
MULLINS, STORMI A CK# 579445 07/05/2019 $15.00
MUNRO, JESSICA L CK# 576745 04/18/2019 $15.00
MUNROE, KITTY E CK# 577705 05/17/2019 $15.00
MURPHY, CASSANDRA A CK# 574563 02/22/2019 $15.00
MURPHY, DONOVAN E CK# 582569 10/11/2019 $15.00
MURPHY, TERRENCE A CK# 581590 09/13/2019 $15.00
MURRAY, KIMBERLY M CK# 575503 03/15/2019 $15.00
MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-028748 02/17/2016 *717.113 $85.90
MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-029071 02/17/2016 *717.113 $101.95
MYERS, ALLAN R CK# 584240 11/15/2019 $15.00
MYERS, HEIDI M CK# 576470 04/12/2019 $15.00
MYERS, THOMAS D CK# 582865 10/18/2019 $15.00
NAIL, KAYLA D CK# 574672 02/22/2019 $15.00
NANCE, MARIANNE CK# 579739 07/12/2019 $15.00
NARAS, CESAR ACEVEDO CK# 425751 01/22/2019 15000935 $15.48
NARAS, CESAR ACEVEDO CK# 427062 02/25/2019 15001007 $15.48
NATIONS TITLE AGENCY OF FLORIDA CK# 425399 01/10/2019 15000949 $17.00
NATIONS TITLE AGENCY OF FLORIDA CK# 435583 10/18/2019 15001524 $57.20
NEELY, TYLER E CK# 577449 05/03/2019 $15.00
NEFTALI, SANTIAGO CK# 434466 09/13/2019 15001092 $161.00
NEGRON, AILEEN CK# 430450 05/28/2019 15000787 $42.00
NEIRA, VANESSA CK# 576832 04/18/2019 $15.00
NELSON, EMMETT J CK# 583745 11/08/2019 $15.00
NELSON, HARRY E CK# 575178 03/08/2019 $15.00
NELSON, KATHRYN M CK# 580749 08/16/2019 $60.00
NENNINGER, SUZANNE R CK# 579910 07/19/2019 $15.00
NESBITT, PAMELA R CK# 577408 05/03/2019 $15.00

NETCO CK# 429720 05/08/2019 15000753 $574.74
NEW HORIZONS TITLE AND TRUST INC CK# 429721 05/08/2019 15000739 $129.50
NEWMAN, ANDREW CK# 432938 07/31/2019 15001424 $72.00
NEWMAN, ZACHARY P CK# 578734 06/14/2019 $15.00
NEWMAUMA HOMES LLLP VS BERRIEN, AMBER 16-CC-027692 09/09/2016 *717.113 $81.00
NGUYEN, DANNY N CK# 575446 03/15/2019 $15.00
NGUYEN, LONG C CK# 432904 07/30/2019 15000994 $13.94
NICHOLAS, FRANKIE R CK# 580710 08/16/2019 $105.00
NICHOLS, ALEXUS M CK# 584157 11/15/2019 $15.00
NICK OF THE TIME BAIL BONDS CK# 434634 09/17/2019 15001089 $200.00
NIETZEL, ANDREW S CK# 574509 02/15/2019 $15.00
NIEVES CRUZ, DALILA CK# 579350 07/05/2019 $15.00
NIEVES, DAYNA L CK# 574546 02/22/2019 $15.00
NIKOLAS, BENJAMIN T CK# 578424 06/07/2019 $15.00
NIXON AND ASSOCIATES CK# 430161 05/21/2019 15000762 $15.00
NOGUEIRA, BRANDON JAMES CK# 426419 02/07/2019 15001065 $33.02
NOGUERA, ADRIAN O CK# 578074 05/24/2019 $15.00
NORDSTROM, JASON P CK# 583215 10/25/2019 $15.00
NORMAN, JIM CK# 432503 07/19/2019 15001373 $245.00
NORMAN, TAL JOSEPH CK# 431886 07/02/2019 15001400 $15.75
NORTH AMERICAN INVESTIGATIONS CK# 429774 05/09/2019 15000722 $122.93
NORTH AMERICAN TITLE COMPANY CK# 430848 06/07/2019 15001337 $39.36
NORTH TAMPA MHP VS HARRIS, DESTINY, TENANT, UNKNOWN 17-CC-038360 10/10/2017 *717.113 $500.00
NORTHRUP, ROBERT A CK# 585172 12/13/2019 $15.00
NORTHSIDE ENGINEERING SERVICES INC CK# 430887 06/10/2019 15000802 $50.00
NPV REALTY CORPORATION VS RICHARDSON, HUBERT 14-CC-008613 04/21/2014 *717.113 $200.00
NUNNERY, MICHAEL CK# 436058 10/31/2019 15001523 $577.34
NUSEN, SHARON S CK# 582275 09/27/2019 $30.00
NUTTER, TAWNY R CK# 579019 06/21/2019 $15.00
NYDOSKE, JEREMIAH VS WAL-MART STORES EAST L.P. 15-CA-003020 08/20/2018 *717.113 $6,887.50
OAKSVILLE PROPERTIES LLC VS LOCKETT, PAMELA 18-CC-026481 06/01/2018 *717.113 $174.00
OB GYN SOLUTIONS LC CK# 430686 06/03/2019 15000790 $95.29
OBEN, CHRISTIAN CK# 573522 01/25/2019 $15.00
OCANO, LEONARDO CK# 429071 04/22/2019 15001157 $12.00
OCANO, LEONARDO CK# 429072 04/22/2019 15001158 $12.00
OCEAN TITLE AND ABSTRACT INC CK# 430928 06/11/2019 15000848 $336.40
OCEAN VIEWS PROPERTIES CK# 433883 08/27/2019 15001449 $2,500.00
OCHOA GONZALEZ, TIRSO L CK# 579670 07/12/2019 $15.00
OCHOA, MANUEL ADRIAN HERNANDEZ CK# 437706 12/27/2019 15001359 $103.00
OCONNOR, THEODORE H CK# 574338 02/15/2019 $15.00
ODEH, SAMI M CK# 585549 12/20/2019 $15.00
OLIVARABARCA, INGRID YAMILETH CK# 437481 12/19/2019 15001364 $250.00
OLIVER, AUSTIN S CK# 579748 07/19/2019 $15.00
OLIVERA, GUADALUPE CK# 582896 10/18/2019 $15.00
OMNI APARTMENTS VS JACKSON, VERNIKA 19-TJ-000020 03/04/2019 *717.113 $97.00
ON LINE TITLE SERVICES INC CK# 429778 05/08/2019 15000724 $124.06
ONEWEST BANK VS VINCENT, C 10-CA-023022 06/20/2014 $100.00
ONGE, DONALD GEORGE SAINT CK# 433097 08/06/2019 15001453 $45.75
OQUENDO FIGUEROA, EDWIN E CK# 573860 02/01/2019 $15.00
OROZCO, MIGUEL CK# 433685 08/21/2019 15001461 $39.00
ORTA, ALONDRA CANEDO CK# 426045 01/29/2019 15000596 $500.00
ORTIZ, ERICA CK# 576902 04/26/2019 $15.00
ORTIZ, JHON J CK# 580352 08/02/2019 $15.00
ORTIZ, JONATHAN F CK# 579879 07/19/2019 $15.00
ORTIZ, MIGUEL A CK# 581238 08/30/2019 $15.00
OS NATIONAL LLC CK# 425221 01/04/2019 15000925 $155.00
OSORIO, SHANNON CK# 432280 07/12/2019 15000918 $150.00
O'SULLIVAN, PATRICK D CK# 578301 05/31/2019 $15.00
OTERO, EVAN M CK# 583310 10/25/2019 $15.00
OTTEN, CASEY J CK# 580938 08/23/2019 $15.00
OTTO, ANTRON L CK# 582992 10/18/2019 $15.00
OWEN, DYLAN H CK# 577040 04/26/2019 $15.00
OWENS, SUMMER R CK# 582874 10/18/2019 $15.00
PACHIN, SAMANTHA N CK# 574718 02/22/2019 $15.00
PACIFICA HELLENIC LLC VS SMITH, ANGELICA 18-CC-045598 08/28/2018 *717.113 $50.00
PADILLA, MONIQUE CK# 582814 10/18/2019 $15.00
PADRON, LUIS MANUEL GONZALEZ CK# 426813 02/18/2019 15000620 $394.00
PAGAN, MARIO J CK# 585204 12/13/2019 $15.00
PAGGIO, GABRIEL J CK# 582885 05/31/2019 $15.00
PAIGEPARKS, JOHN EDWARD CK# 432397 07/17/2019 15000912 $500.00
PALM GROVE PROPERTY HOLDINGS, LLC VS WYATTE, MIGALA 15-CC-009569 04/16/2015 *717.113 $1,470.44
PALM LEAF PROPERTY MANAGEMENT LLC VS OLGUIN, RUBY 16-CC-029375 09/16/2016 *717.113 $382.18
PALMETTO TITLE LLC CK# 429727 05/08/2019 15000750 $513.50
PALMS AT SAND LAKE LLC VS RICHARDSON, GREGORY 18-CC-007464 02/15/2018 *717.113 $100.00
PALOMO, SABRINA ARSAE CK# 436305 11/07/2019 15001559 $20.00
PANTOJA, ELIZABETH CK# 580346 08/02/2019 $15.00

PAPPAS TITLE CORPORATION CK# 429560 05/03/2019 15000696 $1,070.35
PARADISE TITLE AGENCY CK# 429613 05/06/2019 15000691 $653.82
PARADISE VILLAGE MHC, LLC VS MILNER, KIMBERLY D 17-CC-043540 12/04/2017 *717.113 $560.53
PARADISE VILLAGE MHC, LLC VS RODRIGUEZ, CARLOS 14-CC-021838 08/13/2014 *717.113 $1,050.00
PARAMOUNT TITLE CORP CK# 430850 06/07/2019 15000840 $41.36
PARIDO, BRENT L CK# 582974 10/18/2019 $15.00
PARIDO, RYAN L CK# 577965 05/17/2019 $15.00
PARK PLACE APARTMENTS VS PETTERSON, BIEN AIME 17-CC-006532 03/14/2017 *717.113 $800.00
PARKER, GREGORY K CK# 585358 12/20/2019 $15.00
PARRA, HERMAN CK# 574242 02/15/2019 $15.00
PARROTT JESSUP, LINDA F CK# 578589 06/14/2019 $15.00
PARSONS, STEPHANIE S CK# 574342 02/15/2019 $30.00
PARTNERS TITLE CORPORATION CK# 430535 05/29/2019 15000777 $201.16
PASCO TITLE LLC CK# 430690 06/03/2019 15000788 $88.00
PATTERSON PERMITS CK# 430930 06/11/2019 15000825 $11.00
PATTERSON, SCOTT W CK# 582546 10/11/2019 $15.00
PAVEI, RODRIGO CK# 427613 03/11/2019 15000674 $13.50
PAVESE, KATHERINE E CK# 573354 01/25/2019 $15.00
PAZ, ROY CK# 575100 03/01/2019 $15.00
PAZAMAYA, IDELSY CK# 432499 07/19/2019 15001390 $200.00
PAZOS LAW FIRM PA CK# 430798 06/06/2019 15000841 $45.00
PDSMWP, LLC VS SUPERMARKET, INC. 13-CC-016391 07/19/2013 *717.113 $3,500.00
PEACOCK, SANDRA L CK# 575298 03/08/2019 $15.00
PEARCE, TRACY M CK# 583389 10/25/2019 $15.00
PEARMAN PROPERTIES LLC VS HARMON, WAYNE 16-CC-026755 09/02/2016 *717.113 $850.00
PEARSON, CHRISTIAN M CK# 574470 02/15/2019 $15.00
PEARSON, SARA K CK# 430696 06/03/2019 15000791 $110.25
PEARSON, TIMOTHY L CK# 576836 04/18/2019 $15.00
PELHAM, MATTHEW S CK# 581244 08/30/2019 $15.00
PELTON, MAX D CK# 584131 11/22/2019 $15.00
PENA, ILIANA F CK# 576677 04/18/2019 $15.00
PENTON, DONNA E CK# 577069 04/26/2019 $15.00
PEOPLES TITLE SERVICES INC CK# 429561 05/03/2019 15001235 $1,175.72
PEP BOYS CK# 429464 05/01/2019 15001239 $1,678.19
PEPPERS, YOLANDA R CK# 575837 03/22/2019 $15.00
PEREZ PA, GERALD A CK# 429699 05/08/2019 15000748 $567.76
PEREZ, ANGEL A CK# 580959 08/23/2019 $15.00
PEREZ, CUAHUTEMO CK# 579841 07/19/2019 $15.00
PEREZ, JESUS CK# 572918 01/11/2019 $15.00
PEREZ, JOVONNIE CK# 576864 04/26/2019 $15.00
PEREZ, OSCAR CK# 584118 11/15/2019 $15.00
PEREZ, YILIEN CK# 427806 03/14/2019 15000659 $500.00
PERKINS, ANDREW CK# 429626 05/07/2019 15000801 $126.50
PERKINS, IRA CK# 433313 08/13/2019 15001002 $22.81
PERMAN, MARY JANE CK# 434996 09/25/2019 15001139 $417.00
PEROTIN, MANUEL A CK# 584015 11/08/2019 $15.00
PERRNICH AND PERENICH PL CK# 430891 06/10/2019 15000844 $50.00
PERSAUD, RAMNAUTH MO#2201682084 – AMSCOT RCPT # 24-00685443 11/04/2019 $75.00
PESINA, DANIEL CK# 576003 03/29/2019 $15.00
PETERMAN, KIMBERLY D CK# 574068 02/08/2019 $15.00
PETERS, AMY A CK# 576643 04/18/2019 $15.00
PETERSON, RICHARD L CK# 580831 08/16/2019 $30.00
PETTWAY, DESTINY N CK# 580913 08/23/2019 $15.00
PETTYGRUE, JOHNNY N CK# 583977 11/08/2019 $60.00
PETTYGRUE, JOHNNY N CK# 584246 11/15/2019 $60.00
PHAM, RANDY H CK# 578523 06/07/2019 $15.00
PHAN, LYNDA T CK# 582712 10/11/2019 $15.00
PHAN, TRAN T CK# 582858 10/18/2019 $15.00
PHILIPS, PAIGE M CK# 576328 04/05/2019 $15.00
PHILLIPS, TONDA H CK# 582012 09/20/2019 $15.00
PHILORD, WENSON CK# 575011 03/01/2019 $15.00
PHOENIX DOCUMENT SERVICE INC CK# 430892 06/10/2019 15000856 $56.00
PHONGSVANIT, NICHOLAS D CK# 575539 03/15/2019 $15.00
PHYSICIANS GROUP, LLC, THIGPEN, SPORTY VS GEICO INDEMNITY COMPANY 16-CC-018763 01/11/2019 *717.113 $62.62
PIARROT, HUNTER T CK# 583100 10/18/2019 $15.00
PICHARDO, ROSY CK# 432777 07/25/2019 15000988 $500.00
PIERCE, DALE CK# 428855 04/16/2019 15001161 $31.00
PIERRE LOUIS, CHANTALE CK# 580095 07/26/2019 $15.00
PIERRE, STEPHANIE M CK# 578147 05/24/2019 $15.00
PIERRE-LOUIS, DARLEAN CK# 578596 06/14/2019 $15.00
PILIARIS, ALEXIA EFROSENE YANNAKOS CK# 436265 11/07/2019 15001567 $15.00
PINE GROVE 51 LLC VS DELIARD, FANY,RICHARDSON, SHERISE 19-CC-061001 12/04/2019 *717.113 $1,798.99
PINES, SHERRI J CK# 584358 11/22/2019 $15.00
PIPER RUDNICK LLP CK# 429730 05/08/2019 15000686 $137.69
PIPPIN, MICHAEL S CK# 573090 01/18/2019 $30.00
PITMAN, LISA R CK# 575827 03/22/2019 $15.00
PLAISIR, EUGENE M CK# 581425 09/13/2019 $15.00
PLEAS, JASMINE V CK# 582550 10/11/2019 $15.00
POINT TITLE CK# 430498 05/28/2019 15000991 $236.60
POINTS, RONDA JANE CK# 426829 02/18/2019

15001040 $13.50
POLSTER PA, NEIL E CK# 429936 05/14/2019 15000767 $416.44
POMALES, DESTYNEE F CK# 583945 11/08/2019 $15.00
POMANTE, BRANDON M CK# 578457 06/07/2019 $15.00
POMEROY, SCOTT D CK# 573140 01/18/2019 $15.00
PONY UP PROPERTY LLC VS HAGGINS, JEROME,HOLLER, MEOLDY 18-CC-055174 10/24/2018 *717.113 $41.00
POOLE, ARTREESE L CK# 581750 09/20/2019 $15.00
POOLE, WAYNE E CK# 577484 05/10/2019 $15.00
PORTER, JOHN H CK# 580169 07/26/2019 $45.00
PORTER, LARRY J CK# 576541 04/12/2019 $15.00
PORTER, SHA-KIRA S CK# 581290 08/30/2019 $15.00
PORTFOLIO RECOVERY ASSOCIATES LLC CK# 429363 04/29/2019 15001150 $1,123.23
PORTFOLIO RECOVERY ASSOCIATES LLC CK# 435731 10/23/2019 15001525 $29,431.95
PORTFOLIO RECOVERY ASSOCIATES LLC VS BRANDY LEWANDOWSKI 15-CA-000734 03/21/2016 $100.00
POSTER, EVAN J CK# 583561 11/01/2019 $15.00
POSTHUMA, SHERI L CK# 579252 06/28/2019 $15.00
POSTIGO, JOEL F CK# 573734 02/01/2019 $15.00
POSTMA, KIRK D CK# 582630 10/11/2019 $15.00
POULSEN, BRIANNA A CK# 581209 08/30/2019 $15.00
PPMT JV LLC VS WOHLFEIL, HEATHER LYNN 15-CC-003923 02/26/2015 *717.113 $899.68
PR SMITH LAW GROUP PA CK# 430893 06/10/2019 15000889 $50.46
PREMIER TITLE COMPANY OF TAMPA BAY CK# 430852 06/07/2019 15000852 $44.80
PREMIER TITLE SERVICES INC CK# 429562 05/03/2019 15000702 $1,846.53
PRESCOTT, TERRY A CK# 585146 12/13/2019 $15.00
PRIAULX, JORDAN M CK# 580576 08/09/2019 $15.00
PRIEST, HANNAH GRACE CK# 426352 02/05/2019 15000614 $13.50
PRISTELL, GEORGE CK# 577729 05/17/2019 $15.00
PRITCHETT, PAUL E CK# 577979 05/17/2019 $15.00
PROGRESS RESIDENTIAL 2015-1 BORROWER LLC VS AKINS, SUMMER 15-CC-035490 11/30/2015 *717.113 $1,968.41
PROLUXE PROPERTIES, INC VS CALLAHAN, CANDICE 15-CC-001952 01/30/2015 *717.113 $1,565.00
PROMENADE OWNERS ASSOCIATION INC VS PRZEBOWSKI, RICHARD 13-CA-011487 09/29/2014 *717.113 $1,656.10
PUBLIX CK# 429158 04/23/2019 15001151 $12.59
PUBLIX CK# 435400 10/14/2019 15001548 $19.48
PUETT, KENNETH W CK# 580146 07/26/2019 $30.00
PUGLIESE, NICOLE N CK# 577629 05/10/2019 $15.00
PURDY, JAMIE LEE CK# 431833 07/01/2019 15001402 $500.00
QUIGGLE, DAVID CK# 425985 01/28/2019 15000965 $36.50
QUIGGLE, DAVID CK# 430671 06/03/2019 15001354 $127.00
QUILES TOLEDO, DEBORA CK# 575998 03/29/2019 $15.00
QUINN, JOHN E CK# 574606 02/22/2019 $15.00
QUINONES AMIS, REBECCA L CK# 585177 12/13/2019 $15.00
QUIROZ, ALEXES CK# 434196 09/09/2019 15001086 $100.00
QUISHPE, LUIS BYRON PEREZ CK# 428134 03/25/2019 15001117 $23.00
QUQALLA, FJOLLA CK# 584198 11/15/2019 $15.00
RABIEGA, AMBER R CK# 576163 04/05/2019 $15.00
RADULESCU POP, GETA C CK# 576681 04/18/2019 $15.00
RAGSDALE, TROY D CK# 575770 03/22/2019 $15.00
RAHN, GARRETT T CK# 585055 12/13/2019 $15.00
RAICIES, ADAM MANUELLEE CK# 431731 06/27/2019 15001302 $283.00
RAIL CREW XPRESS CK# 435979 10/29/2019 15001537 $15.00
RAINBOW CITY LLC VS LINDSEY, LORA 14-CC-030881 11/03/2014 *717.113 $620.00
RAINES, ANTHONY TOBY CK# 436112 11/04/2019 15001580 $133.00
RAINVILLE, MICHAEL W CK# 572801 01/11/2019 $15.00
RALEY, RICHARD D CK# 585119 12/13/2019 $15.00
RALSTON BEACH MOBILE HOME COURT LLC VS ANDRADE, ARMANDO 14-CC-008158 04/07/2014 *717.113 $516.62
RAMCHARAN, STEPHEN P CK# 577454 05/03/2019 $15.00
RAMIREZ, MARISELI CK# 425494 01/14/2019 15000593 $1,000.00
RAMOS SOLANO, HECTOR A CK# 584852 12/06/2019 $15.00
RAMOS, EDWIN S CK# 580083 07/26/2019 $15.00
RAMOS, EUGENE CK# 577591 05/10/2019 $15.00
RAMOS, MARIO LARA CK# 429714 05/08/2019 15001237 $13.00
RAMOS, SILENYS D CK# 582825 10/18/2019 $15.00
RANGEL, CARLOS A CK# 575401 03/15/2019 $15.00
RANNIE, ROSALIE P CK# 583917 11/08/2019 $15.00
RAO, RAVISHANKAR CK# 437546 12/20/2019 15001606 $11.00
RAO, SHRUTHI CK# 427345 03/04/2019 15001100 $13.50
RAPONE, MARK R CK# 577258 04/29/2019 $15.00
RASMUSSEN, JASON MICHAEL CK# 431067 06/13/2019 15000870 $127.50
RAUCH, JACOB S CK# 584393 11/22/2019 $15.00
REAGAN, CHELSEA L CK# 583237 10/25/2019 $15.00
REAGAN, ROCKY L CK# 577439 05/03/2019 $15.00
REALTY TRUST SERVICES LLC CK# 430692 06/03/2019 15001343 $54.30
REASONER, STEPHANIE L CK# 576976 04/26/2019 $15.00
RECKART, KATY S CK# 583363 10/25/2019 $15.00
REGIONS BANK CK# 435401 10/14/2019 15001549 $500.00
REGIONS BANK CK# 436519 11/15/2019 15001583 $500.00
REIDER, DAVID L CK# 429052 04/22/2019 15001154 $70.00
REIDER, DAVID L CK# 429687 05/08/2019 15001242

(Continued on next page)

Case 8:22-cv-01977-MSS-SPF   Document 21-9   Filed 12/15/22   Page 6 of 7 PageID 276

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
|---|---|---|---|---|
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

$70.00
REIDER, DAVID L CK# 430913 06/11/2019 15001353 $70.00
REIDER, DAVID L CK# 430914 06/11/2019 15001352 $70.00
REIDER, DAVID L CK# 431417 06/21/2019 15001351 $70.00
REINDEAU, MARK CK# 427532 03/08/2019 15000661 $500.00
REISER, RONALD F CK# 574310 02/15/2019 $15.00
REJOUR, ERIC CK# 434384 09/12/2019 15001501 $250.00
RENKEL, MATTHEW C CK# 576761 04/18/2019 $15.00
RENTTHEBAY.COM LLC VS MCKENZIE, FRANK 13-CC-031808 12/04/2013 *717.113 $40.00
RESENDIZ, VICTORIA W CK# 579004 06/21/2019 $15.00
RESIDENTIAL TITLE SERVICES INC CK# 429615 05/06/2019 15000770 $738.82
REUBEN, PHILIP J CK# 574186 02/08/2019 $15.00
REVOLUTION VIDEO GAMES AND MOVIES CK# 429563 05/03/2019 15000709 $100.00
REYES, ANTHONY M CK# 573539 01/25/2019 $15.00
REYES, CARLOS DE LOS REYES CK# 428691 04/10/2019 15001165 $106.80
REZABALA, DANIEL A CK# 581826 09/20/2019 $15.00
RHETT, MARTIN CK# 426009 01/28/2019 15000598 $400.00
RHOADES, CHRISTOPHER T CK# 573750 02/01/2019 $15.00
RHULE, CONNOR CK# 430668 06/03/2019 15001350 $76.50
RHULE, CONNOR CK# 431529 06/25/2019 15001349 $100.00
RHULE, CONNOR CK# 432311 07/15/2019 15001407 $148.50
RHULE, CONNOR CK# 435561 10/18/2019 15001522 $96.50
RICHARDS, DAMIEN A CK# 575963 03/29/2019 $15.00
RICHARDSON, KERRWYN R CK# 585133 12/13/2019 $15.00
RICHARDSON, MARSHA GODWIN CK# 435634 10/21/2019 15001542 $15.75
RICHMOND, TAYLOR M CK# 579443 07/05/2019 $15.00
RICHTER, DUKE T CK# 582567 10/11/2019 $15.00
RICKMAN, STEPHANIE A CK# 577455 05/03/2019 $15.00
RIDGEWAY, JASON P CK# 585044 12/13/2019 $15.00
RIDGWAY, PETER J CK# 585309 12/20/2019 $15.00
RIDLEY, BIANCA CK# 437266 12/11/2019 15001301 $250.00
RIGGS, WILLIAM DANIEL CK# 433267 08/12/2019 15001442 $15.00
RILES, GEORGE CK# 436002 10/30/2019 15001531 $45.75
RILEY, DELIA B CK# 575694 03/22/2019 $15.00
RILEY, RICHARD S CK# 575587 03/15/2019 $15.00
RIOPELLE, CHARLES CK# 425981 01/28/2019 15000599 $500.00
RIVEIRO, DELANEY W CK# 580968 08/23/2019 $15.00
RIVERA ADORNO, PAOLA F CK# 577984 05/17/2019 $15.00
RIVERA LORENZO, KENDRICK CK# 573027 01/18/2019 $15.00
RIVERA OJEDA, MARCELINO CK# 575350 03/15/2019 $15.00
RIVERA RAMIREZ, KEVIN J CK# 578971 06/21/2019 $15.00
RIVERA, ADRIAN E CK# 583809 11/08/2019 $15.00
RIVERA, DIONIS VIDAL CK# 436949 11/27/2019 15001570 $22.00
RIVERA, EDGARDO CK# 583044 10/18/2019 $15.00
RIVERA, FABIAN D CK# 572902 01/11/2019 $15.00
RIVERA, JEANNIE VS LAW, ROGER,LAW, MARIE 17-CC-013243 04/17/2017 *717.113 $20.00
RIVERA, KEI M CK# 577876 05/17/2019 $15.00
RIVERA, LUIS T CK# 574520 02/15/2019 $72.00
RIVERA-JOHNSTON, VERONICA CK# 585246 12/20/2019 $15.00
RIVERARCE, LEISHKA CK# 427527 03/08/2019 15000648 $500.00
RIVERASANCHEZ, GRACIELA CK# 432017 07/05/2019 15001398 $950.00
RIVERBROOK ACQUISITION LTD VS WILLIAMS, DETRA S 14-CC-000367 02/07/2014 *717.113 $1,931.06
RIVERO, ANDREA V CK# 582126 09/27/2019 $15.00
RIVERO, ANDY W CK# 583492 11/01/2019 $15.00
RIVERVIEW LITCHFIELD LLC VS KELLUM, ABIGAIL 15-CC-031856 10/08/2015 *717.113 $600.00
ROBAINA, CHRIS W CK# 577771 05/17/2019 $15.00
ROBBINS, JEFFREY N CK# 575760 03/22/2019 $15.00
ROBERTS, MITCHELL A CK# 584124 11/15/2019 $15.00
ROBERTS, PAUL J CK# 582797 10/18/2019 $15.00
ROBERTSON AND ASSOCIATES CK# 431285 06/19/2019 15000869 $13.50
ROBINSON, CHRISTOPHER M CK# 576928 04/26/2019 $15.00
ROBINSON, DESHANEI L CK# 574808 02/22/2019 $15.00
ROBINSON, JOSEPH C CK# 574600 02/22/2019 $15.00
ROBINSON, OPHELIA VS HENLON, AMELIA 15-CC-036103 11/19/2015 *717.113 $140.00
ROBINSON, REBECCA L CK# 584322 11/22/2019 $15.00
ROBLES, EDWARD CK# 583041 10/18/2019 $15.00
ROBSON, JOSEPH M CK# 583067 10/18/2019 $15.00
ROBSON, ROGER CK# 431633 06/25/2019 15001305 $27.00
RODRIGUES, STEPHANIE M CK# 581598 09/13/2019 $15.00
RODRIGUEZ ACEVEDO, WANDA CK# 584920 12/06/2019 $15.00
RODRIGUEZ DE LA NUEZ, ALEXIS CK# 578819 06/21/2019 $15.00
RODRIGUEZ, DARIEL CK# 436274 11/07/2019 15001579 $394.00
RODRIGUEZ, JESSICA M CK# 584574 11/22/2019 $30.00
RODRIGUEZ, JESSICA N CK# 585439 12/20/2019 $15.00
RODRIGUEZ, JUAN DIEGO CK# 425943 01/25/2019 15000970 $23.00
RODRIGUEZ, LUIS P CK# 583615 11/01/2019 $15.00

RODRIGUEZ, RAYMOND C CK# 583591 11/01/2019 $15.00
RODRIGUEZ, ROBERTO CK# 582776 10/18/2019 $15.00
RODRIGUEZ, SERGIO VALDEZ CK# 436061 10/31/2019 15001529 $72.00
RODRIGUEZLUNA, PABLO CK# 426007 01/28/2019 15000968 $34.00
ROETZEL AND ANDRESS CK# 430118 05/20/2019 15001273 $17.00
ROGERS, ASHLEIGH E CK# 578844 06/21/2019 $15.00
ROJAS, GEORGE,KAY INVESTMENTS,GR PROPERTY MGMT VS CLARK, SHEENA,MCALISTER, LATITIANA 17-CC-030453 10/05/2017 *717.113 $50.00
ROLLE, GEORGE A VS COLON, ELLY 18-CC-053080 11/09/2018 *717.113 $388.00
ROMAN HERNANDEZ, IVAN A CK# 576018 03/29/2019 $15.00
ROMANOWICH, THOMAS P CK# 579014 06/21/2019 $15.00
ROME HOLDINGS, LLC VS SANCHEZ, YESENIA 15-CC-005596 03/03/2015 *717.113 $237.00
ROMEL, KENDALL E CK# 427842 03/15/2019 15000658 $250.00
RONDON CASTILLO, LEONOR E CK# 578733 06/14/2019 $15.00
ROOKER, ELBA L CK# 580643 08/16/2019 $30.00
ROOT III ATTORNEY AT LAW, HARRY H CK# 430920 06/11/2019 15001327 $10.83
ROSADO GALARZA, IAN M CK# 578504 06/07/2019 $15.00
ROSALES, EDWARD CK# 585061 12/13/2019 $15.00
ROSANDICH, LAYLA MAY CK# 437309 12/12/2019 15001618 $103.00
ROSE RADIOLOGY CENTERS INC CK# 433927 08/28/2019 15001475 $90.00
ROSE, DARREN D CK# 584559 11/22/2019 $15.00
ROSE, ZACHARY W CK# 574352 02/15/2019 $30.00
ROSS, BRENDON K CK# 577558 05/10/2019 $15.00
ROSS, RANDALL J CK# 584323 11/22/2019 $15.00
ROTH, CIERRA CK# 573664 01/25/2019 $1,031.00
ROTHROCK, JENNIFER R CK# 584824 12/06/2019 $15.00
ROVIRA-COMAS, LUIS E CK# 574280 02/15/2019 $15.00
ROWLEY, JARROD Q CK# 578494 06/07/2019 $15.00
ROYAL MEDICAL CENTER GROUP LLC CK# 429650 05/07/2019 15001236 $15.00
RPK ASSOCIATES, LTD VS PRINCE, CELIESE 13-CC-032472 01/14/2014 *717.113 $80.00
RTD PHASE I GP LLC VS ESPINAL, YAHAIRA 17-CC-009516 05/11/2017 *717.113 $16.00
RUBENSTEIN LAW CK# 433263 08/12/2019 15001004 $430.00
RUDDER, TRISTAN T CK# 582295 09/27/2019 $15.00
RUDEN MCCLOSKY SMITH SCHUSTER RUSSELL CK# 430931 06/11/2019 15000832 $14.40
RUDIE, VERONICA M CK# 582658 10/11/2019 $30.00
RUE, JASON M CK# 576879 04/26/2019 $15.00
RUEDA, ANTONIO CK# 580682 08/16/2019 $15.00
RUFF, WILLIAM WALLACE CK# 432798 07/25/2019 15000987 $500.00
RUFFIN, JOHN B CK# 574333 02/15/2019 $30.00
RUGAR, GAIL A CK# 574402 02/08/2019 $15.00
RUIZ, ALICIA CK# 432809 07/26/2019 15000995 $72.00
RUIZ, JOSE ISRAIL CK# 432753 07/25/2019 15001003 $250.00
RUIZ, MARIA D CK# 577839 05/17/2019 $15.00
RUSS, WILHELMINA D CK# 580456 08/02/2019 $15.00
RUSSO, ROBERT L CK# 573462 01/25/2019 $15.00
RYAN, ROBERT K CK# 584311 11/22/2019 $15.00
RYDBERG, THOMAS H CK# 429786 05/09/2019 15000720 $126.87
SABATINO, ASHLEY M CK# 584752 12/06/2019 $15.00
SACCENTE, JULIE CK# 431073 06/13/2019 15000847 $500.00
SAENZ, GLORIBEL CK# 428125 03/25/2019 15000654 $72.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432103 07/08/2019 15001418 $163.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432104 07/08/2019 15001419 $163.00
SAGE, MICHAEL C CK# 578532 06/07/2019 $15.00
SALAZAR, MARLENE CK# 575329 03/08/2019 $15.00
SALCEDO, YAMILIZ CK# 575278 03/08/2019 $15.00
SALENO, DEVON J CK# 573766 02/01/2019 $15.00
SALLYE, CLARISSA M CK# 436697 11/21/2019 15001284 $60.00
SALVATORE EMANUELE INDOVINO CK# 426371 02/05/2019 15000663 $2,500.00
SAM & PETE INC,SHEHATA, MEDHAT VS HICKS, KYLA CHAIRSE 16-CC-026254 08/17/2016 *717.113 $874.00
SAMMARTINO, GINA L CK# 575184 03/08/2019 $15.00
SAMS, ERTHA C CK# 575434 03/15/2019 $15.00
SAMS, WALTER L CK# 574372 02/15/2019 $15.00
SANCHEZ, EVELIN CK# 434967 09/25/2019 15001481 $500.00
SANCHEZ, JESSICA SANTIAGO CK# 434533 09/16/2019 15001503 $32.36
SANCHEZ, KIMBERLY A CK# 580755 08/16/2019 $15.00
SANCHEZ, TIARA G CK# 583728 11/08/2019 $15.00
SANDCASTLE TITLE INC CK# 429739 05/08/2019 15001284 $576.50
SANDERSON, BRITTNEY A CK# 575057 03/01/2019 $15.00
SANDROWICZ, NICHOLAS A CK# 575384 03/15/2019 $30.00
SANTANA, ARELIY CK# 583703 11/08/2019 $15.00
SANTIAGO 3, CARLOS LUIS CK# 426540 02/11/2019 15000609 $13.50
SANTIAGO, ALEXIANA CK# 428355 04/01/2019 15000669 $71.25
SANTIAGO, ALEXIANA CK# 429847 05/13/2019 15000746 $71.25
SARGENT, TIMOTHY L CK# 573174 01/18/2019 $15.00
SARSOUR, ZAHER Z CK# 580792 08/16/2019 $30.00
SAUNDERS, ERIN P CK# 577902 05/10/2019 $15.00
SBROCCO, RYAN J CK# 581615 09/13/2019 $15.00
SCHEDDEL, JEFFREY A CK# 585445 12/20/2019 $15.00
SCHENONE, ELIZABETH A CK# 577745 05/17/2019 $15.00
SCHROEDER, ROBERT S CK# 576508 04/12/2019 $15.00
SCHWEGLER, GARY T CK# 581887 09/20/2019

$15.00
SCOTT, LISA THOMPSON VS MOSLEY, WILLIAM 14-CC-020596 08/04/2014 *717.113 $366.02
SCOTT, MICHAEL A CK# 583341 10/25/2019 $15.00
SEAMAN, MARY K CK# 574043 02/08/2019 $15.00
SEAY, GREGGORY N CK# 576214 04/05/2019 $15.00
SEBASTIAN, DENNIS R CK# 579232 06/28/2019 $15.00
SECURE TITLE LLC CK# 430800 06/06/2019 15001339 $49.00
SEDLOCK, MEREDITH R CK# 436192 11/05/2019 15001562 $45.75
SEHGAL, RAJIVE CK# 584671 11/22/2019 $30.00
SEIFER, CHARLES M CK# 573209 01/18/2019 15001331 $15.00
SELECTIVE TITLE RESEARCH CK# 430855 06/07/2019 15001283 $33.00
SELF, WILLIE J CK# 579956 07/19/2019 $15.00
SELLERS TITLE COMPANY CK# 429741 05/08/2019 15000689 $539.52
SELLERS, CANDACE LYNNE CK# 426842 02/19/2019 15000627 $500.00
SELVAAG, TANYA L CK# 577601 05/10/2019 $15.00
SEMELFORT, MARTIN G CK# 578086 05/24/2019 $15.00
SEMER, DEANDRE K CK# 579834 07/19/2019 $15.00
SERAPHIN, CRESHENDA L CK# 576237 04/05/2019 $15.00
SERRANO, DORA E CK# 575993 03/29/2019 $15.00
SERRANO, ELIZABETH L CK# 576482 04/12/2019 $15.00
SERRANO, ORLANDO CK# 579940 07/19/2019 $30.00
SERRANOHASEGAWA, GABRIEL SEIJI CK# 432443 07/18/2019 15000997 $250.00
SETTLES, BRANDY CK# 437675 12/27/2019 15001604 $20.00
SEWARD, FRANKLIN B CK# 583838 11/08/2019 $15.00
SHADES OF TIME CK# 432781 07/25/2019 15000993 $21.50
SHAINLINE, JAMES R CK# 583761 11/08/2019 $15.00
SHANKLE, JUSTIN G CK# 575734 03/22/2019 $15.00
SHARP, SUZANNE M CK# 576972 04/26/2019 $15.00
SHAVER, JEFFREY D CK# 584832 12/06/2019 $15.00
SHAWVER, RICHARD M CK# 582781 10/18/2019 $15.00
SHEARS, JORDAN G CK# 574906 03/01/2019 $15.00
SHELBY, MADISON M CK# 577193 04/29/2019 $15.00
SHELDON, LISA M CK# 576435 04/12/2019 $30.00
SHELL, HENRY CK# 430830 06/07/2019 15000836 $17.50
SHEPLER, DAVID CK# 578794 06/14/2019 $15.00
SHEPPARD, ANDRE R CK# 573691 02/01/2019 $15.00
SHERMAN PA, JOEL LEE CK# 429966 05/15/2019 15001268 $329.30
SHERRILL, JOANN B CK# 582648 10/11/2019 $15.00
SHIERLING, STEVEN W CK# 584348 11/22/2019 $15.00
SHINE, ASHLEY NICOLE CK# 427313 03/04/2019 15000633 $30.00
SHOMBER, KAYLENE R CK# 573507 01/25/2019 $15.00
SHWEDICK, GRAHAM W CK# 580361 08/02/2019 $15.00
SIDERIO, CHRISTOPHER L CK# 582077 09/27/2019 $15.00
SIDIQI, WAHIDA CK# 584333 11/22/2019 $15.00
SIEGFRIED, RICHARD SCOTT CK# 437163 12/06/2019 15001616 $21.50
SIERRA, JUDY R CK# 574959 03/01/2019 $15.00
SIERRA, KENNY CK# 435442 10/15/2019 15001547 $45.75
SIGHT REAL ESTATE VS FULKS, CAMERON 16-CC-010455 04/05/2016 *717.113 $1,650.00
SILVA, JUNIOR CK# 579564 07/12/2019 $15.00
SILVA, ORELA DA CK# 436060 10/31/2019 15001216 $500.00
SILVARES, MICHAEL A CK# 577251 04/29/2019 $15.00
SIMS, KEVIN CK# 575252 03/08/2019 $15.00
SIMS, PHYLLIS J CK# 579049 06/21/2019 $15.00
SINCERE, NAROMI CK# 582694 10/11/2019 $15.00
SINGH, JOSHUA K CK# 584912 12/06/2019 $15.00
SITA, ANTONIO MARIA ALMEIDA CK# 432878 07/30/2019 15001242 $17.00
SJA PARTNERS LLC AND 4114 S LLC VS COTTO, CHAYENNE 15-CC-021773 07/13/2015 *717.113 $100.00
SLADJANA, MIJATOVIC CK# 432027 07/05/2019 15000893 $250.00
SLATTERY, CHERYL H CK# 580921 08/23/2019 $15.00
SMALL, FRANKIE A CK# 583853 11/08/2019 $15.00
SMART TITLE OF LAKELAND LLC CK# 429780 05/09/2019 15001280 $456.58
SMITH, BOBBI JO CK# 426661 02/13/2019 15001051 $15.75
SMITH, BRITT T CK# 576617 04/18/2019 $15.00
SMITH, DARLENE M CK# 582056 09/27/2019 $15.00
SMITH, DOUGLAS CK# 431997 07/05/2019 15001399 $85.00
SMITH, DWANDA Y CK# 580723 08/16/2019 $15.00
SMITH, ELIZABETH R CK# 579825 07/19/2019 $15.00
SMITH, EVAN K CK# 575683 03/22/2019 $15.00
SMITH, GREGORY W CK# 578124 05/24/2019 $15.00
SMITH, JEREMIAH J CK# 573374 01/25/2019 $30.00
SMITH, KEVIN J CK# 578472 06/07/2019 $15.00
SMITH, KYLE P CK# 578677 06/14/2019 $15.00
SMITH, NICOLE E CK# 573072 01/18/2019 $15.00
SMITH, RENA M CK# 573469 01/25/2019 $60.00
SMITH, SKYE B CK# 575048 03/01/2019 $60.00
SMITH-PRINGLE, JOHNNY R CK# 573804 02/01/2019 $15.00
SMOLT, BROOKE K CK# 580558 08/09/2019 $15.00
SMYTH, DANIEL P CK# 572796 01/11/2019 $15.00
SNOW, CHRISTOPHER M CK# 578605 06/14/2019 $15.00
SOKOLOWSKI, ANDREW W CK# 575953 03/29/2019 $15.00
SOLANO, SALLY DURAN CK# 435686 10/22/2019 15001501 $55.00
SONTRUST TITLE AGENCY LLC CK# 429742 05/08/2019 15001283 $167.92
SORIANO, OSCAR J CK# 585463 12/20/2019 $15.00
SOTO, CARLOS G CK# 577522 05/10/2019 $15.00
SOTO, DANIEL CK# 432113 07/09/2019 15001389 $31.40
SOTO, MIGUEL CK# 436669 11/20/2019 15001589 $255.00
SOTO, RAUL J CK# 572717 01/11/2019 $15.00
SOTO, WILFREDO CK# 581573 09/13/2019 $15.00

SOUDER, DILLON A CK# 584401 11/22/2019 $15.00
SOURCE FINANCIAL, INC. VS ROYAL, ASIA 16-CC-009551 03/31/2016 *717.113 $65.00
SOUTH TAMPA APARTMENTS I LLC VS GAUTHIER-FORTNER, TRACY 15-CC-030708 10/09/2015 *717.113 $455.34
SOUTHERN RESIDENTIAL RECOVERY FUND VIII, LLC VS MCCRANEY, LAVERNE 17-CC-013496 04/24/2017 *717.113 $388.00
SOUTHLAND TITLE COMPANY CK# 430766 06/05/2019 15000876 $57.16
SP JOHNSON KENNETH COURT LP VS SIMS, BRITTANY 15-CC-028466 09/10/2015 *717.113 $208.00
SP ST JAMES LP VS CALDERON, MADELINE 15-CC-033251 10/23/2015 *717.113 $1,249.00
SPANISH TRACE HOUSING LTD VS BRYANT, PRECIOUS 15-CC-005399 02/26/2015 *717.113 $831.00
SPIKE, JASMINE L CK# 584838 12/06/2019 $15.00
SPIRK, ADAM J CK# 577711 05/17/2019 $15.00
SPOONER, LESLIE A CK# 582764 10/18/2019 $15.00
SPRADLEY, JAMES D CK# 581876 09/20/2019 $30.00
SPT WAH WEXFORD LLC VS HART, CARMIETTA 17-CC-020462 07/18/2017 *717.113 $51.00
SPURLING, CHRISTOPHER SCOTT CK# 435173 10/04/2019 15001551 $250.00
SQUITIERI, ADAM T CK# 579550 07/12/2019 $15.00
ST JEAN, ERIKA B CK# 585057 12/13/2019 $15.00
ST JOSEPH HOSPITAL CK# 430737 06/04/2019 15001335 $21.50
ST THOMAS PROPERTIES LLC VS WILLIAMS, ALYSSA 14-CC-036496 12/29/2014 *717.113 $650.00
STAFFIERI, LINDSAY A CK# 583734 11/08/2019 $15.00
STAFFORD, CHRISTOPHER M CK# 578567 06/14/2019 $15.00
STAPLES CK# 429566 05/03/2019 15001250 $112.40
STAPLETON, DELMER J CK# 574001 02/08/2019 $15.00
STARKS, GREGORY P CK# 580586 08/09/2019 $15.00
STARR, BENJAMIN C CK# 581214 08/30/2019 $15.00
STATEWIDE TITLE SERVICES LLC CK# 431101 06/13/2019 15000846 $18.50
STATEWIDE TITLE SOLUTIONS CK# 429418 04/30/2019 15001192 $1,954.39
STATTON TITLE AGENCY CK# 429567 05/03/2019 15000728 $3,422.82
STEAD, ROBERT M CK# 580232 07/26/2019 $15.00
STEFFAN, CONNOR R CK# 584569 11/22/2019 $30.00
STEFFEK, BRANDON L CK# 576671 04/18/2019 $15.00
STEGNER, STEVEN B CK# 580810 08/16/2019 $15.00
STEIN, STEPHANIE L CK# 580042 07/26/2019 $15.00
STEPHANIE DUNBAR CK# 425576 01/15/2019 15000651 $100.00
STEPHENS, JAMES H CK# 584843 12/06/2019 $15.00
STEPHENS, JESSE T CK# 581489 09/13/2019 $15.00
STEPHENSON, PAUL H,LUNDGREN, FREDRIKA A VS STARKES, VINCENT 14-CC-035238 01/06/2015 *717.113 $485.44
STERLING TITLE LLC CK# 429781 05/08/2019 15000723 $128.41
STEVEN P RILEY LAW OFFICES CK# 430543 05/29/2019 15001245 $106.87
STEVENS, IAN T CK# 584848 12/06/2019 $15.00
STEVENS, JONATHAN C CK# 572690 01/11/2019 $15.00
STEVENS-HOLLIS, JANYA L CK# 574916 03/01/2019 $15.00
STEVENSON, PAUL A CK# 574680 02/22/2019 $15.00
STILLWELL, MORGAN J CK# 580604 08/09/2019 $15.00
STIVERS, LIA ROMANA CK# 432267 07/12/2019 15001386 $500.00
STOCKTON, MICHAEL P CK# 580176 07/26/2019 $30.00
STOEL, JERIKKA J CK# 574611 02/22/2019 $15.00
STONE-GEIDE, BIANCA D CK# 582595 10/11/2019 $15.00
STOREY, MICHAEL J CK# 576042 03/29/2019 $15.00
STRAIGHTFORWARD REALTY INVESTORS LLC CK# 429976 05/15/2019 15001266 $200.00
STRESS FREE PROPERTY MANAGEMENT INC VS MASON, CARMALITA 13-CC-031795 12/05/2013 *717.113 $50.00
STRICKLAND, JERMYN K CK# 577905 05/17/2019 $15.00
STRINGER, EDWARD CASEY CK# 426546 02/11/2019 15000610 $13.50
STROBELE, KELSEY E CK# 582442 10/04/2019 $15.00
STROM, ALAN L CK# 580984 08/23/2019 $30.00
STUTTS, CHRISTINA CK# 426999 02/22/2019 15001006 $13.78
SUAREZ, JOEL CK# 580350 08/02/2019 $15.00
SUAU, IBIS CK# 574098 02/08/2019 $30.00
SULLIVAN, JENNIFER D CK# 575577 03/15/2019 $15.00
SUMUNNI INVESTMENTS LLC VS PICKNEY, DARRIA 17-CC-013200 05/01/2017 *717.113 $216.00
SUN MEADOWBROOK FL LLC VS VILLANO, LINDA IRENE 18-CC-013322 07/02/2018 *717.113 $4,049.00
SUNBELT TITLE AGENCY CK# 429568 05/03/2019 15000703 $2,679.91
SUNBELT TITLE AGENCY CK# 429743 05/08/2019 15000752 $550.55
SUNCOAST TITLE AGENCY OF TAMPA INC CK# 430856 06/07/2019 15000839 $36.80
SUNDARAM, SANJAY CK# 428208 03/26/2019 15000672 $500.00
SUNJIC, KATLYND M CK# 583125 10/18/2019 $15.00
SUNSHINE INVESTMENTS LLC VS MARTY, MICHELLE,TENANT, UNKNOWN 17-CC-027230 07/26/2017 *717.113 $330.00
SUNSTONE PALMS, LLC VS STOKES, DEIDRA 17-CC-034399 10/12/2017 *717.113 $788.38
SUPREMNA JANLANA MARINE CK# 434097 09/04/2019 15001510 $72.00
SURBER, ANTHONY CK# 430455 05/28/2019 15000795 $236.90
SURGOINE, JESSICA N CK# 573372 01/25/2019 $15.00
SUSZKO, JOSEPH CK# 426862 02/19/2019 15001033 $15.00
SWAN, ALEXANDER C CK# 578419 06/07/2019 $15.00
SWENSON, MICHAEL P CK# 579731 07/12/2019 $15.00
SYLVESTER, DANIELLE R CK# 576920 04/26/2019 $15.00

(Continued on next page)

SYNERGY TITLE PARTNERS INC CK# 433236 08/09/2019 15001443 $10.10
SYNERGY TITLE PARTNERS LLC CK# 432562 07/22/2019 15001414 $119.00
SYRJA, CAMERON J CK# 575708 03/22/2019 $15.00
T MOBILE CK# 434471 09/13/2019 15001513 $250.00
TAHSINI, CELINA F CK# 579322 07/05/2019 $15.00
TALAMANTEZ, DAVID CK# 572867 01/11/2019 $15.00
TAMAYO, ELBA I CK# 427651 03/12/2019 15001125 $11.69
TAMPA BAY ESTATES LLC VS BOLER, ANTOINETTE,GRANT, CHARLES,OPPUPANTS, ALL 17-CC-014518 04/25/2017 *717.113 $460.00
TAMPA BAY FCU CK# 430859 06/07/2019 15000872 $34.10
TAMPA BAY HOUSING AUTHORITY LLC VS NEASON, KA'DESHA 14-CC-016358 06/26/2014 *717.113 $455.00
TAMPA PARK APARTMENTS, INC. VS MOODY, DEQUAN 15-CC-021694 08/07/2015 *717.113 $400.00
TAMPA POLICE DEPARTMENT VS BRIAN BAKER 17-CA-009606 10/23/2017 $1,500.00
TAMPA REAL ESTATE VENTURES, LLC VS WEDEL, JUSTIN 16-CC-011406 05/03/2016 *717.113 $1,283.00
TANK, HARIKRUSHNA CK# 436780 11/22/2019 15001587 $17.00
TAPIA-DIAZ, DORANELIE CK# 579227 06/28/2019 $15.00
TARAVELLA, LUCY VS MALONE, JACQUELINE 19-CC-021270 05/03/2019 *717.113 $700.00
TARDI, AMARYLLIS CK# 583750 11/08/2019 $15.00
TARGET CK# 437118 12/05/2019 15001621 $70.00
TASANAPRASERT, AKKARADEJ A CK# 582934 10/18/2019 $15.00
TAVAREZ-TAVAREZ, MARC A CK# 580468 08/02/2019 $15.00
TAYLOR, JASON C CK# 574915 03/01/2019 $15.00
TAYLOR, JOVARIUS J CK# 580409 08/02/2019 $15.00
TAYLOR, WILLIAM D CK# 584918 12/06/2019 $15.00
TCVM 6 LLC VS SHANKS, VANITA 18-CC-062954 12/14/2018 *717.113 $700.00
TEDROWE, BENJAMIN L CK# 575405 03/15/2019 $15.00
TEED, DAJOURIA L CK# 578600 06/14/2019 $15.00
TEELUCKSINGH, PREM VS WEEMS, SHANE 14-CC-011990 05/27/2014 *717.113 $97.09
TEJADA, LEONEL CK# 578413 06/07/2019 $15.00
TENORIO, KARIE ANN CK# 583057 10/18/2019 $15.00
TERRAZAS, JESUS A CK# 432749 07/25/2019 15000990 $250.00
TERRENCE F PYLE PA CK# 430861 06/07/2019 15000827 $19.38
THE HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS RUSSELL, KILILAH 14-CC-033393 01/05/2015 *717.113 $12.00
THE KAIN L P VS BOWERS, CHINIQUA E 16-CC-041845 04/04/2017 *717.113 $881.24
THE KAIN L P VS HARDY, SHARON 15-CC-034477 10/30/2015 *717.113 $150.00
THE KAIN L P VS JONES, SHIRLEY 15-CC-027896 09/01/2015 *717.113 $850.00
THE KAIN LIMITED PARTNERSHIP VS BATTLE, BARBARA 16-CC-032526 10/18/2016 *717.113 $775.00
THE KAIN LIMITED PARTNERSHIP VS HUMPHREY, ERICA 15-CC-031485 10/02/2015 *717.113 $708.00
THE KAIN LIMITED PARTNERSHIP VS JAMES, TAKESSA S 16-CC-040926 12/30/2016 *717.113 $1,800.00
THE KAIN LIMITED PARTNERSHIP VS SHEPPARD, YOLANDA 16-CC-040923 01/03/2017 *717.113 $1,130.00
THE KAIN LP VS MORGAN, MATTHEW 15-CC-030481 09/28/2015 *717.113 $545.00
THE STEIN LAW GROUP CK# 430934 06/11/2019 15000842 $50.00
THIMIS, NICHOLAS VS THIMIS, TANYA 18-DR-005389 08/27/2018 $1,000.00
THOMAS, ASTON ANDRE CK# 430369 05/24/2019 15001262 $208.00
THOMAS, BETSY L CK# 573224 01/18/2019 $15.00
THOMAS, HEZEKIAH CK# 583295 10/25/2019 $15.00
THOMAS, IGNATIUS CK# 584193 11/15/2019 $15.00
THOMAS, MARK ANTHONY CK# 434995 09/25/2019 15001484 $11.00
THOMPSON, CHARLES A CK# 574477 02/15/2019 $15.00
THOMPSON, COREY S CK# 578553 06/07/2019 $30.00
THOMPSON, JEREMY DANIEL CK# 437305 12/12/2019 15001617 $12.04
THOMPSON, LOLA M CK# 575557 03/15/2019 $15.00
THOMPSON, MARY VS ARMIGER, TOM 15-CC-001351 01/22/2015 *717.113 $200.00
THOMPSON, VERONICA A CK# 428891 04/26/2019 15000675 $20.79
THORNTON, GEENI D CK# 584522 11/22/2019 $15.00
THORNTON, LUKE VS DUNAWAY, TIFFANY 14-CC-000139 02/20/2014 *717.113 $700.00
THORNTONS CK# 433693 08/21/2019 15001465 $66.00
THORVARDSON, STEVEN CK# 430329 05/23/2019 15001272 $15.00
THRIFT, CASEY CK# 427262 03/01/2019 15000635 $202.00
TIKD SERVICES LLC CK# 428519 04/03/2019 15001177 $40.00
TIMMONS, NA'DEYAH A CK# 584967 12/06/2019 $15.00
TINDALE, SHANE R CK# 579920 07/19/2019 $15.00
TITLE AGENCY OF FLORIDA INC CK# 429747 05/08/2019 15001255 $521.09
TITLE AGENTS RESEARCH SERVICES INC CK# 431289 06/19/2019 15000867 $39.23
TITLE MARKETPLACE LLC CK# 431395 06/20/2019 15000864 $94.50
TITLE SERVICES OF FLORIDA LLC CK# 430935 06/11/2019 15000830 $13.80
TITLE TRUST GROUP OF FLORIDA INC CK# 429748 05/08/2019 15000742 $151.50
TITLEMARK OF SOUTH TAMPA LLC CK# 430937 06/11/2019 15000849 $11.71
TOMASINO, DAVID A CK# 432197 07/11/2019 15000887 $250.00
TORRES CARRION, ALICIA CK# 572808 01/11/2019 $15.00

TORRES ZAYAS, HECTOR H CK# 583105 10/18/2019 $15.00
TORRES, DIANA H CK# 575440 03/15/2019 $30.00
TORRES, ESTEBAN CK# 427190 02/28/2019 15001022 $500.00
TORRES, GIOVANNI RAMOS CK# 432892 07/30/2019 15001088 $42.50
TORRES, GIOVANNI RAMOS CK# 433961 08/29/2019 15001085 $245.00
TORRES, LYLA CK# 579644 07/12/2019 $15.00
TORRES, RUBY M CK# 575628 03/15/2019 $15.00
TORRES, YASMANY MAYEA CK# 432799 07/25/2019 15001429 $500.00
TOVARMARTINEZ, RUBISEL CK# 434094 09/04/2019 15001079 $1,652.00
TOZIER, DYLAN J CK# 573594 01/25/2019 $15.00
TRACKING #9570 1065 9016 9271 1624 MO#17933734211 - WESTERN UNION RCPT # 24-00680591 10/22/2019 $325.00
TRAN, THACH K CK# 582869 10/18/2019 $15.00
TRANSCARE MEDICAL TRANSPORTATION CK# 429571 05/03/2019 15001241 $180.50
TRANSCONTINENTAL TITLE CK# 429978 05/15/2019 15000735 $295.04
TRANSCONTINENTAL TITLE COMPANY CK# 429572 05/03/2019 15000701 $1,780.68
TREPANIER, JACK T CK# 429497 05/02/2019 15000776 $13.50
TRESPALACIOS, ALLISON CK# 583911 11/08/2019 $15.00
TRIMBLE, ANN M CK# 578055 05/24/2019 $15.00
TRIVIN, CYRUS A CK# 583764 11/08/2019 $30.00
TRUE, CHARLES B CK# 574561 02/22/2019 $15.00
TULLO LAW FIRM CK# 431290 06/19/2019 15001098 $113.30
TURBEVILLE, LAUREN E CK# 584896 12/06/2019 $15.00
TURNER JR, MICHAEL ANTHONY CK# 433320 08/13/2019 15001084 $16.00
TURNER, ANDREW B CK# 579412 07/05/2019 $15.00
TURNER, REX VS PRICE, PHILLIP 16-CC-030184 09/28/2016 *717.113 $48.00
TUVELL, KEVIN S CK# 578471 06/07/2019 $15.00
TUVELL, SHAWN A CK# 583769 11/08/2019 $15.00
TYSVER, CYNTHIA CK# 431994 07/05/2019 15000890 $500.00
TZADIK ACQUISITIONS LLC VS STOVALL, LORI 18-CC-019098 06/05/2018 *717.113 $452.00
TZADIK ACQUISITIONS LLC VS WILSON, TAURIE, ANDERSON SIMS, ROSS 18-CC-000833 02/08/2018 *717.113 $1,962.50
TZADIK MANAGEMENT GROUP VS PINAS, SHARMA 17-CC-028816 09/19/2017 *717.113 $148.50
TZADIK MANAGEMENT VS MEDINA, JAJAIRA 19-CC-028625 06/03/2019 *717.113 $500.00
U S BANK NATIONAL ASSOCIATION VS VEGA, SYLVIA 16-CA-002192 09/02/2016 $100.00
UAHC LLC,CBA BUSINESS SOLUTIONS VS MERRELL, BRANDI 14-CC-000522 01/16/2014 *717.113 $95.00
ULLOA, GUADALUPE CK# 574244 02/15/2019 $15.00
UNITED PAWN CK# 430232 05/22/2019 15000718 $100.00
UNITED PAWN CK# 430508 05/28/2019 15000719 $50.00
UNIVERSAL LAND TITLE INC CK# 429517 05/02/2019 15000698 $1,204.15
UNIVERSITY HOUSE LLC VS BALDWIN, CLARENCE 14-CC-036505 12/29/2014 *717.113 $310.00
UNIVERSITY HOUSE LLC VS JOSEPH, TANYA 15-CC-030441 10/14/2015 *717.113 $544.13
UNIVERSITY HOUSE LLC VS STIDIRON, JOLANDA 15-CC-032577 10/15/2015 *717.113 $495.15
UNIVERSITY HOUSE, LLC VS BEST, KYLE A. 15-CC-039773 01/11/2016 *717.113 $481.55
UNIVERSITY HOUSE, LLC,CASABLANCA APARTMENTS AT UNIVERSITY VS HAYNES, TAMIKA S. 17-CC-042983 11/13/2017 *717.113 $232.80
UNIVERSITY SQUARE APARTMENTS LLC VS DISARNO, JOHN C 18-CC-044914 09/11/2018 *717.113 $526.00
URBAN CORE HOLDINGS LLC VS SEARS, GABRIEL 15-CC-023113 07/30/2015 *717.113 $291.26
URBAN TITLE SERVICES CK# 429574 05/03/2019 15000705 $3,580.85
URIJNAWRITA, ANNABELLA CK# 431119 06/14/2019 15000882 $250.00
URREGO, ROSALBA E CK# 580030 07/26/2019 $15.00
US BANK NA VS CAWLEY, THOMAS S 14-CA-009187 02/18/2016 $100.00
US BANK TRUST NA VS LOCK, SHOLANDA S 15-CA-010211 04/04/2016 $15.00
USNER, CHAD M CK# 583995 11/08/2019 $15.00
UTLEY, CYNTHIA R CK# 574008 02/08/2019 $15.00
UZZELL, NAJEE D CK# 576035 03/29/2019 $15.00
VALDERRAMA, CAROL M CK# 584221 11/15/2019 $15.00
VALENTINE HYER, TRACY CK# 582298 09/27/2019 $30.00
VALIENTE, RANSES MONZON CK# 436424 11/13/2019 15001554 $75.00
VAN DYKE COMMONS, LLC VS ACOUSTI ENGINEERING COMPANY OF FLORIDA 18-CA-000833 06/20/2018 *717.113 $117.71
VAN VUUREN, ETTIENNE CK# 426786 02/18/2019 15001041 $15.75
VANGUARD REAL ESTATE TITLE OF FL INC CK# 430739 06/04/2019 15000805 $96.75
VANKLEECK, JAMES B CK# 583289 10/25/2019 $15.00
VARGAS, JAMES F CK# 576644 04/18/2019 $15.00
VARGAS, JEFFREY E CK# 576877 04/26/2019 $15.00
VARGAS, SAMANTHA V CK# 579927 07/19/2019 $15.00
VARGASRIVERO, JOSE CK# 432204 07/11/2019 15001379 $500.00
VASQUEZ, MARCOS SANTOS CK# 433580 08/19/2019 15001464 $16.50
VASQUEZ, CYNTHIA M CK# 432818 07/26/2019 15001380 $250.00
VAZQUEZ, DAVID CK# 583225 10/25/2019 $15.00
VAZQUEZ, JOHN ISAAC CK# 436841 11/25/2019 15001574 $15.75
VAZQUEZ, VICTOR CK# 582334 09/27/2019 $13.01
VAZQUEZ, YERITZA CK# 583386 10/25/2019 $15.00
VELASCO GARCIA, AGUSTINO CK# 575960 03/29/2019 $15.00
VELASQUEZ, ANTHONY CK# 584404 11/22/2019 $15.00

VELAZQUEZ SIERRA, JOSUE CK# 583063 10/18/2019 $15.00
VELEZ, KATIE CK# 583426 10/25/2019 $87.22
VELIZ, JOHN M CK# 575744 03/22/2019 $15.00
VERITAS REALTY HOLDINGS LLC VS THOMPSON, SHERRY 17-CC-033809 09/05/2017 *717.113 $400.00
VERNON, SARAH L CK# 574713 02/22/2019 $15.00
VIDAL, BARBARA N CK# 581403 09/13/2019 $15.00
VIGIL, ANA V CK# 584238 11/15/2019 $15.00
VILLAFRANCA, CHRISTIAM R CK# 574559 02/22/2019 $15.00
VILLALOBOS IBARRA, FABIOLA CK# 578922 06/21/2019 $15.00
VILLALTA, JONATHAN S CK# 575856 03/22/2019 $15.00
VILLANUEVA, FRANKLIN A CK# 581520 09/13/2019 $15.00
VILLAVICENCIO, DANIEL A CK# 576394 04/12/2019 $15.00
VILSAINT, CLIFF CK# 426346 02/05/2019 15001069 $72.00
VINALJIMENEZ, JUAN CARLOS CK# 426075 01/29/2019 15000964 $45.75
VINALJIMENEZ, JUAN CARLOS CK# 426715 02/14/2019 15001014 $15.00
VOJTKO, ANGEL L CK# 582997 10/18/2019 $15.00
VOLUNTEERS OF AMERICA OF FLORIDA VS PINCKNEY, MESHA 15-CC-029882 10/12/2015 *717.113 $394.84
VU, CHUONG H CK# 579629 07/12/2019 $15.00
VUKELJA, DAVID A CK# 580373 08/02/2019 $15.00
WADE, CHARLES D CK# 583755 11/08/2019 $15.00
WADE, ERIC CK# 431270 06/19/2019 15001223 $17.00
WAHL, DANIEL E CK# 573760 02/01/2019 $15.00
WAIBERMAN, DONALD I CK# 430941 06/11/2019 15000853 $49.90
WAINORIS, KIRSTEN CK# 435630 10/21/2019 15001543 $15.75
WALGREENS CK# 433787 08/23/2019 15001458 $300.00
WALKER J, CHARLES GREGORY CK# 427386 03/06/2019 15000632 $60.00
WALKER, GARRETT E CK# 578217 05/31/2019 $15.00
WALKER, HARRISON J CK# 579598 07/12/2019 $15.00
WALLACE, CLEVELAND ALFONSO CK# 426848 02/19/2019 15001030 $15.75
WALLACE, KRISTIE LYNN CK# 425614 01/16/2019 15000943 $15.75
WALLACE, PAUL D CK# 572724 01/11/2019 $15.00
WALLIS, JOSHUA A CK# 577659 05/10/2019 $15.00
WALMART CK# 425341 01/08/2019 15000953 $48.09
WALMART CK# 427467 03/07/2019 15001107 $35.00
WALMART CK# 428306 03/28/2019 15001106 $92.56
WALMART CK# 429091 04/22/2019 15001189 $56.03
WALMART CK# 429268 04/25/2019 15001182 $96.84
WALMART CK# 429622 05/06/2019 15001254 $46.78
WALMART CK# 429788 05/09/2019 15001251 $179.00
WALMART CK# 431158 06/14/2019 15001355 $176.50
WALMART CK# 431444 06/21/2019 15001356 $41.76
WALMART CK# 432178 07/10/2019 15001416 $19.77
WALMART CK# 432474 07/18/2019 15001417 $26.50
WALMART CK# 432567 07/22/2019 15001415 $50.80
WALMART CK# 433372 08/14/2019 15001474 $144.14
WALMART CK# 435653 10/21/2019 15001527 $76.50
WALMART CK# 435986 10/29/2019 15001528 $128.47
WALMART CK# 436469 11/14/2019 15001592 $17.05
WALSH, THOMAS R CK# 578341 05/31/2019 $15.00
WARD, EDWARD CK# 573170 01/18/2019 $15.00
WARE, CHLOE J CK# 583509 11/01/2019 $15.00
WARNER, ROBERT A CK# 574729 02/22/2019 $15.00
WARREN, MICHELLE A CK# 577919 05/17/2019 $15.00
WASHINGTON, KEVIN VS BEATY, FRED, BEATY, ERICA 15-CC-009649 04/15/2015 *717.113 $95.00
WATSON, MARK S CK# 584641 11/22/2019 $15.00
WATTS, CAREY M CK# 577020 04/26/2019 $30.00
WATTS, LINDA F CK# 575244 03/08/2019 $15.00
WAWA CK# 429653 05/07/2019 15001252 $56.65
WAYPOINT HOMES VS DYKES, KEEOSHA 15-CC-038796 01/29/2016 *717.113 $446.00
WEAVER, THOMAS P CK# 575284 03/08/2019 $15.00
WEIDLER, KRONE L CK# 578968 06/21/2019 $15.00
WEIGHTMAN, KENNETH M CK# 580758 08/16/2019 $15.00
WELLS FARGO CK# 435015 09/25/2019 15001485 $18.50
WELLS, J D CK# 426395 02/06/2019 15000612 $13.50
WELLS, JOSHUA M CK# 584175 11/15/2019 $15.00
WEST FLORIDA WHOLESALE PROPERTIES IV LLC VS MALDONADO, DAYANA 15-CC-015858 05/18/2015 *717.113 $925.00
WEST, QUENTIN D CK# 581983 09/20/2019 $15.00
WESTCHASE TITLE, LLC VS ML HAWKE ENTERPRISES, LLC 16-CC-021999 06/14/2017 *717.113 $567.49
WESTSHORE TITLE GROUP CK# 430510 05/28/2019 15000778 $217.26
WETHERINGTON, LAWRENCE EDWARD CK# 433879 08/27/2019 15001070 $30.00
WEVER, JOHN L CK# 583074 10/18/2019 $15.00
WHIDDEN, SHARON LEE CK# 430541 05/29/2019 15000786 $72.00
WHITBURN LLC VS PARKER, YUKIA 15-CC-021619 07/13/2015 *717.113 $1,099.64
WHITE ESQUIRE, LESLIE S CK# 429073 04/22/2019 15001155 $70.00
WHITE, BRITTANY L CK# 585232 12/13/2019 $11.68
WHITE, DWAYNE A CK# 581183 08/30/2019 $15.00
WHITE, JERRY F CK# 581491 09/13/2019 $15.00
WHITE, JORIENE N CK# 581265 08/30/2019 $15.00
WHITE, MARY E CK# 584008 11/08/2019 $15.00
WHITE, MICHAEL D CK# 576523 04/12/2019 $15.00
WHITEHILL, DAVID VS PROCTOR, NEPHTHYS 15-CC-015154 05/15/2015 *717.113 $94.00
WHITFIELD, CHLOE C CK# 576929 04/26/2019 $15.00
WHITING, SARAH L CK# 577052 04/26/2019 $15.00
WHITMAN, KATIE A CK# 582638 10/11/2019 $15.00
WHITMAN, WILLIAM J CK# 582009 09/20/2019 $15.00
WHYTE, DAMIAN R CK# 573617 01/25/2019 $15.00
WIGGINS, TAMIKA N CK# 573505 01/25/2019 $15.00
WILCHER, RONALD L CK# 574721 02/22/2019 $15.00
WILKINS, JAKOB A CK# 584188 11/15/2019 $15.00
WILLIAMS, ALAN T CK# 578576 06/14/2019 $15.00
WILLIAMS, AUSTIN G CK# 577388 05/03/2019 $15.00

WILLIAMS, CAMERON T CK# 577673 05/17/2019 $15.00
WILLIAMS, CHARLES VS DARIEN, EDDIE LEE, JR 16-CC-012323 04/26/2016 *717.113 $339.81
WILLIAMS, ELIZABETH A CK# 578659 06/14/2019 $15.00
WILLIAMS, IRIS F CK# 580702 08/16/2019 $15.00
WILLIAMS, JOHN H CK# 585425 12/20/2019 $15.00
WILLIAMS, MARCELLUS CK# 581925 09/20/2019 $15.00
WILLIAMS, MAREALLE C CK# 576534 04/12/2019 $15.00
WILLIAMS, MICHAH E CK# 582699 10/11/2019 $15.00
WILLIAMS, SAMMIE N CK# 573145 01/18/2019 $15.00
WILLIAMS, TRAVIS DWAYNE CK# 431642 06/25/2019 15001308 $15.00
WILLIAMS, TYSHAWN MO#2199849637 - AMSCOT RCPT # 24-00587862 03/11/2019 $103.00
WILLIAMS, URSULA C CK# 584923 12/06/2019 $15.00
WILLIAMS, ZACKARY H CK# 582880 10/18/2019 $15.00
WILLIS, CINDI M CK# 577374 05/03/2019 $15.00
WILLIS, KELVIN L CK# 435070 09/25/2019 15001094 $226.00
WILLIS, LAWRENCE M CK# 577858 05/17/2019 $15.00
WILLSON, JOHN R CK# 584570 11/22/2019 $15.00
WILMINGTON TRUST COMPANY VS FLORENCE, FREDRICK M 15-CA-009132 04/25/2016 *717.113 $13.30
WILSON, DANIEL J CK# 573500 01/25/2019 $15.00
WILSON, MICHAEL R CK# 582702 10/11/2019 $15.00
WILSON, MICHAEL W CK# 576814 04/18/2019 $15.00
WILSON, RICHELE M CK# 576786 04/18/2019 $15.00
WIMBROW AND YOUNG INC CK# 430899 06/10/2019 15000855 $50.50
WINCHELL, AMBER R CK# 577033 04/26/2019 $15.00
WIND PA, SHELDON L CK# 429564 05/03/2019 15000717 $1,353.48
WINSTON, LONDON TYGI DAVE OTIS CK# 428549 04/04/2019 15000666 $66.40
WINSTON, LONDON TYGI DAVE OTIS CK# 428550 04/04/2019 15000665 $66.40
WINTER, JAMES RAFAEL CK# 429597 05/06/2019 15001288 $15.75
WOLF PROPERTIES LLC VS CUMBESS, TIFFANY 17-CC-046096 12/01/2017 *717.113 $750.00
WOLF PROPERTIES LLC VS OGDEN, SCOTT 17-CC-046093 12/01/2017 *717.113 $750.00
WOLF PROPERTIES LLC VS PISKURA, KAREN 17-CC-046094 12/29/2017 *717.113 $375.00
WOOD, TYLER H CK# 576833 04/18/2019 $15.00
WOODRUFF, DELARIA CK# 582149 09/27/2019 $15.00
WRD LEGACY PARK, LLC VS STRAW, TRISANN 17-CC-036432 10/17/2017 *717.113 $1,200.00
WRIGHT, CONNOR M CK# 581830 09/20/2019 $15.00
WRIGHT, KAREN M CK# 581788 09/20/2019 $15.00
WRIGHT, KELVIN L CK# 579371 07/05/2019 $15.00
WRIGHT, NATASHA M CK# 577062 04/26/2019 $15.00
WYRE, JACOB L CK# 573252 01/18/2019 $15.00
XU, TIAN SHUO VS MARSHALL, DOSHA 14-CC-009933 04/25/2014 *717.113 $480.00
XU, TIANSHUO VS UNKNOWN, EITNANDESZ 16-CC-018889 06/22/2016 *717.113 $720.00
YAAJ INVESTMENT, LLC VS WHITE, PHILLIP 15-CC-005060 02/25/2015 *717.113 $500.00
YANCEY, IOLA A CK# 580357 08/02/2019 $15.00
YANG, DANG M CK# 585399 12/20/2019 $15.00
YANG, MIN CK# 579422 07/05/2019 $15.00
YAPICI, TOLGA IBRAHIM CK# 425631 01/16/2019 15000592 $13.50
YARBROUGH, SHAWN A CK# 437649 12/26/2019 15001610 $10.05
YATES, REGINALD L CK# 582785 10/18/2019 $15.00
YEAKEL-RUIZ, ELISA D CK# 580621 08/09/2019 $30.00
YES COMPANIES WFC LLC VS HELMS, CYNTHIA 18-CC-042229 11/02/2018 *717.113 $2,408.38
YGLESIAS, JOSEPH A CK# 576068 03/29/2019 $15.00
YOUNG, JAMES CK# 426187 01/31/2019 15000956 $71.84
YOUNG, JOSHUA P CK# 574258 02/15/2019 $15.00
YOUNG, TIFFANY M CK# 576965 04/26/2019 $15.00
YOUNGBLOOD, BARBARA JACKIE CK# 437671 12/27/2019 15001360 $31.50
YOWELLE JR, JOHNNY CK# 435669 10/22/2019 15001541 $27.00
YOWELLE JR, JOHNNY CK# 435970 10/29/2019 15001540 $20.50
Z2153:2195WICKER AND ASSOCIATES PC CK# 436884 11/25/2019 15001576 $50.00
ZABALA, ANDREW CK# 580689 08/16/2019 $15.00
ZACEK, CHRISTIAN CK# 432940 07/31/2019 15000996 $72.00
ZADEZENSKY, JOSE ANGEL CK# 427587 03/11/2019 15001122 $128.00
ZAHM PA,DOUGLAS C CK# 429546 05/03/2019 15000729 $4,064.64
ZAPATA JAVIER, JENRRY CK# 573186 01/18/2019 $15.00
ZELAYA, JORGE CK# 433409 08/15/2019 15001437 $450.00
ZELLERS, BRANDIN CK# 425978 01/28/2019 15000966 $500.00
ZERBO, CANDY L CK# 434707 09/19/2019 15001491 $1,894.00
ZUNIGA, DASSAEV GUATEMALA CK# 432245 07/12/2019 15000905 $15.00

ALL PERSONS HAVING OR CLAIMING ANY INTEREST IN SAID FUNDS OR ANY PORTION THEREOF, SHALL FILE THEIR WRITTEN CLAIM THERETO WITH THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, BY EMAIL cccacct@hillsclerk.com OR MAIL TO P.O. BOX 1110, ATTN: CCC ACCOUNTING, TAMPA, FL 33601-1110, ON OR BEFORE SEPTEMBER 1, 2021, OTHERWISE SUCH UNCLAIMED FUNDS SHALL BE DECLARED FORFEITED TO HILLSBOROUGH COUNTY IN ACCORDANCE WITH FLORIDA STATUTE 116.21. PLEASE CALL (813)276-2029 EXT 7807 FOR FURTHER INFORMATION.

DATED AT TAMPA, FLORIDA, THIS 9th DAY OF JULY, 2021.

CINDY STUART

CLERK OF THE CIRCUIT COURT
HILLSBOROUGH COUNTY, FLORIDA

7/9/21LG 1T