Division of Corporations



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Limited Liability Company
BOUTIQUE APARTMENTS LLC.

### Filing Information

| | |
|---|---|
| **Document Number** | L15000104948 |
| **FEI/EIN Number** | 38-2506613 |
| **Date Filed** | 06/16/2015 |
| **Effective Date** | 06/16/2015 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 05/09/2017 |
| **Event Effective Date** | NONE |

### Principal Address

320 N. MAIN STREET
SUITE 200
ANN ARBOR, MI 48104

### Mailing Address

320 N. MAIN STREET
SUITE 200
ANN ARBOR, MI 48104

### Registered Agent Name & Address

COLLISON, HARRY
180 S. KNOWLES AVENUE
SUITE 3
WINTER PARK, FL 32789

### Authorized Person(s) Detail

**Name & Address**

Title MGR

GPR MCKINLEY MANAGER LLC
320 N. MAIN STREET, SUITE 200
ANN ARBOR, MI 48104

### Annual Reports

| Report Year | Filed Date |
|---|---|

| | |
|---|---|
| 2020 | 05/06/2020 |
| 2021 | 03/05/2021 |
| 2022 | 03/22/2022 |

**Document Images**

| | |
|---|---|
| 03/22/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/06/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 05/09/2017 -- Merger | View image in PDF format |
| 05/09/2017 -- Merger | View image in PDF format |
| 03/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 08/10/2016 -- ANNUAL REPORT | View image in PDF format |
| 08/04/2016 -- Merger | View image in PDF format |
| 06/16/2015 -- Florida Limited Liability | View image in PDF format |