City of Tampa, FL
Violations Processing Center
PO Box 22091
Tempe, AZ 85285-2091
Customer Service # 1-866-224-2354

Tracking Number
9207190112892527186536

# Florida Uniform Traffic Citation

PAYMENTS AND HEARING REQUESTS NOT ACCEPTED AT THIS ADDRESS

NOTICE #: **3441800768551**
PIN: **8047**

View your video online at:
**www.ViolationInfo.com**

BLAKE ANDREW WARNER
6220 S KELLY RD
TAMPA, FL 33611

**Amount Due:** $251.00
**Due Date:** **01/23/2019**

**ISSUE DATE:** 12/24/2018    **FINE AMOUNT:** $251.00
**Location:** NB S HOWARD AVE @ W KENNEDY BLVD/ SR 685
**Violation Date and Time:** 9/23/2018  2:35:47PM
**Vehicle License Number:** IKJN98  FL

**Important instructions to individuals charged with a non criminal traffic infraction.** You have been issued a Uniform Traffic Citation for a violation of State Statute code 547-Red-Light Camera, Section, 316.075(1)(c)1 failure to stop at a red traffic signal pursuant to F.S. 316.0083 of the Florida State Statutes. You are required to comply with one of the options listed below. If you fail to comply with one of the options by the date listed your driving privilege may be suspended until you comply and you may incur additional cost associated with non-compliance.

## FLORIDA UNIFORM TRAFFIC CITATION     AAUOVJE

SUMMONS (VIOLATOR'S COPY)

| COUNTY OF | HILLSBOROUGH | (2) P.D. ■ |
|---|---|---|
| CITY | TAMPA | AGENCY NAME: City of Tampa, FL  AGENCY #: 50 |

DAY OF WEEK: Sunday   MONTH: Sep   DAY: 23   YEAR: 2018   2:35:47   P.M. ■

NAME: BLAKE ANDREW WARNER
STREET: 6220 S KELLY RD
CITY: TAMPA   STATE: FL   ZIP: 33611
DATE OF BIRTH: Aug 9 1983   SEX: M
DRIVER LICENSE NUMBER: W656061832890   STATE: FL   CLASS: E
YR. VEHICLE: 2001   MAKE: NISS   STYLE: UT   COLOR: YEL
VEHICLE LICENSE NO.: IKJN98   STATE: FL   YEAR TAG EXPIRES: 20190809
UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY: NB S HOWARD AVE @ W KENNEDY BLVD/ SR 685

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE:
VIOLATION OF STATE STATUTES §§ 316.075(1)(c)1 and 316.074(1) FAILURE TO STOP AT A RED TRAFFIC SIGNAL PURSUANT TO F.S. § 316.0083

SIGNATURE OF VIOLATOR   DATE
ANDREW VISSER   51259
TROOPER/OFFICER NAME & RANK   BADGE NUMBER

SIGNATURE OF OFFICER   ID NUMBER

**VIEW YOUR IMAGES AND VIDEO EVIDENCE OBTAINED FOR THIS CASE:** The recorded images and video of your violation will be submitted as evidence for the disposition of this violation. You have the right to examine and observe your images and video online at www.ViolationInfo.com. You will need your Notice # and PIN printed on the top of this Citation inside the red box. If you do not have internet access, you have the right to examine and observe your video and images at the local library.

## DIRECTIONS TO RESOLVE THIS CITATION

**OPTIONS: MARK ONLY ONE**

☐ **Option A: MAKE A PAYMENT**

● **PAYMENT BY MAIL** $251.00 must be received by 01/23/2019 payable by check or money order directly to the Clerk of the Court. Sign and mail this original Citation with your payment. Please keep a copy for your records. **MAILING ADDRESS FOR THE CLERK OF COURT:** Clerk of the Circuit Court, P.O. Box 3360, Tampa FL 33601-3360. **DO NOT MAIL CASH.**

● **PAYMENT IN PERSON** $251.00 may be paid in person at Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602, or check the Clerk of Courts website for other locations on or before 01/23/2019. Include this original Citation with your payment. Please keep a copy for your records.

● **PAYMENT ONLINE** http://www.hillsclerk.com / or Call 813-276-8100 24/7.

☐ **Option B: REQUEST A HEARING** To challenge this Citation, request a court hearing prior to 01/23/2019. Sign and mail this original Citation to the Clerk of Circuit Court Customer Service Center, George E. Edgecomb Courthouse, 800 Twiggs Street, Room 101, Tampa, FL 33602. Please keep a copy for your records. If the official determines no infraction has been committed, no costs or penalties shall be imposed and any costs or penalties which have been paid shall be returned in accordance with Florida Statute § 318.20. **IF THIS BOX IS NOT CHECKED, A HEARING WILL NOT BE SCHEDULED. THE COURT WILL SCHEDULE YOUR HEARING AND NOTIFY YOU OF THE DATE, TIME AND LOCATION.**

☐ **Option C: AFFIDAVIT** If you are the registered owner of the vehicle, you are deemed responsible for the penalty unless, in compliance with Florida Statute § 316.0083(1)(d)(1)-(4), you establish by a notarized affidavit that a statutory exemption applies. Please visit and log into **www.ViolationInfo.com**





12/24/2018 6:17:08 AM Electronically Filed: Hillsborough County/13th Judicial Circuit Page 1