# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Plaintiff's Supplemental Response to Defendant's Motion for Judgement on the Pleadings

*Plaintiff* Blake Warner, *pro se*, hereby supplements *Plaintiff's Response to Defendant's Motion for Judgement on the Pleadings* D.E. 23. *Plaintiff* inadvertently failed to attach certain public court records to the original response.

These documents are in relation to the Unclean Hands argument in D.E. 23, and highlight that *Plaintiff* could not get his motions heard or ruled on, partially because he was a *pro-se* litigant and *Defendant* denies *pro-se* litigants access to the Judicial Automated Workflow System ("JAWS") which is needed to call up your motions for hearing to be ruled on, and partially because that court system is so understaffed and underfunded that those courts cannot reasonably process the case load they are given.

1

## Certificate of Service

I certify that a copy hereof has been furnished to all counsel's of record via the CM/ECF system.

12-17-2022

Date

Signature

Blake Warner, *pro se*

3002 W Cleveland Street, #C8

Tampa, FL 33609

E-Service: BLAKE@NULL3D.COM