# Case Information

Case Number: 18-CC-022377

Uniform Case Number: 292018CC022377A001HC

BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE

Icon Keys | Summary | Parties | Events | Judgments | Hearings
Financials | File Location | Related Cases

## Filter Events Dates:

From

To

Filter

Show 1,000 entries                                          Search:

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 91 | 09/01/2022 | NOTICE OF CANCELLATION | | 📄✓ | 🛒 |
| ⬇ | 90 | 08/29/2022 | NOTICE OF WITHDRAWAL | | 📄✓ | 🛒 |
| ⬇ | 89 | 07/06/2022 | NOTICE OF HEARING | September 20, 2022 @ 9:00 A.M. | 📄✓ | 🛒 |
| ⬇ | 87 | 06/24/2022 | MOTION TO QUASH | SUBPOENA | 📄✓ | 🛒 |
| ⬇ | 88 | 06/24/2022 | RESPONSE IN OPPOSITION TO | | 📄✓ | 🛒 |
| ⬇ | 86 | 06/21/2022 | SUBPOENA RETURNED | CLERK OF HILLSBOROUGH | 📄✓ | 🛒 |

Privacy • Terms

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | | | SERVED | COUNTY CIRCUIT COURT, JUNE 21, 2022 | | |
| ⬇ | 84 | 06/17/2022 | SUBPOENA ISSUED | DEPO 7/05/22 AT 12:OO PM BY ZOOM | ✓ | 🛒 |
| ⬇ | 85 | 06/17/2022 | NOTICE OF INTENT TO SUBPOENA | | ✓ | 🛒 |
| ⬇ | 83 | 06/15/2022 | NOTICE OF APPEARANCE | | ✓ | 🛒 |
| ⬇ | 82 | 06/09/2022 | REQUEST FOR HEARING | | ✓ | 🛒 |
| | 81 | 04/05/2022 | LITIGATION | | | |
| ⬇ | 80 | 03/31/2022 | MOTION | To Return Deposited Funds | ✓ | 🛒 |
| | 79 | 09/01/2021 | UNCLAIMED FUNDS DISPOSED PER FS 116.21, FUNDS FOREVER BARRED | | | |
| | 78 | 04/30/2021 | UNCLAIMED FUNDS SENT TO DEPT OF FINANCIAL SVC PER FS 717.113 | ENTERED IN ERROR | | |
| | 77 | 02/18/2021 | UNCLAIMED FUNDS LETTER SENT TO PARTY | | ✓ | 🛒 |
| | 77 | 02/18/2021 | UNCLAIMED FUNDS LETTER | | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
|  |  |  | SENT TO PARTY |  |  |  |
|  | 77 | 02/18/2021 | UNCLAIMED FUNDS LETTER SENT TO PARTY |  | ✓ | 🛒 |
|  | 75 | 06/15/2020 | RETURNED MAIL |  | ✓ | 🛒 |
|  | 76 | 06/12/2020 | REMOVAL FROM DISMISSAL DOCKET DENIED |  |  |  |
|  |  | 06/12/2020 | ORDER OF DISMISSAL FOR LACK OF PROSECUTION AFTER HEARING |  | ✓ | 🛒 |
|  | 69 | 04/10/2020 | RETURNED MAIL |  | ✓ | 🛒 |
|  | 70 | 04/10/2020 | RETURNED MAIL |  | ✓ | 🛒 |
|  | 71 | 04/10/2020 | RETURNED MAIL |  | ✓ | 🛒 |
|  | 72 | 04/10/2020 | RETURNED MAIL |  | ✓ | 🛒 |
|  | 73 | 04/10/2020 | RETURNED MAIL |  | ✓ | 🛒 |
|  | 74 | 04/10/2020 | RETURNED MAIL |  | ✓ | 🛒 |
| ⬇ | 67 | 03/30/2020 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION | COUNTY DISMISSAL NOTICE | ✓ | 🛒 |
| ⬇ | 68 | 03/30/2020 | NOTICE OF INTENT TO DISMISS FOR | COUNTY DISMISSAL NOTICE | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | | | LACK OF PROSECUTION | | | |
| | 61 | 02/24/2020 | RETURNED MAIL | | ✓ | 🛒 |
| | 62 | 02/24/2020 | RETURNED MAIL | | ✓ | 🛒 |
| | 63 | 02/24/2020 | RETURNED MAIL | | ✓ | 🛒 |
| | 64 | 02/24/2020 | RETURNED MAIL | | ✓ | 🛒 |
| | 65 | 02/24/2020 | RETURNED MAIL | | ✓ | 🛒 |
| | 66 | 02/24/2020 | RETURNED MAIL | | ✓ | 🛒 |
| ⬇ | 59 | 02/12/2020 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION | COUNTY DISMISSAL NOTICE | ✓ | 🛒 |
| ⬇ | 60 | 02/12/2020 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION | COUNTY DISMISSAL NOTICE | ✓ | 🛒 |
| ⬇ | 58 | 03/11/2019 | MOTION TO COMPEL | | ✓ | 🛒 |
| ⬇ | 57 | 02/12/2019 | ORDER ON | DEFT'S MOTION TO DISMISS COUNTER CLAIM | ✓ | 🛒 |
| | 56 | 10/09/2018 | COURT TICKET | | ✓ | 🛒 |
| ⬇ | 55 | 10/03/2018 | NOTICE OF HEARING | 10/9/18 @9:30am (AMENDED HRG) | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 54 | 09/04/2018 | NOTICE OF HEARING | 10/09/18 @ 9:30 AM | ✓ | 🛒 |
| ⬇ | 53 | 08/30/2018 | NOTICE OF HEARING | 01/30/19 @ 2:00 PM | ✓ | 🛒 |
| ⬇ | 52 | 08/27/2018 | OPPOSITION TO | MOTION TO DISBURSE MONEY FROM THE REGISTRY OF THE COURT | ✓ | 🛒 |
| ⬇ | 51 | 08/24/2018 | MOTION TO RELEASE FUNDS | | ✓ | 🛒 |
| ⬇ | 50 | 06/28/2018 | NOTICE OF CANCELLATION | OF PRETRIAL AND JUR TRIAL JULY 9, 2018@ 9:30 AM | ✓ | 🛒 |
| ⬇ | 44 | 06/24/2018 | MOTION TO DISMISS | AS MOOT | ✓ | 🛒 |
| ⬇ | 45 | 06/22/2018 | CHANGE OF ADDRESS | | ✓ | 🛒 |
| ⬇ | 46 | 06/22/2018 | REQUEST FOR HEARING | FOR MOTION TO COMPEL0 5/09/2018 | ✓ | 🛒 |
| ⬇ | 47 | 06/22/2018 | REQUEST FOR HEARING | AFFIRMATIVE DEFENSES 04/27/2018 | ✓ | 🛒 |
| ⬇ | 48 | 06/22/2018 | REQUEST FOR HEARING | AND MOTION TO COMPEL | ✓ | 🛒 |
| ⬇ | 49 | 06/22/2018 | REQUEST FOR HEARING | MOTION TO DISMISS | ✓ | 🛒 |
| ⬇ | 43 | 06/15/2018 | ORDER SETTING PRETRIAL AND JURY TRIAL | PRETRIAL JULY 9, 2018 AT 9:30 AM AND JURY TRIAL | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | | | | JULY 16, 2018 AT 9:00 AM | | |
| | 42 | 06/01/2018 | MOTION TO - FOR | TRANSFER TO CIRCUIT COURT - DENIED SIGNED BY JUDGE HERBERT M BERKOWITZ 5/30/18 | ✓ | 🛒 |
| ⬇ | 39 | 05/27/2018 | MOTION TO - FOR | Sever Third Party Complaint | ✓ | 🛒 |
| ⬇ | 40 | 05/26/2018 | NOTICE OF WITHDRAWAL | OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO REMOVE PLAINTIFF AND ADD PLAINTIFF | ✓ | 🛒 |
| ⬇ | 41 | 05/26/2018 | NOTICE OF WITHDRAWAL | OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO REMOVE PLAINTIFF AND ADD PLAINTIFF | ✓ | 🛒 |
| | 36 | 05/25/2018 | MEDIATION ADDRESS INFORMATION SHEET | | ✓ | 🛒 |
| | 37 | 05/25/2018 | DISPOSITION OF MEDIATION CONFERENCE | NO AGREEMENT REACHED | ✓ | 🛒 |
| ⬇ | 38 | 05/25/2018 | MOTION TO COMPEL | | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | | | DISCOVERY | | | |
| | 35 | 05/24/2018 | DISPOSITION OF MEDIATION CONFERENCE | NO AGMT REACHED | ✓ | 🛒 |
| ⬇ | 32 | 05/24/2018 | RENT DEPOSIT IN COURT REGISTRY | $1800.00 JUNE RENT | ✓ | 🛒 |
| ⬇ | 26 | 05/23/2018 | DEFAULT NOT ENTERED BY CLERK | DUE TO NO CONSTRUCTIVE SERVICE | ✓ | 🛒 |
| ⬇ | 33 | 05/21/2018 | RESPONSE | TO THIRD PARTY DEFT'S MOTION TO DISMISS | ✓ | 🛒 |
| | 34 | 05/21/2018 | MOTION | TO TRANSFER CAUSE(S) TO CIRCUIT COURT - FILED BY THIRD PARTY PLTF - BLAKE WARNER | ✓ | 🛒 |
| ⬇ | 30 | 05/21/2018 | MOTION TO DISMISS | THIRD PARTY COMPLAINT | ✓ | 🛒 |
| ⬇ | 31 | 05/21/2018 | MOTION TO DISQUALIFY | Counsel DEFT | ✓ | 🛒 |
| ⬇ | 28 | 05/19/2018 | RESPONSE | to Plaintiff s Motion to Dismiss Counterclaims | ✓ | 🛒 |
| ⬇ | 29 | 05/19/2018 | MOTION FOR JUDGMENT | ON THE PLEADINGS | ✓ | 🛒 |
| ⬇ | 27 | 05/18/2018 | MOTION TO DISMISS COUNTERCLAIM | | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| ⬇ | 25 | 05/17/2018 | MOTION FOR DEFAULT BY CLERK | | 📄✓ | 🛒 |
| ⬇ | 21 | 05/11/2018 | NOTICE OF COURT ORDERED MEDIATION | CONFERENCE 5/23/18 @ 1:00 P.M. | 📄✓ | 🛒 |
| ⬇ | 22 | 05/11/2018 | ORDER REFERRING PARTIES TO MEDIATION | 5-10-2018 HB | 📄✓ | 🛒 |
| ⬇ | 23 | 05/11/2018 | ORDER GRANTING MOTION TO - FOR | SET CAUSE FOR MEDIATION | 📄✓ | 🛒 |
| ⬇ | 24 | 05/11/2018 | ORDER | REQUIRING DEFENDANT TO DEPOSIT RENT INTO THE COURT REGISTRY | 📄✓ | 🛒 |
| ⬇ | 20 | 05/09/2018 | MOTION TO STRIKE | | 📄✓ | 🛒 |
| ⬇ | 18 | 05/08/2018 | ANSWER AND AFFIRMATIVE DEFENSES | COUNTERCLAIMS, AND THIRD PARTY COMPLAINT | 📄✓ | 🛒 |
| | 19 | 05/08/2018 | SUMMONS RETURNED SERVED | JESSIE DARKES, 5/4/18 | 📄✓ | 🛒 |
| | 14 | 05/02/2018 | NOTICE | Defendant Blake Warner s First Set of Interrogatories And Requests for | 📄✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
| | | | | Production to Plaintiff | | |
| | 15 | 05/02/2018 | CERTIFICATE OF SERVICE | MOTION TO DISMISS WITHOUT LEAVE TO AMEND | | |
| | 16 | 05/02/2018 | CERTIFICATE OF SERVICE | | | |
| | 17 | 05/02/2018 | CERTIFICATE OF SERVICE | | | |
| | 10 | 05/01/2018 | LETTER REQUESTING $295 FEE | | | |
| ⬇ | 8 | 04/30/2018 | RENT DEPOSIT IN COURT REGISTRY | $1800.00 | | |
| ⬇ | 9 | 04/30/2018 | 20 DAYS SUMMONS ISSUED | AS TO THIRD PARTY COMPLAINT | | |
| ⬇ | 7 | 04/29/2018 | MOTION | TO WAIVE POSTING OF RENT INTO THE RENT REGISTRY | | |
| ⬇ | 12 | 04/29/2018 | MOTION TO DISMISS | WITHOUT LEAVE TO AMEND | | |
| ⬇ | 13 | 04/29/2018 | MOTION FOR LEAVE TO AMEND COMPLAINT | TO REMOVE PLTF AND ADD PLTF | | |
| ⬇ | 11 | 04/27/2018 | COUNTERCLAIM $2500.01 TO $15000 | | | |

| Select | Document Index | Clock-In Event Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|
|  | 5 | 04/27/2018 | ANSWER NO RENT DEPOSIT | TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND THIRD PARTY COMPLAINT | ✓ | 🛒 |
|  | 6 | 04/27/2018 | MOTION TO - FOR | DETERMINE AMOUNT OF RENT TO BE PAID | ✓ | 🛒 |
| ⬇ | 4 | 04/26/2018 | SUMMONS ISSUED AND MAILED |  | ✓ | 🛒 |
|  | 1 | 04/25/2018 | File Home Location - Electronic |  |  |  |
|  | 2 | 04/25/2018 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | TAMPA | ✓ | 🛒 |
|  | 3 | 04/25/2018 | COMPLAINT |  | ✓ | 🛒 |

Showing 1 to 94 of 94 entries (filtered from 0 total entries)

Previous | 1 | Next

If no Icons Appear under the Image Column, click here to order copies of documents

 Indicates document is ready to be viewed

 Displays additional event information

 Indicates document needs redaction review prior to public viewing

 Indicates document is undergoing redaction

 Indicates document is sealed by the Court Order or Confidential by Court rule. Image cannot be viewed

 Click to purchase electronically certified copies of documents

Image Pending Review

If No Image Appears there is either no image available or document has not been converted to electronic image.

Exit Case Details

© 2022- Hillsborough County Clerk of Court and Comptroller