# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

| | |
|---|---|
| Boutique Apartments LLC <br>     Plaintiff, <br><br> v. <br><br> Blake Warner <br>     Defendant, <br><br> --- <br><br> Blake Warner <br>     Third Party Plaintiff, <br><br> v. <br><br> Jessie Darkes <br>     Third Party Defendant, | Case No    2018-CC-22377 <br><br> Division M <br><br> Jury Trial Demanded |

## Request for Hearing for Motion to Compel

    Defendant, Blake Warner, hereby requests a hearing for his *Motion for Judgment on the Pleadings*, Doc ID# 29.000, filed 05/19/2018. If the motion is successful, it will be dispositive of Plaintiff's Count I by satisfying the elements of one or more of Defendant's affirmative defenses.

    Defendant has thus far been unable to get a hearing scheduled through the court's judicial assistant, this motion is not abandoned.

## Certificate of Service

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

| | |
|---|---|
| 6-22-2018 | *Blake Warner* |
| Date | Signature |
| | Blake Warner, Pro Se |
| | 3012 W De Leon St, Apt 23 |
| | Tampa, FL 33609 |