# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

| | |
|---|---|
| Boutique Apartments LLC <br>     Plaintiff, <br><br> v. <br><br> Blake Warner <br>     Defendant, <br><br> --- <br><br> Blake Warner <br>     Third Party Plaintiff, <br><br> v. <br><br> Jessie Darkes <br>     Third Party Defendant, | Case No    2018-CC-22377 <br><br> Division M <br><br> Jury Trial Demanded |

## Request for Hearing Affirmative Defenses

Defendant, Blake Warner, hereby requests a hearing for his *Affirmative Defenses* raised in his answer, Doc ID# 5.000, filed 04/27/2018.

Defendant has thus far been unable to get a hearing scheduled through the court's judicial assistant, this motion is not abandoned.

1

## Certificate of Service

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

6-22-2018

Date

*Blake Warner*

Signature

Blake Warner, Pro Se

3012 W De Leon St, Apt 23

Tampa, FL 33609