# In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

## Civil Division

| | |
|---|---|
| Boutique Apartments LLC<br>  Plaintiff, | |
| v. | |
| Blake Warner<br>  Defendant, | Case No  2018-CC-22377 |
| ——————————— | Division M |
| Blake Warner<br>  Third Party Plaintiff, | Jury Trial Demanded |
| v. | |
| Jessie Darkes<br>  Third Party Defendant, | |

## Request for Hearing for Motion to Dismiss

  Defendant, Blake Warner, hereby requests a hearing for his *Motion to Dismiss*, Doc ID# 12.000, filed 04/29/2018.

  Defendant has thus far been unable to get a hearing scheduled through the court's judicial assistant, this motion is not abandoned.

1

## Certificate of Service

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

| 6-22-2018 | *Blake Warner* |
|---|---|
| Date | Signature |
| | Blake Warner, Pro Se |
| | 3012 W De Leon St, Apt 23 |
| | Tampa, FL 33609 |