IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

BOUTIQUE APARTMENTS LLC, a Florida limited liability
company, as landlord of BROOKLYN FLATS,
    Plaintiff/Counter-defendant,

CASE NO. 2018-CC-22377

vs.

DIVISION: M

BLAKE WARNER,
    Defendant/Counter-plaintiff.
_____/

## ORDER ON COUNTER-DEFENDANT'S MOTION TO DISMISS COUNTER CLAIM

THIS CAUSE came on for hearing on October 9, 2018, at 9:30 a.m., on the Motion to Dismiss Counterclaim filed by Plaintiff/Counter-defendant, BOUTIQUE APARTMENTS LLC, (hereinafter referred to as BOUTIQUE). Boutique appeared by and thru counsel and Defendant/Counter-plaintiff appeared *pro se*, and the Court being fully advised in the premises, it is ADJUDGED and ORDERED as follows:

1. Counts III, V, VI, VII, IX, and XI of WARNER's counterclaim are dismissed with leave to amend within twenty (20) days of the date of this order.

2. Count XII is dismissed.

3. BOUTIQUE shall file responsive pleadings to Counts I, II, IV, VIII, X, and XIII within twenty (20) days of the date of this order.

DONE and ORDERED in Chambers in Tampa, Hillsborough County, Florida, this _____ day of February, 2019.

                                        18-CC-022377 2/12/2019 3:53:24 PM
                                        _____
                                        COUNTY JUDGE

**COPIES FURNISHED TO:**
CHARLES V. BARRETT, III, ESQUIRE
BLAKE WARNER, 502 S. Fremont Avenue, #1322, Tampa, FL 33606