In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida,
In And For Hillsborough County
Civil Division

Boutique Apartments LLC
    Plaintiff,

v.

Blake Warner
    Defendant,

Case No    2018-CC-22377

Division M

Blake Warner
    Third Party Plaintiff,

v.

Jessie Darkes
    Third Party Defendant,

Jury Trial Demanded

## Motion To Compel

    Defendant, Blake Warner, requests this court compel Attorney Barrett to comply with the court's order at the last hearing around October 2018, to send Defendant a draft order proposal to be agreed upon to be submitted to the court.

    Defendant has reached out to Attorney Barrett with no response.

    The entire case is stalled by his failure to comply with the court order.

1

# I   Certificate of Service

I certify that a copy hereof has been furnished to Plaintiff's Attorney, and Third-Party-Defendant's Attorney Charles Barrett by email to e-filings@barrettpa.com on 03-11-2019.

3-11-2019

Date

*Blake Warner*

Signature

Blake Warner, Pro Se

3012 W De Leon St, Apt 23

Tampa, FL 33609