# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                        Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY
CLERK OF COURTS,

    Defendant.

_____/

## NOTICE OF MEDIATION

    Defendant, Hillsborough County Clerk of Courts, give notice that the mediation in the above-styled cause has been scheduled for **Monday, September 11, 2023 at 9:00 a.m. ET** with mediator, **Rochelle Friedman Walk, Esquire**, to be attended using Zoom. The mediator's office will supply the Zoom information separately.

                                        */s/ Jason L. Margolin*
                                        **Jason L. Margolin, Esq.**
                                        Florida Bar No. 69881
                                        jason.margolin@akerman.com
                                        judy.mcarthur@akerman.com
                                        **Gregg M. Moran, Esq.**
                                        Florida Bar No. 1011060
                                        gregg.moran@akerman.com
                                        ava.hill@akerman.com
                                        **AKERMAN LLP**
                                        401 E. Jackson Street, Suite 1700
                                        Tampa, Florida 33602
                                        (813) 223-7333 / Fax: (813) 223-2837
                                        *Counsel for Defendant*

68444438;1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of January, 2023, I filed the foregoing using the Court's e-portal and served an additional copy on Blake Warner at blake@null3d.com.

                                               */s/ Jason L. Margolin*
                                               Counsel for Defendant