# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Unopposed Motion for Leave to File a Motion in Excess of 25 Pages

*Plaintiff* moves the Court for leave to file an over-length Motion for Summary Judgment. The length of the brief will not exceed forty (40) pages inclusive all parts. The undersigned requires additional pages to fully present all of the relevant facts and legal arguments. While the facts of the case are relatively simple, the law in the case is quite diverse, complex, and relatively unsettled. In addition, *Plaintiff* must address thirteen affirmative defenses.

While the undersigned is not an unsophisticated litigant, he is also not an attorney, has zero formal legal training, and has never previously written a Motion for Summary Judgment. A skilled attorney contains the necessary writing skills to present concise persuasive briefs: skills that the undersigned lacks.

1

The undersigned understands that concise briefs tend to be more persuasive than verbose ones, and is working diligently to make the brief as concise as possible, even if the requested relief is granted. For instance, he is actively engaging with *Defendant* to attempt to get a set of stipulated facts submitted.

WHEREFORE, for the good cause shown above, *Plaintiff* respectfully requests that this Court grant his Motion for Leave to File a Motion in Excess of 25 Pages.

# I   LOCAL RULE 3.01(G) CERTIFICATION

I certify that I conferred with *Defendant*'s counsel who indicated that they are unopposed to the relief sought.

# II   CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all counsel's of record via CM/ECF system.

6-7-2023

_____

Date

_____

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM