## ☾ CASE NUMBER: 18-CC-022377
### BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE

Case Number: 18-CC-022377
Uniform Case Number: 292018CC022377A001HC
Filed On: 2018-04-25
Case Type: LT Delinquent Tenant $0.00 - $15,000
Case Status: Reopened

Judicial Officer: Allen, Lisa. A
Defendant: BOUTIQUE APARTMENTS LLC
Amount Due: $0.00

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| Allen, A. Lisa | Division M | 04/04/2022 | Rotation/Administrative Order |
| Valkenburg, V.. Miriam | Division M | 01/01/2019 | Rotation/Administrative Order |
| Berkowitz, Mattis. Herbert | Division M | 04/25/2018 | |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 05/12/2023 | 92 | | ORDER DIRECTING |
| | | | CLERK TO ADMINISTRATIVELY CLOSE CASE CASE STYLE DEFENDANT NOT NAMED IN CASE STYLE |
| | | | "Date Signed: 05/12/2023","Judicial Officer:: Allen, Lisa A" |
| 09/20/2022 | | | JAWS HEARING (Judicial Officer: Allen, Lisa A) |
| | | | (09:00 AM - . ) |
| 09/01/2022 | 91 | | NOTICE OF CANCELLATION |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 08/29/2022 | 90 | | NOTICE OF WITHDRAWAL |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 07/06/2022 | 89 | | NOTICE OF HEARING |
| | | | September 20, 2022 @ 9:00 A.M. |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 06/24/2022 | 88 | | RESPONSE IN OPPOSITION TO |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/24/2022 | 87 | | MOTION TO QUASH |
| | | | SUBPOENA |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 06/21/2022 | 86 | | SUBPOENA RETURNED SERVED |
| | | | CLERK OF HILLSBOROUGH COUNTY CIRCUIT COURT, JUNE 21, 2022 |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/17/2022 | 85 | | NOTICE OF INTENT TO SUBPOENA |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/17/2022 | 84 | | SUBPOENA ISSUED |
| | | | DEPO 7/05/22 AT 12:OO PM BY ZOOM |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/15/2022 | 83 | | NOTICE OF APPEARANCE |
| | | | "Cross-Defendant: Clerk of Hillsborough County Circuit Court" |
| 06/09/2022 | 82 | | REQUEST FOR HEARING |
| | | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/05/2022 | 81 | | LITIGATION |

☾ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| Date | No. | Description |
|---|---|---|
| 03/31/2022 | 80 | MOTION |
| | | To Return Deposited Funds |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 09/01/2021 | 79 | UNCLAIMED FUNDS DISPOSED PER FS 116.21, FUNDS FOREVER BARRED |
| 04/30/2021 | 78 | UNCLAIMED FUNDS SENT TO DEPT OF FINANCIAL SVC PER FS 717.113 |
| | | ENTERED IN ERROR |
| 02/18/2021 | 77 | UNCLAIMED FUNDS LETTER SENT TO PARTY |
| 06/15/2020 | 75 | RETURNED MAIL |
| 06/12/2020 | 76 | REMOVAL FROM DISMISSAL DOCKET DENIED |
| 06/12/2020 | | ORDER OF DISMISSAL FOR LACK OF PROSECUTION AFTER HEARING |
| | | Instrument Number: 2020263809 |
| 06/12/2020 | | Dismissal Docket (Judicial Officer: Allen, Lisa A) |
| | | (09:30 AM - COURTROOM 305 800 E TWIGGS ST. TAMPA FL 33602) |
| 04/10/2020 | 74 | RETURNED MAIL |
| 04/10/2020 | 73 | RETURNED MAIL |
| 04/10/2020 | 72 | RETURNED MAIL |
| 04/10/2020 | 71 | RETURNED MAIL |
| 04/10/2020 | 70 | RETURNED MAIL |
| 04/10/2020 | 69 | RETURNED MAIL |
| 03/30/2020 | 68 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 06/12/2020" |
| 03/30/2020 | 67 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 06/12/2020" |
| 02/24/2020 | 66 | RETURNED MAIL |
| 02/24/2020 | 65 | RETURNED MAIL |
| 02/24/2020 | 64 | RETURNED MAIL |
| 02/24/2020 | 63 | RETURNED MAIL |
| 02/24/2020 | 62 | RETURNED MAIL |
| 02/24/2020 | 61 | RETURNED MAIL |
| 02/12/2020 | 60 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 04/16/2020" |
| 02/12/2020 | 59 | NOTICE OF INTENT TO DISMISS FOR LACK OF PROSECUTION |
| | | COUNTY DISMISSAL NOTICE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE","Date 2: 04/16/2020" |
| 03/11/2019 | 58 | MOTION TO COMPEL |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 02/12/2019 | 57 | ORDER ON |
| | | DEFT'S MOTION TO DISMISS COUNTER CLAIM |

☪ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC, BROOKLYN FLATS vs WARNER, BLAKE**

| | | |
|---|---|---|
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS","Third Party Defendant: DARKES, JESSIE","Third Party Plaintiff: WARNER, BLAKE","Date 2: 02/12/2019","Judicial Officer:: Valkenburg, Miriam V." |
| 10/09/2018 | 56 | COURT TICKET |
| 10/03/2018 | 55 | NOTICE OF HEARING |
| | | 10/9/18 @9:30am (AMENDED HRG) |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Plaintiff: WARNER, BLAKE" |
| 09/04/2018 | 54 | NOTICE OF HEARING |
| | | 10/09/18 @ 9:30 AM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS","Third Party Plaintiff: WARNER, BLAKE" |
| 08/30/2018 | 53 | NOTICE OF HEARING |
| | | 01/30/19 @ 2:00 PM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 08/27/2018 | 52 | OPPOSITION TO |
| | | MOTION TO DISBURSE MONEY FROM THE REGISTRY OF THE COURT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 08/24/2018 | 51 | MOTION TO RELEASE FUNDS |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 06/28/2018 | 50 | NOTICE OF CANCELLATION |
| | | OF PRETRIAL AND JUR TRIAL JULY 9, 2018@ 9:30 AM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 06/24/2018 | 44 | MOTION TO DISMISS |
| | | AS MOOT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 49 | REQUEST FOR HEARING |
| | | MOTION TO DISMISS |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 48 | REQUEST FOR HEARING |
| | | AND MOTION TO COMPEL |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 47 | REQUEST FOR HEARING |
| | | AFFIRMATIVE DEFENSES         04/27/2018 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 46 | REQUEST FOR HEARING |
| | | FOR MOTION TO COMPEL0 5/09/2018 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/22/2018 | 45 | CHANGE OF ADDRESS |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 06/15/2018 | 43 | ORDER SETTING PRETRIAL AND JURY TRIAL |
| | | PRETRIAL JULY 9, 2018 AT 9:30 AM AND JURY TRIAL JULY 16, 2018 AT 9:00 AM |

☾ **CASE NUMBER: 18-CC-022377**

**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| Date | No. | Description |
|---|---|---|
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Defendant: DARKES, JESSIE","Third Party Plaintiff: WARNER, BLAKE","Date Signed: 06/14/2018" |
| 06/01/2018 | 42 | MOTION TO - FOR |
| | | TRANSFER TO CIRCUIT COURT - DENIED SIGNED BY JUDGE HERBERT M BERKOWITZ 5/30/18 |
| 05/27/2018 | 39 | MOTION TO - FOR |
| | | Sever Third Party Complaint |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/26/2018 | 41 | NOTICE OF WITHDRAWAL |
| | | OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO REMOVE PLAINTIFF AND ADD PLAINTIFF |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/26/2018 | 40 | NOTICE OF WITHDRAWAL |
| | | OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO REMOVE PLAINTIFF AND ADD PLAINTIFF |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/25/2018 | 38 | MOTION TO COMPEL DISCOVERY |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/25/2018 | 37 | DISPOSITION OF MEDIATION CONFERENCE |
| | | NO AGREEMENT REACHED |
| 05/25/2018 | 36 | MEDIATION ADDRESS INFORMATION SHEET |
| 05/24/2018 | 35 | DISPOSITION OF MEDIATION CONFERENCE |
| | | NO AGMT REACHED |
| 05/24/2018 | 32 | RENT DEPOSIT IN COURT REGISTRY |
| | | $1800.00 JUNE RENT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/23/2018 | 26 | DEFAULT NOT ENTERED BY CLERK |
| | | DUE TO NO CONSTRUCTIVE SERVICE |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC" |
| 05/21/2018 | 34 | MOTION |
| | | TO TRANSFER CAUSE(S) TO CIRCUIT COURT - FILED BY THIRD PARTY PLTF - BLAKE WARNER |
| 05/21/2018 | 33 | RESPONSE |
| | | TO THIRD PARTY DEFT'S MOTION TO DISMISS |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/21/2018 | 31 | MOTION TO DISQUALIFY |
| | | Counsel    DEFT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/21/2018 | 30 | MOTION TO DISMISS |
| | | THIRD PARTY COMPLAINT |
| | | "Third Party Defendant: DARKES, JESSIE" |
| 05/19/2018 | 29 | MOTION FOR JUDGMENT |
| | | ON THE PLEADINGS |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/19/2018 | 28 | RESPONSE |

☾ **CASE NUMBER: 18-CC-022377**
**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| | | |
|---|---|---|
| | | to Plaintiff s Motion to Dismiss Counterclaims |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/18/2018 | 27 | MOTION TO DISMISS COUNTERCLAIM |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC","Plaintiff: BROOKLYN FLATS" |
| 05/17/2018 | 25 | MOTION FOR DEFAULT BY CLERK |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC" |
| 05/11/2018 | 24 | ORDER |
| | | REQUIRING DEFENDANT TO DEPOSIT RENT INTO THE COURT REGISTRY |
| | | "Date 2: 05/10/2018" |
| 05/11/2018 | 23 | ORDER GRANTING MOTION TO - FOR |
| | | SET CAUSE FOR MEDIATION |
| | | "Date Signed: 05/10/2018" |
| 05/11/2018 | 22 | ORDER REFERRING PARTIES TO MEDIATION |
| | | 5-10-2018 HB |
| | | "Date Signed: 05/10/2018","Judicial Officer:: Berkowitz, Herbert Mattis" |
| 05/11/2018 | 21 | NOTICE OF COURT ORDERED MEDIATION |
| | | CONFERENCE 5/23/18 @ 1:00 P.M. |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Private Attorney: BARRETT, CHARLES VINCENT","Third Party Defendant: DARKES, JESSIE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/09/2018 | 20 | MOTION TO STRIKE |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/08/2018 | 19 | SUMMONS RETURNED SERVED |
| | | JESSIE DARKES, 5/4/18 |
| 05/08/2018 | 18 | ANSWER AND AFFIRMATIVE DEFENSES |
| | | COUNTERCLAIMS, AND THIRD PARTY COMPLAINT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 05/02/2018 | 17 | CERTIFICATE OF SERVICE |
| 05/02/2018 | 16 | CERTIFICATE OF SERVICE |
| 05/02/2018 | 15 | CERTIFICATE OF SERVICE |
| | | MOTION TO DISMISS WITHOUT LEAVE TO AMEND |
| 05/02/2018 | 14 | NOTICE |
| | | Defendant Blake Warner s First Set of Interrogatories And Requests for Production to Plaintiff |
| 05/01/2018 | 10 | LETTER REQUESTING $295 FEE |
| 04/30/2018 | 9 | 20 DAYS SUMMONS ISSUED |
| | | AS TO THIRD PARTY COMPLAINT |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/30/2018 | 8 | RENT DEPOSIT IN COURT REGISTRY |
| | | $1800.00 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/29/2018 | 13 | MOTION FOR LEAVE TO AMEND COMPLAINT |
| | | TO REMOVE PLTF AND ADD PLTF |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/29/2018 | 12 | MOTION TO DISMISS |
| | | WITHOUT LEAVE TO AMEND |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |

☾ **CASE NUMBER: 18-CC-022377**
**BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE**

| | | |
|---|---|---|
| 04/29/2018 | 7 | MOTION |
| | | TO WAIVE POSTING OF RENT INTO THE RENT REGISTRY |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/27/2018 | 11 | COUNTERCLAIM $2500.01 TO $15000 |
| | | "Counter-Plaintiff: WARNER, BLAKE","Defendant: WARNER, BLAKE","Third Party Plaintiff: WARNER, BLAKE" |
| 04/27/2018 | 6 | MOTION TO - FOR |
| | | DETERMINE AMOUNT OF RENT TO BE PAID |
| 04/27/2018 | 5 | ANSWER NO RENT DEPOSIT |
| | | TO COMPLAINT, AFFIRMATIVE DEFENSES, COUNTERCLAIMS AND THIRD PARTY COMPLAINT |
| 04/26/2018 | 4 | SUMMONS ISSUED AND MAILED |
| | | "Counter-Defendant: BOUTIQUE APARTMENTS LLC","Plaintiff: BOUTIQUE APARTMENTS LLC" |
| 04/25/2018 | 3 | COMPLAINT |
| 04/25/2018 | 2 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) |
| | | TAMPA |
| 04/25/2018 | 1 | File Home Location - Electronic |