IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY FLORIDA
CIVIL DIVISION

Boutique Apartments LLC.
_____,
Plaintiff(s),

CASE NO: 18 CC 22377
DIVISION M

vs.

Blake Warner
_____,
Defendant(s),

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER REQUIRING RENT DEPOSIT INTO COURT REGISTRY

Upon the **Defendant's** Motion;

**IT IS ORDERED that;**

1. Defendant deposit rent into the court registry for the months of **May** in the amount of $ **1699.00** not later than **10 days** of the date of this Order, and if this case has not been sooner resolved, they must deposit monthly rent of $ **1699.00** no later than the **1st** day of each subsequent month.

2. If the Defendant fails to make any of the above required deposits when specified, upon Plaintiff's motion, an eviction judgment may be entered without further hearing.

**ORDERED** in Tampa, Hillsborough County, Florida on this **10** day of **May**, 20**18**.

_____
Herbert M. Berkowitz
County Judge

cc:
Plaintiff
Defendant