x IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DATE: October 09, 2018        Division M        18-CC-022377

PLAINTIFFS: BOUTIQUE APARTMENTS LLC; BROOKLYN FLATS

Attorney of Record: CHARLES VINCENT BARRETT, III

APPEARED FOR PLAINTIFF: _Charles Barrett_      ☐ NO APPEARANCE

☐ TELEPHONIC APPEARANCE

VS

DEFENDANTS: BLAKE WARNER

Attorney of Record: BLAKE WARNER — Pro Se

APPEARED FOR DEFENDANT: _Blake Warner_      ☐ NO APPEARANCE

☐ TELEPHONIC APPEARANCE

|   | MOTION HEARING | GRANTED | DENIED |
|---|---|---|---|
| DX | MOTION FOR JUDGMENT ON THE PLEADINGS |  | ✓ |
| ☐ | MOTION FOR JUDGMENT ON PLEADINGS |  |  |
| ☐ | MOTION TO COMPEL |  |  |
| ☐ | MOTION FOR CONTEMPT |  |  |
| PX | MOTION TO DISMISS COUNTERCLAIM | ✓ In Part | ✓ In Part |
| P X | MOTION TO DISMISS THIRD PARTY COMPLAINT |  | ✓ |
|   | MOTION TO TRANSFER |  |  |
| X | MOTION TO DISBURSE MONEY FROM THE REGISTRY OF THE COURT |  |  |
| ☐ | MOTION TO WITHDRAW |  |  |
| ☐ | MOTION FOR ORDER OF ARREST |  |  |
| ☐ | MOTION FOR ATTORNEYS FEES |  |  |
| ☐ | MOTION FOR |  |  |
| ☐ | MOTION TO |  |  |
| ☐ | RULE TO SHOW CAUSE/ORDER TO SHOW CAUSE |  |  |
| ☐ | DEFENDANTS CLAIM OF EXEMPTION REQUEST Garnishee: |  |  |
| X | OTHER OPPOSITION TO MOTION TO DISBURSE MONEY FROM REGISTRY OF THE COURT |  |  |

COMMENTS: Plaintiff 20 days to Answer from date of Order on Third Party Complaint. Counts I; II; IV; VIII; X and XIII stand. Counts III w/out prejudice, V; VI; VII; IX 20 days to Amend; XI 20 days to Amend; XII dismissed. Motion to Disburse to be heard on another date. Court to disburse $3398 to the plaintiff.

SWORN TESTIMONY BY:

COURT REPORTER: Plaintiff to Submit Order.