## CASE NUMBER: 18-TR-129797
## STATE OF FLORIDA VS WARNER, BLAKE ANDREW

| | |
|---|---|
| Case Number: 18-TR-129797 | Citation Number: AAUOVJE |
| Uniform Case Number: 292018TR129797000AHC | Judicial Officer: HEARING, OFFICER |
| Filed On: 2018-12-24 | Defendant: WARNER, BLAKE ANDREW |
| Case Type: CIVIL TRAFFIC | Amount Due: $0.00 |
| Case Status: CLOSED | |
| | Cross Ref. Citation Number: AAUOVJE |

### CASE PARTY INFORMATION

| Party Type | Name | Attorney | Attorney Contact |
|---|---|---|---|

### CASE JUDGE INFORMATION

| Judge Assigned | Division | Date | Reason |
|---|---|---|---|
| HEARING, OFFICER | Division Z2 | 09/23/2018 | |

### CASE OFFENSE INFORMATION

| Offense | Statute | Degree | Date |
|---|---|---|---|
| 1 | 316.075(1)(c)1 | 316075(1)C1 - 547 RED LIGHT CAM (MUNI) - FAIL TO STOP AT STEADY RED LT | 09/23/2018 |

### CASE EVENT INFORMATION

| Event Date | Doc Index | Charge Number | Title |
|---|---|---|---|
| 07/10/2019 | | 1 | Disposition 1. 316075(1)C1 - 547 RED LIGHT CAM (MUNI) - FAIL TO STOP AT STEADY RED LT |
| | | | 1. 316075(1)C1 - 547 RED LIGHT CAM (MUNI) - FAIL TO STOP AT STEADY RED LT |
| | | | GUILTY-PAID FINE |
| 07/10/2019 | | 1 | Plea: (Judicial Officer: ). |
| | | | 1. 316075(1)C1 - 547 RED LIGHT CAM (MUNI) - FAIL TO STOP AT STEADY RED LT . GUILTY |
| | | | GUILTY |
| 07/10/2019 | 14 | | LICENSE CPED |
| | | | Transaction Id: 58768111 |
| 06/13/2019 | 12 | | REPORTING PURPOSES ONLY -D6 FAILED TO APPEAR (INF/MANDATORY) |
| 06/11/2019 | 13 | | COURT DOCKET PAGE |
| 06/11/2019 | 11 | | COURT ORDERED D6 FAILED TO APPEAR |
| | | | "Due:06/11/2019:   Completed: 06/13/2019" |
| 06/11/2019 | | | ARRAIGNMENT (Judicial Officer: HEARING, OFFICER) |
| | | | (01:30 PM - COURTROOM 100 1ST FLOOR 419 PIERCE STREET. TAMPA FL 33602) |
| 06/07/2019 | 9 | | DRIVER HISTORY RECORD - COURT |
| | | | "Defendant: WARNER, BLAKE ANDREW" |
| 03/20/2019 | 8 | | LICENSE CPED |
| | | | Transaction Id: 56913605 |
| 03/20/2019 | 7 | | NOTICE OF HEARING |
| 03/20/2019 | 6 | | CASE SET FOR COURT - ARRAIGNMENT |
| 02/25/2019 | 5 | | REPORTING PURPOSES ONLY - D6 FAILURE TO PAY (INF) |
| 12/24/2018 | 4 | | ECITATION RECORD RECEIVED |
| | | | Citation #: AAUOVJE, Charge Count: 1 |
| 12/24/2018 | 3 | | CITATION FILED |
| 12/24/2018 | 2 | | FINANCIAL DUE DATE: |
| | | | 02/22/2019 |
| 12/24/2018 | 1 | | File Home Location - Electronic |