# IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## TRAFFIC DIVISION

STATE OF FLORIDA  
Vs.  
BLAKE ANDREW WARNER

CITATION NUMBER: **AAUOVJE**  
DIVISION: **Z2**  
HEARING TYPE: **ARRAIGNMENT**

**18-TR-129797**

**TO:  BLAKE ANDREW WARNER**  
**6220 S KELLY RD**  
**TAMPA FL  33611**

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED THAT THE DEFENDANT BLAKE ANDREW WARNER IS TO APPEAR IN PERSON BEFORE THE HONORABLE OFFICER HEARING OF THE COURT OF HILLSBOROUGH COUNTY, FLORIDA COURTROOM 100 1ST FLOOR AT 419 PIERCE STREET, TAMPA, FL 33602 ON **06/11/2019** AT **1:30 PM.**

CHARGE: 316075(1)C1 - 547 RED LIGHT CAM (MUNI) - FAIL TO STOP AT STEADY RED LT  
**\*This notice is only in reference to the citation noted above. If you have any other citations you will need to contact Clerk of the Circuit Court, Traffic Division. \***

DEFENDANT: FAILURE TO APPEAR FOR THE ABOVE COURT DATE MAY RESULT IN THE SUSPENSION OF YOUR DRIVER'S LICENSE.

### CERTIFICATE OF MAILING

I certify that the foregoing document has been furnished to Blake Andrew Warner at 6220 S Kelly Rd        Tampa Fl 33611, by U.S.Mail on this the 20th day of March, 2019.

PAT FRANK  
CLERK OF THE CIRCUIT COURT

*Pat Frank*  
PAT FRANK, CLERK

TAMPA (813) 276-8100

---

**ATTN: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813)272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Prepared by: Sheila Young