# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Affidavit in Support of Plaintiff's
## Verified Motion for Summary Judgment

Before me, this date personally appeared the undersigned, who after being first duly swon hereby state as follows:

1. My name is Blake Warner. I am over the age of 18 years and not laboring under any disabilities. I have personal knowledge of the facts and matters below.

2. On May 10, 2018, *Affiant* was ordered by the court in *BOUTIQUE APART-MENTS LLC v Warner* (Fla. Hillsborough Cty. Ct. Apr. 25, 2018 Case No 18-cc-22377) to pay $1,699 per month into the court registry on the first day of every month.

3. On April 30, 2018, *Affiant* deposited $1,800–$101 more than ordered–into the court registry to cover May 2018 rent.

1

4. On May 24, 2018, *Affiant* deposited $1,800–$101 more than ordered–into the court registry to cover June 2018 rent.

5. On June 22, 2018, *Affiant* moved to 502 S Fremont Ave #1322, Tampa FL, 33606 (the "Freemont address").

6. On June 23, 2018, *Affiant* surrendered possession of the property at issue.

7. On October 9, 2018, *Affiant* attended a hearing that was held on the *Landlord*'s motion to disburse the court registry funds, *Affiant*'s opposition to the motion to disburse the court registry funds, the *Landlord*'s motion to dismiss *Affiant*'s counterclaims, and the *Landlord*'s motion to dismiss *Affiant*'s third party complaint.

8. After the hearing, *Landlord* and *Affiant* entered into an agreement to abandon *Affiant*'s remaining counter-claims and third party claims in exchange for the court registry funds.

9. On May 17, 2019, *Affiant* moved to 3002 W Cleveland St #C8, Tampa FL 33609 (the "Cleveland address").

10. *Affiant* never received notice that *Defendant* was intending to escheat the court registry funds held in his eviction case.

11. *Affiant* first registered for an e-file account on myflcourtaccess.com on April 28, 2018, setting his email address to blake@null3d.com , his phone number to 212-542-0055, and his mailing address to 6220 S. Kelly Rd Tampa FL 33611.

12. *Affiant* immediately associated this e-file account with *BOUTIQUE APARTMENTS LLC v Warner* (Fla. Hillsborough Cty. Ct. Apr. 25, 2018 Case No 18-cc-22377),

and began filing documents on the docket as well as receiving electronic service via his e-file account.

13. *Affiant* has never changed the email address or phone number on his e-file profile, and those remain his current email address and phone number to date, as valid means to contact him.

14. *Affiant* has continuously kept his e-file profile contact information up-to-date.

15. From 2006 to present, the address associated with *Affiant*'s Florida drivers license has always been 6220 S. Kelly Rd, Tampa FL, 33611.

16. *Affiant* continuously visits his mother, Mary Warner, at her home located at 6220 S. Kelly Rd, Tampa FL 33611 at least once a month, since 2017 to present.

17. *Affiant* promptly receives mail from Mary Warner that is delivered to her address in his name.

18. From 2017 to October 2022, *Affiant* almost exclusively used his mother's address as his mailing address to ensure that he received important mail despite moving frequently.

19. From 2017 to present, *Affiant* has been able to be contacted by letters addressed to Blake Warner and mailed to 6220 S. Kelly Rd, Tampa FL 33611.

20. From 2017 to present, *Affiant* has been able to be contacted by by email sent to blake@null3d.com.

21. From 2017 to present, *Affiant* has been able to be contacted by telephone at (212) 542-0055.

06/10/2023

_____

Date

*Blake Andrew Warner*

_____

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

4

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of __TEXAS__                    )
                                                   )
☐ City ☑ County of __Collin__                      )

On __06/10/2023__ before me, __Daniel Grimaldo__ ,
     *Date*                              *Notary Name*

personally appeared __Blake Andrew Warner__
                              *Name(s) of Signer(s)*

☐ personally known to me  **-- OR --**

☐ proved to me on the basis of the oath of _____ **-- OR --**
                                        *Name of Credible Witness*
☑ proved to me on the basis of satisfactory evidence: __driver_license__
                                                       *Type of ID Presented*
to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies)
and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s),
or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument  for
the purposes and consideration therein stated.

**Daniel Grimaldo**
ID NUMBER
133993204
COMMISSION EXPIRES
September 30, 2026

Notarized online using audio-video communication

WITNESS my hand and official seal.

Notary Public Signature: _____

Notary Name: __Daniel Grimaldo__

Notary Commission Number: __133993204__

Notary Commission Expires: __09/30/2026__

*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Affidavit in Support of Plaintiff's Verified Motion for Summary Judgment__
Document Date: __06/10/2023__                    Number of Pages (w/ certificate): __5__
Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**              **Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Blake Andrew Warner__              Signer's Name: _____

☐ Corporate Officer  Title: _____            ☐ Corporate Officer   Title: _____
☐ Partner – ☐  Limited ☐  General                ☐ Partner – ☐  Limited ☐  General
☑ Individual ☐  Attorney in Fact                 ☐ Individual ☐  Attorney in Fact
☐ Trustee ☐  Guardian of Conservator             ☐ Trustee ☐  Guardian of Conservator
☐ Other: _____               ☐ Other: _____
Signer Is Representing: __Self__                   Signer Is Representing: _____

( 5 )