UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                             Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY
CLERK OF COURTS,

    Defendant.

_____/

## DEFENDANT'S RESPONSE TO FIRST REQUEST FOR ADMISSIONS

Defendant, Hillsborough County Clerk of Courts, by and through its undersigned counsel hereby responds to Plaintiff Blake Warner's Request for Admissions as follows:

1. Admit that Mr. Warner deposited $3,600 into the court registry as ordered in Case No. 18-CC-022377.

    **Response: Admitted.**

2. Admit that from 01-01-2019 to 09-01-2021, you had access to Mr. Warner's mailing address associated with his Florida Driver's License.

    **Response: Denied.**

3. Admit you charged Mr. Warner a fee to deposit money in the court registry for case number 18-CC-022377.

    **Response: Admitted.**

4. Admit that from 01-01-2019 to 09-01-2021, Mr. Warner's e-file account was associated with case number 18-CC-022377.

    **Response: Without knowledge and therefore denied.**

70699132;1

5.  Admit that you had the ability to electronically serve notices for case number 18-CC-022377 on Mr. Warner.

**Response: Denied.**

6.  Admit that you did not electronically serve any notices for case number 18-CC-022377 on Mr. Warner.

**Response: Admitted.**

    */s/ Jason Margolin*
**Jason L. Margolin, Esq.**
Florida Bar No. 69881
jason.margolin@akerman.com
judy.mcarthur@akerman.com
**Gregg M. Moran, Esq.**
Florida Bar No. 1011060
gregg.moran@akerman.com
ava.hill@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
(813) 223-7333 / Fax: (813) 223-2837
*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May 2023, I served the foregoing on Blake Warner at blake@null3d.com.

    */s/ Jason Margolin*
Counsel for Defendant