

Blake Warner <blake@null3d.com>

# SERVICE OF COURT DOCUMENT CASE NUMBER 292018CC022377A001HC BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE

**eservice@myflcourtaccess.com** <eservice@myflcourtaccess.com>   Fri, May 25, 2018 at 9:17 AM

Notice of Service of Court Documents

Filing Information

| | |
|---|---|
| Filing #: | 72664980 |
| Filing Time: | 05/25/2018 09:17:42 AM ET |
| Filer: | Blake Andrew Warner 212-542-0055 |
| Court: | Thirteenth Judicial Circuit in and for Hillsborough County, Florida |
| Case #: | 292018CC022377A001HC |
| Court Case #: | 18-CC-022377 |
| Case Style: | BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS vs WARNER, BLAKE |

Documents

| Title | File |
|---|---|
| Motion To Compel Discovery | motion_compel.pdf |
| | |

E-service recipients selected for service:

| Name | Email Address |
|---|---|
| Blake Andrew Warner | blake@null3d.com |
| | blake@null3d.com |
| | blake@null3d.com |
| Jessie Darkes | jessie.darkes@mckinley.com |
| Charles Vincent Barrett III | e-filings@barrettpa.com |
| | lynn@barrettpa.com |

E-service recipients not selected for service:

| Name | Email Address |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:

request_id#:72664980;Audit#:246710402;UCN#:292018CC022377A001HC;


**Motion To Compel Discovery.pdf**
191K