

hillstax.org

# 2019 HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Account No.:** A1360710000

**Account Name/Address:** MARY J WARNER
6220 S KELLY RD
TAMPA, FL   33611-5029

**Property Location:**
6220 S KELLY RD,
TAMPA,
33611

**Legal Description:**
BAYHILL ESTATES
LOT 22 BLOCK 1

## Ad Valorem Taxes

| Taxing Authority | Telephone | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Amount |
|---|---|---|---|---|---|---|
| COUNTY OPERATING | 813-272-5890 | 76,494 | 76,494 | 0 | 5.7309 | 0.00 |
| ENVIRONMENTAL LAND | 813-272-5890 | 76,494 | 76,494 | 0 | 0.0604 | 0.00 |
| LIBRARY-SERVICE | 813-273-3660 | 76,494 | 76,494 | 0 | 0.5583 | 0.00 |
| SCHOOL - LOCAL | 813-272-4064 | 76,494 | 76,494 | 0 | 2.2480 | 0.00 |
| SCHOOL - STATE | 813-272-4064 | 76,494 | 76,494 | 0 | 3.8810 | 0.00 |
| PORT AUTHORITY | 813-905-5132 | 76,494 | 76,494 | 0 | 0.1050 | 0.00 |
| HILLS CO TRANSIT AUTHORITY | 813-623-5835 x172 | 76,494 | 76,494 | 0 | 0.5000 | 0.00 |
| CHILDRENS BOARD | 813-229-2884 | 76,494 | 76,494 | 0 | 0.4589 | 0.00 |
| WATER MANAGEMENT | 352-796-7211 | 76,494 | 76,494 | 0 | 0.2801 | 0.00 |
| TAMPA CITY | 813-274-8552 | 76,494 | 76,494 | 0 | 6.2076 | 0.00 |

Total Millage: 20.0302   Total Ad Valorem Taxes: $0.00

## Non-Ad Valorem Taxes

| Taxing Authority | Telephone | Tax Amount |
|---|---|---|
| TAMPA STORMWATER | 813-274-7491 | 82.00 |
| TAMPA STORMWATER IMPROVEMENT | 813-274-7491 | 71.05 |

Total Non-Ad Valorem Assessments: $153.05   Combined Taxes & Assessments: $153.05

⇩ Detach below portion and return it with your payment. ⇩

---

**Nancy C. Millan, Hillsborough County Tax Collector**   2019 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| Account No.: A1360710000 | Tax District: TA | Escrow: | Assessed Value: 76,494 | Exemptions: VW |

**ONLY PAY ONE AMOUNT**
Postmarks not accepted after March 31st.

| If Paid By | Amount Due |
|---|---|
| Nov 30, 2019 | $0.00 |
| | |
| | |
| | |



SAVE A STAMP
& PAY ONLINE!

SCAN QR CODE
WITH SMARTPHONE

Remember to write your account number on your check.
Make checks payable in US funds to:

Nancy C. Millan, Tax Collector
PO Box 30012
Tampa FL 33630-3012

MARY J WARNER
6220 S KELLY RD
TAMPA, FL   33611-5029

10/29/2019      Receipt # 19-0-027612      $146.93      Paid