

hillstax.org

# 2020 HILLSBOROUGH COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Account No.:** A1360710000

**Account Name/Address:** MARY J WARNER
6220 S KELLY RD
TAMPA, FL   33611-5029

**Property Location:**
6220 S KELLY RD,
TAMPA,
33611

**Legal Description:**
BAYHILL ESTATES
LOT 22 BLOCK 1

## Ad Valorem Taxes

| Taxing Authority | Telephone | Assessed Value | Exempt Value | Taxable Value | Millage | Tax Amount |
|---|---|---|---|---|---|---|
| COUNTY OPERATING | 813-272-5890 | 78,253 | 78,253 | 0 | 5.7309 | 0.00 |
| ENVIRONMENTAL LAND | 813-272-5890 | 78,253 | 78,253 | 0 | 0.0604 | 0.00 |
| LIBRARY-SERVICE | 813-273-3660 | 78,253 | 78,253 | 0 | 0.5583 | 0.00 |
| SCHOOL - LOCAL | 813-272-4064 | 78,253 | 78,253 | 0 | 2.2480 | 0.00 |
| SCHOOL - STATE | 813-272-4064 | 78,253 | 78,253 | 0 | 3.7190 | 0.00 |
| PORT AUTHORITY | 813-905-5132 | 78,253 | 78,253 | 0 | 0.0990 | 0.00 |
| HILLS CO TRANSIT AUTHORITY | 813-384-6583 | 78,253 | 78,253 | 0 | 0.5000 | 0.00 |
| CHILDRENS BOARD | 813-229-2884 | 78,253 | 78,253 | 0 | 0.4589 | 0.00 |
| WATER MANAGEMENT | 352-796-7211 | 78,253 | 78,253 | 0 | 0.2669 | 0.00 |
| TAMPA CITY | 813-274-8552 | 78,253 | 78,253 | 0 | 6.2076 | 0.00 |

**Total Millage:** 19.8490    **Total Ad Valorem Taxes:** $0.00

## Non-Ad Valorem Taxes

| Taxing Authority | Telephone | Tax Amount |
|---|---|---|
| TAMPA STORMWATER | 813-274-7491 | 82.00 |
| TAMPA STORMWATER IMPROVEMENT | 813-274-7491 | 82.74 |

**Total Non-Ad Valorem Assessments:** $164.74    **Combined Taxes & Assessments:** $164.74

⇩ Detach below portion and return it with your payment. ⇩

---

**Nancy C. Millan, Hillsborough County Tax Collector**    **2020 NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| Account No.: A1360710000 | Tax District: TA | Escrow: | Assessed Value: 78,253 | Exemptions: VW |

**ONLY PAY ONE AMOUNT**
Postmarks not accepted after March 31st.

| If Paid By | Amount Due |
|---|---|
| Nov 30, 2020 | $0.00 |
| | |
| | |
| | |



SAVE A STAMP & PAY ONLINE!
SCAN QR CODE WITH SMARTPHONE

Remember to write your account number on your check.
Make checks payable in US funds to:

Nancy C. Millan, Tax Collector
PO Box 30012
Tampa FL 33630-3012

MARY J WARNER
6220 S KELLY RD
TAMPA, FL   33611-5029

11/05/2020        Receipt # 20-0-049898        $158.15        Paid