**EXHIBIT**

**MANTEIGA - A**

7/30/21

## Friday Morning Route – Sharon Osborn

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| Haciendas De Ybor | 1615 Hacienda Court | 100 | inside gate | comp | | | |
| La Perto | 1623 E 5th Av | 10 | outside door | sub | | | |
| Century 21 | 223 E Davis Blvd | 10 | news rack | $0.50 | 9 | .50 | .50 |
| WaWa | 3942 N Hwy 301 | 10 | inside rack | sub | | | |
| WaWa | 7408 E Hillsborough Av | 10 | inside rack | sub | | | |
| Gaspar's Patio Bar & Grill | 8448 N 56th St | 10 | outside door | sub | | | |
| Temple Terrace City Hall | 11250 N 56th Street | 30 | inside counter | sub | | | |
| WaWa | 11510 N 30th St | 10 | inside rack | sub | | | |
| WaWa | 2325 E Fletcher Av | 10 | inside rack | sub | | | |
| WaWa | 804 E Bearess Ave | 10 | inside rack | sub | | | |
| Shooter's World | 116 E Fletcher Av | 10 | outside door | sub | | | |
| Bravo Supermarket | 6906 N Armenia Av | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| National Supermarket | 8401 N Armenia Av | 10 | news rack | $0.50 | 10 | 0 | 0 |
| Regents Bank | 3601 W Waters Av | 10 | outside door | sub | | | |
| WaWa | 8458 N Dale Mabry | 10 | inside rack | sub | | | |
| Express Laundry Mat | 4333 W Waters | 25 | outside door | sub | | | |
| WaWa | 5702 W Waters Av | 10 | inside rack | sub | | | |
| Publix | 7018 Waters Av | 10 | inside stand | $0.25 | 7 | .75 | BILLED |
| El Vecino Meat Market | 8230 Waters Av | 10 | outside door | $0.25 | 8 | .50 | BILLED |
| LA Mercedes Supermarket | 6724 Hanley Rd | 10 | outside door | sub | | | |
| Cacciatore Brothers | 5610 Hanley Rd | 10 | news rack | $0.50 | 10 | 0 | 0 |
| Bravo Supermarket | 7733 W Hillsborough | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| Villablanca | 7732 W Hillsborough | 10 | outside door | $0.25 | 9 | .25 | BILLED |
| TD Bank | 5201 N Lois Av | 10 | outside door | sub | | | |
| IBeria Bank | 4105 N Himes | 10 | outside door | sub | | | |
| Stadium Sand Shop | 3413 Tampabay Blvd | 25 | outside door | sub | | | |
| La Terrisita | 3246 W Columbus Dr | 20 | news rack | $0.50 | 19 | .50 | .50 |

| Merchant | Address | # | location | $ Per | Handwritten |
|---|---|---|---|---|---|
| 5/3 Bank | 3411 W Columbus Dr | 25 | outside door | sub | |
| Village Inn | 215 N Dale Mabry Hwy | 30 | news rack | $0.50 | 28  1.00  1.00 |
| WaWa | 401 N Dale Mabry Hwy | 10 | inside rack | sub | |
| La Segunda | 4015 W Kennedy Blvd | 15 | inside table | sub | |
| Hog Barbecue | 4004 Henderson Blvd | 10 | Takeout window | $0.25 | 10  0  BILLED |
| Tapper Pub | 3838 Britton Plaza | 25 | outside door | sub | |
| I HOP | 802 S Dale Mabry | 10 | inside bench | sub | |
| Pipo's Café | 411 S MacDill Av | 10 | inside | sub | |
| TD Bank | 2307 W Kennedy | 10 | outside door | sub | |
| Ricks on the River | 2313 N Willow Av | 25 | outside door | billed | |
| Club Viva | 4235 N Armenia Av | 10 | news rack | $0.25 | Box Broken |
| Bank Of Tampa | 4400 N Armenia Av | 30 | outside door | comp | |
| St. Joseph Hospital | 4553 N Habana Av | 10 | news rack emerg | $0.50 | 10  0  0 |
| BB&T  Bank | 4144 N Armenia Av | 100 | inside vestibule | comp | |
| West Tampa Sand. Shop | 3904 N. Armenia Av | 15 | news rack | $0.25 | 12  1.50  1.50 |
| Cacciatore & Son's MM | 3614 N Armenia Av | 10 | inside counter | $0.25 | 0  2.50  .250 |
| Hog Barbecue | 3501 N Armenia | 10 | outside door | $0.25 | 7  .75  BILLED |
| Brocato's | 5021 E Columbus Dr | 10 | inside counter | sub | |
| WaWa | 2502 N 50th St | 10 | inside rack | sub | |
| Tony's Ybor Grill | 2001 N 22nd St | 10 | inside counter | $0.25 | 10  0  0 |
| La Tropicana Café | 1822 E 7th Ave. | 25 | inside counter | billed | |
| Sun Trust Bank | 1701 E 7th Ave. | 25 | outside back door | sub | |
| D & D Delights | 1301 S 20th Street | 10 | inside counter | $0.25 | 2  2.00  2.00 |

**Brandon Route – Sharon Osborn**

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| La Famiglia Grocery | 120 E Brandon Blvd | 10 | outside door | | | | |
| WaWa | 1710 W Brandon Blvd | 10 | inside rack | sub | | | |

# Friday Morning Route – Sharon Osborn

#23/21

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| Haciendas De Ybor | 1615 Hacienda Court | 100 | inside gate | comp | | | |
| La Perto | 1623 E 5th Av | 10 | outside door | sub | | | |
| Century 21 | 223 E Davis Blvd | 10 | news rack | $0.50 | 9 | .50 | .50 |
| WaWa | 3942 N Hwy 301 | 10 | inside rack | sub | | | |
| WaWa | 7408 E Hillsborough Av | 10 | inside rack | sub | | | |
| Gaspar's Patio Bar & Grill | 8448 N 56th St | 10 | outside door | sub | | | |
| Temple Terrace City Hall | 11250 N 56th Street | 30 | inside counter | sub | | | |
| WaWa | 11510 N 30th St | 10 | inside rack | sub | | | |
| WaWa | 2325 E Fletcher Av | 10 | inside rack | sub | | | |
| WaWa | 804 E Bearess Ave | 10 | inside rack | sub | | | |
| Shooter's World | 116 E Fletcher Av | 10 | outside door | sub | | | |
| Bravo Supermarket | 6906 N Armenia Av | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| National Supermarket | 8401 N Armenia Av | 10 | news rack | $0.50 | 10 | 0 | 0 |
| Regents Bank | 3601 W Waters Av | 10 | outside door | sub | | | |
| WaWa | 8458 N Dale Mabry | 10 | inside rack | sub | | | |
| Express Laundry Mat | 4333 W Waters | 25 | outside door | sub | | | |
| WaWa | 5702 W Waters Av | 10 | inside rack | sub | | | |
| Publix | 7018 Waters Av | 10 | inside stand | $0.25 | 8 | .50 | BILLED |
| El Vecino Meat Market | 8230 Waters Av | 10 | outside door | $0.25 | 7 | .75 | BILLED |
| LA Mercedes Supermarket | 6724 Hanley Rd | 10 | outside door | sub | | | |
| Cacciatore Brothers | 5610 Hanley Rd | 10 | news rack | $0.50 | 9 | .50 | .50 |
| Bravo Supermarket | 7733 W Hillsborough | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| Villablanca | 7732 W Hillsborough | 10 | outside door | $0.25 | 9 | .25 | BILLED |
| TD Bank | 5201 N Lois Av | 10 | outside door | sub | | | |
| IBeria Bank | 4105 N Himes | 10 | outside door | sub | | | |
| Stadium Sand Shop | 3413 Tampabay Blvd | 25 | outside door | sub | | | |
| La Terrisita | 3246 W Columbus Dr | 20 | news rack | $0.50 | 19 | .50 | .50 |

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| 5/3 Bank | 3411 W Columbus Dr | 25 | outside door | sub | | | |
| Village Inn | 215 N Dale Mabry Hwy | 30 | news rack | $0.50 | 29 | .50 | .50 |
| WaWa | 401 N Dale Mabry Hwy | 10 | inside rack | sub | | | |
| La Segunda | 4015 W Kennedy Blvd | 15 | inside table | sub | | | |
| Hog Barbecue | 4004 Henderson Blvd | 10 | Takeout window | $0.25 | 10 | 0 | BILLED |
| Tapper Pub | 3838 Britton Plaza | 25 | outside door | sub | | | |
| I HOP | 802 S Dale Mabry | 10 | inside bench | sub | | | |
| Pipo's Café | 411 S MacDill Av | 10 | inside | sub | | | |
| TD Bank | 2307 W Kennedy | 10 | outside door | sub | | | |
| Ricks on the River | 2313 N Willow Av | 25 | outside door | billed | | | |
| Club Viva | 4235 N Armenia Av | 10 | news rack | $0.25 | Box broken | | |
| Bank Of Tampa | 4400 N Armenia Av | 30 | outside door | comp | | | |
| St. Joseph Hospital | 4553 N Habana Av | 10 | news rack emerg | $0.50 | 10 | 0 | 0 |
| BB&T Bank | 4144 N Armenia Av | 100 | inside vestibule | comp | | | |
| West Tampa Sand. Shop | 3904 N. Armenia Av | 15 | news rack | $0.25 | 11 | 2.00 | 1.50 |
| Cacciatore & Son's MM | 3614 N Armenia Av | 10 | inside counter | $0.25 | 0 | 2.50 | 2.50 |
| Hog Barbecue | 3501 N Armenia | 10 | outside door | $0.25 | 10 | 0 | BILLED |
| Brocato's | 5021 E Columbus Dr | 10 | inside counter | sub | | | |
| WaWa | 2502 N 50th St | 10 | inside rack | sub | | | |
| Tony's Ybor Grill | 2001 N 22nd St | 10 | inside counter | $0.25 | 10 | 0 | 0 |
| La Tropicana Café | 1822 E 7th Ave. | 25 | inside counter | billed | | | |
| Sun Trust Bank | 1701 E 7th Ave. | 25 | outside back door | sub | | | |
| D & D Delights | 1301 S 20th Street | 10 | inside counter | $0.25 | 2 | 2.00 | 2.00 |

**Brandon Route – Sharon Osborn**

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| La Famiglia Grocery | 120 E Brandon Blvd | 10 | outside door | | | | |
| WaWa | 1710 W Brandon Blvd | 10 | inside rack | sub | | | |

**Friday Morning Route – Sharon Osborn**

11/6/21

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| Haciendas De Ybor | 1615 Hacienda Court | 100 | inside gate | comp | | | |
| La Perto | 1623 E 5th Av | 10 | outside door | sub | | | |
| Century 21 | 223 E Davis Blvd | 10 | news rack | $0.50 | 9 | .50 | .50 |
| WaWa | 3942 N Hwy 301 | 10 | inside rack | sub | | | |
| WaWa | 7408 E Hillsborough Av | 10 | inside rack | sub | | | |
| Gaspar's Patio Bar & Grill | 8448 N 56th St | 10 | outside door | sub | | | |
| Temple Terrace City Hall | 11250 N 56th Street | 30 | inside counter | sub | | | |
| WaWa | 11510 N 30th St | 10 | inside rack | sub | | | |
| WaWa | 2325 E Fletcher Av | 10 | inside rack | sub | | | |
| WaWa | 804 E Bearess Ave | 10 | inside rack | sub | | | |
| Shooter's World | 116 E Fletcher Av | 10 | outside door | sub | | | |
| Bravo Supermarket | 6906 N Armenia Av | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| National Supermarket | 8401 N Armenia Av | 10 | news rack | $0.50 | 10 | 0 | 0 |
| Regents Bank | 3601 W Waters Av | 10 | outside door | sub | | | |
| WaWa | 8458 N Dale Mabry | 10 | inside rack | sub | | | |
| Express Laundry Mat | 4333 W Waters | 25 | outside door | sub | | | |
| WaWa | 5702 W Waters Av | 10 | inside rack | sub | | | |
| Publix | 7018 Waters Av | 10 | inside stand | $0.25 | 8 | .50 | BILLED |
| El Vecino Meat Market | 8230 Waters Av | 10 | outside door | $0.25 | 7 | .75 | BILLED |
| LA Mercedes Supermarket | 6724 Hanley Rd | 10 | outside door | sub | | | |
| Cacciatore Brothers | 5610 Hanley Rd | 10 | news rack | $0.50 | 10 | 0 | 0 |
| Bravo Supermarket | 7733 W Hillsborough | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| Villablanca | 7732 W Hillsborough | 10 | outside door | $0.25 | 9 | .25 | BILLED |
| TD Bank | 5201 N Lois Av | 10 | outside door | sub | | | |
| IBeria Bank | 4105 N Himes | 10 | outside door | sub | | | |
| Stadium Sand Shop | 3413 Tampabay Blvd | 25 | outside door | sub | | | |
| La Terrisita | 3246 W Columbus Dr | 20 | news rack | $0.50 | 18 | 1.00 | 1.00 |

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| 5/3 Bank | 3411 W Columbus Dr | 25 | outside door | sub | | | |
| Village Inn | 215 N Dale Mabry Hwy | 30 | news rack | $0.50 | 28 | 1.00 | 1.00 |
| WaWa | 401 N Dale Mabry Hwy | 10 | inside rack | sub | | | |
| La Segunda | 4015 W Kennedy Blvd | 15 | inside table | sub | | | |
| Hog Barbecue | 4004 Henderson Blvd | 10 | Takeout window | $0.25 | 10 | 0 | BILLED |
| Tapper Pub | 3838 Britton Plaza | 25 | outside door | sub | | | |
| I HOP | 802 S Dale Mabry | 10 | inside bench | sub | | | |
| Pipo's Café | 411 S MacDill Av | 10 | inside | sub | | | |
| TD Bank | 2307 W Kennedy | 10 | outside door | sub | | | |
| Ricks on the River | 2313 N Willow Av | 25 | outside door | billed | *Box broken* | | |
| Club Viva | 4235 N Armenia Av | 10 | news rack | $0.25 | | | |
| Bank Of Tampa | 4400 N Armenia Av | 30 | outside door | comp | | | |
| St. Joseph Hospital | 4553 N Habana Av | 10 | news rack emerg | $0.50 | 10 | 0 | 0 |
| BB&T Bank | 4144 N Armenia Av | 100 | inside vestibule | comp | | | |
| West Tampa Sand. Shop | 3904 N. Armenia Av | 15 | news rack | $0.25 | 13 | 1.50 | 1.50 |
| Cacciatore & Son's MM | 3614 N Armenia Av | 10 | inside counter | $0.25 | 0 | 2.50 | 2.50 |
| Hog Barbecue | 3501 N Armenia | 10 | outside door | $0.25 | 10 | 0 | BILLED |
| Brocato's | 5021 E Columbus Dr | 10 | inside counter | sub | | | |
| WaWa | 2502 N 50th St | 10 | inside rack | sub | | | |
| Tony's Ybor Grill | 2001 N 22nd St | 10 | inside counter | $0.25 | 10 | 0 | 0 |
| La Tropicana Café | 1822 E 7th Ave. | 25 | inside counter | billed | | | |
| Sun Trust Bank | 1701 E 7th Ave. | 25 | outside back door | sub | | | |
| D & D Delights | 1301 S 20th Street | 10 | inside counter | $0.25 | 2 | 2.00 | 2.00 |

## Brandon Route – Sharon Osborn

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| La Famiglia Grocery | 120 E Brandon Blvd | 10 | outside door | | | | |
| WaWa | 1710 W Brandon Blvd | 10 | inside rack | sub | | | |

7/9/21

**Friday Morning Route – Sharon Osborn**

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| Haciendas De Ybor | 1615 Hacienda Court | 100 | inside gate | comp | | | |
| La Perto | 1623 E 5th Av | 10 | outside door | sub | | | |
| Century 21 | 223 E Davis Blvd | 10 | news rack | $0.50 | 10 | 0 | 0 |
| WaWa | 3942 N Hwy 301 | 10 | inside rack | sub | | | |
| WaWa | 7408 E Hillsborough Av | 10 | inside rack | sub | | | |
| Gaspar's Patio Bar & Grill | 8448 N 56th St | 10 | outside door | sub | | | |
| Temple Terrace City Hall | 11250 N 56th Street | 30 | inside counter | sub | | | |
| WaWa | 11510 N 30th St | 10 | inside rack | sub | | | |
| WaWa | 2325 E Fletcher Av | 10 | inside rack | sub | | | |
| WaWa | 804 E Bearess Ave | 10 | inside rack | sub | | | |
| Shooter's World | 116 E Fletcher Av | 10 | outside door | sub | | | |
| Bravo Supermarket | 6906 N Armenia Av | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| National Supermarket | 8401 N Armenia Av | 10 | news rack | $0.50 | 10 | 0 | 0 |
| Regents Bank | 3601 W Waters Av | 10 | outside door | sub | | | |
| WaWa | 8458 N Dale Mabry | 10 | inside rack | sub | | | |
| Express Laundry Mat | 4333 W Waters | 25 | outside door | sub | | | |
| WaWa | 5702 W Waters Av | 10 | inside rack | sub | | | |
| Publix | 7018 Waters Av | 10 | inside stand | $0.25 | 7 | .75 | BILLED |
| El Vecino Meat Market | 8230 Waters Av | 10 | outside door | $0.25 | 8 | .50 | BILLED |
| LA Mercedes Supermarket | 6724 Hanley Rd | 10 | outside door | sub | | | |
| Cacciatore Brothers | 5610 Hanley Rd | 10 | news rack | $0.50 | 9 | .50 | .50 |
| Bravo Supermarket | 7733 W Hillsborough | 10 | outside door | $0.25 | 0 | 2.50 | BILLED |
| Villablanca | 7732 W Hillsborough | 10 | outside door | $0.25 | 8 | .50 | BILLED |
| TD Bank | 5201 N Lois Av | 10 | outside door | sub | | | |
| IBeria Bank | 4105 N Himes | 10 | outside door | sub | | | |
| Stadium Sand Shop | 3413 Tampabay Blvd | 25 | outside door | sub | | | |
| La Terrisita | 3246 W Columbus Dr | 20 | news rack | $0.50 | 20 | 0 | 0 |

| Merchant | Address | # Papers | Location | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| 5/3 Bank | 3411 W Columbus Dr | 25 | outside door | sub | | | |
| Village Inn | 215 N Dale Mabry Hwy | 30 | news rack | $0.50 | *26* | *2.00* | *2.00* |
| WaWa | 401 N Dale Mabry Hwy | 10 | inside rack | sub | | | |
| La Segunda | 4015 W Kennedy Blvd | 15 | inside table | sub | | | |
| Hog Barbecue | 4004 Henderson Blvd | 10 | Takeout window | $0.25 | *10* | *0* | BILLED |
| Tapper Pub | 3838 Britton Plaza | 25 | outside door | sub | | | |
| I HOP | 802 S Dale Mabry | 10 | inside bench | sub | | | |
| Pipo's Café | 411 S MacDill Av | 10 | inside | sub | | | |
| TD Bank | 2307 W Kennedy | 10 | outside door | sub | | | |
| Ricks on the River | 2313 N Willow Av | 25 | outside door | billed | | | |
| Club Viva | 4235 N Armenia Av | 10 | news rack | $0.25 | *10* | *0* | *0* |
| Bank Of Tampa | 4400 N Armenia Av | 30 | outside door | comp | | | |
| St. Joseph Hospital | 4553 N Habana Av | 10 | news rack emerg | $0.50 | *10* | *0* | *0* |
| BB&T  Bank | 4144 N Armenia Av | 100 | inside vestibule | comp | | | |
| West Tampa Sand. Shop | 3904 N. Armenia Av | 15 | news rack | $0.25 | *0* | *2.50* | *2.50* |
| Cacciatore & Son's MM | 3614 N Armenia Av | 10 | inside counter | $0.25 | *15* | *0* | *0* |
| Hog Barbecue | 3501 N Armenia | 10 | outside door | $0.25 | *10* | *0* | BILLED |
| Brocato's | 5021 E Columbus Dr | 10 | inside counter | sub | | | |
| WaWa | 2502 N 50th St | 10 | inside rack | sub | | | |
| Tony's Ybor Grill | 2001 N 22nd St | 10 | inside counter | $0.25 | *10* | *0* | *0* |
| La Tropicana Café | 1822 E 7th Ave. | 25 | inside counter | billed | | | |
| Sun Trust Bank | 1701 E 7th Ave. | 25 | outside back door | sub | | | |
| D & D Delights | 1301 S 20th Street | 10 | inside counter | $0.25 | *vacation* | | |

## Brandon Route – Sharon Osborn

| Merchant | Address | # Papers | location to put papers | $ Per Paper | Papers Picked up | Amount Due | Amount Collected |
|---|---|---|---|---|---|---|---|
| La Famiglia Grocery | 120 E Brandon Blvd | 10 | outside door | | | | |
| WaWa | 1710 W Brandon Blvd | 10 | inside rack | sub | | | |

EXHIBIT

MANTEIGA - B

# Ybor/Downtown

| LOCATION | LEFT | SOLD | | DATE 7/9/2021 $ COLLECTED |
|---|---|---|---|---|
| SUNDAY'S* | 5 | | .25 PER PAPER | |
| YBOR CITY MUSEUM* | 10 | | SUBSCRIPTION | |
| COURTHOUSE - NR | 10 | 2 | .50 PER PAPER | 1 |
| COUNTY CENTER - NR | 10 | 3 | .50 PER PAPER | 150 |
| FRANKLIN & JACKSON - NR | 10 | 5 | .50 PER PAPER | 250 |
| SALEM SAXON NIELSEN 32nd FL* | 5 | | SUBSCRIPTION | |
| HOLLAND & KNIGHT* AmSouth BLDG 100 N TAMPA ST 38th Floor Service Elevator | 10 | | SUBSCRIPTION | |
| ZACK & FRANKLIN - NR | 10 | 1 | .50 PER PAPER | 50 |
| KING CORONA | 20 | 7 | .25 PER PAPER | 175 |
| ITALIAN CLUB - NR | 20 | 20 | .50 PER PAPER | 50 |
| COLUMBIA RESTAURANT | 20 | | SUBSCRIPTION | |
| COLUMBIA RESTAURANT - NR | 20 | 2 | .50 PER PAPER | 00 |
| HOLY HOG - NR | 10 | 1 | .50 PER PAPER | 50 |

# Ybor/Downtown

| LOCATION | LEFT | SOLD | DATE | 7/30/2021 |
| --- | --- | --- | --- | --- |
| | | | | $ COLLECTED |
| SUNDAY'S* | 5 | | .25 PER PAPER | |
| YBOR CITY MUSEUM* | 10 | | SUBSCRIPTION | |
| COURTHOUSE - NR | 10 | 1 | .50 PER PAPER | 50 |
| COUNTY CENTER - NR | 10 | 3 | .50 PER PAPER | 75 |
| FRANKLIN & JACKSON - NR | 10 | 5 | .50 PER PAPER | 2 |
| SALEM SAXON NIELSEN 32nd FL* | 5 | | SUBSCRIPTION | |
| HOLLAND & KNIGHT* AmSouth BLDG 100 N TAMPA ST 38th Floor Service Elevator | 10 | | SUBSCRIPTION | |
| ZACK & FRANKLIN - NR | 10 | 1 | .50 PER PAPER | 50 |
| KING CORONA | 20 | 3 | .25 PER PAPER | 75 |
| ITALIAN CLUB - NR | 20 | 2 | .50 PER PAPER | 1 |
| COLUMBIA RESTAURANT | 20 | | SUBSCRIPTION | |
| COLUMBIA RESTAURANT - NR | 20 | 1 | .50 PER PAPER | 50 |
| HOLY HOG - NR | 10 | 0 | .50 PER PAPER | 0 |

# Ybor/Downtown

| LOCATION | LEFT | SOLD | | DATE | 7/16/2021 |
|---|---|---|---|---|---|
| | | | | | $ COLLECTED |
| SUNDAY'S* | 5 | | .25 PER PAPER | | |
| YBOR CITY MUSEUM* | 10 | | SUBSCRIPTION | | |
| COURTHOUSE - NR | 10 | 2 | .50 PER PAPER | | 1 00 |
| COUNTY CENTER - NR | 10 | 1 | .50 PER PAPER | | 1 |
| FRANKLIN & JACKSON - NR | 10 | 4 | .50 PER PAPER | | 2 |
| SALEM SAXON NIELSEN 32nd FL* | 5 | | SUBSCRIPTION | | |
| HOLLAND & KNIGHT* | 10 | | SUBSCRIPTION | | |
| AmSouth BLDG 100 N TAMPA ST | | | | | |
| 38th Floor Service Elevator | | | | | |
| ZACK & FRANKLIN - NR | 10 | 1 | .50 PER PAPER | | |
| KING CORONA | 20 | 4 | .25 PER PAPER | | 1 |
| ITALIAN CLUB - NR | 20 | 3 | .50 PER PAPER | | 1 00 |
| COLUMBIA RESTAURANT | 20 | | SUBSCRIPTION | | |
| COLUMBIA RESTAURANT - NR | 20 | 2 | .50 PER PAPER | | 1 |
| HOLY HOG - NR | 10 | 0 | .50 PER PAPER | | 0 |

# Ybor/Downtown

| LOCATION | LEFT | SOLD | DATE | 7/23/2021 |
| --- | --- | --- | --- | --- |
| | | | | $ COLLECTED |
| SUNDAY'S* | 5 | | .25 PER PAPER | |
| YBOR CITY MUSEUM* | 10 | | SUBSCRIPTION | |
| COURTHOUSE - NR | 10 | 0 | .50 PER PAPER | 0 |
| COUNTY CENTER - NR | 10 | 2 | .50 PER PAPER | 1— |
| FRANKLIN & JACKSON - NR | 10 | 6 | .50 PER PAPER | 1 50 |
| SALEM SAXON NIELSEN 32nd FL* | 5 | | SUBSCRIPTION | |
| HOLLAND & KNIGHT* AmSouth BLDG 100 N TAMPA ST 38th Floor Service Elevator | 10 | | SUBSCRIPTION | |
| ZACK & FRANKLIN - NR | 10 | 0 | .50 PER PAPER | 0 |
| KING CORONA | 20 | 8 | .25 PER PAPER | 2— |
| ITALIAN CLUB - NR | 20 | 5 | .50 PER PAPER | 2 00 |
| COLUMBIA RESTAURANT | 20 | | SUBSCRIPTION | 1 50 |
| COLUMBIA RESTAURANT - NR | 20 | 3 | .50 PER PAPER | |
| HOLY HOG - NR | 10 | ( | .50 PER PAPER | 50 |

EXHIBIT

MANTEIGA - C

| La Gaceta Hillsborough County Zip Codes, July 30, 2021 ||
|---|---|
| Zip code | Papers mailed |
| 33601 | 133 |
| 33602 | 169 |
| 33603 | 107 |
| 33604 | 74 |
| 33605 | 94 |
| 33606 | 131 |
| 33607 | 146 |
| 33609 | 140 |
| 33610 | 55 |
| 33611 | 67 |
| 33612 | 34 |
| 33614 | 72 |
| 33615 | 27 |
| 33617 | 92 |
| 33618 | 64 |
| 33624 | 39 |
| 33629 | 140 |
| 33620 | 8 |
| 33677 | 10 |
| 33625 | 20 |
| 33626 | 11 |
| 33634 | 12 |
| 33675 | 45 |
| 33637 | 5 |
| 33647 | 26 |
| 33613 | 19 |
| 33619 | 40 |
| 33680 | 4 |
| 33635 | 9 |
| 33681 | 1 |
| 33679 | 7 |
| 33688 | 4 |
| 33631 | 3 |
| 33672 | 15 |
| 33616 | 6 |
| 33687 | 3 |
| 33646 | 1 |
| 33684 | 3 |
| 33674 | 1 |
| 33630 | 1 |
| 33685 | 2 |
| 33694 | 1 |
| 33682 | 1 |
| 33511 | 63 |

| | |
|---|---|
| 33556 | 18 |
| 33510 | 35 |
| 33573 | 10 |
| 33566 | 11 |
| 33548 | 10 |
| 33569 | 8 |
| 33578 | 12 |
| 33584 | 13 |
| 33558 | 8 |
| 33549 | 18 |
| 33563 | 12 |
| 33596 | 16 |
| 33594 | 7 |
| 33567 | 2 |
| 33503 | 1 |
| 33572 | 4 |
| 33564 | 2 |
| 33592 | 4 |
| 33527 | 6 |
| 33509 | 4 |
| 33550 | 4 |
| 33568 | 2 |
| 33547 | 4 |
| 33570 | 2 |
| 33575 | 1 |
| 33579 | 4 |
| 33565 | 2 |
| 33559 | 1 |
| 33534 | 1 |

| La Gaceta Hillsborough County Zip Codes, July 23, 2021 | |
|---|---|
| Zip code | Papers mailed |
| 33601 | 133 |
| 33602 | 169 |
| 33603 | 107 |
| 33604 | 74 |
| 33605 | 94 |
| 33606 | 131 |
| 33607 | 146 |
| 33609 | 140 |
| 33610 | 55 |
| 33611 | 67 |
| 33612 | 34 |
| 33614 | 72 |
| 33615 | 27 |
| 33617 | 92 |
| 33618 | 64 |
| 33624 | 39 |
| 33629 | 140 |
| 33620 | 8 |
| 33677 | 10 |
| 33625 | 20 |
| 33626 | 11 |
| 33634 | 12 |
| 33675 | 45 |
| 33637 | 5 |
| 33647 | 26 |
| 33613 | 19 |
| 33619 | 40 |
| 33680 | 4 |
| 33635 | 9 |
| 33681 | 1 |
| 33679 | 7 |
| 33688 | 4 |
| 33631 | 3 |
| 33672 | 15 |
| 33616 | 6 |
| 33687 | 3 |
| 33646 | 1 |
| 33684 | 3 |
| 33674 | 1 |
| 33630 | 1 |
| 33685 | 2 |
| 33694 | 1 |
| 33682 | 1 |
| 33511 | 63 |

| | |
|---|---|
| 33556 | 18 |
| 33510 | 35 |
| 33573 | 10 |
| 33566 | 11 |
| 33548 | 10 |
| 33569 | 8 |
| 33578 | 12 |
| 33584 | 13 |
| 33558 | 8 |
| 33549 | 18 |
| 33563 | 12 |
| 33596 | 16 |
| 33594 | 7 |
| 33567 | 2 |
| 33503 | 1 |
| 33572 | 4 |
| 33564 | 2 |
| 33592 | 4 |
| 33527 | 6 |
| 33509 | 4 |
| 33550 | 4 |
| 33568 | 2 |
| 33547 | 4 |
| 33570 | 2 |
| 33575 | 1 |
| 33579 | 4 |
| 33565 | 2 |
| 33559 | 1 |
| 33534 | 1 |

| La Gaceta Hillsborough County Zip Codes, July 16, 2021 | |
|---|---|
| Zip code | Papers mailed |
| 33601 | 134 |
| 33602 | 168 |
| 33603 | 107 |
| 33604 | 74 |
| 33605 | 94 |
| 33606 | 131 |
| 33607 | 146 |
| 33609 | 140 |
| 33610 | 55 |
| 33611 | 68 |
| 33612 | 34 |
| 33614 | 72 |
| 33615 | 27 |
| 33617 | 92 |
| 33618 | 64 |
| 33624 | 39 |
| 33629 | 139 |
| 33620 | 8 |
| 33677 | 10 |
| 33625 | 20 |
| 33626 | 11 |
| 33634 | 12 |
| 33675 | 45 |
| 33637 | 5 |
| 33647 | 26 |
| 33613 | 19 |
| 33619 | 40 |
| 33680 | 4 |
| 33635 | 9 |
| 33681 | 1 |
| 33679 | 7 |
| 33688 | 4 |
| 33631 | 3 |
| 33672 | 15 |
| 33616 | 6 |
| 33687 | 3 |
| 33646 | 1 |
| 33684 | 3 |
| 33674 | 1 |
| 33630 | 1 |
| 33685 | 2 |
| 33694 | 1 |
| 33682 | 1 |
| 33511 | 63 |

| | |
|---|---|
| 33556 | 18 |
| 33510 | 35 |
| 33573 | 10 |
| 33566 | 11 |
| 33548 | 10 |
| 33569 | 8 |
| 33578 | 12 |
| 33584 | 13 |
| 33558 | 8 |
| 33549 | 18 |
| 33563 | 12 |
| 33596 | 16 |
| 33594 | 7 |
| 33567 | 2 |
| 33503 | 1 |
| 33572 | 4 |
| 33564 | 2 |
| 33592 | 4 |
| 33527 | 6 |
| 33509 | 4 |
| 33550 | 4 |
| 33568 | 2 |
| 33547 | 4 |
| 33570 | 2 |
| 33575 | 1 |
| 33579 | 4 |
| 33565 | 2 |
| 33559 | 1 |
| 33534 | 1 |

| La Gaceta Hillsborough County Zip Codes, July 9, 2021 | |
|---|---|
| Zip code | Papers mailed |
| 33601 | 134 |
| 33602 | 168 |
| 33603 | 107 |
| 33604 | 74 |
| 33605 | 94 |
| 33606 | 131 |
| 33607 | 146 |
| 33609 | 140 |
| 33610 | 55 |
| 33611 | 68 |
| 33612 | 34 |
| 33614 | 72 |
| 33615 | 27 |
| 33617 | 91 |
| 33618 | 64 |
| 33624 | 39 |
| 33629 | 139 |
| 33620 | 8 |
| 33677 | 10 |
| 33625 | 20 |
| 33626 | 11 |
| 33634 | 13 |
| 33675 | 45 |
| 33637 | 5 |
| 33647 | 26 |
| 33613 | 19 |
| 33619 | 40 |
| 33680 | 4 |
| 33635 | 9 |
| 33681 | 1 |
| 33679 | 7 |
| 33688 | 4 |
| 33631 | 3 |
| 33672 | 15 |
| 33616 | 6 |
| 33687 | 3 |
| 33646 | 1 |
| 33684 | 3 |
| 33674 | 2 |
| 33630 | 1 |
| 33685 | 1 |
| 33694 | 1 |
| 33682 | 1 |
| 33511 | 63 |

| | |
|---|---|
| 33556 | 18 |
| 33510 | 35 |
| 33573 | 10 |
| 33566 | 11 |
| 33548 | 10 |
| 33569 | 8 |
| 33578 | 12 |
| 33584 | 13 |
| 33558 | 8 |
| 33549 | 18 |
| 33563 | 12 |
| 33596 | 16 |
| 33594 | 7 |
| 33567 | 2 |
| 33503 | 1 |
| 33572 | 4 |
| 33564 | 2 |
| 33592 | 4 |
| 33527 | 6 |
| 33509 | 4 |
| 33550 | 4 |
| 33568 | 2 |
| 33547 | 4 |
| 33570 | 2 |
| 33575 | 1 |
| 33579 | 4 |
| 33565 | 2 |
| 33559 | 1 |
| 33534 | 1 |

PS Form 3541, Periodicals - One Issue or One Edition

**EXHIBIT**

**MANTEIGA - D**

**Final**

United States Postal Service
**Periodicals - One Issue or One Edition**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

Post Office: Note Mail Arrival Time

| Mailer Information | | |
|---|---|---|
| **Publication Title and Owner or News Agent's Name**<br><br>LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:** 8670139 | **Mailer's Name, Address, and CRID**<br><br>La Gaceta Publishing, Inc.<br>**3210 E 7TH AVE**<br>**TAMPA, FL 33605-4302**<br>**CRID: 8670139** | **Entry Post Office Name, State, and ZIP+4**<br><br>TAMPA FL 33634-9651 |

| Mailing Information | | | | |
|---|---|---|---|---|
| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-31 | Process Category: Flats | Mailer's Mailing Date: 07/29/2021 | Statement Sequence No.: |
| Issue Date: 07/30/2021 | Volume Number: 99 | | Issue Number: 31 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2282 lbs. | | Advertising Percentage in This Issue: 67.43 % |
| Total Addressed Pieces: 2545 pcs. | | Total Postage: $ 956.30 | | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| **Mail Arrival Date and Time: 07/29/2021 18:28** | **Payment Date and Time: 07/29/2021 18:28** | |
|---|---|---|

Comments:

**In-County**

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 485 | 0.204 | 98.9400 |
| A3 | | | | Total Pound Price Postage (Add lines A1 and A2) | | | 98.9400 |

**Part A-Piece Price (Presort)**

| | Entry Zone | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | **Presort Subtotal** (Add lines A4-A15) | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | **460.6340** |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | **460.6340** |
| | | | | Part A Total (Add lines A3, A20, and A21) | | **559.5740** |

**Outside-County**

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 55 | 37 | 0.212 | 7.8440 |
| B5 | 3 | 85 | 0 | 85 | 19 | 13 | 0.230 | 2.9900 |
| B6 | 4 | 26 | 0 | 26 | 6 | 4 | 0.291 | 1.1640 |
| B7 | 5 | 69 | 0 | 69 | 16 | 11 | 0.364 | 4.0040 |
| B8 | 6 | 10 | 0 | 10 | 2 | 1 | 0.445 | 0.4450 |
| B9 | 7 | 6 | 0 | 6 | 1 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 5 | 3 | 0.623 | 1.8690 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | **18.8550** |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 104 | 70 | 34 | 0.157 | 5.3380 |
| B17 | | | Subtotal (Add lines B13-B16) | | | **5.3380** |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | **24.1930** |

**Part C - Piece Price**

**Machinable Flats**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |

**Carrier Route & Firm Bundles**

| | | | | | |
|---|---|---|---|---|---|
| C33 | **Subtotal** *(Add lines C1 through C32)* | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -15.7587 |
| C35 | **Subtotal Outside County Piece Prices** *(Line C33 minus C34)* | | | | 191.4133 |
| | **Part C Total** *(Line C35 minus C36)* | | | | 191.4133 |

| Part D - Bundle Price | | | | | |
|---|---|---|---|---|---|
| **Container Level** | **Bundle Level** | | **Bundles** | **Price** | **Postage** |
| | **Part D Total** *(Add lines D1-D18)* | | 202 | | 185.6120 |
| E51 | **Part E Sack and Tray Total** *(Add lines E1-E50)* | | 6 | | 15.4000 |
| | **Part E Total***(Add lines E51 and E84)* | | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | | - $ 19.8882 |
| | | | | **Total Outside-County Postage** | $ 396.73 |
| | | | | **Total Postage** | $ 956.30 |

Facsimile of Form 3541

| USPS Use Only | | | | |
|---|---|---|---|---|
| Perform Verification: | | Verification data not available at this time, | | |
| **One Pass/Two Pass Verification** | | | | |
| Received: | | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

**This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.**

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

| United States Postal Service<br>**Periodicals - One Issue or One Edition** | [ ] Classroom<br>[ ] Nonprofit<br>[X] Regular<br>[ ] Science-of-Agriculture | Post Office: Note Mail Arrival Time |
|---|---|---|

### Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| **Name**<br><br>LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL  33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:**  8670139 | La Gaceta Publishing, Inc.<br>**3210 E 7TH AVE**<br>**TAMPA, FL 33605-4302**<br>**CRID: 8670139** | TAMPA FL 33634-9651 |

### Mailing Information

| Account Number:  9000036446<br>Publication No.  299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-30 | Process Category: Flats | Mailer's Mailing Date: 07/22/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date:  07/23/2021 | Volume Number:  99 | | Issue Number:  30 | Issue Frequency:  52/year |
| Weight of Single Ride-Along Piece:  N/A | Weight per Copy for Issue:  0.2852 lbs. | | | Advertising Percentage in This Issue:  70.02 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage:  $ 988.83 | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays:     Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| **Mail Arrival Date and Time: 07/22/2021 17:49** | **Payment Date and Time: 07/22/2021 17:49** | |
|---|---|---|

| Comments: |
|---|

### In-County

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 607 | **0.204** | 123.8280 |
| A3 | | | | Total Pound Price Postage (Add lines A1 and A2) | | | **123.8280** |

**Part A-Piece Price (Presort)**

| | Entry Zone | Presort Discount | | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | | 2127 | 2113 | **0.218** | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | | 460.6340 |
| | | | | Part A Total (Add lines A3, A20, and A21) | | | **584.4620** |

### Outside-County

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 68 | 48 | 0.212 | 10.1760 |
| B5 | 3 | 85 | 0 | 85 | 24 | 17 | 0.230 | 3.9100 |
| B6 | 4 | 26 | 0 | 26 | 7 | 5 | 0.291 | 1.4550 |
| B7 | 5 | 69 | 0 | 69 | 20 | 14 | 0.364 | 5.0960 |
| B8 | 6 | 10 | 0 | 10 | 3 | 2 | 0.445 | 0.8900 |
| B9 | 7 | 6 | 0 | 6 | 2 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 6 | 4 | 0.623 | 2.4920 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 24.5580 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 130 | 91 | 39 | 0.157 | 6.1230 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 6.1230 |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 30.6810 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

| | | | | Postage |
|---|---|---|---|---|
| C33 | **Subtotal** *(Add lines C1 through C32)* | 456 | 432 | 207.1720 |
| C34 Nonadv. % | | | 0.00112 | -14.5055 |
| C35 | **Subtotal Outside County Piece Prices** *(Line C33 minus C34)* | | | 192.6665 |
| | **Part C Total** *(Line C35 minus C36)* | | | 192.6665 |

| Part D - Bundle Price | | | | |
|---|---|---|---|---|
| **Container Level** | **Bundle Level** | **Bundles** | **Price** | **Postage** |
| | **Part D Total** *(Add lines D1-D18)* | 202 | | 185.6120 |
| E51 | **Part E Sack and Tray Total** *(Add lines E1-E50)* | 6 | | 15.4000 |
| | **Part E Total** *(Add lines E51 and E84)* | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | - $ 19.9901 |
| | | | **Total Outside-County Postage** | **$ 404.37** |
| | | | **Total Postage** | **$ 988.83** |

Facsimile of Form 3541

| USPS Use Only | | | | |
|---|---|---|---|---|
| Perform Verification: | | Verification data not available at this time, | | |
| **One Pass/Two Pass Verification** | | | | |
| Received: | | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | |

**This mailing has been inspected concerning:**
**(1) eligibility for postage prices claimed;**
**(2) proper preparation** *(and presort where required)***;**
**(3) proper completion of postage statement; and**
**(4) payment of annual fee** *(if required).*

**This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.**

**PS Form 3541 - Periodicals - One Issue or One Edition**

**Final**

| | |
|---|---|
| **United States Postal Service**<br>**Periodicals - One Issue or One Edition** | [ ] Classroom<br>[ ] Nonprofit<br>[X] Regular<br>[ ] Science-of-Agriculture |

**Post Office: Note Mail Arrival Time**

## Mailer Information

| **Publication Title and Owner or News Agent's Name**<br><br>LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:** 8670139 | **Mailer's Name, Address, and CRID**<br><br>La Gaceta Publishing, Inc.<br>**3210 E 7TH AVE**<br>**TAMPA, FL 33605-4302**<br>**CRID: 8670139** | **Entry Post Office Name, State, and ZIP+4**<br><br>TAMPA FL 33634-9651 |
|---|---|---|

## Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-29 | Process Category:<br>Flats | Mailer's Mailing Date:<br>07/15/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/16/2021 | Volume Number: 99 | | Issue Number: 29 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2282 lbs. | | Advertising Percentage in This Issue: 63.10 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage: $ 953.89 | |

| **No of Containers:** | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| **Mail Arrival Date and Time: 07/15/2021 19:00** | **Payment Date and Time: 07/15/2021 19:00** | |
|---|---|---|

| Comments: |
|---|

### In-County

**Part A-Pound Price**

| Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| A2  None | 2127 | 0 | 2127 | 485 | **0.204** | 98.9400 |
| A3 | | | | Total Pound Price Postage (Add lines A1 and A2) | | 98.9400 |

**Part A-Piece Price (Presort)**

| Entry Zone | Presort Discount | | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4  Basic | Nonautomation | | 2127 | 2113 | **0.218** | 460.6340 |
| A16 Presort Subtotal (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | Piece Price Subtotal (A16 minus A17) | | | | | **460.6340** |
| A20 | Periodicals In-County Subtotal (Line A18 minus A19) | | | | | **460.6340** |
| | | | | Part A Total (Add lines A3, A20, and A21) | | **559.5740** |

### Outside-County

**Part B - Advertising Pound Price**

| Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| B4  1 & 2 | 240 | 0 | 240 | 55 | 35 | 0.212 | 7.4200 |
| B5  3 | 85 | 0 | 85 | 19 | 12 | 0.230 | 2.7600 |
| B6  4 | 26 | 0 | 26 | 6 | 4 | 0.291 | 1.1640 |
| B7  5 | 69 | 0 | 69 | 16 | 10 | 0.364 | 3.6400 |
| B8  6 | 10 | 0 | 10 | 2 | 1 | 0.445 | 0.4450 |
| B9  7 | 6 | 0 | 6 | 1 | 1 | 0.539 | 0.5390 |
| B10 8 | 20 | 0 | 20 | 5 | 3 | 0.623 | 1.8690 |
| B12 | | | Subtotal (Add lines B1-B11) | | | | **17.8370** |

**Part B-Nonadvertising Pound Prices**

| Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|
| B16 All Others | 104 | 66 | 38 | 0.157 | 5.9660 |
| B17 | | Subtotal (Add lines B13-B16) | | | **5.9660** |
| | | Part B Total -Pound Price Total(Add line B12 and B17) | | | **23.8030** |

**Part C - Piece Price**

| Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|
| Machinable Flats | | | | | |
| C2  Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4  ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6  3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8  5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| Carrier Route & Firm Bundles | | | | | |

| | | | | |
|---|---|---|---|---|
| C33 | Subtotal *(Add lines C1 through C32)* | 456 | 432 | 207.1720 |
| C34 Nonadv. % | | | 0.00112 | -17.8537 |
| C35 | Subtotal Outside County Piece Prices *(Line C33 minus C34)* | | | 189.3183 |
| | Part C Total *(Line C35 minus C36)* | | | 189.3183 |

| Part D - Bundle Price | | | | |
|---|---|---|---|---|
| Container Level | Bundle Level | Bundles | Price | Postage |
| | Part D Total *(Add lines D1-D18)* | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total *(Add lines E1-E50)* | 6 | | 15.4000 |
| | Part E Total*(Add lines E51 and E84)* | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | - $ 19.8148 |
| | | | Total Outside-County Postage | $ 394.32 |
| | | | Total Postage | $ 953.89 |

Facsimile of Form 3541

| USPS Use Only | | | | |
|---|---|---|---|---|
| Perform Verification: | | Verification data not available at this time, | | |
| One Pass/Two Pass Verification | | | | |
| Received: | | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | |

**This mailing has been inspected concerning:**
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

**This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.**

**PS Form 3541 - Periodicals - One Issue or One Edition**

**Final**

| | |
|---|---|
| **United States Postal Service**<br>**Periodicals - One Issue or One Edition** | [ ] Classroom<br>[ ] Nonprofit<br>[X] Regular<br>[ ] Science-of-Agriculture |

**Post Office: Note Mail Arrival Time**

## Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL  33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:**  8670139 | La Gaceta Publishing, Inc.<br>**3210 E 7TH AVE**<br>**TAMPA, FL 33605-4302**<br>**CRID: 8670139** | TAMPA FL 33634-9651 |

## Mailing Information

| Account Number:  9000036446<br>Publication No.  299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-28 | Process Category:<br>Flats | Mailer's Mailing Date:<br>07/08/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date:  07/09/2021 | Volume Number:  99 | | Issue Number:  28 | Issue Frequency:  52/year |
| Weight of Single Ride-Along Piece:  N/A | Weight per Copy for Issue:  0.2852 lbs. | | | Advertising Percentage in This Issue:  70.99 % |
| Total Addressed Pieces 2545 pcs. | | Total Postage  $ 989.28 | | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays:  Flat Trays: | Sacks:<br>33 | Pallets: | Other: |
|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

| Mail Arrival Date and Time: 07/08/2021 17:25 | Payment Date and Time: 07/08/2021 17:25 | |
|---|---|---|

| Comments: |
|---|

### In-County

#### Part A-Pound Price

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 607 | 0.204 | 123.8280 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 123.8280 |

#### Part A-Piece Price (Presort)

| | Entry Zone | | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|---|
| A4 | Basic | | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | **Presort Subtotal** (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | | | Piece Price Subtotal (A16 minus A17) | | | | **460.6340** |
| A20 | | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | **460.6340** |
| | | | | | Part A Total (Add lines A3, A20, and A21) | | 584.4620 |

### Outside-County

#### Part B - Advertising Pound Price

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 68 | 48 | 0.212 | 10.1760 |
| B5 | 3 | 85 | 0 | 85 | 24 | 17 | 0.230 | 3.9100 |
| B6 | 4 | 26 | 0 | 26 | 7 | 5 | 0.291 | 1.4550 |
| B7 | 5 | 69 | 0 | 69 | 20 | 14 | 0.364 | 5.0960 |
| B8 | 6 | 10 | 0 | 10 | 3 | 2 | 0.445 | 0.8900 |
| B9 | 7 | 6 | 0 | 6 | 2 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 6 | 4 | 0.623 | 2.4920 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 24.5580 |

#### Part B-Nonadvertising Pound Prices

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 130 | 91 | 39 | 0.157 | 6.1230 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 6.1230 |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 30.6810 |

#### Part C - Piece Price

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

3.5700

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle | Firm Bundle | | | | |
| C33 | **Subtotal** *(Add lines C1 through C32)* | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -14.0362 |
| C35 | **Subtotal Outside County Piece Prices** *(Line C33 minus C34)* | | | | 193.1358 |
| | **Part C Total** *(Line C35 minus C36)* | | | | 193.1358 |

| Part D - Bundle Price | | | | |
|---|---|---|---|---|
| Container Level | Bundle Level | Bundles | Price | Postage |
| | **Part D Total** *(Add lines D1-D18)* | 202 | | 185.6120 |
| E51 | **Part E Sack and Tray Total** *(Add lines E1-E50)* | 6 | | 15.4000 |
| | **Part E Total** *(Add lines E51 and E84)* | | | 15.4000 |

5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers

| | |
|---|---|
| | - $ 20.0135 |
| **Total Outside-County Postage** | $ 404.82 |
| **Total Postage** | $ 989.28 |

Facsimile of Form 3541

**USPS Use Only**

| Perform Verification: | Verification data not available at this time, | | |
|---|---|---|---|
| **One Pass/Two Pass Verification** | | | |
| Received: | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.