**Florida** *The Sunshine State*

DRIVER LICENSE CLASS E

BLAKE ANDREW
WARNER
6220 S KELLY RD
TAMPA, FL 33611-5029
DOB: 08-09-1983   SEX: M
ISSUED: 07-30-2013   HGT: 5-11
EXPIRES: 08-09-2021
REST:
ENDORSE:
REPLACED: 01-01-2017

MOTORCYCLE ALSO

Operation of a motor vehicle constitutes consent to any sobriety test required by law.