# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Hillsborough County Clerk of Courts

Case Number 8:22-CV-1977

## Supplemental Exhibits for Plaintiff's Verified Motion for Partial Summary Judgment

*Plaintiff* attaches two exhibits that were inadvertently not attached to his *Verified Motion for Partial Summary Judgment* Doc. 33.

6-10-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

1