

Patrick S. Brathwaite

Akerman LLP
401 E. Jackson Street
Suite 1700
Tampa, FL 33602-5250

patrick.brathwaite@akerman.com

August 26, 2022

**Via E-Mail: blake@null3d.com**
Blake Warner
502 S. Fremont Ave. 1322
Tampa, Florida 33606

RE: *Fla. Stat. 772.11 DEMAND LETTER dated July 29, 2022*

Dear Mr. Warner:

As you know, we represent the Hillsborough County Clerk of Courts (the "Clerk") with respect to your July 29, 2022 correspondence entitled Fla. Stat. 772.11 DEMAND (the "Demand").

We understand you have demanded $10,800 (triple $3,600) pursuant to Fla. Stat. § 772.11, alleging the embezzlement of "$3,600.00 from Mr. Warner's escrow account held for case number 2018-cc-22377." We also recognize that in your Demand you have threatened to file a lawsuit against the Clerk for "theft and breach of fiduciary duty, among other possible causes of action."

First, as detailed below, your threatened legal action is without merit.

Second, threatening to accuse another of any crime or offense, including theft, with the intent to obtain money may constitute the crime of extortion. *See* Fla. Stat. § 836.05:

> **836.05   Threats; extortion.**—Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

August 26, 2022
Page 2

_____

We trust it was not your intent to commit extortion. And we write to explain why your proposed lawsuit would be frivolous and serve no purpose, other than to subject you to potential liabilities.

<u>The $3,600.00 Forfeiture Was Proper and the Clerk is Immune from Liability</u>

Fla. Stat. § 116.21 governs the forfeiture of funds and provides any "unclaimed court-related funds collected or deposited by the clerk which remain unclaimed **must** be deposited in to the fine and forfeiture fund …" *See* Fla. Stat. § 116.21(1) (emphasis added). The statute provides that the clerk may compile a list of the unclaimed monies, naming the defendant and amounts of unclaimed monies, and publish same one time during the month of July in a newspaper of general circulation in the county and specify that the funds shall be forfeited unless claimed on or before September 1. *See* Fla. Stat. § 116.21(2). The publication shall be made by the publisher of such newspaper and filed and recorded in the minutes of the county commissioners of such county. The statute further provides:

> Persons having or claiming any interest in such funds or any portion of them shall file their written claims with the sheriff or clerk of the court of the county having custody of such funds within the time specified by the notice and shall make sufficient proof to the sheriff or clerk of their ownership and upon so doing shall be entitled to receive any part of the moneys so claimed.
> …
> **Unless claim is filed within such time as aforesaid, all claims in reference thereto are <u>forever barred</u>**.

Fla. Stat. § 116.21(3) (emphasis added).

Lastly, the statute provides:

> Upon such payment to the fine and forfeiture fund, the sheriff or clerk **shall be released and discharged from any and all further responsibility or liability** in connection therewith.

Fla. Stat. § 116.21(4) (emphasis added).

On February 16, 2021, the 13th Judicial Circuit Deputy Clerk sent you correspondence (the "Initial Notice") stating that the remaining $3,600.00 funds (the "Unclaimed Funds") deposited into the Court Registry had not been paid. A copy of the Initial Notice is attached hereto as **Exhibit A**. The Initial Notice stated the funds would be reported and remitted to the State's Unclaimed Property Division if not paid within a certain time period. The Initial Notice asked for a response by April 19, 2021, apprising you to file with the court to claim the funds in the Court Registry before the deadline.

August 26, 2022
Page 3

_____

The Clerk did <u>not</u> receive any response from you nor anyone else to the Initial Notice prior to the deadline, and the Unclaimed Funds were sent to the State's Unclaimed Property Division. Thereafter, the unclaimed funds were published and advertised in La Gaceta on Friday, July 9, 2021. A copy of the La Gaceta ad is attached hereto as **Exhibit B**. The La Gaceta ad was recorded on October 20, 2021, in the Board of County Commissioners, Hillsborough County, Florida ("BOCC") minutes, at item A-72. A copy of the BOCC meeting minutes is attached as **Exhibit C**. The Unclaimed Funds were disposed to Fine and Forfeiture on September 1, 2021.

Florida law (as quoted above for your ease of reference) provides the clerk "shall be released and discharged from any and all further responsibility or liability" following the payment of the Unclaimed Funds to the fine and forfeiture fund. *See* Fla. Stat. § 116.21(4). The Clerk's compliance with the statute, coupled with the unequivocal limitation of liability, effective upon payment to Fine and Forfeiture, make it clear that your claim for the unclaimed funds is forever barred and your threatened lawsuit is frivolous.

<u>Fla. Stat. Section 772.11 Does Not Apply</u>

You have also threatened damages based on Fla. Stat. § 772.11. This statute relates to civil theft or exploitation and provides:

> Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts.

*See* Fla. Stat. Section 772.11(1).

Again, as explained above, your Demand and threatened lawsuit relate to, and are barred by, Fla. Stat. § 116.21. Before damages can be obtained under Fla. Stat.§ 772.11, you must prove by clear or convincing evidence that you were the victim of one of the enumerated crimes within the statute, relating to theft, robbery and related crimes, or the exploitation of an elderly person or disabled adult. The forfeiture of unclaimed funds is <u>not</u> one of the predicate crimes for such a claim.

Section 772.11(1) further provides a defendant with the right to recover attorney's fees and costs for defending against such a claim. *See id.* ("The defendant is entitled to recover reasonable attorney's fees and court costs in the trial and appellate courts upon a finding that the claimant raised a claim that was without substantial fact or legal support."). We contend your threatened lawsuit would lack substantial fact or legal support for the reasons set forth herein, and would subject you to liability for the Clerk's reasonable attorney's fees and court costs to defend against such a claim.

August 26, 2022
Page 4
_____

### A Breach of Fiduciary Duty Claim is Frivolous

Lastly, you state you will bring a claim for breach of fiduciary duty against the Clerk. A breach of fiduciary duty claim will require a fiduciary relationship with you, and a breach of one or more of the duties within that fiduciary relationship. The Clerk does not have a fiduciary relationship with you, and even if it did, unclaimed funds which are forfeited pursuant to Fla. Stat. § 116.21 would not constitute a breach of the fiduciary duty. The legislature specifically provides requires the Clerk to handle unclaimed funds in the manner outlined above. Moreover, the limitation of liability provision under Fla. Stat. Section 116.21(4) would wholly bar your claim. Thus, your breach of fiduciary duty claim would be frivolous and unwarranted.

### Conclusion

We expect this response and explanation fully resolves this matter. But, please be advised that should you bring forth the frivolous claims you threaten in your Demand, we intend to respond appropriately and anticipate seeking to recover from you the reasonable attorney's fees and costs incurred in defending against such a frivolous claim.

The foregoing specifies some, but not all, of the reasons why your threatened claims are frivolous, and your Demand is improper. Considering the potential amount of attorneys' fees that may be incurred in this dispute and for which you may incur liability, please consider your options carefully. This correspondence constitutes your first notice of your potential attorneys' fees liability should you initiate litigation on the basis you have stated in the Demand.

Please let me know if you have any questions or concerns.

Respectfully submitted,

*/s/ Patrick S. Brathwaite*

Patrick S. Brathwaite

cc: Jason L. Margolin, Esq.
PB/abh

# EXHIBIT A



**CINDY STUART**

02/16/2021

BLAKE  WARNER
502 S FREMONT AVE 1322
TAMPA FL 33606

| | | | |
|---|---|---|---|
| Property Type: | DEPOSIT MADE WITH COURT | Cash: | **$3,600.00** |
| Case #: | **18-CC-022377** | Last Activity: | 05/24/2018 |
| Comments: | **COUNTY CIVIL REGISTRY** | Acct #: | C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL  33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____ I am eligible to receive payments of the funds based on the enclosed court order, **and** (check one):

\_\_\_\_The address listed above is my correct address.

\_\_\_\_The address listed above is incorrect.  The corrected payee address is:

_____

_____        _____
Signature                                                  Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit

EXHIBIT B

N T CK# 579190 06/28/2019 $15.00

D SWEENEY PLLC CK# d38668
1457 $3,036.60

& UITERWYK VS GUASTELLA, STE-
-017267 11/05/2014 *717.113

N CK# 575598 03/15/2019 $15.00
R A CK# 580802 08/16/2019 $15.00
 INC CK# 429663 05/08/2019
0732 $262.98

ENCY TAMPA WATERS CK# 429948
0874 $88.50

LE GROUP CK# 429920 05/14/2019
 $492.91

RTINEZ, JOSHUA F CK# 581850
 $15.00

ON CK# 584185 11/15/2019 $15.00
S CK# 426859 02/19/2019 15000629

N CK# 426272 02/04/2019 15001005
V CK# 574927 03/01/2019 $15.00
TLE SERVICES INC CK# 429949
1267 $324.66

COMPANY CK# 429664 05/08/2019
 $181.99

D CK# 577190 04/29/2019 $15.00
RA S CK# 576101 03/29/2019 15.00
 FIRM CK# 430775 06/06/2019
 $46.50

 VS HANKERSON, KAYE 18-CC-
18 *717.113 $250.00

INA M CK# 585279 12/20/2019

WATOYIN AMOPE CK# 436977
1561 $13.50

ARUN K CK# 581998 09/20/2019

TITLE INSURANCE CO INC CK#
19 15000704 $2,966.90

TLE OF TAMPA BAY CK# 430810
0871 $16.40

LE AGENCY INC CK# 429533
1234 $1,088.79

TITLE SERVICES INC CK# 430513
1246 $187.72

ARCH INC CK# 430811 06/07/2019
 $38.10

D U CK# 575696 03/22/2019 $15.00
 VS FLAHERTY, TIMOTHY P., FLA-
TA M. 15-CC-005094 02/27/2015
 $675.00

LA F CK# 582818 10/18/2019 $15.00
 S CK# 572936 01/11/2019 $15.00
EF N M N TH CK# 434189 09/06/2019
 $500.00

COMPANY INC CK# 429534 05/03/2019
 $1,440.31

N M CK# 578900 06/21/2019 $15.00
RYAM B CK# 576763 04/18/2019

ON R CK# 583247 10/25/2019 $15.00
TE LLP CK# 436788 11/25/2019
 $70.00

TE LLP CK# 436940 11/27/2019
 $70.00

TE LLP CK# 436941 11/27/2019
 $70.00

UVAYZ, ABDULAZIZ CK# 432235
0891 $250.00

O FFELIPE CK# 429952 05/15/2019
 $193.00

O FFELIPE CK# 429953 05/15/2019
 $110.00

NIUSKA CK# 428721 04/10/2019
 $47.60

ENNIFER M CK# 581866 09/20/2019

TAMPA BAY PROPERTY MAN-
 DIXON, MICHELLE 16-CC-031655
.113 $1,070.00

TAMPA BAY PROPERTY MAN-
 LOFTON, CURTIS 15-CC-033918
.113 $1,250.00

TITLE AGENCY INC CK# 430747
1347 $84.87

 CK# 575741 03/22/2019 $15.00
SKY G CK# 578159 05/24/2019 $15.00
N L CK# 581603 09/13/2019 $30.00
GRAM ATTORNEYS AT LAW CK#
19 15000784 $236.64

---

$15.00

ANDERSON, JOSEPH J CK# 582618 10/11/2019
$15.00

ANDERSON, KENNETH R CK# 578265 05/31/2019
$15.00

ANDRADE, MICHAEL M CK# 580847 08/16/2019
$15.00

ANDRADE, SAUL FABIAN CK# 428209 03/26/2019
15001114 $170.00

ANDREWS, ERIK TAYLOR CK# 425304 01/08/2019
15000624 $202.00

ANDREWS, JORDAN P CK# 576736 04/18/2019
$15.00

ANDREWS, PAMELA D CK# 572726 01/11/2019
$15.00

ANGELAKOPOULOS, DIMITRI CK# 575115
03/01/2019 $15.00

ANNAMANTHADOO, SARAH S CK# 585163
12/13/2019 $15.00

ARAUZ-MARTINEZ, ANA E CK# 584761 12/06/2019
$15.00

ARCELAY, LUIS S CK# 573334 01/25/2019 $15.00

ARCHER LAND TITLE LLC CK# 430664 06/03/2019
15000813 $78.23

ARELLANO, JONATHAN S CK# 582643 10/11/2019
$15.00

ARITA, EDDY I CK# 581810 09/20/2019 $15.00

ARLINE, TAMICKA R CK# 574157 02/08/2019 $15.00

ARNDT, WESLEY C CK# 579662 07/12/2019 $15.00

AROCENA, DIEGO V CK# 581815 09/20/2019 $15.00

AROCHO HERRERA, JOSE A CK# 581006
08/23/2019 $15.00

ARROYO, JONATHAN CK# 576737 04/18/2019
$15.00

ARTALONA, ANTHONY CK# 435552 10/18/2019
15001544 $12.00

ARTALONA, ANTHONY CK# 436161 11/05/2019
15001582 $26.00

ARTHUR, JASMINE D CK# 582169 09/27/2019$15.00

ASADI, MARWAN CK# 434584 09/16/2019 15001498
$1,207.50

ASHFORD PLACE APARTMENTS, LLC VS ASUKU-
LU, SAFI 18-CC-062620 02/25/2019 *717.113
$1,800.00

ASHFORD-SMITH, CHRISTOPHER D CK# 573569
01/25/2019 $30.00

ASHLEY, MAYA S CK# 585475 12/20/2019 $15.00

ASSOCIATED TITLE INC CK# 430665 06/03/2019
15000789 $95.50

ASV AUTO GROUP VS LIU, MENG 18-PP-000012
09/26/2018 *717.113 $2,000.00

ATIKMEN, SENOL CK# 582671 10/11/2019 $15.00

AUSTRINO, CRYSTAL M CK# 581828 09/20/2019
$15.00

AUZA, DAPHNE M CK# 581409 09/13/2019 $15.00

AVILA-MARTINEZ, GIOVANNY CK# 584460
11/22/2019 $15.00

AVIS BUDGET CAR RENTAL CK# 433461 08/16/2019
15001433 $689.93

AVIS BUDGET CAR RENTAL CK# 433609 08/20/2019
15001434 $600.00

AWERBACH AND COHN PA CK# 430748 06/05/2019
15000816 $86.05

AYUSO SURVEYING INC CK# 430712 06/04/2019
15000835 $16.00

BACH, RACHAEL S CK# 580568 08/09/2019 $30.00

BAER, RYAN M CK# 573517 01/25/2019 $15.00

BAHLOUL, GABRIELLA F CK# 573271 01/18/2019
$15.00

BAILEY, RACHAEL A CK# 580348 08/02/2019 $15.00

BAILON, JERONIMO CK# 430482 05/28/2019
15000757 $326.00

BALASH, JOSHUA CK# 432322 07/15/2019 15000902
$500.00

BALES AND WEINSTEIN PA CK# 429673 05/08/2019
15000688 $161.60

BALTUSNIK, JEFFREY S CK# 573055 01/18/2019
$15.00

BANDY, DONALD C CK# 426965 02/21/2019
15001025 $50.00

BANK OF AMERICA N A VS HRUBY, RAYMOND F
15-CA-001447 06/30/2016 $100.00

BANK OF AMERICA N A VS NELSON, LISA M. 12-CA-
012710 10/01/2012 $100.00

BANK OF NEW YORK MELLON VS ADAMS, APRIL
15-CA-010398 04/01/2016 $100.00

BANK OF NEWYORK MELLON VS CRUZ, JOSE 11-
CA-014797 11/18/2011 $100.00

BANK OZK CK# 431330 06/20/2019 15001312 $11.00

BAPTISTE, CONSUELO JEAN CK# 437603
12/26/2019 15001366 $1,775.00

BAQUE, MARIO CK# 428196 03/26/2019 15000662

---

BAY AREA COMMUNITY HOUSING VS WILLIAMS,
BOBBY 15-CC-028012 02/25/2015 *717.113 $20.00

BAY AREA TITLE SERVICES INC CK# 430759
06/17/2019 15000850 $471.99

BAY SURETY CORP CK# 430750 06/05/2019
15000804 $218.30

BAY TITLE AND ESCROW COMPANY CK# 430458
05/28/2019 15000822 $224.03

BAYSHORE, L.P. VS CAUSEY, RAETORIA 17-CC-
014337 05/04/2017 *717.113 $500.00

BAYSIDE ENGINEERING INC CK# 429765 05/09/2019
15001093 $120.00

BAYVIEW LOAN SERVICING LLC VS KATTELL, RAN-
DI D 13-CA-013623 07/08/2014 $100.00

BEARSS PARK, INC VS OATES, JAMES 17-CC-
013824 04/24/2017 *717.113 $740.00

BEARSS, LOUISE R CK# 584888 12/06/2019 $15.00

BEAZER PRE OWNED HOMES LLC VS ST CLAIR,
FRANZ 17-CC-042156 11/06/2017 *717.113 $500.00

BECKER AND POLIAKOFF PA CK# 430666 06/03/2019
15000806 $67.31

BECKER AND POLIAKOFF PA CK# 430815 06/07/2019
15000888 $35.50

BEINHAUER, KRISTI CK# 577203 04/29/2019 $15.00

BEITLER, CARL L CK# 574785 02/22/2019 $15.00

BELL, KIMBERLY S CK# 583117 10/18/2019 $15.00

BELLO, ADRIANA I CK# 582628 10/11/2019 $15.00

BELLOROBAINA, ANDY CK# 427561 03/11/2019
15000644 $55.00

BELMONT HEIGHTS ASSOCIATES LTD VS COOK,
KEISHA 13-CC-033890 01/24/2014 *717.113 $215.00

BELMONT HEIGHTS ASSOCIATES LTD VS CUEVAS,
MARISOL 17-CC-039779 10/26/2017 *717.113 $300.00

BELTZ AND RUTH PA CK# 429583 05/06/2019 15000692
$660.15

BENDIGO, MCKENNA A CK# 575808 03/22/2019
$15.00

BEN-EZRA AND KATZ PA CK# 429537 05/03/2019
15000730 $4,908.30

BENNETT, BETH CK# 579747 07/19/2019 $15.00

BENNETT, BRENDA D CK# 576670 04/18/2019$15.00

BENNETT, LAMAR T CK# 584022 11/08/2019 $15.00

BENNETT, LEE A CK# 583929 11/08/2019 $15.00

BENNETT, SHAUNTREL LATRICEALMERIA CK#
435982 10/29/2019 15001218 $11.00

BENNY, ANCY CK# 426537 02/11/2019 15001012
$31.00

BENOIT, PAMELA A CK# 576327 04/05/2019 $15.00

BERRIOS, LUZ CK# 573014 01/18/2019 $15.00

BERRIOS, YOLANDA CK# 427471 03/07/2019
15000650 $250.00

BESANCON, MATTHEW D CK# 578993 06/21/2019
$15.00

BEST TITLE SERVICES LLC CK# 429675 05/08/2019
15000754 $611.72

BETANCOURT, JEAN PAUL E CK# 578898
06/21/2019 $15.00

BETTERSON, RONEY CK# 428712 04/10/2019
15000678 $46.40

BHIMSAIN, NATHANIEL A CK# 577631 05/10/2019
$15.00

BIGDELI, CATHLEEN J CK# 582585 10/11/2019$15.00

BIGELOW, JAH M CK# 584514 11/22/2019 $15.00

BINDER, SCOTT DARYL CK# 431391 06/20/2019
15000865 $114.61

BINGMAN, KERRY CK# 432399 07/17/2019 15001352
$45.75

BLACK, STACEY MICHELE CK# 432834 07/26/2019
15000986 $60.00

BLAIR, AMANDA M CK# 584418 11/22/2019 $15.00

BLAIR, ANNEKA D CK# 573689 02/01/2019 $15.00

BLOOMFIELD, JAMES R CK# 579215 06/28/2019
$15.00

BONNER, DANIELLE M CK# 582157 09/27/2019
$15.00

BONRAS, TAMARA CK# 580301 07/26/2019 $14.79

BOSCO, MARTHA E CK# 583180 10/25/2019 $15.00

BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS
VS WARNER, BLAKE 18-CC-022377 05/24/2018
*717.113 $3,600.00

BOYCE, BROOKE D CK# 577548 05/10/2019 $15.00

BRADLEY TITLE CORP CK# 429951 05/15/2019
15000895 $322.14

BRADLEY, SHAYDA Z CK# 574162 02/08/2019$15.00

BRAGDON, JENISE A VS LYNUM, JAKINA 17-CC-

---

15001368

BRUDNY AND RABIN PA CK# 43?
$15.00

BRUMLEY, AARON T CK# 580632 08

BRUNS, NORMAN L CK# 574688 02/

BRYAN-MARQUAND, SARAH A
04/05/2019

BRYANT, EVER CK# 427269 03/01/2
$106.80

BUBLEY AND BUBLEY PA CK# 43
15000782

BUCKNER, SEAN L CK# 583743 11/

BUFFA, ANTONELLA M CK# 584403
$15.00

BUHADI, MESHARI CK# 4328
15000917

BUHADI, MESHARI CK# 4328
15000916

BUIKEMA, JANE KIMBERLY CK# 43
15001396

BULLARD, TERESA M CK# 581940 0
$15.00

BULTRON, SUSANNAH M CK# 5819
$15.00

BURCAW AND ASSOCIATES ENG
CK# 429676 05/08/2019 15000743

BURGESS, JOHN VS BELTRAN,
007038 03/29/2013 *717.113

BURGIN, BRIDGETTE M CK# 57803
$15.00

BURGMAN, ISAIAH VS MARLIN FIN
CA-007185 08/22/2017

BURKE, KATHRYN MCCALL CK# 42
15001173

BURLINGTON COAT FACTORY
08/05/2019 15001472

BURLINGTON COAT FACTORY
08/21/2019 15001471

BURNETT, JACORBY T CK# 580125
$15.00

BURTON, ZACHARY S CK# 573872
$15.00

BUSH, KEITH E CK# 585284 12/20/2

BUSTON, DERRICK YOUNG CK# 42
15001121

BUTLER AND HOSCH PA CK# 42
15001191

BUTTS, KRISTIN L CK# 572668 01/1

BUZBEE, JAMES F CK# 430
15000831

BYRD, CHARLES R CK# 574560 02/

BYRD, WILLIE J CK# 575377 03/15/2
C J KEEL JR PA CK# 430778 06/06/2
$12.64

CABALLERO, IRAM A CK# 581022 0

CABRERANATARENO, MARTA
09/24/2019 15001095

CAGLE, WILLIAM L CK# 580455 08/0

CAGLIERGIN, BELGIN CK# 582980
$15.00

CAHANIN, CHRISTINE L CK# 57927
$15.00

CALAFELL, MICHAEL MARTIN
12/23/2019 15001299

CALDERON, WELINGTON CK# 43
15001426

CALISKAN, METIN KEREM CK# 43
15001412

CALOHAN, DONALD E CK# 582626
$15.00

CALVOSOTOLONGO,EDUARDO
01/04/2019 15000923

CAMACHO, BERNABE CORTES
09/09/2019 15001087

CAMDEN DEVELOPMENT INC VS
TANY 18-CC-064983 12/28/2018 *71

CAMPBELL, EDWIN E CK# 583797 1

CAMPBELL, JEFFREY W CK# 57409
$15.00

CANCEL, REBECCA CK# 4318
15000880

CANTERO DE VARONA, EUSEBEL
12/06/2019

CAPECE, CATHERINE M CK# 57807
$15.00

CAPRITTA, MICHAEL V CK# 574695
$15.00

CAPTIVA CLUB APARTMENTS LLC
ANTONIO 17-CC-022153 06/19/2017
$465.60

CARABALLO, JOSE L CK# 577661 0

CARLSEN, GREGORY T CK# 58485
$15.00

CARMO, JOAO G CK# 581268 08/30/

CARNEGIE, ASHLEY L CK# 583989

A VS UNDERWOOD, DASIA 14-CC-...014 *717.113 $89.79
...DALUPE CK# 584897 12/06/2019 $15.00

A VS PHILLIPS, MIKE 14-CC-022634 ...113 $100.00
...ERIK S CK# 582134 09/27/2019

BROOKLYN CK# 584716 $10.70

RYAN A CK# 584713 11/22/2019

...AVIS L CK# 584337 11/22/2019

...THANESIA B CK# 579506 07/12/2019

...VS RELIFORD, BRIDGETT 15-CC-...015 *717.113 $486.00
...TITLE LLC CK# 430781 06/06/2019 $43.53
...IN R CK# 574381 02/15/2019 $15.00
...LOE F CK# 583907 11/08/2019

...OAQUIN CK# 437485 12/19/2019 $67.00
...RICIO, GABRIELA E CK# 573583 07/12/2019
...ADITYA CK# 579702 07/12/2019

E COMPANY CK# 430909 06/11/2019 $205.42
...# 433261 08/12/2019 15001452

...IELLE L CK# 574456 02/15/2019

...ENYA C CK# 576186 04/05/2019

...LE INSURANCE CO CK# 429677 ...0749 $504.05
...E 583547 11/01/2019 $15.00
...TELLA L CK# 577952 05/17/2019

...GARS MAURICIO BARRIOS CK# ...019 15000694 $13.50
...LIAM M CK# 579122 06/28/2019

...TARA CK# 430650 05/31/2019 $500.00
...C CK# 579961 07/19/2019 $15.00
...ONY S CK# 584405 11/22/2019 $15.00
...NCISCO B CK# 585363 12/20/2019

...OT O CK# 573429 01/25/2019 $15.00
...VIN P CK# 433915 08/28/2019 $13.00

...E INC VS ROUSE, DIANE W 17-CA-...018 *717.113 $388.40
...MALL OWNER LLC VS SWARTZ, ...A-010276 11/27/2017 *717.113

...DAM M CK# 581765 09/20/2019

...EL LEE CK# 434864 09/24/2019 $14.00

...L SCOTT CK# 427266 03/01/2019 $46.40
...N E CK# 584048 11/08/2019 $15.00
...N O CK# 580619 08/09/2019 $15.00
...JENNIFER CK# 576110 03/29/2019

...T LOUIS CK# 426885 02/20/2019 $250.00
...RYSTAL CK# 425878 01/24/2019 $383.50
...TITLE CK# 429682 05/08/2019 $527.05

...INA M CK# 583051 10/18/2019 $15.00
...E ASSOCIATES LTD VS LAGRANT, ...016735 06/09/2015 *717.113

...ANTAGE LLC CK# 429588 05/06/2019 $1,033.61
... PROPERTIES INC VS DANIEL, AN-...30447 02/28/2014 *717.113 $800.00
... PROPERTIES INC vs DANIEL, AN-...01228 04/04/2014 *717.113 $799.64
...E CK# 575748 03/22/2019 $15.00
...ES, DOLORES A CK# 432246 ...1397 $250.00
...E CK# 575162 03/08/2019 $15.00
...E K CK# 585468 12/20/2019 $15.00
... CK# 573385 01/25/2019 $15.00
...WARD J CK# 583461 11/01/2019

COOK, BRENDA D CK# 575938 03/29/2019 $15.00
COOK, LARRY X CK# 574651 02/22/2019 $15.00
COON, JERRY FRANK CK# 432719 07/09/2018 15001384 $173.00
COOPER, NAYLA E CK# 578714 06/14/2019 $15.00
CORA GONZALEZ, JULISSA CK# 585138 12/13/2019 $15.00
CORDON, MELISSA ANN CK# 432908 07/30/2019 15001423 $42.00
CORLEY, SIRIA CK# 579690 07/12/2019 $15.00
CORNETT, SCOTT A CK# 582839 10/18/2019 $15.00
CORRALES, ESTEBAN D CK# 577739 05/17/2019 $15.00
COSKEY, ALLAN T CK# 575211 03/08/2019 $15.00
COTE, JEFFREY R CK# 585444 12/20/2019 $15.00
COUNTRYWOOD APARTMENTS LIMITED PARTNERSHIP VS DEIGHAN, ALICE M. 15-CC-013501 04/30/2015 *717.113 $18.60
COURTESY TITLE INC CK# 430466 05/28/2019 15000810 $71.40
COURTNEY LYNNE, KIRKPATRICK CK# 432713 07/25/2019 15000989 $15.00
COURTYARDS ON THE RIVER LLC VS BAILEY, LEROY W. 19-CC-039641 07/31/2019 *717.113 $52.00
COVELL, SCOTT A CK# 582672 10/11/2019 $15.00
COVERT, MICHAEL LINN CK# 427443 02/07/2019 15000647 $268.00
COWAN, TAYLOR CK# 436873 11/25/2019 15001226 $0.50
COWLES HILLSBOROUGH PROPERTIES LLC VS OSORIO, NAOMI 15-CC-028345 09/16/2015 *717.113 $350.00
CRAMER HABER AND MCDONALD PA CK# 430669 06/03/2019 15000808 $72.83
CREATIVE CHOICE HOMES XXXI LTD VS WOODEN, RASHEEDAH 16-CC-031483 08/07/2018 *717.113 $50.00
CREUZIGER, GINA L CK# 574104 02/08/2019 $15.00
CRISPIN, PEDRO CK# 572722 01/11/2019 $15.00
CROCKETT, BRENTON W CK# 583736 11/08/2019 $15.00
CROESE, PETER CK# 430536 05/29/2019 15000796 $165.00
CROSON, CURTIS M CK# 584814 12/06/2019 15001324 $250.00
CROSS, ASHTON RENEE CK# 431042 06/13/2019 15001384 $250.00
CROSS, DAVID L CK# 580075 07/26/2019 $15.00
CROSS, MICHAEL T CK# 578529 06/07/2019 $15.00
CROTEAU, CHRISTOPHER A CK# 576661 04/18/2019 $15.00
CROWELL, CAMERON MICHAEL CK# 436270 11/07/2019 15001221 $15.75
CRUZ CRUZ, MICHAEL A CK# 584005 11/08/2019 $15.00
CRUZ, ANABELLE N CK# 585247 12/20/2019 $15.00
CRUZ, ISMAEL CK# 578503 06/07/2019 $15.00
CRUZ, JOSE EDGAR BERNABE CK# 435624 10/21/2019 15001202 $250.00
CRUZ, JOSE EDGAR BERNABE CK# 435625 10/21/2019 15001201 $250.00
CRUZ, TORI S CK# 576964 04/26/2019 $15.00
CS SUNBIZ LLC VS DOMENECH, FRAMARIE 16-CC-020169 07/01/2016 *717.113 $909.23
CUE, JUAN CK# 583888 11/08/2019 $15.00
CUEVAS, MANUEL CK# 429356 04/29/2019 15000710 $273.00
CUI, XILI CK# 435089 09/25/2019 15001480 $1,000.00
CURENTON, VICTOR L CK# 575768 03/22/2019 $15.00
CURRIER-CULLINAN, HEATHER L CK# 584854 12/06/2019 $15.00
CUYA, CHRISTINE A CK# 583234 10/25/2019 $15.00
CWANEK, GABRIELLE A CK# 579817 07/19/2019 $15.00
CYPRESS TITLE COMPANY CK# 430783 06/06/2019 15001323 $48.54
D AND E SURVEYING INC CK# 430784 06/06/2019 15001338 $31.00
D AGOSTINO, PATRICIA C CK# 575910 03/29/2019 $15.00
DAHLEM, BETTY A CK# 577488 05/10/2019 $15.00
DAIGLE, ELAINE M CK# 584205 11/15/2019 $15.00
DALEY, MAEGAN N CK# 577843 05/17/2019 $15.00
DALFERRO, VALERIE A CK# 574148 02/08/2019 $15.00
DALIA CORPORATION VS MATHENY, CHRISTIA 15-CC-000545 02/06/2015 *717.113 $175.00
DALRYMPLE, STEPHANIE A CK# 578761 06/14/2019 $15.00
DALY, JAMES B CK# 577818 05/17/2019 $15.00
DAMIANI, MICHAEL A CK# 583828 11/08/2019 $15.00
DANH, SHEENA T CK# 574027 02/08/2019 $15.00
DANIELLO WILLIAMS, JENNIFER L CK# 578859 06/21/2019 $15.00

DELFASTO, CYS VS POWELL STEPHEN 14-CC-...01264 01/20/2015 *717.113 $100.00
DELMAS, MARIE V CK# 581042 08/23/2019 $15.00
DELUNA, STEPHANIE L CK# 581715 09/20/2019 $15.00
DEMETER PROPERTIES INC VS LOFTON, WHITNEY 17-CC-012469 04/24/2017 *717.113 $165.00
DEMETER PROPERTIES INC VS MURPHY, EDWIN O 19-CC-059260 12/17/2019 *717.113 $2,525.00
DEMPS, MARQUIES J CK# 585203 12/13/2019 $15.00
DEMUTH, COREY D CK# 584216 11/15/2019 $15.00
DENNEY, WALTER J CK# 576829 04/18/2019 $15.00
DENOVA, ANDY CK# 432238 07/12/2019 15000906 $250.00
DENSON, TIFFANY M CK# 581140 08/23/2019 $15.00
DEPRANO, MICHAEL J CK# 575806 03/22/2019 $15.00
DESBOUQUETS, JEAN WILNER CK# 579891 07/19/2019 $15.00
DESCHLER, KALI M CK# 584292 11/15/2019 $20.13
DESKINS, DON G CK# 578552 06/07/2019 $15.00
DEUTSCHE BANK NATIONAL TRUST COMPANY VS JOHNSON, JOHN R 13-CA-015276 01/14/2015 $100.00
DEVANE, DEVON T CK# 575443 03/15/2019 $15.00
DHAR, RUPA CK# 575627 03/15/2019 $15.00
DHI TITLE LLC CK# 429590 05/06/2019 15000800 $1,009.03
DIAMOND TITLE AND ASSOCIATES CK# 430141 05/21/2019 15000760 $252.15
DIAZ GARCIA, JOHANSEL M CK# 575266 03/08/2019 $15.00
DIAZ, LUIS CK# 431800 06/28/2019 15001303 $29.00
DIAZ, VANESSA ARLETT CK# 428719 04/10/2019 15000859 $106.80
DIBENIGNO, ALEXANDRA F CK# 579313 07/05/2019 $15.00
DICKENSON, JARELL M CK# 575580 03/15/2019 $15.00
DIGIROLAMO, LEONARD R CK# 583812 11/08/2019 $15.00
DILBERT CASTRO, ASHLEY G CK# 583263 10/25/2019 $15.00
DIOGO, NICOLAS VS WILSON, SHERESE 18-CC-025950 01/04/2019 *717.113 $1,560.00
DIRECT CORPORATE SERVICES CK# 430821 06/07/2019 15000873 $41.69
DIX, SAMUEL B CK# 585166 12/13/2019 $15.00
DIXON, MARQUISH TRINETTE CK# 436291 11/07/2019 15001568 $80.00
DOBLER, CHRISTOPHER KENNETH CK# 426275 02/04/2019 15000605 $13.50
DOBO, SARAH E CK# 574714 02/22/2019 $15.00
DOBSON, CALMENT D CK# 576403 04/12/2019 $15.00
DOLAN, KELSEY CK# 436007 10/30/2019 15001195 $72.00
DOMINGUEZ, MARILYN R CK# 578312 05/31/2019 $30.00
DOMINGUEZ, RAFAEL CK# 436013 10/30/2019 15001196 $60.00
DOMINGUEZNIETO, VALENTIN CK# 434233 09/09/2019 15001504 $202.00
DONAGHY, ROBERT T CK# 576315 04/05/2019 $15.00
DONG, JI ZHONG CK# 436706 11/21/2019 15001585 $15.75
DONNELL, KENNETH G CK# 574321 02/15/2019 $15.00
DONNELL, KENNETH VS WILLIAMS, KAMILIHIA 13-CC-034164 01/03/2014 *717.113 $121.00
DORSEY, CRYSTAL L CK# 576926 04/26/2019 $15.00
DORWARD, THOMAS A CK# 575774 03/22/2019 $15.00
DOUGHERTY, PATRICK B CK# 575529 03/15/2019 $45.00
DOWNTOWN TAMPA APARTMENTS, LLC VS SOS-SO, JAMES 18-CC-037746 07/31/2018 *717.113 $1,000.00
DOZIER, DREW CK# 431692 06/26/2019 15000861 $170.00
DRAKE AND ASSOCIATES PA CK# 429770 05/09/2019 15000721 $116.80
DRAKE, MICAH DAVID CK# 428709 04/10/2019 15001163 $110.80
DRAWDY, KAYLA L CK# 576721 04/18/2019 $15.00
DRAYTON, JAMES V CK# 582173 09/27/2019 $15.00
DRIGGERS, AUTUMN LEANNE CK# 437770 12/30/2019 15001365 $47.00
DRIGGERS, JAMES C CK# 584094 10/18/2019 $15.00
DROTLEFF, ANDREW F CK# 580688 08/16/2019 $30.00
DUCKWORTH, ALVAN L CK# 573236 01/18/2019 $15.00
DUNN, EDWARD G CK# 575419 03/15/2019 $30.00
DUNNE ATTORNY AT LAW, JOHN P CK# 430151

...$25.00
ELITE MORTGAGE OF TAMPA IN... ...9 15000799 ...
ELIZARRARAS, AURELIO E CK# 583... $15.00
ELKASRI, MOHAMED VS BLACK, C... 032679 10/20/2015 *717.113
ELLIOTT, ANDREA K CK# 574797 02... $15.00
ELLIOTT, CHRISTINE M CK# 582957... $15.00
ELLIS, MATTHEW VS HALL, BRIONN... 04/17/2015 *717.113
ELLIS, NICHOLE H CK# 585469 12/2...
ELLISON, MARIE A CK# 575820 03/2...
EMBERY, KHARI O CK# 583786 11/0...
EMERT, OLIVER P CK# 575531 03/1...
EMILIANO, MARIA N CK# 573005 01...
ENDRUSCHAT, ROBERT J CK# 579... $15.00
ENTERPRISE TITLE PARTNERS ... 430915 06/11/2019 15001329
EPIC TITLE SERVICES INC CK# 42... $15.00
EPPS, ANTHONY D CK# 584236 11/1...
EQUITITLE LLC CK# 429926 05/14/2... $411.10
ERIC ARTURO CK# 426785 02/18/20... $202.00
ERICKSON, JAQUELINE M CK# 432... 15000955
ESAW, ERIC B CK# 576481 04/12/20...
ESCOBAR, YAN N CK# 574749 02/23...
ESGAR, ASHLYN N CK# 581467 09/1...
ESPARZA, GUADALUPE CK# 57448... $15.00
ESPINAL TEJADA, YANET CK# 583... $15.00
ESPINOZA, AURELIO CK# 573536 0... $15.00
ESPINOZA, RAMIRO CK# 578443 06...
ESPINOZA, RUTH K CK# 573456 01...
ESTEVES, ARMINDO VS FARESE, A... 19-CC-000399 01/09/2019 *717.113
EVERETT, MONIQUE CK# 432... 15001408
EVERETT, WILLOW J CK# 582884 1... $15.00
EXANTUS, CHOSTER CK# 428... 15001167
FADILAALSABBAGH, FAHD MHD... 07/25/2019 15000985
FAIR, EMERSON CK# 432720 07/25... $14.00
FAIRFIELD ARBOR WALK LLC VS P... MAN 16-CC-032432 10/18/2016 *717...
FAMILY DOLLAR CK# 428321 03/29/... $60.00
FAMILY DOLLAR CK# 429632 05/07/... $62.80
FAMILY DOLLAR CK# 435046 09/25/... $100.00
FAMILY DOLLAR CK# 437690 12/27/... $130.00
FANDALA, IVLOUSE CK# 433... 15001073
FARKAS, CHRISTOPHER P CK# 581... $30.00
FARMER AND FITZGERALD PA... 05/28/2019 15000792
FARMER, LISA H CK# 574654 02/22/...
FARRELL, SUSAN E CK# 579246 06/...
FEDERAL NATIONAL MORTGAGE A... FERNANDEZ, HECTOR 15-CA-0051... $100.00
FELICIANO, DENISSE J CK# 579617... $15.00
FELTON, DONTIAVIUS CK# 432... 15001421
FENN, ASHLEE R CK# 433154 08/07... $20.00
FENSHAW, JOHN W CK# 584605 11... 
FERBER, JONAH S CK# 583375 10/2...
FERDINAND, ROBERT A CK# 57346... $15.00
FERGUSON, DOROTHY A CK# 585... $15.00
FERNANDES, ANA VS UNKNOWN T... Z SUTHY 18-CC-000292 10/29/2018... $1,000.00
FERNANDEZ, DAVID CK# 430... 15000843
FERNANDEZ, LOGAN A CK# 57986... $15.00
FERNANDEZ, MARCUS T CK# 5776... $15.00
FERNANDEZ, MARLENE R CK# 577...

TITLE INC CK# 430874 06/10/2019 $50.00

...RY CK# 435553 10/08/2019 $15.00

...# 436000 10/30/2019 15001526

CYNTHIA B CK# 581440 09/13/2019

DENISE M CK# 579310 07/05/2019

...DEED SERVICES CK# 430822 ...0826 $17.00
...WALK LLC VS HOFFMAN, CATHY 16-...2/2016 *717.113 $2,709.27
...RA M CK# 574297 02/15/2019 $15.00
...ESTINA CK# 432599 07/23/2019 $500.00

...CK# 428857 04/16/2019 15001159

...UELINE CK# 574096 02/08/2019

...L CK# 573801 02/01/2019 $15.00
...RACT AND TITLE, LLC VS CHAVEZ, ...926289 11/19/2015 *717.113 $76.65
...TIFIED RECORD RETRIEVAL SVS ...8/2019 15001285 $632.50
...RTMENT OF FINANCIAL SERVICES ...2/2019 15001181 $226.56
...Y CASH CK# 431061 06/13/2019 $70.00
...PERTY TITLE SERVICES LLC CK# ...19 15001159 $16.53
...SURE REALTY, LLC VS JENKINS, ...27895 08/07/2018 *717.113

...CK# 436008 10/30/2019 15001228

...RLOTTE S CK# 579798 07/19/2019

...E A CK# 581878 09/20/2019 $15.00
...RALD CK# 583933 11/08/2019 $15.00
...E CK# 575422 03/15/2019 $15.00
...RLES M CK# 584219 11/15/2019

...PROPERTY SOLUTIONS LLC VS HARD-...15-CC-025679 09/25/2019. *717.113

...FOSTER CK# 431271 06/19/2019 $97.50
...EY L CK# 583086 10/18/2019 $30.00
...AND ESTATES LLC VS PORTER, PAM ...3/15/2016 *717.113 $1,583.24
...CK# 433244 08/12/2019 15001451

...ARK, LLC VS LOWE, LUCINDA H. 18-...4/2018 *717.113 $200.00
...ND MICHAELS A CK# 430825 ...0894 $29.71
...D TITLE CK# 430475 05/28/2019 $192.77
...EY A CK# 575281 03/08/2019 $15.00
...H CK# 584991 12/06/2019 $15.00
...ONBACK AND MALLOY PA CK# ...19 15000829 $13.67
...RTIES CORP VS JONES, TAMIKA ...2/09/2019 *717.113 $421.95
...EVENS CK# 427800 03/14/2019 $450.00
...N CARL CK# 431170 06/17/2019 $45.75

...HLEEN M CK# 573795 02/01/2019

...CA J CK# 583280 10/25/2019 $15.00
...KENA CK# 435682 10/22/2019 $500.00

...OSEPH P CK# 578108 05/24/2019

...RL A CK# 583971 11/08/2019 $15.00
...IAM C CK# 577930 05/17/2019

...# 434847 09/24/2019 15001487

...RIELLA P CK# 582384 10/04/2019

...EVEDO LI, BRENDA CK# 574819 $15.00
...NDER CK# 580668 08/16/2019

...LEISY CK# 432190 07/11/2019 $500.00

...ANY D CK# 577178 04/29/2019

...E A CK# 583784 11/08/2019 $15.00
...CK# 583227 10/25/2019 $15.00
...RI L CK# 583002 10/18/2019 $15.00
...LK CK# 580055 08/23/2019 $30.00

GILBERTSON, MATTHEW G CK# 576760 04/18/2019 $15.00

GINSBERG, CINDY K CK# 584585 11/22/2019 $15.00

GISPERT, DEBORAH J CK# 580972 08/23/2019 $105.00

GIZAW, GABRIELLA G CK# 580031 07/26/2019 $60.00

GIZAW, GABRIELLA G CK# 580331 08/02/2019 $150.00

GIZAW, GABRIELLA G CK# 580543 08/09/2019 $30.00

GLEN RASMUSSEN AND FOGARTY CK# 430755 06/05/2019 15001346 $83.28

GLOBAL TITLE NETWORK INC CK# 429594 05/06/2019 15000772 $882.54

GLYNOS, ANNABEL CK# 582122 09/27/2019 $15.00

GOAL PROPERTIES LLC VS GARZA, JOANNA 18-CC-053253 10/26/2018 *717.113 $2,206.00

GOLBACH, SAMUEL JOHN CK# 429894 05/13/2019 15001286 $1,702.00

GOLDSTEIN, JARED TYLER CK# 430393 05/24/2019 15001261 $55.00

GOLIBART, DANIEL A CK# 576236 04/05/2019 $15.00

GOMEZ, DIEGO M CK# 574646 02/22/2019 $15.00

GOMEZVAZQUEZ, JUAN CK# 430568 05/30/2019 15000857 $2,000.00

GOMEZVAZQUEZ, NICOLAS CK# 430408 05/24/2019 15000758 $2,000.00

GONSALEZ, JOSE LUIS HERNANDEZ CK# 435967 09/25/2019 15001483 $250.00

GONYEA, BRIANNE K CK# 581457 09/13/2019 $15.00

GONZALES, ELIADORO J CK# 428696 04/10/2019 15000664 $67.60

GONZALEZ, CARMEN CK# 577490 05/10/2019 $15.00

GONZALEZ, JOSE CK# 428871 04/16/2019 15000684 $500.00

GONZALEZ, KARLA A CK# 576857 04/26/2019 $15.00

GONZALEZ, WILLIAM R CK# 580280 07/26/2019 $15.00

GONZALEZVEGA, MIRIAM CK# 428454 04/02/2019 15001180 $100.00

GOODWIN, LAURIE CK# 435227 10/07/2019 15001147 $72.00

GOOLSBY, TIFFANY L CK# 582299 09/27/2019 $15.00

GORDON, CAELA CK# 427507 03/08/2019 15001099 $16.50

GORDON, IAN C CK# 581717 09/20/2019 $15.00

GORDON, JERLEESHA CK# 427708 03/13/2019 15000657 $50.00

GORDON, KINSLEY CK# 425213 01/04/2019 15000582 $250.00

GOSSAMER WING, LLC VS MATHIS, KOLANDA 16-CC-009938 04/08/2016 *717.113 $2,160.00

GOYNES, AMINTA O CK# 574512 02/15/2019 $15.00

GRACIA, JHOAN SEBASTIAN CK# 425264 01/07/2019 15000950 $11.34

GRAF, DAVID O CK# 581417 09/13/2019 $15.00

GRAHAM, MICHAEL D CK# 575521 03/15/2019 $15.00

GRAHAM, RACHEL N CK# 572814 01/11/2019 $15.00

GRANGER, CLIFFORD E CK# 580741 08/16/2019 $15.00

GRANTLAND, JOHN W CK# 575264 03/08/2019 $15.00

GRAY, CHRISTINA S CK# 573621 01/25/2019 $15.00

GRAY, VANESSA D CK# 579668 07/12/2019 $15.00

GREANY, PETER N CK# 574990 03/01/2019 $15.00

GREATER BAY TITLE LLC CK# 429928 05/14/2019 15001276 $378.80

GRECO PA, FRANK J CK# 430918 06/11/2019 15001328 $10.80

GRECO, BRIAN M CK# 578837 06/21/2019 $15.00

GREEN, SANDRA A CK# 583407 10/25/2019 $15.00

GREEN, WAYLON D CK# 576290 04/05/2019 $15.00

GREENBERG TRAURIG CK# 437364 12/16/2019 15001611 $12.00

GREENE AND SCHERMER CK# 430829 06/07/2019 15000828 $32.74

GREENE, MATTHEW R CK# 576525 04/12/2019 $15.00

GREENE, SHANNON SABRINA CK# 427280 03/01/2019 15000637 $110.80

GREKOS, DIONYSIA K CK# 575439 03/15/2019 $15.00

GRIFFIN, MATTHEW F CK# 573733 02/01/2019 $15.00

GRIFFIN, TERRY W CK# 583863 11/08/2019 $15.00

GRIMES, GWYNNE P CK# 584195 11/15/2019 $15.00

GROGAN, JOSHUA A CK# 582218 09/27/2019 $15.00

GROOM, JOHN VS JONES, PAMELA 17-CC-024049

...$15.00

HAMILTON, ALICE M CK# 575045 03/01/2019 $15.00

HAMILTON, DA...J CK# ...6837? 06/10/2019 $15.00

HAMILTON, DAVID J CK# 580730 08/16/2019 $15.00

HAMMER TITLE INSURANCE COMPANY CK# 431274 06/19/2019 15000868 $38.11

HANSEL, OCYNTH S CK# 579176 06/28/2019 $15.00

HANSEN, WONDA VS BINNION, ROBERT C 19-CC-040201 07/26/2019 *717.113 $500.00

HARDEE, JAYCE F CK# 581274 08/30/2019 $15.00

HARDEN, KEITH A CK# 582206 09/27/2019 $15.00

HARDEN, SHAWN D CK# 583589 12/20/2019 $15.00

HAROLD, HAROLD K CK# 575972 03/29/2019 $15.00

HARPER KYNES AND GELLER PA CK# 430478 05/28/2019 15000783 $247.50

HARRELL, ZACHERY D CK# 583384 10/25/2019 $15.00

HARRIS, ANGELA MARIE CK# 434374 09/12/2019 15001091 $111.00

HARRIS, FONDA L CK# 574490 02/15/2019 $15.00

HARRISON, JAQUAN J CK# 582170 09/27/2019 $15.00

HARRISON, TERRY A CK# 581588 09/13/2019 $15.00

HART, JULIANNE CK# 432506 07/19/2019 15001376 $250.00

HART, JULIANNE CK# 432507 07/19/2019 15001375 $250.00

HART, NATHAN CLIFFORD CK# 427534 03/08/2019 15001127 $67.00

HARTMAN, TINA M CK# 580544 08/09/2019 $15.00

HARVEY, GLENDIA CK# 428428 04/02/2019 15001179 $26.34

HARVEY, JEFFREY C CK# 580697 08/16/2019 $30.00

HARVIE, ALEXANDER S CK# 580667 08/16/2019 $30.00

HASSOUN, NICHOLAS S CK# 584482 11/22/2019 $15.00

HAUGHTON, VERONA E CK# 429752 05/08/2019 15001238 $12.50

HAWK, MADISON E CK# 582433 10/04/2019 $15.00

HAWLEY, JESSICA L CK# 573053 01/18/2019 $15.00

HAYDEN, ROBERT CHANCE CK# 432775 07/25/2019 15000909 $170.00

HAYES, TREVOR A CK# 573433 01/25/2019 $15.00

HAYSE, MERRIEL T CK# 579734 07/12/2019 $15.00

HEART OF ADOPTIONS INC CK# 432606 07/23/2019 15001420 $42.00

HEATH, CHRISTOPHER A CK# 580379 08/02/2019 $15.00

HECKSHER, MICHAEL P CK# 576522 04/12/2019 $15.00

HEMION, ROY DALLAS CK# 436015 10/30/2019 15001198 $250.00

HENDERSON, ADAM H CK# 577712 05/17/2019 $15.00

HENDERSON, CHRISTOPHER W CK# 574555 02/22/2019 $15.00

HENGST, AMANDA E CK# 575210 03/08/2019 15001405 $15.00

HENRIQUEZ, MIGUEL ANGEL CK# 426560 02/11/2019 15001013 $2,000.00

HENRY, DANIEL M CK# 583710 11/08/2019 $15.00

HENRY, DEMARIO JERMAINE CK# 428695 04/10/2019 15001166 $53.60

HENRY, TANYA N CK# 430649 05/31/2019 15001256 $60.00

HEPBURN, KRYSTAL L CK# 578678 06/14/2019 $15.00

HEREDIA PEREZ, CARLOS A CK# 582587 10/11/2019 $15.00

HERITAGE TITLE COMPANY CK# 430479 05/28/2019 15000781 $224.66

HERLONG, MARK B CK# 582753 10/18/2019 $15.00

HERNANDEZ GONZALEZ, ALEXANDRA CK# 573241 01/18/2019 $15.00

HERNANDEZ GONZALEZ, GRISEL CK# 583128 10/18/2019 $15.00

HERNANDEZ, ABIMAEL CK# 431849 07/02/2019 15001404 $500.00

HERNANDEZ, AGUSTIN HERNANDEZ CK# 434953 09/25/2019 15001482 $202.00

HERNANDEZ, ANTONIO VS PADILLA, ALEX 15-CC-004343 02/24/2015 *717.113 $600.00

HERNANDEZ, EPIFANIO CK# 583314 10/25/2019 $15.00

HERNANDEZ, FERMIN CK# 434971 09/25/2019 15001146 $500.00

HERNANDEZ, FERMIN CK# 435047 09/25/2019 15001145 $250.00

HERNANDEZ, JULIO CK# 432362 07/16/2019 15001378 $500.00

HERNANDEZ, LUCIO CK# 435579 10/18/2019 15001209 $500.00

HERNANDEZ, MELANIE CK# 572742 01/11/2019 $15.00

HERNANDEZ, NOEL CK# 578976 06/21/2019 $15.00

HOME CHOICE 205 CK# 430... 15000793

...PIGHET?Y? ?LLE AGENCY IN ...05/09/2019 15000755

HOMSEY, KYLE ALEXANDER S 10/25/2019

HOOKER, JOHN D CK# 4299... 15000733

HORBELT, BRANDON J CK# 579849... $15.00

HORNSBY, HELEN M CK# 577217 04...

HOUGH, ALYSSA M CK# 573974 02/0...

HOUSING AUTHORITY OF THE C... FLORIDA VS CROMPTON, COR... 022318 09/03/2014 *717.113

HOUSING AUTHORITY OF THE ... PA FLORIDA VS CRUZ, LAKIND... 07/18/2014 *717.113

HOUSING AUTHORITY OF THE C... FLORIDA VS WILLIAMS, BERONIC... 04/09/2015 *717.113

HOUSING AUTHORITY OF THE C... VS BELLAMY, NICKEYLA 18-CC-04... *717.113

HOUSING AUTHORITY OF THE C... FLORIDA VS BRANTLEY, MALENK... 01/03/2014 *717.113

HOWARD, FREDRICK VS CAPOMAC... 18-CC-012768 03/19/2018 *717.113

HPA US1 LLC VS LEE, ETHEL... 08/22/2019 *717.113

HRA EGYPT LAKE INC VS VASQU... PHER 14-CC-028643 10/16/2014 *71...

HUANG ANNA 16TD000635 11/27/20...

HUGGINS, CHRISTOPHER L ... 09/20/2019

HUGHES, JOSIAH R CK# 583064 10/4...

HUGHES, MAUREEN CK# 580183 07/...

HUNT, SHA N CK# 573671 02/01/201...

HUNTER, WILLIAM J CK# 582010 09...

HURLBURT, ANDREW C CK# 58533... $15.00

HURLEY, NATHAN P CK# 583602 11... $30.00

HUTCHINS, FRANK W CK# 574584 0... $30.00

HUTCHINSON, KATHRYN Y CK# 57... $15.00

HUTCHINSON, MARCHITA C ... 10/11/2019

HYRY, EDMUND K CK# 573593 01/2...

IBANEZ, TIMOTHY CK# 4314... 15001348

IMER, CHARLES CK# 434048 09/04/2... $72.00

IMRISEK, MICHAEL K CK# 579504 07...

INDELICATO, LISA J CK# 578542 06/...

INGRAHAM, JOHN H VS REED, T... 019427 07/14/2015 *717.113

INGRAM, ALTON R CK# 576620 04/1...

INMAN, MICHAEL C CK# 578801 06/...

INTEGRITY SURVEYING AND CO... CK# 430719 06/04/2019 15000819

INTEGRITY TITLE GROUP CK# 425... 15001275

INTHATHIRATH, JOHN CK# 580168 ... $15.00

IRIZARRIS, EDUARDO CK# 582394 ... $15.00

ISAACSON, PHILLIP L CK# 575795 0... $15.00

IVERY, JEFFREY CK# 574619 02/22/2...

JACKSON, ASHLEIGH CK# 4296... 15000809

JACKSON, ASHLEIGH CK# 4315... 15000896

JACKSON, ASHLEIGH CK# 4334... 15001077

JACKSON, BRIANNA CK# 4366... 15001588

JACKSON, JARVARIS ERVIN CK# 42... 15001170

JACKSON, LEQWANDA D CK# 437... 15001298

JACKSON, RICHARD R VS IRWIN... 001835 02/15/2019 *717.113

JACKSON, ROSELYN MARIA CK# 42... 15001029

JACKSON, WINIFRED C CK# 58113... $15.00

JACO, KATLYN M CK# 584164 11/15/...

JACOB, JOHN C CK# 579884 07/19/2...

JACOBS, LATONIA K CK# 576052 03...

JAMES, ADRIENE C CK# 573245 01/...

JAMES, DARRIUS RASHOD CK# 43... 15001496

15000885 $14.75

...RISON, JOCELYN C CK# 572298 05/18/2019 $15.00

...DER K CK# 581383 09/13/2019

...ON F CK# 432438 07/18/2019 $250.00

...M CK# 585075 12/13/2019 $15.00
...RAH CK# 437532 12/20/2019 $55.00

...LL A CK# 583210 10/25/2019 $15.00
...TE Y CK# 585229 12/13/2019 $24.00
...L CK# 580255 07/26/2019 $15.00
...IN, LATUANA D CK# 583558 $15.00

...HERESA A CK# 572786 01/11/2019

...S MORENO CK# 432266 07/12/2019 $250.00
...FAUSTO CK# 432248 07/12/2019 $1,322.40

...LINE K CK# 582676 10/11/2019

...DORE P CK# 579441 07/05/2019

...CK CK# 575606 03/15/2019 $15.00
...IAH D CK# 583084 10/18/2019 $15.00
...NAHERRERA CK# 430201 05/22/2019 $500.00

...CKY S CK# 576318 04/05/2019

...E CK# 574460 02/15/2019 $15.00
...CK# 429602 05/06/2019 15000771

...RTNERSHIP VS ECHOLES, LATA-
...4632 01/03/2017 *717.113 $240.00
...CK# 435156 10/03/2019 15001520

...ATHLEEN K CK# 573352 01/25/2019

...L CK# 579207 06/28/2019 $15.00
...THAN R CK# 574907 03/01/2019

...LETT AND LYND PA CK# 429555 $1,225.90
...0699
...OMITIEVNA CK# 426332 02/05/2019 $13.50

...TZGERALD CK# 427434 03/07/2019 $136.00

...UN, AMANDA CHRISTINE CK#
...19 15001220 $500.00
...CK# 581019 08/23/2019 $15.00
...LLE Z CK# 580078 07/26/2019

...L CK# 572714 01/11/2019 $15.00
...LES L CK# 574475 02/15/2019

...Y S CK# 573996 02/08/2019 $15.00
...N CK# 583550 11/01/2019 $15.00
...INE P CK# 573994 02/08/2019

...TITLE CK# 430525 05/29/2019 $213.02
...C VS JEWETT, CRYSTAL 15-CC-
...15 *717.113 $485.00
...# 428812 04/15/2019 15001160

...HATTAN APTS LLC VS WILLIAMS,
...38800 12/17/2015 *717.113 $291.00
...AL ESTATE INCOME LLC VS TUL-
...CC-008261 03/08/2017 *717.113

...AL ESTATE INCOME VS WILLIAMS,
...CC-002094 02/02/2015 *717.113

...XAT CK# 575782 03/22/2019 $15.00
...# 428697 04/10/2019 15001168

...# 428698 04/10/2019 15001169

...AN A CK# 576077 03/29/2019 $15.00
...HCK# 574233 02/15/2019 $15.00
...N J CK# 581152 08/23/2019 $15.00
...AM A CK# 432287 07/12/2019 $250.00

...S CK# 584565 11/22/2019 $15.00
...CK# 575803 03/22/2019 $15.00
...W W CK# 577158 04/29/2019 $15.00
...AN W CK# 581854 09/20/2019 $15.00
...FER L CK# 573054 01/18/2019

...CK# 577200 04/29/2019 $15.00
...CK# 585435 12/20/2019 $15.00
...JETH, LCK# 584902 12/06/2019

---

LAFLAMBOY, LINDA B CK# 575830 03/22/2019 $15.00

LAGRADE, STEVEN M CK# 436924 11/26/2019 15001225 $103.00

LAUGHTON, MARC D CK# 578728 06/14/2019 $15.00

LAKE AZZURE FLORIDA I, LLC VS RIVERA-TOR-RES, PEDRO J. 16-CC-002808 02/08/2016 *717.113 $930.00

LAKE AZZURE FLORIDA I, LLC VS WOODWARD, CHRISTOPHER CK-039159 12/12/2016 *717.113 $1,198.76

LAKESHORE COLONIAL LLC VS BLANCO, JOSE 19-CC-064491 12/17/2019 *717.113 $1,331.00

LAKESHORE COLONIAL, LLC VS HUTCHENSON, BRENDA 17-CC-038327 12/07/2017 *717.113 $2,264.68

LALUZERNE, TANYA M CK# 580268 07/26/2019 $30.00

LAMAR LACARLOS J GIBSON CK# 431369 06/20/2019 15000845 $12.00

LAMASTRA, KATHRYN A CK# 581844 09/20/2019 $15.00

LAMBERT JR, DAVID TREMAINE CK# 426112 01/30/2019 15000595 $250.00

LAMBERT, SEAN CK# 433234 08/09/2019 15000999 $1,000.00

LAMBERT, STEVEN WILLIAM MO#179832576128 - WESTERN UNION RCPT # 24-00578967 02/20/2019 $103.00

LAMON, LAURA ELAINE CK# 426294 02/04/2019 15001067 $13.50

LANDA, IUSAELLA M CK# 579805 07/19/2019 $15.00

LANDAMERICA LAWYERS TITLE CK# 429405 04/30/2019 15000708 $11,759.73

LANDMARK AT GRAYSON PARK LP VS STABEN-OW, MELISSA 16-CA-005840 07/15/2016 *717.113 $977.83

LANDTRUST TITLE COMPANY INC TAMPA CK# 430526 05/29/2019 15000794 $104.00

LANGFORD, ADRIAN E CK# 580905 08/23/2019 $60.00

LANZ, MANUEL VS MCCRAY, YVONNE L 14-CC-014229 06/26/2014 *717.113 $500.00

LARIOS, TAYLOR A CK# 582476 10/04/2019 $15.00

LASLO, LOGAN T CK# 585489 12/20/2019 $15.00

LASMAN LAW FIRM PA CK# 430680 06/03/2019 15000807 $61.33

LASTRA, ARTHUR JOSEPH CK# 428487 04/03/2019 15001178 $98.00

LATCH, JIMMIE F CK# 581487 09/13/2019 $15.00

LATTIMORE, JALEN C CK# 579893 07/19/2019 $15.00

LATTIMORE, LAUREL A CK# 574928 03/01/2019 $15.00

LAVRAR, RAS CK# 437816 12/30/2019 15001615 $19.08

LAW OFFICES OF GREGORY G JONES PA CK# 430838 06/07/2019 15000834 $15.60

LAWLESS, CASSIDY B CK# 576933 04/26/2019 $15.00

LAWRENCE, JOSEPH B CK# 574327 02/15/2019

LAWS, ALAN D CK# 580397 08/02/2019 $15.00

LAWSON, DEBRA B CK# 582575 10/11/2019 $15.00

LAYER, JEANETTE VS GROSS, RICHARD 15-CC-004959 05/08/2015 *717.113 $2,026.94

LEATH, JEREMY C CK# 581865 09/20/2019 $15.00

LEB SOLUTIONS LLC VS MUGARRA, GLORIA 14-CC-036705 01/05/2015 *717.113 $1,000.00

LEBEAU-ELROD, MICHELLE J CK# 584438 11/22/2019 $30.00

LECHUGA, DAVID M CK# 580641 08/16/2019 $15.00

LECHUGA, NITZA A CK# 577006 04/26/2019 $15.00

LEDESMA, DORAELIA CK# 435678 10/22/2019 15001206 $200.00

LEE JANG SUNG 17TD000019 07/02/2019 $359.94

LEE, RAMON L CK# 584324 11/22/2019 $15.00

LEE, SILINA Y CK# 575621 03/15/2019 $15.00

LEGENDRE, ERIENE K CK# 575978 03/29/2019 $15.00

LEINHAUSER, ALEXANDER S CK# 576167 04/05/2019 $15.00

LEMANSKI, KELLY A CK# 574322 02/15/2019 $15.00

LEMYRE, JAMES R CK# 574629 02/22/2019 $15.00

LENDERS FIRST CHOICE CK# 429712 05/08/2019 15000751 $551.00

LENDERS SERVICE INC CK# 430726 06/04/2019 15000818 $89.20

LENNARD, MATTHEW B CK# 581030 08/23/2019 $15.00

LEOBOLD, TREVOR R CK# 580803 08/16/2019 $15.00

LEOMI PROPERTIES, LLC VS HUDSON

---

LIRA, JESSICA P CK# 581862 09/20/2019 $15.00

...ZTTLE KDM 06/10/23 58 Page 6 2110

LIVINGSTON, JARREL L CK# 577342 05/03/2019 $15.00

LLANES, ALEJANDRO A CK# 574419 02/15/2019 $15.00

LMJ CK# 431427 06/21/2019 15001304 $3,000.00

LOCKRIDGE II, EDWARD LEATH CK# 434207 09/09/2019 15001505 $500.00

LOCKWOOD, MELODY CK# 428708 04/10/2019 15001164 $106.80

LOFTON, KURT A CK# 425149 01/03/2019 15000594 $27.00

LOGAN, NATHAN D CK# 574262 02/15/2019 $15.00

LOGAR, SARAH E CK# 576502 04/12/2019 $15.00

LOJI, CELESTIN CK# 436167 11/05/2019 15001215 $250.00

LOMELI, MANUELA CK# 427077 02/25/2019 15001023 $14.00

LONG-GREEN, COTISHA R CK# 580733 08/16/2019 $15.00

LONGMIRE, BLAKE V CK# 578618 06/14/2019 $15.00

LOPEZ BLANCO, NEALE CK# 581538 09/13/2019 $15.00

LOPEZ, GABRIEL J CK# 582128 09/27/2019 $15.00

LOPEZ, GUILLERMO CK# 575234 03/08/2019 $15.00

LOPEZ, JUAN M CK# 584172 11/15/2019 $15.00

LOPEZ, JUAN R CK# 582214 09/27/2019 $15.00

LOPEZ, LAURA CK# 584897 12/06/2019 $15.00

LOPEZ, SAMANTHA A CK# 577695 05/17/2019 $15.00

LOPEZ, SIOBHAN A CK# 427617 03/11/2019 15001363 $13.50

LOPEZDELACRUZ, MARIO CK# 437575 12/23/2019 15001363 $250.00

LOWES CK# 430307 05/23/2019 15001265 $25.39

LOWTON, JAMILE A CK# 581393 09/13/2019 $15.00

LOYLESS, MICHELE A CK# 426199 01/31/2019 15000957 $202.00

LOZANO-GUERRERO, MENFI CK# 429410 04/30/2019 15001149 $200.00

LOZOYA, JOSE D CK# 581480 09/13/2019 $15.00

LT TAMPA HEIGHTS, LLC VS RODGERS, ELDRICK 18-CC-004806 02/16/2018 *717.113 $480.00

LUCE, RICHARD VS CARLISE, MICHELLE 19-CC-039424 08/02/2019 *717.113 $1,000.00

LVNV FUNDING, LLC VS CARRINO, TODD 16-CC-001919 03/30/2016 $100.00

LYONS, ALISHA A CK# 583496 11/01/2019 $15.00

LYONS, MELANIE P CK# 578083 05/24/2019 $15.00

M AND D CLOSING SERVICES CK# 430881 06/10/2019 15001342 $50.00

MACHADO, SARA M CK# 582842 10/18/2019 $15.00

MACK, KASSANDRA B CK# 584595 11/22/2019 $15.00

MACKENZIE, BRIAN R CK# 582113 09/27/2019 $15.00

MACYS CK# 429256 04/25/2019 15001187 $46.50

MAGEE, DANIEL R CK# 583011 10/18/2019 $15.00

MAGUEYALPALMA, JUANA ALEJANDRA CK# 432450 07/18/2019 15000898 $250.00

MAHMOOD, ZAHID CK# 574141 02/08/2019 $15.00

MAJESTIC TITLE OF CENTRAL FLORIDA CK# 430883 06/10/2019 15000803 $57.10

MALAVE, VIRGINA CK# 432931 07/30/2019 15001427 $500.00

MALDONADO, ADIN DELEON CK# 436786 11/25/2019 15001224 $161.00

MALDONADO, ORLANDO CK# 576640 04/18/2019 $15.00

MALDONADO, TAINA I CK# 579682 07/12/2019 $15.00

MANKA, MARY K CK# 581246 08/30/2019 $15.00

MANN, MICHAEL A CK# 574270 02/15/2019 $15.00

MANNAN, MOHAMMAD ABDUL CK# 428455 04/02/2019 15000670 $834.00

MANNINGHAM, SCOTT R CK# 574301 02/15/2019 $15.00

MANZANO, LUCERO CK# 574793 02/22/2019 $15.00

MAQUEIRA GUZMAN, LAZARA D CK# 579431 07/05/2019 $15.00

MARANZANA, DOMINICK M CK# 577287 05/03/2019 $15.00

MARASCO, CHERYL L CK# 580897 08/23/2019 $15.00

MARCOUX, ALEXANDER M CK# 577036 04/26/2019 $15.00

MARION, ANTHONY D CK# 584756 12/06/2019 $15.00

MARKER, SAMANTHA D CK# 583410 10/25/2019 $15.00

MARKS, DONOVAN Q CK# 574125 02/08/2019 $15.00

MAROUNS IMPORT SPECIALIST CK# 435185 10/04/2019 15001553 $2,523.89

MARQUEZ, REINA M CK# 584110 11/15/2019 $15.00

MARRERO, JORDAN N CK# 582222 09/27/2019

---

MAZION, SLATER CK# 577679 05/17/2019

MC BRIDE, SHEENA L CK# 577459 05/10/2019 $15.00

MC CRORY, ARTHUR R CK# 582921 10/18/2019 $15.00

MC KELVEY, NATALIE M CK# 580040 07/26/2019 $15.00

MC LEAN, SHAYNA M CK# 579918 07/19/2019 $15.00

MCALISTER, JOHN D CK# 583535 11/01/2019 $15.00

MCCLENDON, JE'SHAWN S CK# 583210 $75.00

MCCRAY, BRIAN CHRISTOPHER CK# 03/14/2019 15001104 $15.00

MCDONALD, DOUGLAS W CK# 581887 $15.00

MCFARLAND, NEIL D CK# 578713 06/14/2019

MCGLOTHIN, BRENDA L CK# 577525 05/10/2019 $15.00

MCINTYRE THANASIDES ET AL CK# 12/30/2019 15001622 $15.00

MCINTYRE, EVELYN J CK# 574592 02/22/2019 $15.00

MCMAHON, MICHAEL J CK# 576815 04/19/2019 $30.00

MCMILLAN, WILLIE CK# 433355 08/14/2019 15001446 $15.00

MCNAMARA, CATHERINE M CK# 577393 05/10/2019 $15.00

MCNEIL, ANTHONY I CK# 581215 08/30/2019 $15.00

MCNULTY, SHANNON K CK# 579027 06/21/2019 $15.00

MCRAE, KELLIE VS MCNEELY, H 004292 02/28/2014 *717.113

MCRAE, KERRY H CK# 584023 11/08/2019 $15.00

MEADOWS, TODD ERIC CK# 429570 05/01/2019 15001156

MECUM, SHAWN M CK# 579254 06/28/2019 $15.00

MEDINA VELEZ, CHRISTIAN CK# 07/12/2019 $15.00

MEDINAACOSTA, JOHANA CAROLINA CK# 04/16/2019 15000681 $15.00

MEJIAS, JAYLENE CK# 580119 07/26/2019 $15.00

MELAF FL LLC VS DRAIN, MARKITA 04/25/2019 *717.113 $60.00

MELILLO, CHRISTINE M CK# 574558 02/22/2019 $15.75

MELLA, EDWIN CK# 430787 06/06/2019 $15.00

MELLERS, AUSTEN L CK# 584232 11/15/2019 $15.00

MENDEZ, ALONDRA CK# 584420 11/22/2019 $15.00

MENDEZ, EVA CK# 577738 05/17/2019 $15.00

MENDEZNVASQUEZ, CRISTINO CK# 02/11/2019 15000616 $15.00

MENDOZA, JASMINE CK# 583088 10/18/2019 $15.00

MENDOZA, JOSE ANGELITO CK# 437890 15001292

MENDOZA, JOSE ANGELITO CK# 437892 15001294

MENDOZA, JOSE ANGELITO CK# 437893 15001293

MENDOZA, JOSE ANGELITO CK# 437867 15001367

MENOZZI, SEAN CK# 581101 08/23/2019

MERCADO, MARIA CK# 579851 07/19/2019 $15.00

MERCEDES TITLE INC CK# 430814 06/07/2019 15000814 $15.00

MERGL, JOSHUA R CK# 576555 04/16/2019 $15.00

MERIDIAN POINTE APARTMENTS LLC VS TEAR, CHRISTOPHER 14-CC-024 12/17/2014 *717.113

MEROS SMITH AND OLNEY PA CK# 06/07/2019 15000837

METROPOLITAN MINISTRIES VS MYLES, C 13-CC-030388 01/06/2014 *717.113

METROPOLITAN MINISTRIES VS RE CC-029379 12/04/2014 *717.113

METTS, ATHENA M CK# 582985 10/18/2019

METZ, NAIFE CK# 579181 06/28/2019

MEYMAX TITLE AGENCY LLC CK# 05/14/2019 15000765

MICHAEL BAKER ASSOCIATES INC CK# 06/05/2019 15000815

MICHAELI, REBECCA C CK# 575794 03/22/2019 $15.00

MICHEL, ASHERON D CK# 578626 06/14/2019 $15.00

MID-AMERICA APARTMENT COMMUNITIES VS STORMS, BRANDON 14-CC-000 *717.113

MID-AMERICA APARTMENTS LP VS LEY 19-CC-038882 07/31/2019 *717.113

MILLENIUM TITLE INC CK# 430814 15001344

MILLER, AISHA R CK# 575464 03/15/2019

MILLER, ANDREW W CK# 573738 02/01/2019

$62.00
...CES M CK# 57933... 0... $15.00

HAMILLA VS ROBINSON, KIANA 16-
...2/2016 *717.113 $200.00
...NTION SERVICES CK# 430926
...0823 $24.50

...EDUARDO CK# 426348 02/05/2019
$15.75

...A CK# 575299 03/08/2019 $15.00
...DO, MARELIS CK# 575823 03/22/2019

...ANDO CK# 436492 11/15/2019
$500.00
...US J CK# 576441 04/12/2019 $15.00
...SUSANA CK# 584138 11/15/2019

...LIAM LAFAYETTE CK# 427550
...0685 $249.00

...LIAM LAFAYETTE CK# 427550
...H E CK# 575623 03/15/2019 $15.00
...DOMINIC ANTHONY CK# 436275
...1563 $20.50

...S FELIPE CK# 577057 04/26/2019 $15.00
...500.00
...S FELIPE CK# 432453 07/18/2019
$16.00

..., BISHOP S CK# 585271 12/20/2019

...Y CORDERO CK# 426005 01/28/2019
$200.00
...A CHANTEL CK# 430605 05/31/2019
$10.40
...STOPHER CK# 431992 07/05/2019
$72.00
...AH W CK# 579821 07/19/2019 $15.00
...IYA YVETTE CK# 428813 04/15/2019
$16.00

...SHA J CK# 581059 08/23/2019

...EZ, KEVIN J CK# 582926 10/18/2019

..., HARRY X CK# 583107 10/18/2019

...ME R CK# 579894 07/19/2019 $15.00
...S, LAZARO CK# 436414 11/13/2019
$250.00

...N CK# 579917 07/19/2019 $15.00
...RDO CK# 581977 09/20/2019 $15.00
...EN F CK# 578513 06/07/2019 $15.00
...MORGAN TAMPA PA CK# 436916
...1596 $50.00
...ORIA B CK# 580989 08/23/2019

...LLY M CK# 582892 10/18/2019

...S CK# 574293 02/15/2019 $15.00
...K# 582449 10/04/2019 $15.00
...ALLO, EMILYMAR CK# 580716
$45.00

...RWIN L CK# 585064 12/13/2019

...AEL DAVID CK# 428336 03/29/2019
$17.00

...TORS LP VS ROSS JAMES, SADAR-
...5-CA-006461 12/08/2015 $100.00
...TT D CK# 580286 07/26/2019 $15.00
...MI A CK# 579445 07/05/2019 $15.00
...CA L CK# 576745 04/18/2019 $15.00
...Y C CK# 577705 05/17/2019 $15.00
...SANDRA A CK# 574563 02/22/2019

...OVAN E CK# 582569 10/11/2019

...ENCE A CK# 581590 09/13/2019

...ERLY M CK# 575503 03/15/2019

...EW WINDSHIELD REPAIR, INC. VS
...SELECT INSURANCE COMPANY
...2/17/2016 *717.113 $85.90
...EW WINDSHIELD REPAIR, INC. VS
...SELECT INSURANCE COMPANY
...2/17/2016 *717.113 $101.95
...R CK# 584240 11/15/2019 $15.00
...AS D CK# 576470 04/12/2019 $15.00
...AS D CK# 582865 10/18/2019 $15.00
...CK# 574672 02/22/2019 $15.00
...NE CK# 577570 07/19/2019 $15.00

$15.00

NEVET-DAVIS, SAMUEL S CK# 436... 09/... $15.00
NIKOLAS, BENJAMIN T CK# 578424 06/07/2019
$15.00
NIXON AND ASSOCIATES CK# 430161 05/31/2019
15000762 $270.26
NOGUEIRA, BRANDON JAMES CK# 426419
02/07/2019 15001065 $33.02
NOGUERA, ADRIAN O CK# 578074 05/24/2019
$15.00
NORDSTROM, JASON P CK# 583215 10/25/2019
$15.00
NORMAN, JIM CK# 432503 07/19/2019 15001373
$245.00
NORMAN, TAL JOSEPH CK# 431886 07/02/2019
15001400 $15.75
NORTH AMERICAN INVESTIGATIONS CK# 429774
05/09/2019 15000722 $122.93
NORTH AMERICAN TITLE COMPANY CK# 430848
06/07/2019 15001337 $39.36
NORTH TAMPA MHP VS HARRIS, DESTINY,
TENANT, UNKNOWN 17-CC-038360 10/10/2017
*717.113 $500.00
NORTHRUP, ROBERT A CK# 585172 12/13/2019
$15.00
NORTHSIDE ENGINEERING SERVICES INC CK#
430887 06/10/2019 15000802 $50.00
NPV REALTY CORPORATION VS RICHARDSON,
HUBERT 14-CC-008613 04/21/2014 *717.113 $200.00
NUNNERY, MICHAEL CK# 436058 10/31/2019
15001523 $57.34
NUSEN, SHARON S CK# 582275 09/27/2019 $30.00
NUTTER, TAWNY R CK# 579019 06/21/2019 $15.00
NYDOSKE, JEREMIAH VS WAL-MART STORES
EAST L.P. 15-CA-003020 08/20/2018 *717.113
$6,887.50
OAKSVILLE PROPERTIES LLC VS LOCKETT, PA-
MELA 18-CC-026481 06/01/2018 *717.113 $174.00
OB GYN SOLUTIONS LC CK# 430686 06/03/2019
15000790 $95.29
OBEN, CHRISTIAN CK# 573522 01/25/2019 $15.00
OCANO, LEONARDO CK# 428971 04/22/2019
15001157 $12.00
OCANO, LEONARDO CK# 429072 04/22/2019
15001158 $12.00
OCEAN TITLE AND ABSTRACT INC CK# 430928
06/11/2019 15000848 $336.40
OCEAN VIEWS PROPERTIES CK# 433883 08/27/2019
15001449 $2,500.00
OCHOA GONZALEZ, TIRSO L CK# 579670
07/12/2019 $15.00
OCHOA, MANUEL ADRIAN HERNANDEZ CK# 437706
12/27/2019 15001359 $103.00
OCONNOR, THEODORE H CK# 574338 02/15/2019
$15.00
ODEH, SAMI M CK# 585549 12/20/2019 $15.00
OLIVARABARCA, INGRID YAMILETH CK# 437481
12/19/2019 15001364 $250.00
OLIVER, AUSTIN S CK# 579748 07/19/2019 $15.00
OLIVERA, GUADALUPE CK# 582896 10/18/2019
$15.00
OMNI APARTMENTS VS JACKSON, VERNIKA 19-TJ-
000020 03/04/2019 *717.113 $97.00
ON LINE TITLE SERVICES INC CK# 429778
05/09/2019 15000724 $124.06
ONEWEST BANK VS VINCENT, C 10-CA-023022
06/20/2014 $100.00
ONGE, DONALD GEORGE SAINT CK# 433097
08/06/2019 15001453 $45.75
OQUENDO FIGUEROA, EDWIN E CK# 573860
02/01/2019 $39.00
OROZCO, MIGUEL CK# 433685 08/21/2019
15001461 $39.00
ORTA, ALONDRA CANEDO CK# 426045 01/29/2019
15000596 $500.00
ORTIZ, ERICA CK# 576902 04/26/2019 $15.00
ORTIZ, JHON J CK# 580352 08/02/2019 $15.00
ORTIZ, JONATHAN F CK# 579879 07/19/2019 $15.00
ORTIZ, MIGUEL A CK# 581238 08/30/2019 $15.00
OS NATIONAL LLC CK# 425221 01/04/2019
15000925 $155.00
OSORIO, SHANNON CK# 432280 07/12/2019
15000918 $150.00
O'SULLIVAN, PATRICK D CK# 578301 05/31/2019
$15.00
OTERO, EVAN M CK# 583310 10/25/2019 $15.00
OTTEN, CASEY J CK# 580938 08/23/2019 $15.00
OTTO, ANTRON L CK# 582992 10/18/2019 $15.00
OWEN, DYLAN H CK# 577040 04/26/2019 $15.00
OWENS, SUMMER R CK# 582874 10/18/2019 $15.00
PACHIN, SAMANTHA N CK# 574718 02/22/2019
$15.00
PACIFICA HELLENIC LLC VS SMITH, ANGELICA 18-
CC-045598 08/28/2018 *717.113 $50.00
PADILLA MONIQUE CK# 582814 10/18/2019 $15.00

$15.00
PARSONS, STEPHANIE S CK# 574342 02/15/2019
$30.00
PARTNERS TITLE CORPORATION CK# 430535
05/29/2019 15000777 $201.16
PASCO TITLE LLC CK# 430690 06/03/2019 15000788
$88.00
PATTERSON PERMITS CK# 430930 06/11/2019
15000825 $11.00
PATTERSON, SCOTT W CK# 582546 10/11/2019
$15.00
PAVEI, RODRIGO CK# 427613 03/11/2019 15000674
$13.50
PAVESE, KATHERINE E CK# 573354 01/25/2019
$15.00
PAZ, ROY CK# 575100 03/01/2019 $15.00
PAZAMAYA, IDELSY CK# 432499 07/19/2019
15001390 $200.00
PAZOS LAW FIRM PA CK# 430798 06/06/2019
15000841 $45.00
PDSMWP, LLC VS SUPERMARKET, INC. 13-CC-
016391 07/19/2013 *717.113 $3,500.00
PEACOCK, SANDRA L CK# 575298 03/08/2019 $15.00
PEARCE, TRACY M CK# 583389 10/25/2019 $15.00
PEARMAN PROPERTIES LLC VS HARMON, WAYNE
16-CC-026755 09/02/2016 *717.113 $850.00
PEARSON, CHRISTIAN M CK# 574470 02/15/2019
$15.00
PEARSON, SARA K CK# 430696 06/03/2019
15000791 $110.25
PEARSON, TIMOTHY L CK# 576836 04/18/2019
$15.00
PELHAM, MATTHEW S CK# 581244 08/30/2019 $15.00
PELTON, MAX D CK# 584633 11/22/2019 $15.00
PENA, ILIANA R CK# 576677 04/18/2019 $15.00
PENTON, DONNA E CK# 577069 04/26/2019 $15.00
PEOPLES TITLE SERVICES INC CK# 429561
05/03/2019 15001235 $1,175.72
PEP BOYS CK# 429464 05/01/2019 15001239
$1,678.19
PEPPERS, YOLANDA R CK# 575837 03/22/2019
$15.00
PEREZ PA, GERALD A CK# 429699 05/08/2019
15000748 $567.76
PEREZ, ANGEL A CK# 580959 08/23/2019 $15.00
PEREZ, CUAHUTEMO CK# 579841 07/19/2019 $15.00
PEREZ, JESUS CK# 572918 01/11/2019 $15.00
PEREZ, JOVONNIE CK# 576864 04/26/2019 $15.00
PEREZ, OSCAR CK# 584118 11/15/2019 $15.00
PEREZ, YILIEN CK# 427806 03/14/2019 15000659
$500.00
PERKINS, ANDREW CK# 429626 05/07/2019
15000801 $126.50
PERKINS, IRA CK# 433313 08/13/2019 15001002
$22.81
PERMAN, MARY JANE CK# 434996 09/25/2019
15001139 $417.00
PEROTIN, MANUEL A CK# 584015 11/08/2019 $15.00
PERRNICH AND PERENICH PL CK# 430891
06/10/2019 15000844 $50.00
PERSAUD, RAMNAUTH MO#2201682084 - AMSCOT
RCPT # 24-00685443 11/04/2019 $75.00
PESINA, DANIEL CK# 576003 03/29/2019 $15.00
PETERMAN, KIMBERLY D CK# 574068 02/08/2019
$15.00
PETERS, AMY A CK# 576643 04/18/2019 $15.00
PETERSON, RICHARD L CK# 580831 08/16/2019
$30.00
PETTWAY, DESTINY N CK# 580913 08/23/2019
$15.00
PETTYGRUE, JOHNNY N CK# 583977 11/08/2019
$60.00
PETTYGRUE, JOHNNY N CK# 584246 11/15/2019
$60.00
PHAM, RANDY H CK# 578523 06/07/2019 $15.00
PHAN, LENNY T CK# 582712 10/11/2019 $15.00
PHAN, TRAN T CK# 582858 10/18/2019 $15.00
PHILIPS, PAIGE M CK# 576328 04/05/2019 $15.00
PHILLIPS, TONDA H CK# 582012 09/20/2019 $15.00
PHILORD, WENSON CK# 575011 03/01/2019 $15.00
PHOENIX DOCUMENT SERVICE INC CK# 430892
06/10/2019 15000856 $56.00
PHONGSVANIT, NICHOLAS D CK# 575539
03/15/2019 $15.00
PHYSICIANS GROUP, LLC, THIGPEN, SPORTY
VS GEICO INDEMNITY COMPANY 16-CC-018763
01/11/2018 *717.113 $62.62
PIARROT, HUNTER T CK# 583100 10/18/2019 $15.00
PICHARDO, ROSY CK# 432777 07/25/2019 15000988
$500.00
PIERCE, DALE CK# 428855 04/16/2019 15001161
$31.00

PORTFOLIO RECOVERY ASSOC...
...5731 ... 15001525
PORTFOLIO RECOVERY ASSOC...
BRANDY LEWANDOWSKI 15-CC-03...
$100.00
POSTER, EVAN J CK# 583561 11/01...
POSTHUMA, SHERI L CK# 579252 0...
POSTIGO, JOEL F CK# 573734 02/0...
POSTMA, KIRK D CK# 582630 10/11...
POULSEN, BRIANNA A CK# 581209...
$15.00
PPMT JV LLC VS WOHLFEIL, HEA...
CC-003923 02/26/2015 *717.113
PR SMITH LAW GROUP PA CK# 43...
15000889
PREMIER TITLE COMPANY OF TA...
430852 06/07/2019 15000852
PREMIER TITLE SERVICES INC...
05/03/2019 15000702
PRESCOTT, TERRY A CK# 585146 1...
$15.00
PRIAULX, JORDAN M CK# 580576 0...
PRIEST, HANNAH GRACE CK# 42...
15000614
PRISTELL, GEORGE CK# 577729 0...
PRITCHETT, PAUL E CK# 577979 05...
PROGRESS RESIDENTIAL 2015-...
LLC VS AKINS, SUMMER 15-CC-03...
*717.113
PROLUXE PROPERTIES, INC VS C...
DICE 15-CC-001952 01/30/2015 *71...
PROMENADE OWNERS ASSOCIAT...
ZEBOWSKI, RICHARD 13-CA-011...
*717.113
PUBLIX CK# 429158 04/23/2019 1500...
PUBLIX CK# 435400 10/14/2019 1500...
PUETT, KENNETH W CK# 580146 07...
PUGLIESE, NICOLE N CK# 577629 0...
$15.00
PURDY, JAMIE LEE CK# 431...
15001402
QUIGGLE, DAVID CK# 425985 01/28...
$36.50
QUIGGLE, DAVID CK# 430671 06/03...
$127.00
QUILES TOLEDO, DEBORA CK# 57...
$15.00
QUINN, JOHN E CK# 574606 02/22/2...
QUINONES AMIS, REBECCA L...
12/13/2019
QUIROZ, ALEXES CK# 434196 09/09...
$100.00
QUISPE, LUIS BYRON PEREZ...
03/25/2019 15001117
QUQALLA, FJOLLA CK# 584198 11/...
RABIEGA, AMBER R CK# 576163 04...
RADULESCU POP, GETA C CK# 576...
$15.00
RAGSDALE, TROY D CK# 575770 03...
RAHN, GARRETT T CK# 585055 12/...
RAICIES, ADAM MANUELLEE CK# 43...
15001302
RAIL CREW XPRESS CK# 435...
15001537
RAINBOW CITY LLC VS LINDSEY...
030881 11/03/2014 *717.113
RAINES, ANTHONY TOBY CK# 43...
15001580
RAINVILLE, MICHAEL W CK# 57280...
$15.00
RALEY, RICHARD D CK# 585119 12...
RALSTON BEACH MOBILE HOME...
ANDRADE, ARMANDO 14-CC-008...
*717.113
RAMCHARAN, STEPHEN P CK# 577...
$15.00
RAMIREZ, MARISELI CK# 425...
15000593
RAMOS SOLANO, HECTOR A...
12/06/2019
RAMOS, EDWIN S CK# 580083 07/2...
RAMOS, EUGENE CK# 577591 05/1...
RAMOS, MARIO LARA CK# 429...
15001237
RAMOS, SILENYS D CK# 582825 10...
RANGEL, CARLOS A CK# 575410 03...
RANNIE, ROSALIE P CK# 583917 11...
RAO, RAVISHANKAR CK# 437...
15001606
RAO, SHRUTHI CK# 427345 03/04/2...
$13.50
RAPONE, MARK R CK# 577258 04/2...

03/29/2019 $15.00

ROMANOWICH, THOMAS P CK# 579014 06/21/2019 $15.00

ROME HOLDINGS, LLC VS SANCHEZ, YESENIA 15-CC-005596 03/03/2015 *717.113 $237.00

ROMEL, KENDALL E CK# 427842 03/15/2019 15000658 $250.00

RONDON CASTILLO, LEONOR E CK# 578733 06/14/2019 $15.00

ROOKER, ELBA L CK# 580643 08/16/2019 $30.00

ROOT III ATTORNEY AT LAW, HARRY H CK# 430920 06/11/2019 15001327 $10.83

ROSADO GALARZA, IAN M CK# 578504 06/07/2019 $15.00

ROSALES, EDWARD CK# 585061 12/13/2019 $15.00

ROSANDICH, LAYLA MAY CK# 437309 12/12/2019 15001618 $103.00

ROSE RADIOLOGY CENTERS INC CK# 433927 08/28/2019 15001475 $90.00

ROSE, DARREN D CK# 584559 11/22/2019 $15.00

ROSE, ZACHARY W CK# 574352 02/15/2019 $30.00

ROSS, BRENDON K CK# 577558 05/10/2019 $15.00

ROSS, RANDALL J CK# 584323 11/22/2019 $15.00

ROTH, CIERRA CK# 573664 01/25/2019 $1,031.00

ROTHROCK, JENNIFER R CK# 584824 12/06/2019 $15.00

ROVIRA-COMAS, LUIS E CK# 574280 02/15/2019 $15.00

ROWLEY, JARROD Q CK# 578494 06/07/2019 $15.00

ROYAL MEDICAL CENTER GROUP LLC CK# 429650 05/07/2019 15001236 $15.00

RPK ASSOCIATES, LTD VS PRINCE, CELIESE 13-CC-032472 01/14/2014 *717.113 $80.00

RTD PHASE I GP LLC VS ESPINAL, YAHAIRA 17-CC-009516 06/11/2017 *717.113 $16.00

RUBENSTEIN LAW CK# 433263 08/12/2019 15001004 $430.00

RUDDER, TRISTAN T CK# 582295 09/27/2019 15.00

RUDEN MCCLOSKY SMITH SCHUSTER RUSSELL CK# 430931 06/11/2019 15000832 $14.40

RUDIE, VERONICA M CK# 582658 10/11/2019 $30.00

RUE, JASON M CK# 576879 04/26/2019 $15.00

RUEDA, ANTONIO CK# 580682 08/16/2019 $15.00

RUFF, WILLIAM WALLACE CK# 432798 07/25/2019 15000987 $500.00

RUFFIN, JOHN B CK# 574333 02/15/2019 $30.00

RUGAR, GAIL A CK# 574109 02/08/2019 $15.00

RUIZ, ALICIA CK# 432809 07/26/2019 15000995 $72.00

RUIZ, JOSE ISRAIL CK# 432753 07/25/2019 15001003 $250.00

RUIZ, MARIA D CK# 577839 05/17/2019 $15.00

RUSS, WILHELMINA D CK# 580456 08/02/2019 $15.00

RUSSO, ROBERT L CK# 573462 01/25/2019 $15.00

RYAN, ROBERT K CK# 584311 11/22/2019 $15.00

RYDBERG, THOMAS H CK# 429786 05/09/2019 15000720 $126.87

SABATINO, ASHLEY M CK# 584752 12/06/2019 $15.00

SACCENTE, JULIE CK# 431073 06/13/2019 15000847 $500.00

SAENZ, GLORIBEL CK# 428125 03/25/2019 15000654 $72.00

SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432103 07/08/2019 15001418 $163.00

SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432104 07/08/2019 15001419 $163.00

SAGE, MICHAEL C CK# 578532 06/07/2019 $15.00

SALAZAR, MARLENE CK# 575329 03/08/2019 $15.00

SALCEDO, YAMILIZ CK# 575278 03/08/2019 $15.00

SALENO, DEVON J CK# 573766 02/01/2019 $15.00

SALLYE, CLARISSA M CK# 436697 11/21/2019 15001584 $60.00

SALVATORE EMANUELE INDOVINO CK# 426371 02/05/2019 15000663 $2,500.00

SAM & PETE INC,SHEHATA, MEDHAT VS HICKS, KYLA CHAIRSE 16-CC-026254 08/17/2016 *717.113 $874.00

SAMMARTINO, GINA L CK# 575184 03/08/2019 $15.00

SAMS, ERTHA C CK# 575434 03/15/2019 $15.00

SAMS, WALTER L CK# 574372 02/15/2019 $15.00

SANCHEZ, EVELIN CK# 434967 09/25/2019 15001481 $500.00

SANCHEZ, JESSICA SANTIAGO CK# 434533 09/16/2019 15001503 $32.36

SANCHEZ, KIMBERLY A CK# 580755 08/16/2019 $15.00

SANCHEZ, TIARA G CK# 583728 11/08/2019 $15.00

SANDCASTLE TITLE INC CK# 429739 05/08/2019 15001284 $576.50

SANDERSON, BRITTNEY A CK# 575057 03/01/2019 $15.00

---

15000689 $539.52

SELLERS, CANDACE LYNNE CK# 426842 02/19/2019 15000686 $500.00

SELVAAG, TAYLOR L CK# 577601 05/10/2019 $15.00

SEMELFORT, MARTIN G CK# 578086 05/24/2019 $15.00

SEMER, DEANDRE K CK# 579834 07/19/2019 $15.00

SERAPHIN, CRESHENDA L CK# 576237 04/05/2019 $15.00

SERRANO, DORA E CK# 575993 03/29/2019 $15.00

SERRANO, ELIZABETH L CK# 576482 04/12/2019 $15.00

SERRANO, ORLANDO CK# 579940 07/19/2019 $30.00

SERRANOHASEGAWA, GABRIEL SEIJI CK# 432443 07/18/2019 15000997 $250.00

SETTLES, BRANDY CK# 437675 12/27/2019 15001604 $20.00

SEWARD, FRANKLIN B CK# 583838 11/08/2019 $15.00

SHADES OF TIME CK# 432781 07/25/2019 15000993 $21.50

SHAINLINE, JAMES R CK# 583761 11/08/2019 $15.00

SHANKLE, JUSTIN G CK# 575734 03/22/2019 $15.00

SHARP, SUZANNE M CK# 576972 04/26/2019 $15.00

SHAVER, JEFFREY D CK# 584832 12/06/2019 $15.00

SHAWVER, RICHARD M CK# 582781 10/18/2019 $15.00

SHEARS, JORDAN G CK# 574906 03/01/2019 $15.00

SHELBY, MADISON M CK# 577193 04/29/2019 $15.00

SHELDON, LISA M CK# 576435 04/12/2019 $30.00

SHELL, HENRY CK# 430830 06/07/2019 15000836 $17.50

SHEPLER, DAVID CK# 578794 06/14/2019 $15.00

SHEPPARD, ANDRE R CK# 573691 02/01/2019 $15.00

SHERMAN PA, JOEL LEE CK# 429966 05/15/2019 15001268 $329.30

SHERRILL, JOANN B CK# 582648 10/11/2019 $15.00

SHIERLING, STEVEN W CK# 584348 11/22/2019 $15.00

SHINE, ASHLEY NICOLE CK# 427313 03/04/2019 15000633 $30.00

SHOMBER, KAYLENE R CK# 573507 01/25/2019 $15.00

SHWEDICK, GRAHAM W CK# 580361 08/02/2019 $15.00

SIDERIO, CHRISTOPHER L CK# 582077 09/27/2019 $15.00

SIDIQI, WAHIDA CK# 584333 11/22/2019 $15.00

SIEGFRIED, RICHARD SCOTT CK# 437163 12/06/2019 15001616 $21.50

SIERRA, JUDY R CK# 574959 03/01/2019 $15.00

SIERRA, KENNY CK# 435442 10/15/2019 15001547 $45.75

SIGHT REAL ESTATE VS FULKS, CAMERON 16-CC-010455 04/05/2016 *717.113 $1,650.00

SILVA, JUNIOR CK# 579564 07/12/2019 $15.00

SILVA, ORELA DA CK# 436060 10/31/2019 15001216 $500.00

SILVARES, MICHAEL A CK# 577251 04/29/2019 $15.00

SIMS, KEVIN CK# 575252 03/08/2019 $15.00

SIMS, PHYLLIS J CK# 579049 06/21/2019 $15.00

SINCERE, NAOMI CK# 582694 10/11/2019 $15.00

SINGH, JOSHUA K CK# 584912 12/06/2019 $15.00

SITA, ANTONIO MARIA ALMEIDA CK# 432878 07/30/2019 15001422 $17.00

SJA PARTNERS LLC AND 4114 S LLC VS COTTO, CHAYENNE 15-CC-021773 07/13/2015 *717.113 $100.00

SLADJANA, MIJATOVIC CK# 432027 07/05/2019 15000893 $250.00

SLATTERY, CHERYL H CK# 580921 08/23/2019 $15.00

SMALL, FRANKIE A CK# 583853 11/08/2019 $15.00

SMART TITLE OF LAKELAND LLC CK# 429780 05/09/2019 15001280 $456.58

SMITH, BOBBI JO CK# 426661 02/13/2019 15001051 $15.75

SMITH, BRITT T CK# 576617 04/18/2019 $15.00

SMITH, DARLENE M CK# 582056 09/27/2019 $15.00

SMITH, DOUGLAS CK# 431997 07/05/2019 15001399 $85.00

SMITH, DWANDA Y CK# 580723 08/16/2019 $15.00

SMITH, ELIZABETH R CK# 579825 07/19/2019 $15.00

SMITH, EVAN K CK# 575683 03/22/2019 $15.00

SMITH, GREGORY W CK# 578124 05/24/2019 $15.00

SMITH, JEREMIAH C CK# 573374 01/25/2019 $15.00

SMITH, KEVIN J CK# 578472 06/07/2019 $15.00

SMITH, KYLE P CK# 578677 06/14/2019 $15.00

SMITH, NICOLE E CK# 573072 01/18/2019 $15.00

SMITH, RENA M CK# 573469 01/25/2019 $15.00

---

SPOONER, LESLIE A CK# 582764 10/18/2019 $15.00

SPRADLY, JAMES D CK# 581876 09/20/2019 $15.00

SPRWATWEXFORD LLC VS HART, CRYSTAL CC-020462 07/18/2017 *717.113 

SPURLING, CHRISTOPHER SCOTT CK# 435056 10/04/2019 15001551 

SQUITIERI, ADAM T CK# 579550 07/12/2019 $15.00

ST JEAN, ERIKA B CK# 585057 12/13/2019 $15.00

ST JOSEPH HOSPITAL CK# 430527 06/03/2019 15001335 

ST THOMAS PROPERTIES LLC CK# 431282 ALYSSA 14-CC-036496 12/29/2014 *717.113 

STAFFIERI, LINDSAY A CK# 583734 11/08/2019 $15.00

STAFFORD, CHRISTOPHER M CK# 578748 06/14/2019 

STAPLES CK# 429566 05/03/2019 15000620 

STAPLETON, DELMER J CK# 574005 02/08/2019 $15.00

STARKS, GREGORY P CK# 580586 08/16/2019 $15.00

STARR, BENJAMIN C CK# 581214 09/06/2019 $15.00

STATEWIDE TITLE SERVICES LLC CK# 431044 06/13/2019 15000846 

STATEWIDE TITLE SOLUTIONS CK# 428956 04/30/2019 15001192 

STATTON TITLE AGENCY LLC CK# 427932 15000728 

STEAD, ROBERT M CK# 580232 07/26/2019 $15.00

STEFFAN, CONNOR R CK# 584569 11/22/2019 $30.00

STEFFEK, BRANDON J CK# 576671 04/18/2019 $15.00

STEGNER, STEVEN B CK# 580810 08/16/2019 $15.00

STEIN, STEPHANIE L CK# 580042 07/26/2019 $15.00

STEPHANIE DUNBAR CK# 425967 02/01/2019 15000651 

STEPHENS, JAMES H CK# 584843 12/06/2019 $15.00

STEPHENS, JESSE T CK# 581489 09/13/2019 $15.00

STEPHENSON, PAUL H,LUNDGREEN ESQ, MARK VS STARKES, VINCENT 14-CC-034069 12/22/2014 *717.113 

STERLING TITLE LLC CK# 429732 05/08/2019 15000723 

STEVEN P RILEY LAW OFFICE CK# 429718 05/29/2019 15001245 

STEVENS, IAN T CK# 584848 12/06/2019 $15.00

STEVENS, JONATHAN C CK# 576999 04/26/2019 $15.00

STEVENS-HOLLIS, JANYA L CK# 577192 04/29/2019 $15.00

STEVENSON, PAUL A CK# 574680 02/22/2019 $15.00

STILLWELL, MORGAN J CK# 580604 08/16/2019 $15.00

STIVERS, LIA ROMANA CK# 432871 07/30/2019 15001386 

STOCKTON, MICHAEL P CK# 580173 07/26/2019 $30.00

STOEL, JERIKKA J CK# 574611 02/22/2019 $15.00

STONE-GEIDE, BIANCA D CK# 582553 10/11/2019 $15.00

STOREY, MICHAEL J CK# 576042 03/29/2019 $15.00

STRAIGHTFORWARD REALTY INC CK# 429976 05/15/2019 15001266 

STRESS FREE PROPERTY MANAGEMENT VS MASON, CARMALITA 13-CC-037094 *717.113 

STRICKLAND, JERMYN K CK# 577912 05/17/2019 $15.00

STRINGER, EDWARD CASEY CK# 573895 02/11/2019 15000610 

STROBELE, KELSEY E CK# 582442 10/11/2019 $15.00

STROM, ALAN L CK# 580984 08/23/2019 $15.00

STUTTS, CHRISTINA CK# 426035 01/28/2019 15001006 

SUAREZ, JOEL CK# 580350 08/02/2019 $15.00

SUAU, IBIS CK# 574098 02/08/2019 $15.00

SULLIVAN, JENNIFER D CK# 575576 03/15/2019 $15.00

SUMUNNI INVESTMENTS LLC VS ROBINSON, MARIA 17-CC-013200 05/01/2017 *717.113 

SUN MEADOWBROOK FL LLC VS THOMAS, IRENE 18-CC-013322 07/02/2018 *717.113 

SUNBELT TITLE AGENCY CK# 427981 05/29/2019 15000703 

SUNBELT TITLE AGENCY CK# 427982 05/29/2019 15000752 

SUNCOAST TITLE AGENCY OF TAMPA CK# 430856 06/07/2019 15000839 

SUNDARAM, SANJAY CK# 424818 01/28/2019 15000672

APARTMENTS, INC VS MOODY, DE-
680591 10/22/2019 $325.00
... DEPARTMENT VS BRIAN BAKER
06/23/2017 $1,500.00
STATE VENTURES, LLC VS WEDEL,
11406 05/03/2016 *717.113
SHUSHNA CK# 436780 11/22/2019 $17.00
FRANELIE CK# 579227 06/28/2019
LUCY VS MALONE, JACQUELINE 19-
3/2019 *717.113 $700.00
LLIS CK# 583750 11/08/2019 $15.00
97118 12/05/2019 15001621 $15.00
ART, AKKARADEJ A CK# 582934 $15.00
REZ, MARC A CK# 580468 $15.00
N CK# 574915 03/01/2019 $15.00
RIUS J CK# 580409 08/02/2019
AM D CK# 584918 12/06/2019 $15.00
NS SHANKS, VANITA 18-CC-062954
...113 $15.00
JAMIN L CK# 575405 03/15/2019
A L CK# 578600 06/14/2019 $15.00
PHEM VS WEEMS, SHANE 14-CC-
14 *717.113 $97.09
S CK# 578413 06/07/2019 $15.00
E ANN CK# 583057 10/18/2019
ESUS A CK# 432749 07/25/2019 $250.00
PYLE PA CK# 430861 06/07/2019 $19.52
AUTHORITY OF THE CITY OF TAM-
S RUSSELL, KILILAH 14-CC-033393
...113 $12.00
S BOWERS, CHINIQUA E 16-CC-
17 *717.113 $881.24
VS HARDY, SHARON 15-CC-034477
...113 $150.00
VS JONES, SHIRLEY 15-CC-027896
...113 $850.00
ITED PARTNERSHIP VS BATTLE,
CC-032526 10/18/2016 *717.113
ED PARTNERSHIP VS HUMPHREY,
1485 10/02/2015 *717.113 $708.00
ITED PARTNERSHIP VS JAMES,
CC-040926 12/30/2016 *717.113
ED PARTNERSHIP VS SHEPPARD,
CC-040923 01/03/2017 *717.113
VS MORGAN, MATTHEW 15-CC-
15 *717.113 $545.00
W GROUP CK# 430934 06/11/2019 $50.00
OLAS VS THIMIS, TANYA 18-DR-
18 $1,000.00
ON ANDRE CK# 430369 05/24/2019 $208.00
Y L CK# 573224 01/18/2019 $15.00
KIAH CK# 583295 10/25/2019 $15.00
TIUS CK# 584193 11/15/2019 $15.00
K CK# 434995 09/25/2019 $11.00
HARLES A CK# 574477 02/15/2019
DREY S CK# 578553 06/07/2019
JEREMY DANIEL CK# 437305 $12.04
1617
LA M CK# 575557 03/15/2019 $15.00
ARY VS ARMIGER, TOM 15-CC-
15 *717.113 $200.00
ERONICA CK# 428891 04/16/2019 $20.79
ENI D CK# 584522 11/22/2019
VE VS DUNAWAY, TIFFANY 14-CC-
14 *717.113 $700.00
CK# 433693 08/21/2019 15001465
N, STEVEN CK# 430329 05/23/2019 $11.00
CK# 427262 03/01/2019 15000635
S LLC CK# 429519 04/03/2019

TRANSCARE MEDICAL TRANSPORTATION CK# 429571 05/23/2019 15001241 $180.50
TRANSCONTINENTAL TITLE CK# 429978 05/15/2019 15000735 $295.04
TRANSCONTINENTAL TITLE COMPANY CK# 429572 05/03/2019 15000701 $1,780.68
TREPANIER, JACK T CK# 429497 05/02/2019 15000776 $13.50
TRESPALACIOS, ALLISON CK# 583911 11/08/2019 $15.00
TRIMBLE, ANN M CK# 578055 05/24/2019 $15.00
TRIVIN, CYRUS A CK# 583764 11/08/2019 $30.00
TRUE, CHARLES B CK# 574561 02/22/2019 $15.00
TULLO LAW FIRM CK# 431290 06/19/2019 15001098 $113.30
TURBEVILLE, LAUREN E CK# 584896 12/06/2019 $15.00
TURNER JR, MICHAEL ANTHONY CK# 433320 08/13/2019 15001084 $16.00
TURNER, ANDREW B CK# 579412 07/05/2019 $15.00
TURNER, REX VS PRICE, PHILLIP 16-CC-030184 09/28/2016 *717.113 $48.00
TUVELL, KEVIN S CK# 578471 06/07/2019 $15.00
TUVELL, SHAWN A CK# 583769 11/08/2019 $15.00
TYSVER, CYNTHIA CK# 431994 07/05/2019 15000890 $500.00
TZADIK ACQUISITIONS LLC VS STOVALL, LORI 18-CC-019098 06/05/2018 *717.113 $452.00
TZADIK ACQUISITIONS LLC VS WILSON, TAURIE, ANDERSON SIMS, ROSS 18-CC-000833 02/08/2018 *717.113 $1,962.50
TZADIK MANAGEMENT GROUP VS PINAS, SHARMA 17-CC-028816 09/19/2017 *717.113 $148.50
TZADIK MANAGEMENT VS MEDINA, JAJAIRA 19-CC-028625 06/03/2019 *717.113 $500.00
U S BANK NATIONAL ASSOCIATION VS VEGA, SYLVIA 16-CA-002193 09/02/2016 $100.00
UAHC LLC,CBA BUSINESS SOLUTIONS VS MERRELL, BRANDI 14-CC-000522 01/16/2014 *717.113 $95.00
ULLOA, GUADALUPE CK# 574244 02/15/2019 $15.00
UNITED PAWN CK# 430232 05/22/2019 15000718 $100.00
UNITED PAWN CK# 430508 05/28/2019 15000719 $50.00
UNIVERSAL LAND TITLE INC CK# 429517 05/02/2019 15000698 $1,204.15
UNIVERSITY HOUSE LLC VS BALDWIN, CLARENCE 14-CC-036505 12/29/2014 *717.113 $310.00
UNIVERSITY HOUSE LLC VS JOSEPH, TANYA 15-CC-030441 10/14/2015 *717.113 $544.13
UNIVERSITY HOUSE LLC VS STIDIRON, JOLANDA 15-CC-032577 10/15/2015 *717.113 $495.15
UNIVERSITY HOUSE, LLC VS BEST, KYLE A. 15-CC-039773 01/11/2016 *717.113 $481.55
UNIVERSITY HOUSE, LLC,CASABLANCA APARTMENTS at UNIVERSITY VS HAYNES, TAMIKA S. 17-CC-042983 11/13/2017 *717.113 $232.80
UNIVERSITY SQUARE APARTMENTS LLC VS DISARNO, JOHN C 18-CC-044914 09/11/2018 *717.113 $526.00
URBAN CORE HOLDINGS LLC VS SEARS, GABRIEL 15-CC-023113 07/30/2015 *717.113 $291.26
URBAN TITLE SERVICES CK# 429574 05/03/2019 15000705 $3,580.85
URIJNAWRITA, ANNABELLA CK# 431119 06/14/2019 15000882 $250.00
URREGO, ROSALBA E CK# 580030 07/26/2019 $15.00
US BANK NA VS CAWLEY, THOMAS S 14-CA-009187 02/18/2016 $100.00
US BANK TRUST NA VS LOCK, SHOLANDA S 15-CA-010211 04/04/2016 $100.00
USNER, CHAD M CK# 583995 11/08/2019 $15.00
UTLEY, CYNTHIA R CK# 574008 02/08/2019 $15.00
UZZELL, NAJEE D CK# 576035 03/29/2019 $15.00
VALDERRAMA, CAROL M CK# 584221 11/15/2019 $15.00
VALENTINE HYER, TRACY CK# 582298 09/27/2019 $30.00
VALIENTE, RANSES MONZON CK# 436424 11/13/2019 15001554 $75.00
VAN DYKE COMMONS, LLC VS ACOUSTI ENGINEERING COMPANY OF FLORIDA 18-CA-000833 06/20/2018 *717.113 $117.71
VAN VUUREN, ETTIENNE CK# 426786 02/18/2019 15001041 $15.75
VANGUARD REAL ESTATE TITLE OF FL INC CK# 430739 06/04/2019 15000805 $96.75

VILLAVICENCIO, DANIEL A CK# 576394 04/12/2019 $15.00
LSA... CK# 576740 04/12/2019 Pages 14 of 50 $72.00
VINAL JIMENEZ, JUAN CARLOS CK# 426075 01/29/2019 15000964 $45.75
VINAL JIMENEZ, JUAN CARLOS CK# 426715 02/14/2019 15001014 $15.00
VOJTKO, ANGEL L CK# 582997 10/18/2019 $15.00
VOLUNTEERS OF AMERICA OF FLORIDA VS PINCKNEY, MESHA 15-CC-029882 10/12/2015 *717.113 $394.84
VU, CHUONG H CK# 579629 07/12/2019 $15.00
VUKELJA, DAVID A CK# 580373 08/02/2019 $15.00
WADE, CHARLES D CK# 583755 11/08/2019 $15.00
WADE, ERIC CK# 431270 06/19/2019 15001223 $17.00
WAHL, DANIEL E CK# 573760 02/01/2019 $15.00
WAIBERMAN, DONALD I CK# 430941 06/11/2019 15000853 $49.90
WAINORIS, KIRSTEN CK# 435630 10/21/2019 15001543 $15.75
WALGREENS CK# 433787 08/23/2019 15001458 $30.00
WALKER J, CHARLES GREGORY CK# 427386 03/06/2019 15000632 $60.00
WALKER, GARRETT E CK# 578217 05/31/2019 $15.00
WALKER, HARRISON J CK# 579598 07/12/2019 $15.00
WALLACE, CLEVELAND ALFONSO CK# 426848 02/19/2019 15001030 $15.75
WALLACE, KRISTIE LYNN CK# 425614 01/16/2019 15000943 $15.75
WALLACE, PAUL D CK# 572724 01/11/2019 $15.00
WALLIS, JOSHUA A CK# 577659 05/10/2019 $15.00
WALMART CK# 425341 01/08/2019 15000953 $48.09
WALMART CK# 427467 03/07/2019 15001107 $35.00
WALMART CK# 428306 03/28/2019 15001001 $92.56
WALMART CK# 429091 04/22/2019 15001189 $56.03
WALMART CK# 429268 04/25/2019 15001182 $96.84
WALMART CK# 429622 05/06/2019 15001254 $46.78
WALMART CK# 429788 05/09/2019 15001251 $179.00
WALMART CK# 431146 06/14/2019 15001355 $16.76
WALMART CK# 431444 06/21/2019 15001355 $4.76
WALMART CK# 432178 07/10/2019 15001416 $19.77
WALMART CK# 432474 07/18/2019 15001417 $32.66
WALMART CK# 432567 07/22/2019 15001415 $50.80
WALMART CK# 433372 08/14/2019 15001474 $144.14
WALMART CK# 435653 10/21/2019 15001527 $76.50
WALMART CK# 435986 10/29/2019 15001528 $128.47
WALMART CK# 436469 11/14/2019 15001592 $17.05
WALSH, THOMAS R CK# 578341 05/31/2019 $15.00
WARD, EDWARD CK# 573170 01/18/2019 $15.00
WARE, CHLOE J CK# 583509 11/01/2019 $15.00
WARNER, ROBERT A CK# 574729 02/22/2019 $15.00
WARREN, MICHELLE A CK# 577919 05/17/2019 $15.00
WASHINGTON, KEVIN VS BEATY, FRED, BEATY, ERICA 15-CC-009649 04/15/2015 *717.113 $95.00
WATSON, MARK S CK# 584641 11/22/2019 $15.00
WATTS, CAREY M CK# 577020 04/26/2019 $30.00
WATTS, LINDA F CK# 575244 03/08/2019 $15.00
WAWA CK# 429653 05/07/2019 15001252 $56.65
WAYPOINT HOMES VS DYKES, KEEOSHA 15-CC-038796 01/29/2016 *717.113 $446.00
WEAVER, THOMAS P CK# 575284 03/08/2019 $15.00
WEIDLER, KRONE L CK# 578968 06/21/2019 $15.00
WEIGHTMAN, KENNETH M CK# 580758 08/16/2019 $15.00
WELLS FARGO CK# 435015 09/25/2019 15001485 $18.50
WELLS, J D CK# 426395 02/06/2019 15000612 $13.50
WELLS, JOSHUA M CK# 584175 11/15/2019 $15.00
WEST FLORIDA WHOLESALE PROPERTIES IV LLC VS MALDONADO, DAYANA 15-CC-015858 05/18/2015 *717.113 $925.00
WEST, QUENTIN D CK# 581983 09/20/2019 $15.00
WESTCHASE TITLE, LLC VS ML HAWKE ENTERPRISES, LLC 16-CC-021999 06/14/2017 *717.113 $567.49
WESTSHORE TITLE GROUP CK# 430510 05/28/2019 15000778 $217.26
WETHERINGTON, LAWRENCE EDWARD CK# 433879 08/27/2019 15001070 $30.00
WEVER, JOHN L CK# 583074 10/18/2019 $15.00
WHIDDEN, SHARON LEE CK# 430541 05/29/2019 15000786 $72.00
WHITBURN LLC VS PARKER, YUKIA 15-CC-021619 07/13/2019 *717.113 $1,099.64
WHITE ESQUIRE, LESLIE S CK# 429073 04/22/2019

RCPT # 24-00587862 03/11/2019
WILLIAMS, UPSWA... CK# 584923
$15.00
WILLIAMS, ZACKARY H CK# 582880
$15.00
WILLIS, CINDI M CK# 577374 05/03/
$15.00
WILLIS, KELVIN L CK# 435070 09/25/
$226.00
WILLIS, LAWRENCE M CK# 577858
$15.00
WILLSON, JOHN R CK# 584570 11/22/
WILMINGTON TRUST COMPANY VS FREDRICK M 15-CA-009132 04/25/20
$13.30
WILSON, DANIEL J CK# 573500 01/25/
WILSON, MICHAEL R CK# 582702 10/
WILSON, MICHAEL W CK# 576814 07/
WILSON, RICHELE M CK# 576786 04/
WIMBROW AND YOUNG INC CK# 43...
15000855
WINCHELL, AMBER R CK# 577033 04/
$15.00
WIND PA, SHELDON L CK# 429...
15000717
WINSTON, LONDON TYGI DAVE CK#
04/04/2019 15000666
WINSTON, LONDON TYGI DAVE CK#
04/04/2019 15000665
WINTER, JAMES RAFAEL CK# 429...
15001288
WOLF PROPERTIES LLC VS CUMM...
17-CC-006096 12/01/2017 *717.113
WOLF PROPERTIES LLC VS OGDEN...
046093 12/01/2017 *717.113
WOLF PROPERTIES LLC VS PISKUL...
CC-046094 12/29/2017 *717.113
WOOD, TYLER H CK# 576833 04/18/
WOODRUFF, DELARIA CK# 582149
$15.00
WRD LEGACY PARK, LLC VS STRA...
CC-036432 10/17/2017 *717.113
WRIGHT, CONNOR M CK# 581830 09/
WRIGHT, KAREN M CK# 581788 09/
WRIGHT, KELVIN L CK# 579371 07/0
WRIGHT, NATASHA M CK# 577060 0...
$15.00
WYRE, JACOB L CK# 573252 01/18/2
XU, TIAN SHUO VS MARSHALL, ...
009933 04/25/2014 *717.113
XU, TIANSHUO VS UNKNOWN, EITN...
018886 06/22/2016 *717.113
YAAJ INVESTMENT, LLC VS WHITE, ...
005060 02/25/2015 *717.113
YANCEY, IOLA A CK# 580357 08/02/
YANG, DANG M CK# 585399 12/20/2
YANG, MIN CK# 579422 07/05/2019
YAPICI, TOLGA IBRAHIM CK# 42...
15000592
YARBROUGH, SHAWN A CK# 437...
15001610
YATES, REGINALD L CK# 582785 10/
YEAKEL-RUIZ, ELISA D CK# 580621
$30.00
YES COMPANIES WFC LLC VS HE...
18-CC-042229 11/02/2018 *717.113
YGLESIAS, JOSEPH A CK# 576068 0
$15.00
YOUNG, JAMES CK# 426187 01/31/2
$71.84
YOUNG, JOSHUA P CK# 574258 02/
YOUNG, TIFFANY M CK# 576965 04/
YOUNGBLOOD, BARBARA JACKI...
12/27/2019 15001360
YOWELLE JR, JOHNNY CK# 435...
15001541
YOWELLE JR, JOHNNY CK# 435...
15001540
Z2153-2195WICKER AND ASSOCI...
436884 11/25/2019 15001576
ZABALA, ANDREW D CK# 580689 08
ZACEK, CHRISTIAN CK# 4329...
15000996
ZADEZENSKY, JOSE ANGEL CK# 42
15001122
ZAHM PA,DOUGLAS C CK# 429...
15000729
ZAPATA JAVIER, JENRRY CK# 573
$15.00
ZELAYA, JORGE CK# 433409 08/15/
$450.00
ZELLERS, BRANDIN CK# 4259...
15000966

# EXHIBIT C

OCTOBER 20, 2021 - REGULAR BOARD MEETING

The Board of County Commissioners, Hillsborough County, Florida, met in Regular Meeting, scheduled for Wednesday, October 20, 2021, at 9:00 a.m., in the Boardroom, Frederick B. Karl County Center, Tampa, Florida, and held virtually.

The following members were present:  Chair Pat Kemp and Commissioners Harry Cohen, Ken Hagan, Gwen Myers, Kimberly Overman, Mariella Smith, and Stacy White.

CALL TO ORDER

▶ Chair Kemp called the meeting to order at 9:00 a.m.

INVOCATION AND PLEDGE OF ALLEGIANCE

▶ Commissioner White led in the pledge of allegiance to the flag and gave the invocation.

PROCLAMATIONS/COMMENDATIONS

▶ Commissioner Overman offered a eulogy honoring former United States Secretary of State Colin Luther Powell.

▶ Proclamation presented by Commissioner Hagan, on behalf of the Board, declaring October 20, 2021, as Tampa Bay Lightning Back-To-Back Champions Day in Hillsborough County.

▶ Proclamation presented by Commissioner Myers, on behalf of the Board, declaring October 2021, as Safe Sleep Awareness Month in Hillsborough County.

▶ Proclamation presented by Commissioner Cohen, on behalf of the Board, declaring October 20, 2021, as Moffitt Cancer Center 35th Anniversary Day in Hillsborough County.

APPROVAL OF CHANGES

▶ County Administrator Bonnie Wise reviewed the changes to the agenda. ▶ **Commissioner Overman moved the changes, seconded by Commissioner Myers, and carried seven to zero.**

PUBLIC COMMENTS

▶ Mr. Richard Coury provided public comment.

WEDNESDAY, OCTOBER 20, 2021

A.    CONSENT AGENDA

▶ **Commissioner Overman moved to approve, seconded by Commissioner Cohen, and carried seven to zero.**

(All applicable documents and/or legal descriptions for Consent Agenda items were on file in Board Records.)

DISCLAIMER:   The Consent and Board Agenda items have not been edited. Language usage and verbiage were documented exactly as submitted by the department.

Aging Services

A-1    Approve Amendment 003 to the Older Americans Act (OAA) Contract No. OAA-2021-HILL with the Senior Connection Center, Inc., to enhance services provided to clients by adding In-Home Respite to the OAA Title IIIB (Adult Day Care) award.  This contract is effective from January 1, 2021 through March 31, 2022, for services rendered through December 31, 2021.  There is no change to the amount of contract funding received from SCC and no financial impact to the grant operating budget.  (21-1150)

Capital Programs

A-2    Approve the site-specific rendition for Artwork at Riverview/Alafia River Park provided by the 2nd ranked Artist, Milligan Studio, pursuant to the recommendation of the Public Art Committee (PAC).  The first-ranked artist (Daniel HorseChief) who was previously approved has declined the contract for logistical reasons.  The Public Art Committee recommends approval of Milligan Studio's artwork which will consist of a figurative bronze sculpture to be placed within the park.  An image of the proposed artwork is included in the agenda backup.  Upon Board approval, a separate Artist Agreement will be negotiated for approval by the County Administrator.  The cost of the artwork is anticipated to be $75,000.  Funding for the artwork is available within the Adopted FY 2022-2027 Capital Improvement Program (CIP No. C70000000 Public Art Program).  No additional funds are required.

Conservation and Environmental Lands Management

A-3    (a) Approve a grant agreement with the State of Florida Department of Environmental Protection to provide reimbursement funding to Hillsborough County in an amount of $100,000 for red tide cleanup

WEDNESDAY, OCTOBER 20, 2021

projects on County beaches and surrounding coastal waters. Subsequent amendments in an amount of $100,000 may be initiated as required.  (b) Delegate signature authority for any amendments/change orders to the County Administrator's Office.  There is no anticipated financial impact to the County.  Approval of this item will provide the County with cost reimbursement for work performed during red tide cleanup events.  (21-1151)

A-4   (a) Authorize staff to complete the purchase of the Riverton Property as part of the Jan K. Platt Environmental Lands Acquisition and Protection Program (ELAPP) with certain encroachments and to proceed with the required actions to finalize easements to resolve these encroachments for future approval by the Board.  This agenda item identifies proposed easements to Tampa Electric Company and Frontier Communications to resolve encroachments on the Riverton Property within the Bahia Beach Coastal Restoration ELAPP Site.  There are no costs or revenues associated with these easements through this agenda item; these will be addressed by a later agenda item that will recommend approval of the easements.  (b) Approve a Budget Amendment resolution to appropriate $1,815,720 within the ELAPP Non-Bond Fund (30005) to the Jan K. Platt ELAPP Acquisition project (C89900000) to provide interim funding from non-bond proceeds for the portion of the purchase price that will be reimbursed from the RESTORE grant proceeds.  This Budget Amendment resolution will increase the project by $1,815,720 from $1,434,280 to $3,250,000 of ELAPP non-bond funds and will reduce the reserves from $2,857,090 to $1,041,370.  Use of non-bond proceeds for such interim funding will be more efficient and reduce costs as it will eliminate the need to comply with various federal tax law requirements versus using ELAPP bond proceeds.

A-5   Authorize the Conservation and Environmental Lands Management Department to schedule a public hearing as required by the Jan K. Platt Environmental Lands Acquisition and Protection Program (ELAPP) Ordinance 87-1, as amended by Ordinance 93-15, to grant a conservation easement to the Southwest Florida Water Management District for portions of the Dairy Farm ELAPP site for wetland mitigation performed by Tampa Bay Water.  The costs associated with this agenda item are limited to the costs of the public hearing advertisement and signage which should not exceed $1,000 and can be accommodated in the operating budget of the Conservation and Environmental Lands Management Department.

WEDNESDAY, OCTOBER 20, 2021

Cooperative Extension Services

A-6    Approve an agreement with the University of Florida Cooperative Extension Service for a Citrus Extension Agent in the amount of $12,857 annually, for the period October 1, 2021, through September 30, 2022. Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required.  (21-1152)

A-7    Approve an agreement with the University of Florida Cooperative Extension Service for an Integrated Pest Management (IPM) Urban Commercial Horticulture Extension Agent in the amount of $16,719 annually, for the period October 1, 2021, through September 30, 2022. Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required. (21-1153)

A-8    Approve an agreement with the University of Florida Cooperative Extension Service to enhance the current Hillsborough County Expanded Food and Nutrition Education Program in the amount of $162,000 annually, for the period October 1, 2021, through September 30, 2022. Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required.  (21-1154)

A-9    Approve an agreement with the University of Florida Cooperative Extension Service for a Vegetable/Small Fruit Extension Agent in the amount of $39,852.92, for the period October 1, 2021 through September 30, 2022.  Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required.  (21-1155)

A-10   Approve an agreement with the University of Florida Cooperative Extension Service for a Water Management/Home Environment Horticulture Extension Agent in the amount of $32,280 for the period October 1, 2021 through September 30, 2022.  Funds for this agreement are included in FY 22 adopted budget.  No additional County funds are required.  (21-1156)

A-11   Approve an Interlocal Agreement with Polk County for part time services of an Ornamental Horticulture Extension Agent, for the period of October 1, 2021 through September 30, 2022.  The County will be reimbursed $4,960 pursuant to the Interlocal Agreement.  No additional County funds are required.  (21-1157)

WEDNESDAY, OCTOBER 20, 2021

A-12  Approve the FY 22 Interlocal Agreement with Tampa Bay Water for the Florida-Friendly Landscaping Program (FFL), in the amount of $183,408 under which Cooperative Extension Service will perform consultant and professional services concerning water conservation and reduction of pollutants to stormwater runoff in Pinellas, Hillsborough, and Pasco counties.  The Agreement shall begin on October 1, 2021 and end December 31, 2022 and covers the work specified in its Scope of Services.  The funding is included in the FY 22 Adopted Budget.  Additional County support is not required.  (21-1158)

County Attorney's Office

A-13  Set a public hearing for November 17, 2021 at 10:00 a.m. to consider an amendment to Chapter 24 of the Hillsborough County Code of Ordinances and Laws which will create Article V regulating the use of fertilizers containing nitrogen and/or phosphorous within unincorporated Hillsborough County.  There is no significant financial impact to the County, and any directly related expenses can be accommodated in the departments approved operating budgets.

A-14  Approve the appointment of Scott I. Steady, Esquire to serve as special magistrate for a Request for Relief filed on pursuant to state law and the Land Development Code.  The County is responsible for 50% of (1) notice costs and (2) the fees and expenses of the special magistrate.  Funding for the County's portion is included in the budget of the Development Services Department.

Economic Development

A-15  Approve an Agreement between Hillsborough County and Speak Up Tampa Bay Public Access Television, Inc., in the annual not-to-exceed total amount of $200,000 for provision of Workforce Training Initiatives for the period of October 1, 2021, through September 30, 2023.  Funding for this Agreement is included in the Countywide General Operating Fund within the Countywide General Fund of Economic Development's Non-Profit Organizations FY 22 adopted and FY 23 planned budgets.  (21-1159)

A-16  Approve an Agreement between Hillsborough County and the Boys and Girls Clubs of Tampa Bay, Inc. ("Agency") in the annual not-to-exceed amount of $22,500 for the provision of a Summer youth employment program for youth residents of Hillsborough County for the period of October 1, 2021 through September 30, 2023.  Funding for this Agreement is in the Countywide General Operating Fund within the Countywide General Fund

WEDNESDAY, OCTOBER 20, 2021

of Economic Development's Non-Profit Organizations' FY 22 adopted and FY 23 planned budgets.  (21-1160)

A-17   Approve an Agreement between Hillsborough County and Enterprising Latinas, Inc., in the not-to-exceed total amount of $100,000 for provision of Economic Mobility Pathways Training for the period of October 1, 2021, through September 30, 2022.  Funding for this Agreement is included in the Countywide General Operating Fund within the Countywide General Fund of Economic Development's Non-Profit Organizations FY 22 adopted budget.  (21-1161)

A-18   Approve the Agreement between Hillsborough County and University of South Florida Research Foundation in the annual not-to-exceed amount of $200,000 to support business development services through the operations of the Tampa Bay Technology Incubator (TBTI), for the period October 1, 2021 through September 30, 2023.  TBTI offers furnished space, equipment, and direct technical assistance to new, start-up or budding technology development firms in Hillsborough County.  The Agency offers below-market rental arrangements to these businesses and laboratory-based technology firms (primarily in the bio/life sciences, engineering and software sectors) and support services, including business counseling to help them develop and grow.  Funding for this Agreement is in the Countywide General Fund of the FY 22 adopted and FY 23 planned budgets for Non-Profit Organizations.  (21-1162)

A-19   (a) Approve the Agreement with the Greater Plant City Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.  (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount.  In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing

WEDNESDAY, OCTOBER 20, 2021

promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort.  Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount.  No additional County funds are required. (21-1163)

A-20  (a) Approve the Agreement with The Greater Brandon Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $13,200 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $13,200 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.  (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $16,800 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $16,800 and increasing the operating budget in the Economic Development Department/ES program by the same amount.  In summary, from the $30,000 appropriated within the budget for this initiative, $13,200 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $16,800 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($16,800) and providing funding to the Chamber ($13,200) so the County can have space to provide the on-site services at the Chamber location, for a total of $30,000 towards the effort.  Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of

WEDNESDAY, OCTOBER 20, 2021

this FY 22 budget amendment, which realigns $16,800 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $16,800 and increasing the operating budget in the ES by the same amount. No additional County funds are required. (21-1164)

A-21   (a) Approve the Agreement with the Greater Riverview Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.   (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount.  In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount.  No additional County funds are required. (21-1165)

A-22   (a) Approve the Agreement with the SouthShore Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to

WEDNESDAY, OCTOBER 20, 2021

County residents for the period of October 1, 2021 through September 30, 2023. The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program. The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services. (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount. In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members. The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets. There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount. No additional County funds are required. (21-1166)

A-23   (a) Approve the Agreement with the South Tampa Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023. The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program. The Chamber will receive $11,000 to support and promote workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services. (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-

WEDNESDAY, OCTOBER 20, 2021

departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount. In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount.  No additional County funds are required.  (21-1167)

A-24   (a) Approve the Agreement with the Greater Temple Terrace Chamber of Commerce, Inc. dba Uptown Chamber of Commerce (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services. (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount.  In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location,

WEDNESDAY, OCTOBER 20, 2021

for a total of $25,000 towards the effort.  Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount.  No additional County funds are required.  (21-1168)

A-25  Approve an Agreement between Hillsborough County and the University Area Community Development Corporation, Inc. in the annual not-to-exceed total amount of $100,000 for provision of a Workforce Training Program to University Area Community residents for the period of October 1, 2021 through September 30, 2023.  Funding for this Agreement is included in the Unincorporated General Operating Fund of Economic Development's FY 22 adopted and FY 23 planned budgets.  (21-1169)

A-26  Approve the Historic Preservation Challenge Grant Award Agreement with Tampa Downtown Partnership, Inc. in the amount of $31,850 to promote the County's heritage tourism to support the creation of a strategic document to guide the revitalization of the Franklin Street corridor in Downtown Tampa.  Funding for the Agreement is included in the Adopted FY 22 - FY 27 Capital Improvement Program.  These funds are administered by the Economic Development Department.  Funding for the Agreement, in the total amount of $31,850, is included in the Adopted FY 22 - FY 27 Capital Improvement Program.  These funds are administered by the Economic Development Department.  (21-1170)

Engineering and Operations

A-27  Schedule a public hearing for 10:00 a.m. on December 8, 2021, to annex new street lighting service areas, and related street lighting issues, to the Hillsborough County Consolidated Street Lighting Special Purpose District (HCCSLSPD), for the 2022 tax year. Advertising costs associated with this agenda item can be accommodated within the Street Lighting Non-Ad Valorem Assessment Fund of Engineering and Operations Department's FY 22 adopted budget.

A-28  (a) Approve the Maintained Right-of-Way Map that has been prepared in accordance with Section 95.361, Florida Statutes, delineating the limits of County maintained right-of-way along the east side of Seffner Valrico Road from East Clay Avenue to 100 feet north of Valley Hill Drive, all lying within Section 24 of Township 29 South, Range 20 East.

WEDNESDAY, OCTOBER 20, 2021

This Maintained Right-of-Way Map is being prepared to aid in the design of the Seffner Valrico Road at Clay Avenue Intersection Improvements Project, CIP 69679035.  (b) Authorize the Chair to execute and record in the Hillsborough County public records the Seffner Valrico Road Maintained Right-of-Way Map in accordance with Section 95.361, Florida Statutes.  The estimated cost of $115 for recording fees can be accommodated within the Transportation Trust Operating Fund of Engineering and Operations' FY 22 adopted budget.  (21-1171)

Facilities Management and Real Estate Services

A-29  (a) Adopt a Resolution declaring the .11 acre (4,700 square foot) property located at 318 Titian Road, in Seffner, Folio 066020-0000 ("Parcel 100") as surplus and authorizing the sale of Parcel 100 under the provisions of Florida Statute Section 125.35.  (b) Approve the sale of Parcel 100 from the current owner, Hillsborough County ("County"), to the adjacent property owner, Richard Dixon ("Buyer") for the amount of $3,100, in accordance with Section 125.35(2), Florida Statutes, and as further explained in the Background.  (c) Approve the conveyance by County Deed to Buyer, also releasing the oil and mineral rights reservation in accordance with Section 270.11, Florida Statutes. Due to the size, shape, location and inability to be issued a building permit, Parcel 100 could not be used to construct affordable housing and thus, it is only of use to one or more of the adjacent property owners.  The sale of Parcel 100 for $3,100 to Buyer represents a one-time revenue to the Unincorporated Area General Fund.  These funds are, per Board Policy 03.07.00.00, identified as appropriate excess proceeds which may be used for Affordable Housing Services Department budget in a manner consistent with the Local Affordable Housing Plan.  (R21-094) (21-1172, 21-1173)

A-30  (a) Adopt a Resolution declaring the 1.69 acre (73,616 square feet) vacant, landlocked property located west of Flores Lane, Folio 058780-0000, ("Parcel 100") as surplus and authorizing the sale of Parcel 100 under the provisions of Florida Statute Section 125.35.  (b) Approve the sale of Parcel 100 from the current owner, Hillsborough County ("County"), to an adjacent property owner Norma Y. Benitez ("Buyer") for the amount of $35,000, in accordance with Section 125.35(2), Florida Statutes, and as further explained in the Background.  (c) Approve the conveyance by County Deed to Buyer, also releasing the oil and mineral rights reservation in accordance with Section 270.11, Florida Statutes.  The sale of Parcel 100 for $35,000 to Buyer

WEDNESDAY, OCTOBER 20, 2021

represents a one-time revenue to the Unincorporated Area General Fund. These funds are, per Board Policy 03.07.00.00, identified as appropriate excess proceeds for inclusion in the Affordable Housing Services Department budget in a manner consistent with the Local Affordable Housing Plan.  (R21-095)  (21-1174, 21-1175)

A-31  Approve a Notice to Exercise Lease Extension Option between Hart Properties IV, Ltd, ("Landlord"), and Hillsborough County, on behalf of the Supervisor of Elections ("SOE"), for 1,134 square feet of office space located at 4575 Gunn Highway in Westwood Plaza Shopping Center. This location allows the SOE to continue to effectively and efficiently serve citizens locally by providing voter registration and other election services in the northwest part of the County.  The Second Amendment to Lease dated December 5, 2019 provides the County the sole option to extend the term of the original lease agreement ("Lease"). This one (1) year extension will provide for continued tenancy at Westwood Plaza commencing on February 1, 2022 and terminating on January 31, 2023.  The annual base rent for this one (1) year extension term is $27,601.44 or $2,300.04 per month.  This base rent represents a three percent (3%) increase over the current rent, which is usual and customary within the market.  The SOE is responsible for common area maintenance costs (proportionate share of water, sewer, solid waste fees) of approximately $439.85 per month, janitorial services and its separately metered electrical usage.  All other building services and maintenance obligations, including maintenance, repairs and replacement of HVAC, are provided by the Landlord.  All rent and lease costs are accommodated in the SOE's FY 22 operating budget.  (21-1176)

A-32  (a) Approve a new User Agreement between Hillsborough County ("County") and SWAMP Mountain Bike Club, Inc. ("SWAMP"), a Florida not-for profit corporation, to allow SWAMP to utilize the eastern portion of Balm-Boyette Scrub Preserve ("Preserve") a part of the Jan K. Platt Environmental Land Acquisition Protection Program ("ELAPP") to advance its mission of mountain biking and natural surface trail recreation. SWAMP will maintain and manage lands for off road bicycle trails and use certain adjoining county lands for special bicycling events.  This area of the Preserve is used for recreational use to benefit all citizens at no cost to the County.  The term begins on the effective date of the agreement and terminates on September 30, 2024 with an additional two (2) successive three (3) year terms. In lieu of rent,

WEDNESDAY, OCTOBER 20, 2021

SWAMP will maintain the trails keeping them free from brush, debris or trash and actively perform general maintenance on all bicycle trails with their own staff, and support services at no cost to the County. (b) Terminate the prior Cooperative Agreement dated October 15, 2014 between Hillsborough County and South West Association of Mountain Bike Pedalers, Inc., a Florida not-for-profit corporation, as this entity is no longer active. There are no costs to the County associated with this item. (21-1177)

A-33  (a) Adopt a resolution authorizing a land exchange between the County and Mosaic Fertilizer, LLC ("Mosaic"), exchanging a 1.56 acre County-owned parking lot, located adjacent to the former Riverview Library (Folio No. 075890-00000), in Riverview ("County Parking Property"), for a 2.5 acre property owned by Mosaic, located east of S. 78th Street and south of Eagle Palm Drive (Folio No. 049124-0000), in the Progress Village area ("Mosaic Property"). (b) Approve a land exchange agreement ("Exchange Agreement") between the County and Mosaic, wherein the County Parking Property, having an appraised value of $320,000, will be exchanged for: (i) fee title to the Mosaic Property, having an appraised value of $200,000, and (ii) a payment of $120,000 from Mosaic ("Difference in Value"). Approval of this item authorizes staff to complete the transaction in accordance with the Exchange Agreement. (c) Execute a County Deed conveying the former Riverview Library site, consisting of approximately .96 acres, to Mosaic to effectuate a reverter of the site (as further detailed in the Background), which will be held in escrow pending either: (i) closing of the Exchange Agreement or (ii) termination of the Exchange Agreement. This item will promote community welfare and public safety by providing Fire Rescue with the lands necessary to construct the new Fire Station No. 53 for the South Progress Village area. Library Services and Fire Rescue recommend approval of this item. Mosaic's payment of $120,000 represents a one-time revenue to the Library Services Operating Fund. Additionally, Library Services will receive $200,000 from the Fire Rescue Central Impact Fee Zone Fund through a charge to CIP project C91208000, Land Acquisition for New Fire Stations. Transactional costs and recording fees for the Exchange Agreement are estimated to be no more than $50,000, which can be adequately accommodated within the project budget. (R21-096) (21-1178, 21-1179, 21-1214)

WEDNESDAY, OCTOBER 20, 2021

A-34  (a) Approve a Purchase Agreement between Charles E. Springer, as
      Trustee of the Charles E. Springer Family Trust U/A/D December 20, 2007
      as to a fifty percent (50%) interest and Louise W. Springer, as Trustee
      of the Louise W. Springer Family Trust U/A/D December 20, 2007 as to a
      fifty percent (50%) interest ("Owner") and Hillsborough County
      ("County").  (b) Authorize the Real Estate Division Director to execute
      Form 8283 as Donee Part V (Donee Acknowledgment) of the Department of
      the Treasury, Internal Revenue Service allowing donor to claim the
      donation as a non-cash charitable contribution.  Owner owns real
      property located at 4041 Williams Rd., Tampa (Folios 064822-0000 and
      064830-0300) and has agreed to donate approximately 6,288 square feet
      (0.14 acres) as fee simple right-of-way ("Parcel 103") and also provide
      a forty-eight (48) month temporary construction easement ("Parcel 700")
      containing approximately 5,892 square feet (0.13 acres).  In exchange,
      County agrees to permit Owner one (1) access connection to Williams
      Road as explained in the Background.  Public Works requires Parcels
      103 and 700 to construct the Dr. Martin Luther King, Jr. Boulevard and
      Williams Road Intersection Improvement Project CIP No. 69679046.  The
      financial impact of this transaction is expected to be less than $200
      for recording fees and these costs can be adequately accommodated
      within the Intersection Capital Improvement Program Project No.
      C69679000.  (21-1180)

A-35  Approve a Letter to Extend ("Letter") a License Agreement with TECO
      for the use of approximately 2.17 acres of vacant land ("Premises")
      identified as Parcel 100 on Exhibit "A".  The Water Resources Department
      needs this land for staging of construction materials and parking of
      vehicles related to CIP# 10143 South County Advanced Wastewater
      Treatment Plant Improvements.  Water Resources staff has determined
      that the continued use of the Premises is critical to the support of
      future planned and budgeted CIP projects in the area that will also
      use the Premises for the same purpose.  The annual license fee will be
      $12,603. for the period from March 1, 2022 through February 28, 2023.
      The license fee has remained the same since 2017 and is considered
      reasonable for the size, location and intended use.  There are no other
      costs associated with this Letter.  Water Resources has accommodated
      the annual license fee in their FY 22 CIP Project budget.  (21-1181)

A-36  (a) Adopt a Resolution declaring 9.774 acres (425,755 square feet) of
      a vacant portion of the Golden Aster Scrub ELAPP Acquisition of
      Convenience ("Parcel 102") surplus pursuant to Section 125.38, Florida

WEDNESDAY, OCTOBER 20, 2021

Statutes, as further explained in the Background.  (b) Approve a fee simple conveyance of Parcel 102 by County Deed to the State of Florida Department of Transportation ("FDOT") at no cost to FDOT.  (c) Approve releasing the oil and mineral rights reservation pursuant to FDOT's request and in accordance with Section 270.11, Florida Statutes. Parcel 102 is not currently utilized by the County and because it is part of a new interchange design has no future designated use other than to support the interchange.  Conveying the parcel to FDOT will support the Interstate 75 and Big Bend Road Interchange Improvement Project and increase the level of service at this critical interchange enhancing evacuation routes for Hillsborough County citizens and accommodate current and anticipated growth in the southern part of the County.  FDOT will use Parcel 102 for mitigation and flood plain compensation.  Parcel 102 is a portion of the Golden Aster Scrub Acquisition of Convenience by ELAPP.  On October 4, 2021, the ELAPP General Committee voted in support of this transfer provided that the ELAP program is reimbursed $3,252 per acre, or $31,785 total.  The total cost associated with this item, with recording fees of $100, is approximately $31,885 which can be accommodated within the Big Bend/I-75 Interchange Improvements Project No. C69657000.  (R21-097)  (21-1182)

A-37   Approve a Third Amendment to the Interlocal Agreement Between Hillsborough County ("County") and Tampa Sports Authority ("TSA") for COVID-19 Mitigation Related and Recommended Building Modifications/Equipment/Supplies For Raymond James Stadium, in substantially the form as presented, which provides an amended final project scope and revised budget totaling $7,211,485.  The revised budget is an increase of $255,732 from the previously amended budget, however it remains below the original approved budget of $10,465,000. With the return to full capacity of the stadium, the additional funds allow TSA to procure additional entry devices and staff radios to speed entry at the main gates in order to provide spacing and prevent crowding.  There is no further financial impact to the County as sufficient funding was previously allocated in the County's CARES funding.  The 12/27/20 Congressional Appropriations Act allows an extension of the Federal CARES spending through 12/31/2021.  (21-1183)

A-38   Approve the second modification Agreement with State Alarm, Inc. (Agreement), to combine five blanket purchase agreements for Facilities, Parks, Libraries, and Fire Rescue, into one agreement

WEDNESDAY, OCTOBER 20, 2021

managed by the Facilities Management and Real Estate Services Department for more efficient and controlled management of requests and expenditures. Additionally, increase the overall agreement by $350,000.00 from $1,025,432.70 to $1,375,432.70. to allow for necessary upgrades, inspections, and parts as further explained in the background. Finally, replenish the $25,000.00 Unilateral Change Order balance previously depleted by multiple departmental BPA service needs, increasing the total not to exceed amount by $25,000.00 from $25,000.00 to $50,000.00. Pricing was based on the original quoted cost for services and continues to be deemed fair and reasonable. The approvals will be retroactive to October 1, 2021 to begin services as of the new County fiscal year. In this case, as in the original award, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms as the subject services will continue to be provided directly and exclusively by the existing single source contractor. Funding for this modification is available in the requesting departments' approved budgets, and purchase orders will only be issued against approved budgets. (21-1184)

Fire Rescue

A-39   Approve a resolution authorizing Hillsborough County Fire Rescue to apply for an Emergency Medical Services (EMS) County Grant from the Florida Department of Health, Bureau of Emergency Medical Services, to improve and expand the County's existing pre-hospital EMS system for the program year 2022. The current amount of the grant award is $72,231. This grant is currently included in the Fire Rescue's FY 22 budget. (R21-098)

Health Care Services

A-40   Approve the Second Modification to the Agreement with AIDS Service Association of Pinellas, Inc., under the Ending the HIV Epidemic: A Plan for America, decreasing Housing Assistance Services by $118,889 from $237,788 to $118,889 (Pinellas County), and adding Housing Services (Hillsborough County) in the amount of $118,889. This modification removes the allowability to pay for rent/utility deposits as they are not allowable under Program Policy Notice 16-02, changes the unit of service definition which will now permit payment of reconnection fees for utilities and application fees for rent and decreases the units of service to be provided based on the new unit

WEDNESDAY, OCTOBER 20, 2021

definition, for the period beginning March 1, 2021 and ending February 28, 2022.  No deposits have been made or billed under this agreement. The funding for this modification is included in the Department's FY 22 budget. This Agreement is totally grant funded.  (21-1185)

A-41  Approve the Fourth Modification to the Agreement with Metropolitan Charities, Inc., under the Ending the HIV Epidemic: A Plan for America, modifying the unit of service definition which will now permit payment of reconnection fees for utilities and application fees for rent under housing services for the period beginning March 1, 2021 and ending February 28, 2022.  The funding for this modification is included in the Department's FY 22 budget.  This Agreement is totally grant funded. (21-1186)

A-42  Approve the Sixth Modification to the Interlocal Agreement with the Children's Board of Hillsborough County (BOCC Doc No. 13-1216) for the provision of support services to victims of domestic violence and their families.  This Sixth Modification amends a success indicator to more accurately reflect the population served by the program.  Funding for the Modification is included in the Governmental Agencies FY 22 adopted budget within the Countywide General Revenue Fund.  No additional County funds are required.  (21-1187)

A-43  Approve renewal of the Certificates of Public Convenience and Necessity (COPCN), without change to the permits, limitations, or restrictions provided for with the previous certificates, for:  Hillsborough County Fire Rescue; Plant City Fire Rescue; Temple Terrace Fire Department; Tampa Fire Rescue; AmeriCare Ambulance, Inc.; Lifefleet Southeast, Inc. (d.b.a. American Medical Response); St. Joseph's Hospital, Inc.; St. Joseph's Hospital, Inc., St. Joseph's Children's Hospital Neonatal Pediatric Transport.  This item has no financial impact.  (21-1188 through 21-1195)

A-44  Approve and execute the Novation Agreement effective January 1, 2022 which transfers the contractual rights and obligations of Computer Mentors Group, Inc. (FEI Number: 59-3447791) to The Skills Center, Inc. (FEI Number:  26-0631467) for the provision of Computer Literacy Training services.  The execution of this Novation Agreement is required to transfer contractual rights and obligations from Computer Mentors Group, Inc. (BOCC Document No. 11-1121) to The Skills Center, Inc.  The purpose of this agreement is to provide Computer Literacy Training services to economically disadvantaged children of

WEDNESDAY, OCTOBER 20, 2021

Hillsborough County.  Funding for this agreement is included in the Non-Profit Organizations FY 22 adopted budget within the Countywide General Revenue Fund.  No additional County funds are required. **Deleted**

Human Resources

A-45  Receive a report regarding County employee COVID-19 vaccination incentives and testing requirements.

Information Technology

A-46  (a) Approve the extension of Blanket Purchase Agreement (BPA) 221202494 with Carahsoft Technology Corporation (Carahsoft) from November 1, 2021 through the end of the current General Services Administration (GSA) Contract term December 19, 2021 and increase the BPA by $131,299.67 from $128,182.91 to $259,482.58.  (b) Authorize the Director of Procurement to execute a five (5)-year renewal term effective December 20, 2021 through December 19, 2026, if approved by GSA, in accordance with an available GSA Contract (GS-35F-0119Y) with Carahsoft in the amount of $881,757.38.  The Information Technology (IT) Department requires ongoing support and maintenance for the current business critical ImageNow software solution, which provides the ability to digitally capture and store all required documentation for the Healthcare and Social Services departments.  Both departments rely heavily on ImageNow as their primary document repository for client eligibility and healthcare claims processing. When the County utilizes (or piggybacks on) a Federal, State or FDOT contract, it is not possible to establish a DM/DWBE goal as the contract is administered by the external agency.  There are sufficient funds in the requesting department's operational budget, and Purchase Orders will only be issued against approved budgets.

A-47  Approve and execute the first modification to the Fire Printer Select Networked Managed Services Statement of Work with Presidio Networked Solutions, LLC. (BPA 221210862) for additional managed services for the Fire Station Alerting System, which is supported by the Information Technology Department (ITD).  The first modification will provide the ITD access to the entire portfolio of available managed device services, as provisioned in the State of Florida Term Contract (43230000-NASPO-16- ACS), which will be required for ongoing support of the management of the Fire Station Alerting System throughout the three (3) year contract term.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women

WEDNESDAY, OCTOBER 20, 2021

Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the subject goods or services will be provided directly and exclusively by the existing contractor under a cooperative procurement. No additional County funds are required. (21-1197)

<u>Library Services</u>

A-48 Approve the removal of Library Services uncollectible accounts for the period 10/1/2017 through 9/30/2018 per Board Policy 03.04.26.00. This action reduces both the Accounts Receivable and Allowance for Doubtful Accounts in the County's financial system by $310,820.77 for customer accounts that have remained uncollected for more than three (3) years. For this period, Library Services contracted with a vendor to recover overdue account balances and recovered $15,054.80 as further explained in the background. Board Policy 03.04.26.00, Accounts Receivable Library Services Department, requires annual review of uncollectible accounts. Library accounts receivable that are delinquent for three years or more from the date the debt was incurred are deemed uncollectible, and with BOCC approval, are removed from the County's financial records. Removal of uncollectible accounts does not waive or diminish the library customer's obligation to the County but recognizes that collection is improbable. If fines are due to lost materials, the customer's library account is suspended until the debt is paid. Due to the elimination of late fines as of January 1, 2018 and the Library's active shift towards digital materials, the number of uncollectible accounts is expected to continue to decline each year. Library Services owns more than 1.25 million books and other materials available for citizens to borrow. Fifty-nine percent of Hillsborough County citizens are registered library users. The library circulates approximately 2.8 million physical items annually. With an average value of $25 per item, the collection is worth over $26.7 million, and the value of circulated items exceeds $63.8 million.

<u>Management and Budget</u>

A-49 Approve an FY 21 budget amendment resolution to increase Community Investment Tax revenue and expenditure appropriations by $2,854,874 and 9th Cent Fuel tax revenue and expenditure appropriations by $402,070 to reflect projected FY 21 collections. This action is necessary to allow the County to meet its obligations under interlocal agreements and State law to make final distributions of a portion of these revenues to local municipalities and the School Board. State

WEDNESDAY, OCTOBER 20, 2021

law only allows the County to budget 95% of estimated revenues, thereby restricting revenues that can be anticipated for budgetary purposes. Each year this normally results in the necessity of a budget amendment item to recognize actual revenues that could not be anticipated in the adopted budget.  However, the excess revenues were considered as part of fund balance carryforward amounts and are therefore not available for appropriation in FY 22.  This budget amendment increases the FY 21 Community Investment Tax (CIT) revenue and expenditure appropriations by $2,854,874 and 9th Cent Fuel Tax revenue and expenditure appropriations by $402,070 to align the budgets with projected year-end collections and distributions.  The budget amendment includes transfer of the County's portion of 9th Cent Fuel Tax distributions to the County project funds and increases reserves within the 9th Cent Fuel Tax Project Fund by $285,170 (from $61,274 to $346,444).

A-50   Authorize staff to schedule and advertise a public hearing on November 3, 2021 at 10:00 a.m. to solicit public input and discuss initiating a new Phase IV of the Community Investment Tax (CIT) and approval of a project to be eligible for funding by this new phase.  This request is pursuant to Board direction of August 18, 2021 and initiates the process to set a public hearing to consider a CIT Phase IV and approval of the Roadway Pavement Preservation Program as a project eligible to be funded by this phase.  Approval of this agenda item sets a public hearing to consider initiating a CIT Phase IV and approval of an eligible project.  There is no financial impact associated with this action.

A-51   Approve the Agreement with The Clerk of Court & Comptroller (The Clerk), in the amount of $265,246.74 for the continuation of the Improving Criminal Justice Responses to Sexual Assault, Domestic Violence, Dating Violence, and Stalking Grant Program.  This Agreement will allow the Clerk to successfully meet the project's goal of acquiring the hardware and/or developing the software that will improve their existing domestic violence related case maintenance system and implement remote notarization for domestic violence victims that are filing injunctions for protection.  This agreement supports the Hillsborough Domestic Violence Innovation Project which is an effort to develop a coordinated and comprehensive domestic violence system by working with criminal justice system and community-based victim service providers to incorporate CCR Model Principles throughout Hillsborough County. Funding for this Agreement is included in FY 22 Management and Budget

WEDNESDAY, OCTOBER 20, 2021

Department budget within the Domestic Violence Innovation Project grant budget.  (21-1198)

Procurement Services

A-52  Authorize the use of an available cooperative contract (11-27) with Data Management, Inc., d/b/a TimeClock Plus, LLC, that is administered by the National Cooperative Purchasing Alliance (NCPA); and execute a TimeClock Plus Data Processing Addendum for time clock equipment, software, and ongoing support for the Enterprise Solutions and Quality Assurance Department (ESQA) at a total cost of $338,227.15 for three (3) years.  The requested equipment and software are required to support approximately 20% of staff for payroll purposes.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the subject goods or services will be provided directly and exclusively by the existing contractor under a cooperative procurement.  Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against approved budgets.

A-53  Award and execute a two (2) year agreement with the overall lowest, responsive, and responsible bidder, George G. Solar & Company, Inc., for ongoing and as needed miscellaneous construction services (21674) for the Solid Waste Management Division at a total cost of $2,000,000.00 (0.445 multiplier).  The award amount includes an allowance of $150,000.00 for items and work that, due to the nature of the work, were not specifically defined in the solicitation but may be required.  The resulting agreement is designed to address ad hoc projects using a predefined multiplier and RSMeans cost data, which can help expedite critical repairs and projects.  Bids were received from six (6) different vendors.  A Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) Program Participation Goal of 10% was established for this project and the recommended vendor has committed to achieving this goal.  The solicitation for this work was issued prior to September 1, 2021; therefore, the new Construction Apprenticeship Program requirements do not apply.  The recommended vendor is a Certified DM/DWBE and a Registered SBE.  Funding for this procurement is available in the approved budget for Capital Improvement Project No. C54065000 and purchase orders will only be issued against approved budgets.  (21-1199)

WEDNESDAY, OCTOBER 20, 2021

A-54   Award and execute a four (4) year agreement with the overall lowest, responsive, and responsible bidder, Himes Electric Company, Inc., for ongoing and as needed purchases and installation of light emitting diode (LED) sports lighting systems at various athletic ballfields and play courts throughout the County (21761) for the Facilities Management and Real Estate Services Department at a total cost of $6,000,000.00. The award amount includes an allowance of $5,000.00 for permits, $20,000.00 for Tampa Electric Company fees, and $300,000.00 for items and work that, due to the nature of the work, were not specifically defined in the solicitation but may be required.  In addition, reject the bid submitted by Qualite Sports Lighting, LLC, which was deemed nonresponsive for failing to comply with the Disadvantaged Minority/Disadvantaged Women Business Enterprises (DM/DWBE) Program requirements.  Bids were received from four (4) different vendors.  A DW/DWBE Participation Goal of eight (8%) was established for this project, and the recommended vendor has committed to achieving this goal.  The solicitation for this project was issued prior to September 1, 2021; therefore, the new Construction Apprenticeship Program requirements do not apply.  Funding for this procurement is available in the requesting department's approved Capital Improvement Plan (CIP) budget project number C83648000, and purchase orders will only be issued against approved budgets.  (21-1200)

A-55   Award a four (4) year contract to the overall lowest, responsive, and responsible bidder, Altra Medical Corporation, for ongoing and as needed purchases and maintenance of automated external defibrillators (AEDs) and accessories installed at facilities throughout the county (22057,1) for the Risk Management and Safety Division at a total cost of $676,512.48.  Bids were received from six (6) different vendors. In this case, there were no Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms and no Registered Small Business Enterprise (SBE) firms for the specified services; therefore, no participation goal or set-aside was established for this procurement.  Although no participation goal or set-aside was established, the opportunity to submit a bid as a prime vendor is always available to interested firms, including Certified DM/DWBE and Registered SBE firms.  Funding for this procurement is available in the requesting department's approved operating budget, and purchase orders will only be issued against such approved budgets.

WEDNESDAY, OCTOBER 20, 2021

A-56   Award a three (3) year contract to the overall lowest, responsive, and responsible bidder, Dana Safety Supply, Inc., for ongoing and as needed purchases and installation of specialized operational accessories and equipment on new vehicles (22168) for the Fleet Management Department (FMD) at a total cost of $1,654,780.00. The award amount includes an allowance of $5,000.00 for environmental fees and supplies, and $70,000.00 for the purchase of miscellaneous parts and materials that may be necessary to complete installations but cannot be reasonably defined at this time. The accessories will include specialized lighting packages (light bars, lighting systems), auxiliary power outlets, auxiliary power distribution boxes, inverters, ladder racks, cone holders, brush guards, winches, running boards, shelving, and related items. Bids were submitted by two (2) different vendors for this specialized work. In this case, there were no Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms and no Registered Small Business Enterprise (SBE) firms for the specified products and services; therefore, no participation goal or set-aside was established for this procurement. Although no participation goal or set-aside was established, the opportunity to submit a bid as a prime vendor is always available to interested firms, including Certified DM/DWBE and Registered SBE firms. Funding for this procurement is available in the FMD's and other requesting departments' approved budgets and purchase orders will only be issued against such approved budgets.

A-57   Award a one (1) year sole source contract to Innovyze, Inc., for InfoAsset Planner Software (22194) and related support for the Water Resources Department (WRD) at the total cost of $65,000.00. This requested software is designed to integrate and work with other Innovyze-brand software that is currently being used by WRD for critical operational analytics. A "Notice of Intent to Sole Source" (22194) was properly posted and no challenges were received. In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms because this is a sole source procurement and as such, the subject goods and services will be provided directly and exclusively by the recommended vendor due to the proprietary nature of the same. Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against approved budgets.

WEDNESDAY, OCTOBER 20, 2021

A-58   (a) Approve and execute a tenth modification to a contract with Dazser-TPA Corporation, d/b/a Jani-King of Tampa Bay, to increase the amount by $2,206,516.32, from $13,718,391.22 to $15,924,907.54, and extend the term by six (6) months to April 30, 2022, for continued ongoing and as-needed janitorial services (RFP-S-0021-0-2014/EM) for the Facilities Management Services Department (FMSD).   (b) Approve and execute a twelfth modification to a contract with C & W Facility Services, Inc., to increase the amount by $751,456.02, from $5,298,713.00 to $6,050,169.02, and extend the term by six (6) months to April 30, 2022 for continued ongoing and as-needed janitorial services (RFP-S-0021-0-2014/EM) for FMSD.   As part of the original award, the contractors committed to subcontracting a minimum of 10% to Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms, which remains in effect.   In this case, Dazser-TPA Corporation, d/b/a Jani-King, has exceeded the DM/DWBE program participation goal by achieving approximately 29.32%; and C&W Facility Services, Inc., has exceeded the participation goal by achieving approximately 12.17%.   A new solicitation is in final review and expected to be issued in the coming weeks.   The new solicitation incorporates language and adjustments based on lessons learned from the COVID-19 Pandemic, which required special consideration for the spaces used by staff and the public.   In addition, the new solicitation will add zones to create more opportunities for DM/DWBE and SBE firms by creating several smaller contracts in lieu of one large contract. Funding for this modification is available in the requesting department's approved budgets, and purchase orders will only be issued against such approved budgets.   (21-1201, 21-1202)

A-59   Approve and execute a three (3) year sole source Enterprise Agreement (EA) (No. 00300664.0) with Environmental Systems Research Institute Incorporated (Esri), for Geographic Information Systems (GIS) Software Maintenance and Licensing for the Performance, Data, & Analytics Department (PD&A) at a total cost of $3,075,000.00 for the period of November 2, 2021, through November 1, 2024.   GIS software is integrated with numerous systems that are used by the departments and partner agencies throughout the County.   A "Notice of Intent to Sole Source" (22440) was properly posted, and no challenges were received.   In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms because this is a sole source procurement and as such, the subject software

WEDNESDAY, OCTOBER 20, 2021

licenses and maintenance will be provided directly and exclusively by the recommended vendor due to the proprietary nature of the same. Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against approved budgets.  (21-1203, 21-1213)

A-60  Authorize the use of an available State of Florida Alternate Contract Source (56120000-19-ACS) with Workscapes, Inc., for the one-time purchase of furniture for the downtown offices of the Water Resources Department (WRD) at a total cost of $455,586.15.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the subject goods or services will be provided directly and exclusively by the contractor under a State of Florida Alternate Contract Source.  Funding for this procurement is available in the requesting department's approved budget, and a purchase order will only be issued against the approved budget.

A-61  Authorize the use of an available cooperative contract (R210102) with ServiceWear Apparel, Inc., that is administered by OMNIA Partners for one (1) year to purchase employee uniforms and related items at a total cost of $1,123,354.00 for various departments.  This contract will allow departments to continue purchasing uniforms and related items for employees until a new solicitation can be developed, issued, and awarded by the County.  The new solicitation will include consideration of the County's desire to offer opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE), Registered Small Business Enterprise (SBE) firms, and local businesses in general.  In this case, there are currently no subcontracting opportunities for DM/DWBE or SBE firms as the uniforms and related items will be provided directly and exclusively by the cooperative procurement contractor.  Various funding sources will be used depending on the procuring department; however, purchases will not exceed previously approved budgets and purchase orders will only be issued against approved budgets.

A-62  Authorize the use of an available General Services Administration contract (GS-00F-0032M) for professional and technical services required to migrate data from the legacy 9-1-1 system standard to the Next Generation 9-1-1 (NG9-1-1) system standard; and execute a one (1) year Client Agreement and Software as a Service (SaaS) Agreement for

WEDNESDAY, OCTOBER 20, 2021

the Performance, Data, & Analytics Department at a total cost of $318,862.00.  The County will be invoiced by Michael Baker International, Inc., only for work completed monthly in accordance with "Exhibit C" of the Client Agreement.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the highly specialized services will be provided directly and exclusively by the existing GSA contractor.  Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against such approved budgets.  (21-1204, 21-1205)

A-63  Receive a report regarding Administrative Awards with values of $100,000.00 to $250,000.00 from July 1, 2021, through September 30, 2021.

<u>Social Services</u>

A-64  (a) Accept and appropriate $551,890 additional funds for the Low-Income Home Energy Program (LIHEAP) program administered by the Social Services Department under Contract Number E2003 for the date period of April 1, 2020 through May 31, 2022.  Funding will be utilized to assist low income, eligible, residents with their past due energy bill to avoid service interruption or disconnect.  (b) Approve a budget amendment resolution to increase the FY 2022 LIHEAP budget in the LIHEAP Grant Fund by $551,890 from $0 to $551,890.

A-65  Approve a budget amendment to appropriate $2,089,316 to the Social Services LIHEAP CARES funding source, previously voted on by the Board of County Commission at the July 14, 2021 meeting, to bring the budget in line with the actual grant award of $2,259,075 for the FY 21, LIHEAP CARES act grant award modification, Contract Number E2003 for the period March 11, 2021 through September 30, 2022.  The grant is utilized to fund direct customer energy accounts for eligible low-income households in Hillsborough County.  The County anticipates fully expending the grant based on the consistent and high demand for utility bill assistance.  Although the LIHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

A-66  Approve a budget amendment to appropriate $91,158 to the Social Services EHEAP budget, previously voted on by the Board of County Commission at the June 3, 2021 meeting, to bring the budget in line

WEDNESDAY, OCTOBER 20, 2021

with the actual grant award of $253,960 for the Emergency Home Energy Assistance Program (EHEAP) Contract Number EH-21/23-HILL for the period April 1, 2021 through December 31, 2023. This is a cost reimbursement agreement. The budget amendment will increase the ~~FY 21~~ **FY 22** budget in the Intergovernmental Grant Fund by $91,158 from $0 to $91,158. The grant is utilized for direct energy assistance payments for low-income households who experience a home energy emergency provided the household includes one-person age 60 years or older and the household income is at or below 150% of the federal poverty guideline. Although the EHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

A-67  Approve a budget amendment to appropriate $13,143 to the Social Services LIHEAP CARES funding source, previously voted on by the Board of County Commission at the July 14, 2021 meeting, to bring the budget in line with the actual award of $3,166,658 for FY 20 LIHEAP CARES, Contract Number E2003. Closeout for this award is due no later than November 30, 2021, and this budget amendment allows for the final administrative and program operating expenses to be charged to the grant. The project sub-ledger will be updated to reflect the November 30, 2021 end date. The grant is utilized to fund direct customer energy accounts for eligible low-income households in Hillsborough County. The County anticipates fully expending the grant based on the consistent and high demand for utility bill assistance. Although the LIHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

A-68  Approve a budget amendment to appropriate $3,414,095 to the Social Services LIHEAP funding source, previously voted on by the Board of County Commission at the March 3, 2021 meeting, to bring the budget in line with the actual grant award of $5,410,344 for the FY 21 LIHEAP, Contract Number E2003 for the period October 1, 2020 through September 30, 2023. Although the overall agreement is for a three-year period, LIHEAP grant funding is announced annually. The grant is utilized to fund direct customer energy accounts for eligible low-income households in Hillsborough County. The County anticipates fully expending the grant based on the consistent and high demand for utility bill assistance. Although the LIHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

WEDNESDAY, OCTOBER 20, 2021

## Water Resources

A-69  Approve scheduling a Public Hearing for the Hillsborough County Water Resources Department, on December 8, 2021, at 10:00 a.m. for the purpose of adopting a Resolution to state the Board of County Commissioners' intent to use the Uniform Method of Collecting a Non-Ad Valorem Assessment pursuant to section 197.3632 Florida Statutes to collect the non-ad valorem assessments in the Impact Fee Assessment Unit (21101) previously created on February 2, 2021. This action is required each calendar year by Florida Statutes when new non-ad valorem assessments are established.  This action does not create any new Impact Fee Assessment Unit but ensures that all parcels within each respective Impact Fee Assessment Unit are included in the Tax Collector's 2022 Tax Roll.  It is estimated that the County will collect $569,311.54 annually from one Impact Fee Assessment Unit (21101), commencing with the Ad Valorem tax bill in November 2022 which is included in the FY 23 planned budget.

## Clerk of the Circuit Court

A-70  Receipt of Official Board Records (complete reports to be filed in Board Records upon receipt into official records).

a)  Report of checks and warrants issued September 16-30, 2021, pursuant to Florida Statute 136.

b)  Highlands Community Development District meeting schedule for FY 2021-2022, pursuant to Florida Statute 189.015(1).

c)  Lake St. Charles Community Development District budget and assessment roll adoption for FY 2021-2022, pursuant to Florida Statute 190.

d)  Lake St. Charles Community Development District meeting schedule for FY 2021-2022, pursuant to Florida Statute 190.

e)  South Bay Community Development District meeting schedule for FY 2021-2022.

f)  Alcohol and other drug abuse trust fund report of monthly and cumulative year-to-date court-imposed assessments and collections for FY 2021 covering the months of October 2020 through August 2021.

WEDNESDAY, OCTOBER 20, 2021

A-71  Approve minutes:

    a)   Public Hearing/Comprehensive      August 5, 2021
          Plan Amendment/Land Development
            Code Text Amendments

    b)   Land Use                         August 10, 2021

    c)   Workshop/Land Development        August 10, 2021
          Code Text Amendments

    d)   Public Hearing/Comprehensive      August 12, 2021
          Plan Amendments

    e)   Regular                           August 18, 2021

    f)   Awards and Recognition Ceremony    August 25, 2021

    g)   Workshop/Comprehensive          August 25, 2021
          Plan Amendments

    h)   Regular                           September 1, 2021

    i)   Land Use                         September 8, 2021

A-72  Record proof of publication of the advertisement of unclaimed monies held by the Hillsborough County Sheriff's Office in Board minutes, as directed in Florida Statute 116.21.

Board Appointments

A-73  BOCC appointments to the following:

    a)   Emergency Medical Planning Council – David Burnett (Member), James Maxwell (Alternate), Ian Kemp (Member), David Samon (Alternate), Barbara Tripp (Member), Christopher Shipp (Alternate), Dennis Jones (Member), Timothy Balling (Member), Katrina Cordero (Alternate), Robert Kapish (Member), Victor Sasson (Alternate), Kacy Chilton (Member), Erinn Skiba (Member), Michelle Moran (Alternate), Ryan Pedigo (Member), David Travis (Member), Joel Strom (Member), John Visokay (Member), Kathleen Koch (Alternate), Jeffrey Bogue (Member), William Baxley (Alternate), Danielle LaRocca (Alternate), and Wendy Williams (Member)

Board Reports on Various Authorities, Boards, and Councils

A-74  Receive the February 22, 2021 and May 24, 2021 Hillsborough County Hospital Authority meeting minutes.

WEDNESDAY, OCTOBER 20, 2021

A-75  Receive Commissioner Myers' report regarding the Anti-Bullying Advisory Committee (ABAC) meeting held on July 22, 2021.

A-76  Receive Commissioner Kemp's report regarding the Southwest Florida Water Management District's Governing Board meeting held on September 28, 2021.

A-77  Receive Commissioner Cohen's and Commissioner Smith's report regarding the Tampa Bay Water Board meeting held on August 16, 2021.

B.    DISCUSSION ITEMS

Economic Development

B-1   (a) Approve the Resolution as presented adopting the County's Tourist Development Plan for FY 22 and FY 23 and the execution of the Agreements with the Tampa Bay Convention and Visitors Bureau, Inc. (dba Visit Tampa Bay) and the Tampa Bay Sports Commission, in substantially the forms as presented allocating the three percent portion and six percent portion of the Sales Tax Revenue Fund, Tourist Development Tax (TDT) funds in FY 22 and FY 23, as recommended by the Tourist Development Council on August 12, 2021, and, with respect to the FY 22 allocations, as approved as part of the final budget on September 23, 2021. (b) In accordance with state law, waive by 2/3 vote of the BOCC any potential conflict of any non-government TDC members who also serve as unpaid board members of nonprofit entities which receive TDT funds.  Funds are included in the approved TDT budget for FY 22 and will be included in the recommended budget for FY 23.

▶Assistant County Administrator Ronald Barton, Economic Prosperity, delivered a presentation.  ▶**Commissioner Overman moved approval, seconded by Commissioner Myers.**  After Chair Kemp made remarks, ▶**the motion carried seven to zero.**  (R21-099)  (21-1206, 21-1207, 21-1212)

Human Resources

B-2   Complete the annual Performance Appraisal process for Christine Beck, County Attorney. There is no financial impact at this time.

▶Ms. Ivey Martin, Director, Human Resources, supplied a presentation. Subsequent to conversation, ▶**Commissioner Myers moved to provide a two-year contract agreement with Ms. Beck, seconded by Commissioner Cohen.** Following comments, ▶Commissioner White moved to amend the motion to include a four percent pay raise for Ms. Beck, seconded by Commissioner

WEDNESDAY, OCTOBER 20, 2021

Smith.   (The amendment was not voted on.)   ▶Chair Kemp suggested the amendment as a friendly amendment, to which ▶**Commissioner Myers agreed.** ▶**The amended motion carried seven to zero.**   Dialogue occurred.

B-3   Complete the annual Performance Appraisal process for Peggy Caskey, Internal Auditor. There is no financial impact at this time.

▶Ms. Ivey Martin, Director, Human Resources, elaborated on the item.  After talks, ▶**Commissioner Myers moved that also that Ms. Caskey receive a two-year contract and a four percent raise, seconded by Commissioner Overman.** Subsequent to remarks, ▶**the motion carried seven to zero.**   Comments followed.

Management and Budget

B-4   10:15 A.M. (Time Certain) Approve the Agreement between Hillsborough County and the Agency for Community Treatment Services Inc. (ACTS) to provide one-time start-up funding to implement a Mental Health Psychosocial Rehabilitation Clubhouse Model in Hillsborough County. Clubhouses offer people living with mental illness and co-occurring substance abuse disorders opportunities for employment, housing, education, socialization, and service coordination.  In 2011, the Clubhouse Model was accepted for inclusion on the Substance Abuse and Mental Health Services Administration's National Registry of Evidence-Based Practices and Programs.  ACTS has secured additional funds from non-County sources to provide the remaining resources necessary to operate the program.  Funding for this agreement is included in the Management and Budget Department's FY 22 adopted budget.

▶Mr. Robert Parkinson, Criminal Justice Specialist, Management and Budget, gave a presentation.  ▶**Commissioner Overman moved approval, seconded by Commissioner Myers.** After conversation, ▶**the motion carried seven to zero.** (21-1208)

Procurement Services

B-5   Award and execute a two (2) year agreement with the overall lowest, responsive, and responsible bidder, David Nelson Construction Co., for ongoing and as-needed safety and mobility improvements within the County's right of way (21831,1) for the Capital Programs Department at a total cost of $10,761,222.51.  The award amount includes an allowance of $500,000.00 for additional work that, due to the nature of the work, may be required.  Bids were received from three (3) different firms.

WEDNESDAY, OCTOBER 20, 2021

A Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) Program Participation Goal of 15% was established for this project and the recommended vendor has committed to achieving a higher goal of 21.29%. The solicitation for this project was issued prior to September 1, 2021; therefore, the new Construction Apprenticeship Program requirements do not apply. Funding for this procurement is available in the approved Capital Improvement Project No. C69638000, and purchase orders will only be issued against approved budgets.

▶Mr. Scott Stromer, Director, Procurement Services, supplied a presentation. ▶**Commissioner White moved approval, seconded by Commissioner Smith.** Assistant County Administrator John Lyons, Public Works, highlighted the item. Commissioner Smith suggested adding an item summary. Subsequent to dialogue, ▶**the motion carried seven to zero.** (21-1209)

B-6   Approve a draft letter addressed to Waste Connections of Florida, Inc., (WCI) from the Board regarding past performance, acknowledging the steps taken to remediate past performance deficiencies, and providing a reminder that past performance will be considered when evaluating WCI's responses to future solicitations. There is no financial impact associated with the recommended motion.

▶Mr. Scott Stromer, Director, Procurement Services, explained the item. ▶**Commissioner Myers moved for approval, seconded by Commissioner Overman, and carried seven to zero.** (21-1210)

<u>Water Resources</u>

B-7   (a) Approve an Interlocal Joint Project Agreement (JPA) with Tampa Bay Water (TBW) for design and construction of a new water delivery pipeline to the County's new Point of Connection (POC) located at the AgMart Property, for delivery of drinking water to the County's South-Central Service area. The JPA includes provisions for TBW to utilize the County's Disadvantaged Minority/Disadvantaged Women Business Enterprises (DM/DWBEs) program for all project procurements. In advance of approval of the JPA, TBW completed a bid for professional engineering services for the subject project and the awardee, Stantec, committed to achieving a 26.8% DM/DWBE goal. In selecting the remaining contractors, TBW will implement the County's DM/DWBE program. As the project progresses and component scopes are defined, DM/DWBE goals will be set for each component. (b) Approve the initial deposit of funds for design in the amount of $1,500,000 into the TBW project escrow account, and the total not-to-exceed project amount of $66,214,500.12, as stated in the JPA. Funds are budgeted in the Water Resources

WEDNESDAY, OCTOBER 20, 2021

Department's CIP No. 32013 FY 21 budget for the initial deposit in the amount of $1,500,000.  Additional funds will be budgeted in the Water Resources Department CIP Fund as needed for the construction phase once the design is complete.

Ms. Beth Schinella, Director, Water Resources, spoke on the item. **Commissioner White moved approval, seconded by Commissioner Smith.** Discussion ensued on holding a workshop for the item. **The motion carried seven to zero.**  (21-1211)

C.    COUNTY ADMINISTRATOR BRIEFINGS - None.

D.    PUBLIC HEARINGS - None.

E.    SCHEDULED APPEARANCES - None.

F.    COMMISSIONERS' SECTION - None.

G.    STAFF REPORT

Development Services

G-1   Receive a report regarding existing building recertification program.

Mr. Adam Gormly, Director, Development Services, presented the item. Commissioner Overman spoke on proposed legislation and felt it was incumbent on the County to adopt a program to recertify a building and ensure sound building management.  **Commissioner White moved to receive the report, seconded by Commissioner Cohen, and carried seven to zero.**

Management and Budget

G-2   10:00 A.M. (Time Certain) Receive a report on Local COVID-19 Pandemic-Related Data, Recovery Programs and Strategic Investments.

Mr. Timothy Dudley, Director, Emergency Management, and Dr. Douglas Holt, Director, Florida Department of Health, expounded on the report. Commissioner Overman asked about an update on vaccinations for children ages five to eleven, urged residents to get vaccinated, and sought clarification on vaccination reports from non-County sites.  After inquiring on vaccination booster dosage guidance, Commissioner Cohen requested staff to include the information in future reports.  Discussion ensued on adding the COVID-19 reports to future meeting Consent Agendas.

WEDNESDAY, OCTOBER 20, 2021

H.    FUTURE DISCUSSION ITEMS

► Commissioner Cohen touched on the Pat Collier Frank Courthouse dedication ceremony and thanked staff.

► There being no further business, the meeting was adjourned at 10:55 a.m.

READ AND APPROVED:  _____

                                              CHAIR

ATTEST:
CINDY STUART, CLERK

By: _____
          Deputy Clerk

ms