# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Notice of Constitutional Challenge

*Plaintiff*, pursuant to Fed. R. Civ. P. 5.1(a), respectfully files this Rule 5.1 Notice of Constitutional Challenge of Fla. Stat. § 116.21 with the Court. The questions presented in the *Plaintiff's Verified Motion for Partial Summary Judgment* (D.E. 33) are:

1. Whether Fla. Stat. § 116.21 "Unclaimed moneys" notification procedures satisfies due process.

2. Whether Fla. Stat. § 116.21 "Unclaimed moneys" constitutes a taking without just compensation.

1

# I  Certificate of Service

I certify that a copy hereof has been furnished to Defendant and to the Florida Attorney General at their designated email address[1] to receive such Fla. R. Civ. P. 5.1 notices: oag.civil.eserve@myfloridalegal.com.

6-11-2023

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

---

[1]https://www.myfloridalegal.com/legal-resources/e-service