

Blake Warner <blake@null3d.com>

## NOTICE OF CONSTITUTIONAL CHALLENGE TO FLA. STAT. 116.21

**Blake Warner** <blake@null3d.com>　　　　　　　　　　　　　　　　　　　　　　Sun, Jun 11, 2023 at 7:07 AM
To: oag.civil.eserve@myfloridalegal.com, jason.margolin@akerman.com, gregg.moran@akerman.com

Please find the attached Fed. R. Civ. P. 5.1 Notice and Summary Judgment Motion (without attached exhibits).

best regards,
-Blake

**2 attachments**

 **notice_constitutional_challenge_sj_service.pdf**
80K

 **summary_judgment.pdf**
241K