# EXHIBIT A

# REPRINTED RECEIPT

**Pat Frank**
**Clerk of Circuit Court**
**(813) 276-8100**
www.hillsclerk.com

Payor
WARNER, BLAKE
3012 W. Deleon Street
Apt. #23
Tampa, FL 33609

Receipt No.
**24-00448155**

Transaction Date
04/30/2018

| Description | Amount Paid |
|---|---|
| On Behalf Of WARNER, BLAKE | |
| 18-CC-022377 | |
| BOUTIQUE APARTMENTS LLC, BROOKLYN FLATS vs WARNER, BLAKE | |
| 2412 Reg Deposit - County Civil | |
|     2412 REGISTRY DEPOSIT - COUNTY CIVIL | 1,800.00 |
|     R060 REGISTRY FEE 28.24(10) | 34.50 |
|     **SUBTOTAL** | **1,834.50** |
| **PAYMENT TOTAL** | **1,834.50** |
| Cash Tendered | 1,840.00 |
| Total Tendered | 1,840.00 |
| Change | 5.50 |

04/30/2018         Cashier A.CARNEY         Audit
09:00 AM           Station CSC1             31738010

# REPRINTED RECEIPT

# REPRINTED RECEIPT
## Pat Frank
## Clerk of Circuit Court
## (813) 276-8100
## www.hillsclerk.com

Payor
WARNER, BLAKE
3012 W. Deleon Street
Apt. #23
Tampa, FL 33609

Receipt No.
**24-00460226**

Transaction Date
05/24/2018

| Description | Amount Paid |
|---|---|
| On Behalf Of WARNER, BLAKE | |
| 18-CC-022377 | |
| BOUTIQUE APARTMENTS LLC, BROOKLYN FLATS vs WARNER, BLAKE | |
| 2412 Reg Deposit - County Civil | |
| 2412 REGISTRY DEPOSIT - COUNTY CIVIL | 1,800.00 |
| R060 REGISTRY FEE 28.24(10) | 34.50 |
| **SUBTOTAL** | 1,834.50 |
| **PAYMENT TOTAL** | **1,834.50** |
| Cash Tendered | 1,840.00 |
| Total Tendered | 1,840.00 |
| Change | 5.50 |

05/24/2018         Cashier K. ELLIOTT         Audit
08:53 AM           Station CSC20              31828490

# REPRINTED RECEIPT