# EXHIBIT B

Filing # 73998128 E-Filed 06/22/2018 04:20:18 PM

## In The Circuit/County Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County

### Civil Division

| | |
|---|---|
| BOUTIQUE APARTMENTS LLC<br>    PLAINTIFF,<br><br>              v.<br><br>BLAKE WARNER<br>    DEFENDANT,<br>_____ | CASE NO    2018-CC-22377<br><br>DIVISION M |
| BLAKE WARNER<br>    THIRD PARTY PLAINTIFF,<br><br>              v.<br><br>JESSIE DARKES<br>    THIRD PARTY DEFENDANT, | JURY TRIAL DEMANDED |

### NOTICE OF ADDRESS CHANGE

Defendant, Blake Warner, is hereby giving notice that his address has changed to:

Blake Warner

502 S. Fremont Ave. #1322

Tampa, FL 33606

1

## Certificate of Service

I certify that a copy hereof has been furnished to Plaintiff's Attorney Charles Barrett by email to e-filings@barrettpa.com on 05-19-2018, and to Third Party Defendant Jessie Darkes by email to jessie.darkes@mckinley.com on 05-19-2018.

\_\_6-22-2018_____            *Blake Warner*_____

Date                                                                                    Signature

Blake Warner, Pro Se

502 S. Fremont Ave. #1322

Tampa, FL 33606

E-Service: blake@null3d.com