# EXHIBIT C

## xIN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
### CIVIL DIVISION

DATE: October 09, 2018        Division M        18-CC-022377

PLAINTIFFS: BOUTIQUE APARTMENTS LLC; BROOKLYN FLATS

Attorney of Record: CHARLES VINCENT BARRETT, III

APPEARED FOR PLAINTIFF: *Charles Barrett*    ☐ NO APPEARANCE

☐ TELEPHONIC APPEARANCE

VS

DEFENDANTS: BLAKE WARNER

Attorney of Record: BLAKE WARNER — *Pro Se*

APPEARED FOR DEFENDANT: *Blake Warner*    ☐ NO APPEARANCE

☐ TELEPHONIC APPEARANCE

| | MOTION HEARING | GRANTED | DENIED |
|---|---|---|---|
| DX | MOTION FOR JUDGMENT ON THE PLEADINGS | | ✓ |
| ☐ | MOTION FOR JUDGMENT ON PLEADINGS | | |
| ☐ | MOTION TO COMPEL | | |
| ☐ | MOTION FOR CONTEMPT | | |
| PX | MOTION TO DISMISS COUNTERCLAIM | ✓ In Part | ✓ In Part |
| P X | MOTION TO DISMISS THIRD PARTY COMPLAINT | | ✓ |
| | MOTION TO TRANSFER | | |
| X | MOTION TO DISBURSE MONEY FROM THE REGISTRY OF THE COURT | | |
| ☐ | MOTION TO WITHDRAW | | |
| ☐ | MOTION FOR ORDER OF ARREST | | |
| ☐ | MOTION FOR ATTORNEYS FEES | | |
| ☐ | MOTION FOR | | |
| ☐ | MOTION TO | | |
| ☐ | RULE TO SHOW CAUSE/ORDER TO SHOW CAUSE | | |
| ☐ | DEFENDANTS CLAIM OF EXEMPTION REQUEST Garnishee: | | |
| X | OTHER OPPOSITION TO MOTION TO DISBURSE MONEY FROM REGISTRY OF THE COURT | | |

COMMENTS: Plaintiff 20 days to Answer from date of Order on third Party Complaint. Counts I; II; IV; VIII; X and XIII stand. Counts III w/out prejudice, V; VI; VII; IX 20 days to Amend; XI

SWORN TESTIMONY BY: 20 days to Amend; XII dismissed. Motion to Disburse to be heard on another date. Court to disburse $3398 to the plaintiff.

COURT REPORTER: Plaintiff to submit order.