# EXHIBIT D



CINDY STUART

Clerk of Court & Comptroller
13th Judicial Circuit

02/16/2021

BLAKE  WARNER
502 S FREMONT AVE 1322
TAMPA FL 33606

Property Type: DEPOSIT MADE WITH COURT          Cash:           **$3,600.00**
**Case #:**       18-CC-022377                                  Last Activity: 05/24/2018
Comments:    **COUNTY CIVIL REGISTRY**                          Acct #:        C6207 / 218604

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021,** to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

Clerk of the Circuit Court, Hillsborough County
c/o CCC Accounting
P.O. Box 1110
Tampa, FL  33601

\_\_\_\_\_ I am not eligible to receive payment of the funds based on the following reason(s):

_____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

\_\_\_\_\_ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

\_\_\_\_The address listed above is my correct address.

\_\_\_\_The address listed above is incorrect.  The corrected payee address is:

_____

_____        _____
      Signature                                    Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit



CINDY STUART

Clerk of Court & Comptroller
13th Judicial Circuit

02/16/2021

BROOKLYN FLATS
307 S FIELDING AVE
TAMPA FL 0

| | | |
|---|---|---|
| Property Type: DEPOSIT MADE WITH COURT | Cash: | **$3,600.00** |
| **Case #:** **18-CC-022377** | Last Activity: | 05/24/2018 |
| Comments: **COUNTY CIVIL REGISTRY** | Acct #: | C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

Clerk of the Circuit Court, Hillsborough County
c/o CCC Accounting
P.O. Box 1110
Tampa, FL  33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):

_____

******You must file with the court to claim the funds in the Court Registry before the Deadline******

_____ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____     _____
     Signature                                    Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

601 East Kennedy Boulevard • P.O. Box 1110 Tampa, Florida 33601 • Telephone 813.276.2029
An Affirmative Action - Equal Opportunity Employer

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit



CINDY STUART

02/16/2021

BOUTIQUE APARTMENTS LLC
307 S FIELDING AVE
TAMPA FL 0

Property Type: DEPOSIT MADE WITH COURT
**Case #:**    **18-CC-022377**
Comments:    **COUNTY CIVIL REGISTRY**

Cash:    **$3,600.00**
Last Activity: 05/24/2018
Acct #:    C6207 / 218604

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021,** to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

Clerk of the Circuit Court, Hillsborough County
c/o CCC Accounting
P.O. Box 1110
Tampa, FL 33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):
_____

******You must file with the court to claim the funds in the Court Registry before the Deadline******

_____ I am eligible to receive payments of the funds based on the enclosed court order, and (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____    _____
Signature                              Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

601 East Kennedy Boulevard • P.O. Box 1110 Tampa, Florida 33601 • Telephone 813.276.2029
An Affirmative Action - Equal Opportunity Employer

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit