# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO.: 8:22-cv-1977-MSS-SPF


BLAKE WARNER,

Plaintiff,

v.

HILLSBOROUGH COUNTY

CLERK OF COURTS,

Defendant.



REMOTE VIDEOCONFERENCE DEPOSITION OF

PATRICK MANTEIGA


DATE TAKEN:            MONDAY, JANUARY 30, 2023

TIME:                 2:37 p.m. - 3:06 p.m. ET


WITNESS LOCATION:   TAMPA, FLORIDA




Reported By:

Lisa Ann Lopez, CER No. 1178

Appearing remotely via videoconference

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 2

```
 1   APPEARANCES

 2

 3   On behalf of Plaintiff:

 4   BLAKE WARNER, PRO SE LITIGANT

 5       2211 South Village Avenue

 6       Tampa, Florida 33612

 7       212-542-0055

 8   APPEARED VIA VIDEOCONFERENCE

 9

10   On behalf of Defendants:

11   AKERMAN LLP

12       401 East Jackson Street, Suite 1700

13       Tampa, Florida 33602

14       813-223-7333

15       BY: GREGG MORAN, ESQUIRE

16   APPEARED VIA VIDEOCONFERENCE

17

18   ALSO PRESENT:

19   Gene Siudut - La Gaceta Newspaper

20

21

22

23

24

25
```

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

1    INDEX

2

3    DEPOSITION OF PATRICK MANTEIGA                    PAGE

4    Examination by Mr. Warner                         4

5    Examination by Mr. Moran                          17

6    Examination by Mr. Warner                         20

7

8

9            PLAINTIFF'S EXHIBITS FOR IDENTIFICATION:

10   NUMBER          DESCRIPTION                  PAGE

11   A               Route Tampa & County 7/21    23

12   B               Route Downtown & Ybor 7/21   23

13   C               Route Hills County ZIPS 7/21 23

14   D               USPS Form 3541 7/21          23

15

16           DEFENDANT'S EXHIBITS FOR IDENTIFICATION:

17   NUMBER          DESCRIPTION                  PAGE

18   (NONE)

19

20

21

22

23

24

25

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 4

1              THE REPORTER:  We are on the record.  The time is

2    2:37.  My name is Lisa Lopez, and I'm representing

3    Executive Reporting Service today for the deposition of

4    Patrick Manteiga.

5              Will parties please make their appearances,

6    starting with the taking party?

7              MR. WARNER:  Mr. Warner, pro se plaintiff.

8              MR. MORAN:  Good afternoon.  My name's Gregg

9    Moran, and I'm the attorney for the Hillsborough Clerk of

10   Court.

11             THE REPORTER:  Thank you very much.

12             Mr. Manteiga, would you please raise your right

13   hand?

14             Do you solemnly swear or affirm that you are

15   Patrick Manteiga and that the testimony you give today will

16   be the truth, the whole truth, and nothing but the truth?

17             THE WITNESS:  I do.

18             THE REPORTER:  Thank you very much.  You can

19   lower your hand.

20             Mr. Warner, your witness.

21   PATRICK MANTEIGA, having affirmed to tell the truth, was

22   examined, and testified as follows:

23                          EXAMINATION

24   BY MR. WARNER:

25       Q.   Mr. Manteiga, are you the corporate

Executive Reporting Service

Page 5

1    representative for La Gaceta?

2         A.    Yes.

3         Q.    What is La Gaceta?

4         A.    Excuse me?

5         Q.    What is La Gaceta?

6         A.    La Gaceta is a newspaper, weekly, come out every

7    Friday.

8         Q.    Let's see.  How was La Gaceta started?

9         A.    My grandfather started La Gaceta back in 1922

10   with cooperation from a Dr. Avellanad who helped him

11   finance it and Mascaulana Printing Company which helped

12   print it, and it's been in my family ever since.

13        Q.    Okay.  What is your role in La Gaceta, Mr.

14   Manteiga?

15        A.    I'm the publisher and editor.  I serve as chief

16   executive officer.

17        Q.    What is La Gaceta's target demographic?

18        A.    La Gaceta gets to Tampa's -- the Tampa community.

19   We target the Latino community.  We're in three languages -

20   - Spanish, Italian, and English.  We also get to a lot of

21   people who have an interest in Tampa politics, interested

22   in Tampa arts, or just interested in Tampa news.

23        Q.    Okay.  Can you describe the demographics of the

24   typical La Gaceta reader?

25        A.    No.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 6

1          Q.    Do you have any idea about the demographics of

2     your readers?

3          A.    I have such a wide variety.  It would be hard to

4     average them.

5          Q.    Does La Gaceta have a media kit?

6          A.    Yes.  But we do not offer demographics in the

7     media kit.

8          Q.    What do you offer in the media kit?

9          A.    Pricing.

10         Q.    So when -- you sell advertising in your magazine.

11    Correct?

12         A.    Yes.

13         Q.    When you speak with the advertiser to sell ads,

14    which audience do you tell them that you can expose their

15    ads to?

16         A.    I tell them we get to people who are bilingual,

17    people who speak only English, people who speak only

18    Spanish.  That people read us for different reasons.

19    People might read us for only Spanish read us because we're

20    probably the only news source they can find that's printed

21    that gives them decent news about what's going on outside

22    of the Tampa community, perhaps back in their home

23    countries, gives them information about things that are

24    happening that are necessary to them.  Things in regard to

25    Social Security or -- or schools or things like that.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 7

1          For our English reader, it would be somebody who

2    is probably somebody who's a little bit more upscale since

3    they're reading a paid publication, people who have an

4    interest in politics, or people who have an interest in

5    what's going on in the community, people who like a printed

6    newspaper.

7          We get to some people in the Italian community

8    who want to be able to preserve their spoken language by

9    occasionally having something to read in Italian.  We don't

10   -- we only have one page of Italian, so it's not a large

11   item.

12          But you know, I find that, you know, it's such an

13   odd variety of people that I -- I really couldn't tell

14   somebody, you know, this is my typical reader because we

15   are -- offer a pretty wide variety of things.

16   Q.   So when you speak to your advertisers and you

17   tell them that you have a Spanish-speaking audience, do you

18   give them any indication of how much of that audience is

19   Spanish-speaking?

20   A.   You know, I tell them my guess would be that

21   perhaps maybe one-third.  But you know, I also point out to

22   them that there's an issue between whether somebody speaks

23   Spanish and whether somebody's dependent on Spanish.  And

24   so that -- that's -- you know, some people want to read

25   Spanish because they prefer it.  They can read English.

1f5079f2-417b-4a5b-a336-7e36b61f9103

1   They can speak English.  But they prefer that.  Some people

2   are exact opposite.  They prefer English over Spanish.  I

3   don't make that -- you know, I can't make that distinction

4   for them.  So you know -- but generally we tell -- we don't

5   get to the newest immigrants in town because a lot of those

6   -- a lot of that group hasn't discovered La Gaceta yet.  A

7   lot of that group is not strong readers.  People who read

8   newspapers in the Spanish community are very much like in

9   the English community.  Generally, it's somebody who's a

10  little bit more mature and somebody who's a little bit more

11  interested in news rather than somebody who is very

12  disengaged.

13       Q.   Okay.  Do you sell advertising -- let me

14  rephrase.

15            Do you place ads in your newspaper that are in

16  Spanish?

17       A.   Yes.

18       Q.   Do those advertisers inquire about how many of

19  your readers can actually read the advertisement in

20  Spanish?

21       A.   They might ask, but I can't answer.  I don't have

22  that -- I don't have that number.  I've never done a survey

23  of our readership.

24       Q.   Let's see.  So to the converse, you're saying

25  that approximately two-thirds of your audience can read

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 9

1    English?

2            MR. MORAN:   Object to form.

3            THE DEPONENT:   That is not what I said.   I said

4    that, you know, there are people who prefer Spanish.   I

5    don't know if they can read or not.   So my guess is that

6    one-third of my people might prefer Spanish, not can solely

7    do that language.

8    BY MR. WARNER:

9        Q.   Do you have any estimations on how much of your

10   readership cannot read English?

11       A.   No.   I would say it would be very little.

12       Q.   How many copies of the July 9th, 2021 edition of

13   La Gaceta were printed?

14       A.   Were printed?

15       Q.   Were printed.

16       A.   I think we're at 4,000.

17       Q.   And how many of those are actually distributed to

18   readers?

19       A.   Around 3,800, 3,900.

20       Q.   How many of them were given away for free?

21       A.   Given away for free.   Maybe 500.

22       Q.   And who do you give them away to free to?

23       A.   Well, it depends.   Sometimes, I have groups that

24   will buy publications from me and then they give them away.

25   Other times, in areas that we're trying to gain readership

1f5079f2-417b-4a5b-a336-7e36b61f9103

1   or interest in, we might drop off some at different

2   locations in hopes people will pick them up, start to like

3   them, and then start to buy them.

4       Q.   Okay.  How many of those copies that were

5   distributed to readers in Hillsborough County?

6       A.   I'll have to take a look at a piece of paper.

7           MR. SIUDET:  July?

8           THE DEPONENT:  July.

9           MR. SIUDET:  It was a little more than -- like

10   through the mail or --

11          THE DEPONENT:  Dropped and -- mail and -- and

12   dropped off to stores.

13          MR. SIUDET:  2,500, 3,000.  2,500 would be --

14   2,500 would be a -- I know more if we have to take

15   (indiscernible), it would be 2,500, 3,000.

16          THE DEPONENT:  I'm sorry.  Hold on.  Can I have

17   the paperwork that you have and I can do the addition.

18          MR. MORAN:  I'm going to place an objection here

19   too.  This isn't necessarily a research assignment,

20   especially at the point that we've got other people --

21   there's no obligation for Mr. Manteiga to do this type of

22   independent research.

23          MR. WARNER:  Mr. Moran, I will ask you to keep

24   your objections terse, no speaking objections.  Your

25   objection is noted.

1f5079f2-417b-4a5b-a336-7e36b61f9103

1          THE DEPONENT:  So through the U.S. Postal

2   Service, we had -- we had --

3          MR. SIUDET:  In Hillsborough County, 2,127.

4          THE DEPONENT:  2,127 copies mailed.

5          MR. WARNER:  In Hillsborough.

6          THE DEPONENT:  In Hillsborough County.

7          MR. MORAN:  Okay.  Again, I'm restating this

8   objection.  We're not getting answers from other people.

9   We're getting answers from the witness.  I'm fine with

10  there being other people in the room.  Again, we are not

11  going to object to that, but the witness is answering.  If

12  the witness doesn't know, the witness can indicate that,

13  but we're not going to do a research assignment every time

14  there's a question that's potentially unknown at the time.

15         MR. WARNER:  Okay.  Mr. Moran, I will state this

16  again.  There's no judge present.  There's no need to

17  elaborate your objection to the witness.  You state your

18  objection on the record.  That's it.  And you can elaborate

19  in a motion or some other time, some other point in time.

20  Okay?

21         MR. MORAN:  Mr. Warner, I'm aware of what the

22  rules are.  I'm saying that if --

23         MR. WARNER:  So --

24         MR. MORAN:  -- this is going to keep happening,

25  I'm going to shut this down and we are going to file that

1f5079f2-417b-4a5b-a336-7e36b61f9103

1   motion.

2            MR. WARNER:  Do what you want.

3   BY MR. WARNER:

4        Q.   Okay.  Mr. Manteiga, when was English added to La

5   Gaceta?

6        A.   1955.

7        Q.   And why was English added?

8        A.   To diversify the paper's circulation.  The Latino

9   population that we had been serving for a number of years

10  was now in its second generation and therefore, there was

11  more English readers.

12       Q.   Why did you want to diversify the readership?

13       A.   Well, you're asking me to guess why my father and

14  my grandfather would.  I didn't exist in 1955.  But I

15  thought I just answered it.

16       Q.   Let me rephrase another way.  You did answer

17  about that you wanted to diversify, but there was no

18  testimony as the reasoning behind the diversification.  And

19  I understand that you weren't alive at that time, but you

20  are a corporate representative of La Gaceta and you were

21  noticed for the history of La Gaceta.

22            MR. MORAN:  Object to form.

23  BY MR. WARNER:

24       Q.   If you don't know, that's fine.  Just --

25       A.   Okay.  I don't know.

1f5079f2-417b-4a5b-a336-7e36b61f9103

1      Q.    Thank you.   Describe your efforts, if any, to

2   market La Gaceta to non-Hispanic readers in Hillsborough

3   County.

4      A.    We do social media.   We do things on Facebook.

5   We do things on Instagram.   There are other newspapers that

6   write about us when we have articles they find interesting,

7   like Creative Loafing and Tampa Bay Times.   I appear on TV

8   shows that talk about politics and often are identified

9   with owning La Gaceta and therefore, hopefully, my

10  opinions, people find interesting and then will buy the

11  newspaper so they can read my opinions every week.   We

12  distribute free newspapers occasionally at different

13  events.

14            We recently are going to -- we're going to have a

15  film at Tampa Bay Theatre on February 11th about our

16  history.   It's a documentary.   It's $10 if you want to

17  attend.   It's being marketed currently.   So those are many

18  of the different ways we market.

19     Q.    What type of marketing do you do on Facebook?

20     A.    We post things.

21     Q.    Can you elaborate on what you post?

22     A.    Sometimes, it's -- it's everything from, you

23  know, if we have an interesting article, we might post

24  something about that.   Sometimes, it's pictures of the

25  office cat.   I mean, you know, we do all kinds of different

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 14

1    things.

2         Q.    In the March 2022 Tampa Bay Times article, you're

3    quoted as saying, "So in the 1950s, we added English

4    because we had to to get legal advertising".

5              Is that a statement that you made?

6         A.    Probably, if it's printed.

7         Q.    Why did you want to get legal advertising?

8         A.    Because it -- I assume my father had told me it

9    was part of adding more diversify of income to the paper.

10        Q.    What percentage of La Gaceta's revenue comes from

11   legal advertising currently?

12        A.    I don't know.  Don't have that number right off

13   the top of my head.

14        Q.    Is it less than half?  More than half?

15        A.    Probably more than half.

16        Q.    More than three-quarters?

17        A.    I don't think so.  But maybe.  I don't know.  I

18   don't have that number.

19        Q.    Off the top of your head, do you know how many

20   retail locations in Hillsborough County a user could

21   acquire a copy of La Gaceta printed?

22        A.    Hold on one second.  Probably around 45.

23        Q.    Are there any regions of Hillsborough County

24   where La Gaceta is not read?

25        A.    I think we get to almost every ZIP code in a

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 15

1   subscription form or you know, people driving around.  So

2   you know, I -- I would tell you that our heaviest area

3   would be the City of Tampa.  It's probably heavier than

4   Plant City, but Plant City still has some newspapers.  We

5   get to Brandon.  I have stuff in Wimauma, Sun City.  I've

6   got, you know, stuff in Lutz and Land o'Lakes.  So I think

7   we have a fairly broad distribution.  Of course, like I

8   said, it's heaviest in West Tampa, downtown, South Tampa.

9        Q.   How can a user purchase a subscription to La

10  Gaceta?

11       A.   They can call us or go online.

12       Q.   When did La Gaceta add the ability to purchase

13  the subscription online?

14       A.   Recently.

15       Q.   Was it after August 2022?

16       A.   Yeah.  Probably.  Yeah.

17       Q.   What prompted La Gaceta to add the ability to add

18  -- to purchase the subscription online?

19       A.   The promotions that we got during our hundredth

20  anniversary edition -- our hundredth anniversary

21  celebration last year had a lot -- we got a lot more

22  publicity, a lot more TV time, and we had people calling us

23  and wanting to subscribe and so you know, it was easier,

24  when I was at a speech when I'm talking to Rotary or

25  talking to Lions Club or talking to Café Con Leche group to

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 16

1    be able to say, you know, go to blah, blah, blah, as

2    opposed to call us at the office.  And so a lot of them

3    wanted to buy it right there while I was speaking as

4    opposed to having to do the purchasing later on.

5        Q.   When did you become aware of the existence of

6    this lawsuit?

7        A.   I still really don't know what your lawsuit's

8    about.  All I know is that you wanted to do a deposition on

9    me.  And I looked briefly and it looked like you were suing

10   the clerk of the circuit court.  In fact, when you first

11   reached out to me, I thought you were representing the

12   clerk, not representing yourself.

13       Q.   Let's see.  Have you had any communications with

14   the clerk or any government employee, agent, or

15   representative regarding this lawsuit or the July 9th, 2021

16   edition of La Gaceta after July 2022?

17       A.   No.

18       Q.   Okay.  So going back to the history, did your

19   great-grandfather, I believe, start La Gaceta for the cigar

20   workers in Ybor City?  Is that correct?

21       A.   Grandfather, not great-grandfather.  My

22   grandfather started after being a lector in the cigar

23   factory and he -- his target, of course, I'm sure, was the

24   residents of Ybor City and West Tampa who were mainly cigar

25   workers.  So yes.  It was -- it was aimed at the -- Tampa's

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 17

1    Latin community.  It started off as a Spanish-language

2    daily.

3         Q.   I understand.

4              MR. WARNER:  That's all I have for you, Mr.

5    Manteiga.  I appreciate your time today.

6              THE DEPONENT:  I appreciate the --

7              MR. WARNER:  My apologies.  My apologies.

8              Mr. Moran, would you like to cross?

9              MR. MORAN:  Yeah.  I believe so.  Give me one

10   moment.

11             Yes.  I have a few questions I'd like to ask you.

12   So we can go ahead and start with the cross-examination

13   now.

14                      EXAMINATION

15   BY MR. MORAN:

16        Q.   And I am pronouncing it right?  Is it Mr. [Man-

17   tee-gah] is the pronunciation?  Or [Man] --

18        A.   It's close.  [Man-tay-gah] is what I go by.

19        Q.   Manteiga?  Okay.  I apologize.  I was wondering

20   first --

21        A.   It might be -- you maybe have it right in

22   Portugal.  I don't know.

23        Q.   If it makes you feel any better, when they

24   mispronounce my name, it becomes [Mohr-ahn], so it could be

25   worse.

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 18

1          Now, you discussed briefly the online presence of

2   the ad.  What is the web address -- or the newspaper.  What

3   is the web address for La Gaceta?

4          A.   Lagacetanewspaper.com.

5          Q.   Okay.  And is the newspaper in charge of the

6   information available on that website?

7          A.   Yes.  The website has short little blurbs about

8   what we're writing about and nothing in -- nothing

9   complete.  We normally encourage you to buy our newspaper

10  if you like what we read.  And then of course, we have to

11  have all of our legal ads on the website.

12         Q.   How long have your legal ads been available on

13  the website?

14         A.   Ever since the State required it.

15         Q.   Do people have to pay a fee to access the legal

16  ads online?

17         A.   You don't have to pay a fee to get to my website

18  or the legal ads.

19         Q.   You discussed earlier mailing the newspaper out

20  to people as a distribution.  You mailed them from the

21  United States Postal Service?

22         A.   Yes.  We have a periodicals class license which

23  was the successor to what was called second class mail.

24         Q.   Do you know when you obtained that license?

25         A.   Our license in Hillsborough County was obtained

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 19

1    in 1923 for second class mailing.  It just switched to

2    periodicals.  We kept the same license number.

3         Q.   You said 1923?

4         A.   Yes.

5         Q.   Okay.  Thank you.  Do you know how long the

6    Hillsborough County Clerk of Court has been advertising

7    legal notices in the paper?

8         A.   I've been with the paper since 1984 and I believe

9    that when I first got here, they were being published here.

10        Q.   Correct me if I'm wrong.  Did you mention that La

11   Gaceta's published weekly?

12        A.   Yes.

13        Q.   And how long has it been published as a weekly

14   periodical?

15        A.   Early '50s.

16        Q.   Regarding the contents of the paper, in its

17   current form, would you say that in the average issue, at

18   least 25 percent of the words are in English?

19        A.   Yes.

20        Q.   Just in an average issue, would you say that more

21   than 75 percent of the newspaper is dedicated to

22   advertising?

23        A.   It can range.  Sometimes, we go from maybe as low

24   as 60 percent reading material -- I mean, as -- we go to

25   maybe around 60 percent advertising to up as high as maybe,

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 20

1    you know, 75 or 80 percent.  We try not to go that high

2    though.  I think our average is 65.

3            MR. MORAN:  I believe that's all I have.  Give me

4    just one moment.

5            THE DEPONENT:  No problem.

6    BY MR. MORAN:

7        Q.   So just to make sure I have this correct then.

8    The paper does hold a periodicals permit?

9        A.   Yes.

10       Q.   And you have held that since at least about when?

11       A.   1923 we entered a second class mailing matter in

12   the United States Postal Service in the City of Tampa.

13   Periodicals, whenever that class was created, we were --

14   they moved us to that class when they eliminated second

15   class mail.

16           MR. MORAN:  All right.  No further questions.

17           MR. WARNER:  I just have one more question for

18   you, Mr. Manteiga.

19                        EXAMINATION

20   BY MR. WARNER:

21       Q.   Do you have a copy of the July 9th, 2021 edition

22   of La Gaceta?

23       A.   Yes.

24       Q.   Can you have your assistant send it over or do I

25   need to pick up a physical copy?

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 21

1      A.   Well, if you want the physical copy, you know, I

2  would suggest picking it up.  You know, I can send you over

3  --

4      Q.   Digital's --

5      A.   -- digital if you would like.

6      Q.   Digital is preferred.

7      A.   Okay.

8      Q.   If you can just send it to the same mailing list

9  that you sent the other email to.

10     A.   Okay.  It might take me towards the end of the

11  day.

12     Q.   There's no rush.  Thank you.

13     A.   Okay.

14          MR. MORAN:  Thank you, sir.

15          MR. WARNER:  All right.  Have a good day, Mr.

16  Manteiga.  Thank you for your time.

17          THE DEPONENT:  Thank you very much.

18          THE REPORTER:  All right.  Give me just a quick

19  moment before you run off, Mr. Manteiga.

20          THE DEPONENT:  No problem.

21          THE REPORTER:  Mr. Warner, will be ordering the

22  original?

23          MR. WARNER:  I will.

24          THE REPORTER:  All right.  And Mr. Moran, would

25  you like a copy?

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 22

1              MR. MORAN:  I think so.  Let me get back with you

2      on that one.  I'm going to copy your email here.

3              THE REPORTER:  Okay.  I'll send you an email

4      after the deposition too so you'll have it along with our

5      form.

6              MR. MORAN:  Perfect.

7              THE REPORTER:  Does someone need to address

8      something with the witness?

9              MR. WARNER:  No.

10             THE REPORTER:  Okay.

11             MR. MORAN:  I suppose I'll just add one -- that

12     I'd ask Mr. Manteiga, are you planning on reading the

13     transcript before?

14             THE DEPONENT:  No.

15             THE REPORTER:  All right.  So an original to Mr.

16     Warner.  We'll check with Mr. Moran on the copy.  And we'll

17     waive the reading of the witness.  We're off the record at

18     3:02.

19             THE REPORTER:  All right.  We're off the record

20     at 1022.

21             (WHEREUPON, a recess was taken.)

22             THE REPORTER:  We're on the record at 3:05.

23             MR. WARNER:  I'd like to introduce the documents

24     that Mr. Manteiga provided just now at the deposition.  LG

25     Route Tampa and Country [sic], July 2021 as Exhibit A.  LG

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 23

```
1    Route Downtown and Ybor, July 2021 as Exhibit B.  LG Hills

2    County ZIPs mailed to July 2021 as Exhibit C.  And LG USPS

3    Form 3541 July 2021 as Exhibit D.

4            That's it.

5            (WHEREUPON, Exhibit A-D were marked for

6    identification.)

7            THE REPORTER:  All right.  Then we're off the

8    record at 3:06.

9    (Deposition concluded at 3:06 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Executive Reporting Service

1f5079f2-417b-4a5b-a336-7e36b61f9103

Page 24

1                         CERTIFICATE OF OATH

2

3

4     STATE OF FLORIDA          )

5     COUNTY OF HILLSBOROUGH )

6

7           I, the undersigned authority, certify that PATRICK

8     MANTEIGA remotely appeared before me via videoconference on

9     Monday, January 30, 2023, at 2:37 p.m. and was duly sworn.

10          WITNESS my hand and official seal this 8th day of

11    February, 2023.

12

13

14

15

16

17

18    _____

19              Lisa Ann Lopez, CER/CET-1178

20                         Notary Public

21

22

23

24

25

Executive Reporting Service

Page 25

1                    CERTIFICATE OF COURT REPORTER

2

3    STATE OF FLORIDA

4    COUNTY OF HILLSBOROUGH

5

6          I, Lisa Ann Lopez, Digital Reporter, certify that

7    I was authorized to and did electronically report the

8    deposition of PATRICK MANTEIGA; produced the transcript

9    that was requested; and the transcript, pages 1 through 23,

10   is a true and correct record of my deposition record.

11         I FURTHER CERTIFY that I am not a relative,

12   employee, attorney, or counsel of the parties, nor am I a

13   relative or employee of any of the parties' attorneys or

14   counsel connected with the action, nor am I financially

15   interested in the action.

16

17         DATED this 8th of February, 2023.

18

19         *Lisa Ann Lopez*

20

21

22

23

24

25