# EXHIBIT G

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

**United States Postal Service**
**Periodicals - One Issue or One Edition**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

Post Office: Note Mail Arrival Time

## Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675 -5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:** 8670139 | La Gaceta Publishing, Inc.<br>3210 E 7TH AVE<br>TAMPA, FL 33605-4302<br>CRID: 8670139 | TAMPA FL 33634-9651 |

## Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-31 | Process Category: Flats | Mailer's Mailing Date: 07/29/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/30/2021 | Volume Number: 99 | | Issue Number: 31 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2282 lbs. | | Advertising Percentage in This Issue: 67.43 % |
| Total Addressed Pieces: 2545 pcs. | | Total Postage: $ 956.30 | | |

| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks: 33 | Pallets: | Other: |
|---|---|---|---|---|---|---|---|

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|

Mail Arrival Date and Time: 07/29/2021 18:28
Payment Date and Time: 07/29/2021 18:28

Comments:

### In-County

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 485 | 0.204 | 98.9400 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 98.9400 |

**Part A-Piece Price (Presort)**

| | Entry Zone | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | **Presort Subtotal** (Add lines A4-A15) | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | Part A Total (Add lines A3, A20, and A21) | | 559.5740 |

### Outside-County

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 55 | 37 | 0.212 | 7.8440 |
| B5 | 3 | 85 | 0 | 85 | 19 | 13 | 0.230 | 2.9900 |
| B6 | 4 | 26 | 0 | 26 | 6 | 4 | 0.291 | 1.1640 |
| B7 | 5 | 69 | 0 | 69 | 16 | 11 | 0.364 | 4.0040 |
| B8 | 6 | 10 | 0 | 10 | 2 | 1 | 0.445 | 0.4450 |
| B9 | 7 | 6 | 0 | 6 | 1 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 5 | 3 | 0.623 | 1.8690 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 18.8550 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 104 | 70 | 34 | 0.157 | 5.3380 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 5.3380 |
| | | | Part B Total -Pound Price Total (Add line B12 and B17) | | | 24.1930 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| **Machinable Flats** | | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |

**Carrier Route & Firm Bundles**

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle | Firm Bundle | 41 | 17 | 0.210 | 3.5700 |
| C33 | Subtotal *(Add lines C1 through C32)* | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -15.7587 |
| C35 | Subtotal Outside County Piece Prices *(Line C33 minus C34)* | | | | 191.4133 |
| | Part C Total *(Line C35 minus C36)* | | | | 191.4133 |

**Part D - Bundle Price**

| Container Level | Bundle Level | Bundles | Price | Postage |
|---|---|---|---|---|
| | Part D Total *(Add lines D1-D18)* | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total *(Add lines E1-E50)* | 6 | | 15.4000 |
| | Part E Total *(Add lines E51 and E84)* | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | - $ 19.8882 |
| | | | Total Outside-County Postage | $ 396.73 |
| | | | Total Postage | $ 956.30 |

Facsimile of Form 3541

**USPS Use Only**

| Perform Verification: | | Verification data not available at this time. | | |
|---|---|---|---|---|
| One Pass/Two Pass Verification | | | | |
| Received: | | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

**United States Postal Service**
**Periodicals - One Issue or One Edition**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

Post Office: Note Mail Arrival Time

### Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675-5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM Customer Ref. ID: 8670139 | La Gaceta Publishing, Inc.<br>3210 E 7TH AVE<br>TAMPA, FL 33605-4302<br>CRID: 8670139 | TAMPA FL 33634-9651 |

### Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-30 | Process Category: Flats | Mailer's Mailing Date: 07/22/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/23/2021 | Volume Number: 99 | | Issue Number: 30 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | Weight per Copy for Issue: 0.2852 lbs. | | | Advertising Percentage in This Issue: 70.02 % |
| Total Addressed Pieces: 2545 pcs. | | Total Postage: $ 988.83 | | |
| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays:   Flat Trays: | Sacks: 33   Pallets:   Other: |
| For Automation Price Pieces, Enter Date for Address Matching and Coding | | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
| Mail Arrival Date and Time: 07/22/2021 17:49 | | Payment Date and Time: 07/22/2021 17:49 | | |
| Comments: | | | | |

### In-County

**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 607 | 0.204 | 123.8280 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 123.8280 |

**Part A-Piece Price (Presort)**

| | Entry Zone | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | Part A Total (Add lines A3, A20, and A21) | | 584.4620 |

### Outside-County

**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 68 | 48 | 0.212 | 10.1760 |
| B5 | 3 | 85 | 0 | 85 | 24 | 17 | 0.230 | 3.9100 |
| B6 | 4 | 26 | 0 | 26 | 7 | 5 | 0.291 | 1.4550 |
| B7 | 5 | 69 | 0 | 69 | 20 | 14 | 0.364 | 5.0960 |
| B8 | 6 | 10 | 0 | 10 | 3 | 2 | 0.445 | 0.8900 |
| B9 | 7 | 6 | 0 | 6 | 2 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 6 | 4 | 0.623 | 2.4920 |
| B12 | | | Subtotal (Add lines B1-B11) | | | | | 24.5580 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 130 | 91 | 39 | 0.157 | 6.1230 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 6.1230 |
| | | | Part B Total -Pound Price Total (Add line B12 and B17) | | | 30.6810 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle | Firm Bundle | 41 | 17 | 0.210 | 3.5700 |
| C33 | Subtotal (Add lines C1 through C32) | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -14.5055 |
| C35 | Subtotal Outside County Piece Prices (Line C33 minus C34) | | | | 192.6665 |
| | Part C Total (Line C35 minus C36) | | | | 192.6665 |

| Part D - Bundle Price | | | | |
|---|---|---|---|---|
| Container Level | Bundle Level | Bundles | Price | Postage |
| | Part D Total (Add lines D1-D18) | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total (Add lines E1-E50) | 6 | | 15.4000 |
| | Part E Total (Add lines E51 and E84) | | | 15.4000 |

5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers   − $ 19.9901

**Total Outside-County Postage**   $ 404.37

**Total Postage**   $ 988.83

Facsimile of Form 3541

| USPS Use Only | | | | | |
|---|---|---|---|---|---|
| Perform Verification: | | Verification data not available at this time. | | | |
| One Pass/Two Pass Verification | | | | | |
| Received: | | Error Percentage: | | Additional Postage: | $ 0.00 |
| A/R/C: | | Cost Avoidance: | | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

# PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

**United States Postal Service**
**Periodicals - One Issue or One Edition**

[ ] Classroom
[ ] Nonprofit
[X] Regular
[ ] Science-of-Agriculture

Post Office: Note Mail Arrival Time

## Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675-5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:** 8670139 | La Gaceta Publishing, Inc.<br>3210 E 7TH AVE<br>TAMPA, FL 33605-4302<br>CRID: 8670139 | TAMPA FL 33634-9651 |

## Mailing Information

| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-29 | Process Category: Flats | Mailer's Mailing Date: 07/15/2021 | Statement Sequence No.: |
|---|---|---|---|---|
| Issue Date: 07/16/2021 | Volume Number: 99 | | Issue Number: 29 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | | Weight per Copy for Issue: 0.2282 lbs. | | Advertising Percentage in This Issue: 63.10 % |
| Total Addressed Pieces: 2545 pcs. | | Total Postage: $ 953.89 | | |
| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays: | Flat Trays: | Sacks: 33 | Pallets: | Other: |

| For Automation Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
|---|---|---|
| | | |

Mail Arrival Date and Time: 07/15/2021 19:00    Payment Date and Time: 07/15/2021 19:00

Comments:

## In-County

### Part A-Pound Price

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 485 | 0.204 | 98.9400 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 98.9400 |

### Part A-Piece Price (Presort)

| | Entry Zone | Presort Discount | | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | | 460.6340 |
| | | | | | Part A Total (Add lines A3, A20, and A21) | | 559.5740 |

## Outside-County

### Part B - Advertising Pound Price

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 55 | 35 | 0.212 | 7.4200 |
| B5 | 3 | 85 | 0 | 85 | 19 | 12 | 0.230 | 2.7600 |
| B6 | 4 | 26 | 0 | 26 | 6 | 4 | 0.291 | 1.1640 |
| B7 | 5 | 69 | 0 | 69 | 16 | 10 | 0.364 | 3.6400 |
| B8 | 6 | 10 | 0 | 10 | 2 | 1 | 0.445 | 0.4450 |
| B9 | 7 | 6 | 0 | 6 | 1 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 5 | 3 | 0.623 | 1.8690 |
| B12 | | | Subtotal (Add lines B1-B11) | | | | | 17.8370 |

### Part B-Nonadvertising Pound Prices

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 104 | 66 | 38 | 0.157 | 5.9660 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 5.9660 |
| | | | Part B Total -Pound Price Total (Add line B12 and B17) | | | 23.8030 |

### Part C - Piece Price

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle | Firm Bundle | 41 | 17 | 0.210 | 3.5700 |
| C33 | Subtotal (Add lines C1 through C32) | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -17.8537 |
| C35 | Subtotal Outside County Piece Prices (Line C33 minus C34) | | | | 189.3183 |
| | Part C Total (Line C35 minus C36) | | | | 189.3183 |

| Part D - Bundle Price | | | | |
|---|---|---|---|---|
| Container Level | Bundle Level | Bundles | Price | Postage |
| | Part D Total (Add lines D1-D18) | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total (Add lines E1-E50) | 6 | | 15.4000 |
| | Part E Total (Add lines E51 and E84) | | | 15.4000 |
| 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | | - $ 19.8148 |
| | | | Total Outside-County Postage | $ 394.32 |
| | | | Total Postage | $ 953.89 |

Facsimile of Form 3541

| USPS Use Only | | | |
|---|---|---|---|
| Perform Verification: | Verification data not available at this time, | | |
| One Pass/Two Pass Verification | | | |
| Received: | Error Percentage: | Additional Postage: | $ 0.00 |
| A/R/C: | Cost Avoidance: | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation *(and presort where required)*;
(3) proper completion of postage statement; and
(4) payment of annual fee *(if required)*.

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.

PS Form 3541 - Periodicals - One Issue or One Edition

**Final**

| | |
|---|---|
| United States Postal Service<br>**Periodicals - One Issue or One Edition** | [ ] Classroom<br>[ ] Nonprofit<br>[X] Regular<br>[ ] Science-of-Agriculture |

Post Office: Note Mail Arrival Time

### Mailer Information

| Publication Title and Owner or News Agent's Name | Mailer's Name, Address, and CRID | Entry Post Office Name, State, and ZIP+4 |
|---|---|---|
| LA GACETA<br>LA GACETA<br>PO BOX 5536<br>TAMPA, FL 33675-5536<br><br>813-248-3921<br>LAGACETA@TAMPABAY.RR.COM **Customer Ref. ID:** 8670139 | La Gaceta Publishing, Inc.<br>3210 E 7TH AVE<br>TAMPA, FL 33605-4302<br>CRID: 8670139 | TAMPA FL 33634-9651 |

### Mailing Information

| | | | | |
|---|---|---|---|---|
| Account Number: 9000036446<br>Publication No. 299240<br>CRID: 8670139<br>Post Office of Permit: TAMPA FL 33634-9651 | Edition/Code: 99-28 | Process Category: Flats | Mailer's Mailing Date: 07/08/2021 | Statement Sequence No.: |
| Issue Date: 07/09/2021 | Volume Number: 99 | | Issue Number: 28 | Issue Frequency: 52/year |
| Weight of Single Ride-Along Piece: N/A | Weight per Copy for Issue: 0.2852 lbs. | | | Advertising Percentage in This Issue: 70.99 % |
| Total Addressed Pieces: 2545 pcs. | | | Total Postage: $ 989.28 | |
| No of Containers: | 1' MM Trays: | 2' MM Trays: | 2' EMM Trays:  Flat Trays: | Sacks: 33   Pallets:   Other: |
| For Automation Price Pieces, Enter Date for Address Matching and Coding | | For Carrier Route Price Pieces, Enter Date for Address Matching and Coding | | For Carrier Route Price Pieces, Enter Date of Carrier Route Sequencing |
| Mail Arrival Date and Time: 07/08/2021 17:25 | | Payment Date and Time: 07/08/2021 17:25 | | |
| Comments: | | | | |

**In-County**
**Part A-Pound Price**

| | Entry | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|
| A2 | None | 2127 | 0 | 2127 | 607 | 0.204 | 123.8280 |
| A3 | | | | | Total Pound Price Postage (Add lines A1 and A2) | | 123.8280 |

**Part A-Piece Price (Presort)**

| | Entry Zone | Presort Discount | Total Copies | Addressed Pieces | Price | Postage |
|---|---|---|---|---|---|---|
| A4 | Basic | Nonautomation | 2127 | 2113 | 0.218 | 460.6340 |
| A16 | Presort Subtotal (Add lines A4-A15) | | 2127 | 2113 | | 460.6340 |
| A18 | | Piece Price Subtotal (A16 minus A17) | | | | 460.6340 |
| A20 | | Periodicals In-County Subtotal (Line A18 minus A19) | | | | 460.6340 |
| | | | | Part A Total (Add lines A3, A20, and A21) | | 584.4620 |

**Outside-County**
**Part B - Advertising Pound Price**

| | Entry Zone | Subscriber Copies | Nonsubscriber Copies | Total Copies | Total Pounds | Advertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|---|---|
| B4 | 1 & 2 | 240 | 0 | 240 | 68 | 48 | 0.212 | 10.1760 |
| B5 | 3 | 85 | 0 | 85 | 24 | 17 | 0.230 | 3.9100 |
| B6 | 4 | 26 | 0 | 26 | 7 | 5 | 0.291 | 1.4550 |
| B7 | 5 | 69 | 0 | 69 | 20 | 14 | 0.364 | 5.0960 |
| B8 | 6 | 10 | 0 | 10 | 3 | 2 | 0.445 | 0.8900 |
| B9 | 7 | 6 | 0 | 6 | 2 | 1 | 0.539 | 0.5390 |
| B10 | 8 | 20 | 0 | 20 | 6 | 4 | 0.623 | 2.4920 |
| B12 | | | | Subtotal (Add lines B1-B11) | | | | 24.5580 |

**Part B-Nonadvertising Pound Prices**

| | Entry Zone | Total Pounds | Advertising Pounds | Nonadvertising Pounds | Price | Postage |
|---|---|---|---|---|---|---|
| B16 | All Others | 130 | 91 | 39 | 0.157 | 6.1230 |
| B17 | | | Subtotal (Add lines B13-B16) | | | 6.1230 |
| | | | Part B Total -Pound Price Total(Add line B12 and B17) | | | 30.6810 |

**Part C - Piece Price**

| | Level | Description | Copies | Addressed Pcs. | Price | Postage |
|---|---|---|---|---|---|---|
| | **Machinable Flats** | | | | | |
| C2 | Mixed ADC | Nonbarcoded | 123 | 123 | 0.586 | 72.0780 |
| C4 | ADC | Nonbarcoded | 70 | 70 | 0.520 | 36.4000 |
| C6 | 3-Digit/SCF | Nonbarcoded | 147 | 147 | 0.467 | 68.6490 |
| C8 | 5-Digit | Nonbarcoded | 75 | 75 | 0.353 | 26.4750 |
| | **Carrier Route & Firm Bundles** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| C32 Firm Bundle | Firm Bundle | 41 | 17 | 0.210 | 3.5700 |
| C33 | Subtotal (Add lines C1 through C32) | 456 | 432 | | 207.1720 |
| C34 Nonadv. % | | | | 0.00112 | -14.0362 |
| C35 | Subtotal Outside County Piece Prices (Line C33 minus C34) | | | | 193.1358 |
| | Part C Total (Line C35 minus C36) | | | | 193.1358 |

| Part D - Bundle Price | | | | |
|---|---|---|---|---|
| Container Level | Bundle Level | Bundles | Price | Postage |
| | Part D Total (Add lines D1-D18) | 202 | | 185.6120 |
| E51 | Part E Sack and Tray Total (Add lines E1-E50) | 6 | | 15.4000 |
| | Part E Total (Add lines E51 and E84) | | | 15.4000 |
| | 5% discounts for Limited Circulation or Nonprofit/Classroom subscribers and nonsubscribers | | | - $ 20.0135 |
| | | | Total Outside-County Postage | $ 404.82 |
| | | | Total Postage | $ 989.28 |

Facsimile of Form 3541

| USPS Use Only | | | | | |
|---|---|---|---|---|---|
| Perform Verification: | | Verification data not available at this time. | | | |
| One Pass/Two Pass Verification | | | | | |
| Received: | | Error Percentage: | | Additional Postage: | $ 0.00 |
| A/R/C: | | Cost Avoidance: | | Verifying Employee's Name: | |
| Total Additional Postage: | $ 0.00 | Number of Reworked Pieces: | | | |

This mailing has been inspected concerning:
(1) eligibility for postage prices claimed;
(2) proper preparation (and presort where required);
(3) proper completion of postage statement; and
(4) payment of annual fee (if required).

This postage statement was verified and accepted under the PostalOne! program. No postal signature or round stamp is required.