# EXHIBIT H

                                          Blake Warner <blake@null3d.com>

## Registration Information For the Florida Courts eFiling Portal Received

noreply@myflcourtaccess.com <noreply@myflcourtaccess.com>                    Sat, Apr 28, 2018 at 9:57 PM
To: blake@null3d.com

Dear Blake Andrew Warner Warner :

This email is sent to each of your email addresses as a result of your registration for electronic filing with Florida Courts E-Filing Portal on 04/28/2018 09:57:21 PM. Verify that your email addresses have been entered correctly by confirming that this email has been delivered to each email address. Ensure that @myflcourtaccess.com email is not sent to spam or placed in your junk folder by adding it to the approved sender list.

**Complete your registration**
You will receive a follow-up email that contains a link to activate your account. You will need to know the answer to your security question to activate your account. You will receive the account activation email to all email addresses you included, but you only have to activate your account one time and it does not matter which activation email you use.

Your account profile contains the following information:

| | |
|---|---|
| Name: | Blake Andrew Warner Warner |
| User Name: | blawar |
| Filer role: | Self-Represented Litigant |
| Email Address: | blake@null3d.com |
| Alternate Email 1: | blake@null3d.com |
| Alternate Email 2: | blake@null3d.com |
| Phone #: | 212-542-0055 |

Communications are delivered via Twitter and YouTube regarding new software releases, new training material and announcements regarding system maintenance windows when the Portal will be unavailable.

Follow us on Twitter @FLCourtsEFiling
Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal
View the Training Manuals https://www.myflcourtaccess.com/authority/trainingmanuals.html
Do not reply to this email; for assistance, please contact the service center at mailto:support@myflcourtaccess.com
Thank you.
Florida Courts E-Filing Portal