# EXHIBIT I

 Gmail

Blake Warner <blake@null3d.com>

---

## Fla. Stat. 772.11 DEMAND LETTER

**Blake Warner** <blake@null3d.com>                                                Fri, Jul 29, 2022 at 9:10 AM
To: patrick.brathwaite@akerman.com, jason.margolin@akerman.com

Mssrs:

This is a letter demanding $10,800 (tripple $,3600) pursuant Fla. Stat. 772.11 for your client, Clerk of the Hillsborough County Circuit Court, embezzling $3,600 from Mr. Warner's escrow account held for case number 2018-CC-22377.  After 30 days, absent either payment or stipulation, a lawsuit will be filed against your client for theft and breach of fiduciary duty, among other possible causes of action.

best regards,
-Blake