# EXHIBIT J



Patrick S. Brathwaite

Akerman LLP
401 E. Jackson Street
Suite 1700
Tampa, FL 33602-5250

patrick.brathwaite@akerman.com

August 26, 2022

**Via E-Mail: blake@null3d.com**
Blake Warner
502 S. Fremont Ave. 1322
Tampa, Florida 33606

RE: *Fla. Stat. 772.11 DEMAND LETTER dated July 29, 2022*

Dear Mr. Warner:

As you know, we represent the Hillsborough County Clerk of Courts (the "Clerk") with respect to your July 29, 2022 correspondence entitled Fla. Stat. 772.11 DEMAND (the "Demand").

We understand you have demanded $10,800 (triple $3,600) pursuant to Fla. Stat. § 772.11, alleging the embezzlement of "$3,600.00 from Mr. Warner's escrow account held for case number 2018-cc-22377." We also recognize that in your Demand you have threatened to file a lawsuit against the Clerk for "theft and breach of fiduciary duty, among other possible causes of action."

First, as detailed below, your threatened legal action is without merit.

Second, threatening to accuse another of any crime or offense, including theft, with the intent to obtain money may constitute the crime of extortion. *See* Fla. Stat. § 836.05:

> **836.05   Threats; extortion.**—Whoever, either verbally or by a written or printed communication, maliciously threatens to accuse another of any crime or offense, or by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another, or to impute any deformity or lack of chastity to another, with intent thereby to extort money or any pecuniary advantage whatsoever, or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

August 26, 2022
Page 2
_____

We trust it was not your intent to commit extortion. And we write to explain why your proposed lawsuit would be frivolous and serve no purpose, other than to subject you to potential liabilities.

<u>The $3,600.00 Forfeiture Was Proper and the Clerk is Immune from Liability</u>

Fla. Stat. § 116.21 governs the forfeiture of funds and provides any "unclaimed court-related funds collected or deposited by the clerk which remain unclaimed **must** be deposited in to the fine and forfeiture fund …" *See* Fla. Stat. § 116.21(1) (emphasis added). The statute provides that the clerk may compile a list of the unclaimed monies, naming the defendant and amounts of unclaimed monies, and publish same one time during the month of July in a newspaper of general circulation in the county and specify that the funds shall be forfeited unless claimed on or before September 1. *See* Fla. Stat. § 116.21(2). The publication shall be made by the publisher of such newspaper and filed and recorded in the minutes of the county commissioners of such county. The statute further provides:

> Persons having or claiming any interest in such funds or any portion of them shall file their written claims with the sheriff or clerk of the court of the county having custody of such funds within the time specified by the notice and shall make sufficient proof to the sheriff or clerk of their ownership and upon so doing shall be entitled to receive any part of the moneys so claimed.
> …
> **Unless claim is filed within such time as aforesaid, all claims in reference thereto are <u>forever barred</u>**.

Fla. Stat. § 116.21(3) (emphasis added).

Lastly, the statute provides:

> Upon such payment to the fine and forfeiture fund, the sheriff or clerk **shall be released and discharged from any and all further responsibility or liability** in connection therewith.

Fla. Stat. § 116.21(4) (emphasis added).

On February 16, 2021, the 13th Judicial Circuit Deputy Clerk sent you correspondence (the "Initial Notice") stating that the remaining $3,600.00 funds (the "Unclaimed Funds") deposited into the Court Registry had not been paid. A copy of the Initial Notice is attached hereto as **Exhibit A**. The Initial Notice stated the funds would be reported and remitted to the State's Unclaimed Property Division if not paid within a certain time period. The Initial Notice asked for a response by April 19, 2021, apprising you to file with the court to claim the funds in the Court Registry before the deadline.

August 26, 2022
Page 3
_____

The Clerk did <u>not</u> receive any response from you nor anyone else to the Initial Notice prior to the deadline, and the Unclaimed Funds were sent to the State's Unclaimed Property Division. Thereafter, the unclaimed funds were published and advertised in La Gaceta on Friday, July 9, 2021. A copy of the La Gaceta ad is attached hereto as **Exhibit B**. The La Gaceta ad was recorded on October 20, 2021, in the Board of County Commissioners, Hillsborough County, Florida ("BOCC") minutes, at item A-72. A copy of the BOCC meeting minutes is attached as **Exhibit C**. The Unclaimed Funds were disposed to Fine and Forfeiture on September 1, 2021.

Florida law (as quoted above for your ease of reference) provides the clerk "shall be released and discharged from any and all further responsibility or liability" following the payment of the Unclaimed Funds to the fine and forfeiture fund. *See* Fla. Stat. § 116.21(4). The Clerk's compliance with the statute, coupled with the unequivocal limitation of liability, effective upon payment to Fine and Forfeiture, make it clear that your claim for the unclaimed funds is forever barred and your threatened lawsuit is frivolous.

<u>Fla. Stat. Section 772.11 Does Not Apply</u>

You have also threatened damages based on Fla. Stat. § 772.11. This statute relates to civil theft or exploitation and provides:

> Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts.

*See* Fla. Stat. Section 772.11(1).

Again, as explained above, your Demand and threatened lawsuit relate to, and are barred by, Fla. Stat. § 116.21. Before damages can be obtained under Fla. Stat.§ 772.11, you must prove by clear or convincing evidence that you were the victim of one of the enumerated crimes within the statute, relating to theft, robbery and related crimes, or the exploitation of an elderly person or disabled adult. The forfeiture of unclaimed funds is <u>not</u> one of the predicate crimes for such a claim.

Section 772.11(1) further provides a defendant with the right to recover attorney's fees and costs for defending against such a claim. *See id.* ("The defendant is entitled to recover reasonable attorney's fees and court costs in the trial and appellate courts upon a finding that the claimant raised a claim that was without substantial fact or legal support."). We contend your threatened lawsuit would lack substantial fact or legal support for the reasons set forth herein, and would subject you to liability for the Clerk's reasonable attorney's fees and court costs to defend against such a claim.

August 26, 2022
Page 4
_____

### A Breach of Fiduciary Duty Claim is Frivolous

Lastly, you state you will bring a claim for breach of fiduciary duty against the Clerk. A breach of fiduciary duty claim will require a fiduciary relationship with you, and a breach of one or more of the duties within that fiduciary relationship. The Clerk does not have a fiduciary relationship with you, and even if it did, unclaimed funds which are forfeited pursuant to Fla. Stat. § 116.21 would not constitute a breach of the fiduciary duty. The legislature specifically provides requires the Clerk to handle unclaimed funds in the manner outlined above. Moreover, the limitation of liability provision under Fla. Stat. Section 116.21(4) would wholly bar your claim. Thus, your breach of fiduciary duty claim would be frivolous and unwarranted.

### Conclusion

We expect this response and explanation fully resolves this matter. But, please be advised that should you bring forth the frivolous claims you threaten in your Demand, we intend to respond appropriately and anticipate seeking to recover from you the reasonable attorney's fees and costs incurred in defending against such a frivolous claim.

The foregoing specifies some, but not all, of the reasons why your threatened claims are frivolous, and your Demand is improper. Considering the potential amount of attorneys' fees that may be incurred in this dispute and for which you may incur liability, please consider your options carefully. This correspondence constitutes your first notice of your potential attorneys' fees liability should you initiate litigation on the basis you have stated in the Demand.

Please let me know if you have any questions or concerns.

Respectfully submitted,

*/s/ Patrick S. Brathwaite*

Patrick S. Brathwaite

cc: Jason L. Margolin, Esq.
PB/abh

# EXHIBIT A



CINDY STUART

02/16/2021

BLAKE  WARNER
502 S FREMONT AVE 1322
TAMPA FL 33606

| | | | |
|---|---|---|---|
| Property Type: | DEPOSIT MADE WITH COURT | Cash: | **$3,600.00** |
| Case #: | **18-CC-022377** | Last Activity: | 05/24/2018 |
| Comments: | **COUNTY CIVIL REGISTRY** | Acct #: | C6207 / 218604 |

Dear Recipient,

Our records indicate that the remaining funds above deposited in the Court Registry have not been paid.  State law requires us to report and remit funds to the State's Unclaimed Property Division if funds have not been paid within a certain time period.  Check the appropriate selection(s) below, sign in the space provided, and return this form no **later than April 19, 2021**, to the address below.  **If your responses AND required court order are not received by April 19, 2021, the funds will be sent to the State of Florida.**

> Clerk of the Circuit Court, Hillsborough County
> c/o CCC Accounting
> P.O. Box 1110
> Tampa, FL  33601

_____ I am not eligible to receive payment of the funds based on the following reason(s):

_____ _ . _____ . . ____ . . . _____

**\*\*\*\*\*\*You must file with the court to claim the funds in the Court Registry before the Deadline\*\*\*\*\*\***

_____ I am eligible to receive payments of the funds based on the enclosed court order, **and** (check one):

_____The address listed above is my correct address.

_____The address listed above is incorrect.  The corrected payee address is:

_____

_____          _____
        Signature                              Date

If you have any questions regarding this matter, please contact **Diane Sultenfuss-Thomas (813) 276-2029 ext. 4026** or Betty LaVoy (813) 276-2029 ext. 4740.

Sincerely,

*Betty J LaVoy*

Betty J LaVoy
Deputy Clerk

2/17/2021 4:40 PM Filed: Hillsborough County/13th Judicial Circuit

# EXHIBIT B

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| --- | --- | --- | --- | --- | --- |
| **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** | **HILLSBOROUGH COUNTY** |

**NOTICE OF UNCLAIMED FUNDS**

NOTICE IS HEREBY GIVEN THAT THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA, HAS ON HAND THE FOLLOWING UNCLAIMED FUNDS.

TRANSACTION DESCRIPTION AMOUNT
111 SPEEDY BRIS BAIL BONDS CK# 435254 10/08/2019 15001518 $497.00
13142 22ND LLC VS LOCKET, PAMELA 15-CC-005878 03/04/2015 *717.113 $342.00
1550 UNIVERSITY WOODS LLC VS HOWARD, KWAMELL 14-CC-023694 09/11/2014 *717.113 $113.30
1550 UNIVERSITY WOODS LLC VS LOWE, VALERIE 16-CC-038334 01/12/2017 *717.113 $400.00
1550 UNIVERSITY WOODS LLC VS PITTMAN, KIM-IKO 16-CC-029032 10/03/2016 *717.113 $40.00
A.C.E. RE LLC VS KUHNAST, RICHARD 18-CC-052317 12/31/2018 *717.113 $40.00
ABEL, MATTHEW T CK# 579190 06/28/2019 $15.00
ABRAHAM AND SWEENEY PLLC CK# 433868 08/27/2019 15001457 $5,500.00
ABRAHAMSON & UITERWYK VS GUASTELLA, STE-VEPHEN 12-CC-017267 11/05/2014 *717.113 $6,555.73
ABRAMS, SEAN M CK# 575598 03/15/2019 $15.00
ABRAMS, TYLER A CK# 580802 08/16/2019 $15.00
ABSTRACTORS INC CK# 429663 05/08/2019 15000740 $148.50
ACCU TITLE AGENCY TAMPA VATERS CK# 429948 05/15/2019 15000732 $262.98
ACCU TITLE AGENCY TAMPA CITY CK# 430707 06/04/2019 15000874 $492.91
ACCURATE TITLE GROUP CK# 429920 05/14/2019 15000736 $492.91
ACEVEDO MARTINEZ, JOSHUA F CK# 581850 09/20/2019 $15.00
ACEVEDO, JASON CK# 584185 11/15/2019 $15.00
ACEVES, JESUS CK# 426859 02/19/2019 15000628 $450.00
ACEVES, JESUS CK# 426860 02/19/2019 15000628 $450.00
ACOSTA, BRYAN CK# 426272 02/04/2019 15001005 $500.00
ACRI, LAUREN V CK# 574927 03/01/2019 $15.00
ACT FAST TITLE SERVICES INC CK# 429949 05/15/2019 15001267 $324.66
ACURA TITLE COMPANY CK# 429664 05/08/2019 15001249 $181.99
ADAMS, ALICE D CK# 577190 04/29/2019 $15.00
ADAMS, SHACARA S CK# 576101 03/29/2019 $15.00
ADAMY LAW FIRM CK# 430775 06/06/2019 15001322 $46.50
ADDERLY, ED VS HANKERSON, KAYE 18-CC-056062 11/15/2018 *717.113 $30.00
ADEBAYO, CORINA M CK# 585279 12/20/2019 $30.00
ADEGOKE, OLUWATOYIN AMOPE CK# 436977 11/27/2019 15001561 $13.50
ADUSUMILLI, VARUN K CK# 581998 09/20/2019 $15.00
ADVANTAGE TITLE INSURANCE CO INC CK# 429532 05/03/2019 15000704 $2,966.90
AFFILIATED TITLE OF TAMPA BAY CK# 430810 06/07/2019 15000871 $15.00
AFFINITY TITLE AGENCY INC CK# 429533 05/03/2019 15001234 $1,088.75
AFFORDABLE TITLE SERVICES INC CK# 430513 05/29/2019 15001246 $187.72
AGENTS RESEARCH INC CK# 430811 06/07/2019 15001336 $38.50
AGUILAR, DAVID U CK# 575696 03/22/2019 $15.00
AHAR FL2, LLC VS FLAHERTY, TIMOTHY P., FLA-HERTY, TANYA M. 15-CC-005094 02/27/2015 *717.113 $675.00
AKERS, MIKAYLA F CK# 582818 10/18/2019 $15.00
AKIPILA, DEEPTI S CK# 572936 01/11/2019 $15.00
ALAHJRI, YOUSEF N M N TH CK# 434199 09/06/2019 15001506 $300.00
ALAMO TITLE COMPANY INC CK# 429534 05/03/2019 15000700 $1,440.31
ALBURY, JASON M CK# 578900 06/21/2019 $15.00
ALBUSAIRI, MARYAM B CK# 576763 04/18/2019 $15.00
ALDAY, BRYNSON R CK# 583247 10/25/2019 $15.00
ALDRIDGE PITE LLP CK# 436788 11/25/2019 15001595 $70.00
ALDRIDGE PITE LLP CK# 436940 11/27/2019 15001594 $70.00
ALDRIDGE PITE LLP CK# 436941 11/27/2019 15001603 $70.00
ALDULAZIZALQUVAYZ, ABDULAZIZ CK# 432235 07/12/2019 15000891 $193.00
ALEJOS, BRUNO FFELIPE CK# 429952 05/15/2019 15001270 $193.00
ALEJOS, BRUNO FFELIPE CK# 429953 05/15/2019 15001270 $161.60
ALGHAZAWI, JENNIFER M CK# 581866 09/20/2019 $47.60
ALL COUNTY TAMPA BAY PROPERTY MAN-AGEMENT VS DIXON, MICHELLE 16-CC-031655 09/27/2016 *717.113 $1,070.00
ALL COUNTY TAMPA BAY PROPERTY MAN-AGEMENT VS LUPTON, CURTIS 15-CC-033918 12/08/2015 *717.113 $1,250.00
ALL FLORIDA TITLE AGENCY INC CK# 430747 06/05/2019 15001347 $84.87
ALLEN, JONAH M CK# 575741 03/22/2019 $15.00
ALLEN, ROVINISKY G CK# 578159 05/24/2019 $15.00
ALLEN, SHARON L CK# 581603 09/13/2019 $30.00
ALLEY AND INGRAM ATTORNEYS AT LAW CK# 430452 05/28/2019 15000784 $236.64
ALLMON, FREDA J CK# 577358 05/03/2019 $15.00
ALLWEISS, ROBIN L CK# 578295 05/31/2019 $15.00
ALMULHIM, ABDUAZIZ CK# 432189 07/11/2019 15000901 $250.00
ALONSO, RAUL P CK# 576320 04/05/2019 $15.00
ALRUMAHI, KHALAD CK# 432400 07/17/2019 15001020 $202.00
ALSALMAH, TALLA S CK# 582871 10/18/2019 $15.00
ALVARADO, CASSANDRA CK# 576242 04/05/2019 $15.00
ALVAREZ, AMIN ALBERTO CK# 430137 05/21/2019 15000797 $77.00
ALVAREZ, AMIN ALBERTO CK# 432042 07/10/2019 15000897 $250.00
ALVAREZ, JENNA A CK# 585041 12/13/2019 15001431 $300.00
ALVAREZ, MARIBEL CK# 432762 07/25/2019 15001431 $600.00
ALVAREZ, MIGUEL CK# 430643 05/31/2019 15001257 $60.00
AMAN LAW FIRM CK# 429921 05/14/2019 15000738 $364.82

AMERICAN FAMILY TITLE AND ABSTRACT CK# 429582 05/06/2019 15000773 $861.92
AMERICAN GUARDIAN TITLE INC CK# 430136 05/21/2019 15001264 $260.64
AMERICAN HOMES 4 RENT PROPERTIES SIX, LLC VS FLEMING, TOMEKIA A. 14-CC-015973 07/07/2014 *717.113 $879.00
AMERICAN NATIONAL TITLE CK# 431328 06/20/2019 15001332 $462.16
AMERICA'S CHOICE TITLE COMPANY CK# 429535 05/03/2019 15000707 $4,677.54
AMERICHOICE TITLE CK# 429922 05/14/2029 15000766 $402.15
AMH 2014-1 BORROWER, LLC VS RUTH, WILLIAM 14-CC-024867 09/09/2014 *717.113 $425.00
AMMU INVESTMENTS, LLC VS ALZERRECA, YAS-HIRA 18-CC-005761 03/19/2018 *717.113 $3,650.00
ANDERSON, ANDRAE D CK# 576264 04/05/2019 $15.00
ANDERSON, GREGORY M CK# 578282 05/31/2019 $15.00
ANDERSON, JOSEPH J CK# 582618 10/11/2019 $15.00
ANDERSON, KENNETH R CK# 578265 05/31/2019 $15.00
ANDRADE, MICHAEL M CK# 580847 08/16/2019 $15.00
ANDRADE, SAUL FABIAN CK# 428209 03/26/2019 15001111 $170.00
ANDREWS, ERIK TAYLOR CK# 425304 01/08/2019 15000524 $202.00
ANDREWS, JORDAN P CK# 576736 04/18/2019 $15.00
ANDREWS, PAMELA D CK# 572726 01/11/2019 $15.00
ANGELAKOPOULOS, DIMITRI CK# 575115 03/01/2019 $15.00
ANNAMANTHADOO, SARAH S CK# 585163 12/13/2019 $15.00
ARAUZ-MARTINEZ, ANA E CK# 584761 12/06/2019 $15.00
ARCELAY, LUIS S CK# 573334 01/25/2019 $15.00
ARCHER LAND TITLE LLC CK# 430664 06/03/2019 15000813 $78.23
ARELLANO, JONATHAN S CK# 582643 10/11/2019 $15.00
ARITA, EDDY I CK# 581810 09/20/2019 $15.00
ARLINE, TAMICKA R CK# 574157 02/08/2019 $15.00
ARNDT, WESLEY C CK# 579662 07/12/2019 $15.00
AROCENA, DIEGO V CK# 581815 09/20/2019 $15.00
AROCHO HERRERA, JOSE A CK# 581006 08/23/2019 $15.00
ARROYO, JONATHAN CK# 576737 04/18/2019 $15.00
ARTALONA, ANTHONY CK# 435552 10/18/2019 15001548 $12.00
ARTALONA, ANTHONY CK# 436161 11/05/2019 15001582 $26.00
ARTHUR, JASMINE D CK# 582169 09/27/2019 $15.00
ASADI, MARWAN CK# 434584 09/16/2019 15001498 $1,207.50
ASHFORD PLACE APARTMENTS, LLC VS ASUKU-LU, SAFI 18-CC-062620 02/25/2019 *717.113 $1,800.00
ASHDRITH, CHRISTOPHER D CK# 573569 01/25/2019 $30.00
ASHLEY, MAYA S CK# 585475 12/20/2019 $15.00
ASSOCIATED TITLE INC CK# 430665 06/03/2019 15000789 $65.00
ASV AUTO GROUP VS LIU, MENG 18-PP-000012 09/26/2018 *717.113 $2,000.00
ATIKKEN, SENOL CK# 582671 10/11/2019 $15.00
AUSTRINO, CRYSTAL M CK# 581828 09/20/2019 $15.00
AUZA, DAPHNE M CK# 581409 09/13/2019 $15.00
AVILA-MARTINEZ, GIOVANNY CK# 584460 11/22/2019 $15.00
AVIS BUDGET CAR RENTAL CK# 433461 08/16/2019 15001433 $689.93
AVIS BUDGET CAR RENTAL CK# 433609 08/22/2019 15001434 $300.00
AWERBACH AND COHN PA CK# 430748 06/05/2019 15000816 $86.05
AYUSO SURVEYING INC CK# 430712 06/04/2019 15000879 $16.00
BACH, KRISTIN E CK# 580568 08/09/2019 $30.00
BAER, RYAN M CK# 573517 01/25/2019 $15.00
BAHLOUL, GABRIELLA F CK# 573271 01/18/2019 $15.00
BAILEY, RACHAEL A CK# 580348 08/02/2019 $15.00
BAILON, JERONIMO CK# 430482 05/28/2019 15000757 $326.00
BALASH, JOSHUA CK# 432322 07/15/2019 15000902 $500.00
BALES AND WEINSTEIN PA CK# 429673 05/08/2019 15000688 $161.60
BALTUSNIK, JEFFREY S CK# 573055 01/18/2019 $15.00
BANDY, DONALD C CK# 426965 02/21/2019 $50.00
BANK OF AMERICA N A VS HRUBY, RAYMOND F 15-CA-010447 06/30/2016 $50.00
BANK OF AMERICA N A VS NELSON, LISA M. 12-CA-012710 10/01/2012 $100.00
BANK OF NEW YORK MELLON VS ADAMS, APRIL 15-CA-010398 04/01/2016 $100.00
BANK OF NEWYORK MELLON VS CRUZ, JOSE 11-CA-014797 11/18/2011 $100.00
BANK OZK CK# 431300 06/20/2019 15001312 $11.00
BAPTISTE, CONSUELO JEAN CK# 437603 12/26/2019 15001366 $1,775.00
BAQUE, MARIO CK# 428196 03/26/2019 15000662 $600.00
BARACK, MEIR VS DAVENPORT, BESSIE 17-CC-031269 10/09/2017 *717.113 $330.00
BARAHONA LOPEZ, ALLAN S CK# 576821 04/18/2019 $15.00
BARBER, AMY B CK# 583582 11/08/2019 $45.00
BARBER, DERIC D CK# 580369 08/02/2019 $15.00
BARDEN, LAUREL Y CK# 577041 04/26/2019 $15.00
BARGO, DAVID VS SPARKS, MARY 19-CC-031750 06/13/2019 *717.113 $100.00
BARNETT, ASHLEY N CK# 574903 03/01/2019 $15.00
BARNETT, KRISTA E CK# 583114 10/18/2019 $15.00
BARNETT, ROY CK# 436203 11/05/2019 15001222 $42.00
BAROULETTE, ELANDA CK# 425740 01/22/2019 15000936 $10.80
BAROULETTE, ELANDA CK# 427054 02/25/2019 15001018 $10.80
BARR, PATRICK J CK# 584065 11/08/2019 $15.00
BARRERA LOZADA, LINDA C CK# 572754 01/11/2019 $15.00

BARRIOS, ADRIANA PILA CK# 432236 07/12/2019 15000904 $250.00
BARTA, KEVIN M CK# 576657 04/18/2019 $15.00
BASILE, JAMES V CK# 581502 09/13/2019 $30.00
BASKIN AND FLEECE ATTORNEYS AT LAW CK# 430904 06/11/2019 15000811 $80.00
BASS, DANITA K CK# 585066 12/13/2019 15001571 $300.00
BASS, STEPHEN CK# 436869 11/25/2019 15001571 $300.00
BATOR, SYLVIA C CK# 579683 07/12/2019 $15.00
BATTLE, SYLVIA CK# 584376 11/22/2019 $15.00
BAUER, ANDREW MICHAEL CK# 428012 03/21/2019 15001118 $15.75
BAUER, STEPHANIE A CK# 573137 01/18/2019 $15.00
BAUTA, JESENIA CK# 437696 12/27/2019 15001362 $270.00
BAUTISTA, ISAIA M CK# 573602 01/25/2019 $15.00
BAXTER, ROBERT C CK# 579258 06/28/2019 $15.00
BAY AREA COMMUNITY HOUSING VS WILLIAMS, BOBBY 18-CC-062012 01/15/2019 *717.113 $20.00
BAY AREA TITLE SERVICES INC CK# 431151 06/17/2019 15000850 $471.99
BAY SURETY CORP CK# 430750 06/05/2019 15001336 $218.30
BAY TITLE AND ESCROW COMPANY CK# 430458 05/28/2019 15000822 $224.03
BAYSHORE, L.P. VS CAUSEY, RAETORIA 17-CC-014337 05/04/2017 *717.113 $900.00
BAYSIDE ENGINEERING INC CK# 429765 05/09/2019 15000881 $120.00
BAYVIEW LOAN SERVICING LLC VS KATTELL, RAN-DI D 13-CA-013623 07/08/2014 $100.00
BEARSS PARK, INC VS OATES, JAMES 17-CC-013824 04/24/2017 *717.113 $740.00
BEARSS, LOUISE R CK# 584486 11/22/2019 $15.00
BEAZER PRE OWNED HOMES LLC VS ST CLAIR, FRANZ 17-CC-042156 11/06/2017 *717.113 $500.00
BECKER AND POLIAKOFF PA CK# 430666 06/03/2019 15000806 $67.31
BECKER AND POLIAKOFF PA CK# 430815 06/07/2019 15000888 $35.50
BEINHAUER, KRISTI CK# 577203 04/29/2019 $15.00
BEITLER, CARL L CK# 574785 02/22/2019 $15.00
BELL, KIMBERLY S CK# 583117 10/18/2019 $15.00
BELLO, ADRIANA I CK# 582628 10/11/2019 $15.00
BELLORBBAINA, ANDY CK# 427561 03/11/2019 15000644 $50.00
BELMONT HEIGHTS ASSOCIATES LTD VS COOK, KEISHA 13-CC-033890 01/24/2014 *717.113 $215.00
BELMONT HEIGHTS ASSOCIATES LTD VS CUEVAS, MARLENY 17-CC-039779 10/26/2017 *717.113 $290.00
BELTZ AND RUTH CK# 429583 05/06/2019 15000692 $660.15
BENDIGO, MCKENNA A CK# 575808 03/22/2019 $15.00
BEN-EZRA AND KATZ PA CK# 429537 05/03/2019 15000730 $4,908.30
BENNETT, BETH CK# 579747 07/19/2019 $15.00
BENNETT, BRENDA D CK# 576670 04/18/2019 $15.00
BENNETT, LAMAR T CK# 584022 11/08/2019 $15.00
BENNETT, LEE A CK# 583929 11/08/2019 $15.00
BENNETT, SHAUNTREL LATRICEALMERIA CK# 435982 10/29/2019 15001218 $11.00
BENNY, ANCY CK# 426537 02/11/2019 15001012 $380.00
BENOIT, PAMELA A CK# 576327 04/05/2019 $15.00
BERRIOS, LUZ CK# 573014 01/18/2019 $15.00
BERRIOS, YOLANDA CK# 427471 03/07/2019 15000650 $250.00
BESANCON, MATTHEW D CK# 578993 06/21/2019 $15.00
BEST TITLE SERVICES LLC CK# 429675 05/08/2019 15000684 $611.72
BETANCOURT, JEAN PAUL E CK# 578888 06/21/2019 $15.00
BETTERSON, RONEY CK# 428712 04/10/2019 $46.40
BHIMSAIN, NATHANIEL A CK# 577631 05/10/2019 $15.00
BIGDELI, CATHLEEN J CK# 582585 10/11/201915 $15.00
BIGELOW, JAH M CK# 584514 11/22/2019 $15.00
BINDER, SCOTT DARYL CK# 431391 06/20/2019 15000866 $114.61
BINGMAN, KERRY CK# 432399 07/17/2019 15001372 $45.75
BLACK, STACEY MICHELE CK# 432834 07/26/2019 15000986 $79.00
BLAIR, AMANDA M CK# 584418 11/22/2019 $15.00
BLAIR, ANNEKA D CK# 573689 02/01/2019 $15.00
BLOOMFIELD, JAMES R CK# 579215 06/28/2019 $15.00
BOARDWALK HOMES LLC VS ROMERA, RITA 17-CC-048412 12/07/2017 *717.113 $2,348.62
BOGUSZEWSKI, ROBERT A CK# 584314 11/22/2019 $15.00
BOHNE LAW OFFICES OF, CHRISTOPHER M CK# 429505 05/02/2019 15000697 $1,192.80
BOLTE, CHRISTOPHER S CK# 578230 05/31/2019 $15.00
BONNER, DANIELLE M CK# 582157 09/27/2019 $15.00
BONNER, SUKHUI CK# 573508 01/25/2019 $15.00
BORRAS, TAMARA CK# 580301 07/26/2019 $14.00
BOSCO, MARITZA CK# 583180 10/25/2019 $15.00
BOUTIQUE APARTMENTS LLC/BROOKLYN FLATS VS WARNER, BLAKE 18-CC-022377 05/24/2018 *717.113 $465.60
BOYCE, BROOKE D CK# 577548 05/10/2019 $15.00
BRADLEY SIDE CORP CK# 429951 05/15/2019 15000890 $322.14
BRADLEY, SHAYDA Z CK# 574162 02/08/2019 $15.00
BRAGDON, JESSE A VS LYNUM, JAKINA 17-CC-044535 02/04/2017 *717.113 $350.00
BRAMMER, DEBRA CK# 425102 01/02/2019 15000250 $150.00
BRANDON 248 OWNER LLC VS ROWLEY, NICOLE 19-CC-023692 05/06/2019 *717.113 $1,407.82
BRANDON CROSSING PARTNERS LTD VS SOTO, JOSE 16-CC-007503 04/02/2014 *717.113 $3,675.00
BRANSON, CHRISTEN A CK# 580092 07/26/2019 $15.00
BRAVO, FRANCISCO CK# 433625 08/22/2019 15001432 $450.00
BRAY, KIMBERLY D CK# 576521 04/11/2019 $15.00
BRENER, AARON J CK# 582937 10/18/2019 $15.00
BRENNER, SANDY M CK# 581104 08/23/2019 $15.00
BRIDGES, DENISE R CK# 581954 09/20/2019 $15.00
BRIDGMAN, SAMANTHA L CK# 578515 06/07/2019 $15.00
BRIGHTWAY INSURANCE CK# 431390 06/20/2019 15001369 $30.00
BRISTOL BAY ASSOCIATES LTD VS RUSSELL, BRIT-TA 16-CC-040717 02/01/2017 *717.113 $150.00

BROCK, TRENT CK# 580457 08/02/2019 $15.00
BROOKS LAND SURVEYING INC CK# 430514 05/29/2019 15000780 $215.60
BROOKS, YAIEZA CK# 427551 03/08/2019 15000645 $50.00
BROWER, BECKY A CK# 580387 08/02/2019 $15.00
BROWN, ASHLYNN J CK# 573229 01/18/2019 $15.00
BROWN, CHARLENE L CK# 574478 02/15/2019 $15.00
BROWN, CHRISTOPHER CK# 435038 09/25/2019 15001479 $2,000.00
BROWN, DEITRA L CK# 579508 07/12/2019 $15.00
BROWN, KAYLA P CK# 583520 11/01/2019 $15.00
BROWN, LINDA FAYE CK# 433612 07/23/2019 15000910 $300.00
BROWN, MAXWELL A CK# 577637 05/10/201915 $15.00
BROWN, VEGAS CK# 582855 10/18/2019 $15.00
BROWNE, KENNETH A CK# 432758 07/25/2019 15001368 $1,748.00
BRUDNY AND RABIN PA CK# 430460 05/28/2019 15000827 $237.91
BRUMLEY, AARON T CK# 580632 08/16/2019 $15.00
BRUNS, NORMAN L CK# 574688 02/22/2019 $15.00
BRYAN-MARQUAND, SARAH A CK# 576310 04/05/2019 $15.00
BRYANT, EVER CK# 427269 03/01/2019 15001102 $106.80
BUBLEY AND BUBLEY PA CK# 430461 05/28/2019 15000782 $228.78
BUCKNER, SEAN L CK# 583743 11/08/2019 $15.00
BUFFA, ANTONELLA M CK# 584403 11/22/2019 $15.00
BUHADI, MESHARI CK# 432510 07/19/2019 15000917 $500.00
BUHADI, MESHARI CK# 432511 07/19/2019 15001396 $146.60
BUIKEMA, JANE KIMBERLY CK# 432202 07/11/2019 15001396 $500.00
BULLARD, TERESA M CK# 581940 09/20/2019 $15.00
BULTRON, SUSANNAH M CK# 581945 09/20/2019 $15.00
BURCAW AND ASSOCIATES ENGINEERING INC CK# 429676 05/08/2019 15000743 $158.80
BURGESS, JOHN VS BELTRAN, DENISE 15-CC-007038 03/29/2015 *717.113 $75.00
BURGIN, BRIDGETTE M CK# 578364 05/24/2019 $15.00
BURGMAN, ISAIAH VS MARLIN FINANCIAL INC 17-CA-007185 08/22/2017 $500.00
BURKE, KATHRYN MCCALL CK# 428545 04/04/2019 15001173 $13.50
BURLINGTON COAT FACTORY CK# 430644 08/05/2019 15001472 $42.50
BURLINGTON COAT FACTORY CK# 433662 08/21/2019 15001471 $83.75
BURNETT, JACORBY T CK# 580125 07/26/2019 $15.00
BURTON, ZACHARY S CK# 573872 02/01/2019 $15.00
BUSH, KEITH E CK# 585284 12/20/2019 $15.00
BUSTON, DERRICK YOUNG CK# 427573 03/11/2019 15000644 $15.75
BUTLER AND HOSCH PA CK# 429387 04/30/2019 15001191 $3,364.32
BUTTS, KRISTIN L CK# 572668 01/11/2019 $15.00
BUZBEE, JAMES F CK# 430921 06/11/2019 15000837 $14.37
BYRD, CHARLES R CK# 574560 02/22/2019 $30.00
BYRD, WILLIE J CK# 575377 03/15/2019 $30.00
C J KEEL JR PA CK# 430778 06/06/2019 15001330 $13.64
CABALLERO, IRAM A CK# 581022 08/23/201915.00 $15.00
CABRERANATARENO, MARTA CK# 434920 09/24/2019 15001095 $15.00
CAGLE, WILLIAM L CK# 580455 08/02/2019 $15.00
CAGLIERGIN, BELGIN CK# 582980 10/18/2019 $15.00
CAHAIN, CHRISTINE L CK# 579270 06/28/2019 $15.00
CALAFELL, MICHAEL MARTIN CK# 437576 12/23/2019 15001299 $11.00
CALDERON, WELINGTON CK# 432679 07/24/2019 15001426 $15.75
CALISKAN, METIN KEREM CK# 432857 07/26/2019 15001412 $105.00
CALHOHN, DONALD E CK# 582626 10/11/2019 $15.00
CALVOSOTOLONGO,EDUARDO CK# 425201 01/04/2019 15000923 $245.00
CAMACHO, BERNABE CORTES CK# 434199 09/09/2019 15001087 $40.00
CAMDEN DEVELOPMENT INC VS JACKSON, BRIT-TANY 18-CC-064983 12/28/2018 *717.113 $1,077.83
CAMPBELL, EDWIN E CK# 583797 11/08/201915.00 $15.00
CAMPBELL, JEFFREY W CK# 574091 02/08/2019 $15.00
CANCEL, REBECA CK# 431839 07/01/2019 15000880 $11.00
CANTERO DE VARONA, EUSBEL CK# 584870 12/06/2019 $15.00
CAPECE, CATHERINE M CK# 578010 05/24/2019 $15.00
CAPRITTA, MICHAEL V CK# 574695 02/22/2019 $15.00
CAPTIVA CLUB APARTMENTS LLC VS CORDERO, ANTONIO 17-CC-022153 06/19/2017 *717.113 $980.00
CARABALLO, JOSE L CK# 577661 05/10/201915.00 $15.00
CARBALLO, JOSE L CK# 577661 05/10/201915.00 $15.00
CARLSON, GREGORY T CK# 584859 12/06/2019 $15.00
CARMO, JOAO G CK# 581268 08/30/2019 $15.00
CARNEGIE, ASHLEY L CK# 583989 11/08/2019 $15.00
CARRASQUILLO, RALPH W CK# 585295 12/20/2019 $15.00
CARREA, KRISTEN R CK# 576184 04/05/2019 $15.00
CARRILLO, CHRISTINA E CK# 573237 01/18/2019 $15.00
CARTER, DARLENE B CK# 579267 06/28/2019 $15.00
CARTER, MICA A CK# 584630 11/22/2019 $15.00
CARVAJAL, RONALD A CK# 583988 11/08/2019 $15.00
CARY, CHRISTOPHER J CK# 577696 05/17/2019 $30.00
CASA VERDE MHC LLC VS SANTOS, JACOYD 17-CC-009409 03/17/2017 *717.113 $723.00
CASAS, MANUEL CK# 428840 04/11/2019 $46.40
CASATTA, DEBORAH CK# 585103 12/13/2019 15001355 $300.00
CASSANOVA, MONICA CK# 579531 07/12/2019 $15.00
CASTANEDA, CESAR CK# 581234 08/30/2019 $15.00
CASTELLANO, KATHLEEN P CK# 574103 02/08/2019 $15.00

(Continued on next page)

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

$15.00
CASTILLO, ELIZABETH CK# 575983 03/29/2019 $15.00
CASTOR, LEROY CK# 430639 05/31/2019 15001248 $23.00
CASTRO, CHRISTIAN CK# 437601 12/26/2019 15001607 $72.00
CATALANI, KRISTIN LYNN CK# 427203 02/28/2019 15000634 $41.00
CATLEDGE, ARDEN J CK# 583489 11/01/2019 $15.00
CAVANAUGH, MADISON E CK# 585486 12/20/2019 $15.00
CAVANAUGH, STEPHANIE Y CK# 581790 09/20/2019 $15.00
CEARLEY, ALVIN P CK# 578813 06/21/2019 $15.00
CECIL, PATRICIA F CK# 581988 09/20/2019 $72.00
CENAL, ALLEN T CK# 583992 11/08/2019 $15.00
CEPEDA, JOSHUA E CK# 579569 07/12/2019 $15.00
CERRA, JOHN A VS UNDERWOOD, DASIA 14-CC-003730 02/27/2014 *717.113 $582.79
CESARIO, GUADALUPE CK# 584857 12/06/2019 $15.00
CH YBOR LLC VS PHILLIPS, MIKE 14-CC-022634 08/18/2014 *717.113 $15.00
CHALLENGER, ERIK S CK# 582134 09/27/2019 $15.00
CHAMBERLAIN, BROOKLYN CK# 584716 11/22/2019 $10.70
CHAMBERLAIN, RYAN A CK# 584713 11/22/2019 $10.70
CHAMBERS, TRAVIS L CK# 584337 11/22/2019 $15.00
CHAMPION, ANTHANESIA B CK# 579506 07/12/2019 $15.00
CHAN, GARY VS RELIFORD, BRIDGETT 15-CC-017803 07/07/2015 *717.113 $486.00
CHANNELSIDE TITLE LLC CK# 430781 06/06/2019 15001320 $43.53
CHAPMAN, JOHN R CK# 574381 02/15/2019 $15.00
CHATFIELD, CHLOE F CK# 583907 11/08/2019 $15.00
CHAVARRIA, JOAQUIN CK# 437485 12/19/2019 15001614 $67.00
CHAVEZ APARICIO, GABRIELA E CK# 573583 01/25/2019 $15.00
CHELIKANI, SAI ADITYA CK# 579702 07/12/2019 $15.00
CHELSEA TITLE COMPANY CK# 430909 06/11/2019 15001326 $205.42
CHEN, LIXIN CK# 433261 08/12/2019 15001452 $105.00
CHESTER, DANIELLE L CK# 574456 02/15/2019 $15.00
CHEVALLIER, KENYA C CK# 576186 04/05/2019 $15.00
CHICAGO TITLE INSURANCE CO CK# 429677 05/09/2019 15000749 $504.05
CHIN, HOWIE CK# 583547 11/01/2019 $15.00
CHINWUBAH, STELLA CK# 577952 05/17/2019 $15.00
CHIRINOS, EDGARS MAURICIO BARRIOS CK# 429488 05/02/2019 15000694 $13.50
CHRISTENSEN, LIAM M CK# 579122 06/28/2019 $60.00
CHRISTOPHER, VALERIA V CK# 574761 02/22/2019 $15.00
CHURCHILL, TARA CK# 430650 05/31/2019 15001258 $500.00
CIMA, VIRGINIE C CK# 579961 07/19/2019 $15.00
CIMINO, ANTHONY S CK# 584405 11/22/2019$15.00
CINTRON, FRANCISCO B CK# 585363 12/20/2019 $15.00
CIOFFI, VINCENT O CK# 573429 01/25/2019 $15.00
CIPALDO, GAVIN P CK# 433915 08/28/2019 15001460 $13.00
CITIMORTGAGE INC VS ROUSE, DIANE W 17-CA-004790 03/08/2018 *717.113 $15.00
CITRUS PARK MALL OWNER LLC VS SWARTZ, MARLENE 17-CA-010276 11/27/2017 *717.113 $5,101.00
CLAIRMONT, ADAM M CK# 581765 09/20/2019 $15.00
CLARK, DANIEL LEE CK# 434864 09/24/2019 15001143 $14.00
CLARK, DANIEL SCOTT CK# 427266 03/01/2019 15001101 $46.40
CLARK, STEFAN E CK# 584048 11/08/2019 $15.00
CLARKE, FABIAN O CK# 580619 08/09/2019 $15.00
CLASS ORTIZ, JENNIFER CK# 576110 03/29/2019 $15.00
CLAUDY SAINT LOUIS CK# 426885 02/20/2019 15000726 $383.50
CLAYTON, CRYSTAL CK# 425878 01/24/2019 15000927 $527.15
CLEARVIEW TITLE CK# 426882 02/20/2019 15000690 $527.15
CLEMENT, DONNA M CK# 583051 10/18/2019$15.00
CLIPPER COVE ASSOCIATES LTD VS LAGRANT, ROBERT 15-CC-016735 06/09/2015 *717.113 $814.60
CLOSING ADVANTAGE LLC CK# 429588 05/06/2019 15000774 $1,033.61
COASTAL BAY PROPERTIES INC VS DANIEL, ANTHONY 13-CC-028447 02/28/2014 *717.113 $800.00
COASTAL BAY PROPERTIES INC VS DANIEL, ANTHONY 14-CA-001228 04/04/2014 *717.113 $799.64
COATES, JODY D CK# 575748 03/22/2019 $15.00
COELLOFUENTES, DOLORES A CK# 432249 07/12/2019 15001397 $15.00
COHEN, JOANNE D CK# 575162 03/08/2019 $15.00
COHEN, NICOLE A CK# 585468 12/20/2019 $15.00
COLE, NICHOLAS J CK# 573385 01/25/2019 $15.00
COLEMAN, JEANNE L LAW OFFICE OF CK# 430925 06/11/2019 15001340 $400.30
COLINA, RAFAEL F CK# 574445 05/03/2019 $15.00
COLLINS, DAVID G CK# 579349 07/05/2019 $15.00
COLLINS, JOSHUA F CK# 427908 03/18/2019 15001119 $94.96
COLLINS, MADISON D CK# 582760 10/18/2019 $15.00
COLON, JULIO D CK# 573035 01/18/2019 $15.00
COMINGORE, PAUL CHAD VS COLON, CYNTHIA 14-CC-007586 04/08/2014 *717.113 $760.00
COMINGORE, PAUL CHAD VS HOJEWSKI, NATHAN 14-CC-010780 05/02/2014 *717.113 $322.78
COMMERCIAL DEVELOPMENT CK# 434050 09/04/2019 15001509 $200.00
COMMERCIAL DEVELOPMENT CK# 434050 09/04/2019 15001509 $200.00
COMMERCIAL DEVELOPMENT CK# 434221 09/11/2019 15001591 $335.90
COMMONWEALTH LAND TITLE INS AGENCY CK# 429541 05/03/2019 15000727 $2,315.87

COMPASS LAND AND TITLE LLC CK# 429450 05/01/2019 15001253 $65.20
CONDE, VICTOR CK# 432473 07/18/2019 15001369 $250.00
CONNELL, NETTIE N CK# 574261 02/15/2019 $15.00
CONNELLA, AMANDA L CK# 578417 06/07/2019 $15.00
CONNER, DANILO N CK# 576235 04/05/2019 $15.00
CONNER, TORI L CK# 574334 02/15/2019 $15.00
CONNOLLY-FERNANDES, ERIC J CK# 575979 03/29/2019 $15.00
CONNOR, CARMEN B CK# 574567 02/22/2019 $30.00
CONSTRUCTION SURVEYING ETC CK# 429768 05/09/2019 15001281 $122.10
CONSUMER TITLE AND ESCROW SERVICES CO CK# 429542 05/03/2019 15000725 $1,219.78
CONTI, JAKOB T CK# 583290 10/25/2019 $15.00
COOK, BRENDA D CK# 575938 03/29/2019 $15.00
COOK, LARRY C CK# 574661 02/22/2019 $15.00
COOK, JERRY FRANK CK# 432119 07/09/2019 15001384 $173.00
COOPER, NAYLA E CK# 578714 06/14/2019 $15.00
CORA GONZALEZ, JULISSA CK# 585138 12/13/2019 $15.00
CORDON, MELISSA ANN CK# 432908 07/30/2019 15001423 $42.00
CORLEY, SIRIA CK# 579690 07/12/2019 $15.00
CORNETT, SCOTT A CK# 582839 10/18/2019 $15.00
CORRALES, ESTEBAN D CK# 577739 05/17/2019 $15.00
COSKEY, ALLAN T CK# 575211 03/08/2019 $15.00
COTE, JEFFREY R CK# 585444 12/20/2019 $15.00
COUNTRYWOOD APARTMENTS LIMITED PARTNERSHIP VS DEIGHAN, ALICE M. 15-CC-013501 04/30/2015 *717.113 $15.00
COURTESY TITLE INC CK# 430466 05/28/2019 15000810 $71.40
COURTNEY LYNNE, KIRKPATRICK CK# 432713 07/25/2019 15000989 $230.00
COURTYARDS ON THE RIVER LLC VS BAILEY, LE-ROY W. 19-CC-039641 07/31/2019 *717.113 $52.00
COVELL, SCOTT A CK# 582672 10/11/2019 $15.00
COVERT, MICHAEL LINN CK# 427443 03/07/2019 15000647 $268.00
COWAN, TAYLOR CK# 436873 11/25/2019 15001226 $20.50
COWLES HILLSBOROUGH PROPERTIES LLC VS OSORIO, NAOMI 15-CC-028345 09/16/2015 *717.113 $350.00
CRAMER HABER AND MCDONALD PA CK# 436669 06/03/2019 15000808 $72.83
CREATIVE CHOICE HOMES XXXI LTD VS WOODEN, RASHEEDAH 18-CC-034433 08/07/2018 *717.113 $50.00
CREUZIGER, GINA L CK# 574104 02/08/2019 $15.00
CRISPIN, PEDRO CK# 572720 01/11/2019 $15.00
CROCKETT, BRENTON W CK# 583736 11/08/2019 $15.00
CROESE, PETER CK# 430536 05/29/2019 15000796 $165.00
CROSON, CURTIS M CK# 584814 12/06/2019 $15.00
CROSS, ASHTON RENEE CK# 431042 06/13/2019 15001324 $250.00
CROSS, DAVID L CK# 580075 07/26/2019 $15.00
CROSS, MICHAEL T CK# 578529 06/07/2019 $15.00
CROTEAU, CHRISTOPHER A CK# 576661 04/18/2019 $15.00
CROWELL, CAMERON MICHAEL CK# 436270 11/07/2019 15001221 $15.75
CRUZ CRUZ, MICHAEL A CK# 584005 11/08/2019 $15.00
CRUZ, ANABELLE N CK# 585247 12/20/2019 $15.00
CRUZ, ISMAEL CK# 578503 06/07/2019 $15.00
CRUZ, JOSE EDGAR BERNABE CK# 435624 10/21/2019 15001202 $250.00
CRUZ, JOSE EDGAR BERNABE CK# 435625 10/21/2019 15001201 $250.00
CRUZ, TORI S CK# 576964 04/26/2019 $15.00
CS SUNBIZ LLC VS DOMENECH, FRAMARIE 16-CC-020169 07/01/2016 *717.113 $909.23
CUE, JUAN CK# 583888 11/08/2019 $15.00
CUEVAS, MANUEL CK# 429356 04/29/2019 15000710 $273.00
CUI, XILI CK# 435089 09/25/2019 15001480$1,000.00
CURRENTON, VICTOR L CK# 575768 03/22/2019 $15.00
CURRIER-CULLINAN, HEATHER L CK# 584854 12/06/2019 $15.00
CUYA, CHRISTINE A CK# 583234 10/25/2019 $15.00
CWANEK, GABRIELLE A CK# 579817 07/19/2019 $15.00
CYPRESS TITLE COMPANY CK# 430783 06/06/2019 15001323 $48.54
D AND E SURVEYING INC CK# 430784 06/06/2019 15001338 $31.00
D'AGOSTINO, PATRICIA S CK# 575910 03/29/2019 $15.00
DAHLEM, BETTY A CK# 577488 05/10/2019 $15.00
DAIGLE, ELAINE M CK# 584205 11/15/2019 $15.00
DALEY, MAEGAN N CK# 577843 05/17/2019 $15.00
DALFERRO, VALERIE A CK# 574148 02/08/2019 $15.00
DALIA CORPORATION VS MATHENY, CHRISTIA 15-CC-003545 02/06/2015 *717.113 $175.00
DALRYMPLE, STEPHANIE A CK# 578761 06/14/2019 $15.00
DALY, JAMES B CK# 577818 05/17/2019 $15.00
DAMIANI, MICHAEL A CK# 583828 11/08/2019$30.00
DANH, SHEENA T CK# 574027 02/08/2019 $15.00
DANIELLO WILLIAMS, JENNIFER L CK# 578859 06/21/2019 $15.00
DAUGHERTY, ROBERT S CK# 573461 01/25/2019 $15.00
DAVID STERN LAW OFFICE CK# 429923 05/14/2019 15000768 $431.44
DAVIE, JACOB H CK# 576016 03/29/2019 $15.00
DAVIS, ALISA G CK# 577561 05/10/2019 $15.00
DAVIS, ALISA G CK# 583912 11/08/2019 $15.00
DAVIS, CARL E CK# 583820 11/08/2019 $15.00
DAVIS, DAN G CK# 579620 07/12/2019 $15.00
DAVIS, JAMAE S CK# 585045 12/13/2019 $15.00
DAVIS, LUKE T CK# 585126 12/13/2019 $15.00
DAVIS, RYAN J CK# 580227 07/26/2019 $15.00
DAVIS, SHANTEL Q CK# 574330 02/15/2019 $15.00
DAVIS, THOMAS R CK# 574540 02/22/2019 $15.00
DAY, ANTHONY S CK# 574440 02/15/2019 $15.00
DAY, LOIS CK# 435883 10/28/2019 15001219$500.00
DDS DISCOUNT CK# 433397 08/15/2019 15001435 $111.50
DD'S DISCOUNT CK# 435947 10/29/2019 15001536

$31.34
DE CASTRO, JOSE CK# 425613 01/16/2019 15000941 $13.50
DE JESUS, ANTONIO E CK# 584234 11/15/2019 $15.00
DEAN, DALTON L CK# 577762 05/17/2019 $15.00
DEBERRY, CHRISTOPHER CK# 432242 07/12/2019 15001394 $250.00
DEBRA LEE MARTIN CK# 425357 01/09/2019 15000652 $30.00
DIESE, TYLER F CK# 582465 10/04/2019 $15.00
DEJESUS, ADRIAN E CK# 577802 05/17/2019$15.00
DEJESUS, JUAN M CK# 582216 09/27/2019 $15.00
DELA CRUZ, LEONARDO E CK# 574064 02/08/2019 $15.00
DELANGE, KIRA L CK# 577866 05/17/2019 $15.00
DELAROSA, ALEXIS CK# 579761 07/19/2019 $15.00
DELAROSA, KRISTIAN C CK# 578582 06/14/2019 $15.00
DELFASCO LLC VS POWELL, STEPHEN 14-CA-011264 04/20/2015 $100.00
DELMAS, MARIE Y CK# 581042 08/23/2019 $15.00
DELUNA, STEPHANIE L CK# 581715 09/20/2019 $15.00
DEMETER PROPERTIES INC VS LOFTON, WHITNEY 17-CC-012469 04/24/2017 *717.113 $165.00
DEMETER PROPERTIES INC VS MURPHY, EDWIN O 19-CC-059260 12/17/2019 *717.113 $2,525.00
DEMPS, MARQUIES J CK# 585203 12/13/2019$15.00
DENUTH, COREY D CK# 584216 11/15/2019 $15.00
DENNEY, WALTER J CK# 576829 04/18/2019 $15.00
DENOVA, ANDY CK# 432238 07/12/2019 15000906 $250.00
DENSON, TIFFANY M CK# 581140 08/23/2019$15.00
DEPRANO, MICHAEL J CK# 575806 03/22/2019 $15.00
DESBOUQUETS, JEAN WILNER CK# 579891 07/19/2019 $15.00
DESCHLER, KALI M CK# 584292 11/15/2019 $20.13
DESKINS, DON G CK# 578552 06/07/2019 $15.00
DEUTSCHE BANK NATIONAL TRUST COMPANY VS JOHNSON, JOHN R 13-CA-015276 01/14/2015$100.00
DEVANE, DEVON T CK# 579543 03/15/2019 $15.00
DHAR, RUPA CK# 575627 03/15/2019 $15.00
DHI TITLE CK# 429590 05/06/2019 15000800 $1,009.03
DIAMOND TITLE AND ASSOCIATES CK# 430141 05/21/2019 15000760 $252.15
DIAZ, LUIS CK# 431800 06/28/2019 15001303 $29.00
DIAZ, VANESSA ARLETT CK# 428719 04/10/2019 15000859 $106.80
DIBENIGNO, ALEXANDRA F CK# 579313 07/05/2019 $15.00
DICKENSON, JARELL M CK# 575580 03/15/2019 $15.00
DIGIROLAMO, LEONARD R CK# 583812 11/08/2019 $15.00
DILBERT CASTRO, ASHLEY G CK# 583263 10/25/2019 $15.00
DIOGO, NICOLAS VS WILSON, SHERESE 18-CC-025950 01/04/2019 *717.113 $1,560.00
DIRECT CORPORATE SERVICES CK# 430823 06/07/2019 15000873 $41.69
DIX, SAMUEL B CK# 585166 12/13/2019 $15.00
DIXON, MARQUISH TRINETTE CK# 436293 11/07/2019 15001568 $80.00
DOBLER, CHRISTOPHER KENNETH CK# 426275 02/04/2019 15000605 $13.50
DOBO, SARAH E CK# 574714 02/22/2019 $15.00
DOBSON, CALMENT D CK# 576403 04/12/2019$15.00
DOLAN, KELSEY CK# 436007 10/30/2019 15001195 $72.00
DOMINGUEZ, MARILYN R CK# 578312 05/31/2019 $30.00
DOMINGUEZ, RAFAEL CK# 436013 10/30/2019 15001196 $60.00
DOMINGUEZNIETO, VALENTIN CK# 434923 09/09/2019 15001504 $202.00
DONAGHY, ROBERT T CK# 576315 04/05/2019$15.00
DONG, JI ZHONG CK# 436706 11/21/2019 15001585 $15.75
DONNELL, KENNETH G CK# 574321 02/15/2019 $15.00
DONNELL, KENNETH VS WILLIAMS, KAMILIHA 13-CC-034164 01/03/2014 *717.113 $121.00
DORSEY, CRYSTAL L CK# 576926 04/26/2019$15.00
DORWARD, THOMAS A CK# 575774 03/22/2019 $15.00
DOUGHERTY, PATRICK B CK# 575529 03/15/2019 $45.00
DOWNTOWN TAMPA APARTMENTS, LLC VS SOSO, JAMES 18-CC-037746 07/31/2018 *717.113 $1,600.00
DOZIER, DREW CK# 431692 06/26/2019 15000861 $170.00
DRAKE AND ASSOCIATES PA CK# 429770 05/09/2019 15000721 $116.80
DRAWDY, DAVID CK# 428709 04/10/2019 15001163 $110.80
DRAWDY, KAYLA L CK# 576721 04/18/2019 $15.00
DRAYTON, JAMES V CK# 582173 09/27/2019$15.00
DRIGGERS, AUTUMN LEANNE CK# 437770 12/30/2019 15001365 $47.00
DRIGGERS, JAMES C CK# 583094 10/18/2019$15.00
DROTLEFF, ANDREW F CK# 580688 08/16/2019 $30.00
DUCKWORTH, ALVAN L CK# 573236 01/18/2019 $15.00
DUNN, EDWARD CK# 575419 03/15/2019 $30.00
DUNNE ATTORNEY AT LAW, JOHN P CK# 430451 05/21/2019 15000761 $257.08
DUPERTUIS, MELISSA C CK# 575324 03/08/2019 $30.00
DUPAN JR, AUGUSTO CK# 431043 06/13/2019 15001319 $250.00
DUTTON, CLAYTON S CK# 574532 03/15/2019$15.00
DYAR, LOLLIS H CK# 584654 11/22/2019 $15.00
DYE, MICHAEL L CK# 582847 10/18/2019 $15.00
DYKES, ROBERT L CK# 582778 10/18/2019 $15.00
EAGLE TITLE AND ABSTRACT INC CK# 430516 05/29/2019 15000779 $202.43
EAGLES MASTER ASSOCIATION INC VS CAPPUL-PO, EDDIE 18-CC-024464 10/01/2018 *717.113$180.00
EAMES, JAMES C CK# 582127 06/28/2019 $15.00
EASTWOOD MHC LLC VS LA FUENTE, ENEIDA NUNEZ DE 16-CC-033242 10/24/2016 *717.113 $453.12
EASTWOOD MHC, LLC VS MARTINEZ, THERESA 16-CC-025977 08/17/2016 *717.113 $83.00
ECHAVARRIA, LILLA CK# 575580 03/15/2019 $15.00
ECHAVARRIA, RAFAEL GOMEZ CK# 429482

05/13/2019 15001287 $21.60
EDWARDS, ERIC N CK# 573587 01/25/2019 $15.00
EDWARDS, GILLIAN L CK# 577554 05/10/2019 $15.00
EGGERT, CHESTER L CK# 577511 05/10/2019 $15.00
EGZI, SOLOMON G CK# 575620 03/15/2019 $15.00
EHLERS, CHRISTINA CK# 436168 11/05/2019 15001578 $10.91
EHMKE III, RONALD LEE CK# 431436 06/21/2019 15000863 $2,000.00
EHMKE III, RONALD LEE CK# 431437 06/21/2019 15000863 $72.00
EKANGER, JONATHAN P CK# 575738 03/22/2019 $15.00
ELGIN, KELVIN CK# 434123 09/05/2019 15001508 $25.00
ELITE MORTGAGE OF TAMPA INC CK# 429924 05/14/2019 15000799 $408.50
ELIZARRARAS, AURELIO E CK# 583261 10/25/2019 $15.00
ELKASRI, MOHAMED VS BLACK, CORETHA 15-CC-032679 10/20/2015 *717.113 $100.00
ELLIOTT, ANDREA K CK# 574797 02/22/2019 $15.00
ELLIOTT, CHRISTINE M CK# 582957 10/18/2019 $15.00
ELLIS, MATTHEW HALL, BRIONNA 15-CC-009001 04/17/2015 *717.113 $500.18
ELLIS, NICHOLE H CK# 585469 12/20/2019 $15.00
ELLISON, MARIE A CK# 575820 03/22/2019 $15.00
EMBERY, KHADI O CK# 583786 11/08/2019 $30.00
EMERT, OLIVER P CK# 575531 03/15/2019 $15.00
EMILIANO, MARIA N CK# 573005 01/18/2019 $15.00
ENDRUSCHAT, ROBERT J CK# 579930 07/19/2019 $15.00
ENTERPRISE TITLE PARTNERS OF NTLTD CK# 430915 06/11/2019 15001329 $12.00
EPIC TITLE SERVICES INC CK# 429925 05/14/2019 15001274 $117.49
EPPS, ANTHONY D CK# 584236 11/15/2019 $15.00
EQUITITLE LLC CK# 429926 05/14/2019 15000858 $411.10
ERIC ARTURO CK# 426785 02/18/2019 15000640 $202.00
ERICKSON, JAQUELINE M CK# 426186 01/31/2019 15000955 $10.20
ESAW, ERIC B CK# 576481 04/12/2019 $15.00
ESCOBAR, YAN N CK# 574749 02/22/2019 $15.00
ESGAR, ASHLYN N CK# 581467 09/13/2019 $15.00
ESPARZA, GUADALUPE CK# 574481 02/15/2019 $15.00
ESPINAL TEJADA, YANET CK# 583619 11/01/2019 $15.00
ESPINOZA, AURELIO CK# 573536 01/25/2019 $15.00
ESPINOZA, RAMIRO CK# 578443 06/07/2019$15.00
ESPINOZA, RUTH A CK# 573456 01/25/2019 $15.00
ESTEVES, ARMINDO VS FARESE, ALFRED JOSEPH 15-CC-039309 01/09/2019 *717.113 $187.50
EVERETT, MONIQUE CK# 432209 07/11/2019 15001408 $100.00
EVERETT, WILLOW J CK# 582884 10/18/2019$15.00
EXANTUS, CHOSTER CK# 427266 01/02/2019 15001167 $71.60
FADIQALSABBAGH, FAHD MHD CK# 432722 07/25/2019 15000985 $250.00
FAIR, EMERSON CK# 432720 07/25/2019 15001430 $14.00
FAIRFIELD ARBOR WALK LLC VS PURNELL, SHER-MAN 16-CC-032432 10/18/2016 *717.113 $1,010.78
FAMILY DOLLAR CK# 428321 03/29/2019 15001191 $60.00
FAMILY DOLLAR CK# 429632 05/07/2019 15000695 $62.80
FAMILY DOLLAR CK# 430546 09/25/2019 15001532 $130.00
FAMILY DOLLAR CK# 437690 12/27/2019 15001613 $300.00
FARKAS, CHRISTOPHER P CK# 581446 09/13/2019 $15.00
FARMER AND FITZGERALD PA CK# 430473 05/28/2019 15000792 $100.00
FARRELL, LISA H CK# 574654 02/22/2019 $30.00
FARRELL, NAAMAN R CK# 579246 07/05/2019 $15.00
FEDERAL NATIONAL MORTGAGE ASSOCIATION VS FERNANDEZ, HECTOR 15-CA-005137 07/24/2015 $100.00
FELICIANO, DENISSE J CK# 579617 07/12/2019 $15.00
FELTON, DONTIAVIUS CK# 432948 07/31/2019 15001421 $161.00
FENN, ASHLEE R CK# 433154 08/07/2019 15001444 $20.00
FENSHAW, JOHN W CK# 584605 11/22/2019 $15.00
FERBER, JONAH S CK# 583375 10/25/2019 $15.00
FERDINAND, ROBERT A CK# 573465 01/25/2019 $15.00
FERGUSON, DOROTHY A CK# 585118 12/13/2019 $15.00
FERNANDES, ANA VS UNKNOWN TENANT #1 N/K/A Z SUTHY 18-CC-000292 10/29/2018 *717.113 $1,000.00
FERNANDEZ, DAVID CK# 430819 06/07/2019 15000843 $15.00
FERNANDEZ, LOGAN A CK# 579863 07/19/2019 $15.00
FERNANDEZ, MARCUS T CK# 577642 05/10/2019 $15.00
FERNANDEZ, MARLENE R CK# 578306 05/31/2019 $15.00
FERRITTO, DAVID R CK# 582153 09/27/2019 $30.00
FERRY, DRAKE M CK# 582568 10/11/2019 $15.00
FIDELITY BANK CK# 428214 03/25/2019 15001115 $15.00
FIDELITY TITLE FIRST AMERICAN TITLE CK# 430143 05/21/2019 15000759 $257.00
FIELDS, ALEXANDRIA N CK# 576416 04/12/2019 $15.00
FIFE, NANCY C CK# 577823 05/17/2019 $15.00
FIGUEROA GARCIA, CHELSY A CK# 580093 07/26/2019 $15.00
FIGUEROA, RIVERA, EDUARDO CK# 575687 03/22/2019 $15.00
FIGUEROA, ALEXIS MARIE GOMEZ CK# 425485

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
|---|---|---|---|---|---|
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

01/17/2019 15000939 $13.50
FINKLEA, DIJANA CK# 582147 09/27/2019 $15.00
FINLAYSON, NIYA A CK# 574996 03/01/2019 $30.00
FINNELL, DALTON ANTHONY CK# 430820 05/22/2019 15001278 $72.00
FIRST AMERICAN TITLE CK# 429396 04/30/2019 15001183 $20.365.97
FIRST CITRUS BANK VS MJ MANLEY INC 11-CA-001991 07/29/2013 *717.113 $4,113.67
FIRST FLORIDA TITLE OF TAMPA BAY CK# 430754 06/05/2019 15000817 $92.00
FIRST PRIORITY TITLE SERVICES CK# 429927 05/14/2019 15000737 $495.35
FIRST ROTTLAND TITLE OF FLORIDA LLC CK# 429691 05/08/2019 15000745 $160.45
FIRST, ASHLEY LYNN CK# 425079 01/02/2019 15000951 $83.00
FISHER, MATTHEW J CK# 582747 10/18/2019 15001204 $50.00
FISHERMANS TITLE INC CK# 430874 06/10/2019 15001341 $50.00
FISHMAN, BARRY CK# 435553 10/18/2019 15001213 $70.00
FIT TO RUN CK# 436000 10/30/2019 15001526 $106.50
FITZGERALD, CYNTHIA B CK# 581440 09/13/2019 $15.00
FITZGERALD, DENISE M CK# 579310 07/05/2019 $15.00
FL CERTIFIED DEED SERVICES CK# 430822 06/07/2019 15000826 $17.00
FL HARBOUR WALK LLC VS HOFFMAN, CATHY 16-CC-021065 08/11/2016 *717.113 $2,709.27
FLEMING, KIERRA M CK# 574297 02/15/2019 $15.00
FLORES, CELESTINA CK# 432599 07/23/2019 15001432 $500.00
FLORES, DAVID CK# 428857 04/16/2019 15001159 $25.00
FLORES, JACQUELINE CK# 574096 02/08/2019 $15.00
FLORES, LOE CK# 573801 02/01/2019 $15.00
FLORIDA ABSTRACT AND TITLE, LLC VS CHAVEZ, JOHN A 15-CC-028289 11/15/2015 *717.113 $76.65
FLORIDA CERTIFIED RECORD RETRIEVAL SVS CK# 429692 05/08/2019 15001285 $632.50
FLORIDA DEPARTMENT OF FINANCIAL SERVICES CK# 428425 04/02/2019 15001181 $226.56
FLORIDA PETTY CASH CK# 431061 06/13/2019 15000860 $70.00
FLORIDA PROPERTY TITLE SERVICES LLC CK# 430824 06/07/2019 15001357 $16.50
FLORIDA TREASURE REALTY, LLC VS JENKINS, TAISHA 18-CC-027895 08/07/2018 *717.113 $1,400.00
FLUKE, KEVIN CK# 436008 10/30/2019 15001228 $36.00
FOGARTY, CHARLOTTE S CK# 579798 07/19/2019 $15.00
FOMBO, ISIDORE A CK# 581878 09/20/2019 $15.00
FONTAINE, GERALD CK# 583933 11/08/2019 $15.00
FORD, DWAYNE R CK# 575422 03/15/2019 $15.00
FOREMAN, CHARLES M CK# 584219 11/15/2019 $15.00
FOREMOST PROPERTY SOLUTIONS LLC VS HARD-WICK, CHARITY 15-CC-025679 09/25/2015 *717.113 $300.00
FOSTER AND FOSTER CK# 431271 06/19/2019 15000986 $97.50
FOSTER, JEFFREY L CK# 583086 10/18/2019 $30.00
FOUNTAINVIEW ESTATES LLC VS PORTER, PAM 15-CC-036802 03/15/2016 *717.113 $1,583.24
FRANCIS, BART CK# 433244 08/12/2019 15001451 $12.08
FRBH SABAL PARK, LLC VS LOWE, LUCINDA H. 18-CC-061606 12/14/2018 *717.113 $200.00
FREEDMAN AND MICHAELS PA CK# 430825 06/07/2019 15000894 $192.77
FREEDOM LANDS TITLE CK# 430475 05/28/2019 15000940 $103.00
FREITAS, TRACEY A CK# 575281 03/08/2019 $15.00
FRIAR, WILLIAM H CK# 584991 12/06/2019 $15.00
FULLER HOLSONBACK AND MALLOY PA CK# 430790 06/06/2019 15000829 $13.67
FUNIKU PROPERETIE CORP VS JONES, TAMINA 19-CC-059580 12/09/2019 *717.113 $421.95
GABRIEL, STEVENS CK# 427800 03/14/2019 15000646 $450.00
GAGNON, JOHN CARL CK# 431170 06/17/2019 15001317 $45.75
GAHAGAN, KATHLEEN M CK# 573795 02/01/2019 $15.00
GAINER, JESSICA J CK# 583280 10/25/2019 $15.00
GAINEY, JAUKENA CK# 435682 10/22/2019 15001200 $500.00
GALLAGHER, JOSEPH P CK# 578108 05/24/2019 $15.00
GALLEGOS, NORL A CK# 583897 11/08/2019 $15.00
GAMMON, WILLIAM C CK# 577930 05/17/2019 $15.00
GAO, AIHUA CK# 434847 09/24/2019 15001487 $30.00
GARAFFA, GABRIELLA P CK# 582384 10/04/2019 $15.00
GARCIA DE QUEVEDO LI, BRENDA CK# 574819 02/22/2019 $15.00
GARCIA, ALEXANDER CK# 580668 08/16/2019 $15.00
GARCIA, ANA LEISY CK# 432190 07/11/2019 15000884 $500.00
GARCIA, BRITTANY D CK# 577178 04/29/2019 $15.00
GARCIA, CARRIE A CK# 583784 11/08/2019 $15.00
GARCIA, DAVID D CK# 583237 10/25/2019 $15.00
GARCIA, DIAMARI LEA CK# 583002 10/18/2019 $15.00
GARCIA, GELCY A CK# 580995 08/23/2019 $30.00
GARCIA, MATTHEW P CK# 584634 11/22/2019 $15.00
GARDNER WILKES SHAHEEN AND CANDELORA CK# 429697 05/08/2019 15001282 $158.75
GARDNER, LORI A CK# 577195 04/29/2019 $15.00
GARLING, GINNY L CK# 578587 06/14/2019 $15.00
GARRETT, ANTHONY W CK# 577390 05/03/2019 $15.00
GARRETT, KELLY M CK# 574951 03/01/2019 $15.00
GASVODA, PATRICK A CK# 576802 04/18/2019 $15.00
GATENBEE, AMYMARIE S CK# 580054 07/26/2019 $15.00
GATZA, LUKE G CK# 576637 04/18/2019 $15.00
GAUVREAU, HENRY R CK# 581511 09/13/2019 $30.00
GAVRIAN, EMILY R CK# 580718 08/16/2019 $15.00
GAY, GRACIELA R CK# 581095 08/23/2019 $15.00
GAYLE, VESPASIAN A CK# 429575 05/03/2019 15001240

GENERAL TITLE COMPANY OF FLORIDA CK# 429550 05/03/2019 15000726 $1,827.49
GENESIS GROUP INC CK# 430919 06/11/2019 15000824 $185.10
GENNINGER, JASEN DOUGLAS CK# 427777 03/14/2019 15001124 $164.00
GEOMAP TECHNOLOGIES INC CK# 430828 06/07/2019 15000838 $24.50
GEORGE, CLIVE M CK# 573746 02/01/2019 $15.00
GERMAN, AMAURY EMMANUEL CK# 425249 01/07/2019 15000924 $103.00
GERMOND, JUSTIN J CK# 585430 12/20/2019 $15.00
GIBBS, WILLIAM W CK# 579435 07/05/2019 $15.00
GIL IRIZARRY, ESTHER M CK# 576584 03/22/2019 $15.00
GILBERT, JAYNE P CK# 577475 05/10/2019 $15.00
GILBERT, LYLE M CK# 584648 11/22/2019 $15.00
GILBERT, SHEILA J CK# 583185 10/25/2019 $15.00
GILBERTSON, MATTHEW G CK# 576760 04/18/2019 $15.00
GILLEY, AVIANCE O CK# 437336 12/13/2019 15001619 $20.00
GIMBERG, CINDY K CK# 584585 11/22/2019 $15.00
GISPERT, DEBORAH J CK# 580972 08/23/2019 $105.00
GIZAW, GABRIELLA G CK# 580031 07/26/2019 $150.00
GIZAW, GABRIELLA G CK# 580031 08/02/2019 $150.00
GIZAW, GABRIELLA G CK# 580543 08/09/2019 $30.00
GLEN RASMUSSEN AND FOGARTY CK# 430755 06/05/2019 15001346 $83.28
GLOBAL TITLE NETWORK INC CK# 429594 05/06/2019 15000772 $882.54
GLYNOS, ANNABEL CK# 582122 09/27/2019 $15.00
GOAL PROPERTIES LLC VS GARZA, JOANNA 18-CC-053253 10/26/2018 *717.113 $2,206.00
GOLBACH, SAMUEL JOHN CK# 429894 05/13/2019 15001286 $1,702.00
GOLDSTEIN, JARED TYLER CK# 430393 05/24/2019 15001261 $55.00
GOLIBART, DANIEL A CK# 576236 04/05/2019 15001585 $45.00
GOMEZ, DIEGO M CK# 574646 02/22/2019 $15.00
GOMEZVAZQUEZ, JUAN CK# 430568 05/30/2019 15000857 $2,000.00
GONSALEZ, JOSE LUIS HERNANDEZ CK# 435067 09/25/2019 15001483 $250.00
GONYEA, BRIANNE K CK# 581457 09/13/2019 $15.00
GONZALES, ELIADORO J CK# 428696 04/10/2019 15000664 $67.60
GONZALEZ, CARMEN CK# 577490 05/10/2019 $15.00
GONZALEZ, JOSE CK# 428871 04/16/2019 15000684 $500.00
GONZALEZ, KARLA A CK# 576857 04/26/2019 $15.00
GONZALEZ, RAFA D CK# 580280 07/26/2019 $15.00
GONZALEZVEGA, MIRIAM CK# 428454 04/02/2019 15001180 $15.00
GOODWIN, LAURIE CK# 435227 10/07/2019 15001147 $72.00
GOOLSBY, TIFFANY L CK# 582299 09/27/2019 $16.50
GORDON, CAELA CK# 427507 03/08/2019 15001099 $16.50
GORDON, IAN C CK# 581717 09/20/2019 $15.00
GORDON, JERLEESHA CK# 427708 03/13/2019 15000582 $250.00
GORDON, KINSLEY CK# 425213 01/04/2019 15000582 $250.00
GOSSAMER WING, LLC VS MATHIS, KOLANDA 16-CC-009938 04/08/2016 *717.113 $2,160.00
GOYNES, AMINTA O CK# 574512 02/15/2019 $15.00
GRACIA, JHOAN SEBASTIAN CK# 425264 01/07/2019 15000948 $11.34
GRAF, DAVID O CK# 581417 09/13/2019 $15.00
GRAHAM, MICHAEL D CK# 575521 03/15/2019 $15.00
GRAHAM, RACHEL N CK# 572814 01/11/2019 $15.00
GRANGER, CLIFFORD E CK# 580741 08/16/2019 $15.00
GRANTLAND, JOHN W CK# 575264 03/08/2019 $15.00
GRAY, CHRISTINA S CK# 573621 01/25/2019 $15.00
GRAY, VANESSA D CK# 579668 07/12/2019 $15.00
GREANY, PETER N CK# 574990 03/01/2019 $15.00
GREATER BAY TITLE LLC CK# 429928 05/14/2019 15001276 $378.80
GRECO PA, FRANK J CK# 430918 06/11/2019 15001328 $10.80
GRECO, BRIAN M CK# 578837 06/21/2019 $15.00
GREEN, SANDRA A CK# 583407 10/25/2019 $15.00
GREEN, WAYLON D CK# 576290 04/05/2019 $15.00
GREENBERG TRAURIG CK# 437364 12/16/2019 15001611 $12.00
GREENE AND SCHERMER CK# 430829 06/07/2019 15000828 $32.74
GREENE, MATTHEW R CK# 576525 04/12/2019 $15.00
GREENE, SHANNON SABRINA CK# 427280 03/01/2019 15000637 $110.80
GREKOS, DIONYSIA K CK# 576439 03/15/2019 $15.00
GRIFFIN, MATTHEW F CK# 573733 02/01/2019 $15.00
GRIFFIN, TERRY W CK# 583863 11/08/2019 $15.00
GRIMES, GWYNNE P CK# 584195 11/15/2019 $15.00
GROGAN, JOSHUA A CK# 582218 09/27/2019 $15.00
GROOM, JON VS JONES, PAMELA 17-CC-024049 08/04/2017 *717.113 $270.00
GSTALDER, CHRISTOPHER S CK# 579498 07/05/2019 $15.00
GUAGLIARDO, DARRELL D CK# 572873 01/11/2019 $15.00
GUE, KAYLEE M CK# 580149 07/26/2019 $15.00
GUERLIEL, MICHAEL DIANA CK# 426777 02/18/2019 15001106 $15.75
GUIFU, RICARDO CK# 429731 05/03/2019 15001166 $146.00
GUILFUCCI, CARLOS R CK# 573504 01/25/2019 $15.00
GULF COAST REVIEW INC CK# 426134 01/30/2019 15000929 $61.50
GULF COAST REVIEW INC CK# 426134 01/30/2019 15001009 $30.00
GULF COAST REVIEW INC CK# 433179 08/07/2019 15000915 $500.00
GUTHRIE, ERICA J CK# 578547 06/07/2019 $15.00
GUYER, KANE A CK# 584596 11/22/2019 $15.00
GUZMAN, MARCOS CK# 579195 06/28/2019 $15.00

GUZMAN, MICHAEL CK# 581181 08/30/2019 $15.00
GUZMANMOLINA, WILMER CK# 434748 09/19/2019 15001454 $202.00
GWIN, CHRISTOPHER CK# 433095 08/06/2019 15001454 $250.00
HADDEN, THOMAS L CK# 582663 10/11/2019 $15.00
HAFER, DANIEL B CK# 578942 06/21/2019 $15.00
HAIGHT, THEODORE G CK# 582664 10/11/2019 $15.00
HAILEY, EDWARD J CK# 582140 09/27/2019 $15.00
HALL, CARLA CK# 430868 06/10/2019 15000833 $17.00
HALL, KRISTIE VS STARKE, TANYA 15-CC-019541 06/17/2015 *717.113 $39.32
HALLBACK, TANQUILLA T CK# 573130 01/18/2019 $15.00
HAMAN, JASON F CK# 573379 01/25/2019 $15.00
HAMERS, GREGORY A CK# 582226 09/27/2019 $15.00
HAMILTON, ALICE M CK# 575045 03/01/2019 $15.00
HAMILTON, CALVIN J CK# 583701 11/08/2019$15.00
HAMILTON, DAVID J CK# 580730 08/16/2019 $15.00
HAMMER TITLE INSURANCE COMPANY CK# 433274 06/19/2019 15000868 $38.11
HANSEL, OCYNTH S CK# 579176 06/28/2019 $15.00
HANSEN, WONDA VS BINNION, ROBERT C 19-CC-040201 07/26/2019 *717.113 $250.00
HARDEE, JAYCE F CK# 581274 08/30/2019 $15.00
HARDEN, KEITH A CK# 582206 09/27/2019 $15.00
HARDEN, SHAWN D CK# 585539 12/20/2019 $15.00
HAROLD, HAROLD K CK# 579272 03/29/2019 $15.00
HARPER KYNES AND GELLER PA CK# 430478 05/28/2019 15000783 $247.50
HARRELL, ZACHERY D CK# 583384 10/25/2019 $15.00
HARRIS, ANGELA MARIE CK# 434374 09/12/2019 15001091 $111.00
HARRIS, FONDA L CK# 574490 02/15/2019 $15.00
HARRISON, JAQUAN J CK# 582170 09/27/2019$15.00
HARRISON, TERRY A CK# 581588 09/13/2019$15.00
HART, JULIANNE CK# 432506 07/19/2019 15001376 $250.00
HART, JULIANNE CK# 432507 07/19/2019 15001375 $250.00
HART, NATHAN CLIFFORD CK# 427534 03/08/2019 15001127 $67.00
HARTMAN, TINA M CK# 580544 08/09/2019 $15.00
HARVEY, GLENDIA CK# 428428 04/02/2019 15001179 $26.34
HARVEY, JEFFREY C CK# 580697 08/16/2019$30.00
HARVIE, ALEXANDER S CK# 580667 08/16/2019 $30.00
HASSOUN, NICHOLAS S CK# 584482 11/22/2019 $15.00
HAUGHTON, VERONA E CK# 429752 05/08/2019 15001238 $12.50
HAWK, MADISON E CK# 582433 10/04/2019 $15.00
HAWLEY, JESSICA L CK# 573053 01/18/2019 $15.00
HAYDEN, ROBERT CHANCE CK# 432775 07/25/2019 15000909 $170.00
HAYS, TREVOR A CK# 573433 01/25/2019 $15.00
HAYSE, MEENIEL T CK# 579734 07/12/2019 $15.00
HEART OF ADOPTIONS INC CK# 432606 07/23/2019 15001420 $42.00
HEATH, CHRISTOPHER M CK# 580379 08/02/2019 $15.00
HECKSHER, MICHAEL P CK# 576522 04/12/2019 $15.00
HEMION, ROY DALLAS CK# 436015 10/30/2019 15001198 $250.00
HENDERSON, ADAM H CK# 577712 05/17/2019 $15.00
HENDERSON, CHRISTOPHER W CK# 574555 03/08/2019 $15.00
HENGST, AMANDA E CK# 575210 03/08/2019 $15.00
HENRIQUEZ, MIGUEL ANGEL CK# 426560 02/11/2019 15001099 $2.000.00
HENRY, DANIEL M CK# 583710 11/08/2019 $15.00
HENRY, DEMARIO JERMAINE CK# 428695 04/10/2019 15001166 $53.60
HENRY, TANYA N CK# 430649 05/31/2019 15001256 $60.00
HEPBURN, KRYSTAL L CK# 578678 06/14/2019 $15.00
HEREDIA PEREZ, CARLOS A CK# 582587 10/11/2019 $15.00
HERITAGE TITLE COMPANY CK# 430479 05/28/2019 15000781 $224.66
HERLONG, MARK B CK# 582753 10/18/2019 $15.00
HERNANDEZ GONZALEZ, ALEXANDRA CK# 573241 01/18/2019 $15.00
HERNANDEZ GONZALEZ, GRISEL CK# 583128 10/18/2019 $15.00
HERNANDEZ, ABIMAEL CK# 431849 07/02/2019 15001404 $500.00
HERNANDEZ, AGUSTIN HERNANDEZ CK# 434953 09/25/2019 15001482 $250.00
HERNANDEZ, ANTONIO VS PADILLA, ALEX 15-CC-004343 02/24/2015 *717.113 $600.00
HERNANDEZ, EPIFANIO CK# 583314 10/25/2019 $15.00
HERNANDEZ, FERMIN CK# 434971 09/25/2019 15001146 $500.00
HERNANDEZ, FERMIN CK# 435047 09/25/2019 15001145 $250.00
HERNANDEZ, JULIO CK# 432362 07/16/2019 15001378 $500.00
HERNANDEZ, LUCIO CK# 435579 10/18/2019 15001209 $500.00
HERNANDEZ, MELANIE CK# 572742 01/11/2019 $15.00
HERNANDEZ, NOEL CK# 578976 06/21/2019 $15.00
HERNANDEZ, RAMIREZ ANTONIO CK# 436088 10/30/2019 15001211 $250.00
HERNANDEZ, SANTOS ANDRES ANTONETTI CK# 425903 01/24/2019 15000922 $130.00
HERNANDEZ, VIANELBIS DYAS CK# 432527 07/19/2019 15001374 $34.50
HERRADA, RICARDO ANTONIO CK# 436088 10/30/2019 15001580 $15.75
HICKS, DYLAN JACOB CK# 427268 03/01/2019 15001103 $15.75
HICKOX, TERRY D CK# 583393 10/25/2019 $15.00
HICKS, CHRISTOPHER DARRELL CK# 428694 04/10/2019 15000714 $108.80
HICKS, SELTHEAL J CK# 579697 07/12/2019 $15.00
HILEN, TRAN VS MILLER, ANTON 18-CC-050528 09/19/2018 *717.113 $677.07
HILL, CAROLYN D CK# 577523 05/10/2019 $15.00
HILLMAN, BRITTANY CHARISSE CK# 437560 12/26/2019 15001609 $15.00
HILLS, HANSJOERG CK# 434765 09/20/2019 15001489

HILLSBOROUGH ABSTRACTING AND TITLE CK# 429700 05/08/2019 15000687 $150.70
HILLSBOROUGH TITLE CK# 429701 05/08/2019 15000744 $165.30
HILTON, NICOLE E CK# 584121 11/15/2019 $15.00
HIPSON, ANN R CK# 578807 06/21/2019 $15.00
HOBBS, JEREMY S CK# 583282 10/25/2019 $60.00
HODDINOTT, LILY R CK# 573782 02/01/2019 $15.00
HOKANSON, EMILY M CK# 576905 04/26/2019 $15.00
HOLDER, DILLARD KEITH CK# 426349 02/05/2019 15001562 $13.50
HOLLAND, WILLIAM CK# 430863 06/07/2019 15000851 $16.85
HOLMES, DENISE CAROL CK# 436947 11/27/2019 15001573 $138.00
HOLMES, JESIKA LYNE CK# 431870 07/02/2019 15000878 $202.00
HOME CHOICE 205 CK# 430635 05/31/2019 15000895 $174.00
HOMETOWN TITLE AGENCY INC CK# 429636 05/07/2019 15000755 $629.71
HOMSEY, KYLE ALEXANDER S CK# 583359 10/25/2019 $15.00
HOOKER, JOHN D CK# 429967 05/15/2019 15000733 $261.81
HORBELT, BRANDON J CK# 579849 07/19/2019 $15.00
HORNSBY, HELEN M CK# 577217 04/29/2019$15.00
HOUGH, ALYSSA M CK# 573974 02/08/2019 $15.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS CROMPTON, CORETTA 14-CC-022318 09/03/2014 *717.113 $121.00
HOUSING AUTHORITY OF THE CITY OF TAM-PA FLORIDA VS CRUZ, LAKINDA 14-CC-014623 07/18/2014 *717.113 $26.00
HOUSING AUTHORITY OF THE CITY OF TAMPA FLORIDA VS WILLIAMS, BERONICA 15-CC-008106 04/09/2015 *717.113 $69.00
HOUSING AUTHORITY OF THE CITY OF TAMPA VS BELLAMY, NICKEYLA 18-CC-041879 08/20/2018 *717.113 $1,279.57
HOUSING AUTHORITY OF THE CITY OF TAMPA, FLORIDA VS BRANTLEY, MALENKA 13-CC-016164 01/03/2014 *717.113 $594.85
HOWARD, FREDRICK VS CAPOMACCIO, ANTHONY 18-CC-012768 03/19/2018 *717.113 $82.00
HRA EGYPT LAKE INC VS VASQUEZ, CHRISTO-PHER 14-CC-028643 10/16/2014 *717.113 $737.00
HUANG ANNA 16TD00635 11/27/2019 $1,197.84
HUGGINS, CHRISTOPHER L CK# 581797 09/20/2019 $30.00
HUGHES, JOSIAH R CK# 583064 10/18/2019 $15.00
HUGHES, MAUREEN CK# 580183 07/26/2019$15.00
HUNT, SHA N CK# 573671 02/01/2019 $15.00
HUNTER, WILLIAM J CK# 582010 09/20/2019 $15.00
HURLBURT, ANDREW C CK# 585339 12/20/2019 $15.00
HURLEY, NATHAN P CK# 583602 11/01/2019 $15.00
HUTHINS, FRANK W CK# 574584 02/22/2019 $30.00
HUTCHINSON, KATHRYN Y CK# 579374 07/05/2019 $15.00
HUTCHINSON, MARCHITA C CK# 582710 10/11/2019 $15.00
HYRY, EDMUND K CK# 573593 01/25/2019 $15.00
IBANEZ, TIMOTHY CK# 431486 06/24/2019 15001349 $174.00
IMER, CHARLES CK# 434048 09/04/2019 15001511 $72.00
IMESH, MICHAEL K CK# 579504 07/12/2019$15.00
INDELICATO, LISA A CK# 578542 06/07/2019$15.00
INGRAHAM, JOHN H VS REED, TOMMIE 15-CC-019427 07/14/2015 *717.113 $702.30
INGRAM, ALTON R CK# 576620 04/18/2019 $15.00
INMAN, MICHAEL C CK# 578801 06/21/2019 $15.00
INTEGRITY SURVEYING AND CONSULTING INC CK# 430724 06/04/2019 15000819 $87.00
INTEGRITY TITLE GROUP CK# 429929 05/14/2019 15001275 $347.71
INTRATHRONTH, JOHN CK# 580168 07/26/2019 $15.00
IRIZARRIS, EDUARDO CK# 582394 10/04/2019 $15.00
ISAACSON, PHILLIP L CK# 575795 03/22/2019 $15.00
IVERY, JEFFREY CK# 574919 02/22/2019 $15.00
JACKSON, ASHLEIGH CK# 429045 04/22/2019 15000809 $37.50
JACKSON, ASHLEY CK# 431515 06/25/2019 15001577 $66.50
JACKSON, BRIANNA CK# 436602 11/19/2019 15001580 $46.40
JACKSON, JARVARIS ERVIN CK# 428701 04/10/2019 15001166 $43.47
JACKSON, LEQWANDA D CK# 428784 04/10/2019 15001166 $134.93
JACKSON, MARIA CK# 426927 02/20/2019 15001029 $13.50
JACKSON, WINIFRED C CK# 581133 08/23/2019 $15.00
JACO, KATLYN M CK# 584164 11/15/2019 $45.00
JACOB, JOHN C CK# 579884 07/19/2019 $15.00
JACOBS, LATONIA R CK# 576557 03/29/2019$15.00
JAMES, ADREAE C CK# 573245 01/18/2019 $15.00
JAMES, DARRIUS RASHAD CK# 434514 09/16/2019 15001496 $110.00
JAMES, JEFFREY F CK# 572868 01/11/2019 $15.00
JAMES, SPENCER W CK# 584447 11/22/2019$15.00
JANEURKE, ROBERT VS IRWIN, MIKE 19-CC-001835 02/15/2019 *717.113 $400.00
JANSMA, WINIFRED CK# 429327 04/26/2019 15001029 $13.50
JAVSON, WINIFRED C CK# 581133 08/23/2019$15.00
JASMINE TERRACE LLC VS MORALES, CARLOS EDUARDO 17-CC-033567 11/16/2017 *717.113 $50.44
JC PENNEY CK# 430360 05/16/2019 15001277 $570.00
JEAN-LOUIS, DAVID A CK# 573614 01/25/2019 $15.00
JENKINS, GAIL M CK# 579600 07/12/2019 $15.00
JERRY, ERIC S CK# 584192 11/15/2019 $15.00
JIA, ZEKUN CK# 426501 02/11/2019 15000746 $13.50
JIMENEZ, KALI C CK# 585137 12/13/2019 $15.00
JOHNSON, ANGEL D CK# 575908 03/22/2019$15.00
JOHNSON, ANTHONY JOSEPH CK# 428689

(Continued on next page)

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

MITCHELL, CATHERINE A CK# 585106 12/13/2019 $30.00

MITCHELL, CATHERINE A CK# 585263 12/20/2019 $30.00

MITCHELL, ELIZABETH M CK# 581286 08/30/2019 $15.00

MITCHELL, JACKEY CK# 434447 09/13/2019 15001090 $1,450.00

MITCHELL, WARREN F CK# 584332 11/22/2019 $15.00

MITCHELL, YVONNE M CK# 581132 08/23/2019 $15.00

MLS REALTY OR THE REALTY CHANNEL CK# 431375 06/20/2019 15001315 $103.00

MO#17-784067365A - WESTERN UNION - PUBLIX #1170 RCPT #24-00562102 01/15/2019 $100.00

MO#17-894947292 - WESTERN UNION - PUBLIX #1170 RCPT #24-00590397 03/15/2019 $60.00

MO#2196659841 - AMSCOT RCPT #24-00572494 02/07/2019 $62.00

MOBLEY, NIKITRA J CK# 585467 12/20/2019 $15.00

MOGLIA, FRANCES M CK# 579338 07/05/2019 $15.00

MOH, GEORGE CK# 425652 01/17/2019 15000948 $500.00

MOHABIR, JASWATIE CK# 573378 01/25/2019 $15.00

MOHAMMED, SHAMILLA VS ROBINSON, KIANA 16-CC-012252 04/22/2016 *717.113 $200.00

MOHR INFORMATION SERVICES CK# 430926 06/11/2019 15000823 $24.50

MOLA, DANIEL EDUARDO CK# 426348 02/05/2019 15000615 $15.75

MOLA, SABRINA CK# 575299 03/08/2019 $15.00

MOLINA OTERO, MARELIS CK# 575823 03/22/2019 $15.00

MOLINA, ARMANDO CK# 436492 11/15/2019 15001590 $100.00

MOLINA, MARCUS J CK# 576441 04/12/2019 $15.00

MOLI, GANDIA, SUSANA CK# 584138 11/15/2019 $15.00

MONDY, WILLIAM LAFAYETTE CK# 432550 03/08/2019 15000685 $249.00

MONETTE, RICKIE A CK# 580236 07/26/2019 $15.00

MONEY, SARAH E CK# 575623 03/15/2019 $15.00

MONFRED, DOMINIC ANTHONY CK# 438275 11/07/2019 15001563 $20.00

MONT, ZACHARY J CK# 577057 04/26/2019 $15.00

MONTERO, LUIS FELIPE CK# 432452 07/18/2019 15001371 $500.00

MONTERO, LUIS FELIPE CK# 432453 07/18/2019 15001370 $200.00

MONTGOMERY, BISHOP S CK# 585271 12/20/2019 $15.00

MONZON, MILAY CORDERO CK# 426005 01/28/2019 15000600 $200.00

MOORE, AMARA CHANTEL CK# 430605 05/31/2019 15001263 $72.00

MOORE, CHRISTOPHER CK# 431992 07/05/2019 15000886 $72.00

MOORE, FARRAH W CK# 579821 07/19/2019 $15.00

MOORE, LATANYA YVETTE CK# 428813 04/15/2019 15001471 $16.00

MOORE, LATRESHA J CK# 581059 08/23/2019 $15.00

MORALES PEREZ, KEVIN J CK# 582926 10/18/2019 $15.00

MORALES RIOS, HARRY X CK# 583107 10/18/2019 $15.00

MORALES, JAIME R CK# 579894 07/19/2019 $15.00

MORALESLUNA, LAZARO CK# 436414 11/13/2019 15001558 $250.00

MORE, SHELBI N CK# 579917 07/19/2019 $15.00

MORELL, RICARDO CK# 581977 09/20/2019 $15.00

MOREY, STEPHEN F CK# 578513 06/07/2019 $15.00

MORGAN AND MORGAN TAMPA PA CK# 439916 11/26/2019 15001596 $50.00

MORGAN, VICTORIA B CK# 580989 08/23/2019 $60.00

MORRISON, KELLY M CK# 582892 10/18/2019 $15.00

MOSRIE, KYLE S CK# 574293 02/15/2019 $15.00

MOSS, JILL A CK# 582449 10/04/2019 $15.00

MOTA CARABALLO, EMILYMAR CK# 580716 08/16/2019 $45.00

MOULTRIE, DERWIN L CK# 585064 12/13/2019 $15.00

MOYERS, MICHAEL DAVID CK# 428336 03/29/2019 15001112 $17.00

MTGLQ INVESTORS LP VS ROSS JAMES, SADAR-RIA LA VETTE 15-CA-006461 12/08/2015 $100.00

MUELLER, SCOTT D CK# 580286 07/26/2019 $15.00

MULLINS, STORMI A CK# 579445 07/05/2019 $15.00

MUNRO, JESSICA L CK# 576745 04/18/2019 $15.00

MUNROE, KITTY C CK# 577705 05/17/2019 $15.00

MURPHY, CASSANDRA A CK# 574563 02/22/2019 $15.00

MURPHY, DONOVAN E CK# 582569 10/11/2019 $15.00

MURPHY, TERRENCE A CK# 581590 09/13/2019 $15.00

MURRAY, KIMBERLY M CK# 575503 03/15/2019 $15.00

MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-028748 02/17/2016 *717.113 $85.90

MY CLEAR VIEW WINDSHIELD REPAIR, INC. VS PROGRESSIVE SELECT INSURANCE COMPANY 14-CC-029071 02/17/2016 *717.113 $101.95

MYERS, ALLAN R CK# 584240 11/15/2019 $15.00

MYERS, HEIDI M CK# 576470 04/12/2019 $15.00

MYERS, THOMAS D CK# 582865 10/18/2019 $15.00

NAIL, KAYLA M CK# 574672 02/22/2019 $15.00

NANCE, MARIANNE CK# 579739 07/12/2019 $15.00

NARAS, CESAR ACEVEDO CK# 425751 01/22/2019 15001007 $15.48

NARAS, CESAR ACEVEDO CK# 427062 02/25/2019 15001007 $15.48

NATIONS TITLE AGENCY OF FLORIDA CK# 425399 01/10/2019 15000949 $15.00

NATIONS TITLE AGENCY OF FLORIDA CK# 428170 03/01/2019 15001524 $37.20

NEELY, TYLER E CK# 577449 05/03/2019 $15.00

NEFTALI, SANTIAGO CK# 434466 09/13/2019 15001090 $161.00

NEGRON, AILEEN CK# 430450 05/28/2019 15000807 $42.00

NEIRA, VANESSA CK# 576832 04/18/2019 $15.00

NELSON, EMMETT J CK# 583745 11/08/2019 $15.00

NELSON, HARRY E CK# 575178 03/08/2019 $15.00

NELSON, KATHRYN M CK# 580749 08/16/2019 $60.00

NENNINGER, SUZANNE R CK# 579910 07/19/2019 $15.00

NESBITT, PAMELA R CK# 577408 05/03/2019 $15.00

NETCO CK# 429720 05/08/2019 15000753 $574.74

NEW HORIZONS TITLE AND TRUST INC CK# 429721 05/08/2019 15000739 $129.50

NEWMAN, ANDREW CK# 432938 07/31/2019 15001424 $72.00

NEWMAN, ZACHARY P CK# 578734 06/14/2019 $15.00

NEWMAUMA HOMES LLLP VS BERRIEN, AMBER 16-CC-027692 09/09/2016 *717.113 $81.00

NGUYEN, DANNY N CK# 575446 03/15/2019 $15.00

NGUYEN, LONG C CK# 432904 07/30/2019 15000994 $13.94

NICHOLAS, FRANKIE R CK# 580710 08/16/2019 $15.00

NICHOLS, ALEXUS M CK# 584157 11/15/2019 $15.00

NICK OF TIME BAIL BONDS CK# 434634 09/17/2019 15001089 $200.00

NIETZEL, ANDREW S CK# 574509 02/15/2019 $15.00

NIEVES CRUZ, DALILA CK# 579350 07/05/2019 $15.00

NIEVES, DAYNA L CK# 574546 02/22/2019 $15.00

NIKOLAS, BENJAMIN T CK# 578424 06/07/2019 $15.00

NIXON AND ASSOCIATES CK# 430161 05/21/2019 15000762 $270.26

NOGUEIRA, BRANDON JAMES CK# 426419 02/07/2019 15001065 $33.02

NOGUERA, ADRIAN O CK# 578074 05/24/2019 $15.00

NORDSTROM, JASON P CK# 583215 10/25/2019 $15.00

NORMAN, JIM CK# 432503 07/19/2019 15001373 $245.00

NORMAN, TAL JOSEPH CK# 431886 07/02/2019 15001400 $15.75

NORTH AMERICAN INVESTIGATIONS CK# 429774 05/09/2019 15000722 $122.93

NORTH AMERICAN TITLE COMPANY CK# 430848 06/07/2019 15001337 $30.00

NORTH TAMPA MHP VS HARRIS, DESTINY, TENANT, UNKNOWN 17-CC-038360 10/10/2017 *717.113 $500.00

NORTHRUP, ROBERT A CK# 585172 12/13/2019 $15.00

NORTHSIDE ENGINEERING SERVICES INC CK# 430887 06/10/2019 15000802 $50.00

NPV REALTY CORPORATION VS RICHARDSON, HUBERT 14-CC-008613 04/21/2014 *717.113 $200.00

NUNNERY, MICHAEL CK# 436058 10/31/2019 15001523 $577.34

NUSEN, SHARON S CK# 582275 09/27/2019 $30.00

NUTTER, TANNY R CK# 579019 06/21/2019 $15.00

NYDOSKE, JEREMIAH VS WAL-MART STORES EAST L.P. 15-CA-003020 08/20/2018 *717.113 $6,887.50

OAKSVILLE PROPERTIES LLC VS LOCKETT, PA-MELA 18-CC-026481 06/01/2018 *717.113 $174.00

OB GYN SOLUTIONS LC CK# 430686 06/03/2019 15000790 $95.29

OBEN, CHRISTIAN CK# 573522 01/25/2019 $15.00

OCANO, LEONARDO CK# 429071 04/22/2019 15001157 $12.00

OCANO, LEONARDO CK# 429072 04/22/2019 15001158 $12.00

OCEAN TITLE AND ABSTRACT INC CK# 430928 06/11/2019 15000848 $336.40

OCEAN VIEWS PROPERTIES CK# 433883 08/27/2019 15001449 $2,500.00

OCHOA GONZALEZ, TIRSO L CK# 579670 07/12/2019 $15.00

OCHOA, MANUEL ADRIAN HERNANDEZ CK# 437706 12/27/2019 15001359 $103.00

OCONNOR, THEODORE H CK# 574338 02/15/2019 $15.00

ODEH, SAMI M CK# 585549 12/20/2019 $15.00

OLIVARABARCA, INGRID YAMILETH CK# 437481 12/19/2019 15001364 $250.00

OLIVER, AUSTIN S CK# 579748 07/19/2019 $15.00

OLIVERA, GUADALUPE CK# 582896 10/18/2019 $15.00

OMNI APARTMENTS VS JACKSON, VERNIKA 19-TJ-000020 03/04/2019 *717.113 $9.00

ON LINE TITLE SERVICES INC CK# 429778 05/09/2019 15000724 $124.06

ONEWEST BANK VS VINCENT, C 10-CA-003022 06/20/2014 $100.00

ONGE, DONALD GEORGE SAINT CK# 433097 08/06/2019 15001453 $45.75

OQUENDO FIGUEROA, EDWIN E CK# 573860 02/01/2019 $15.00

OROZCO, MIGUEL CK# 433685 08/21/2019 15001461 $39.00

ORTA, ALONDRA CANEDO CK# 426045 01/29/2019 15000623 $200.00

ORTIZ, ERICA CK# 576902 04/26/2019 $15.00

ORTIZ, JHON J CK# 580352 08/02/2019 $15.00

ORTIZ, JONATHAN F CK# 579287 07/19/2019 $15.00

ORTIZ, MIGUEL A CK# 581238 08/30/2019 $15.00

OS NATIONAL LLC CK# 425221 01/04/2019 15000915 $150.00

OSORIO, SHANNON CK# 432280 07/12/2019 15000918 $150.00

O'SULLIVAN, PATRICK D CK# 578301 05/31/2019 $15.00

OTERO, EVAN M CK# 583310 10/25/2019 $15.00

OTTEN, CASEY J CK# 580938 08/23/2019 $15.00

OTTO, ANTRON L CK# 582992 10/18/2019 $15.00

OWEN, DYLAN H CK# 577040 04/26/2019 $15.00

OWENS, SUMMER R CK# 582874 10/18/2019 $15.00

PACHINO, SAMANTHA N CK# 574718 02/22/2019 $15.00

PACIFICA HELLENIC LLC VS SMITH, ANGELICA 16-CC-045598 08/28/2018 *717.113 $50.00

PADILLA, MONIQUE CK# 582814 10/18/2019 $15.00

PADRON, LUIS MANUEL GONZALEZ CK# 426813 02/18/2019 15000620 $394.00

PAGGIO, GABRIEL J CK# 578285 05/31/2019 $15.00

PAGEPARKS, JOHN EDWARD CK# 432397 07/17/2019 15000912 $67.00

PALM GROVE PROPERTY HOLDINGS, LLC VS WY-ATTE, MIGALA 15-CC-009569 04/16/2015 *717.113 $1,470.44

PALM LEAF PROPERTY MANAGEMENT LLC VS OL-GUIN, RUBY 16-CC-029375 09/16/2016 *717.113 $382.18

PALMETTO TITLE LLC CK# 429727 05/08/2019 15000750 $513.50

PALMS AT SAND LAKE LLC VS RICHARDSON, GREGORY 18-CC-007464 02/15/2018 *717.113 $100.00

PALOMO, SABRINA ARSAE CK# 436305 11/07/2019 15001559 $20.00

PANTOJA, ELIZABETH CK# 580346 08/02/2019 $15.00

PAPPAS TITLE CORPORATION CK# 429560 05/03/2019 15000696 $1,070.35

PARADISE TITLE AGENCY CK# 429613 05/06/2019 15000691 $653.82

PARADISE VILLAGE MHC, LLC VS MILNER, KIMBER-LY D 17-CC-043540 12/04/2017 *717.113 $560.53

PARADISE VILLAGE MHC, LLC VS RODRIGUEZ, CARLOS 14-CC-021838 08/13/2014 *717.113 $300.00

PARAMOUNT TITLE CORP CK# 430850 06/07/2019 15001337 $41.36

PARIDO, BRENT L CK# 582974 10/18/2019 $15.00

PARIDO, RYAN L CK# 577965 05/17/2019 $15.00

PARK PLACE APARTMENTS VS PETTERSON, BIEN AIME 17-CC-006532 03/14/2017 *717.113 $800.00

PARKER, GREGORY K CK# 585358 12/20/2019 $15.00

PARRA, HERMAN CK# 574242 02/15/2019 $15.00

PARROTT JESSUP, LINDA F CK# 578589 06/14/2019 $15.00

PARSONS, STEPHANIE S CK# 574342 02/15/2019 $30.00

PARTNERS TITLE CORPORATION CK# 430535 05/29/2019 15000777 $201.16

PASCO TITLE LLC CK# 430690 06/03/2019 15000788 $88.00

PATTERSON PERMITS CK# 430930 06/11/2019 15000855 $11.00

PATTERSON, SCOTT W CK# 582546 10/11/2019 $15.00

PAVEL, RODRIGO CK# 427613 03/11/2019 15000674 $13.50

PAVESE, KATHERINE E CK# 573354 01/25/2019 $15.00

PAZ, ROY CK# 575100 03/01/2019 $15.00

PAZAMAYA, IDELSY CK# 432499 07/19/2019 15001390 $300.00

PAZOS LAW FIRM PA CK# 430798 06/06/2019 15000841 $45.00

PDSMVP, LLC VS SUPERMARKET, INC. 13-CC-016391 07/19/2013 *717.113 $3,500.00

PEACOCK, SANDRA L CK# 575298 03/08/2019 $15.00

PEARCE, TRACY M CK# 583389 10/25/2019 $15.00

PEARMAN PROPERTIES LLC VS HARMON, WAYNE 16-CC-026755 09/02/2016 *717.113 $850.00

PEARSON, CHRISTIAN M CK# 574470 02/15/2019 $15.00

PEARSON, SARA K CK# 430696 06/03/2019 15000791 $110.25

PEARSON, TIMOTHY L CK# 576836 04/18/2019 $15.00

PELHAM, MATTHEW S CK# 581244 08/30/2019 $15.00

PELTON, MAX D CK# 584633 11/22/2019 $15.00

PENA, ILIANA R CK# 576677 04/18/2019 $15.00

PENTON, DONNA E CK# 577069 04/26/2019 $15.00

PEOPLES TITLE SERVICES INC CK# 429561 05/03/2019 15001235 $1,175.72

PEP BOYS CK# 429464 05/01/2019 15001239 $1,678.19

PEPPERS, YOLANDA R CK# 575837 03/22/2019 $15.00

PEREZ PA, GERALD A CK# 429699 05/08/2019 15000748 $567.76

PEREZ, ANGEL A CK# 580959 08/23/2019 $15.00

PEREZ, CUAHUTEMO CK# 579841 07/19/2019 $15.00

PEREZ, JESUS CK# 572918 01/11/2019 $15.00

PEREZ, JOVONNIE CK# 576864 04/26/2019 $15.00

PEREZ, OSCAR CK# 584118 11/15/2019 $15.00

PEREZ, YILEN CK# 427806 03/14/2019 15000662 $15.75

PERKINS, ANDREW CK# 429646 05/07/2019 15000801 $126.50

PERKINS, IRA III# 433313 08/13/2019 15001002 $22.87

PERMAN, MARY JANE CK# 434996 09/25/2019 15001139 $417.00

PEROTIN, MANUEL A CK# 584015 11/08/2019 $15.00

PERPICH AND PERENICH PL CK# 430891 06/10/2019 15000844 $15.00

PERSAUD, RAMANATH MO#2201682084 - AMSCOT RCPT # 24-00685443 11/04/2019 $15.00

PESINA, DANIEL CK# 576003 03/29/2019 $15.00

PETERMAN, KIMBERLY D CK# 574068 02/08/2019 $15.00

PETERS, AMY A CK# 576643 04/18/2019 $15.00

PETERSON, RICHARD L CK# 580831 08/16/2019 $15.00

PETTWAY, DESTINY N CK# 580913 08/23/2019 $15.00

PETTYGRUE, JOHNNY N CK# 583977 11/08/2019 $60.00

PETTYGRUE, JOHNNY N CK# 584246 11/15/2019 $15.00

PHAM, RANDY H CK# 578523 06/07/2019 $15.00

PHAN, LYNDA T CK# 582712 10/11/2019 $15.00

PHAN, TRAN T CK# 582858 10/18/2019 $15.00

PHILIPS, PAIGE M CK# 576328 04/05/2019 $15.00

PHILLIPS, TONDA H CK# 580312 09/20/2019 $15.00

PHILORD, WENSON CK# 575011 03/01/2019 $15.00

PHOENIX DOCUMENT SERVICE INC CK# 430892 06/10/2019 15000856 $56.00

PHONGSAVANT, NICHOLAS D CK# 575539 03/15/2019 $15.00

PHYSICIANS GROUP, LLC, THIGPEN, SPORTY VS GEICO INDEMNITY COMPANY 16-CC-018763 01/11/2018 *717.113 $62.62

PIARROT, HUNTER T CK# 583100 10/18/2019 $15.00

PICHARDO, ROSY CK# 432777 07/25/2019 15000988 $500.00

PIERCE, DALE CK# 428855 04/16/2019 15001161 $31.00

PIERRE LOUIS, CHANTALE CK# 580095 07/26/2019 $15.00

PIERRE, STEPHANIE M CK# 578147 05/24/2019 $15.00

PILARIS, ALEXIA EFROSENE YANNAKOS CK# 436265 11/07/2019 15001567 $250.00

PINE GROVE 51 LLC VS DELAND, CONNOR FANDRUSHARON, SHERISE 19-TJ-006013 04/03/2019 *717.113 $60.00

PINE GROVE 51 LLC VS OLONDO, NAZAIRE 12-CC-030729 11/13/2012 *717.113 $1,798.99

PINKSTON, OLIVIA A CK# 584588 11/22/2019 $15.00

PIPKIN, PERRY G CK# 585052 12/13/2019 $15.00

PIPPIN, MICHAEL S CK# 573090 01/18/2019 $30.00

PIRAK, GENE C CK# 573097 01/18/2019 $30.00

PLANTZ, JACOB S CK# 584073 11/08/2019 $15.00

PLASIER, EUGENE M CK# 581425 09/13/2019 $15.00

PLEAS, JASMINE V CK# 582651 10/11/2019 $15.00

POINT TITLE CK# 430498 05/28/2019 15000991 $236.40

POINTS, RONDA JANE CK# 426829 02/18/2019

15001040 $13.50

POLSTER PA, NEIL E CK# 429936 05/14/2019 15000767 $416.44

POMADES, DESTYNEE F CK# 583945 11/08/2019 $15.00

POMANTE, BRANDON M CK# 578457 06/07/2019 $15.00

POMEROY, SCOTT D CK# 573140 01/18/2019 $15.00

PONY UP PROPERTY LLC VS HAGGINS, JEROME HOLLER, MEOLDY 18-CC-055174 10/24/2018 *717.113 $41.00

POOLE, ARTREESE L CK# 581750 09/20/2019 $15.00

POOLE, WAYNE E CK# 577484 05/10/2019 $15.00

PORTER, JOHN H CK# 580169 07/26/2019 $45.00

PORTER, LARRY J CK# 576541 04/12/2019 $15.00

PORTER, SHA-KIRA S CK# 581290 08/30/2019 $15.00

PORTFOLIO RECOVERY ASSOCIATES LLC CK# 429363 04/29/2019 15001150 $1,123.23

PORTFOLIO RECOVERY ASSOCIATES LLC CK# 435731 10/23/2019 15001505 $29,431.95

PORTFOLIO RECOVERY ASSOCIATES LLC VS BRANDY LEWANDOWSKI 15-CC-030734 03/21/2016 $100.00

POSTER, EVAN J CK# 583561 11/01/2019 $15.00

POSTHUMA, SHERI L CK# 578252 06/28/2019 $15.00

POSTIGO, JOEL F CK# 573734 02/01/2019 $15.00

POSTMA, KIRK D CK# 582630 10/11/2019 $15.00

POULSEN, BRIANNA A CK# 581209 08/30/2019 $15.00

PPMT JV LLC VS WOHLFEIL, HEATHER LYNN 15-CC-003923 02/26/2015 *717.113 $899.68

PR SMITH LAW GROUP PA CK# 430893 06/10/2019 15000889 $50.46

PREMIER TITLE COMPANY OF TAMPA BAY CK# 430852 06/07/2019 15000852 $44.80

PREMIER TITLE SERVICES INC CK# 429562 05/03/2019 15000702 $1,846.53

PRESCOTT, TERRY A CK# 585146 12/13/2019 $15.00

PRIAULX, JORDAN M CK# 580576 08/09/2019 $15.00

PRIEST, HANNAH GRACE CK# 426352 02/05/2019 15000614 $15.00

PRISTELL, GEORGE CK# 577729 05/17/2019 $15.00

PRITCHETT, PAUL E CK# 577979 05/17/2019 $15.00

PROGRESS RESIDENTIAL 2015-1 BORROWER LLC VS HOUSE, RUSSELL 17-CC-030410 11/30/2015 *717.113 $1,968.41

PROLUXE PROPERTIES, INC VS CALLAHAN, DAN-DICE 15-CC-001962 01/30/2015 *717.113 $1,565.00

PROMENADE OWNERS ASSOCIATION INC VS PR-ZEBOWSKI, RICHARD 13-CA-011487 09/29/2014 *717.113 $1,656.10

PUBLIX CK# 429158 04/23/2019 15001151 $12.59

PUBLIX CK# 435400 10/14/2019 15001548 $19.48

PUETT, KENNETH W CK# 580146 07/26/2019 $30.00

PUGLIESE, NICOLE N CK# 577629 05/10/2019 $15.00

PURDY, JAMIE LEE CK# 431833 07/01/2019 15001402 $36.50

QUIGGLE, DAVID CK# 425985 01/28/2019 15000965 $36.50

QUIGGLE, DAVID CK# 430671 06/03/2019 15001354 $127.00

QUILES TOLEDO, DEBORA CK# 575998 03/29/2019 $15.00

QUINN, JOHN E CK# 574606 02/22/2019 $15.00

QUINONES AMIS, REBECCA L CK# 585177 12/13/2019 $15.00

QUIROZ, ALEX CK# 434196 09/09/2019 15001086 $100.00

QUISHPE, LUIS BYRON PEREZ CK# 428134 03/25/2019 15001117 $15.00

QUOALLA, FLOLCA CK# 584198 11/15/2019 $15.00

RABIEGA, AMBER R CK# 576163 04/05/2019 $15.00

RADULESCU POP, GETA C CK# 576681 04/18/2019 $15.00

RAEDSALE, TROY D CK# 575770 03/22/2019 $15.00

RAHN, GARRETT T CK# 585055 12/13/2019 $15.00

RAICIES, ADAM MANUELLEE CK# 431731 06/27/2019 15001302 $283.00

RAIL CREW XPRESS CK# 435979 10/29/2019 15001527 $151.00

RAINBOW CITY LLC VS LINDSEY, LORA 14-CC-030881 11/03/2014 *717.113 $620.00

RAINES, ANTHONY TOBY CK# 436112 11/04/2019 15001580 $133.00

RAINVILLE, MICHAEL W CK# 572801 01/11/2019 $15.00

RALEY, RICHARD D CK# 585119 12/13/2019 $15.00

RALSTON BEACH MOBILE HOME COURT LLC VS ANDRADE, ARMANDO 14-CC-008158 04/07/2014 *717.113 $516.62

RAMCHARAN, STEPHEN P CK# 577454 05/03/2019 $15.00

RAMIREZ, MARISELI CK# 425494 01/14/2019 15001188 $1,000.00

RAMOS SOLANO, HECTOR A CK# 584852 12/06/2019 $15.00

RAMOS, EDWIN S CK# 580083 07/26/2019 $15.00

RAMOS, EUGENE CK# 577393 05/10/2019 $15.00

RAMOS, MARIO LARA CK# 428174 05/08/2019 15001237 $13.00

RAMOS, SLENYS D CK# 582825 10/18/2019 $15.00

RANGEL, FABIAN A CK# 575401 03/15/2019 $15.00

RANNIE, ROSALIE P CK# 583917 11/08/2019 $15.00

RAO, RAVISHANKAR CK# 437586 12/20/2019 15001500 $11.00

RAO, SHRUTHI CK# 427345 03/04/2019 15000100 $13.50

RAPONE, MARK R CK# 577258 04/26/2019 $15.00

RASMUSSEN, JANICE MICHAELLE CK# 431067 06/20/2019 15001290 $127.00

RAUCH, ROBERT D CK# 582622 10/11/2019 $15.00

RAUGER, JACOB S CK# 584393 11/22/2019 $15.00

REAGAN, CHELSEA L CK# 582237 10/25/2019 $15.00

REAGAN, ROCKY L CK# 574709 02/22/2019 $15.00

REALTY TRUST TITLE SERVICES LLC CK# 429562 05/03/2019 15001343 $54.30

REASONER, STEVEN M CK# 576976 04/26/2019 $15.00

RECKART, KATY S CK# 583363 10/25/2019 $15.00

REDICK, NICOLE R CK# 575791 03/22/2019 $15.00

REDIGER, DAVID L CK# 580632 08/09/2019 $15.00

REGIONS BANK CK# 436519 11/15/2019 15001583 $500.00

REIDER, DAVID L CK# 429052 04/22/2019 15001242 $20.00

REINER, LEAH D CK# 429887 05/08/2019 15001242 $20.00

(Continued on next page)

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| --- | --- | --- | --- | --- | --- |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

$70.00
REIDER, DAVID L CK# 430913 06/11/2019 15001353 $70.00
REIDER, DAVID L CK# 430914 06/11/2019 15001352 $70.00
REIDER, DAVID L CK# 431417 06/21/2019 15001351 $70.00
REINDEAU, MARK CK# 427532 03/08/2019 15000661 $500.00
REISER, RONALD F CK# 574310 02/15/2019 $15.00
REJOUR, ERIC CK# 434384 09/12/2019 15001501 $250.00
RENKEL, MATTHEW C CK# 576761 04/18/2019 $15.00
RENTTHEBAY.COM LLC VS MCKENZIE, FRANK 13-CC-031608 12/04/2017 *717.113 $40.00
RESENDIZ, VICTORIA M CK# 579004 06/21/2019 $15.00
RESIDENTIAL TITLE SERVICES INC CK# 429615 05/09/2019 15000770 $738.82
REUBEN, PHILIP J CK# 574186 02/08/2019 $15.00
REVOLUTION VIDEO GAMES AND MOVIES CK# 429563 05/03/2019 15000709 $100.00
REYES, ANTHONY M CK# 573539 01/25/2019 $15.00
REYES, CARLOS DE LOS REYES CK# 428691 04/10/2019 15001165 $106.80
REZABALA, DANIEL A CK# 581826 09/20/2019 $15.00
RHETT, MARTIN CK# 426009 01/28/2019 15000598 $400.00
RHOADES, CHRISTOPHER T CK# 573750 02/01/2019 $15.00
RHULE, CONNOR CK# 430668 06/03/2019 15001350 $76.50
RHULE, CONNOR CK# 431529 06/25/2019 15001349 $100.00
RHULE, CONNOR CK# 432311 07/15/2019 15001407 $148.50
RHULE, CONNOR CK# 435561 10/18/2019 15001522 $96.50
RICHARDS, DAMIEN A CK# 575963 03/29/2019 $15.00
RICHARDSON, KERRWYN R CK# 585133 12/13/2019 $15.00
RICHARDSON, MARSHA GODWIN CK# 435634 10/21/2019 15001542 $15.75
RICHMOND, TAYLOR M CK# 579443 07/05/2019 $15.00
RICHTER, DUKE T CK# 582567 10/11/2019 $15.00
RICKMAN, STEPHANIE A CK# 577455 05/03/2019 $15.00
RIDGEWAY, JASON P CK# 585044 12/13/2019 $15.00
RIDGWAY, PETER J CK# 585039 12/20/2019 $15.00
RIDLEY, BIANCA CK# 437266 12/11/2019 15001301 $250.00
RIGGS, WILLIAM DANIEL CK# 433267 08/12/2019 15001442 $15.75
RILEE, GEORGE CK# 436002 10/30/2019 15001531 $45.75
RILEY, DELIA B CK# 575694 03/22/2019 $15.00
RILEY, RICHARD S CK# 575587 03/15/2019 $15.00
RIOPELLE, CHARLES CK# 425981 01/28/2019 15000597 $500.00
RIVEIRO, DELANEY W CK# 580968 08/23/2019 $15.00
RIVERA ADORNO, PAOLA F CK# 577984 05/17/2019 $15.00
RIVERA LORENZO, KENDRICK CK# 573027 01/18/2019 $15.00
RIVERA OJEDA, MARCELINO CK# 575590 03/15/2019 $15.00
RIVERA RAMIREZ, KEVIN J CK# 578971 06/21/2019 $15.00
RIVERA, ADRIAN E CK# 583809 11/08/2019 $15.00
RIVERA, DIONIS VIDAL CK# 436949 11/27/2019 15001570 $22.00
RIVERA, EDGARDO CK# 583044 10/18/2019 $15.00
RIVERA, FABIAN D CK# 573902 01/11/2019 $15.00
RIVERA, JEANINE VIS LAW, ROGER LAW, MARIE 17-CC-013243 04/17/2017 *717.113 $20.00
RIVERA, KEI M CK# 577876 05/17/2019 $15.00
RIVERA, LUIS T CK# 574520 02/15/2019 $72.00
RIVERA-JOHNSON, VERONICA CK# 585246 12/20/2019 $15.00
RIVERARCE, LEISHKA CK# 427527 03/08/2019 15000648 $950.00
RIVERASANCHEZ, GRACIELA CK# 433077 07/05/2019 15001398 $15.00
RIVERBROOK ACQUISITION LTD VS WILLIAMS, DE-TRA S 14-CC-000367 02/07/2014 *717.113 $1,931.06
RIVERO, ANDREA V CK# 582126 09/27/2019 $15.00
RIVERO, ANDY W CK# 583492 11/01/2019 $15.00
RIVERVIEW LITCHFIELD LLC VS KELLUM, ABIGAIL 15-CC-031856 10/08/2015 *717.113 $600.00
ROBAINA, CHRIS W CK# 577771 05/17/2019 $15.00
ROBBINS, JEFFREY N CK# 575760 03/22/2019 $15.00
ROBERTS, MITCHELL A CK# 584124 11/15/2019 $15.00
ROBERTS, PAUL J CK# 582797 10/18/2019 $15.00
ROBERTSON AND ASSOCIATES CK# 431285 06/19/2019 15000869 $576.00
ROBINSON, CHRISTOPHER M CK# 576928 04/26/2019 $15.00
ROBINSON, DESHANEI L CK# 574808 02/22/2019 $15.00
ROBINSON, JOSEPH C CK# 574600 02/22/2019 $15.00
ROBINSON, OPHELIA VS HENLON, AMELIA 15-CC-036103 11/19/2015 *717.113 $140.00
ROBINSON, REBECCA L CK# 584322 11/22/2019 $15.00
ROBLES, EDWARD CK# 583041 10/18/2019 $15.00
ROBSON, JOSEPH M CK# 583067 10/18/2019 $15.00
ROBSON, ROGER CK# 431633 06/25/2019 15001305 $22.00
RODRIGUES, STEPHANIE M CK# 581598 09/13/2019 $15.00
RODRIGUEZ ACEVEDO, WANDA CK# 584920 12/06/2019 $15.00
RODRIGUEZ DE LA NUEZ, ALEXIS CK# 578819 06/21/2019 $15.00
RODRIGUEZ, DARIEL CK# 436274 11/27/2019 15001579 $394.00
RODRIGUEZ, JESSICA M CK# 584574 11/22/2019 $30.00
RODRIGUEZ, JESSICA N CK# 585439 12/20/2019 $15.00
RODRIGUEZ, JUAN DIEGO CK# 425943 01/25/2019 15000970 $23.00
RODRIGUEZ, LUIS CK# 583615 11/01/2019 $15.00

RODRIGUEZ, RAYMOND C CK# 583591 11/01/2019 $15.00
RODRIGUEZ, ROBERT CK# 582776 10/18/2019 $15.00
RODRIGUEZ, SERGIO VALDEZ CK# 436061 10/31/2019 15001529 $72.00
RODRIGUEZLUNA, PABLO CK# 426007 01/28/2019 15000968 $34.00
ROETZEL AND ANDRESS CK# 430118 05/20/2019 15001273 $17.00
ROGERS, ASHLEIGH E CK# 578844 06/21/2019 $15.00
ROJAS, GEORGE,KAY INVESTMENTS,GR PROP-ERTY MGMT VS CLARK, SHEENA,MCALISTER, LATITIANA 17-CC-030453 10/05/2017 *717.113 $50.00
ROLLE, GEORGE A VS COLON, ELLY 18-CC-053080 11/09/2018 *717.113 $388.00
ROMAN HERNANDEZ, IVAN A CK# 576018 03/29/2019 $15.00
ROMANOVICH, THOMAS P CK# 579014 06/21/2019 $15.00
ROME HOLDINGS, LLC VS SANCHEZ, YESENIA 15-CC-005596 03/03/2015 *717.113 $237.00
ROMEL, KENDALL E CK# 427842 03/15/2019 15000658 $250.00
RONDON CASTILLO, LEONOR E CK# 578733 06/14/2019 $15.00
ROOKER, ELBA L CK# 580643 08/16/2019 $30.00
ROOT III ATTORNEY AT LAW, HARRY H CK# 430920 06/11/2019 15001327 $10.83
ROSADO GALARZA, IAN M CK# 578504 06/07/2019 $15.00
ROSALES, EDWARD CK# 585061 12/13/2019 $15.00
ROSANDICH, LAYLA MAY CK# 437309 12/12/2019 15001618 $103.00
ROSE RADIOLOGY CENTERS INC CK# 433927 08/28/2019 15001475 $90.00
ROSE, DARREN D CK# 584559 11/22/2019 $15.00
ROSE, ZACHARY W CK# 574352 02/15/2019 $30.00
ROSS, BRENDON K CK# 577558 05/10/2019 $15.00
ROSS, RANDALL J CK# 584323 11/22/2019 $15.00
ROTH, CIERRA CK# 573664 01/25/2019 $1,031.00
ROTHROCK, JENNIFER R CK# 584824 12/06/2019 $15.00
ROVIRA-COMAS, LUIS E CK# 574280 02/15/2019 $15.00
ROWLEY, JARROD Q CK# 578494 06/07/2019 $15.00
ROYAL MEDICAL CENTER GROUP LLC CK# 429650 05/07/2019 15001236 $15.00
RPK ASSOCIATES, LTD VS PRINCE, CELIESE 13-CC-032472 01/14/2014 *717.113 $80.00
RTD PHASE I GP LLC VS ESPINAL, YAHAIRA 17-CC-009516 05/11/2017 *717.113 $16.00
RUBENSTEIN LAW CK# 433263 08/12/2019 15001004 $430.00
RUDDER, TRISTAN T CK# 582295 09/27/2019$15.00
RUDEN MCCLOSKY SMITH SCHUSTER RUSSELL CK# 430931 06/11/2019 15000832 $14.40
RUDIE, VERONICA M CK# 582658 10/11/2019$30.00
RUE, JASON M CK# 576879 04/26/2019 $15.00
RUEDA, ANTONIO CK# 580682 08/16/2019 $15.00
RUFF, WILLIAM WALLACE CK# 432798 07/25/2019 15000987 $500.00
RUFFIN, JOHN B CK# 574333 02/15/2019 $30.00
RUGAR, GAIL A CK# 574109 02/08/2019 $15.00
RUIZ, ALICIA CK# 432809 07/26/2019 15000995 $72.00
RUIZ, JOSE ISRAIL CK# 432753 07/25/2019 15001003 $250.00
RUIZ, MARIA D CK# 577839 05/17/2019 $15.00
RUSS, WILHELMINA D CK# 580456 08/02/2019 $15.00
RUSSO, ROBERT L CK# 573462 01/25/2019 $15.00
RYAN, ROBERT K CK# 584311 11/22/2019 $15.00
RYDBERG, THOMAS H CK# 429786 05/09/2019 15000720 $126.87
SABATINO, ASHLEY M CK# 584752 12/06/2019 $15.00
SACCENTE, JULIE A CK# 431073 06/13/2019 15000847 $500.00
SAENZ, GLORIBEL CK# 428125 03/25/2019 15000654 $72.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432103 07/08/2019 15001418 $163.00
SAFEGUARD PROPERTIES MANAGEMENT LLC CK# 432104 07/08/2019 15001419 $59.00
SAGE, MICHAEL C CK# 578532 06/07/2019 $15.00
SALAZAR, MARLENE CK# 575259 03/08/2019 $15.00
SALCEDO, YAMILIZ CK# 575278 03/08/2019 $15.00
SALENO, DEVON J CK# 573766 02/01/2019 $15.00
SALLYE, CLARISSA M CK# 436497 11/21/2019 15001584 $60.00
SALVATORE EMANUELE INDOVINO CK# 426371 02/05/2019 15000663 $2,500.00
SAM & PETE INC.SHEHATA, MEDHAT VS HICKS, KYLA CHARISE 16-CC-026554 08/17/2016 *717.113 $874.00
SAMMARTINO, GINA L CK# 575184 03/08/2019 $15.00
SAMS, ERTHA C CK# 575434 03/15/2019 $15.00
SAMS, WALTER L CK# 574372 02/15/2019 $15.00
SANCHEZ, EVELIN CK# 434967 09/25/2019 15001481 $500.00
SANCHEZ, JESSICA SANTIAGO CK# 434533 09/16/2019 15001503 $32.36
SANCHEZ, KIMBERLY A CK# 580755 08/16/2019 $15.00
SANCHEZ, TIARA G CK# 583728 11/08/2019 $15.00
SANDCASTLE TITLE INC CK# 429739 05/08/2019 15001284 $576.50
SANDERSON, BRITTNEY A CK# 575057 03/01/2019 $15.00
SANDROWICZ, NICHOLAS A CK# 575384 03/15/2019 $30.00
SANTANA, ARELIV CK# 583703 11/08/2019 $15.00
SANTIAGO 3, CARLOS LUIS CK# 426540 02/11/2019 15000609 $13.50
SANTIAGO, ALEXIANA CK# 428355 04/01/2019 15000661 $71.25
SANTIAGO, ALEXIANA CK# 429847 05/13/2019 15000746 $71.25
SARGENT, TIMOTHY L CK# 573174 01/18/2019 $15.00
SARSOUR, ZAHER Z CK# 580792 08/16/2019 $30.00
SAUNDERS, ERIN P CK# 577502 05/10/2019 $15.00
SBROCCO, RYAN J CK# 581615 09/13/2019 $15.00
SCHEDDEL, JEFFREY A CK# 585445 12/20/2019 $15.00
SCHENONE, ELIZABETH A CK# 577745 05/17/2019 $15.00
SCHROEDER, ROBERT S CK# 576508 04/12/2019 $15.00
SCHWEGLER, GARY T CK# 581887 09/20/2019

SCOTT, LISA THOMPSON VS MOSLEY, WILLIAM 14-CC-020596 08/04/2014 *717.113 $366.02
SCOTT, MICHAEL A CK# 583341 10/25/2019 $15.00
SEAMAN, MARY K CK# 574043 02/08/2019 $15.00
SEAY, GREGGORY N CK# 576214 04/05/2019$15.00
SEBASTIAN, DENNIS R CK# 579232 06/28/2019 $15.00
SECURE TITLE LLC CK# 430800 06/06/2019 15001339 $49.00
SEDLOCK, MEREDITH CK# 436192 11/05/2019 15001562 $45.75
SEHGAL, RAJIVE CK# 584671 11/22/2019 $30.00
SEIFER, CHARLES M CK# 573209 01/18/2019$15.00
SELECTIVE TITLE RESEARCH CK# 430855 06/07/2019 15001331 $33.00
SELF, WILLIE J CK# 579956 07/19/2019 $15.00
SELLERS TITLE COMPANY CK# 429741 05/08/2019 15000688 $539.52
SELLERS, CANDACE LYNNE CK# 426842 02/19/2019 15000627 $500.00
SELVAAG, TANYA L CK# 577601 05/10/2019 $15.00
SEMELFORT, MARTIN G CK# 578086 05/24/2019 $15.00
SEMER, DEANDRE K CK# 579834 07/19/2019$15.00
SERAPHIN, CRESHENDA L CK# 576237 04/05/2019 $15.00
SERRANO, DORA E CK# 575993 03/29/2019 $15.00
SERRANO, ELIZABETH L CK# 576482 04/12/2019 $15.00
SERRANO, ORLANDO CK# 579940 07/19/2019 $15.00
SERRANOHASEGAWA, GABRIEL SEIJI CK# 432443 07/18/2019 15000997 $250.00
SETTLES, BRANDY CK# 437675 12/27/2019 15001604 $60.00
SEWARD, FRANKLIN B CK# 583838 11/08/2019 $21.50
SHADES OF TIME CK# 432781 07/25/2019 15000993 $21.50
SHAINLINE, JAMES R CK# 583761 11/08/2019$15.00
SHANKLE, JUSTIN G CK# 575734 03/22/2019 $15.00
SHARP, SUZANNE M CK# 576972 04/26/2019 $15.00
SHAVER, JEFFREY D CK# 584832 12/06/2019$15.00
SHANVER, RICHARD M CK# 582781 10/18/2019 $15.00
SHEARS, JORDAN G CK# 574906 03/01/2019 $15.00
SHELBY, MADISON M CK# 577193 04/29/2019$15.00
SHELDON, LISA M CK# 576435 04/12/2019 $30.00
SHELL, HENRY CK# 438030 06/07/2019 15000836 $17.50
SHEPLER, DAVID CK# 578794 06/14/2019 $15.00
SHEPPARD, ANDRE R CK# 573691 02/01/2019$15.00
SHERMAN PA, JOEL LEE CK# 429966 05/15/2019 15000729 $329.30
SHERRILL, JOANN B CK# 582648 10/11/2019 $15.00
SHIERLING, STEVEN W CK# 584348 11/22/2019 $15.00
SHINE, ASHLEY NICOLE CK# 427313 03/04/2019 15000633 $30.00
SHOMBER, KAYLENE R CK# 573507 01/25/2019 $15.00
SHWEDICK, GRAHAM W CK# 580361 08/02/2019 $15.00
SIDERIO, CHRISTOPHER L CK# 582077 09/27/2019 $15.00
SIDIQI, WAHIDA CK# 584333 11/22/2019 $15.00
SIEGFRIED, RICHARD SCOTT CK# 437163 12/06/2019 15001611 $21.50
SIERRA, JUDY R CK# 574959 03/01/2019 $15.00
SIERRA, KENNY CK# 435442 10/15/2019 15001547 $45.75
SIGHT REAL ESTATE VS FULKS, CAMERON 16-CC-010455 04/05/2016 *717.113 $1,650.00
SILVA, JUNIOR CK# 579564 07/12/2019 $15.00
SILVA, ORELA DA CK# 436060 10/31/2019 15001301 $66.00
SILVARES, MICHAEL A CK# 577251 04/29/2019 $15.00
SIMS, KEVIN CK# 575252 03/08/2019 $15.00
SIMS, PHYLLIS J CK# 579049 06/21/2019 $15.00
SINCERE, NAROMI CK# 582694 10/11/2019 $15.00
SINGH, JOSHUA K CK# 584912 12/06/2019 $15.00
SITA, ANTONIO MARIA ALMEIDA CK# 432874 07/30/2019 15001422 $17.00
SJA PARTNERS LLC AND 4114 S LLC VS COTTO, CHAYENNE 15-CC-021773 07/13/2015 *717.113 $30.00
SLADJANA, MIJATOVIC CK# 432027 07/05/2019 15000883 $250.00
SLATTERY, CHERYL H CK# 580921 08/23/2019 $15.00
SMALL, FRANKIE A CK# 583853 11/08/2019 $15.00
SMART TITLE OF LAKELAND LLC CK# 429780 05/09/2019 15001280 $456.58
SMITH, BOBBI JO CK# 424609 12/19/2019 15001051 $15.75
SMITH, BRITT T CK# 576617 04/18/2019 $15.00
SMITH, DARLENE M CK# 582056 09/27/2019 $15.00
SMITH, DOUGLAS CK# 431997 07/05/2019 15001399 $85.00
SMITH, DWANDA Y CK# 580723 08/16/2019 $15.00
SMITH, ELIZABETH R CK# 579825 07/19/2019$15.00
SMITH, EVAN K CK# 575983 03/29/2019 $15.00
SMITH, GREGORY W CK# 578124 05/24/2019$15.00
SMITH, JEREMIAH J CK# 573374 01/25/2019 $30.00
SMITH, KEVIN J CK# 578476 06/07/2019 $15.00
SMITH, KYLE CK# 578877 06/21/2019 $15.00
SMITH, NICOLE E CK# 573072 01/18/2019 $15.00
SMITH, RENA M CK# 574049 02/15/2019 $15.00
SMITH, SKYE B CK# 575048 03/01/2019 $60.00
SMITH-PRINGLE, JOHNNY R CK# 578804 06/14/2019 $15.00
SMOLT, BROOKE K CK# 580558 08/09/2019 $15.00
SMYTH, DANIEL P CK# 572796 01/11/2019 $15.00
SNOW, CHRISTOPHER M CK# 578605 06/14/2019 $15.00
SOKOLOWSKI, ANDREW W CK# 575953 03/29/2019 $15.00
SOLANO, SALLY DURAN CK# 436806 11/22/2019 15001545 $55.00
SONTRUST TITLE AGENCY LLC CK# 429742 05/08/2019 15001283 $167.92
SOOTY, SALLY DURAN CK# 585463 12/20/2019 $15.00
SOTO, CARLOS G CK# 577522 05/10/2019 $15.00
SOTO, DANIEL CK# 432113 07/09/2019 15001389 $31.50
SOTO, MIGUEL CK# 436691 11/20/2019 15001589 $255.00
SOTO, RAUL J CK# 572717 01/11/2019 $15.00
SOTO, WILFREDO CK# 581573 09/13/2019 $15.00

SOUDER, DILLON A CK# 584401 11/22/2019 $15.00
SOURCE FINANCIAL, INC. VS ROYAL, ASIA 16-CC-009551 03/31/2016 *717.113 $65.00
SOUTH TAMPA APARTMENTS I LLC VS GAUTH-IER-FORTNER, TRACY 15-CC-030708 10/09/2015 *717.113 $455.34
SOUTHERN RESIDENTIAL RECOVERY FUND VIII, LLC VS MCCRANEY, LAVERNE 17-CC-013496 04/24/2017 *717.113 $388.00
SOUTHLAND TITLE COMPANY CK# 430766 06/06/2019 15000876 $57.16
SP JOHNSON KENNETH COURT LP VS SIMS, BRIT-TANY 15-CC-028466 09/10/2015 *717.113 $208.00
SP ST JAMES LP VS CALDERON, MADELINE 15-CC-033251 10/23/2015 *717.113 $124.00
SPANISH TRACE HOUSING LTD VS BRYANT, PRE-CIOUS 15-CC-005399 02/26/2015 *717.113 $831.00
SPARKS, JAMIE L CK# 584838 12/06/2019 $15.00
SPIRK, ADAM J CK# 577711 05/17/2019 $15.00
SPOONER, LESLIE A CK# 582764 10/18/2019$15.00
SPRADLEY, JAMES D CK# 581876 09/20/201 9$30.00
SPT WAH WEXFORD LLC VS HART, CARMIETTA 17-CC-020462 07/18/2017 *717.113 $51.00
SPURLING, CHRISTOPHER SCOTT CK# 435173 10/04/2019 15001551 $250.00
SQUITIERI, ADAM T CK# 579550 07/12/2019 $15.00
ST JEAN, ERIKA B CK# 585057 12/13/2019 $15.00
ST JOSEPH HOSPITAL CK# 430737 06/04/2019 15001335 $21.50
ST THOMAS PROPERTIES LLC VS WILLIAMS, ALYSSA 14-CC-036496 12/29/2014 *717.113$650.00
STAFFIERI, LINDSAY A CK# 583734 11/08/2019 $15.00
STAFFORD, CHRISTOPHER M CK# 578567 06/14/2019 $15.00
STAPLES CK# 429566 05/03/2019 15001250 $112.40
STAPLETON, DELMER J CK# 574001 02/08/2019 $15.00
STARKS, GREGORY P CK# 580586 08/09/2019 $15.00
STARR, BENJAMIN C CK# 581214 08/30/2019$15.00
STATEWIDE TITLE SERVICES LLC CK# 431101 06/13/2019 15000846 $18.50
STATEWIDE TITLE SOLUTIONS CK# 429418 04/30/2019 15001192 $1,954.39
STATTON TITLE AGENCY CK# 429567 05/03/2019 15000728 $3,422.82
STEAD, ROBERT M CK# 580232 07/26/2019 $15.00
STEFFAN, CONNOR R CK# 584569 11/22/2019 $30.00
STEFFEK, BRANDON L CK# 576671 04/18/2019 $15.00
STEGNER, STEVEN B CK# 580810 08/16/2019 $15.00
STEIN, STEPHANIE L CK# 580042 07/26/2019$15.00
STEPHANIE DUNBAR CK# 425576 01/15/2019 15000651 $100.00
STEPHENS, JAMES H CK# 584843 12/06/2019 $15.00
STEPHENS, JESSE T CK# 581489 09/13/2019$15.00
STEPHENSON, PAUL H.LUNDGREN, FREDRIKA A VS STARKES, VINCENT 14-CC-035238 01/07/2015 *717.113 $485.44
STERLING TITLE LLC CK# 429781 05/09/2019 15000723 $128.41
STEVEN P RILEY LAW OFFICES CK# 430543 05/29/2019 15001245 $106.87
STEVENS, IAN T CK# 584848 12/06/2019 $15.00
STEVENS, JONATHAN C CK# 572690 01/11/2019 $15.00
STEVENS-HOLLIS, JANYA L CK# 574916 03/01/2019 $15.00
STEVENSON, PAUL A CK# 574680 02/22/2019 $15.00
STILLWELL, MORGAN J CK# 580604 08/09/2019 $15.00
STIVERS, LIA ROMANA CK# 432267 07/12/2019 15001386 $500.00
STOCKTON, MICHAEL P CK# 580176 07/26/2019 $15.00
STOEL, JERIKKA J CK# 574611 02/22/2019 $15.00
STONE-GEIDE, BIANCA D CK# 582595 10/11/2019 $15.00
STOREY, MICHAEL J CK# 576042 03/29/2019$15.00
STRAIGHTFORWARD REALTY INVESTORS LLC CK# 429976 05/15/2019 15001273 $200.00
STRESS FREE PROPERTY MANAGEMENT INC VS MASON, CARMALITA 13-CC-031795 12/05/2013 *717.113 $30.00
STRICKLAND, JERMYN K CK# 577905 05/17/2019 $15.00
STRINGER, EDWARD CASEY CK# 426546 02/11/2019 15000610 $13.50
STROBEL, KELSEY E CK# 582442 10/04/2019 $15.00
STROM, ALAN L CK# 580984 08/23/2019 $30.00
STUTTS, CHRISTINA CK# 426999 02/22/2019 15001049 $13.78
SUAREZ, JOEL CK# 580350 08/02/2019 $15.00
SUAU, IBIS CK# 574098 02/08/2019 $30.00
SULLIVAN, JENNIFER C CK# 575577 03/15/2019 $15.00
SUMUNNI INVESTMENTS LLC VS PICKNEY, DAR-RIA 17-CC-013200 05/11/2017 *717.113 $216.00
SUN MEADOWBROOK FL LLC VS VILLANO, LINDA NEW CK# 436413 07/02/2019 *717.113$344.00
SUNBELT TITLE AGENCY CK# 429568 05/03/2019 15000703 $50.55
SUNCOAST TITLE AGENCY OF TAMPA INC CK# 430856 06/07/2019 15000839 $38.80
SUNDARAM, SANJAY CK# 428263 03/26/2019 15000672 $30.00
SUNIQUE, KATLYN M CK# 583125 10/18/2019 $15.00
SUNSET INVESTMENTS LLC VS MARTIN-OSHELY,MICHELLE,TENANT, UNKNOWN 17-CC-022304 07/26/2017 *717.113 $30.00
SUNSTONE VILLAGE LLC VS STOKES, DEIDRE 17-CC-034399 10/13/2017 *717.113 $768.38
SUPREMA JANLANA MARINE CK# 432797 09/04/2019 15001510 $36.00
SUPREX HEALTH LLC CK# 429783 05/09/2019 15001284 $14.50
SUREGARD, JESSICA N CK# 573372 01/25/2019 $15.00
SUSZKO, JOSEPH CK# 426842 02/19/2019 15000627 $500.00
SWAN, ALYSSA L CK# 578918 06/21/2019 $15.00
SWANSON, MICHAEL P CK# 579731 07/12/2019 $15.00
SYLVESTER, DANIELLE R CK# 576920 04/26/2019 $15.00

| LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT | LEGAL ADVERTISEMENT |
| HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY | HILLSBOROUGH COUNTY |

SYNERGY TITLE PARTNERS INC CK# 433236 08/09/2019 15001443 $10.10

SYNERGY TITLE PARTNERS LLC CK# 432583 07/22/2019 15001414 $119.00

SYRJA, CAMERON J CK# 575708 03/22/2019 $15.00

T MOBILE CK# 434471 09/13/2019 15001513 $250.00

TAHSINI, CELINA F CK# 579322 07/05/2019 $15.00

TALAMANTEZ, DAVID CK# 572867 01/11/2019 $15.00

TAMAYO, ELBA I CK# 427651 03/12/2019 15001125 $11.69

TAMPA BAY ESTATES LLC VS BOLER, ANTOINETTE,GRANT, CHARLES,OPPUPANTS, ALL 17-CC-014518 04/25/2017 *717.113 $460.00

TAMPA BAY FCU CK# 430859 06/07/2019 15000832 $34.10

TAMPA BAY HOUSING AUTHORITY LLC VS NEA-SON, KEDESHA 14-CC-016358 06/26/2014 *717.113 $455.00

TAMPA PARK APARTMENTS, INC. VS MOODY, DE-QUAN 15-CC-021694 08/07/2015 *717.113 $400.00

TAMPA POLICE DEPARTMENT VS BRIAN BAKER 17-CA-009606 10/23/2017 $1,500.00

TAMPA REAL ESTATE VENTURES, LLC VS WENDLE, JUSTIN 16-CC-011406 05/03/2016 *717.113 $1,283.00

TANK, HARIKRUSHNA CK# 436780 11/22/2019 15001587 $17.00

TAPIA-DIAZ, DORANELIE CK# 579227 06/28/2019 $15.00

TARAVELLA, LUCY VS MALONE, JACQUELINE 19-CC-021270 05/03/2019 *717.113 $70.00

TARDI, AMARYLLIS CK# 583750 11/08/2019 $15.00

TARGET CK# 437118 12/05/2019 15001621 $70.00

TASANAPRASERT, AKKARADEJ A CK# 582934 10/18/2019 $15.00

TAVAREZ-TAVAREZ, MARC A CK# 580468 08/02/2019 $15.00

TAYLOR, JASON C CK# 574915 03/01/2019 $15.00

TAYLOR, JOVARIUS J CK# 580409 08/02/2019 $15.00

TAYLOR, WILLIAM D CK# 584918 12/06/2019 $15.00

TCVM 6 LLC VS SHANKS, VANITA 18-CC-062954 12/14/2018 *717.113 $700.00

TEDROWE, BENJAMIN L CK# 575405 03/15/2019 $15.00

TEED, DAJOURIA L CK# 578600 06/14/2019 $15.00

TEELUCKSINGH, PREM VS WEEMS, SHANE 14-CC-011990 05/27/2014 *717.113 $97.09

TEJADA, LEONEL CK# 578413 06/07/2019 $15.00

TENORIO, KARIE ANN CK# 583057 10/18/2019 $15.00

TERRAZAS, JESUS A CK# 432749 07/25/2019 15000090 $250.00

TERRENCE F PYLE PA CK# 438065 06/07/2019 15000827 $19.52

THE HOUSING AUTHORITY OF THE CITY OF TAM-PA FLORIDA VS RUSSELL, KILILAH 14-CC-033393 01/05/2015 *717.113 $12.00

THE KAIN L P VS BOWERS, CHINIQUA E 16-CC-041845 04/04/2017 *717.113 $881.24

THE KAIN L P VS HARDY, SHARON 15-CC-034477 10/30/2015 *717.113 $75.00

THE KAIN L P VS JONES, SHIRLEY 15-CC-023896 09/01/2015 *717.113 $80.00

THE KAIN LIMITED PARTNERSHIP VS BATTLE, BARBARA 16-CC-032526 10/18/2016 *717.113 $775.00

THE KAIN LIMITED PARTNERSHIP VS HUMPHREY, ERICA 15-CC-031485 10/02/2015 *717.113 $708.00

THE KAIN LIMITED PARTNERSHIP VS JAMES, TAKESSA S 16-CC-040926 12/30/2016 *717.113 $1,800.00

THE KAIN LIMITED PARTNERSHIP VS SHEPPARD, YOLANDA 16-CC-040923 01/03/2017 *717.113 $1,130.00

THE KAIN LP VS MORGAN, MATTHEW 15-CC-030481 09/28/2015 *717.113 $545.00

THE STEIN LAW GROUP CK# 430934 06/11/2019 15000840 $50.00

THIIMS, NICHOLAS VS THIMIS, TANYA 16-SPL-005389 08/27/2018 $1,000.00

THOMAS, ASTON ANDRE CK# 430369 05/24/2019 15001262 $208.00

THOMAS, BETSY L CK# 573224 01/18/2019 $15.00

THOMAS, HEZEKIAH CK# 583295 10/25/2019 $15.00

THOMAS, IGNATIUS CK# 584193 11/15/2019 $15.00

THOMAS, MARK ANTHONY CK# 434995 09/25/2019 15001484 $11.00

THOMPSON, CHARLES A CK# 574477 02/15/2019 $30.00

THOMPSON, COREY S CK# 578553 06/07/2019 $30.00

THOMPSON, JEREMY DANIEL CK# 437305 12/12/2019 15001617 $12.04

THOMPSON, LOLA M CK# 575557 03/15/2019 $15.00

THOMPSON, MARY VS ARMIGER, TOM 15-CC-001351 01/22/2015 *717.113 $200.00

THOMPSON, VERONICA CK# 428891 04/16/2019 15000675 $20.79

THORNTON, GEEN D CK# 584522 11/22/2019 $15.00

THORNTON, LUKE VS DUNAWAY, TIFFANY 14-CC-000139 02/20/2014 *717.113 $700.00

THORNTONS CK# 433693 08/21/2019 15001465 $66.00

THORVARDSON, STEVEN CK# 430329 05/23/2019 15001272 $11.00

THRIFT, CASEY CK# 427262 03/01/2019 15000635 $202.00

TIKO SERVICES LLC CK# 428519 04/03/2019 15001177 $40.00

TINDALE, SHANE R CK# 579920 07/19/2019 $15.00

TITLE AGENCY OF FLORIDA INC CK# 429747 05/08/2019 15001255 $521.09

TITLE AGENTS RESEARCH SERVICES INC CK# 431289 06/19/2019 15000867 $39.23

TITLE MARKETPLACE LLC CK# 431395 06/20/2019 15000864 $94.50

TITLE SERVICES OF FLORIDA LLC CK# 430935 06/11/2019 15000830 $13.80

TITLE TRUST GROUP OF FLORIDA INC CK# 429748 05/08/2019 15000742 $15.00

TITLEMARK OF SOUTH TAMPA LLC CK# 434887 06/11/2019 15000849 $11.71

TOMASINO, DAVID A CK# 432197 07/11/2019 15000828 $250.00

TORRES CARRION, ALICIA CK# 572808 01/11/2019 $15.00

TORRES ZAYAS, HECTOR H CK# 583105 10/18/2019 $15.00

TORRES, DIANA H CK# 575440 03/15/2019 $30.00

TORRES, ESTEBAN CK# 427190 02/28/2019 15000028 $500.00

TORRES, GIOVANNI RAMOS CK# 432892 07/30/2019 15001088 $42.50

TORRES, GIOVANNI RAMOS CK# 433961 08/29/2019 15001085 $245.00

TORRES, LYLA CK# 579644 07/12/2019 $15.00

TORRES, RUBY M CK# 575628 03/15/2019 $15.00

TORRES, YASMANY MAYEA CK# 432799 07/25/2019 15001089 $500.00

TOVARMARTINEZ, RUBISEL CK# 434094 09/04/2019 15001079 $1,652.00

TOZIER, DYLAN J CK# 573594 01/25/2019 $15.00

TRACKING #9570 1065 9016 9271 1624 MO#1793373421 1 - WESTERN UNION RCPT # 24-00680591 10/22/2019 $325.00

TRAN, THACH K CK# 582869 10/18/2019 $15.00

TRANSCARE MEDICAL TRANSPORTATION CK# 429571 05/03/2019 15001241 $180.50

TRANSCONTINENTAL TITLE CK# 429978 05/15/2019 15000735 $295.04

TRANSCONTINENTAL TITLE COMPANY CK# 429572 05/03/2019 15000701 $1,780.68

TREPANIER, JACK T CK# 429497 05/02/2019 15000776 $13.50

TRESPALACIOS, ALLISON CK# 583911 11/08/2019 $15.00

TRIMBLE, ANN M CK# 578055 05/24/2019 $15.00

TRIVIN, CYRUS A CK# 583764 11/08/2019 $30.00

TRUE, CHARLES B CK# 574561 02/22/2019 $15.00

TULLO LAW FIRM CK# 431290 06/19/2019 15001098 $113.30

TURBEVILLE, LAUREN E CK# 584896 12/06/2019 $15.00

TURNER JR, MICHAEL ANTHONY CK# 433320 08/13/2019 15001084 $16.00

TURNER, ANDREW B CK# 579412 07/05/2019 $15.00

TURNER, REX VS PRICE, PHILLIP 16-CC-030184 09/28/2016 *717.113 $48.00

TUVELL, KEVIN S CK# 578471 06/07/2019 $15.00

TUVELL, SHAWN A CK# 583769 11/08/2019 $15.00

TYSVER, CYNTHIA CK# 431994 07/05/2019 15000890 $500.00

TZADIK ACQUISITIONS LLC VS STOVALL, LORI 18-CC-019098 06/05/2018 *717.113 $452.00

TZADIK ACQUISITIONS LLC VS WILSON, TAUNE, ANDERSON SIMS, ROSS 18-CC-000833 02/08/2018 *717.113 $162.50

TZADIK MANAGEMENT GROUP VS PINAS, SHARMA 17-CC-028816 09/19/2017 *717.113 $148.50

TZADIK MANAGEMENT VS MEDINA, JAJARA 19-CC-028625 06/03/2019 *717.113 $100.00

U S BANK NATIONAL ASSOCIATION VS VEGA, SYL-VIA 16-CA-002193 09/02/2016 $100.00

UAHC LLC,CBA BUSINESS SOLUTIONS VS MER-RELL, BRANDI 14-CC-000522 01/16/2014 *717.113 $50.00

ULLOA, GUADALUPE CK# 574244 02/15/2019 $15.00

UNITED PAWN CK# 430232 05/22/2019 15000718 $100.00

UNITED PAWN CK# 430508 05/28/2019 15000719 $50.00

UNIVERSAL LAND TITLE INC CK# 429517 05/02/2019 15000698 $1,204.15

UNIVERSITY HOUSE LLC VS BALDWIN, CLARENCE 14-CC-036505 12/29/2014 *717.113 $310.00

UNIVERSITY HOUSE LLC VS JOSEPH, TANYA 15-CC-030441 10/14/2015 *717.113 $544.13

UNIVERSITY HOUSE LLC VS STIDIRON, JOLANDA 15-CC-032577 10/15/2015 *717.113 $495.15

UNIVERSITY HOUSE, LLC VS BEST, KYLE A. 15-CC-039773 01/11/2016 *717.113 $481.55

UNIVERSITY HOUSE, LLC,CASABLANCA APART-MENTS AT UNIVERSITY VS HAYNES, TAMIKA S. 17-CC-042983 11/13/2017 *717.113 $232.80

UNIVERSITY SQUARE APARTMENTS LLC VS DIS-ARNO, JOHN C 18-CC-044914 09/11/2018 *717.113 $526.00

URBAN CORE HOLDINGS LLC VS SEARS, GABRIEL 15-CC-023113 07/30/2015 *717.113 $391.26

URBAN TITLE SERVICES CK# 429574 05/03/2019 15000705 $3,580.85

URLINAWRITA, ANNABELLA CK# 431119 06/14/2019 15000882 $250.00

URREGO, ROSALBA E CK# 580030 07/26/2019 $15.00

US BANK NA VS CAWLEY, THOMAS S 14-CA-009187 02/18/2016 $100.00

US BANK TRUST NA VS LOCK, SHOLANDA S 15-CA-010211 04/04/2016 $100.00

USHER, CHAD M CK# 583995 11/08/2019 $15.00

UTLEY, CYNTHIA R CK# 574008 02/08/2019 $15.00

UZZELL, NAJEE D CK# 576035 03/29/2019 $15.00

VALENTINE HYER, TRACY CK# 582298 09/27/2019 $30.00

VALENTE, RANSES MONZON CK# 436424 11/13/2019 15001554 $15.00

VAN CHN COMMONS, LLC VS ACOUSTS ENGI-NEERING COMPANY OF FLORIDA 18-CA-008833 06/20/2018 *717.113 $117.71

VAN VUUREN, ETTIENNE CK# 426786 02/18/2019 15001441 $15.00

VANGUARD REAL ESTATE TITLE OF FL INC CK# 430739 06/04/2019 15000805 $96.75

VANKLEECK, JAMES B CK# 583269 10/25/2019 $15.00

VARGAS, FACE CK# 576644 04/18/2019 $15.00

VARGAS, JEFFREY E CK# 576877 04/26/2019$15.00

VARGAS, SAMANTHA V CK# 579927 07/19/2019 $15.00

VARGASRIVERO, JOSE CK# 432204 07/11/2019 15001379 $500.00

VASQUEZ, MARCOS SANTOS CK# 433580 08/19/2019 15001464 $16.50

VAZQUEZ, CRYSTAL R CK# 432818 07/25/2019 15001430 $250.00

VAZQUEZ, DAVID CK# 583225 10/25/2019 $15.00

VAZQUEZ, JOHN ISAAC CK# 436841 11/22/2019 15001574 $15.00

VAZQUEZ, VICTOR CK# 582334 09/27/2019 $13.01

VAZQUEZ, YERITZA CK# 583386 10/25/2019 $15.00

VELASCO GARCIA, JULIO CK# 575960 03/29/2019 $15.00

VELASQUEZ, ANTHONY CK# 584404 11/22/2019 $15.00

VELAZQUEZ SIERRA, JOSUE CK# 583063 10/18/2019 $15.00

VELEZ LATTIE CK# 583426 10/25/2019 $87.22

VELIZ, JOHN M CK# 575744 03/22/2019 $15.00

VERROS REALTY HOLDINGS LLC VS THOMPSON, SHERRY 17-CC-033839 09/05/2017 *717.113 $400.00

VERNON, SARAH L CK# 574713 02/22/2019 $15.00

VIDAL, BARBARA N CK# 581403 09/13/2019 $15.00

VIGIL, ANA V CK# 584238 11/15/2019 $15.00

VILLAFRANCA, CHRISTIAM R CK# 574559 02/22/2019 $15.00

VILLAGLO IBARRA, FABIOLA CK# 578922 06/21/2019 $15.00

VILLALTA, JONATHAN S CK# 578536 03/22/2019 $30.00

VILLANUEVA, FRANKLIN A CK# 581520 09/13/2019 $30.00

VILLAVICENCIO, DANIEL A CK# 576394 04/12/2019 $15.00

VILSAINT, CLIFF CK# 426346 02/05/2019 15001069 $72.00

VINAJ,IMENEZ, JUAN CARLOS CK# 426075 01/29/2019 15000964 $45.75

VINAJ,IMENEZ, JUAN CARLOS CK# 426715 02/15/2019 15000963 $15.00

VOJTKO, ANGEL L CK# 582997 10/18/2019 $15.00

VOLUNTEERS OF AMERICA OF FLORIDA VS PINCK-NEY, MESHA 15-CC-029882 10/12/2015 *717.113 $394.84

VU, CHUONG H CK# 579629 07/12/2019 $15.00

VUKELJA, DAVID A CK# 580373 08/02/2019 $15.00

WADE, CHARLES D CK# 583755 11/08/2019 $15.00

WADE, ERIC CK# 431270 06/19/2019 15001235$17.00

WAHL, DANIEL E CK# 573760 02/01/2019 $15.00

WAIBERMAN, DONALD I CK# 430941 06/11/2019 15000853 $49.90

WAINORIS, KIRSTEN CK# 433630 10/21/2019 15001543 $15.75

WALGREENS CK# 433787 08/23/2019 15001458 $300.00

WALKER J, CHARLES GREGORY CK# 427386 03/06/2019 15000632 $60.00

WALKER, GARRETT E CK# 578217 05/31/201951$5.00

WALKER, HARRISON J CK# 579598 07/12/2019 $15.00

WALLACE, CLEVELAND ALFONSO CK# 426848 02/19/2019 15001030 $15.75

WALLACE, KRISTIE LYNN CK# 425614 01/16/2019 15000943 $15.75

WALLACE, PAUL D CK# 572724 01/11/2019 $15.00

WALLIS, JOSHUA A CK# 577659 05/10/2019 $15.00

WALMART CK# 425341 01/08/2019 15000953 $48.09

WALMART CK# 427467 03/07/2019 15001107 $15.00

WALMART CK# 428378 03/28/2019 15001106 $92.56

WALMART CK# 429091 04/22/2019 15001189 $56.03

WALMART CK# 429268 04/25/2019 15001182 $96.84

WALMART CK# 429622 05/06/2019 15001254 $46.78

WALMART CK# 429788 05/09/2019 15001251$179.00

WALMART CK# 431158 06/14/2019 15001355$176.50

WALMART CK# 434144 06/21/2019 15001356 $41.75

WALMART CK# 434197 07/18/2019 15001417 $48.00

WALMART CK# 432567 07/22/2019 15001415 $50.80

WALMART CK# 433372 08/14/2019 15001478 $41.79

WALMART CK# 433632 10/21/2019 15001547 $12.75

WALMART CK# 435986 10/29/2019 15001528 $128.47

WALMART CK# 436469 11/14/2019 15001592 $17.05

WALSH, THOMAS R CK# 578341 05/31/2019 $15.00

WARD, EDWARD CK# 573170 01/18/2019 $15.00

WARE, CHLOE J CK# 583509 11/01/2019 $15.00

WARNER, ROBERT A CK# 574729 02/22/2019 $15.00

WARREN, MICHELLE A CK# 577919 05/17/2019 $15.00

WASHINGTON, KEVIN VS BEATY, FRED, BEATY, ERICA 15-CC-009649 04/15/2015 *717.113 $95.00

WATSON, MARK E CK# 584441 11/22/2019 $15.00

WATTS, CAREY M CK# 577020 04/26/2019 $30.00

WATTS, LINDA F CK# 575244 03/08/2019 $15.00

WAVE ACH CK# 429653 05/07/2019 15001252 $56.65

WAYPOINT HOMES VS DYKES, KEEOSHA 15-CC-038796 01/29/2016 *717.113 $446.00

WEAVER, THOMAS P CK# 575284 03/08/2019$15.00

WEBER, KATRINA E CK# 578968 06/21/2019 $15.00

WEIGHTMAN, KENNETH M CK# 580758 08/16/2019 $15.00

WELLS FARGO CK# 435015 09/25/2019 15001485 $18.50

WELLS, J D CK# 426395 02/06/2019 15000612$13.50

WELLS, JOSHUA M CK# 584715 11/15/2019 $15.00

WEST FLORIDA WHOLESALE PROPERTIES IV LLC VS MANZANADI, JULIO 17-CC-018558 05/18/2015 *717.113 $0.00

WEST, QUENTIN D CK# 581983 09/20/2019 $15.00

WESTCHASE TITLE, LLC VS NL HAKIKE ENTER-PRISES, LLC 16-CC-021999 06/14/2017 *717.113 $567.49

WESTSHORE TITLE GROUP CK# 430510 05/28/2019 15000778 $217.26

WETHERINGTON, LAWRENCE EDWARD CK# 433879 08/27/2019 15001088 $30.00

WEVER, JOHN L CK# 583074 10/18/2019 $15.00

WHIDDEN, SHARON LEE CK# 430541 05/29/2019 15001090 $72.00

WHITBURN LLC VS PARKER, YUKIA 15-CC-021619 07/13/2015 *717.113 $1,099.64

WHITE ESQUIRE, LESLIE S CK# 429973 05/15/2019 15001087 $15.00

WHITE, BRITTANY L CK# 585232 12/13/2019 $11.68

WHITE, DWAYNE A CK# 581183 08/30/2019 $15.00

WHITE, JEFFREY R CK# 581491 09/13/2019 $15.00

WHITE, JORDINE N CK# 581265 08/30/2019 $15.00

WHITE, MARY E CK# 584008 11/08/2019 $15.00

WHITE, MICHAEL D CK# 576523 04/12/2019 $15.00

WHITEHILL, DAVID VS PEIXOTO, NEPHTHYS 15-CC-018154 07/28/2015 *717.113 $94.00

WHITFIELD, CHLOE C CK# 576929 04/26/201$915.00

WHITING, SARAH L CK# 577502 04/26/2019 $15.00

WHITMAN, EMMA CK# 578336 05/31/2019 $15.00

WHITMAN, WILLIAM J CK# 582009 09/20/2019 $15.00

WHYTE, DAMIAN R CK# 573617 01/25/2019 $15.00

WIGGINS, TAMARA N CK# 573505 01/25/2019 $15.00

WILCHER, SCARLETT CK# 585226 12/13/2019 $11.68

WILKINS, JAKARI R CK# 584188 11/15/2019 $15.00

WILLIAMS, ALEX T CK# 578576 06/14/2019 $15.00

WILLIAMS, AUSTIN G CK# 577388 05/03/2019$15.00

WILLIAMS, CAMERON T CK# 577673 05/17/2019 $15.00

WILLIAMS, CHARLES VS DARIEN, EDDIE LEE, JR 16-CC-012323 04/26/2016 *717.113 $339.81

WILLIAMS, ELIZABETH A CK# 578659 06/14/2019 $15.00

WILLIAMS, IRIS F CK# 580702 08/16/2019 $15.00

WILLIAMS, JOHN H CK# 585425 12/20/2019 $15.00

WILLIAMS, MARCELLUS CK# 581925 09/20/2019 $15.00

WILLIAMS, MAREALLE C CK# 576534 04/12/2019 $15.00

WILLIAMS, MICHAH E CK# 582699 10/11/2019$15.00

WILLIAMS, SAMMIE N CK# 573145 01/18/2019 $15.00

WILLIAMS, TRAVIS DWAYNE CK# 431642 06/25/2019 15001308 $15.00

WILLIAMS, TYSHAWN MO#2199849637 - AMSCOT RCPT # 24-00587862 03/11/2019 $103.00

WILLIAMS, URSULA C CK# 584923 12/06/2019 $15.00

WILLIAMS, ZACKARY H CK# 582880 10/18/2019 $15.00

WILLIS, CINDI M CK# 577374 05/03/2019 $15.00

WILLIS, KELVIN L CK# 435070 09/25/2019 15001094 $226.00

WILLIS, LAWRENCE M CK# 577858 05/17/2019 $15.00

WILLSON, JOHN R CK# 584570 11/22/2019 $15.00

WILMINGTON TRUST COMPANY VS FLORENCE, FREDRICK M 15-CA-009132 04/25/2016 *717.113 $13.30

WILSON, DANIEL J CK# 573500 01/25/2019 $15.00

WILSON, JEROME A CK# 582702 10/11/2019$15.00

WILSON, MICHAEL W CK# 576814 04/18/2019$815.00

WILSON, RICHELE M CK# 576786 04/18/2019$15.00

WIMBROW AND YOUNG INC CK# 430899 06/10/2019 15000853 $15.00

WINCHELL, AMBER R CK# 577033 04/26/2019 $15.00

WIND PA, SHELDON L CK# 429564 05/03/2019 15000717 $1,353.48

WINSTON, LONDON TYGI DAVE OTIS CK# 428549 04/04/2019 15000666 $46.40

WINSTON, LONDON TYGI DAVE OTIS CK# 428550 04/04/2019 15000666 $66.40

WINTER, JAMES RAFAEL CK# 429597 05/06/2019 15001288 $15.75

WOLF PROPERTIES LLC VS CUMBESS, TIFFANY 17-CC-046096 12/01/2017 *717.113 $750.00

WOLF PROPERTIES LLC VS OGDEN, SCOTT 17-CC-046093 12/01/2017 *717.113 $750.00

WOLF PROPERTIES LLC VS PISKURA, KAREN 17-CC-046094 12/29/2017 *717.113 $375.00

WOOD, TYLER H CK# 576833 04/18/2019 $15.00

WOODRUFF, DELARIA CK# 582149 09/27/2019 $15.00

WRD LEGACY PARK, LLC VS STRAW, TRASON 17-CC-036432 10/17/2017 *717.113 $1,200.00

WRIGHT, CONNOR M CK# 581830 09/20/2019$15.00

WRIGHT, KAREN M CK# 581788 09/20/2019 $15.00

WRIGHT, KELVIN L CK# 579371 07/05/2019 $15.00

WRIGHT, NATASHA M CK# 577062 04/26/2019 $15.00

WYRE, JACOB L CK# 573252 01/18/2019 $15.00

XU, TIAN SHUO VS MARSHALL, DOSHA 14-CC-009933 04/25/2014 *717.113 $480.00

XU, TIANSHUO VS UNKNOWN, EITNANDESZ 16-CC-018889 06/22/2016 *717.113 $720.00

YAAJ INVESTMENT, LLC VS WHITE, PHILLIP 15-CC-005060 02/25/2015 *717.113 $310.00

YANCEY, IOLA A CK# 580357 08/02/2019 $15.00

YANG, DANG M CK# 585399 12/20/2019 $15.00

YANG, SAN PHAUT CK# 573499 01/25/2019 $15.00

YAPICI, TOLGA IBRAHIM CK# 425631 01/16/2019 15000922 $13.50

YARBROUGH, SHAWN A CK# 437649 12/26/2019 15001658 $10.05

YATES, REGINALD L CK# 582785 10/18/2019$15.00

YEAKEL-RUIZ, ELISA D CK# 580621 08/09/2019 $30.00

YES COMPANIES WFC LLC VS HELMS, CYNTHIA 18-CC-042219 11/02/2018 *717.113 $2,408.38

YGLESIAS, JOSEPH A CK# 576068 03/29/2019 $15.00

YOUNG, JAMES CK# 426187 01/31/2019 15000956 $71.84

YOUNG, JOSHUA OSHEA CK# 574258 02/15/2019 $15.00

YOUNG, TIFFANY M CK# 576965 04/26/2019 $15.00

YOUNGBLOOD, BARBARA JACKIE CK# 437671 12/27/2019 15001360 $31.50

YOUNGELIF JR, JOHNNY CK# 584923 12/06/2019 15001541 $27.00

Z2153-2195WICKER AND ASSOCIATES PC CK# 436884 11/25/2019 15001576 $50.00

ZABALA, ANDREW E CK# 580689 08/16/2019 $15.00

ZACEK, CHRISTIAN CK# 432940 07/31/2019 15000298 $15.00

ZADECENSKY, JOSE ANGEL CK# 427587 03/11/2019 15001122 $128.00

ZAPATA JAVIER, JENRRY CK# 573186 01/18/2019 $15.00

ZELAYA, JORGE CK# 433404 08/15/2019 15001437 $660.00

ZELLERS, BRANDIN CK# 575897 03/29/2019 15001581 $91.00

ZERBO, CANDY L CK# 434707 09/20/2019 15001491 $15.00

ZUNIGA, DASSASS GUATEMALA CK# 432245 07/12/2019 15000965 $15.00

ALL PERSONS HAVING OR CLAIMING ANY INTER-EST IN SAID FUNDS OR ANY PORTION THEREOF, SHALL FILE THEIR CLAIM IN WRITING WITH THE CLERK OF THE CIRCUIT COURT OF HILLSBOROUGH COUNTY, FLORIDA. BY EMAIL occaccll@hillsclerk.com OR MAIL TO P.O. BOX 1110, ATTN: CCC ACCOUNTING, TAMPA, FL 33601-1110, ON OR BEFORE JULY 28, 2021 OTHERWISE THE SUCH UNCLAIMED FUNDS SHALL BE DECLARED FORFEITED TO HILLSBOROUGH COUNTY IN AC-CORDANCE WITH FLORIDA STATUTE 116.21. ODATED AT TAMPA, FLORIDA, THIS 9th DAY OF JULY, 2021.

CINDY STUART

CLERK OF THE CIRCUIT COURT

HILLSBOROUGH COUNTY, FLORIDA

7/9/21LG 1T

EXHIBIT C

OCTOBER 20, 2021 - REGULAR BOARD MEETING

The Board of County Commissioners, Hillsborough County, Florida, met in Regular Meeting, scheduled for Wednesday, October 20, 2021, at 9:00 a.m., in the Boardroom, Frederick B. Karl County Center, Tampa, Florida, and held virtually.

The following members were present:  Chair Pat Kemp and Commissioners Harry Cohen, Ken Hagan, Gwen Myers, Kimberly Overman, Mariella Smith, and Stacy White.

CALL TO ORDER

▶ Chair Kemp called the meeting to order at 9:00 a.m.

INVOCATION AND PLEDGE OF ALLEGIANCE

▶ Commissioner White led in the pledge of allegiance to the flag and gave the invocation.

PROCLAMATIONS/COMMENDATIONS

▶ Commissioner Overman offered a eulogy honoring former United States Secretary of State Colin Luther Powell.

▶ Proclamation presented by Commissioner Hagan, on behalf of the Board, declaring October 20, 2021, as Tampa Bay Lightning Back-To-Back Champions Day in Hillsborough County.

▶ Proclamation presented by Commissioner Myers, on behalf of the Board, declaring October 2021, as Safe Sleep Awareness Month in Hillsborough County.

▶ Proclamation presented by Commissioner Cohen, on behalf of the Board, declaring October 20, 2021, as Moffitt Cancer Center 35th Anniversary Day in Hillsborough County.

APPROVAL OF CHANGES

▶ County Administrator Bonnie Wise reviewed the changes to the agenda. ▶ **Commissioner Overman moved the changes, seconded by Commissioner Myers, and carried seven to zero.**

PUBLIC COMMENTS

▶ Mr. Richard Coury provided public comment.

WEDNESDAY, OCTOBER 20, 2021

A.   CONSENT AGENDA

▶ **Commissioner Overman moved to approve, seconded by Commissioner Cohen, and carried seven to zero.**

(All applicable documents and/or legal descriptions for Consent Agenda items were on file in Board Records.)

DISCLAIMER:   The Consent and Board Agenda items have not been edited. Language usage and verbiage were documented exactly as submitted by the department.

Aging Services

A-1   Approve Amendment 003 to the Older Americans Act (OAA) Contract No. OAA-2021-HILL with the Senior Connection Center, Inc., to enhance services provided to clients by adding In-Home Respite to the OAA Title IIIB (Adult Day Care) award.  This contract is effective from January 1, 2021 through March 31, 2022, for services rendered through December 31, 2021.  There is no change to the amount of contract funding received from SCC and no financial impact to the grant operating budget.  (21-1150)

Capital Programs

A-2   Approve the site-specific rendition for Artwork at Riverview/Alafia River Park provided by the 2nd ranked Artist, Milligan Studio, pursuant to the recommendation of the Public Art Committee (PAC).  The first-ranked artist (Daniel HorseChief) who was previously approved has declined the contract for logistical reasons.  The Public Art Committee recommends approval of Milligan Studio's artwork which will consist of a figurative bronze sculpture to be placed within the park.  An image of the proposed artwork is included in the agenda backup.  Upon Board approval, a separate Artist Agreement will be negotiated for approval by the County Administrator.  The cost of the artwork is anticipated to be $75,000.  Funding for the artwork is available within the Adopted FY 2022-2027 Capital Improvement Program (CIP No. C70000000 Public Art Program).  No additional funds are required.

Conservation and Environmental Lands Management

A-3   (a) Approve a grant agreement with the State of Florida Department of Environmental Protection to provide reimbursement funding to Hillsborough County in an amount of $100,000 for red tide cleanup

WEDNESDAY, OCTOBER 20, 2021

projects on County beaches and surrounding coastal waters. Subsequent amendments in an amount of $100,000 may be initiated as required.  (b) Delegate signature authority for any amendments/change orders to the County Administrator's Office.  There is no anticipated financial impact to the County.  Approval of this item will provide the County with cost reimbursement for work performed during red tide cleanup events.  (21-1151)

A-4   (a) Authorize staff to complete the purchase of the Riverton Property as part of the Jan K. Platt Environmental Lands Acquisition and Protection Program (ELAPP) with certain encroachments and to proceed with the required actions to finalize easements to resolve these encroachments for future approval by the Board.  This agenda item identifies proposed easements to Tampa Electric Company and Frontier Communications to resolve encroachments on the Riverton Property within the Bahia Beach Coastal Restoration ELAPP Site.  There are no costs or revenues associated with these easements through this agenda item; these will be addressed by a later agenda item that will recommend approval of the easements. (b) Approve a Budget Amendment resolution to appropriate $1,815,720 within the ELAPP Non-Bond Fund (30005) to the Jan K. Platt ELAPP Acquisition project (C89900000) to provide interim funding from non-bond proceeds for the portion of the purchase price that will be reimbursed from the RESTORE grant proceeds.  This Budget Amendment resolution will increase the project by $1,815,720 from $1,434,280 to $3,250,000 of ELAPP non-bond funds and will reduce the reserves from $2,857,090 to $1,041,370.  Use of non-bond proceeds for such interim funding will be more efficient and reduce costs as it will eliminate the need to comply with various federal tax law requirements versus using ELAPP bond proceeds.

A-5   Authorize the Conservation and Environmental Lands Management Department to schedule a public hearing as required by the Jan K. Platt Environmental Lands Acquisition and Protection Program (ELAPP) Ordinance 87-1, as amended by Ordinance 93-15, to grant a conservation easement to the Southwest Florida Water Management District for portions of the Dairy Farm ELAPP site for wetland mitigation performed by Tampa Bay Water.  The costs associated with this agenda item are limited to the costs of the public hearing advertisement and signage which should not exceed $1,000 and can be accommodated in the operating budget of the Conservation and Environmental Lands Management Department.

WEDNESDAY, OCTOBER 20, 2021

Cooperative Extension Services

A-6   Approve an agreement with the University of Florida Cooperative Extension Service for a Citrus Extension Agent in the amount of $12,857 annually, for the period October 1, 2021, through September 30, 2022. Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required.  (21-1152)

A-7   Approve an agreement with the University of Florida Cooperative Extension Service for an Integrated Pest Management (IPM) Urban Commercial Horticulture Extension Agent in the amount of $16,719 annually, for the period October 1, 2021, through September 30, 2022. Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required. (21-1153)

A-8   Approve an agreement with the University of Florida Cooperative Extension Service to enhance the current Hillsborough County Expanded Food and Nutrition Education Program in the amount of $162,000 annually, for the period October 1, 2021, through September 30, 2022. Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required.  (21-1154)

A-9   Approve an agreement with the University of Florida Cooperative Extension Service for a Vegetable/Small Fruit Extension Agent in the amount of $39,852.92, for the period October 1, 2021 through September 30, 2022.  Funds for this agreement are included in the FY 22 adopted budget.  No additional County funds are required.  (21-1155)

A-10  Approve an agreement with the University of Florida Cooperative Extension Service for a Water Management/Home Environment Horticulture Extension Agent in the amount of $32,280 for the period October 1, 2021 through September 30, 2022.  Funds for this agreement are included in FY 22 adopted budget.  No additional County funds are required.  (21-1156)

A-11  Approve an Interlocal Agreement with Polk County for part time services of an Ornamental Horticulture Extension Agent, for the period of October 1, 2021 through September 30, 2022.  The County will be reimbursed $4,960 pursuant to the Interlocal Agreement.  No additional County funds are required.  (21-1157)

WEDNESDAY, OCTOBER 20, 2021

A-12   Approve the FY 22 Interlocal Agreement with Tampa Bay Water for the Florida-Friendly Landscaping Program (FFL), in the amount of $183,408 under which Cooperative Extension Service will perform consultant and professional services concerning water conservation and reduction of pollutants to stormwater runoff in Pinellas, Hillsborough, and Pasco counties. The Agreement shall begin on October 1, 2021 and end December 31, 2022 and covers the work specified in its Scope of Services. The funding is included in the FY 22 Adopted Budget. Additional County support is not required. (21-1158)

County Attorney's Office

A-13   Set a public hearing for November 17, 2021 at 10:00 a.m. to consider an amendment to Chapter 24 of the Hillsborough County Code of Ordinances and Laws which will create Article V regulating the use of fertilizers containing nitrogen and/or phosphorous within unincorporated Hillsborough County. There is no significant financial impact to the County, and any directly related expenses can be accommodated in the departments approved operating budgets.

A-14   Approve the appointment of Scott I. Steady, Esquire to serve as special magistrate for a Request for Relief filed on pursuant to state law and the Land Development Code. The County is responsible for 50% of (1) notice costs and (2) the fees and expenses of the special magistrate. Funding for the County's portion is included in the budget of the Development Services Department.

Economic Development

A-15   Approve an Agreement between Hillsborough County and Speak Up Tampa Bay Public Access Television, Inc., in the annual not-to-exceed total amount of $200,000 for provision of Workforce Training Initiatives for the period of October 1, 2021, through September 30, 2023. Funding for this Agreement is included in the Countywide General Operating Fund within the Countywide General Fund of Economic Development's Non-Profit Organizations FY 22 adopted and FY 23 planned budgets. (21-1159)

A-16   Approve an Agreement between Hillsborough County and the Boys and Girls Clubs of Tampa Bay, Inc. ("Agency") in the annual not-to-exceed amount of $22,500 for the provision of a Summer youth employment program for youth residents of Hillsborough County for the period of October 1, 2021 through September 30, 2023. Funding for this Agreement is in the Countywide General Operating Fund within the Countywide General Fund

WEDNESDAY, OCTOBER 20, 2021

of Economic Development's Non-Profit Organizations' FY 22 adopted and FY 23 planned budgets.  (21-1160)

A-17  Approve an Agreement between Hillsborough County and Enterprising Latinas, Inc., in the not-to-exceed total amount of $100,000 for provision of Economic Mobility Pathways Training for the period of October 1, 2021, through September 30, 2022.  Funding for this Agreement is included in the Countywide General Operating Fund within the Countywide General Fund of Economic Development's Non-Profit Organizations FY 22 adopted budget.  (21-1161)

A-18  Approve the Agreement between Hillsborough County and University of South Florida Research Foundation in the annual not-to-exceed amount of $200,000 to support business development services through the operations of the Tampa Bay Technology Incubator (TBTI), for the period October 1, 2021 through September 30, 2023.  TBTI offers furnished space, equipment, and direct technical assistance to new, start-up or budding technology development firms in Hillsborough County.  The Agency offers below-market rental arrangements to these businesses and laboratory-based technology firms (primarily in the bio/life sciences, engineering and software sectors) and support services, including business counseling to help them develop and grow.  Funding for this Agreement is in the Countywide General Fund of the FY 22 adopted and FY 23 planned budgets for Non-Profit Organizations.  (21-1162)

A-19  (a) Approve the Agreement with the Greater Plant City Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.  (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount.  In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing

WEDNESDAY, OCTOBER 20, 2021

promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members. The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets. There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount. No additional County funds are required. (21-1163)

A-20   (a) Approve the Agreement with The Greater Brandon Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $13,200 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023. The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program. The Chamber will receive $13,200 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services. (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $16,800 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $16,800 and increasing the operating budget in the Economic Development Department/ES program by the same amount. In summary, from the $30,000 appropriated within the budget for this initiative, $13,200 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $16,800 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members. The County is funding County services at the Chamber site ($16,800) and providing funding to the Chamber ($13,200) so the County can have space to provide the on-site services at the Chamber location, for a total of $30,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets. There is no financial impact as a result of

WEDNESDAY, OCTOBER 20, 2021

this FY 22 budget amendment, which realigns $16,800 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $16,800 and increasing the operating budget in the ES by the same amount. No additional County funds are required. (21-1164)

A-21  (a) Approve the Agreement with the Greater Riverview Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.   (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount.  In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount. No additional County funds are required. (21-1165)

A-22  (a) Approve the Agreement with the SouthShore Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to

WEDNESDAY, OCTOBER 20, 2021

County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote the workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.  (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the Economic Development Department/ES program by the same amount. In summary, from the $25,000 appropriated within the budget for this initiative, $11,000 is provided to the Chamber for providing promotion of and a physical space for the ES program, and $14,000 is provided to the ES program to support the provision of entrepreneurial services at the Chamber and for its members.  The County is funding County services at the Chamber site ($14,000) and providing funding to the Chamber ($11,000) so the County can have space to provide the on-site services at the Chamber location, for a total of $25,000 towards the effort. Funding for this Agreement is included in the Countywide General Fund of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned budgets.  There is no financial impact as a result of this FY 22 budget amendment, which realigns $14,000 within the Countywide General Operating Fund by reducing the Chamber non-departmental allotment by $14,000 and increasing the operating budget in the ES by the same amount.  No additional County funds are required.  (21-1166)

A-23  (a) Approve the Agreement with the South Tampa Chamber of Commerce, Inc. (the "Chamber") in the annual not to exceed amount of $11,000 to support the provision of a business technical assistance service program to County residents for the period of October 1, 2021 through September 30, 2023.  The program of eight business workshops and consulting services is in partnership with the Economic Development Department's County Entrepreneur Services (ES) program.  The Chamber will receive $11,000 to support and promote workshops and consulting services, and ES will conduct the workshops and provide the Business Consultant for consulting services.  (b) Approve, in consideration for the mutually beneficial relationship between the Chamber and the ES program, a FY 22 Budget Amendment to realign $14,000 within the Countywide General Operating Fund by reducing the Chamber non-

WEDNESDAY, OCTOBER 20, 2021

departmental allotment by $14,000 and increasing the operating budget
in the Economic Development Department/ES program by the same amount.
In summary, from the $25,000 appropriated within the budget for this
initiative, $11,000 is provided to the Chamber for providing promotion
of and a physical space for the ES program, and $14,000 is provided to
the ES program to support the provision of entrepreneurial services at
the Chamber and for its members.  The County is funding County services
at the Chamber site ($14,000) and providing funding to the Chamber
($11,000) so the County can have space to provide the on-site services
at the Chamber location, for a total of $25,000 towards the effort.
Funding for this Agreement is included in the Countywide General Fund
of Non-Departmental Allotments in the FY 22 adopted and FY 23 planned
budgets.  There is no financial impact as a result of this FY 22 budget
amendment, which realigns $14,000 within the Countywide General
Operating Fund by reducing the Chamber non-departmental allotment by
$14,000 and increasing the operating budget in the ES by the same
amount.  No additional County funds are required.  (21-1167)

A-24    (a) Approve the Agreement with the Greater Temple Terrace Chamber of
        Commerce, Inc. dba Uptown Chamber of Commerce (the "Chamber") in the
        annual not to exceed amount of $11,000 to support the provision of a
        business technical assistance service program to County residents for
        the period of October 1, 2021 through September 30, 2023.  The program
        of eight business workshops and consulting services is in partnership
        with the Economic Development Department's County Entrepreneur Services
        (ES) program.  The Chamber will receive $11,000 to support and promote
        the workshops and consulting services, and ES will conduct the
        workshops and provide the Business Consultant for consulting services.
        (b) Approve, in consideration for the mutually beneficial relationship
        between the Chamber and the ES program, a FY 22 Budget Amendment to
        realign $14,000 within the Countywide General Operating Fund by
        reducing the Chamber non-departmental allotment by $14,000 and
        increasing the operating budget in the Economic Development
        Department/ES program by the same amount.  In summary, from the $25,000
        appropriated within the budget for this initiative, $11,000 is provided
        to the Chamber for providing promotion of and a physical space for the
        ES program, and $14,000 is provided to the ES program to support the
        provision of entrepreneurial services at the Chamber and for its
        members.  The County is funding County services at the Chamber site
        ($14,000) and providing funding to the Chamber ($11,000) so the County
        can have space to provide the on-site services at the Chamber location,

WEDNESDAY, OCTOBER 20, 2021

for a total of $25,000 towards the effort.  Funding for this Agreement
is included in the Countywide General Fund of Non-Departmental
Allotments in the FY 22 adopted and FY 23 planned budgets.  There is
no financial impact as a result of this FY 22 budget amendment, which
realigns $14,000 within the Countywide General Operating Fund by
reducing the Chamber non-departmental allotment by $14,000 and
increasing the operating budget in the ES by the same amount.  No
additional County funds are required.  (21-1168)

A-25   Approve an Agreement between Hillsborough County and the University
       Area Community Development Corporation, Inc. in the annual not-to-
       exceed total amount of $100,000 for provision of a Workforce Training
       Program to University Area Community residents for the period of
       October 1, 2021 through September 30, 2023.  Funding for this Agreement
       is included in the Unincorporated General Operating Fund of Economic
       Development's FY 22 adopted and FY 23 planned budgets.  (21-1169)

A-26   Approve the Historic Preservation Challenge Grant Award Agreement with
       Tampa Downtown Partnership, Inc. in the amount of $31,850 to promote
       the County's heritage tourism to support the creation of a strategic
       document to guide the revitalization of the Franklin Street corridor
       in Downtown Tampa.  Funding for the Agreement is included in the Adopted
       FY 22 - FY 27 Capital Improvement Program.  These funds are administered
       by the Economic Development Department.  Funding for the Agreement, in
       the total amount of $31,850, is included in the Adopted FY 22 - FY 27
       Capital Improvement Program.  These funds are administered by the
       Economic Development Department.  (21-1170)

Engineering and Operations

A-27   Schedule a public hearing for 10:00 a.m. on December 8, 2021, to annex
       new street lighting service areas, and related street lighting issues,
       to the Hillsborough County Consolidated Street Lighting Special Purpose
       District (HCCSLSPD), for the 2022 tax year.  Advertising costs
       associated with this agenda item can be accommodated within the Street
       Lighting Non-Ad Valorem Assessment Fund of Engineering and Operations
       Department's FY 22 adopted budget.

A-28   (a) Approve the Maintained Right-of-Way Map that has been prepared in
       accordance with Section 95.361, Florida Statutes, delineating the
       limits of County maintained right-of-way along the east side of Seffner
       Valrico Road from East Clay Avenue to 100 feet north of Valley Hill
       Drive, all lying within Section 24 of Township 29 South, Range 20 East.

WEDNESDAY, OCTOBER 20, 2021

This Maintained Right-of-Way Map is being prepared to aid in the design of the Seffner Valrico Road at Clay Avenue Intersection Improvements Project, CIP 69679035.  (b) Authorize the Chair to execute and record in the Hillsborough County public records the Seffner Valrico Road Maintained Right-of-Way Map in accordance with Section 95.361, Florida Statutes.   The estimated cost of $115 for recording fees can be accommodated within the Transportation Trust Operating Fund of Engineering and Operations' FY 22 adopted budget.  (21-1171)

Facilities Management and Real Estate Services

A-29  (a) Adopt a Resolution declaring the .11 acre (4,700 square foot) property located at 318 Titian Road, in Seffner, Folio 066020-0000 ("Parcel 100") as surplus and authorizing the sale of Parcel 100 under the provisions of Florida Statute Section 125.35.   (b) Approve the sale of Parcel 100 from the current owner, Hillsborough County ("County"), to the adjacent property owner, Richard Dixon ("Buyer") for the amount of $3,100, in accordance with Section 125.35(2), Florida Statutes, and as further explained in the Background.  (c) Approve the conveyance by County Deed to Buyer, also releasing the oil and mineral rights reservation in accordance with Section 270.11, Florida Statutes. Due to the size, shape, location and inability to be issued a building permit, Parcel 100 could not be used to construct affordable housing and thus, it is only of use to one or more of the adjacent property owners.  The sale of Parcel 100 for $3,100 to Buyer represents a one-time revenue to the Unincorporated Area General Fund.  These funds are, per Board Policy 03.07.00.00, identified as appropriate excess proceeds which may be used for Affordable Housing Services Department budget in a manner consistent with the Local Affordable Housing Plan.  (R21-094) (21-1172, 21-1173)

A-30  (a) Adopt a Resolution declaring the 1.69 acre (73,616 square feet) vacant, landlocked property located west of Flores Lane, Folio 058780-0000, ("Parcel 100") as surplus and authorizing the sale of Parcel 100 under the provisions of Florida Statute Section 125.35.   (b) Approve the sale of Parcel 100 from the current owner, Hillsborough County ("County"), to an adjacent property owner Norma Y. Benitez ("Buyer") for the amount of $35,000, in accordance with Section 125.35(2), Florida Statutes, and as further explained in the Background.   (c) Approve the conveyance by County Deed to Buyer, also releasing the oil and mineral rights reservation in accordance with Section 270.11, Florida Statutes.   The sale of Parcel 100 for $35,000 to Buyer

WEDNESDAY, OCTOBER 20, 2021

represents a one-time revenue to the Unincorporated Area General Fund. These funds are, per Board Policy 03.07.00.00, identified as appropriate excess proceeds for inclusion in the Affordable Housing Services Department budget in a manner consistent with the Local Affordable Housing Plan.  (R21-095)  (21-1174, 21-1175)

A-31   Approve a Notice to Exercise Lease Extension Option between Hart Properties IV, Ltd, ("Landlord"), and Hillsborough County, on behalf of the Supervisor of Elections ("SOE"), for 1,134 square feet of office space located at 4575 Gunn Highway in Westwood Plaza Shopping Center. This location allows the SOE to continue to effectively and efficiently serve citizens locally by providing voter registration and other election services in the northwest part of the County.  The Second Amendment to Lease dated December 5, 2019 provides the County the sole option to extend the term of the original lease agreement ("Lease"). This one (1) year extension will provide for continued tenancy at Westwood Plaza commencing on February 1, 2022 and terminating on January 31, 2023.  The annual base rent for this one (1) year extension term is $27,601.44 or $2,300.04 per month.  This base rent represents a three percent (3%) increase over the current rent, which is usual and customary within the market.  The SOE is responsible for common area maintenance costs (proportionate share of water, sewer, solid waste fees) of approximately $439.85 per month, janitorial services and its separately metered electrical usage.  All other building services and maintenance obligations, including maintenance, repairs and replacement of HVAC, are provided by the Landlord.  All rent and lease costs are accommodated in the SOE's FY 22 operating budget.  (21-1176)

A-32   (a) Approve a new User Agreement between Hillsborough County ("County") and SWAMP Mountain Bike Club, Inc. ("SWAMP"), a Florida not-for profit corporation, to allow SWAMP to utilize the eastern portion of Balm-Boyette Scrub Preserve ("Preserve") a part of the Jan K. Platt Environmental Land Acquisition Protection Program ("ELAPP") to advance its mission of mountain biking and natural surface trail recreation. SWAMP will maintain and manage lands for off road bicycle trails and use certain adjoining county lands for special bicycling events.  This area of the Preserve is used for recreational use to benefit all citizens at no cost to the County.  The term begins on the effective date of the agreement and terminates on September 30, 2024 with an additional two (2) successive three (3) year terms. In lieu of rent,

WEDNESDAY, OCTOBER 20, 2021

SWAMP will maintain the trails keeping them free from brush, debris or trash and actively perform general maintenance on all bicycle trails with their own staff, and support services at no cost to the County. (b) Terminate the prior Cooperative Agreement dated October 15, 2014 between Hillsborough County and South West Association of Mountain Bike Pedalers, Inc., a Florida not-for-profit corporation, as this entity is no longer active.  There are no costs to the County associated with this item.  (21-1177)

A-33  (a) Adopt a resolution authorizing a land exchange between the County and Mosaic Fertilizer, LLC ("Mosaic"), exchanging a 1.56 acre County-owned parking lot, located adjacent to the former Riverview Library (Folio No. 075890-00000), in Riverview ("County Parking Property"), for a 2.5 acre property owned by Mosaic, located east of S. 78th Street and south of Eagle Palm Drive (Folio No. 049124-0000), in the Progress Village area ("Mosaic Property").  (b) Approve a land exchange agreement ("Exchange Agreement") between the County and Mosaic, wherein the County Parking Property, having an appraised value of $320,000, will be exchanged for: (i) fee title to the Mosaic Property, having an appraised value of $200,000, and (ii) a payment of $120,000 from Mosaic ("Difference in Value").  Approval of this item authorizes staff to complete the transaction in accordance with the Exchange Agreement. (c) Execute a County Deed conveying the former Riverview Library site, consisting of approximately .96 acres, to Mosaic to effectuate a reverter of the site (as further detailed in the Background), which will be held in escrow pending either: (i) closing of the Exchange Agreement or (ii) termination of the Exchange Agreement.  This item will promote community welfare and public safety by providing Fire Rescue with the lands necessary to construct the new Fire Station No. 53 for the South Progress Village area.  Library Services and Fire Rescue recommend approval of this item.  Mosaic's payment of $120,000 represents a one-time revenue to the Library Services Operating Fund. Additionally, Library Services will receive $200,000 from the Fire Rescue Central Impact Fee Zone Fund through a charge to CIP project C91208000, Land Acquisition for New Fire Stations. Transactional costs and recording fees for the Exchange Agreement are estimated to be no more than $50,000, which can be adequately accommodated within the project budget.  (R21-096)  (21-1178, 21-1179, 21-1214)

WEDNESDAY, OCTOBER 20, 2021

A-34 (a) Approve a Purchase Agreement between Charles E. Springer, as Trustee of the Charles E. Springer Family Trust U/A/D December 20, 2007 as to a fifty percent (50%) interest and Louise W. Springer, as Trustee of the Louise W. Springer Family Trust U/A/D December 20, 2007 as to a fifty percent (50%) interest ("Owner") and Hillsborough County ("County"). (b) Authorize the Real Estate Division Director to execute Form 8283 as Donee Part V (Donee Acknowledgment) of the Department of the Treasury, Internal Revenue Service allowing donor to claim the donation as a non-cash charitable contribution. Owner owns real property located at 4041 Williams Rd., Tampa (Folios 064822-0000 and 064830-0300) and has agreed to donate approximately 6,288 square feet (0.14 acres) as fee simple right-of-way ("Parcel 103") and also provide a forty-eight (48) month temporary construction easement ("Parcel 700") containing approximately 5,892 square feet (0.13 acres). In exchange, County agrees to permit Owner one (1) access connection to Williams Road as explained in the Background. Public Works requires Parcels 103 and 700 to construct the Dr. Martin Luther King, Jr. Boulevard and Williams Road Intersection Improvement Project CIP No. 69679046. The financial impact of this transaction is expected to be less than $200 for recording fees and these costs can be adequately accommodated within the Intersection Capital Improvement Program Project No. C69679000. (21-1180)

A-35 Approve a Letter to Extend ("Letter") a License Agreement with TECO for the use of approximately 2.17 acres of vacant land ("Premises") identified as Parcel 100 on Exhibit "A". The Water Resources Department needs this land for staging of construction materials and parking of vehicles related to CIP# 10143 South County Advanced Wastewater Treatment Plant Improvements. Water Resources staff has determined that the continued use of the Premises is critical to the support of future planned and budgeted CIP projects in the area that will also use the Premises for the same purpose. The annual license fee will be $12,603. for the period from March 1, 2022 through February 28, 2023. The license fee has remained the same since 2017 and is considered reasonable for the size, location and intended use. There are no other costs associated with this Letter. Water Resources has accommodated the annual license fee in their FY 22 CIP Project budget. (21-1181)

A-36 (a) Adopt a Resolution declaring 9.774 acres (425,755 square feet) of a vacant portion of the Golden Aster Scrub ELAPP Acquisition of Convenience ("Parcel 102") surplus pursuant to Section 125.38, Florida

WEDNESDAY, OCTOBER 20, 2021

Statutes, as further explained in the Background.  (b) Approve a fee
simple conveyance of Parcel 102 by County Deed to the State of Florida
Department of Transportation ("FDOT") at no cost to FDOT.  (c) Approve
releasing the oil and mineral rights reservation pursuant to FDOT's
request and in accordance with Section 270.11, Florida Statutes.
Parcel 102 is not currently utilized by the County and because it is
part of a new interchange design has no future designated use other
than to support the interchange.  Conveying the parcel to FDOT will
support the Interstate 75 and Big Bend Road Interchange Improvement
Project and increase the level of service at this critical interchange
enhancing evacuation routes for Hillsborough County citizens and
accommodate current and anticipated growth in the southern part of the
County.  FDOT will use Parcel 102 for mitigation and flood plain
compensation.  Parcel 102 is a portion of the Golden Aster Scrub
Acquisition of Convenience by ELAPP.  On October 4, 2021, the ELAPP
General Committee voted in support of this transfer provided that the
ELAP program is reimbursed $3,252 per acre, or $31,785 total.  The
total cost associated with this item, with recording fees of $100, is
approximately $31,885 which can be accommodated within the Big Bend/I-
75 Interchange Improvements Project No. C69657000.  (R21-097)  (21-
1182)

A-37   Approve a Third Amendment to the Interlocal Agreement Between
       Hillsborough County ("County") and Tampa Sports Authority ("TSA") for
       COVID-19 Mitigation Related and Recommended Building
       Modifications/Equipment/Supplies For Raymond James Stadium, in
       substantially the form as presented, which provides an amended final
       project scope and revised budget totaling $7,211,485.  The revised
       budget is an increase of $255,732 from the previously amended budget,
       however it remains below the original approved budget of $10,465,000.
       With the return to full capacity of the stadium, the additional funds
       allow TSA to procure additional entry devices and staff radios to speed
       entry at the main gates in order to provide spacing and prevent
       crowding.  There is no further financial impact to the County as
       sufficient funding was previously allocated in the County's CARES
       funding.  The 12/27/20 Congressional Appropriations Act allows an
       extension of the Federal CARES spending through 12/31/2021.  (21-1183)

A-38   Approve the second modification Agreement with State Alarm, Inc.
       (Agreement), to combine five blanket purchase agreements for
       Facilities, Parks, Libraries, and Fire Rescue, into one agreement

WEDNESDAY, OCTOBER 20, 2021

managed by the Facilities Management and Real Estate Services Department for more efficient and controlled management of requests and expenditures. Additionally, increase the overall agreement by $350,000.00 from $1,025,432.70 to $1,375,432.70. to allow for necessary upgrades, inspections, and parts as further explained in the background. Finally, replenish the $25,000.00 Unilateral Change Order balance previously depleted by multiple departmental BPA service needs, increasing the total not to exceed amount by $25,000.00 from $25,000.00 to $50,000.00. Pricing was based on the original quoted cost for services and continues to be deemed fair and reasonable. The approvals will be retroactive to October 1, 2021 to begin services as of the new County fiscal year. In this case, as in the original award, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms as the subject services will continue to be provided directly and exclusively by the existing single source contractor. Funding for this modification is available in the requesting departments' approved budgets, and purchase orders will only be issued against approved budgets. (21-1184)

Fire Rescue

A-39 Approve a resolution authorizing Hillsborough County Fire Rescue to apply for an Emergency Medical Services (EMS) County Grant from the Florida Department of Health, Bureau of Emergency Medical Services, to improve and expand the County's existing pre-hospital EMS system for the program year 2022. The current amount of the grant award is $72,231. This grant is currently included in the Fire Rescue's FY 22 budget. (R21-098)

Health Care Services

A-40 Approve the Second Modification to the Agreement with AIDS Service Association of Pinellas, Inc., under the Ending the HIV Epidemic: A Plan for America, decreasing Housing Assistance Services by $118,889 from $237,788 to $118,889 (Pinellas County), and adding Housing Services (Hillsborough County) in the amount of $118,889. This modification removes the allowability to pay for rent/utility deposits as they are not allowable under Program Policy Notice 16-02, changes the unit of service definition which will now permit payment of reconnection fees for utilities and application fees for rent and decreases the units of service to be provided based on the new unit

WEDNESDAY, OCTOBER 20, 2021

definition, for the period beginning March 1, 2021 and ending February 28, 2022.  No deposits have been made or billed under this agreement. The funding for this modification is included in the Department's FY 22 budget. This Agreement is totally grant funded.  (21-1185)

A-41   Approve the Fourth Modification to the Agreement with Metropolitan Charities, Inc., under the Ending the HIV Epidemic: A Plan for America, modifying the unit of service definition which will now permit payment of reconnection fees for utilities and application fees for rent under housing services for the period beginning March 1, 2021 and ending February 28, 2022.  The funding for this modification is included in the Department's FY 22 budget.  This Agreement is totally grant funded. (21-1186)

A-42   Approve the Sixth Modification to the Interlocal Agreement with the Children's Board of Hillsborough County (BOCC Doc No. 13-1216) for the provision of support services to victims of domestic violence and their families.  This Sixth Modification amends a success indicator to more accurately reflect the population served by the program.  Funding for the Modification is included in the Governmental Agencies FY 22 adopted budget within the Countywide General Revenue Fund.  No additional County funds are required.  (21-1187)

A-43   Approve renewal of the Certificates of Public Convenience and Necessity (COPCN), without change to the permits, limitations, or restrictions provided for with the previous certificates, for: Hillsborough County Fire Rescue; Plant City Fire Rescue; Temple Terrace Fire Department; Tampa Fire Rescue; AmeriCare Ambulance, Inc.; Lifefleet Southeast, Inc. (d.b.a. American Medical Response); St. Joseph's Hospital, Inc.; St. Joseph's Hospital, Inc., St. Joseph's Children's Hospital Neonatal Pediatric Transport.  This item has no financial impact.  (21-1188 through 21-1195)

A-44   Approve and execute the Novation Agreement effective January 1, 2022 which transfers the contractual rights and obligations of Computer Mentors Group, Inc. (FEI Number: 59-3447791) to The Skills Center, Inc. (FEI Number:  26-0631467) for the provision of Computer Literacy Training services.  The execution of this Novation Agreement is required to transfer contractual rights and obligations from Computer Mentors Group, Inc. (BOCC Document No. 11-1121) to The Skills Center, Inc.  The purpose of this agreement is to provide Computer Literacy Training services to economically disadvantaged children of

WEDNESDAY, OCTOBER 20, 2021

Hillsborough County. Funding for this agreement is included in the Non-Profit Organizations FY 22 adopted budget within the Countywide General Revenue Fund. No additional County funds are required. **Deleted**

## Human Resources

A-45 Receive a report regarding County employee COVID-19 vaccination incentives and testing requirements.

## Information Technology

A-46 (a) Approve the extension of Blanket Purchase Agreement (BPA) 221202494 with Carahsoft Technology Corporation (Carahsoft) from November 1, 2021 through the end of the current General Services Administration (GSA) Contract term December 19, 2021 and increase the BPA by $131,299.67 from $128,182.91 to $259,482.58. (b) Authorize the Director of Procurement to execute a five (5)-year renewal term effective December 20, 2021 through December 19, 2026, if approved by GSA, in accordance with an available GSA Contract (GS-35F-0119Y) with Carahsoft in the amount of $881,757.38. The Information Technology (IT) Department requires ongoing support and maintenance for the current business critical ImageNow software solution, which provides the ability to digitally capture and store all required documentation for the Healthcare and Social Services departments. Both departments rely heavily on ImageNow as their primary document repository for client eligibility and healthcare claims processing. When the County utilizes (or piggybacks on) a Federal, State or FDOT contract, it is not possible to establish a DM/DWBE goal as the contract is administered by the external agency. There are sufficient funds in the requesting department's operational budget, and Purchase Orders will only be issued against approved budgets.

A-47 Approve and execute the first modification to the Fire Printer Select Networked Managed Services Statement of Work with Presidio Networked Solutions, LLC. (BPA 221210862) for additional managed services for the Fire Station Alerting System, which is supported by the Information Technology Department (ITD). The first modification will provide the ITD access to the entire portfolio of available managed device services, as provisioned in the State of Florida Term Contract (43230000-NASPO-16- ACS), which will be required for ongoing support of the management of the Fire Station Alerting System throughout the three (3) year contract term. In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women

WEDNESDAY, OCTOBER 20, 2021

Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the subject goods or services will be provided directly and exclusively by the existing contractor under a cooperative procurement.  No additional County funds are required.  (21-1197)

Library Services

A-48  Approve the removal of Library Services uncollectible accounts for the period 10/1/2017 through 9/30/2018 per Board Policy 03.04.26.00.  This action reduces both the Accounts Receivable and Allowance for Doubtful Accounts in the County's financial system by $310,820.77 for customer accounts that have remained uncollected for more than three (3) years.  For this period, Library Services contracted with a vendor to recover overdue account balances and recovered $15,054.80 as further explained in the background.  Board Policy 03.04.26.00, Accounts Receivable Library Services Department, requires annual review of uncollectible accounts.  Library accounts receivable that are delinquent for three years or more from the date the debt was incurred are deemed uncollectible, and with BOCC approval, are removed from the County's financial records.  Removal of uncollectible accounts does not waive or diminish the library customer's obligation to the County but recognizes that collection is improbable.  If fines are due to lost materials, the customer's library account is suspended until the debt is paid.  Due to the elimination of late fines as of January 1, 2018 and the Library's active shift towards digital materials, the number of uncollectible accounts is expected to continue to decline each year.  Library Services owns more than 1.25 million books and other materials available for citizens to borrow.  Fifty-nine percent of Hillsborough County citizens are registered library users.  The library circulates approximately 2.8 million physical items annually.  With an average value of $25 per item, the collection is worth over $26.7 million, and the value of circulated items exceeds $63.8 million.

Management and Budget

A-49  Approve an FY 21 budget amendment resolution to increase Community Investment Tax revenue and expenditure appropriations by $2,854,874 and 9th Cent Fuel tax revenue and expenditure appropriations by $402,070 to reflect projected FY 21 collections.  This action is necessary to allow the County to meet its obligations under interlocal agreements and State law to make final distributions of a portion of these revenues to local municipalities and the School Board.  State

WEDNESDAY, OCTOBER 20, 2021

law only allows the County to budget 95% of estimated revenues, thereby restricting revenues that can be anticipated for budgetary purposes. Each year this normally results in the necessity of a budget amendment item to recognize actual revenues that could not be anticipated in the adopted budget.  However, the excess revenues were considered as part of fund balance carryforward amounts and are therefore not available for appropriation in FY 22.  This budget amendment increases the FY 21 Community Investment Tax (CIT) revenue and expenditure appropriations by $2,854,874 and 9th Cent Fuel Tax revenue and expenditure appropriations by $402,070 to align the budgets with projected year-end collections and distributions.  The budget amendment includes transfer of the County's portion of 9th Cent Fuel Tax distributions to the County project funds and increases reserves within the 9th Cent Fuel Tax Project Fund by $285,170 (from $61,274 to $346,444).

A-50  Authorize staff to schedule and advertise a public hearing on November 3, 2021 at 10:00 a.m. to solicit public input and discuss initiating a new Phase IV of the Community Investment Tax (CIT) and approval of a project to be eligible for funding by this new phase.  This request is pursuant to Board direction of August 18, 2021 and initiates the process to set a public hearing to consider a CIT Phase IV and approval of the Roadway Pavement Preservation Program as a project eligible to be funded by this phase.  Approval of this agenda item sets a public hearing to consider initiating a CIT Phase IV and approval of an eligible project.  There is no financial impact associated with this action.

A-51  Approve the Agreement with The Clerk of Court & Comptroller (The Clerk), in the amount of $265,246.74 for the continuation of the Improving Criminal Justice Responses to Sexual Assault, Domestic Violence, Dating Violence, and Stalking Grant Program.  This Agreement will allow the Clerk to successfully meet the project's goal of acquiring the hardware and/or developing the software that will improve their existing domestic violence related case maintenance system and implement remote notarization for domestic violence victims that are filing injunctions for protection.  This agreement supports the Hillsborough Domestic Violence Innovation Project which is an effort to develop a coordinated and comprehensive domestic violence system by working with criminal justice system and community-based victim service providers to incorporate CCR Model Principles throughout Hillsborough County. Funding for this Agreement is included in FY 22 Management and Budget

WEDNESDAY, OCTOBER 20, 2021

Department budget within the Domestic Violence Innovation Project grant budget.  (21-1198)

<u>Procurement Services</u>

A-52   Authorize the use of an available cooperative contract (11-27) with Data Management, Inc., d/b/a TimeClock Plus, LLC, that is administered by the National Cooperative Purchasing Alliance (NCPA); and execute a TimeClock Plus Data Processing Addendum for time clock equipment, software, and ongoing support for the Enterprise Solutions and Quality Assurance Department (ESQA) at a total cost of $338,227.15 for three (3) years.  The requested equipment and software are required to support approximately 20% of staff for payroll purposes.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the subject goods or services will be provided directly and exclusively by the existing contractor under a cooperative procurement.  Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against approved budgets.

A-53   Award and execute a two (2) year agreement with the overall lowest, responsive, and responsible bidder, George G. Solar & Company, Inc., for ongoing and as needed miscellaneous construction services (21674) for the Solid Waste Management Division at a total cost of $2,000,000.00 (0.445 multiplier).  The award amount includes an allowance of $150,000.00 for items and work that, due to the nature of the work, were not specifically defined in the solicitation but may be required. The resulting agreement is designed to address ad hoc projects using a predefined multiplier and RSMeans cost data, which can help expedite critical repairs and projects.  Bids were received from six (6) different vendors.  A Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) Program Participation Goal of 10% was established for this project and the recommended vendor has committed to achieving this goal.  The solicitation for this work was issued prior to September 1, 2021; therefore, the new Construction Apprenticeship Program requirements do not apply.  The recommended vendor is a Certified DM/DWBE and a Registered SBE.  Funding for this procurement is available in the approved budget for Capital Improvement Project No. C54065000 and purchase orders will only be issued against approved budgets.  (21-1199)

WEDNESDAY, OCTOBER 20, 2021

A-54   Award and execute a four (4) year agreement with the overall lowest, responsive, and responsible bidder, Himes Electric Company, Inc., for ongoing and as needed purchases and installation of light emitting diode (LED) sports lighting systems at various athletic ballfields and play courts throughout the County (21761) for the Facilities Management and Real Estate Services Department at a total cost of $6,000,000.00. The award amount includes an allowance of $5,000.00 for permits, $20,000.00 for Tampa Electric Company fees, and $300,000.00 for items and work that, due to the nature of the work, were not specifically defined in the solicitation but may be required. In addition, reject the bid submitted by Qualite Sports Lighting, LLC, which was deemed nonresponsive for failing to comply with the Disadvantaged Minority/Disadvantaged Women Business Enterprises (DM/DWBE) Program requirements. Bids were received from four (4) different vendors. A DW/DWBE Participation Goal of eight (8%) was established for this project, and the recommended vendor has committed to achieving this goal. The solicitation for this project was issued prior to September 1, 2021; therefore, the new Construction Apprenticeship Program requirements do not apply. Funding for this procurement is available in the requesting department's approved Capital Improvement Plan (CIP) budget project number C83648000, and purchase orders will only be issued against approved budgets. (21-1200)

A-55   Award a four (4) year contract to the overall lowest, responsive, and responsible bidder, Altra Medical Corporation, for ongoing and as needed purchases and maintenance of automated external defibrillators (AEDs) and accessories installed at facilities throughout the county (22057,1) for the Risk Management and Safety Division at a total cost of $676,512.48. Bids were received from six (6) different vendors. In this case, there were no Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms and no Registered Small Business Enterprise (SBE) firms for the specified services; therefore, no participation goal or set-aside was established for this procurement. Although no participation goal or set-aside was established, the opportunity to submit a bid as a prime vendor is always available to interested firms, including Certified DM/DWBE and Registered SBE firms. Funding for this procurement is available in the requesting department's approved operating budget, and purchase orders will only be issued against such approved budgets.

WEDNESDAY, OCTOBER 20, 2021

A-56  Award a three (3) year contract to the overall lowest, responsive, and
      responsible bidder, Dana Safety Supply, Inc., for ongoing and as needed
      purchases and installation of specialized operational accessories and
      equipment on new vehicles (22168) for the Fleet Management Department
      (FMD) at a total cost of $1,654,780.00.  The award amount includes an
      allowance of $5,000.00 for environmental fees and supplies, and
      $70,000.00 for the purchase of miscellaneous parts and materials that
      may be necessary to complete installations but cannot be reasonably
      defined at this time.  The accessories will include specialized
      lighting packages (light bars, lighting systems), auxiliary power
      outlets, auxiliary power distribution boxes, inverters, ladder racks,
      cone holders, brush guards, winches, running boards, shelving, and
      related items.  Bids were submitted by two (2) different vendors for
      this specialized work.  In this case, there were no Certified
      Disadvantaged Minority/Disadvantaged Women Business Enterprise
      (DM/DWBE) firms and no Registered Small Business Enterprise (SBE) firms
      for the specified products and services; therefore, no participation
      goal or set-aside was established for this procurement.  Although no
      participation goal or set-aside was established, the opportunity to
      submit a bid as a prime vendor is always available to interested firms,
      including Certified DM/DWBE and Registered SBE firms.  Funding for this
      procurement is available in the FMD's and other requesting departments'
      approved budgets and purchase orders will only be issued against such
      approved budgets.

A-57  Award a one (1) year sole source contract to Innovyze, Inc., for
      InfoAsset Planner Software (22194) and related support for the Water
      Resources Department (WRD) at the total cost of $65,000.00.  This
      requested software is designed to integrate and work with other
      Innovyze-brand software that is currently being used by WRD for
      critical operational analytics.  A "Notice of Intent to Sole Source"
      (22194) was properly posted and no challenges were received.  In this
      case, there are no subcontracting opportunities for Certified
      Disadvantaged Minority/Disadvantaged Women Business Enterprise
      (DM/DWBE) or Registered Small Business Enterprise (SBE) firms because
      this is a sole source procurement and as such, the subject goods and
      services will be provided directly and exclusively by the recommended
      vendor due to the proprietary nature of the same.  Funding for this
      procurement is available in the requesting department's approved
      budget, and purchase orders will only be issued against approved
      budgets.

WEDNESDAY, OCTOBER 20, 2021

A-58  (a) Approve and execute a tenth modification to a contract with Dazser-TPA Corporation, d/b/a Jani-King of Tampa Bay, to increase the amount by $2,206,516.32, from $13,718,391.22 to $15,924,907.54, and extend the term by six (6) months to April 30, 2022, for continued ongoing and as-needed janitorial services (RFP-S-0021-0-2014/EM) for the Facilities Management Services Department (FMSD).  (b) Approve and execute a twelfth modification to a contract with C & W Facility Services, Inc., to increase the amount by $751,456.02, from $5,298,713.00 to $6,050,169.02, and extend the term by six (6) months to April 30, 2022 for continued ongoing and as-needed janitorial services (RFP-S-0021-0-2014/EM) for FMSD.  As part of the original award, the contractors committed to subcontracting a minimum of 10% to Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) firms, which remains in effect.  In this case, Dazser-TPA Corporation, d/b/a Jani-King, has exceeded the DM/DWBE program participation goal by achieving approximately 29.32%; and C&W Facility Services, Inc., has exceeded the participation goal by achieving approximately 12.17%.  A new solicitation is in final review and expected to be issued in the coming weeks.  The new solicitation incorporates language and adjustments based on lessons learned from the COVID-19 Pandemic, which required special consideration for the spaces used by staff and the public.  In addition, the new solicitation will add zones to create more opportunities for DM/DWBE and SBE firms by creating several smaller contracts in lieu of one large contract.  Funding for this modification is available in the requesting department's approved budgets, and purchase orders will only be issued against such approved budgets.  (21-1201, 21-1202)

A-59  Approve and execute a three (3) year sole source Enterprise Agreement (EA) (No. 00300664.0) with Environmental Systems Research Institute Incorporated (Esri), for Geographic Information Systems (GIS) Software Maintenance and Licensing for the Performance, Data, & Analytics Department (PD&A) at a total cost of $3,075,000.00 for the period of November 2, 2021, through November 1, 2024. GIS software is integrated with numerous systems that are used by the departments and partner agencies throughout the County.  A "Notice of Intent to Sole Source" (22440) was properly posted, and no challenges were received.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms because this is a sole source procurement and as such, the subject software

WEDNESDAY, OCTOBER 20, 2021

licenses and maintenance will be provided directly and exclusively by the recommended vendor due to the proprietary nature of the same. Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against approved budgets.  (21-1203, 21-1213)

A-60   Authorize the use of an available State of Florida Alternate Contract Source (56120000-19-ACS) with Workscapes, Inc., for the one-time purchase of furniture for the downtown offices of the Water Resources Department (WRD) at a total cost of $455,586.15.  In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the subject goods or services will be provided directly and exclusively by the contractor under a State of Florida Alternate Contract Source.  Funding for this procurement is available in the requesting department's approved budget, and a purchase order will only be issued against the approved budget.

A-61   Authorize the use of an available cooperative contract (R210102) with ServiceWear Apparel, Inc., that is administered by OMNIA Partners for one (1) year to purchase employee uniforms and related items at a total cost of $1,123,354.00 for various departments.  This contract will allow departments to continue purchasing uniforms and related items for employees until a new solicitation can be developed, issued, and awarded by the County.  The new solicitation will include consideration of the County's desire to offer opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE), Registered Small Business Enterprise (SBE) firms, and local businesses in general.  In this case, there are currently no subcontracting opportunities for DM/DWBE or SBE firms as the uniforms and related items will be provided directly and exclusively by the cooperative procurement contractor.  Various funding sources will be used depending on the procuring department; however, purchases will not exceed previously approved budgets and purchase orders will only be issued against approved budgets.

A-62   Authorize the use of an available General Services Administration contract (GS-00F-0032M) for professional and technical services required to migrate data from the legacy 9-1-1 system standard to the Next Generation 9-1-1 (NG9-1-1) system standard; and execute a one (1) year Client Agreement and Software as a Service (SaaS) Agreement for

WEDNESDAY, OCTOBER 20, 2021

the Performance, Data, & Analytics Department at a total cost of $318,862.00.   The County will be invoiced by Michael Baker International, Inc., only for work completed monthly in accordance with "Exhibit C" of the Client Agreement.   In this case, there are no subcontracting opportunities for Certified Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) or Registered Small Business Enterprise (SBE) firms as the highly specialized services will be provided directly and exclusively by the existing GSA contractor.  Funding for this procurement is available in the requesting department's approved budget, and purchase orders will only be issued against such approved budgets.  (21-1204, 21-1205)

A-63   Receive a report regarding Administrative Awards with values of $100,000.00 to $250,000.00 from July 1, 2021, through September 30, 2021.

Social Services

A-64   (a) Accept and appropriate $551,890 additional funds for the Low-Income Home Energy Program (LIHEAP) program administered by the Social Services Department under Contract Number E2003 for the date period of April 1, 2020 through May 31, 2022.  Funding will be utilized to assist low income, eligible, residents with their past due energy bill to avoid service interruption or disconnect.   (b) Approve a budget amendment resolution to increase the FY 2022 LIHEAP budget in the LIHEAP Grant Fund by $551,890 from $0 to $551,890.

A-65   Approve a budget amendment to appropriate $2,089,316 to the Social Services LIHEAP CARES funding source, previously voted on by the Board of County Commission at the July 14, 2021 meeting, to bring the budget in line with the actual grant award of $2,259,075 for the FY 21, LIHEAP CARES act grant award modification, Contract Number E2003 for the period March 11, 2021 through September 30, 2022.  The grant is utilized to fund direct customer energy accounts for eligible low-income households in Hillsborough County.   The County anticipates fully expending the grant based on the consistent and high demand for utility bill assistance.   Although the LIHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

A-66   Approve a budget amendment to appropriate $91,158 to the Social Services EHEAP budget, previously voted on by the Board of County Commission at the June 3, 2021 meeting, to bring the budget in line

WEDNESDAY, OCTOBER 20, 2021

with the actual grant award of $253,960 for the Emergency Home Energy Assistance Program (EHEAP) Contract Number EH-21/23-HILL for the period April 1, 2021 through December 31, 2023. This is a cost reimbursement agreement. The budget amendment will increase the ~~FY 21~~ **FY 22** budget in the Intergovernmental Grant Fund by $91,158 from $0 to $91,158. The grant is utilized for direct energy assistance payments for low-income households who experience a home energy emergency provided the household includes one-person age 60 years or older and the household income is at or below 150% of the federal poverty guideline. Although the EHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

A-67   Approve a budget amendment to appropriate $13,143 to the Social Services LIHEAP CARES funding source, previously voted on by the Board of County Commission at the July 14, 2021 meeting, to bring the budget in line with the actual award of $3,166,658 for FY 20 LIHEAP CARES, Contract Number E2003. Closeout for this award is due no later than November 30, 2021, and this budget amendment allows for the final administrative and program operating expenses to be charged to the grant. The project sub-ledger will be updated to reflect the November 30, 2021 end date. The grant is utilized to fund direct customer energy accounts for eligible low-income households in Hillsborough County. The County anticipates fully expending the grant based on the consistent and high demand for utility bill assistance. Although the LIHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

A-68   Approve a budget amendment to appropriate $3,414,095 to the Social Services LIHEAP funding source, previously voted on by the Board of County Commission at the March 3, 2021 meeting, to bring the budget in line with the actual grant award of $5,410,344 for the FY 21 LIHEAP, Contract Number E2003 for the period October 1, 2020 through September 30, 2023. Although the overall agreement is for a three-year period, LIHEAP grant funding is announced annually. The grant is utilized to fund direct customer energy accounts for eligible low-income households in Hillsborough County. The County anticipates fully expending the grant based on the consistent and high demand for utility bill assistance. Although the LIHEAP program requires no matching funds, administration of the program is supplemented by the department's general fund.

WEDNESDAY, OCTOBER 20, 2021

Water Resources

A-69   Approve scheduling a Public Hearing for the Hillsborough County Water Resources Department, on December 8, 2021, at 10:00 a.m. for the purpose of adopting a Resolution to state the Board of County Commissioners' intent to use the Uniform Method of Collecting a Non-Ad Valorem Assessment pursuant to section 197.3632 Florida Statutes to collect the non-ad valorem assessments in the Impact Fee Assessment Unit (21101) previously created on February 2, 2021. This action is required each calendar year by Florida Statutes when new non-ad valorem assessments are established. This action does not create any new Impact Fee Assessment Unit but ensures that all parcels within each respective Impact Fee Assessment Unit are included in the Tax Collector's 2022 Tax Roll. It is estimated that the County will collect $569,311.54 annually from one Impact Fee Assessment Unit (21101), commencing with the Ad Valorem tax bill in November 2022 which is included in the FY 23 planned budget.

Clerk of the Circuit Court

A-70   Receipt of Official Board Records (complete reports to be filed in Board Records upon receipt into official records).

   a)   Report of checks and warrants issued September 16-30, 2021, pursuant to Florida Statute 136.

   b)   Highlands Community Development District meeting schedule for FY 2021-2022, pursuant to Florida Statute 189.015(1).

   c)   Lake St. Charles Community Development District budget and assessment roll adoption for FY 2021-2022, pursuant to Florida Statute 190.

   d)   Lake St. Charles Community Development District meeting schedule for FY 2021-2022, pursuant to Florida Statute 190.

   e)   South Bay Community Development District meeting schedule for FY 2021-2022.

   f)   Alcohol and other drug abuse trust fund report of monthly and cumulative year-to-date court-imposed assessments and collections for FY 2021 covering the months of October 2020 through August 2021.

WEDNESDAY, OCTOBER 20, 2021

A-71  Approve minutes:

    a)   Public Hearing/Comprehensive       August 5, 2021
         Plan Amendment/Land Development
           Code Text Amendments

    b)   Land Use                        August 10, 2021

    c)   Workshop/Land Development        August 10, 2021
         Code Text Amendments

    d)   Public Hearing/Comprehensive       August 12, 2021
         Plan Amendments

    e)   Regular                       August 18, 2021

    f)   Awards and Recognition Ceremony    August 25, 2021

    g)   Workshop/Comprehensive          August 25, 2021
         Plan Amendments

    h)   Regular                       September 1, 2021

    i)   Land Use                     September 8, 2021

A-72  Record proof of publication of the advertisement of unclaimed monies held by the Hillsborough County Sheriff's Office in Board minutes, as directed in Florida Statute 116.21.

Board Appointments

A-73  BOCC appointments to the following:

    a)   Emergency Medical Planning Council – David Burnett (Member), James Maxwell (Alternate), Ian Kemp (Member), David Samon (Alternate), Barbara Tripp (Member), Christopher Shipp (Alternate), Dennis Jones (Member), Timothy Balling (Member), Katrina Cordero (Alternate), Robert Kapish (Member), Victor Sasson (Alternate), Kacy Chilton (Member), Erinn Skiba (Member), Michelle Moran (Alternate), Ryan Pedigo (Member), David Travis (Member), Joel Strom (Member), John Visokay (Member), Kathleen Koch (Alternate), Jeffrey Bogue (Member), William Baxley (Alternate), Danielle LaRocca (Alternate), and Wendy Williams (Member)

Board Reports on Various Authorities, Boards, and Councils

A-74  Receive the February 22, 2021 and May 24, 2021 Hillsborough County Hospital Authority meeting minutes.

WEDNESDAY, OCTOBER 20, 2021

A-75  Receive Commissioner Myers' report regarding the Anti-Bullying Advisory
      Committee (ABAC) meeting held on July 22, 2021.

A-76  Receive Commissioner Kemp's report regarding the Southwest Florida
      Water Management District's Governing Board meeting held on September
      28, 2021.

A-77  Receive Commissioner Cohen's and Commissioner Smith's report regarding
      the Tampa Bay Water Board meeting held on August 16, 2021.

B.    DISCUSSION ITEMS

Economic Development

B-1   (a) Approve the Resolution as presented adopting the County's Tourist
      Development Plan for FY 22 and FY 23 and the execution of the Agreements
      with the Tampa Bay Convention and Visitors Bureau, Inc. (dba Visit
      Tampa Bay) and the Tampa Bay Sports Commission, in substantially the
      forms as presented allocating the three percent portion and six percent
      portion of the Sales Tax Revenue Fund, Tourist Development Tax (TDT)
      funds in FY 22 and FY 23, as recommended by the Tourist Development
      Council on August 12, 2021, and, with respect to the FY 22 allocations,
      as approved as part of the final budget on September 23, 2021. (b) In
      accordance with state law, waive by 2/3 vote of the BOCC any potential
      conflict of any non-government TDC members who also serve as unpaid
      board members of nonprofit entities which receive TDT funds.  Funds
      are included in the approved TDT budget for FY 22 and will be included
      in the recommended budget for FY 23.

▶Assistant County Administrator Ronald Barton, Economic Prosperity,
delivered a presentation.  ▶**Commissioner Overman moved approval, seconded
by Commissioner Myers.**  After Chair Kemp made remarks, ▶**the motion carried
seven to zero.**  (R21-099) (21-1206, 21-1207, 21-1212)

Human Resources

B-2   Complete the annual Performance Appraisal process for Christine Beck,
      County Attorney. There is no financial impact at this time.

▶Ms. Ivey Martin, Director, Human Resources, supplied a presentation.
Subsequent to conversation, ▶**Commissioner Myers moved to provide a two-
year contract agreement with Ms. Beck, seconded by Commissioner Cohen.**
Following comments, ▶Commissioner White moved to amend the motion to
include a four percent pay raise for Ms. Beck, seconded by Commissioner

WEDNESDAY, OCTOBER 20, 2021

Smith.  (The amendment was not voted on.)  ▶Chair Kemp suggested the amendment as a friendly amendment, to which ▶**Commissioner Myers agreed.** ▶**The amended motion carried seven to zero.**  Dialogue occurred.

B-3   Complete the annual Performance Appraisal process for Peggy Caskey, Internal Auditor. There is no financial impact at this time.

▶Ms. Ivey Martin, Director, Human Resources, elaborated on the item.  After talks,  ▶**Commissioner Myers moved that also that Ms. Caskey receive a two-year contract and a four percent raise, seconded by Commissioner Overman.** Subsequent to remarks,  ▶**the motion carried seven to zero.**   Comments followed.

Management and Budget

B-4   10:15 A.M. (Time Certain) Approve the Agreement between Hillsborough County and the Agency for Community Treatment Services Inc. (ACTS) to provide one-time start-up funding to implement a Mental Health Psychosocial Rehabilitation Clubhouse Model in Hillsborough County. Clubhouses offer people living with mental illness and co-occurring substance abuse disorders opportunities for employment, housing, education, socialization, and service coordination.  In 2011, the Clubhouse Model was accepted for inclusion on the Substance Abuse and Mental Health Services Administration's National Registry of Evidence-Based Practices and Programs.  ACTS has secured additional funds from non-County sources to provide the remaining resources necessary to operate the program.  Funding for this agreement is included in the Management and Budget Department's FY 22 adopted budget.

▶Mr. Robert Parkinson, Criminal Justice Specialist, Management and Budget, gave a presentation.  ▶**Commissioner Overman moved approval, seconded by Commissioner Myers.**  After conversation,  ▶**the motion carried seven to zero.** (21-1208)

Procurement Services

B-5   Award and execute a two (2) year agreement with the overall lowest, responsive, and responsible bidder, David Nelson Construction Co., for ongoing and as-needed safety and mobility improvements within the County's right of way (21831,1) for the Capital Programs Department at a total cost of $10,761,222.51.  The award amount includes an allowance of $500,000.00 for additional work that, due to the nature of the work, may be required.  Bids were received from three (3) different firms.

WEDNESDAY, OCTOBER 20, 2021

A Disadvantaged Minority/Disadvantaged Women Business Enterprise (DM/DWBE) Program Participation Goal of 15% was established for this project and the recommended vendor has committed to achieving a higher goal of 21.29%.  The solicitation for this project was issued prior to September 1, 2021; therefore, the new Construction Apprenticeship Program requirements do not apply.  Funding for this procurement is available in the approved Capital Improvement Project No. C69638000, and purchase orders will only be issued against approved budgets.

Mr. Scott Stromer, Director, Procurement Services, supplied a presentation.  **Commissioner White moved approval, seconded by Commissioner Smith.**  Assistant County Administrator John Lyons, Public Works, highlighted the item.  Commissioner Smith suggested adding an item summary.  Subsequent to dialogue, **the motion carried seven to zero.**  (21-1209)

B-6   Approve a draft letter addressed to Waste Connections of Florida, Inc., (WCI) from the Board regarding past performance, acknowledging the steps taken to remediate past performance deficiencies, and providing a reminder that past performance will be considered when evaluating WCI's responses to future solicitations.  There is no financial impact associated with the recommended motion.

Mr. Scott Stromer, Director, Procurement Services, explained the item.  **Commissioner Myers moved for approval, seconded by Commissioner Overman, and carried seven to zero.**  (21-1210)

Water Resources

B-7   (a) Approve an Interlocal Joint Project Agreement (JPA) with Tampa Bay Water (TBW) for design and construction of a new water delivery pipeline to the County's new Point of Connection (POC) located at the AgMart Property, for delivery of drinking water to the County's South-Central Service area.  The JPA includes provisions for TBW to utilize the County's Disadvantaged Minority/Disadvantaged Women Business Enterprises (DM/DWBEs) program for all project procurements.  In advance of approval of the JPA, TBW completed a bid for professional engineering services for the subject project and the awardee, Stantec, committed to achieving a 26.8% DM/DWBE goal.  In selecting the remaining contractors, TBW will implement the County's DM/DWBE program.  As the project progresses and component scopes are defined, DM/DWBE goals will be set for each component.  (b) Approve the initial deposit of funds for design in the amount of $1,500,000 into the TBW project escrow account, and the total not-to-exceed project amount of $66,214,500.12, as stated in the JPA.  Funds are budgeted in the Water Resources

WEDNESDAY, OCTOBER 20, 2021

Department's CIP No. 32013 FY 21 budget for the initial deposit in the amount of $1,500,000.  Additional funds will be budgeted in the Water Resources Department CIP Fund as needed for the construction phase once the design is complete.

Ms. Beth Schinella, Director, Water Resources, spoke on the item. **Commissioner White moved approval, seconded by Commissioner Smith.** Discussion ensued on holding a workshop for the item. **The motion carried seven to zero.**  (21-1211)

C.   COUNTY ADMINISTRATOR BRIEFINGS - None.

D.   PUBLIC HEARINGS - None.

E.   SCHEDULED APPEARANCES - None.

F.   COMMISSIONERS' SECTION - None.

G.   STAFF REPORT

Development Services

G-1   Receive a report regarding existing building recertification program.

Mr. Adam Gormly, Director, Development Services, presented the item. Commissioner Overman spoke on proposed legislation and felt it was incumbent on the County to adopt a program to recertify a building and ensure sound building management.  **Commissioner White moved to receive the report, seconded by Commissioner Cohen, and carried seven to zero.**

Management and Budget

G-2   10:00 A.M. (Time Certain) Receive a report on Local COVID-19 Pandemic-Related Data, Recovery Programs and Strategic Investments.

Mr. Timothy Dudley, Director, Emergency Management, and Dr. Douglas Holt, Director, Florida Department of Health, expounded on the report. Commissioner Overman asked about an update on vaccinations for children ages five to eleven, urged residents to get vaccinated, and sought clarification on vaccination reports from non-County sites.  After inquiring on vaccination booster dosage guidance, Commissioner Cohen requested staff to include the information in future reports.  Discussion ensued on adding the COVID-19 reports to future meeting Consent Agendas.

WEDNESDAY, OCTOBER 20, 2021

H.    FUTURE DISCUSSION ITEMS

▶ Commissioner Cohen touched on the Pat Collier Frank Courthouse dedication ceremony and thanked staff.

▶ There being no further business, the meeting was adjourned at 10:55 a.m.

READ AND APPROVED: _____

CHAIR

ATTEST:
CINDY STUART, CLERK

By:_____

Deputy Clerk

ms

Book 545 Page 82