UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                       Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY
CLERK OF COURTS,

    Defendant.

_____/

## DECLARATION OF DIANE SULTENFUSS-THOMAS

1. My name is Diane Sultenfuss-Thomas. I am of sound mind, over the age of eighteen, and have personal knowledge of all matters set forth in this declaration.

2. I am competent to execute this declaration and testify regarding the facts described in it.

3. I am a Court Operations Manager for the Hillsborough County Clerk of Courts (the "Clerk"). I make this Declaration based on my own personal knowledge obtained through the course of my employment with the Clerk and a review of the Clerk's business records.

1

4. The Hillsborough County Clerk of Courts does not manage or oversee in any way the Florida Courts E-Filing Portal at www.myflcourtaccess.com.

5. The Florida Courts E-Filing Portal (hereinafter, "E-Filing Portal") is managed by the Florida Courts E-Filing Authority, not the Clerk. The E-Filing Portal is maintained at the state level. The Clerk maintains the Odyssey Case Maintenance System. The Clerk sometimes uses the 13th Judicial Case Management (JAWS). Both systems are separate from the Florida Courts E-Filing Portal.

6. The Clerk uses mailed notices, as parties are under an obligation to provide their most up-to-date mailing addresses and accordingly mailing notices is calculated to ensure they receive them. The Clerk relies on parties to provide their most current contact information as required by the Florida Rules of Judicial Administration and under the Hillsborough County Court Administrative Orders (S-2007-036, as amended by S-2019-005).

Pursuant to 28 U.S. Code § 1746 and under penalties of perjury, I declare the foregoing is true and correct.

Executed this __27th__ day of June 2023.

DocuSigned by:

*Diane Sultenfuss-Thomas*

61562563148443D...

Diane Sultenfuss-Thomas