# United States District Court
### For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Plaintiff's Response to Defendant's First Set of Interrogatories

1. Gene Siudut regarding his statements at the 1-30-2023 deposition of La Gaceta.

2. All of the documents *Defendant* turned over in discovery; emails between Mr. Warner and Mark Ware; emails between Mr. Warner and Mr. Margolin, Mr. Moran, and Mr. Brathwaite. A 1-30-2023 deposition transcript of La Gaceta, a 10-23-2018 deposition transcript of la gaceta, Citation AAUOVJE 18-TR-129797, PETITION FOR WRIT OF CERTIORARI 19-CA-2966, all documents on the public docket for 18-CC-022377; boutique apartments llc registration, tampabay news business 2022-03-09-for-100-years-now-you-simply-had-to-read-tampas-la-gaceta-newspaper, all documents produced at the 1-30-2023 deposition of la gaceta.

1

3. From about august 2017 to June 21, 2018: 3012 W. Deleon Street, Apt. #23, Tampa, FL 33609. From June 21, 2018 - May 20, 2019: 502 S. Fremont Ave. #1322, Tampa, FL 33606. From May 17, 2019 to Nov 1, 2022: 3002 W Cleveland St. #C8, Tampa, FL 33609. From Nov 1, 2022 to present: 2211 S Village Ave, Tampa, FL 33612.

I am without knowledge of the identities of the owners of the rental properties other than what is listed in the lease agreements which you already have. I am the owner of 2211 S Village Ave, Tampa FL 33612.

4.

| 8:2023cv01100 | Florida Middle District Court | Warner v. Trans Union LLC | 5/19/2023 |
|---|---|---|---|
| 8:2023cv01029 | Florida Middle District Court | Warner v. School Board of Hillsborough County | 1/26/2023 |
| 8:2023cv00181 | Florida Middle District Court | Warner v. School Board of Hillsborough County | 12/29/2022 |
| 8:2022cv02874 | Florida Middle District Court | Warner v. Better Mortgage Corporation | 12/19/2022 |
| 22-CA-009864 | Thirteenth Judicial Circuit Court | WARNER, BLAKE VS BETTER MORTGAGE CORPORATION | 11/28/2022 |
| 8:2022cv01977 | Florida Middle District Court | Warner v. Hillsborough County Clerk of Courts | 8/29/2022 |
| 22-CA-005812 | Thirteenth Judicial Circuit Court | WARNER, BLAKE VS HEARST COMMUNICATIONS, INC. | 7/11/2022 |
| 22-CA-004711 | Thirteenth Judicial Circuit Court | WARNER, BLAKE VS HEARST MEDIA SERVICES CONNECTICUT, LLC | 6/6/2022 |
| 22-TR-019315 | Thirteenth Judicial Circuit Court | STATE OF FLORIDA VS WARNER, BLAKE ANDREW | 3/7/2022 |
| 22-DR-002927 | Thirteenth Judicial Circuit Court | PRIDDY, FAITH GABRIELLA VS WARNER, BLAKE | 3/7/2022 |
| 22-CM-001945-A | Thirteenth Judicial Circuit Court | STATE OF FLORIDA VS PRIDDY, FAITH | 3/6/2022 |
| 22-DR-002907 | Thirteenth Judicial Circuit Court | WARNER, BLAKE VS PRIDDY, FAITH | 3/5/2022 |
| 21-CA-009301 | Thirteenth Judicial Circuit Court | WARNER, BLAKE VS DAVIS, ADDISON | 11/20/2021 |
| 8:2020cv03093 | Florida Middle District Court | Warner v. Corson Realty Group, Inc. et al | 12/29/2020 |
| 19-CA-002966 | Thirteenth Judicial Circuit Court | WARNER, BLAKE VS CITY OF TAMPA | 3/20/2019 |
| 18-TR-129797 | Thirteenth Judicial Circuit Court | STATE OF FLORIDA VS WARNER, BLAKE ANDREW | 12/24/2018 |
| 18-CC-022377 | Thirteenth Judicial County Court | BOUTIQUE APARTMENTS LLC,BROOKLYN FLATS VS WARNER, BLAKE | 4/25/2018 |
| 18-DR-005811 | Thirteenth Judicial Circuit Court | DARKES, JESSIE VS WARNER, BLAKE | 4/12/2018 |
| 3:2016cv01426 | Connecticut District Court | Warner v. Dalling et al | 8/22/2016 |
| 3:2016cv01419 | Connecticut District Court | Warner v. Nolan et al | 8/22/2016 |
| 3:2016cv01427 | Connecticut District Court | Warner v. Doyle | 8/22/2016 |
| 3:2014cv01968 | Connecticut District Court | Warner v. Mejia | 12/29/2014 |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |
| REDACTED | REDACTED | REDACTED - SEALED BY STATUTE OR COURT ORDER | REDACTED |

5. Same as initial disclosure. $3600 in actual damages is the amount seized from the escrow account. The consequenial amount of $10,800 is treble damages lost through not being able to bring a claim due to the threat of criminal prosecution.

05/31/2023

Date

*[signature: Blake Andrew Warner]*

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

4

# FLORIDA JURAT

State of Florida )
County of  Hillsborough )
)

On 05/31/2023, before me, Yashakii Hall,
      *Date*                                   *Notary Name*

the foregoing instrument was subscribed and sworn before me by means of

❑  Physical Presence -- OR --

☑  Online Notarization,

by Blake Andrew Warner.
*Name of Affiant(s)*

❑  Personally known to me -- OR --

❑  Proved to me on the basis of the oath of _____ -- OR --
                                               *Name of Credible Witness*

☑  Proved to me on the basis of satisfactory evidence: Florida DRIVER LICENSE
                                                        *Type of ID Presented*



YASHAKII HALL
Notary Public - State of Florida
Commission # HH75731
Expires on December 29, 2024

WITNESS my hand and official seal.

Notary Public Signature: *[signature]* Florida

Notary Name: Yashakii Hall      Online Notary

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: Plaintiff's Response to Defendant's First Set of Interrogatories by Blake Andrew Warner

Document Date: 05/31/2023

Number of Pages (including notarial certificate): 5

5