# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Unopposed Notice of Corrected Filing

Plaintiff gives notice of a corrected filing for *Plaintiff's Verified Motion for Partial Summary Judgment* (Doc. 33). There is no new argument or facts in the corrected filing. The Defendant has indicated that they are unopposed to this filing, and that no response to the changes is required.

The exhibits attached to the original Doc. 33 are unchanged, therefore I am not re-filing them and incorporate them with the attached corrected filing.

With the exception of the missing citations, the errors were caused by a programming error[1] in the original brief that went unnoticed because the undersigned only reviewed the original source code, *not* the rendered PDF.

---

[1] The undersigned writes his briefs in a programming language called LaTeX, not Microsoft Word.

1

The complete fixes/changes are as follows:

1. un-emphasized "Plaintiff" and "Defendant".

2. reformatted many quotes.

3. fixing random characters errors in citations.

4. changed "doccket" to "docket".

5. fixed error changing "(recognizing that it is inappropriate for the state to escheat property where the owner CANNOT be located) " to "(recognizing that it is inappropriate for the state to escheat property where the owner CAN be located)" (emphasis mine to show difference).

6. added missing citations.

| 7-3-2023 | *[signature]* |
|---|---|
| Date | Signature |

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM