# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Notice of Supplemental Authrority

Plaintiff files this notice of a relevant Eleventh Circuit opinion published on July 7, 2023, pursuant Local Rule 3.01(i).

> "But to the extent that state law conflicts with the ADA and requires disability discrimination, we hold that 'compliance with state law,' in and of itself, cannot qualify as 'necessary' under the ADA, or it would impermissibly preempt and effectively eviscerate the ADA. So 'compliance with state law' does not relieve Universal of its obligation to follow the ADA."

*Campbell v. Universal City Development Partners, Ltd.* (11th Cir. 2023) pp. 3.[1]

---

[1] *see* attached

1

| | |
|---|---|
| 7-10-2023 | *[signature]* |
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |