UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BLAKE ANDREW WARNER,**

    **Plaintiff,**

**v.**                                                       **Case No: 8:22-cv-1977-MSS-SPF**

**HILLSBOROUGH COUNTY CLERK OF COURTS,**

    **Defendant.**

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Defendant's Amended Motion for Judgment on the Pleadings. (Dkt. 21) The Parties have subsequently filed Motions for Summary Judgment, which are ripe for review. (Dkts. 33, 37) Accordingly, consistent with footnote 1 in Defendant's Motion for Summary Judgment, the Motion for Judgment on the Pleadings, (Dkt. 21), is hereby **TAKEN UNDER ADVISEMENT** and will be addressed in conjunction with the fully-briefed summary judgment motions. No action will be taken on the Motion pending the Court's review of the additional case-dispositive briefing.

**DONE and ORDERED** in Tampa, Florida this 3rd day of August 2023.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party