# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Notice of Supplemental Authority

Plaintiff gives notice of a relevant U.S. Supreme Court opinion, pursuant L.R. 3.01(i):

"The County suggests that here, too, Tyler constructively abandoned her property by failing to comply with a reasonable condition imposed by the State. But the County cites no case suggesting that failing to pay property taxes is itself sufficient for abandonment. Cf. *Krueger v. Market*, 124 Minn. 393, 397, 145 N.W. 30, 32 (1914) (owner did not abandon property despite failing to pay taxes for 30 years). Abandonment requires the "surrender or relinquishment or disclaimer of" all rights in the property. *Rowe v. Minneapolis*, 49 Minn. 148, 157, 51 N.W. 907, 908 (1892). 'It is the owner's failure to make any use of the property'-and for a lengthy period of time-'that causes the lapse of the property right.' *Texaco*, 454 U.S., at 530 (emphasis added). In *Texaco*, the owners lost their property because they made no use of their interest for 20 years and then failed to take the simple step of filing paperwork indicating that they still claimed ownership over the interest."

*Tyler v. Hennepin Cnty., Minn.*, No. 22-166, at *15-16 (May 25, 2023)

1

"The Court rejects the County's argument that Tyler has no property interest in the surplus because she constructively abandoned her home by failing to pay her taxes. Abandonment requires the "surrender or relinquishment or disclaimer of" all rights in the property, *Rowe v. Minneapolis*, 51 N.W. 907, 908. Minnesota's forfeiture law is not concerned about the taxpayer's use or abandonment of the property, only her failure to pay taxes. The County cannot frame that failure as abandonment to avoid the demands of the Takings Clause. Pp. 12-14. 26 F. 4th 789, reversed."

*Tyler v. Hennepin Cnty., Minn.*, No. 22-166, at *2-3 (May 25, 2023)

| 8-7-2023 | *[signature]* |
|---|---|
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |