UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,
Plaintiff,

v.  Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY
CLERK OF COURTS,
Defendant.
_____/

## MEDIATOR'S REPORT

A Mediation Conference was conducted by Mediator, Rochelle Friedman Walk, on September 11, 2023.

The following were physically present via Zoom at the Mediation Conference (please print clearly or type):

| Blake Warner | Pro Se |
|---|---|
| Plaintiff | Plaintiff's Attorney |

| Mark Ware, on behalf of the Clerk of Courts | Jason Margolin, Akerman Law Firm |
|---|---|
| Defendant | Defendant's Attorney |

Others physically present:   NONE

The result of the Mediation Conference is as follows (Mediator selects only one):

_____   The parties reached an agreement.

[ ] PARTIAL   [ ] FULL

The agreement was [ ] reduced to writing and signed by the parties and is attached hereto; [ ] transcribed

_____   The Mediation was adjourned until _____.

__X__   There was no agreement.

Mediator Signature: _RDWalk_____

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Mediator's Report has been furnished by electronic mail this 11th day of September, 2023 to:

    Blake Warner at blake@null3d.com
    Jason Margolin at jason.margolin@akerman.com
        with a copy to judy.mcarthur@akerman.com

Mediator Signature: _/s/ R. Walk_