UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER,

    Plaintiff,

v.                                      Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY
CLERK OF COURTS,

    Defendant.

_____/

**NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to this Court's September 12, 2023, notice and Local Rule 2.02(a), Defendant Hillsborough County Clerk of Courts designates Jason Margolin as lead counsel in this matter.

                                      Respectfully submitted,

                                      */s/ Jason L. Margolin*
                                      **Jason L. Margolin, Esq.**, FBN 69881
                                      jason.margolin@akerman.com
                                      judy.mcarthur@akerman.com
                                      **Gregg M. Moran, Esq.**, FBN 1011060
                                      gregg.moran@akerman.com
                                      ava.hill@akerman.com
                                      **AKERMAN LLP**
                                      401 E. Jackson Street, Suite 1700
                                      Tampa, Florida 33602
                                      (813) 223-7333 / Fax: (813) 223-2837
                                      *Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September 2023, I filed the foregoing using the Court's e-portal and served an additional copy on Blake Warner at blake@null3d.com.

*/s/ Jason L. Margolin*
Counsel for Defendant

72683700;1