# United States District Court
## For The Middle District of Florida
### Tampa Division

Blake Warner

v.

Hillsborough County
Clerk of Courts

Case Number 8:22-CV-1977

## Notice of Supplemental Authority

Plaintiff gives notice of a relevant eleventh circuit opinion, pursuant L.R. 3.01(i):

> "On appeal, Huls argues that the district court erred in dismissing his complaint for failure to state a claim. He asserts correctly – and Llabona concedes – that the district court erred in applying Florida's litigation privilege to his section 1983 claim. See Howlett v. Rose, 110 S.Ct. 2430, 2442-43 (1990) (providing that "'[c]onduct by persons acting under color of state law which is wrongful under 42 U.S.C. § 1983 . . . cannot be immunized by state law.'")."

*Huls v. Llabona*, 437 F. App'x 830, 3-4 (11th Cir. 2011)

1

| 1-24-2024 | [signature] |
|---|---|
| Date | Signature |

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

2