# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

Hillsborough County Clerk of Courts

Case Number 8:22-CV-1977

# Notice of Appeal to the Eleventh Circuit Court of Appeals

Plaintiff, Blake Warner, hereby appeals to the United States Court of Appeal for the Eleventh Circuit from this Court's Order dated February 12, 2024 (Doc. 50).

1

| | |
|---|---|
| 3-12-2024 | *[signature]* |
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |

2