# United States District Court
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE WARNER

v.

HILLSBOROUGH COUNTY
CLERK OF COURTS

Case Number 8:22-CV-1977

## NOTICE OF SETTLEMENT

Plaintiff, Blake Warner, pursuant to Local Rule 3.09(a), notifies the Court that the parties have agreed to resolve all claims in this action. The agreement has not yet been reduced to a signed writing.

9-14-2026

Date

Signature

Blake Warner, *pro se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM