**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BLAKE WARNER,

Plaintiff,

v. Case No. 8:22-cv-01977-MSS-SPF

HILLSBOROUGH COUNTY
CLERK OF COURTS,

Defendant.

_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, BLAKE WARNER, and Defendant, HILLSBOROUGH COUNTY CLERK OF COURT, pursuant to Fed. R. Civ. P. 41, stipulate to the dismissal of this action WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

/s/ *Blake Warner*
**Blake Warner, *plaintiff pro se***
2211 S. Village Ave.
Tampa, Florida 33612
blake@null3d.com

/s/ *Jason L. Margolin*
**Jason L. Margolin, Esq.**
Florida Bar No. 69881
jason.margolin@akerman.com
caren.deruiter@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
(813) 223-7333 / Fax: (813) 223-2837
*Counsel for Defendant*



88538054;1